# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

VT Griffin Services, Inc. 05-927C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Lars E. Anderson

Firm Name: Venable LLP

Post Office Box:

Street Address: 8010 Towers Crescent Drive, Suite 300

City-State-Zip: Vienna, Virginia 22182

Telephone & Facsimile Numbers: (703) 760-1600-phone (703) 821-8949-fax

E-mail address: leanderson@venable.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ 280,747.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005