IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| VT GRIFFIN SERVICES,<br>Plaintiff<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 05-927C<br>(Chief Judge Damich) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Timothy P. McIlmail as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Timothy P. McIlmail
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Timothy P. McIlmail
Timothy P. McIlmail
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

September 12, 2005

CERTIFICATE OF FILING

I hereby certify that on September 12, 2005 a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail