IN THE UNITED STATES COURT OF FEDERAL CLAIMS

VT GRIFFIN SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 05-927C

(Chief Judge Damich)

DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME TO FILE ANSWER

Defendant, the United States, respectfully requests a 14-day enlargement of time within which to answer or otherwise respond to plaintiff's complaint. The Government's response is currently due on October 24, 2005. The enlargement would bring the date for responding to the complaint to November 7, 2005. This is defendant's first request for an enlargement of time. Counsel for plaintiff has represented to counsel for defendant that plaintiff does not oppose this motion.

This Court may enlarge the period within which to perform an act for good cause shown before the expiration of the original period. See Rule 6(b)(1) of the Rules of the United States Court of Federal Claims. Good cause exists for an enlargement because on October 13, 2005, counsel of record for defendant will travel to El Paso, Texas for a trial scheduled for October 17-21, 2005 in ACE Constructors, Inc. v. United States, No. 04-299C (Fed. Cl.), and will not return to his office until October 24, 2005.

For these reasons, the Government respectfully requests that this Court grant this unopposed motion for an enlargement of time of 14 days within which to answer or otherwise respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-4325
Facsimile: (202) 514-7965

October 3, 2005

Attorneys for Defendant

Certificate of Filing

I hereby certify that on October 3, 2005, a copy of the Defendant's Consent Motion For An Extension Of Time to File Answer was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail