# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF PAGES 38

2. CONTRACT NO. 1-00-C-0006
3. SOLICITATION NO.
4. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [ ] NEGOTIATED (RFP)
5. DATE ISSUED
6. REQUISITION/PURCHASE NO. W33NY2-0287-ND20

7. ISSUED BY CODE DAKF11
ARMY ATLANTA CONTRACTING CENTER
HQ USA FORSCOM DCSLOG CD
1301 ANDERSON WAY SW
BLDG 130
FORT MCPHERSON GA 30330-1096
TEL:
FAX:

8. ADDRESS OFFER TO (If other than Item 7) CODE
See Item 7
TEL:
FAX:

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ______ until ______ (Hour) local time ______ (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: A. NAME | B. TELEPHONE (Include area code) (NO COLLECT CALLS) | C. E-MAIL ADDRESS

11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| | C | DESCRIPTION/ SPECS./ WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 33 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 35 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 38 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

## OFFER (Must be fully completed by offeror)

Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| | | | |

15A. NAME AND ADDRESS OF OFFEROR CODE 0CZF1 FACILITY 0CZF1
GRIFFIN SERVICES INC
JAMES J GRIFFIN
5755 DUPREE DRIVE NW
SUITE 220
ATLANTA GA 30327

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
JAMES J GRIFFIN / CHAIRMAN CEO

15B. TELEPHONE NO (Include area code) 770-952-1479

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. [ ]

17. SIGNATURE
18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED
20. AMOUNT $0.00 EST
21. ACCOUNTING AND APPROPRIATION See Schedule

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ITEM

24. ADMINISTERED BY (If other than Item 7) CODE
See Item 7

25. PAYMENT WILL BE MADE BY CODE
DEFENSE FINANCE AND ACCOUNTING SERVICE
DFAS ORLANDO
VENDOR PAY BRANCH
PO BOX 934400 2500 LEAHY
ORLANDO FL 32893-4400

26. NAME OF CONTRACTING OFFICER (Type or print)
E JEAN S. KINSEY

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE 08-Feb-2001

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Previous Edition is Unusable 33-134 STANDARD FORM 33 (REV. 9-97) Prescribed by GSA FAR (48 CFR) 53.214(c)