SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | Lump Sum | $ | $ |

PHASE-IN (COST ONLY)
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $96,706.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AA Funded Amount $96,706.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | | Each | $ | $ |

BASE PERIOD: 1 MAR 01- 28 FEB 02
CPAF - TOTAL ESTIMATED COST AND FEE
BASE PERIOD: 1 MAR 2001 THROUGH 28 FEB 2002
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $ |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00