| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AA | | 12.00 | Months | $237.94 | $2,855.28 EST |
| | MOBILIZATION, DEPLOYMENT & CONTINGENCY<br>CPAF<br>PURCHASE REQUEST NUMBER W33NY2-0287-ND20 | | | | |

| | |
|---|---|
| ESTIMATED COST | $2,855.28 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AB | | 12.00 | Months | $21,906.03 | $262,872.36 EST |
| | ENVIRONMENTAL SERVICES<br>CPAF<br>PURCHASE REQUEST NUMBER W33NY2-0287-ND20 | | | | |

| | |
|---|---|
| ESTIMATED COST | $262,872.36 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AC | | 12.00 | Months | $147,493.08 | $1,769,916.96 EST |

FACILITIES MAINTENANCE & REPAIR
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $1,769,916.96 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AD | | 12.00 | Months | $7,490.45 | $89,885.40 EST |

TRANSPORTATION
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $89,885.40 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AE | | 12.00 | Months | $23,469.43 | $281,633.16 EST |

SUPPLY
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $281,633.16 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AF | | 12.00 | Months | $57,285.36 | $687,424.32 EST |

EQUIPMENT
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $687,424.32 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AG | | 12.00 | Months | $45,612.30 | $547,347.60 EST |

MANAGEMENT
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $547,347.60 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AH | | 12.00 | Months | $23,385.17 | $280,622.04 EST |

PERSONAL PROPERTY MOVEMENTS (OPTIONAL CLIN)
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $280,622.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AJ | | 12.00 | Months | $12,252.25 | $147,027.00 EST |

CORPORATE G&A
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $147,027.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AK | | 12.00 | Months | $6,776.17 | $81,314.04 EST |

BASE FEE
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $81,314.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00