| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002AL | | 12.00 | Months | $13,552.42 | $162,629.04 EST |

AWARD FEE
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $162,629.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | | Each | $ | $ |

OPTION ONE: 1 MAR 02 - 28 FEB 03
CPAF - TOTAL ESTIMATED COST AND FEE
OPTION YEAR ONE: 1 MAR 2002 THROUGH 28 FEB 2003
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $ |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AA | | 12.00 | Months | $243.76 | $2,925.12 EST |

MOBILIZATION, DEPLOYMENT & CONTINGENCY
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $2,925.12 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AB | | 12.00 | Months | $22,498.67 | $269,984.04 EST |

ENVIRONMENTAL SERVICES
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $269,984.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AC | | 12.00 | Months | $141,998.25 | $1,703,979.00 EST |

FACILITIES MAINTENANCE & REPAIR
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $1,703,979.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AD | | 12.00 | Months | $7,669.32 | $92,031.84 EST |

TRANSPORTATION
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $92,031.84 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AE | | 12.00 | Months | $24,032.42 | $288,389.04 EST |

SUPPLY
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $288,389.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AF | | 12.00 | Months | $58,670.20 | $704,042.40 EST |

EQUIPMENT
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $704,042.40 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AG | | 12.00 | Months | $46,728.38 | $560,740.56 EST |

MANAGEMENT
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $560,740.56 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AH | | 12.00 | Months | $23,934.75 | $287,217.00 EST |

PERSONAL PROPERTY MOVEMENTS (OPTIONAL CLIN)
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $287,217.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AJ | | 12.00 | Months | $11,918.42 | $143,021.04 EST |

CORPORATE G&A

CPAF

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $143,021.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AK | | 12.00 | Months | $6,753.92 | $81,047.04 EST |

BASE FEE

CPAF

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $81,047.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003AL | | 12.00 | Months | $13,507.75 | $162,093.00 EST |

AWARD FEE
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $162,093.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | | Each | $ | $ |

OPTION TWO: 1 MAR 03 - 29 FEB 04
CPAF - TOTAL ESTIMATED COST AND FEE
OPTION YEAR TWO: 1 MAR 2003 THROUGH 29 FEB 2004
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $ |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AA | | 12.00 | Months | $249.75 | $2,997.00 EST |

MOBILIZATION, DEPLOYMENT & CONTINGENCY
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $2,997.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AB | | 12.00 | Months | $23,105.75 | $277,269.00 EST |

ENVIRONMENTAL SERVICES
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $277,269.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00