| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AC | | 12.00 | Months | $145,228.17 | $1,742,738.04 EST |

FACILITIES MAINTENANCE & REPAIR
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $1,742,738.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AD | | 12.00 | Months | $7,853.02 | $94,236.24 EST |

TRANSPORTATION
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $94,236.24 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AE | | 12.00 | Months | $24,610.62 | $295,327.44 EST |

SUPPLY
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $295,327.44 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AF | | 12.00 | Months | $60,113.80 | $721,365.60 EST |

EQUIPMENT
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $721,365.60 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AG | | 12.00 | Months | $47,874.59 | $574,495.08 EST |

MANAGEMENT
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $574,495.08 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AH | | 12.00 | Months | $24,499.17 | $293,990.04 EST |

PERSONAL PROPERTY MOVEMENTS (OPTIONAL CLIN)
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $293,990.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AJ | | 12.00 | Months | $12,198.75 | $146,385.00 EST |

CORPORATE G&A
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $146,385.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AK | | 12.00 | Months | $6,914.67 | $82,976.04 EST |

BASE FEE
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $82,976.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004AL | | 12.00 | Months | $13,829.33 | $165,951.96 EST |

AWARD FEE
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $165,951.96 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | | Each | $ | $ |

OPTION THREE: 1 MAR 04 - 28 FEB 05
CPAF - TOTAL ESTIMATED COST AND FEE
OPTION YEAR THREE: 1 MAR 2004 THROUGH 28 FEB 2005
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $ |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AA | | 12.00 | Months | $255.89 | $3,070.68 EST |

MOBILIZATION, DEPLOYMENT & CONTINGENCY
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $3,070.68 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AB | | 12.00 | Months | $23,727.92 | $284,735.04 EST |

ENVIRONMENTAL SERVICES
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $284,735.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AC | | 12.00 | Months | $148,545.25 | $1,782,543.00 EST |

FACILITIES MAINTENANCE & REPAIR
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $1,782,543.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AD | | 12.00 | Months | $8,041.68 | $96,500.16 EST |

TRANSPORTATION
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $96,500.16 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AE | | 12.00 | Months | $25,204.43 | $302,453.16 EST |

SUPPLY
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $302,453.16 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AF | | 12.00 | Months | $61,596.38 | $739,156.56 EST |

EQUIPMENT
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $739,156.56 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AG | | 12.00 | Months | $49,051.75 | $588,621.00 EST |

MANAGEMENT
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $588,621.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AH | | 12.00 | Months | $25,078.83 | $300,945.96 EST |

PERSONAL PROPERTY MOVEMENTS (OPTIONAL CLIN)
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $300,945.96 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AJ | | 12.00 | Months | $12,486.67 | $149,840.04 EST |

CORPORATE G&A

CPAF

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $149,840.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AK | | 12.00 | Months | $7,079.75 | $84,957.00 EST |

BASE FEE

CPAF

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $84,957.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005AL | | 12.00 | Months | $14,159.58 | $169,914.96 EST |

AWARD FEE

CPAF

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $169,914.96 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |
| ACRN AB Funded Amount | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | | Each | $ | $ |

OPTION FOUR: 1 MAR 05 - 28 FEB 06

CPAF - TOTAL ESTIMATED COST AND FEE

OPTION YEAR FOUR: 1 MAR 2005 THROUGH 28 FEB 2006

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $ |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |
| ACRN AB Funded Amount | $0.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AA | | 12.00 | Months | $262.20 | $3,146.40 EST |

MOBILIZATION, DEPLOYMENT & CONTINGENCY
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $3,146.40 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AB | | 12.00 | Months | $24,369.50 | $292,434.00 EST |

ENVIRONMENTAL SERVICES
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $292,434.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AC | | 12.00 | Months | $151,951.92 | $1,823,423.04 EST |

FACILITIES MAINTENANCE & REPAIR

CPAF

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $1,823,423.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AD | | 12.00 | Months | $8,235.43 | $98,825.16 EST |

TRANSPORTATION

CPAF

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $98,825.16 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AE | | 12.00 | Months | $25,814.27 | $309,771.24 EST |

SUPPLY

CPAF

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $309,771.24 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AF | | 12.00 | Months | $63,118.99 | $757,427.88 EST |

EQUIPMENT

CPAF

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $757,427.88 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AG | | 12.00 | Months | $50,281.50 | $603,378.00 EST |

MANAGEMENT
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $603,378.00 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AH | | 12.00 | Months | $25,674.17 | $308,090.04 EST |

PERSONAL PROPERTY MOVEMENTS (OPTIONAL CLIN)
CPAF
PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $308,090.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00