| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AJ | | 12.00 | Months | $12,783.17 | $153,398.04 EST |
| | CORPORATE G&A | | | | |
| | CPAF | | | | |
| | PURCHASE REQUEST NUMBER W33NY2-0287-ND20 | | | | |

| | |
|---|---|
| ESTIMATED COST | $153,398.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AK | | 12.00 | Months | $7,249.83 | $86,997.96 EST |
| | BASE FEE | | | | |
| | CPAF | | | | |
| | PURCHASE REQUEST NUMBER W33NY2-0287-ND20 | | | | |

| | |
|---|---|
| ESTIMATED COST | $86,997.96 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006AL | | 12.00 | Months | $14,499.67 | $173,996.04 EST |

AWARD FEE

CPAF

PURCHASE REQUEST NUMBER W33NY2-0287-ND20

| | |
|---|---|
| ESTIMATED COST | $173,996.04 |
| BASE FEE | $ |
| SUBTOTAL EST COST + BASE | $ |
| MAX AWARD FEE | $ |
| TOTAL EST COST + FEE | $ |

ACRN AB Funded Amount $0.00

SECTION E Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0002AA | Destination | Government | Destination | Government |
| 0002AB | Destination | Government | Destination | Government |
| 0002AC | Destination | Government | Destination | Government |
| 0002AD | Destination | Government | Destination | Government |
| 0002AE | Destination | Government | Destination | Government |
| 0002AF | Destination | Government | Destination | Government |
| 0002AG | Destination | Government | Destination | Government |
| 0002AH | Destination | Government | Destination | Government |
| 0002AJ | Destination | Government | Destination | Government |
| 0002AK | Destination | Government | Destination | Government |
| 0002AL | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0003AA | Destination | Government | Destination | Government |
| 0003AB | Destination | Government | Destination | Government |
| 0003AC | Destination | Government | Destination | Government |
| 0003AD | Destination | Government | Destination | Government |
| 0003AE | Destination | Government | Destination | Government |
| 0003AF | Destination | Government | Destination | Government |
| 0003AG | Destination | Government | Destination | Government |
| 0003AH | Destination | Government | Destination | Government |
| 0003AJ | Destination | Government | Destination | Government |
| 0003AK | Destination | Government | Destination | Government |
| 0003AL | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |
| 0004AA | Destination | Government | Destination | Government |
| 0004AB | Destination | Government | Destination | Government |
| 0004AC | Destination | Government | Destination | Government |
| 0004AD | Destination | Government | Destination | Government |
| 0004AE | Destination | Government | Destination | Government |
| 0004AF | Destination | Government | Destination | Government |
| 0004AG | Destination | Government | Destination | Government |
| 0004AH | Destination | Government | Destination | Government |
| 0004AJ | Destination | Government | Destination | Government |
| 0004AK | Destination | Government | Destination | Government |
| 0004AL | Destination | Government | Destination | Government |
| 0005 | Destination | Government | Destination | Government |
| 0005AA | Destination | Government | Destination | Government |
| 0005AB | Destination | Government | Destination | Government |
| 0005AC | Destination | Government | Destination | Government |
| 0005AD | Destination | Government | Destination | Government |
| 0005AE | Destination | Government | Destination | Government |
| 0005AF | Destination | Government | Destination | Government |
| 0005AG | Destination | Government | Destination | Government |
| 0005AH | Destination | Government | Destination | Government |
| 0005AJ | Destination | Government | Destination | Government |

| | | | | |
|---|---|---|---|---|
| 0005AK | Destination | Government | Destination | Government |
| 0005AL | Destination | Government | Destination | Government |
| 0006 | Destination | Government | Destination | Government |
| 0006AA | Destination | Government | Destination | Government |
| 0006AB | Destination | Government | Destination | Government |
| 0006AC | Destination | Government | Destination | Government |
| 0006AD | Destination | Government | Destination | Government |
| 0006AE | Destination | Government | Destination | Government |
| 0006AF | Destination | Government | Destination | Government |
| 0006AG | Destination | Government | Destination | Government |
| 0006AH | Destination | Government | Destination | Government |
| 0006AJ | Destination | Government | Destination | Government |
| 0006AK | Destination | Government | Destination | Government |
| 0006AL | Destination | Government | Destination | Government |

SECTION F Deliveries or Performance

DELIVERY INFORMATION

| CLINS | DELIVERY DATE | UNIT OF ISSUE | QUANTITY | FOB | SHIP TO ADDRESS |
|---|---|---|---|---|---|
| 0001 | POP 30-OCT-00 TO 28-FEB-01 | Lump Sum | 1.00 | Dest. | W33N03<br>DIS DIRECTORATE OF INSTALLATION SUPPORT<br>1322 COBB STREET SW<br>BLDG 181<br>FORT MCPHERSON, GA 30330-1075<br>MARVIN HEAD<br>404-464-4451 |
| 0002 | POP 01-MAR-01 TO 28-FEB-02 | Each | | | Same as CLIN 0001 |
| 0002AA | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0002AB | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0002AC | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0002AD | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0002AE | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0002AF | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0002AG | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0002AH | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0002AJ | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0002AK | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0002AL | POP 01-MAR-01 TO 28-FEB-02 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0003 | POP 01-MAR-02 TO 28-FEB-03 | Each | | | Same as CLIN 0001 |
| 0003AA | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0003AB | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0003AC | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0003AD | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0003AE | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0003AF | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |

| | | | | | |
|---|---|---|---|---|---|
| 0003AG | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0003AH | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0003AJ | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0003AK | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0003AL | POP 01-MAR-02 TO 28-FEB-03 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004 | POP 01-MAR-03 TO 29-FEB-04 | Each | | | Same as CLIN 0001 |
| 0004AA | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004AB | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004AC | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004AD | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004AE | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004AF | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004AG | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004AH | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004AJ | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004AK | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0004AL | POP 01-MAR-03 TO 29-FEB-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0005 | POP 01-MAR-04 TO 28-FEB-05 | Each | | | Same as CLIN 0001 |
| 0005AA | POP 01-MAR-04 TO 28-FEB-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0005AB | POP 01-MAR-04 TO 28-FEB-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0005AC | POP 01-MAR-04 TO 28-FEB-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0005AD | POP 01-MAR-04 TO 28-FEB-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0005AE | POP 01-MAR-04 TO 28-FEB-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0005AF | POP 01-MAR-04 TO 28-FEB-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0005AG | POP 01-MAR-04 TO 28-FEB-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0005AH | POP 01-MAR-04 TO 28-FEB-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0005AJ | POP 01-MAR-04 TO 28-FEB-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0005AK | POP 01-MAR-04 TO | Months | 12.00 | Dest. | Same as CLIN 0001 |

| | | | | | |
|---|---|---|---|---|---|
| | 28-FEB-05 | | | | |
| 0005AL | POP 01-MAR-04 TO 28-FEB-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006 | POP 01-MAR-05 TO 28-FEB-06 | Each | | | Same as CLIN 0001 |
| 0006AA | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006AB | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006AC | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006AD | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006AE | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006AF | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006AG | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006AH | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006AJ | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006AK | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 0006AL | POP 01-MAR-05 TO 28-FEB-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |

SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

| | | |
|---|---|---|
| AA: | 2112020000007620601320780000025426 0DKXCW33NY20287ND20DKXC60S09177 | 000000000000 |
| AMOUNT: | $96,706.00 | |
| AB: | 2112020000007620601320780000025426 0DKXCW33NY20287ND20DKXC60S09177 | 000000000000 |
| AMOUNT: | $0.00 | |

SECTION E
INSPECTION AND ACCEPTANCE

E.1 52.246-5 INSPECTION OF SERVICES--COST-REIMBURSEMENT (APR 1984)
(Reference 46.305)

E.2 52.246-12 INSPECTION OF CONSTRUCTION (AUG 1996)
(Reference 46.312)

E.3 52.0000-4018 INSPECTION AND ACCEPTANCE

Inspection and acceptance will be at destination by the Contracting Officer or his/her authorized representative (COR).

END OF SECTION E

SECTION F
DELIVERIES OR PERFORMANCE

F.1 52.242-15 I STOP-WORK ORDER (AUG 1989)--ALTERNATE I (APR 1984)
(Reference 42.1305(b))

F.2 52.0000-4008 CONTRACT PERIOD (MAR 94)

a. Full contract performance shall commence on 1 July 2000 and shall end 30 June 2001 for the base period unless sooner terminated under the provisions of this contract. If the options are exercised the commencement and completion dates are as follows:

1 July 2001 - 30 June 2002
(Option Year One)
1 July 2002 - 30 June 2003
(Option Year Two)
1 July 2003 - 30 June 2004
(Option Year Three)
1 July 2004 - 30 June 2005
(Option Year Four)

b. A phase-in period shall precede full contract performance. It is anticipated that the Contractor shall commence on-site phase-in operations by 1 March 2000 . If delay in contract award precludes commencement of phase-in on 1 March , the parties will determine whether to shorten phase-in or extend the date for full contract performance and equitably adjust the contract if required. If the parties cannot agree, the Contracting Officer will render a final decision.

c. The Government will provide the contractor access to Government-furnished facilities during the phase-in period. This access may be used for observation and performance of phase-in requirements. The contractor shall provide the same access to a successor.

F.3 52.0000-4031 FEDERAL HOLIDAYS

Federal holidays are shown below:

January 1st 1st Monday of September

| | |
|---|---|
| 3rd Monday of January | 2nd Monday of October |
| 3rd Monday of February | November 11th |
| Last Monday of May | 4th Thursday November |
| July 4th | December 25th |

When one of the holidays falls on a Sunday, the following Monday will be observed as the legal holiday. When a holiday falls on a Saturday the preceding Friday is observed as a holiday by the U.S. Government.

END OF SECTION F

SECTION G
CONTRACT ADMINISTRATION DATA

G.1 52.0000-4012 VENDOR PAYMENTS - S09177 - DFAS ORLANDO

If the payment office for this award is S09177 - DFAS Orlando, ATTN DFAS OR FPV, PO Box 934400, 2500 Leahy Ave, Orlando, FL 32893-4400, the following applies:

DFAS-Orlando has established a toll-free telephone number for vendor pay inquiries. Vendors may call 1-800-950-9784 between the hours of 7:30 am and 4:30 pm (EST) with any problems or requests for information relating to Vendor Pay.

Information on vendor payments may also be accessed through the Internet at: "http://www.dfas.mil/money/vendor/index.htm" (type address in lower case - omit quotation marks). Queries by contract and invoice number will provide projected payment date and amount. Queries by check number and voucher number will provide information on which invoice(s) were paid.

G.2 52.0000-4026 EVALUATION OF CONTRACTOR PERFORMANCE (JUN 98)

A. Purpose. FAR Subpart 42.1500 implements Office of Federal Procurement Policy Letter 92-5, Past Performance Information. Past performance information is relevant information, for future source selection purposes, regarding a contractor's actions under previously awarded contracts.

B. Performance Evaluation Period. Evaluations will be completed annually for contracts that have a performance period in excess of one year or which contain option years.

C. Completion Due Date. The government will complete the performance evaluation by the 15th of the month following the end of the evaluation period. Annual performance evaluations will be completed not later than October 31 of each year.

D. Evaluators. The performance evaluation will be completed jointly by the Contracting Officer's Representative and the Contracting Officer.

E. Performance Evaluation Factors. The contractor's performance shall be evaluated in accordance with the attached Performance Assessment Report

shown in Section J as Attachment 3.

F. Contractor Review. A copy of the evaluation will be provided to the contractor as soon as practicable after completion of the evaluation. The contractor shall submit comments, rebutting statements, or additional information to the Contracting Officer within 30 calendar days after receipt.

G. Resolving Disagreements Between the Government and the Contractor. Disagreements between the parties regarding the evaluation will be reviewed at a level above the Contracting Officer. The ultimate conclusion on the performance evaluation is a decision of the contracting agency. Copies of the evaluation, contractor's response and review comments, if any, shall be retained as part of the evaluation.

H. Release of Contractor Performance Evaluation Information. The completed evaluation will not be released to other than government personnel and the contractor whose performance is being evaluated. The performance evaluation information will be input into the Past Performance Information Management System (PPIMS), which is a consolidated repository for all Army Past Performance Information.

I. Source Selection Information. Departments and agencies will share past performance information with other departments and agencies when requested to support future award decisions. The information may be provided through interview and/or by sending the evaluation and comment document to the requesting source selection official.

G.3 52.0000-4082 CONTRACT MANAGEMENT

Notwithstanding the Contractor's responsibility for total management during the performance of the contract, the administration of the contract will require maximum coordination between the Government and the contractor.

a. Contract Administration.

All contract administration pertaining to the basic contract

G.4 52.237-5002 – **Mobilization and Other Contingency Planning and Support.**

(a) The attention of the contractor is invited to the clause in Section I, Contract Clauses, entitled "Changes-Cost Reimbursement-Alt II". This clause permits the Contracting Officer to make changes within the general scope of the contract to include the definition of services, and place and time of performance.

(b) Among the circumstances in which the provisions of this clause may be invoked are general or limited mobilization, requirements or any quick response support requirements which impact on contract performance. Should any of these eventualities occur, the contractor shall take whatever measures are needed to meet the demands. The start and completion times of these actions shall be determined by the Contracting Officer.

(c) To ensure that government operations which depend upon the services provided hereunder can proceed with no or only minimal disruption, the contractor shall, during the life of this contract, anticipate the possibility of these support requirements and the steps it will need to take to rapidly expand the contract capabilities to meet the exigency.

**G.5 INVOICING AND PAYMENT**

a. The contractor shall submit invoices, Standard Form 1034, and supporting documentation in an original and one copy through Defense Contract Audit Agency (DCAA) to the Contracting Officer, Army Atlanta Contracting Center. The Contractor shall simultaneously forward three copies of the same material directly to the Contracting Officer. Individual Contract Line Item Number (CLIN) ceilings shall not be exceeded without prior approval of the Contracting Officer. Supporting documentation shall be in sufficient detail to fully analyze the cost for allowability.

b. The cognizant DCAA office for this contract is:

Defense Contract Audit Agency
2400 Lake Park Drive, Suite 300
Smyrna, GA 30080-7644

c. The Contractor shall submit a monthly budget variance analysis to the Contracting Officer detailing any deviation exceeding 10% of the monthly (1/12 prorata share of the annual cost) estimated cost of each cost CLIN. The variance analysis shall fully document the deviation to include the reason for the deviation.

d. The Government will pay the Contractor for performance on this contract the base fee specified in section B of the contract.. After payment of 85% of the total annual base fee, the Contracting Officer may withhold further payment of fee until a reserve is set aside in the amount the Contracting Officer considers necessary to protect the Government's interest. This reserve shall not exceed 15% of the base fee or $100,000, whichever is less. Any sum determined by the Contracting Officer to be necessary to satisfy any liabilities of the Contractor for unpaid wages and resulting liquidated damages will withheld from the base fee.

e. Payment of the base fee will be in equal periodic installments consistent with the billing cycle. Payment of the award fee will be made quarterly upon issuance of a unilateral change order setting forth the amount earned during the evaluation period and submission of a Standard Form 1034 by the Contractor.

END OF SECTION G

will be performed by the Army Atlanta Contracting Center (AACC) 1301 Anderson Way SW, Fort McPherson Georgia 30330-1096. Communications pertaining to contractual matters will be addressed to the AACC Contracting Officer. No changes in or deviations from the scope of work shall be performed without written modification to the contract executed by the Contracting Officer.

b. Changes in Scope of Contract.

No change in the scope of this contract which would effect a change in any term or provision of this contract shall be made, except by a modification executed by the AACC Contracting Officer. The contractor shall ensure that all contractor personnel are knowledgeable and cognizant of this contract provision. Changes to contract effort accepted and performed by contractor personnel, outside of the contract or in excess of appropriate Contracting Officer, shall be the responsibility of the contractor.

c. Authority.

Notwithstanding any other provision of the contract, a Warranted Contracting Officer, shall be the only individual to redirect the effort or otherwise amend any of the terms of the contract.