SECTION H
SPECIAL CONTRACT REQUIREMENTS

H.1 52.0000-4148 SCHEDULE OF INSURANCE

a. The Contractor agrees that upon acceptance of his offer and award of a contract, he shall furnish to the Contracting Officer evidence of the following required insurance coverage:

1. Workmen's Compensation and Employer's Liability Insurance: Compliance with applicable workmen's compensation and occupational health statutes shall be required. Employer's Liability coverage shall be in the minimum amount required by the state of Georgia.

2. General Liability Insurance, Bodily Injury Liability Insurance, in the minimum limits of $100,000 per person and $500,000 per accident on the comprehensive form of policy will be required.

3. Automobile Liability Insurance: The insurance shall be required on the comprehensive form of policy and shall provide bodily injury liability and property damage liability covering the operation of all motor vehicles used in connection with the performance of the contract. The minimum limits of $200,000 per person and $500,000 per accident for bodily injury and $20,000 per accident for property damage apply.

b. The policies evidencing required insurance shall contain an endorsement to the effect that any material change adversely effecting the Government's interest shall not be effective (1) for such period as the laws of the State in which this contract is to be performed prescribe or (2) until 30 days after the insurer or the contractor gives written notice to the Contracting Officer whichever period is longer.

H.2 52.0000-4149 GARRISON REGULATIONS

The Contractor, his agents, and employees shall abide by the current AR 190-5 and Fort McPherson Supplement AR 190-5, Garrison Regulation, in effect during performance of this contract. A

copy of this regulation is available for review in the Provost Marshal's Office, 1626 Lewis Circle SW, Fort McPherson, Georgia 30330-1052.

Contractor employees shall not loiter in or around place of duty after completion of their assigned duty hours. Upon completion of their assigned duties, employees shall depart the facility and not loiter in the vicinity of the facility or elsewhere on the military installation.

Contractor and its employees are required to comply with these regulations whenever performance is required on either Fort McPherson or Fort Gillem.

H.3 AWARD FEE EVALUATION

1. The award fee may be earned by the Contractor in whole or in part. The amount of award fee earned for each evaluation period, as described hereafter, shall be determined by the Government's subjective evaluation of the Contractor's performance. Unearned award fee from an evaluation period will not be added to potential award fee for any subsequent evaluation periods.

2. The Government will use the following performance criteria as a basis for determining the amount of award fee:

a. Performance of Work:

(1) Real Property Operation, Maintenance, Repair and Construction. Surveillance areas include workmanship, responsiveness to work requests, and record keeping.

(2) Equipment Maintenance Surveillance areas include organizational maintenance; DS/GS maintenance; report of non-mission capable down-time; and performance of Modification Work Orders.

(3) Environmental. Surveillance areas include hazardous material/waste management and environmental law compliance.

(4) Transportation. Surveillance areas include passenger movement; and receipt, shipment, storage and delivery of household goods and unaccompanied baggage.

(5) Supply Services. Surveillance areas include processing of requisitions, receipts and reports of discrepancy; location surveys; operation of Ammunition Supply Point; and property book operations support.

(6) Quality. The contractor's compliance with contract specification, applicable codes, and state-of-the-art procedures. The contractor's labor techniques, selection and use of materials, tools and equipment.

(7) Timeliness. Contractor's compliance with scheduled requirements and response to unscheduled tasks. The contract's ability to perform effectively under the schedules and time-frames established for the services.

b. Quality Control (QC).

(1) System Implementation and Maintenance. The method by which the contractor develops and monitors its overall quality control effort. The adequacy of the system in terms of completeness, cost-effectiveness, synchronization, integrated, and responsive to changed conditions or requirements, and overall effectiveness in terms of documenting, reporting, and keeping records regarding quality control problems. This element includes timeliness and completeness of the quality control requirement. This also includes the extent that the system is proactive as opposed to reactive, meeting the needs of the users. The system also includes lines of authority and extent of independence of QC functions.

(2) Corrective Action. The amount of initiative taken by the contractor. Also, timeliness, accuracy, comprehensiveness, and effectiveness of corrective actions; communications with all parties. Includes an internal review process. The frequency and thoroughness of periodic reviews and the use made of recommendations regarding accounting and property control operations.

(3) Documentation, Records, CDRLs, and Reports. The overall effectiveness in terms of documenting, reporting, and keeping records regarding quality control problems. This element includes timeliness and completeness of the quality control requirement.

c. Technical Management

(1) Staffing and Personnel. The effective recruitment procedures and training to ensure that appropriate numbers and skill levels of personnel are provided. Capability to adjust to changing performance conditions and requirements. Includes adequate staffing, personnel qualifications, work appropriate to position, effectiveness of contractor staff, rate of turnover, cause(s) for release, time to fill vacancies.

(2) Problem Resolution. The effectiveness of the contractor's decisions and recommendations. Also, the adequacy and efficiency of the contractors channels of communication, authorities, local autonomy, responsibilities and the degree that the contractor assumes responsibility for decisions in those areas that are properly within the contractor's province. Includes quick resolution of problems, foreseen problems, inform government of potential problems and their solutions.

(3) Efficiency. The effective use of personnel such as control of non-productive time, cross-utilization of skills, adequate supervision, adequate number of personnel or work hours for tasks performed. The effectiveness of the contractor's system for work scheduling, assignments, monitoring, and status reporting. Contractor operations ensures that tasks are efficient by evaluating potential areas for improvement, and efficiencies are discussed with government prior to implementing.

(4) Safety. The contractor assurance that programs are in place to ensure operations are safe for both personnel and equipment. Ensures all equipment and vehicles are used by licensed operators, safety awareness programs adequate, fire evacuation systems adequate, and safety equipment are used when necessary and are used properly.

c. Business Management

(1) Integration and Local Autonomy. The degree that the contractor successfully integrates their operations and information content into the areas as necessary to prudent and cost-effective operations and within the established time-lines. Includes the effectiveness of business decisions made by the contractor, the timeliness of the decisions. Includes the ability of the local management to make decisions independent of the corporate office. Consider the channels of corporate communication, authority, responsibility and the effect on the contractor's actions and interface with government.

(2) Management and Employee Relations. The effectiveness of personnel retention, turn-over rate, productivity incentive programs, and employee morale and welfare programs. Includes the contractor's social and economic programs such as Equal Employment Opportunity,

(3) Contract Management. The contractor's compliance with contract terms and conditions, timeliness, and correctness of actions.

(4) Government Property. Contractor's policies, procedures and plans for identification, control, inventory, care, maintenance, and use of government property.

d. Budget and Cost Control.

deleted

(1) Efficiency: Effective utilization of personnel such as, control of nonproductive time; cross-utilization of skills; adequate supervision; adequate number of personnel or workhours for tasks performed. Effectiveness of the contractor's system for work scheduling, assignments, monitoring and status reporting.

(2) Budget program and cost control. The contractor's efforts to control costs through effective cost accounting and data collection systems. Also includes the budgeting procedures and programming techniques that meets these goals.

(3) Cost verification and allocation. The contractor's procedures of verifying necessary costs. Includes the comparison of actual costs to budgeted costs and reasons for significant variances from the

budgeted figures. Includes the accuracy of direct labor rates, indirect costs, procurement of supplies, materials and repair parts that are not government furnished.

(4) Budget programming and cost control: The realism of contractor estimates and the effectiveness of budgeting procedures and cost controls.

3. The above explanations of performance criteria are not all encompassing to the criteria stated above. The Government will perform a monthly evaluation of the Contractor's performance according to criteria stated above. The Government may elect to allow the Contractor's input in the monthly evaluation if the Government deems such input would clarify or explain significant occurrences or Contractor actions. It is anticipated that evaluations will be conducted quarterly. After evaluation is complete the Government will meet with the Contractor to discuss the results of the evaluation. The intent of this meeting is to reach a common understanding of the level and adequacy of the contractor's performance. Contractor performance shortcomings and successes will be openly and frankly discussed with the overall intent of improving mission support. The Government may provide recommendations on methods for performance improvement, however acceptance or implementation of any such recommendation rests solely with the Contractor and shall relieve the Contractor from the requirement of meeting any or all requirements of the contract.

4. It is the Government's intent to adhere to the above-described performance criteria throughout the duration of the contract. However, the Government retains the right to unilaterally change these criteria if they are not in the Government's best interest. The contractor will be notified of any such changes prior to the start of the next evaluation period.

5. The award fee decision will be a unilateral determination made by the Government and will not be subject to the "Disputes" clause of the contract.

**H.4 NON FEE BEARING COST . Phase-in costs shall be non-fee bearing**

£„‹¤.L`f«AWYæÃÛƒ » ·FE0¯Ñ\\Ó-° > Ö †a2R3 'Š^ Ë‰0 è —I

SECTION I
CONTRACT CLAUSES

I.1 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at these addresses:

http://www.arnet.gov/far
http://farsite.hill.af.mil
http://www.dtic.mil/dfars

(End of clause)

I.2 52.202-1 DEFINITIONS (OCT 1995)
(Reference 2.201)

I.3 52.203-3 GRATUITIES (APR 1984)
(Reference 3.202)

I.4 52.203-5 COVENANT AGAINST CONTINGENT FEES (APR 1984)
(Reference 3.404)

I.5 52.203-6 RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1995)
(Reference 3.503-2)

I.6 52.203-7 ANTI-KICKBACK PROCEDURES (JUL 1995)
(Reference 3.502-3)

I.7 52.203-8 CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)
(Reference 3.104-9(a))

I.8 52.203-10 PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)
(Reference 3.104-9(b))

I.9 52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997)
(Reference 3.808(b))

I.10 52.204-2 SECURITY REQUIREMENTS (AUG 1996)
(Reference 4.404(a))

| | | |
|---|---|---|
| I.11 | 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (JUN 1996)<br>(Reference 4.304) |
| I.12 | 52.208-9 | CONTRACTOR USE OF MANDATORY SOURCES OF SUPPLY (MAR 1996)<br>(Reference 8.003) |
| I.13 | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995)<br>(Reference 9.409(b)) |
| I.14 | 52.215-8 | ORDER OF PRECEDENCE--UNIFORM CONTRACT FORMAT (OCT 1997)<br>(Reference 15.209(h)) |
| I.15 | 52.215-11 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS (OCT 1997)<br>(Reference 15.408(c)) |
| I.16 | 52.215-13 | SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS (OCT 1997)<br>(Reference 15.408(e)) |
| I.17 | 52.215-15 | PENSION ADJUSTMENTS AND ASSET REVERSIONS (DEC 1998)<br>(Reference 15.408(g)) |
| I.18 | 52.215-17 | WAIVER OF FACILITIES CAPITAL COST OF MONEY (OCT 1997)<br>(Reference 15.408(i)) |
| I.19 | 52.215-18 | REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS (OCT 1997)<br>(Reference 15.408(j)) |
| I.20 | 52.215-21 IV | REQUIREMENTS FOR COST OR PRICING DATA OR INFORMATION OTHER THAN COST OR PRICING DATA--MODIFICATIONS (OCT 1997)--ALTERNATE IV (OCT 1997)<br>(Reference 15.408(m)) |
| I.21 | 52.216-7 | ALLOWABLE COST AND PAYMENT (APR 1998)<br>(Reference 16.307(a)) |
| I.22 | 52.217-8 | OPTION TO EXTEND SERVICES (AUG 1989)<br>(Reference 17.208(f)) |
| I.23 | 52.219-6 | NOTICE OF TOTAL SMALL BUSINESS SET-ASIDE (JUL 1996)<br>(Reference 19.508(c)) |

| | | |
|---|---|---|
| I.24 | 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS (JAN 1999)<br>(Reference 19.708(a)) |
| I.25 | 52.219-14 | LIMITATIONS ON SUBCONTRACTING (DEC 1996)<br>(Reference 19.508(e)) |
| I.26 | 52.222-1 | NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)<br>(Reference 22.103-5(a)) |
| I.27 | 52.222-3 | CONVICT LABOR (AUG 1996)<br>(Reference 22.202) |
| I.28 | 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION (JUL 1995)<br>(Reference 22.305) |
| I.29 | 52.222-6 | DAVIS-BACON ACT (FEB 1995)<br>(Reference 22.407(a)(1)) |
| I.30 | 52.222-20 | WALSH-HEALEY PUBLIC CONTRACTS ACT (DEC 1996)<br>(Reference 22.610) |
| I.31 | 52.222-35 | AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (APR 1998)<br>(Reference 22.1308) |
| I.32 | 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998)<br>(Reference 22.1408(a)) |
| I.33 | 52.222-37 | EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1999)<br>(Reference 22.1308(b)) |
| I.34 | 52.222-41 | SERVICE CONTRACT ACT OF 1965, AS AMENDED (MAY 1989)<br>(Reference 22.1006(a)) |
| I.35 | 52.223-2 | CLEAN AIR AND WATER (APR 1984)<br>(Reference 23.105(b)) |
| I.36 | 52.223-3 | HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)<br>(Reference 23.303) |

| | | |
|---|---|---|
| I.37 | 52.223-5 | POLLUTION PREVENTION AND RIGHT-TO-KNOW INFORMATION (APR 1998)<br>(Reference 23.1005) |
| I.38 | 52.223-6 | DRUG-FREE WORKPLACE (JAN 1997)<br>(Reference 23.505(b)) |
| I.39 | 52.223-10 | WASTE REDUCTION PROGRAM (OCT 1997)<br>(Reference 23.706) |
| I.40 | 52.223-12 | REFRIGERATION EQUIPMENT AND AIR CONDITIONERS (MAY 1995)<br>(Reference 23.804(b)) |
| I.41 | 52.223-14 | TOXIC CHEMICAL RELEASE REPORTING (OCT 1996)<br>(Reference 23.907(b)) |
| I.42 | 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (AUG 1998)<br>(Reference 25.702) |
| I.43 | 52.227-1 | AUTHORIZATION AND CONSENT (JUL 1995)<br>(Reference 27.201-2(a)) |
| I.44 | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (AUG 1996)<br>(Reference 27.202-2) |
| I.45 | 52.228-7 | INSURANCE--LIABILITY TO THIRD PERSONS (MAR 1996)<br>(Reference 28.311-1) |
| I.46 | 52.232-9 | LIMITATION ON WITHHOLDING OF PAYMENTS (APR 1984)<br>(Reference 32.111(c)(2) |
| I.47 | 52.232-17 | INTEREST (JUN 1996)<br>(Reference 32.617(a)&() |
| I.48 | 52.232-18 | AVAILABILITY OF FUNDS (APR 1984)<br>(Reference 32.705-1(a)) |
| I.49 | 52.232-20 | LIMITATION OF COST (APR 1984)<br>(Reference 32.705-2(a)) |

| | | |
|---|---|---|
| I.50 | 52.232-23 I | ASSIGNMENT OF CLAIMS (JAN 1986)--ALTERNATE I (APR 1984)<br>(Reference 32.806(a)(2) |
| I.51 | 52.232-25 | PROMPT PAYMENT (JUN 1997)<br>(Reference 32.908(c)) |
| I.52 | 52.233-1 I | DISPUTES (OCT 1995)--ALTERNATE I (DEC 1991)<br>(Reference 33.215) |
| I.53 | 52.233-3 I | PROTEST AFTER AWARD (AUG 1996)--ALTERNATE I (JUN 1985)<br>(Reference 33.106(b)) |
| I.54 | 52.236-5 | MATERIAL AND WORKMANSHIP (APR 1984)<br>(Reference 36.505) |
| I.55 | 52.236-9 | PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984)<br>(Reference 36.509) |
| I.56 | 52.236-18 | WORK OVERSIGHT IN COST-REIMBURSEMENT-CONSTRUCTION CONTRACTS (APR 1984)<br>(Reference 36.518) |
| I.57 | 52.236-19 | ORGANIZATION AND DIRECTION OF THE WORK (APR 1984)<br>(Reference 36.519) |
| I.58 | 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT, AND VEGETATION (APR 1984)<br>(Reference 37.110(b)) |
| I.59 | 52.237-3 | CONTINUITY OF SERVICES (JAN 1991)<br>(Reference 37.110(c)) |
| I.60 | 52.242-1 | NOTICE OF INTENT TO DISALLOW COSTS (APR 1984)<br>(Reference 42.802) |
| I.61 | 52.242-3 | PENALTIES FOR UNALLOWABLE COSTS (OCT 1995)<br>(Reference 42.709-6) |
| I.62 | 52.242-4 | CERTIFICATION OF FINAL INDIRECT COSTS (JAN 1997)<br>(Reference 42.703-2(f)) |
| I.63 | 52.243-2 II | CHANGES--COST-REIMBURSEMENT (AUG 1987)--ALTERNATE II (APR 1984)<br>(Reference 43.205(b)(3) |

| | | |
|---|---|---|
| I.64 | 52.244-2 I | SUBCONTRACTS (AUG 1998)--ALTERNATE I (AUG 1998)<br>(Reference 44.204(a)(2) |
| I.65 | 52.244-5 | COMPETITION IN SUBCONTRACTING (DEC 1996)<br>(Reference 44.204(c)) |
| I.66 | 52.244-6 | SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (OCT 1998)<br>(Reference 44.403) |
| I.67 | 52.245-5 | GOVERNMENT PROPERTY (COST-REIMBURSEMENT, TIME-AND-MATERIAL, OR LABOR-HOUR CONTRACTS) (JAN 1986)<br>(Reference 45.106(f)(1) |
| I.68 | 52.246-25 | LIMITATION OF LIABILITY--SERVICES (FEB 1997)<br>(Reference 46.805) |
| I.69 | 52.247-1 | COMMERCIAL BILL OF LADING NOTATIONS (APR 1984)<br>(Reference 47.104-4) |
| I.70 | 52.249-6 | TERMINATION (COST-REIMBURSEMENT) (SEP 1996)<br>(Reference 49.503(a)(1) |
| I.71 | 52.249-14 | EXCUSABLE DELAYS (APR 1984)<br>(Reference 49.505(d)) |
| I.72 | 52.251-1 | GOVERNMENT SUPPLY SOURCES (APR 1984)<br>(Reference 51.107) |
| I.73 | 52.253-1 | COMPUTER GENERATED FORMS (JAN 1991)<br>(Reference 53.111) |
| I.74 | 252.201-7000 | CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)<br>(Reference 01.602-70) |
| I.75 | 252.203-7001 | SPECIAL PROHIBITION ON EMPLOYMENT (JUN 1997)<br>(Reference 03.570-5) |
| I.76 | 252.203-7002 | DISPLAY OF DOD HOTLINE POSTER (DEC 1991)<br>(Reference 03.7002) |

| | | |
|---|---|---|
| I.77 | 252.204-7000 | DISCLOSURE OF INFORMATION (DEC 1991)<br>(Reference 04.404-70(a) |
| I.78 | 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992)<br>(Reference 04.404-70(b) |
| I.79 | 252.204-7004 | REQUIRED CENTRAL CONTRACTOR REGISTRATION (MAR 1998)<br>(Reference 04.7304) |
| I.80 | 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)<br>(Reference 05.470-2) |
| I.81 | 252.209-7003 | COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS (MAR 1998)<br>(Reference 09.104-70(c) |
| I.82 | 252.209-7004 | SUBCONTRACTING WITH FIRMS THAT ARE OWNED OR CONTROLLED BY THE GOVERNMENT OF A TERRORIST COUNTRY (MAR 1998)<br>(Reference 09.409) |
| I.83 | 252.215-7000 | PRICING ADJUSTMENTS (DEC 1991)<br>(Reference 15.408(1)) |
| I.84 | 252.223-7004 | DRUG-FREE WORK FORCE (SEP 1988)<br>(Reference 23.570-4) |
| I.85 | 252.223-7006 | PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS (APR 1993)<br>(Reference 23.7103) |
| I.86 | 252.223-7007 | SAFEGUARDING SENSITIVE CONVENTIONAL ARMS, AMMUNITION, AND EXPLOSIVES (FEB 1996)<br>(Reference 23.7203) |
| I.87 | 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES (DEC 1991)<br>(Reference 31.100-70) |
| I.88 | 252.232-7009 | PAYMENT BY ELECTRONIC FUNDS TRANSFER (CCR) (JUN 1998)<br>(Reference 32.1103) |
| I.89 | 252.242-7000 | POSTAWARD CONFERENCE (DEC 1991)<br>(Reference 42.570) |

I.90 252.243-7002 REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998)
(Reference 43.205-72)

I.91 252.245-7001 REPORTS OF GOVERNMENT PROPERTY (MAY 1994)
(Reference 45.505-14)

I.92 52.204-1 APPROVAL OF CONTRACT (DEC 1989)

This contract is subject to the written approval of Source Selection Authority and shall not be binding until so approved.

(End of clause)

I.93 52.207-3 RIGHT OF FIRST REFUSAL OF EMPLOYMENT (NOV 1991)

(a) The Contractor shall give Government employees who have been or will be adversely affected or separated as a result of award of this contract the right of first refusal for employment openings under the contract in positions for which they are qualified, if that employment is consistent with post-Government employment conflict of interest standards.

(b) Within 10 days after contract award, the Contracting Officer will provide to the Contractor a list of all Government employees who have been or will be adversely affected or separated as a result of award of this contract.

(c) The Contractor shall report to the Contracting Officer the names of individuals identified on the list who are hired within 90 days after contract performance begins. This report shall be forwarded within 120 days after contract performance begins.

(End of clause)

I.94 52.215-19 NOTIFICATION OF OWNERSHIP CHANGES (OCT 1997)

(a) The Contractor shall make the following notifications in writing:

(1) When the Contractor becomes aware that a change in its ownership has occurred, or is certain to occur, that could result in changes in the valuation of its capitalized assets in the accounting records, the Contractor shall notify the Administrative Contracting Officer (ACO)

within 30 days.

(2) The Contractor shall also notify the ACO within 30 days whenever changes to asset valuations or any other cost changes have occurred or are certain to occur as a result of a change in ownership.

(b) The Contractor shall--

(1) Maintain current, accurate, and complete inventory records of assets and their costs;

(2) Provide the ACO or designated representative ready access to the records upon request;

(3) Ensure that all individual and grouped assets, their capitalized values, accumulated depreciation or amortization, and remaining useful lives are identified accurately before and after each of the Contractor's ownership changes; and

(4) Retain and continue to maintain depreciation and amortization schedules based on the asset records maintained before each Contractor ownership change.

(c) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(k).

(End of clause)

I.95 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 1989)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days; provided, that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60 months.

(End of clause)

I.96 52.222-2 PAYMENT FOR OVERTIME PREMIUMS (JUL 1990)

(a) The use of overtime is authorized under this contract if the