for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| | Item Description | Contract Line Items | Quantity |
|---|---|---|---|
| | | | |
| Total........ | | | |

(f) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the unauthorized use.

(g) The Contractor shall include this clause, including this paragraph (g) in all subcontracts under this contract, which exceed the simplified acquisition threshold in Part 13 of the Federal Acquisition Regulation.

(End of clause)

I.104 252.247-7024 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (NOV 1995)

(a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies. If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor--

(1) Shall notify the Contracting Officer of that fact; and

(2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.

(b) The Contractor shall include this clause, including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties, in all subcontracts hereunder, except (effective May 1, 1996) subcontracts for the acquisition of commercial items or components.

(End of clause)

I.105 252.251-7000 ORDERING FROM GOVERNMENT SUPPLY SOURCES (MAY 1995)

(a) When placing orders under Federal Supply Schedules or Personal Property Rehabilitation Price Schedules, the Contractor shall follow the terms of the applicable schedule and authorization. Include in each order:

(1) A copy of the authorization (unless a copy was previously furnished to the Federal Supply Schedule or Personal Property Rehabilitation Price Schedule Contractor).

(2) The following statement: This order is placed under written authorization from ________________ dated ________. In the event of any inconsistency between the terms and conditions of this order and those of your Federal Supply Schedule contract or Personal Property Rehabilitation Price Schedule contract, the latter will govern.

(3) The completed address(es) to which the Contractor's mail, freight, and billing documents are to be directed.

(b) If a Federal Supply Schedule Contractor refuses to honor an order placed by a Government Contractor under an agency authorization, the Contractor shall report the circumstances to the General Services Administration, FFN, Washington, DC 20406, with a copy to the authorizing office.

(c) When placing orders under nonmandatory schedule contracts and requirements contracts, issued by the General Services Administration (GSA) Office of Information Resources Management, for automated data processing equipment, software and maintenance, communications equipment and supplies, and teleprocessing services, the Contractor shall follow the terms of the applicable contract and the procedures in paragraph (a) of this clause.

(d) When placing orders for Government stock, the Contractor shall--

(1) Comply with the requirements of the Contracting Officer's authorization, using FEDSTRIP or MILSTRIP procedures, as appropriate;

(2) Use only the GSA Form 1948-A, Retail Services Shopping Plate, when ordering from GSA Self-Service Stores;

(3) Order only those items required in the performance of Government contracts; and

(4) Pay invoices from Government supply sources promptly. For purchases made from DoD supply sources, this means with 30 days of the date of a proper invoice (see also Defense Federal Acquisition Regulation Supplement (DFARS) 251.105). For purposes of computing interest for late Contractor payments, the Government's invoice is deemed to be a demand for payment in accordance with the Interest clause of this contract. The Contractor's failure to pay may also result in the DoD supply source refusing to honor the requisition (see DFARS 251.102(f)) or in the Contracting Officer terminating the Contractor's authorization to use DoD supply sources. In the event the Contracting Officer decides to terminate the authorization due to the Contractor's failure to pay in a timely manner, the Contracting Officer shall provide the Contractor with prompt written notice of the intent to terminate the authorization and the basis for such action. The Contractor shall have 10 days after receipt of the Government's notice in which to provide additional information as to why the authorization should not be terminated. Such termination shall not provide the Contractor with an excusable delay for failure to perform or complete the contract in accordance with the terms of the contract, and the Contractor shall be soley responsible for any increased costs.

(e) Only the Contractor may request authorization for subcontractor use of Government supply sources. The Contracting Officer will not grant authorizations for subcontractor use without approval of the Contractor.

(f) Government invoices shall be submitted to the Contractor's billing address, and Contractor payments shall be sent to the Government remittance address specified below:

Contractor's Billing Address (include point of contact and telephone number): ..................................................................................

..............................................................................................................

Government Remittance Address: __________

(End of clause)

I.106 52.0000-4007 ALTERNATE DISPUTE RESOLUTIONS

In furtherance of Federal policy and the Administrative Dispute Resolution Act of 1990, ADR Act, Pub. L. 101-552, the Contracting Officer will try to resolve all post award acquisition issues in controversy by mutual agreement of the parties.

52.251-2 added by amendment 0007

Interested parties are encouraged to use alternative dispute resolution procedures to the maximum extent practicable in accordance with the authority and the requirements of the ADR Act.

END OF SECTION I

# SECTION C.1

## TABLE OF CONTENTS


C.1 GENERAL ........ 1

C.1.1 SCOPE ........ 1
C.1.2 PROJECT MANAGEMENT AND KEY PERSONNEL ........ 1
*C.1.2.1 Designation Of A Project Manager* ........ *1*
*C.1.2.2 Designation Of Managers And Supervisors* ........ *2*
C.1.3 CONTRACTOR PERSONNEL ........ 2
*C.1.3.1 Qualifications* ........ *2*
*C.1.3.2 Personnel Roster* ........ *5*
*C.1.3.3 Appearance and Conduct* ........ *5*
*C.1.3.4 Identification Cards* ........ *5*
C.1.4 TRAINING PROGRAM ........ 5
*C.1.4.1 Technical Training* ........ *6*
*C.1.4.2 Government And Army Unique Training* ........ *6*
*C.1.4.3 Other Training* ........ *6*
C.1.5 CONTRACTOR PLANNING, CONTROL AND PROCEDURAL DOCUMENTS ........ 6
*C.1.5.1 Phase-In/Phase-Out Plan* ........ *7*
*C.1.5.2 Contingency Program & Plan* ........ *8*
*C.1.5.3 Contractor's Property Control System Program & Plan (PCSP)* ........ *9*
*C.1.5.4 Contractor's Management Plan* ........ *9*
*C.1.5.5 Security Program & Plan* ........ *10*
*C.1.5.6 Quality Control (QC) Program and QC Plan (QCP)* ........ *12*
*C.1.5.7 Safety Plan* ........ *13*
*C.1.5.8 Updates* ........ *15*
C.1.6 STANDING OPERATING PROCEDURES (SOP) ........ 15
C.1.7 WARRANTIES ........ 15
*C.1.7.1 Warranty Records* ........ *15*
*C.1.7.2 Warranty Enforcement* ........ *15*
C.1.8 OTHER INDEPENDENT CONTRACTS ........ 16
*C.1.8.1 Support Services* ........ *16*
*C.1.8.2 Disputes* ........ *16*
C.1.9 UNPROGRAMMED REQUIREMENTS ........ 16
*C.1.9.1 Attendance At Government Meetings* ........ *16*
*C.1.9.2 Access To Data and Information* ........ *17*
*C.1.9.3 Marking Proprietary Information* ........ *17*
*C.1.9.4 Malcolm Baldridge Criteria* ........ *17*
C.1.10 INSTALLATION ACCESS AND CONTROL ........ 17
*C.1.10.1 Personnel And Vehicle Searches* ........ *17*
*C.1.10.2 Vehicle Registration, Licensing, and Operation* ........ *17*
C.1.11 REGULATIONS, MANUALS AND TECHNICAL DOCUMENTS ........ 18
*C.1.11.1 Mandatory and Advisory Designation* ........ *18*
*C.1.11.2 Publications Distribution Account* ........ *18*
*C.1.11.3 Publications Libraries* ........ *18*
C.1.12 WORKLOAD ........ 18
C.1.13 HOURS OF OPERATION ........ 19

*C.1.13.1 Federal Holidays* ..... 19
*C.1.13.2 Special Requirements* ..... 19
C.1.14 RADIO FREQUENCY COORDINATION ..... 19
C.1.15 MEDIA INFORMATION ..... 19
C.1.16 ENVIRONMENTAL AND CULTURAL RESOURCES PROTECTION ..... 19
*C.1.16.1 Environmental Pollution* ..... 20
*C.1.16.2 Protection Of Land Resources* ..... 21
*C.1.16.3 Recording And Preserving Historical And Archeological Finds* ..... 21
*C.1.16.4 Air Quality Protection* ..... 21
*C.1.16.5 Waste Minimization* ..... 22
*C.1.16.6 Worker Protection:* ..... 22
*C.1.16.7 Hazardous Materials/Hazardous Waste* ..... 22
C.1.17 TRUCKING ..... 23
C.1.18 HAZARD ANALYSIS ..... 24
*C.1.18.1 Common Hazardous and Toxic Materials* ..... 24
*C.1.18.2 Cost of Hazard Analysis* ..... 24
C.1.19 SAFETY ASSURANCE ..... 24
*C.1.19.1 Compliance with Regulations:* ..... 24
*C.1.19.2 Contractor Responsibility:* ..... 24
*C.1.19.3 Materials and Equipment:* ..... 25
*C.1.19.4 Asbestos and Lead Based Paint* ..... 25
C.1.20 OPERATION OF STANDARD ARMY MANAGEMENT INFORMATION SYSTEMS (STAMIS) AND PROPONENT AGENCY SYSTEMS ..... 26
*C.1.20.1 Information Security* ..... 27
*C.1.20.2 ISSO Appointment* ..... 27
*C.1.20.3 AIS Accreditation* ..... 27
*C.1.20.4 Functional Liaison For AIS* ..... 27
C.1.21 FORT MCPHERSON RECYCLING PROGRAM ..... 27
*C.1.21.1 Collection Points* ..... 27
*C.1.21.2 Recyclables* ..... 27
C.1.22 INSTALLATION ENERGY CONSERVATION PROGRAM ..... 27

## C.1 GENERAL

The Contractor shall provide all management, administration, and labor except that specified as government-furnished in Section C.3, necessary to perform Installation Support Services for Fort McPherson, Fort Gillem, and U.S. Army Recreational Area Lake Allatoona, GA, including AR 5-9 area of responsibility, Inter-Service Support Agreements (ISSA), Memorandums of Understanding (MOU), Memorandums of Agreement (MOA), and designated tenant units. See Technical Exhibit (TE) C.1-1 for a summary of Inter Service Support Agreements. The Fort McPherson functional proponent for the services contained in this contract is the Directorate of Installation Support (DIS). The Contractor shall support the strategic and business goals and objectives of the Installation during the performance of the work in this contract. The Installation Strategic Business Plan will be provided in the technical library. Throughout this Performance Work Statement (PWS), the term "Fort McPherson" will include Fort McPherson, Fort Gillem, and U.S. Army Recreational Area Lake Allatoona, GA.

### C.1.1 SCOPE

The major functional areas included in this Performance Work Statement (PWS) are: Supply and Services; Environmental Services; Real Property Operations, Maintenance, Repair, Construction and Other Related Services; Transportation Services; Equipment Maintenance Services; and Administration & Automation.

### C.1.2 PROJECT MANAGEMENT AND KEY PERSONNEL

The Contractor shall identify in writing to the Contracting Officer prior to the contract performance start date the managers, supervisors, and their alternates for each major functional area and sub-function listed in this contract (see Contract Data Requirement List (CDRL) C.1-1).

#### C.1.2.1 Designation Of A Project Manager

The Contractor shall have a Project Manager or designated alternate located with the DIS Quality Assurance staff on the phase-in start date and throughout the term of this contract. The Project Manager shall be authorized to act on behalf of the Contractor for all matters relating to this contract. Throughout this PWS, the term "Project Manager" shall include the designated alternate.

##### C.1.2.1.1 Availability

The Project Manager shall be available during normal working hours Monday through Friday, excluding federal holidays. The Contractor shall be available during normal working hours within 60 minutes of notification to meet on the installation with government personnel (designated by the Contracting Officer) to discuss problem areas. The Project Manager shall be available after normal duty hours within 2 hours of notification to meet on the installation with government personnel (designated by the Contracting Officer). The Project Manager shall be available after normal duty hours within 30 minutes of notification to telephonically discuss problem areas with government personnel (designated by the Contracting Officer).

**C.1.2.1.2 Qualifications**

The Project Manager shall have a minimum of 5 years current experience in the management of a similar or related multi-function operation. The Project Manager must be able to speak, read, write, and understand and comprehend English. The Project Manager shall be a central point of contact with the Government. The Project Manager shall attend briefings, conferences, and other meetings designated by the Government.

**C.1.2.2 Designation Of Managers And Supervisors**

The Contractor shall require sufficient supervisory personnel, consistent with the supervisory requirements of each particular operation, be on duty during all operating hours for each major functional area.

**C.1.3 CONTRACTOR PERSONNEL**

The Contractor shall employ sufficient numbers of personnel to meet the terms of this contract. Contractor personnel shall be trained, qualified, certified and licensed under the requirements specified in this contract prior to starting work.

**C.1.3.1 Qualifications**

The Contractor shall maintain records of training qualifications, certifications and licenses. The Contractor shall hire and maintain fully qualified personnel. The Contractor shall employ only persons able to speak, read, write, comprehend and understand English for those positions interacting with government personnel, and where English is used or essential to provide the product, record, data, information, or service. Contractor personnel shall be able to perform basic mathematics. Contractor personnel shall be physically able to perform work in conditions of high humidity and moderate heat and cold. The Contractor shall provide personnel knowledgeable in the respective functional area Standing Operating Procedures (SOP's), local fire and safety policies and local environmental considerations. The Contracting Officer reserves the right to recommend removing any Contractor personnel who do not maintain these abilities.

**C.1.3.1.1 Pest Control Supervisor**

The Contractor shall provide an on-site pest control supervisor to be physically present on the installation during work performance. This supervisor shall perform supervision, planning, scheduling, reporting, supply requisitioning, trouble shooting, and all other management functions associated with pest control application. The supervisor shall keep abreast of new technologies, state of the art practices, updated equipment and regulations. The supervisor shall be trained and currently certified as a pest control applicator by the Department of Defense (DoD) or the State of Georgia with a minimum of 8 years experience

**C.1.3.1.1.1**

Contractor personnel applying pesticides, herbicides and insecticides shall be certified by the Department of Defense (DoD) or the State of Georgia, for each pest control function that is performed under this contract. All pest control work shall be performed by certified individuals in accordance with (IAW) federal, state, local and installation laws and regulations. The Contractor shall use non-certified applicators only while in training for certification; however, certification must be obtained within 6 months of employee start date. The Contractor shall

ensure that all non-certified personnel are under the direct supervision and within line of sight of a certified applicator at all times when using pesticides, herbicides, or insecticides.

**C.1.3.1.1.2**

The Contractor shall submit proof that the pest control supervisors and applicators to be employed on this contract are appropriately certified or re-certified in all applicable categories to the Contracting Officer within 10 working days prior to contract start date. The Contractor shall submit proof of re-certification to the Contracting Officer when initial proof expires.

**C.1.3.1.2 Facilities Operations Personnel**

The Contractor shall provide facilities operations personnel who meet the qualifications of their positions as specified in AR 420-15 and AR 420-49. Facilities operations personnel shall be certified as "Universal Technicians" IAW 40 CFR Part 82 if their assignments include operation, maintenance, or repair of equipment or appliances containing Chlorofluorocarbons (CFC's) or Hydrogen Chlorofluorocarbons (HCFC's). The facilities operations personnel shall possess licenses or certifications appropriate to their positions required by the Army for supervising boiler plants.

**C.1.3.1.3 Utilities Maintenance Personnel**

For utilities maintenance, the Contractor shall provide personnel who demonstrate operational skills and knowledge equivalent to those required by U.S. Civil Service Commission, Job Grading Standards For Utility Systems Repairman/Operator. The Georgia State Water and Waste Treatment Plant Operators Certification Program requires each operator "in responsible charge" to hold a certificate in a class equal to or higher than the class of the plant. The Contractor shall furnish proof of qualification to the Contracting Officer upon request.

**C.1.3.1.4 Ammunition Personnel**

The Contractor shall provide qualified, certified and trained personnel to provide Ammunition Supply Point (ASP) functions.

**C.1.3.1.4.1**

The Contractor shall provide Ammunition Storage Specialist(s) who meet the ammunition technical qualifications of an U.S. Army Ammunition Storage Clerk, MOS 55B10, or the civilian-acquired skill criteria contained in AR 611-201. Contractor personnel shall possess a valid Commercial Driver's License (CDL) with Hazardous Materials (HAZMAT) endorsement; have successfully completed the US Army Defense Ammunition Center and School (USADACS) 2-week "Special Technician Ammunition Course" or shall complete the course within 6 months of contract award; and have either interim certification or certification prior to assignment of explosives munitions operations.

**C.1.3.1.4.2**

The Contractor shall provide certified personnel IAW provisions of 49.CFR, in order to inspect vehicles carrying ammunition and explosives (A & E), prepare shipping documents, and certify hazardous materials for shipment.

**C.1.3.1.4.3**
Contractor personnel shall meet the training and qualification requirements IAW FORSCOM Reg. 700-4 and 350-10.

**C.1.3.1.4.4**
The Contractor shall be subject to an initial certification by the Fort Gillem ASP Certifications Board, and each Contractor employee's certifications may be reviewed by the Certifications Board at any time. The Contractor shall remove any ASP employee that is denied certification by the Board or that is de-certified by the Board.

**C.1.3.1.4.5**
Contractor personnel shall be physically able to perform ASP workload requirements, to include being able to lift at least 65 pounds, stooping, bending, climbing, and having normal color vision.

**C.1.3.1.4.6**
The Contractor shall conduct pre-employment background checks for all personnel hires that will be assigned duties that involve responsibility for control, accountability, or shipment of Ammunition and Explosives (A&E). The Contractor shall accomplish background checks IAW AR 190-11, document using DA Form 7281-R, and maintain files (available for Government review) on the background checks.

**C.1.3.1.4.7**
The Contractor shall provide a trained and certified person IAW Fort McPherson Reg 385-1 to serve as the Local Radiation Protection Officer (LRPO).

**C.1.3.1.5 Material Handling Equipment**
Contractor personnel operating Government material handling equipment (MHE) that require a special license shall have that license before operating government MHE. Contractor personnel with this license shall have this noted in CDRL C.1-1. If a current and valid U.S. Government Motor Vehicle Operator's Identification Card, Optional Form 346 is required to operate government furnished vehicles or equipment, contractor personnel shall have it in their possession while operating Government furnished vehicles and equipment. All contractor personnel who operate Government-furnished vehicles or equipment shall possess a valid state driver's license and comply with the requirements of AR 385-55.

**C.1.3.1.6 HAZMAT/Waste Handler**
The Contractor shall appoint a Hazardous Materials/Waste Handler/Monitor and alternates for each functional area employing hazardous materials or generating hazardous waste. The Contractor shall prepare and submit appointment memorandums to the Government (within 10 working days prior to the contract performance start date). The Contractor shall appoint personnel to these positions that have completed the DoD Hazardous Materials Waste Handling Course or equivalent prior to appointment. The Contractor shall list these personnel on the Personnel Roster (CDRL C.1-1).