**C.1.3.1.7 Quality Control Manager (QCM)**

The Contractor shall identify an individual within the Contractor's organization at the work site who shall be responsible, as the QCM, for overall management of the QCP and have the authority to act in all Contractor Quality Control (CQC) matters for the Contractor. The QCM shall be on site at all times during normal contractor operations. An alternate for the QCM will be identified to serve in the event the QCM is absence. The requirements for the alternate will be the same as for the QCM. The QCM shall have at least 5 years experience in quality control.

**C.1.3.2 Personnel Roster**

The Contractor shall provide a roster of all contractor personnel, employed under this contract, to the Contracting Officer, on contract performance start date. The roster, CDRL C.1-1, shall include employee name, social security number, position title, security clearance (if applicable), licenses and certifications, and qualifications to meet requirements of C.1.3.1. The roster shall also include the telephone and pager numbers of the project manager and alternate. The Contractor shall forward subsequent changes to this roster to the Contracting Officer not later than the 5th working day of each month if there were changes in the preceding month.

**C.1.3.3 Appearance and Conduct**

Contractor personnel shall be well groomed, neat in appearance and appropriately dressed for the work to be done. The Contractor shall not allow any employee who has possession of or who is under the influence of alcohol or controlled substances to perform work. Government rules, regulations, laws, directives and requirements issued during the contract term relating to law and order, installation administration, and installation security shall be applicable to contractor personnel entering the installation or traveling using government transportation. Violation of such rules, regulations, laws, directives, or requirements shall be grounds for removal (permanently or temporarily as the Government determines) from the work site. Contractor personnel who violate such rules, regulations, laws, directives, or requirements may be denied access (temporarily or permanently) to the Installation.

**C.1.3.4 Identification Cards**

Contractor personnel shall carry a Contractor-furnished identification card. Identification cards shall display the words "Directorate of Installation Support", company name, employee name, color photograph, badge number, date issued and expiration date (not to exceed the end of the final option year of this contract). Upon termination of this contract or of employment of any individual, the Contractor shall retrieve the card and maintain accountability of all personnel cards.

**C.1.4 TRAINING PROGRAM**

The Contractor shall hire and maintain contractor personnel who are trained to accomplish the requirements of this contract. This training does not obviate the Contractor from requiring that contractor personnel are qualified to perform their assigned tasks when they begin employment under this contract, as required by paragraph C.1.3. The Contractor shall maintain records of all scheduled and accomplished training. Each Contractor-submitted training request shall be supported by justification demonstrating the direct benefit to the Government pertaining to

performance of this contract. Associated training per diem shall be accommodated in accordance with the travel provisions of Volume II Joint Travel Regulations (JTR).

**C.1.4.1 Technical Training**

Contractor personnel shall be trained to support new systems/equipment to include automated information systems, fielded after initial contract performance start date. Training shall be resident or correspondence. The Contractor shall submit requests for necessary training to the Contracting Officer on a DD Form 1556. The Government will obtain quotas (if available) for required training. Notifications of disapproving requests or of obtaining quotas will be provided to the Contractor. To request correspondence courses, the Contractor shall prepare and submit a DA Form 145, Army Correspondence Course Enrollment Application, to the Contracting Officer.

**C.1.4.2 Government And Army Unique Training**

The Government will directly fund training that is Government and Army unique and is essential for contractor personnel performing work under this contract. Government and Army unique training is training that is only available in Government and Army service schools. Such training may be provided at the work site or at other Government designated locations. Government-furnished training will not be offered or provided for equipment/systems or similar items addressed in the initial contract.

**C.1.4.3 Other Training**

The Government will approve other training on a case-by-case basis. Requests for other training require written approval by the Contracting Officer. Courses to improve general management, leadership or behavioral skills are considered the responsibility of the Contractor and will not be considered for approval. The Government will not approve or pay for any county, state, or federally required training associated with common business practice. The Contractor shall provide and pay for any non-approved training for personnel, including the employee's wages and benefits during the training period. The Contractor shall provide on the job training (OJT) for government personnel as directed by the Contracting Officer. This OJT requirement will be limited to skills associated with the Contractor's performance of this contract.

**C.1.4.4 Travel**

The cost of administrative travel of Contractor employees incurred in the performance of this contract shall be limited to the rates specified in the Federal Travel Regulations or DoD Joint Travel Regulations. All travel and per diem requirements in connection with work to be performed under this contract, and billed as a direct cost, shall be approved by the Contracting Officer, in writing, prior to the use of such travel and per diem. The Contractor shall submit requests for approval of travel and per diem ten (10) working days in advance of anticipated travel date.

**C.1.5 CONTRACTOR PLANNING, CONTROL AND PROCEDURAL DOCUMENTS**

The Contractor shall develop, submit, and implement the following planning, control and procedural documents: Phase-In/Phase-Out Plan, Contingency Plan, Property Control System

Plan (PCSP), Management Plan, Security Plan, the Quality Control Plan (QCP), and Safety Plan. Completion times for these documents vary and are prescribed in the paragraph of this section where their requirement is described. These documents must be in final form at time of submission. The Contractor shall clearly mark all changes so as to be distinguishable from unchanged portions. All documents and updates are subject to Government review and approval.

**C.1.5.1 Phase-In/Phase-Out Plan**

The offeror shall provide a chart(s) that shall address those actions, plans, and procedures necessary to ensure a smooth transition from contract award to full operational status (phase-in). The offeror shall present a detailed plan (CDRL C.1-2) for phase-in period which includes mobilization, training, and orientation of the work force; assessment of potential security risks; and assumption of full operational responsibility for the functions in Section C.5. Specify personnel, including key personnel, who will implement the phase-in by position and functional area. Describe approach to develop and disseminate operational instructions, procedures, and control directives in preparation for the performance of all work. Address actions, plans, and procedures necessary to complete the contract term without impacting service or response in all areas (phase-out). Present a phase-out plan for retaining the required staffing level, to include key personnel, necessary to provide complete contractual support through expiration of the contract. The offeror shall submit the written plan to the Contracting Officer 70 calendar days prior to contract performance start date. The Government will make all facilities and equipment available to the Contractor for 60 calendar days prior to the contract performance start date for observation and for phase-in requirements of this contract. During the phase-in period, the Contractor shall accomplish the following tasks, at a minimum.

**C.1.5.1.1 Project Management Office**

The Contractor shall establish the Project Management Office.

**C.1.5.1.2 Personnel**

The Contractor shall recruit and hire necessary personnel.

**C.1.5.1.3 Certifications And Clearances**

The Contractor shall obtain all required certifications and clearances.

**C.1.5.1.3.1**

Personnel occupying positions that require a security clearance must be able to obtain and maintain the appropriate security clearance for continued employment.

**C.1.5.1.3.2**

Personnel occupying positions not requiring a security clearance must have, as a minimum, a favorable adjudicated Trustworthy National Agency Check (TNAC) for continued employment.

**C.1.5.1.3.3**

The Contractor shall submit to the Contracting Officer a completed SF Form 85 for all employees requiring a TNAC, 45 days prior to an employee beginning work on Fort McPherson. The Installation Security Office will be responsible for receiving, reviewing and submitting the

TNAC investigative paperwork to the Defense Security Service (DSS) and adjudicating the investigation upon return from DSS.

**C.1.5.1.3.4**

The contractor shall submit to the Contracting Officer a Letter of Consent, approved by DSS, along with the names, social security number and date/type of security clearances for all personnel within the company.

**C.1.5.1.3.5**

In the event a company is required to review classified information in order to submit a bid, the company must be cleared by DSS before reviewing the bid. The primary company must be cleared at the appropriate Security access level before hiring subcontractors.

**C.1.5.1.4 Inventories**

The Contractor shall participate in joint inventories and sign for Government-Furnished Property (GFP).

**C.1.5.1.5 Deliverables**

The Contractor shall develop and submit any deliverables required by this Performance Work Statement.

**C.1.5.1.6 Meetings**

Attend post-award meetings as required.

**C.1.5.1.7 Training**

The Contractor shall accomplish training required to support the functions listed in Section C.5.

**C.1.5.2 Contingency Program & Plan**

The Contractor shall establish and maintain an effective written Contingency Program and Plan as provided for by the requirements of this and other sections of this PWS. The Contractor shall submit the Contingency Plan (CDRL C.1-3) 20 working days after contract performance start date. The Contractor shall plan and respond to mission requirements in the event of mobilization, terrorism, natural disaster, or labor disputes. The Contractor shall refer to section C.5.1 of this contract for requirements for mobilization and deployment, contingency operations, exercises, and special events. The Contractor shall be able to react to such events without delay. Sudden or unusual events could result in a great impact upon the Contractor's performance and contract requirements. The Contractor shall provide a plan that addresses procedures, personnel, and the means of accomplishing all functions in the contract under the circumstances and/or contingency conditions listed below. The Contractor shall assume the Government will not supplement the Contractor's work force. The plan shall outline in detail the method or methods the Contractor shall use in meeting contract requirements under the following circumstances and/or contingency conditions: natural disasters (e.g., tornadoes, major storms, flash floods); labor disputes and strikes; terrorism or other threats to personnel or property; utility outages; mobilization, deployment, or sudden buildup of forces to include backfill of contractor personnel in the event of activation, draft, or recall to active duty of these personnel.

**C.1.5.2.1 Annexes To Fort McPherson Plans**

The Government will provide the Contractor the unclassified plans or a portion (e.g., annexes, and appendixes) thereof as may be necessary for development and update of Contractor supplemental support plans (DIS involvement). The Government classified plans will be available for review at any time during working hours by contractor personnel having the required security clearances and a valid need to know. When directed by the Contracting Officer, the Contractor shall revise or develop and deliver supplemental support plans and procedures to accomplish tasks and requirements resulting from government provided plans: Severe Weather Operations; Terrorist Incident Response Plan; Crisis Management Plan; Job Action Contingency Plan; Installation Spill Contingency Plan; Fort McPherson Physical Security Plan; Fort McPherson Mobilization Plan; Fort McPherson SOP for Emergency Operations Center (EOC); Fort McPherson Force Protection Operations Order; Lawrence Joel Army Health Clinic SOP for Mass Casualty Situations; Fort McPherson Fire Department Disaster Plan and the Fort McPherson Bomb Threat Plan. The Contractor shall update plans not later than 20 working days after Contracting Officer request for update.

**C.1.5.3 Contractor's Property Control System Program & Plan (PCSP)**

The Contractor shall submit a Property Control System Plan (PCSP) 20 working days after contract performance start date (CDRL C.1-4) that describes how the Contractor plans to fulfill the requirements of sub-part 45.5 of the Federal Acquisition Regulation (FAR), Management of Government Property in the Possession of Contractors, and the provisions of AR's 710-2, and 735-5 and DA Pam 710-2-1. The Contractor shall ensure that the PCSP addresses property administration, security, accountability, maintenance, and repair of all Government-Furnished Property. The Contractor shall ensure that the PCSP includes specific requirements contained in Section C.3, Government-Furnished Property (GFP) and Services, and Section C.4, Contractor-furnished Property (CFP) and Services. The PCSP shall address Contractor preventative measures and corrective action related to instances of fraud, waste, and abuse of GFP in the Contractor's custody. The Plan shall address, at a minimum, performance of inventories, causative research, reconciliation, classification of equipment, rotation of stocks, and maintenance of stockage levels. The equipment portion of this plan shall include, but not be limited to contractor personnel, tool and material transportation, material handling equipment (MHE), and grounds support equipment. The equipment portion shall also indicate equipment type, size, capabilities, year of manufacture, manufacturer; a list of all construction and service support equipment proposed for use by the Contractor; and sections of this PWS that the equipment will support.

**C.1.5.4 Contractor's Management Plan**

The Contractor shall develop a Management Plan consisting of the Contractor's internal and external standard management practices and procedures. The plan shall address, at a minimum, the Contractor's personnel, finance, contract administration, work control, and work performance function. The Contractor shall submit its Management Plan with its offer and submit a final plan not later than 20 working days after contract performance start date. The Contractor's Management Plan shall be prepared in accordance with Contract Data Requirements Lists (CDRL C.1-5).

**C.1.5.5 Security Program & Plan**

The Contractor's Security Plan (CDRL C.1-6) shall address physical security (including key control), information security, information systems security, and security clearances. The Contractor shall submit this plan to the Contracting Officer not later than 20 working days after contract start date.

**C.1.5.5.1 Physical Security**

The Contractor shall address unauthorized access, vandalism, pilferage, larceny, sabotage, and arson directed toward Contractor controlled facilities and GFP. The following regulations shall be considered: DoD 5100.76(D), DoD 5220.22(D), AR 190-11, AR 190-13, and AR 190-51.

**C.1.5.5.1.1**

The Contract shall address Key Control for Contractor operations in facilities and for equipment under his control. The Contractor shall provide access 24 hours a day, 7 days a week to all Government facilities for which the Contractor controls access.

**C.1.5.5.1.1.1**

The Contractor shall not duplicate any keys issued by the Government without the approval of the Contracting Officer. The Contractor shall immediately report to the Contracting Officer any occurrence of lost or duplicated keys. In the event keys, other than master keys, are lost or duplicated, the Contractor may be required, upon written direction of the Contracting Officer, to re-key or replace the affected lock or locks without cost to the Government. The Government may, however, at its option replace the affected lock or locks or perform re-keying and deduct the cost of such from the Contractor's monthly payment. If a master key is lost or duplicated, all locks and keys for that master key system shall be replaced at no cost to the Government. The government also has the option to replace the locks and keys and deduct the cost from the Contractor's monthly payment.

**C.1.5.5.1.1.2**

The Contractor shall not permit the use of Government issued keys by any person other than the contractor personnel. The Contractor shall not open locked areas to permit entrance of persons other than authorized contractor personnel or government personnel.

**C.1.5.5.1.1.3**

The Contractor shall control access to all Government provided lock combinations. Contractor control methods shall be designed to preclude unauthorized entry into locked areas and to prevent lock combinations from being revealed to unauthorized persons.

**C.1.5.5.2 Information Systems Security**

The Contractor shall address IAW AR 380-19, an information systems security program for control of all computer security and communications security utilized within the scope of this contract.

**C.1.5.5.3 Information Security Program**

The Contractor shall implement and maintain a Security Program IAW AR 380-5 for control of personnel, property, and information, including, but not limited to, classified materials, documents and records. In addition, the Contractor's Security Program shall include provisions to accomplish the following tasks: receive, transmit, transport, and protect items classified as CONFIDENTIAL, SECRET, or TOP SECRET by the Government; in-process and out-process contractor personnel for security matters; obtain contractor personnel security clearances; document and report actual or potential security problems; initiate proper procedures to correct documented problems and implement corrective procedures in the Contractor's Security Program; follow personnel security requirements as set forth in DD Form 254, Department of Defense Contract Security Classification Specification. The Contractor shall not store classified documents.

**C.1.5.5.3.1 Security Clearances**

Security requirements are set forth in the attached DD Form 254, Department of Defense (DoD) Contract Security Classification Specification. The Contractor shall submit requests for security clearances of SECRET or higher to the Defense Industrial Security Clearance Office (DISCO), P. O. Box 2499, Columbus, Ohio 43216. The security clearance requests shall be submitted IAW DoD 5200.2-R, Department of Defense Personnel Security Program, and DoD Regulation 5220.22 (D), DoD Industrial Security Program. A minimum of 6 months should be allowed for the DISCO to receive, process, and respond to any request for a security clearance. The Contractor shall obtain by contract performance start date and maintain throughout the period of performance, security clearances for all personnel requiring security clearances. All contractor personnel with access to classified information shall possess the appropriate clearances.

**C.1.5.5.3.2**

The Contractor shall identify on the Contractor's Personnel Listing (CDRL C.1-1) personnel who require access to restricted areas or material. The Contractor shall immediately update and submit changes to the Government as they occur. All personnel must have the required security clearance prior to assignment to a position requiring a security clearance.

**C.1.5.5.3.2.1**

The workload in dealing with classified information is minimal, approximately 40 hours per year.

**C.1.5.5.3.3**

The Project Manager and personnel involved in maintenance and repair of equipment and facilities located in restricted areas shall possess SECRET or TOP SECRET security clearances (as required to access equipment/facilities) prior to contract performance start date.

**C.1.5.5.3.4**

All personnel handling weapons, classified equipment, and accountable mail shall possess security clearances equal to or greater than the items being handled.

**C.1.5.5.3.5**
Contractor personnel working in secure facilities shall possess security clearances at the level required by the tenant/occupant of the facility.

**C.1.5.6 Quality Control (QC) Program and QC Plan (QCP)**
The Contractor shall establish and maintain an effective written Quality Control Plan (QCP) as provided for by the requirements of this and other sections of this PWS.

**C.1.5.6.1 QC Plan**
The QCP (CDRL C.1-7) shall describe procedures and organization required to sustain contractor performance IAW performance standards for all functional areas of this contract. The QCP shall include, as a minimum, the following requirements to cover all contractor operations, both on-site and off-site, including work by subcontractors, fabricators, suppliers and purchasing agents.

**C.1.5.6.2 Quality Control Program**
The QC Plan shall form the basis of the contractor's QC Program. The Contractor shall implement and maintain a quality control program that identifies and corrects potential problem areas throughout the scope of the contract. During the term of this contract, the Contractor shall monitor his Quality Control Program and update the plan as necessary. The Contractor's Quality Control Program shall:

**C.1.5.6.2.1**
Be independent from all other parts of the Contractor's organization.

**C.1.5.6.2.2**
Be directly accountable to the Contractor's Project Manager.

**C.1.5.6.2.3**
Contain methods of direct and indirect communication with the Government regarding performance of the contract. Communication shall include regular and formal meetings with the Government.

**C.1.5.6.2.4**
Contain processes for corrective action without dependence upon Government direction.

**C.1.5.6.2.5**
Contain specific surveillance techniques tailored for each major functional area. Surveillance methods shall be comprehensive and adaptable to the reporting systems of the Quality Control Plan.

**C.1.5.6.2.6**
Include a customer feedback program.

**C.1.5.6.2.7**
Include maintenance of records of all Contractor Quality Control checks and corrective actions.Address as a minimum: