**C.1.5.6.2.8**
Internal work performance standards.

**C.1.5.6.2.9**
Productivity measurement and work control, including work scheduling, work flow, and application of performance standards for all functional areas under the contract.

**C.1.5.6.2.10**
Overall project management and administration.

**C.1.5.6.2.11**
Overall financial management, including accuracy of cost control data and reporting procedures.

**C.1.5.6.2.12**
Industrial Relations and personnel management.

**C.1.5.6.2.13**
Property utilization, maintenance, and overall contract management.

**C.1.5.6.2.14**
Data collection and other documentation, including document flow and control of associate files.

**C.1.5.6.3 QC Plan Submittal**
The Contractor shall submit a QC Plan to the government with its offer and submit a final plan not later than 20 working days after contract performance start date.

**C.1.5.7 Safety Plan**
The Contractor shall establish and maintain a Safety Plan (CDRL C.1-8) that delineates the processes and procedures the Contractor shall use to prevent accidents and preserve the life and health of Contractor and government personnel. The Contractor shall submit the safety plan to the Contracting Officer not later than 20 working days after the contract start date. The Contractor shall implement a Safety Program based on this Safety Plan. The Contractor's Safety Program shall comply fully with the provisions of Army 385 series, Fort McPherson Regulations (FM Reg 385-1, FM Reg 385-1-1), and Occupational Safety and Health Act (OSHA) regulations and directives (29 CFR 1910, 1926, and 1960). In cases where standards conflict, the stricter requirement shall apply. The Contractor shall provide and document initial and quarterly instructions to enable contractor personnel to conduct their work in a safe manner and to recognize and report hazardous conditions. Initial safety instruction shall be conducted as a part of new personnel in-processing. Instructions shall include: safe work practices; known hazards in work areas; and proper use, care, and maintenance of tools and equipment.

**C.1.5.7.1 Provisions**
The Contractor's Safety Program shall include the following provisions.

**C.1.5.7.1.1**
The Contractor shall report Contract employees' accidents and injuries to the Contractor's Project

Management Staff, the Contracting Officer and the Fort McPherson Director of Public Safety (DPS) in accordance with OSHA and Workmen's' Compensation requirements, AR 385-40, EM Reg. 385-1-1;

**C.1.5.7.1.2**
The Contractor shall maintain reports and records on accidents, safety inspections, and investigations;

**C.1.5.7.1.3**
The Contractor shall inspect and survey Contractor's work areas for potential safety hazards;

**C.1.5.7.1.4**
The Contractor shall furnish contractor personnel protective equipment and safety devices;

**C.1.5.7.1.5**
The Contractor shall provide required safety training to contractor personnel;

**C.1.5.7.1.6**
The Contractor shall develop procedures and practices that minimize accident risk;

**C.1.5.7.1.7**
The Contractor shall submit Contractor internal safety directives or SOP to the Contracting Officer;

**C.1.5.7.1.8**
The Contractor shall notify the Fort McPherson DPS of planned visits, investigation or corrective actions required by Federal, State, Local, or any non-Fort McPherson safety agencies;

**C.1.5.7.1.9**
The Contractor shall appoint a Safety Coordinator, trained and qualified IAW EM Reg. 385-1-1, within each functional area;

**C.1.5.7.1.10**
The Contractor shall make available to contractor personnel hazard reporting procedures IAW 29 Code of Federal Regulations (CFR) 1910, 1926 and 1960, as applicable;

**C.1.5.7.1.11**
The Contractor shall provide Installation Safety personnel unrestricted access to all Contractor facilities, work and storage areas at all times.

**C.1.5.7.2 Safety Training**
The Contractor shall conduct quarterly safety training for contractor personnel working in all applicable functional areas. The training shall include, but not be limited to, the following topics: Petroleum, Oil, and Lubricants (POL) handling and storage; vehicle operations; packaging and shipping; HAZMAT storage, shipping and handling; confined space entry;

respiratory protection; Hazardous Communications (HAZCOM); lock out/tag out; personal Protective Equipment (PPE); and high voltage electrical distribution.

**C.1.5.7.3 Fire Prevention**

The Contractor shall comply with the Fort McPherson Fire Prevention Program in accordance with Fort McPherson Regulation 210-5 to include appointment of fire wardens.

**C.1.5.7.4 Emergency Notification Procedures**

Contractor personnel witnessing a fire, accident, criminal act, hazardous material release, or threatening act or condition, shall notify the proper authority on the Installation by dialing 911, or by personally reporting the act or occurrence to the Director of Public Safety.

**C.1.5.8 Updates**

Annually, if there has been no update, the Contractor shall review the above plans to determine if any changes are desired. The Contractor shall present recommended changes to the Contracting Officer for approval. The Contractor shall update plans not later than 30 days after Contracting Officer requests for update.

**C.1.6 STANDING OPERATING PROCEDURES (SOP)**

The Contractor shall develop internal SOP's for each major functional area covered under this contract unless otherwise specified. Each functional area SOP shall be identified by the applicable PWS paragraph. SOP's shall describe the procedures for each area and cover the following topics at a minimum: control of quality, hours of operation, work assignments, approval authorities, work flow, functional relationships between the Government and the Contractor and between the Contractor's organizational elements, and any other information needed for efficient and uniform performance.

**C.1.7 WARRANTIES**

The Contractor shall provide a 1-year warranty for all workmanship and materials provided under this contract. The Contractor shall enforce the terms of other warranties. The Contractor shall inform the Government of difficulties encountered in the enforcement of warranties and of instances in which the costs of enforcement would exceed the benefits derived.

**C.1.7.1 Warranty Records**

The Government will provide the Contractor with records of all Government-owned property, vehicles and equipment that are under warranty and used, managed, or supported under this contract. Records will identify the item, the nature, and the expiration date of the warranty, and the name and location of the firm to contact about entitlement under the warranty. The Contractor shall provide the Government copies of warranty records on any items of equipment or repair items to which the Government will take title or which will be installed on Government property. The Government will maintain a record copy of all warranties.

**C.1.7.2 Warranty Enforcement**

The Contractor shall appoint a Warranty Enforcement Officer to monitor and track all Government owned equipment falling under the maintenance responsibility of this document.

**C.1.7.2.1**
The Contractor shall repair warranty items without recourse to the warranty if: the failure or defect results from Contractor abuse or from improper or inadequate Contractor maintenance, as determined by the Government and the Government directs such repair.

**C.1.7.2.2**
The Contractor shall comply with standard Army execution and warranty claim action reporting programs as defined in AR 700-139 and DA PAM 738-750.

**C.1.7.2.3**
The Contractor shall inform the Government in writing of all warranty actions.

**C.1.8 OTHER INDEPENDENT CONTRACTS**
The Government may award or have awarded other contracts independent of this contract. Initial coordination required between Contractors performing other contracts and this contract will be made by the Government. The Contractor shall fully cooperate with the other Contractors and with government personnel and shall adapt scheduling and performance of the work under this contract to accommodate the additional work. The Contracting Officer will provide any additional direction.

**C.1.8.1 Support Services**
The Contractor shall provide support services to other Contractors as required by this contract.

**C.1.8.2 Disputes**
The Contractor shall refer unresolved disputes with other Contractors to the Contracting Officer within 24 hours from the time the dispute occurs.

**C.1.9 UNPROGRAMMED REQUIREMENTS**
Upon notification by the Contracting Officer, the Contractor shall provide access to Contractor occupied facilities and shall provide management and technical information including, but not limited to: technical evaluation of suggestions; group tours/special interest groups such as fielding teams and Maintenance Work Order (MWO) teams; input for staff studies; fact sheets; one-time reports; listings; densities; equipment maintenance records and quality control data and records; recommendations for amending, revising or originating Government regulations or policies within the scope of this contract; information requested by government personnel performing official duties, to include monitoring contract compliance; Government and contractor personnel conducting information and communication systems site surveys, information systems fielding, and communication engineering/construction as required by the Government.

**C.1.9.1 Attendance At Government Meetings**
The Contractor shall attend and participate in scheduled and unscheduled meetings as required by the Government to provide effective communication and impart necessary information. The Contractor shall participate in meetings with Federal, State, and Local agencies and their

representatives and other Contractors as required by the Government. These meetings include both on-site and off-site meetings.

**C.1.9.2 Access To Data and Information**

The Contractor shall make all Contractor-generated technical records, reports, files, and other documentation available to the Contracting Officer, Contracting Officer's Representatives (COR), DIS staff, and other authorized Government representatives during the performance of this contract. The Contractor shall obtain Contracting Officer approval before releasing any information input or stored, generated, or archived related to this contract to the Contractor's corporate or other off-site offices, to other Government activities, agencies, or to other Contractors or private parties.

**C.1.9.3 Marking Proprietary Information**

All records, files, reports and data deemed proprietary by the Contractor shall be clearly marked accordingly. The Contracting Officer makes final determination of the appropriateness of proprietary claims by the Contractor.

**C.1.9.4 Malcolm Baldridge Criteria**

The Fort McPherson Garrison participates in the DoD Centurion Program and the Army Performance Improvement Criteria Implementation Plan to comply with the Government Performance and Results Act of 1993. As such, the Contractor shall implement a total quality management (TQM) program using Malcolm Baldridge criteria for work performed under this contract. The Contractor shall participate in Fort McPherson's Business System Performance assessment to include: leadership, strategic planning, customer and market focus, information analysis, human resource focus, process management, and business results. The Contractor shall provide information in support of the following programs: Army Communities of Excellence, Business Process Reengineering Database (which measures cost savings and process improvements), President's Quality Award, and Performance Review and Analysis. The Contractor shall provide the Contracting Officer with a quarterly report (see CDRL C.1-9).

**C.1.10 INSTALLATION ACCESS AND CONTROL**

Unscheduled Installation closures may occur at any time, including closures resulting from inclement weather. Personnel and vehicles entering or exiting the Installation may experience a delay. Unless otherwise specified in the contract, the Contractor shall accomplish the work scheduled to be performed on the day of closure the following workday.

**C.1.10.1 Personnel And Vehicle Searches**

All vehicles and personnel are subject to search and seizure of contraband and/or unauthorized Government property. Contractor vehicles (Contractor-owned and personal), contractor personnel, and their personal property shall be subject to searches upon entering or leaving military installation.

**C.1.10.2 Vehicle Registration, Licensing, and Operation**

Contractor personnel or the personnel of subcontractors shall have proper state registration, proof of insurance, and a valid driver's license to operate privately owned vehicles (POV) on Post or to

operate Government vehicles and equipment. Contractor personnel must meet all Federal, State, or Local requirements concerning operation of equipment/vehicles, e.g., certification for transportation of hazardous materials.

**C.1.10.2.1**
Contractor personnel shall register POV's with the Directorate of Public Safety's (DPS) office IAW with current rules.

**C.1.11 REGULATIONS, MANUALS AND TECHNICAL DOCUMENTS**
Regulations, manuals, and technical documents applicable to this contract are listed in Section C.6. Publications listed in Section C.6 will be in the Technical Library and available to the Contractor at the start of the contract. The Government will establish a custodial account with the Publications Distribution Office for Contractor use. The Contractor shall coordinate with the Government publication warehouse to receive training and initiate a publications account. After training is received, the Government will provide software to the Contractor to facilitate electronic ordering of publications.

**C.1.11.1 Mandatory and Advisory Designation**
The Contractor shall comply with requirements listed in publications coded as "M" for Mandatory in Section C.6 unless specifically excepted by this contract. The Contractor shall comply with all supplements and amendments to mandatory publications. The Contractor shall comply fully immediately upon receipt of a change to a mandatory publication. The Contractor shall utilize publications provided as "Advisory" primarily for informational purposes.

**C.1.11.2 Publications Distribution Account**
The Contractor shall utilize the Government established Publications Distribution Account to order, follow-up, and provide timely distribution of updates and other publication requirements. The Contractor shall use the Publications Distribution Account exclusively for publication requirements that occur in support of this contract.

**C.1.11.3 Publications Libraries**
The Contractor shall maintain an up-to-date master publications library (currently located in building 358) containing all items referenced in Section C.6. The Contractor shall maintain up-to-date functional area libraries (currently located in buildings 200 and 315 at Fort McPherson and building 400 at Fort Gillem). The Contractor shall require functional libraries contain all the applicable publications listed in Section C.6 for the specific area being serviced. The Contractor shall establish new libraries, if required, in performance of this contract.

**C.1.12 WORKLOAD**
It is anticipated that during the course of this contract there will be workload increases and decreases. The workload information displayed in the text and in technical exhibits is based on annual data, where available, or extrapolated to represent estimated annual workload where less than one year's data was available. This workload is provided to assist offerors in proposal preparation and shall not be a limiting factor on the Contractor's obligation to perform all services described in this contract to the required level of effort.

**C.1.13 HOURS OF OPERATION**

Unless otherwise specified in the contract, the Contractor's core working hours shall be 0800 to 1600, Monday through Friday excluding Federal holidays, but no less than 8 hours per day. The Contractor shall be available on a 24 hour-a-day basis to meet mission requirements as indicated by the Contracting Officer. The Contractor shall obtain approval from the Contracting Officer prior to all work performed on weekends, holidays or outside regular working hours. The Contractor shall provide emergency telephone numbers where key personnel may be contacted when not present at the work site. Individual contractor personnel may be required to perform shift work that would represent normal working hours for those personnel.

**C.1.13.1 Federal Holidays**

The Contractor is not required to provide services on Federal holidays, except in emergency situations. Federal holidays are established by Federal Law and are currently as follows.

| | |
|---|---|
| New Year's Day | 1 January |
| Martin Luther King Jr. Day | 3rd Monday in January |
| Presidents Day | 3rd Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | 4 July |
| Labor Day | 1st Monday in September |
| Columbus Day | 2nd Monday in October |
| Veterans Day | 11 November |
| Thanksgiving Day | 4th Thursday in November |
| Christmas Day | 25 December |

**C.1.13.2 Special Requirements**

The Contractor shall provide on-site 24 hour support for the building systems for Buildings 200 HQ FORSCOM), 363 (Third U.S. Army HQ) and 315 (U.S. Army Reserve Command). After hours emergency support is covered under section C.5.6, Real Property Operations, Maintenance, Repair, Construction, and Other Related Services. The Contractor shall provide 16 hour on-site support for the boiler operations at Fort Gillem during the heating season. The Contractor shall provide support for the swimming pools during operating hours.

**C.1.14 RADIO FREQUENCY COORDINATION**

Radio frequency assignments and authorizations will be controlled and furnished by the Government (Chief, DSC4).

**C.1.15 MEDIA INFORMATION**

The Contractor shall not provide any Fort McPherson, Fort Gillem or U.S. Army Recreational Area Lake Allatoona related information for media release without prior approval by the Contracting Officer and the Public Affairs Officer (PAO).

**C.1.16 ENVIRONMENTAL AND CULTURAL RESOURCES**