**PROTECTION**

In order to protect the environment, the natural resources, and the cultural resources of the installation from any damage or harm caused by the construction activities of the Contractor and his subcontractors in the performance of this contract, compliance is required with all applicable Federal, State, and Local laws and regulations concerning environmental pollution control, hazardous materials, and hazardous waste management protection of natural and cultural resources, and all applicable provisions of the Corps of Engineer's Manual, EM 385-1-1, entitled "Safety and Health Requirements Manual," as well as the specific requirements stated elsewhere in the contract specifications. Contractor's attention is directed to the requirements of Contract clauses 52.236-9, 52.236-10, and 52.236-12.

**C.1.16.1 Environmental Pollution**

For the purpose of this specification environmental pollution is defined as the presence of chemical, physical, or biological elements or agents which adversely affect human health or welfare, unfavorably alter ecological balances of importance to human life, affect other species of importance to man, or degrade the utility of the environmental for aesthetic and recreational purposes. The control of environmental pollution requires consideration of air, water, and land, and involves noise, solid and hazardous waste material management or radiant energy and radioactive materials, as well as other pollutants.

**C.1.16.1.1 Notification of Violations**

The Contracting Officer shall notify the Contractor in writing of any noncompliance with the foregoing provisions and the action to be taken. The Contractor shall, after receipt of such notice, immediately take corrective action. Such notice, when delivered to the Contractor or his authorized representative at the site of the work, shall be deemed sufficient for the purpose. The Contractor shall treat such notice as a requirement to immediately take action to either correct the violative procedures or otherwise make their actions comply with applicable environmental laws, regulations, or procedures. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop orders shall be made the subject of a claim for extension of time or for excess cost or damages by the Contractor unless it was determined that the Contractor was in compliance.

**C.1.16.1.2 Implementation**

Prior to commencement of work the Contractor shall:

**C.1.16.1.2.1**

Submit in writing his proposals to include all applicable Contractor/Subcontractor qualifications pertaining to the specific work to be performed and prior to the performance of that work for implementing this section for environmental pollution control.

**C.1.16.1.2.2**

Meet with representatives of the Contracting Officer including but not limited to, the Directorate of Installation Support, Environmental Division to develop mutual understandings relative to compliance with this provision and administration of the environmental pollution control

program.

**C.1.16.2 Protection of Land Resources**

It is intended that the land resources within the project boundaries and outside the limits of permanent work performed under this contract be preserved in their present condition or be restored to their present condition as closely as possible after completion of construction, so as not to detract from the appearance of the project. In so far as possible, the Contractor shall confine his construction activities to areas defined by the plans or specifications.

**C.1.16.3 Recording and Preserving Historical And Archeological Finds**

All items having any possible historical or archaeological interest which are discovered in the course of any construction activities shall be carefully preserved. The contractor shall leave the archeological find undisturbed and shall immediately report the find to the Contracting Officer. The Government will inform the contractor of any known archaeological or historical areas located in close proximity to the contractor's worksite.

**C.1.16.4 Air Quality Protection**

Fort McPherson and Fort Gillem are located within the Metropolitan Atlanta Intrastate Air Quality Control Region (AQCR) No. 56. The U. S. Environmental Protection Agency rates Metropolitan AQCR as being in serious non-attainment for ozone. Therefore, the Contractor and his/her subcontractors shall perform in strict accordance with the provisions of the Clean Air Act as applicable to this contract including, but not limited to:

**C.1.16.4.1**

No open burning. Burning of construction debris or rubbish shall not be permitted.

**C.1.16.4.2**

No fugitive or visible emissions (e g. dust, spray painting, demolition processes, abrasive blasting). The contractor shall provide an acceptable plan for controlling fugitive emissions generated due to his/her operation in construction zones, along haul routes, in equipment parking areas and in waste handling areas.

**C.1.16.4.3 Ozone Depleting Chemicals**

The Contractor or his/her subcontractors shall conduct any maintenance, repair, or replacement of Heating Ventilation and Air Conditioning equipment involving the recharging, recovery, or reclamation of ozone depleting chemicals (refrigerants) in strict accordance with Title VI of the Clean Air Act: Section 608. The Contractor shall provide evidence of personnel certification as required by 40 CFR Part 82, Subpart F to the Contracting Officer for those employees or subcontractors performing refrigerant (including halon) transition and recovery work.. The Contractor shall be responsible for maintaining all records in accordance with Section 608, and make them available for review upon request of the Contracting Officer.

**C.1.16.4.3.1**

Mandatory: all class I substances shall remain the property of the government. Any recovery or reclamation of class I substances shall be turned over to the contracting officer for subsequent

disposition to the defense logistics agency, defense reserve of ozone depleting substances.

**C.1.16.5 Waste Minimization**

During performance of this contract, the contractor will use hazardous materials to complete his mission. Some materials, for example, are paints and paint related materials, solvents, corrosives, aerosols, refrigerants, and flammable liquids. It is incumbent upon the contractor to minimize use of these materials whenever practicable; and to substitute materials of lower toxicity or a lesser environmental persistence value whenever available. GSA has promulgated a list of products that are likely candidates for substitution. The contractor may consult with the DIS Environmental Office to gain assistance with the selection of preferred materials.

**C.1.16.6 Worker Protection:**

By using hazardous materials the contractor is elevating risk to his employees and to government personnel. The contractor shall implement a HAZCOM program as identified by OSHA in 29 CFR 1901.1200 and Garrison Regulation 385-1. The contractor's program will include availability and worker knowledge of material safety data sheets, release identification and mitigation, and personal protective equipment. The contractor shall minimize risk to government personnel by advising individuals likely to be exposed regarding the hazards anticipated.

**C.1.16.7 Hazardous Materials/Hazardous Waste**

The Contractor shall control, report, handle, store, and ship hazardous materials and waste in accordance with applicable publications cited in Section C.6. The Contractor shall require adequate containment, documentation, transportation, tracking, and turn-in for disposal of hazardous materials/waste. The Contractor shall plan for, at a minimum, spill clean up and containment, neutralization of all potential hazardous wastes/materials encountered during performance of this contract, requisitioning and maintaining on hand hazardous waste/materials handling safety equipment and clothing appropriate for the materials/hazards expected to be encountered. The Contractor shall also plan for hazardous materials training, certifications, and meeting other personnel requirements associated with hazardous waste/materials management. The Contractor shall comply with and accomplish the operational requirements concerning hazardous waste (HW) as defined in 40 CFR Section 260 through 265. The Contractor shall comply with operations and training requirements in 29 CFR 1910.120, 29 CFR 1910.1200, 29 CFR 1926.65, 49 CFR, AR 420-47, TM 38-250, and other applicable directives. As the contractor uses hazardous materials, he will generate some spent wastes or excess items ( e.g. waste paint thinner, unused paint, or spent refrigerant). The contractor shall ensure that his employees are trained in accordance with 40 CFR Part 246. This includes training to identify whether a waste is hazardous. The Contractor shall coordinate all efforts in this function with the Installation's Environmental Coordinator.

**C.1.16.7.1 Waste Handling:**

The contractor should minimize generation of hazardous waste whenever practicable. Unused portions of hazardous materials should be maintained for use as appropriate. Should the contractor generate a hazardous waste, he is responsible to properly containerize, mark, and handle the hazardous waste. The contractor shall ensure that all hazardous wastes that he generates in performance of this contract are disposed of through the DIS Environmental

Division.

**C.1.16.7.2 Identification and Handling:**

As the contractor performs work pursuant to this contract, he is likely to encounter substances that are hazardous (e.g. construction members and debris that have been coated with lead-based paint, materials containing asbestos, fluorescent light tubes, ballasts potentially containing polychlorinated biphenols, and refrigerants). The contractor shall anticipate the likelihood of encountering these substances and shall ensure that personnel are suitably trained to handling them. The contractor shall be prepared to collect samples of various debris and transport samples to local (within metropolitan Atlanta) laboratories or assigns as directed prior to the generation of a significant volume. A significant volume is defined, in this case, as a volume of 55 gallons. During the handling of suspect materials, the contractor shall assume the materials are hazardous or otherwise regulated in lieu of laboratory data.

**C.1.16.7.3 Appointment Of Hazardous Materials/Waste Handler/Monitor**

The Contractor shall appoint a Hazardous Materials/Waste Handler/Monitor and alternates for each functional area employing hazardous materials or generating hazardous waste. The Contractor shall prepare and submit appointment memorandums to the Government (within 10 working days prior to the contract performance start date). The Contractor shall appoint personnel to these positions that have completed the DoD Hazardous Materials Waste Handling Course or equivalent prior to appointment. The Contractor shall list these personnel on the Personnel Roster (CDRL C.1-1).

**C.1.16.7.4 Pollution Prevention Requirements**

The Contractor shall employ best management pollution prevention practices.

**C.1.16.7.5 Hazardous Waste Storage Requirements**

The Contractor shall store and segregate all hazardous waste in a manner as to prevent mixing of fluids and types of hazardous waste. Hazardous waste shall be stored in such a manner to prevent exposure to the natural elements such as rain, dust and wind. The Contractor shall maintain and operate the existing 90 calendar day hazardous waste storage sites in the DIS's area of responsibility.

**C.1.16.7.6 Contractor Disclosure Requirements**

The Contractor shall maintain and update the Government provided listing identifying all hazardous materials stored or used by the Contractor. The Contractor shall use environmentally preferred products in the performance of this contract.

**C.1.16.7.7 Oil and Hazardous Material Spills**

The Contractor shall comply with AR 200-1 Chapter 3, the Installation Spill Contingency Plan, and the Spill Prevention Control and Countermeasures Plan for the cleanup, disposal, and reporting of oil and hazardous material spills.

**C.1.17 TRUCKING**

The contractor shall load all trucks leaving the site with loose debris in a manner that will

prevent dropping of materials on streets. All vehicles transporting hot-mix mixtures, sand, base course material, surfacing aggregates or dirt for work performance under this contract and traveling in excess of 20 MPH over post area streets or main access roads shall have the materials covered with a tarpaulin canvas or shall be loaded a minimum of 6 inches below the top of the sideboards to avoid spillage of materials. The contractor shall be responsible for cleaning up any materials that fall from trucks.

**C.1.18 HAZARD ANALYSIS**

The Contractor shall conduct a hazard analysis to comply with worker protection, hazard communication, hazard abatement, and hazardous waste disposal provisions of this contract. The proposed compliance measures shall be supported by laboratory test results other appropriate documentation (i.e. historical data supporting a prior hazard analysis).

**C.1.18.1 Common Hazardous and Toxic Materials**

The Contractor shall refer to hazardous and toxic materials/substances included in Subparts H and Z of 29 CFR 1910; and to others as additionally defined in Fed. Std. 313. Those most commonly encountered include lead, asbestos, polychlorinated biphenyl's (PCBs), explosives, and radioactive material, but may include others. The most likely products to contain asbestos are sprayed-on fireproofing, insulation, boiler lagging, pipe covering, shingles, siding, roofing felt, mastic, floor tiles, and other common sources of asbestos.

**C.1.18.2 Cost of Hazard Analysis**

The cost of environmental hazard analysis, worker protection and, hazard communication shall be included in the contractor's proposal. The cost of hazardous waste disposal (as documented by manifests signed by state-approved landfill) will be paid by the Government.

**C.1.19 SAFETY ASSURANCE**

The Contractor shall comply with safety regulations as follows:

**C.1.19.1 Compliance with Regulations:**

All work, including the handling of hazardous material or the disturbance or dismantling of structures containing hazardous material shall comply with the applicable requirements of 29 CFR 1926/1910. Work involving the disturbance or dismantling of asbestos or asbestos-containing material; the demolition of structures containing asbestos; and/or the disposal and removal of asbestos, shall also comply with the requirements of 40 CFR, Part 61, Subparts A and S, ETL 1110-1-118 and DA Circular 40-83-4.

**C.1.19.1.1**

All work shall comply with applicable state and municipal safety and health requirements. Where there is a conflict between applicable regulations, the most stringent shall apply.

**C.1.19.2 Contractor Responsibility:**

The Contractor shall assume full responsibility and liability for compliance with all applicable regulations pertaining to the health and safety of personnel during the execution of work, and shall hold the Government harmless for any action on his part or that of his employees or

subcontractors, which results in illness, injury, or death. Contractors are required to report timely, any accident or injury to the installation Safety Division. AR 385-40 requires that accidents and injures be reported within seven (7) calendar days to the US Army Safety Center. A copy of Workman's Compensation Reports or information provided telephonically to the Safety Division, Telephone 464-2696, will suffice with notification to the Contracting Officer's Representative.

**C.1.19.3 Materials and Equipment:**

Special facilities, devices, equipment, clothing, and similar items used by the Contractor in the execution of work shall comply with the applicable regulations.

**C.1.19.4 Asbestos and Lead Based Paint**

The Contractor shall be informed about asbestos and lead based paint exposure.

**C.1.19.4.1**

The Contractor is warned that exposure to airborne asbestos has been associated with four diseases: lung cancer, certain gastrointestinal cancers, pleural or peritoneal mesothelimona and asbestosis. Studies indicate there are significantly increased health dangers to persons exposed to asbestos who smoke, and further, to family members and other persons who become indirectly exposed as a result of the exposed worker bringing asbestos-laden work clothing home to be laundered.

**C.1.19.4.2**

The contractor is advised that friable and/or nonfriable asbestos-containing material may be encountered in areas where contract work is to be performed. Asbestos-containing material (ACM) is any material that contains more than one percent asbestos by weight. Friable ACM is material that with hand pressure can crumble, pulverize, or reduce to powder when dry. Nonfriable asbestos-containing materials are materials in which asbestos fibers are bound by a matrix material, saturant, impregnant or coating. Nonfriable ACM does not normally release airborne asbestos fiber during routine handling and end-use. However, excessive fiber concentrations may be produced during uncontrolled abrading, sanding, drilling, cutting, machining, removal, demolition, or other similar activities.

**C.1.19.4.3**

Care must be taken to avoid releasing, or causing to be released, asbestos fibers into the atmosphere where they may be inhaled or ingested. The Occupational Safety and Health Administration (OSHA) has set standards at 29 CFR 1910.1001 and 29 CFR 1926.1101 for exposure to airborne concentrations of asbestos fibers, methods of compliance, medical surveillance, housekeeping procedures and other that must be taken when working with or around asbestos-containing materials. 29 CFR 1910.1001 and 29 CFR 1926 1101 and the ASHARA are identified as applicable to construction, demolition, repair, alteration and maintenance projects anticipated within the scope of this contract. The Environmental Protection Agency (EPA) has established standards at 40 CFR 61.140-156 for the control of asbestos emissions to the environment and handling and disposal of asbestos wastes.

**C.1.19.4.4**

Friable ACM is not permitted by current criteria and shall not be used in new construction or modification projects (ETL 110-1118, 27 May 1983). Plans and specifications for all new construction and modification projects will be reviewed to insure that the use of friable ACM is not called for.

**C.1.19.4.5**

Exposure to Asbestos (friable or non-friable) or Lead Based paint dust may occur during the removal of materials applied from previous construction practices while performing construction, demolition, repair, alteration and maintenance activities under this contract. The Contractor shall be responsible for implementing all necessary work practices and engineering controls, in accordance with 29 CFR 1910 and 29 CFR 1926, to eliminate the possibility of exposure to any person or persons located relative to the work site. All precautions, as applicable by regulations previously cited, shall be strictly adhered to.

**C.1.19.4.6**

The Government will provide information to the Contractor regarding the location of LBP or Asbestos prior to project initiation only if a formal survey has been conducted, specific to proposed project area, and the analytical results are available from the DIS Environmental Division. Otherwise, the contractor shall be responsible for conducting his/her own survey to determine the presence of Asbestos or LBP. The contractor shall also be responsible for conducting a hazard assessment prior to work initiation to determine necessary control measures and the level of protection required for his/her employees to reduce their exposure levels below established regulatory limits.

**C.1.19.4.7**

Any work involving the disturbance of asbestos or LBP shall be conducted in accordance with all federal, state, and local regulations. The Contractor shall be responsible for ensuring his/her employees and subcontractors are adequately trained and qualified for the classification of work they are performing (29 CFR 1926.62 and 1926.1101). The Contractors on-site manager shall be trained and qualified as a "Competent Person" (29 CFR 1926.1101) capable of identifying Asbestos or LBP hazards in workplace, capable of selecting the appropriate control strategy, and having the authority to take prompt corrective measures.

**C.1.20 OPERATION OF STANDARD ARMY MANAGEMENT INFORMATION SYSTEMS (STAMIS) AND PROPONENT AGENCY SYSTEMS**

The Contractor shall sustain, operate, and administer a number of standard and non-standard, local unique, and proponent agency logistics and maintenance management information systems and associated logistics and administrative support automated information systems in support of requirements specified in Section C.5. These systems are listed in TE C.1-2. The Contractor shall coordinate with the Government unless specifically or otherwise stated in this contract to guarantee the latest available software versions are installed on Contractor operated systems. The Contractor shall provide recommendations to the Government on ways to improve or streamline data communications and mission effectiveness. The Government will maintain STAMIS, unless specified differently in this or another contract.

**C.1.20.1 Information Security**

The Contractor shall comply with information security requirements IAW AR 380-19. The Contractor shall provide a separate appointment letter for each Information System Security Officer (ISSO) and include in the letter the respective AIS(s) and the facility(ies) in which it is located The content and structure of the letter shall comply with AR 380-19.

**C.1.20.2 ISSO Appointment**

The Contractor shall appoint an ISSO for each standard and non-standard AIS to provide adequate system security to prevent unauthorized access, theft, and damage. The Contractor shall require each ISO and alternate comply with the responsibilities and duties identified in AR 380-19 and Installation SO's.

**C.1.20.3 AIS Accreditation**

The Contractor shall maintain existing, develop new, and place the Government's AIS accreditation package within close proximity of the respective AIS. The Contractor shall post a memorandum by each AIS identifying the ISSO, internal SOP for the AIS, and the duties of the ISSO.

**C.1.20.4 Functional Liaison For AIS**

The Contractor shall appoint a representative for each functional area, to serve as a liaison for AIS systems administration and problem resolution. The Contractor shall submit such appointment documents to the Contracting Officer.

**C.1.21 FORT MCPHERSON RECYCLING PROGRAM**

The Fort McPherson Recycling Program encompasses the collection of items and materials that are reusable in their present form, such as pallets, and items that are suitable for recycling, such as paper, glass and plastics.

**C.1.21.1 Collection Points**

The Contractor shall establish collection points in its work areas for all recyclable materials. The Contractor shall deliver reusable pallets to DRMO's enclosed yard at Fort Gillem (building 310).

**C.1.21.2 Recyclables**

The Contractor shall establish collection points for and shall segregate the following materials into those areas: all paper, including corrugated cardboard (flattened); clear and colored glass (rinsed and without caps); plastic containers (rinsed and without caps); lumber; aluminum (including drink cans); scrap metal (except brass, steel, and copper); CFC's (including halon); and used oil).

**C.1.22 INSTALLATION ENERGY CONSERVATION PROGRAM**

The Contractor shall participate in the installation energy conservation program and comply with AR 11-27, Army Energy Program and the installation energy conservation program. The Project Manager shall attend all meetings of the Energy Conservation and Resource Management Committee. The Contracting Officer shall approve the use of high energy consuming tools or equipment.