SECTION C.2

TABLE OF CONTENTS

**C.2. DEFINITIONS, ACRONYMS, AND ABBREVIATIONS ........ 1**

C.2.1 DEFINITIONS ........ 1

C.2.2 ACRONYMS AND ABBREVIATIONS ........ 11

## C.2 DEFINITIONS, ACRONYMS, AND ABBREVIATIONS
### C.2.1 DEFINITIONS

The definitions set forth below are those that pertain to this contract. Definitions for technical terms or words that are included in this contract can be found in the technical documents referenced in the individual functional areas of the PWS. In addition to the list of general definitions that apply to all functional areas, supplementary definitions are provided for most functional areas. In many cases definitions are situation specific. The total listing of definitions is not all-inclusive, but it has been derived from official publications, e.g., regulations, technical manuals, technical bulletins and Fort McPherson Standard Operating Procedures, when available. The terms and definitions used throughout this section of the contract, or in material referenced by this contract shall have the meanings set forth below.

ACCEPTABLE LEVEL OF PERFORMANCE (ALP): The ALP is the maximum percent defective or the maximum number of defects per hundred units considered satisfactory for purposes of a sampling inspection. It is the allowable variance from a standard expressed by narrative description before the Government will reject the specific service.

ACCEPTANCE: The act of an authorized representative of the government by which the government assumes for itself, or as agent for another, ownership of existing and identified supplies tendered or approves specific service rendered, as partial or complete performance of the contract on the part of the Contractor.

ACCOUNTABLE OFFICER (AO): Person officially appointed in writing to maintain a formal set of accounting records of property or funds. This person may or may not have physical possession of the property or funds. Person also serves as the primary point of contact for technical guidance. (Person sometimes referred to as the Government Accountable Officer/GAO.) Examples of Accountable Officers are

> INSTALLATION TRANSPORTATION OFFICER (ITO): The ITO may also be referred to as the Transportation Officer (TO) and is accountable for property entrusted to him or her for shipment.
>
> STOCK RECORD OFFICER (SRO): The SRO is accountable for supplies being held for issue from time of receipt until issued, shipped, or dropped from accountability.
>
> PROPERTY BOOK OFFICER (PBO): The PBO is accountable for property upon receipt until subsequently turned-in, used (consumed) for authorized purposes, or dropped from accountability. (Hand receipt holders are not considered AOs). Refer to AR 710-2, DA PAM 710-2-1, DA PAM 710-2-2, AR 735-5.

ANNUAL WORK PLAN (AWP): A prioritized work plan prepared prior to the start of each fiscal year, after receipt of the upcoming fiscal year's budget guidance, reflecting the use of resources to accomplish the Real Property Maintenance Activity.

ANNUALLY: Something that occurs once per year.

ARMY STATIONING AND INSTALLATION PLAN (ASIP): A document projecting mission and troop strengths for definite periods on a long-range basis.

ARMY STOCK FUND (ASF): A means for consolidated management, financing, control, and accounting for the procurement and inventories of those items of materials, supplies, and equipment, the costs of which are chargeable, when issued, to a number of consuming activities. This is an obsolete name for what is currently called Working Capital Fund (WCF) Supply Management, Army. ASF and WCF are synonymous.

BACKLOG: All job orders (Maintenance Request, DA Form 2407) accepted in commodity repair activities and not completed. Backlog consists of end items/components awaiting inspection, awaiting shop, awaiting parts, and deferred maintenance.

BACKLOG OF MAINTENANCE AND REPAIR (BMAR): The end of fiscal year measurement of unfinanced maintenance and repair (M&R) work, estimated at $1,000 or more, remaining on the AWP as a firm requirement of that fiscal year, but due to lack of resources was not accomplished during the fiscal year.

BENCH STOCK: Consumable items having nominal cost that are used by repairmen at an unpredictable rate, such as common hardware, transistors, capacitors, wire, tubing, hose, rope, webbing, thread, welding rods, sandpaper, and similar items.

BI-ANNUALLY: Something that occurs once every two (2) years.

BUDDY SYSTEM: A system that requires two or more persons to work and remain near each other in certain areas and on certain missions so that they can give each other mutual protection and assistance.

CALENDAR YEAR (CY): A period beginning January 1 and ending December 31 of the same year.

CALIBRATION: The comparison of an instrument of unverified accuracy to a measurement standard or item of test, measurement and diagnostic equipment to detect and correct any discrepancy in the accuracy of the unverified instrument.

CARE OF SUPPLIES IN STORAGE (COSIS): A program whereby supplies and equipment in storage are preserved in a serviceable condition through inspection and action taken to correct any forms of deterioration and to restore the supplies to ready for issue condition.

CHLORINATION: The application of chlorine to waste water, generally for the purpose of disinfection, but frequently for accomplishing other biological or chemical results.

COMBUSTIBILITY: The relative combustibility of materials in storage is defined as follows Hazardous Materials which, either by themselves or in combination with their packaging, are highly susceptible to ignition and will contribute to the intensity and rapid spread of fire. Materials and their packaging, both of which will contribute fuel to fire, but are susceptible to ignition. Materials which, in themselves, will not normally ignite, but which in combination with their packaging, will contribute fuel to fire.

CONSUMABLE SUPPLIES: A special classification for use in program expense accounting activities which encompass nonexpendable supplies valued at less than $200 per item and all expendable supplies. This classification will not be construed to alter existing requirement for maintenance of station property book records of nonexpendable supplies.

CONTRACT: All types of agreements and orders for the procurement of supplies or services.

CONTRACT DISCREPANCY: A failure of the Contractor to perform IAW contract requirements and specifications. A contract discrepancy may result from a failure of the Contractor to provide, or provide on time, the required contract products or services; or it may result because delivered products or services do not meet specific contract standards.

CONTRACT DISCREPANCY REPORT (CDR): A report used to document unsatisfactory Contractor performance. The CDR requires the Contractor to explain, in writing, why performance is unsatisfactory; how performance shall be returned to satisfactory levels; and how recurrence of the problem shall be prevented in the future.

CONTRACTOR QUALITY CONTROL SYSTEM: The complete system of assuring that supplies and services are produced IAW contract requirements.

CONTRACTING OFFICER (KO): A U.S. Government official who has been duly appointed and has the authority to enter into, administer, modify and/or terminate contracts, and make related determinations and findings on behalf of the U.S. Government.

CONTRACTING OFFICER'S REPRESENTATIVE (COR): An individual designated in writing by the Contracting Officer to act as an authorized representative of the Contracting Officer to perform specific contract administrative functions within the scope and limitations as defined by the Contracting Officer.

CONTRACTING OFFICER'S TECHNICAL REPRESENTIVE (COTR): An authorized individual appointed, in writing, by the contracting officer, to serve as the U.S. Government official for overseeing the technical aspects of this PWS.

CONTRACTOR: The Contractor, its subsidiaries and affiliates, joint ventures involving the Contractor, or any entity with which the Contractor may have merged or any individual or entity that assisted or advised the Contractor in the preparation of proposal under this solicitation.

CONTRACTOR-FURNISHED EQUIPMENT (CFE): That equipment the Contractor is required to furnish in order to perform the requirements of the contract.

CONTRACTOR FURNISHED MATERIAL (CFM): Materials purchased by the Contractor for specific use in performance under the contract.

CONTRACTOR FURNISHED PROPERTY (CFP): That property the Contractor is required to furnish in order to perform the requirements of the contract.

CONTRACTOR-OWNED, CONTRACTOR-OPERATED (COCO) EQUIPMENT: That equipment which the Contractor has purchased or leased and which the Contractor uses and maintains to perform tasks under this contract.

CONTINENTAL UNITED STATES (CONUS): Continental United States normally means the contiguous 48 states and the District of Columbia but may refer all 50 states making up the United States of America.

CORE HOURS: The hours during which all employees are required to be at their duty stations. The core hours for the Contractor are from 0800 to 1600.

CORRECTIVE MAINTENANCE: Corrective maintenance is maintenance and repair work that is required to return a system or component to proper operating condition. Corrective maintenance is required on a routine basis as a result of preventive maintenance inspections, or as a result of service calls.

CUSTOMER: Units/activities at and satellited on Fort McPherson, along with ROTC (junior and senior), Reserve Centers and Units, and any other organization which are provided with supplies or services.

DEADLINED EQUIPMENT: Any major end item of authorized equipment charged to a using unit or agency which has been removed from operation or immediate operational readiness because of actual or potential mechanical, electrical or safety device failure. It does not include equipment scheduled for routine preventive maintenance or inspection.

DEMILITARIZATION: The act of destroying the offensive or defensive characteristics inherent in certain types of equipment and material. The term includes mutilation, dumping at sea, scrapping, burning, or alteration designed so as to prevent the further use of such equipment and material for its originally intended military or lethal purpose.

DESIGN: A plan, sketch, drawing, or detailed verbal or written description of how an entity is to be developed and completed.

DEFENSE SWITCHED NETWORK (DSN): Worldwide network that has been established primarily for transmission of voice traffic. Replaces Automatic Voice Network (AUTOVON).

DIRECTORATE OF INSTALLATION SUPPORT (DIS): The garrison activity responsible for providing logistical and engineering support to the garrison and its tenants.

DO-IT-YOURSELF (DITY): A move in which a service member moves himself, other members of his household, household goods, personal property and privately owned vehicle(s) (POV), and is reimbursed.

EMERGENCY DEPLOYMENT ORDERS: Instructions associated with the immediate movement of a military unit in response to mission requirements, movement orders, major accident or natural disaster.

EMERGENCY DEPLOYMENT READINESS EXERCISE (EDRE): A no-notice deployment exercise.

ENERGY CONSERVATION: Energy conservation consists of actions such as improving operations and maintenance, installing materials, devices, instruments, or equipment, or eliminating energy loads, to reduce the amount of energy needed in a facility. Conservation actions would include upgrading the efficiency of lighting equipment, heating, ventilation and cooling systems, building insulation, glazing, improved maintenance, etc. For the purpose of measuring progress towards the program goals purchased electricity will be reported on the basis of "site" energy content, that is 3,412 BTUs per kilowatt-hour.

ENVIRONMENTAL PROTECTION: Formalized responsibilities, policies, and procedures established to preserve, protect, and restore the quality of navigable waters; near-short, open, and any other surface waters; ground water; drinking water; land surface or subsurface area; and ambient air.

FINANCE AND ACCOUNTING OFFICER: The staff officer assigned to perform the duties set forth in prescribed regulations and charged with maintaining the system of accounts and financial procedures through which the officer's commander's responsibilities are stated and discharged in monetary terms. The finance and accounting officer may also be a disbursing officer if public funds are disbursed in connection with assigned duties.

FISCAL YEAR (FY): A period beginning October 1 and ending September 30 of consecutive calendar years. The CY in which it ends designates the fiscal year (e.g., FY98 covers the period 1 October 1997 to 30 September 1998).

GENERAL SITE PLAN: A plan showing what facilities exist and their location.

GOVERNMENT: As used herein, any person or organization representing the Department of Defense who receives service under this contract, or directs or reviews the Contractor's work during performance of the requirements of this contract.

GOVERNMENT/ARMY-UNIQUE TRAINING: Training deemed necessary for performance of a Government or Army contract which is available only through Government or Army schools, seminars, or conferences.

HAZARDOUS MATERIAL (HAZMAT): Any material which has been determined by the Occupational Safety and Health Administration, Department of Transportation or military regulations under conditions incident to transportation or supply as capable of posing an unreasonable risk to health, safety, and property. Includes material classified as explosive, flammable, corrosive, combustible, porous, poisonous, compressed gas, toxic, radioactive, or unduly magnetic. When referred to in requirements throughout this PWS, HAZMAT includes hazardous waste (HAZWASTE).

HAZARDOUS WASTE (HAZWASTE): Waste materials that are toxic or poisonous, corrosive, irritating or sensitizing, radioactive, biologically infectious, explosive or flammable and that present a hazard to human health and the environment. Special procedures are required for handling hazardous waste and to ensure proper collection and disposal.

HOST INSTALLATION/ACTIVITY: An installation or activity that has management control of facilities or administrative and logistical support (including base operations support) to another activity or unit dependent upon the host for all or a portion of its administrative and logistical support requirements.

INDEPENDENT CONTRACT: A Government Contract that provides support and services related to but separate from another Contract with the same Government customer.

INDEPENDENT CONTRACTOR: An outside, private, non-governmental entity or organization that provides support and services to the Government.

INSURANCE TYPE ITEMS: Those items which have no computed demand are stocked on the basis of predetermined specific quantities and tend to become dead assets. These are items for which no failure is predicted through normal usage, but, if a failure is experienced or loss occurs through accident, lack of replacement item would seriously hamper the operational capability of a weapon or weapons system. Allowances are generally low and replacements are effected on the basis of usage, which is nominal.

INTER OR INTRA SERVICE SUPPORT AGREEMENT (ISSA): A document wherein the participants, to preclude any misunderstanding, state clearly in writing, the agreement for the provision of interservice support that has been arrived at between the two activities involved, especially the obligations assumed by each and the rights granted to each.

LOGISTICAL SUPPORT SERVICES: Those activities that support a unit or installation through provision of transportation, subsistence, billeting, and equipment maintenance.

MAINTENANCE: The recurring day-to-day, periodic, or scheduled work required to preserve or maintain real property/equipment to such a condition that it may be effectively utilized for its designated purpose.

MAJOR INVENTORY VARIANCE: A discrepancy that exceeds the dollar value or percentage parameters as defined by the Major Command (MACOM).

MASTER PLAN: An integrated series of documents which presents in graphic, narrative, and tabular form the present composition of the installation and the plan for its orderly and comprehensive development to perform its various missions in the most efficient and economical manner.

MATERIAL: Property that may be incorporated into or attached to an end item or which may be consumed or expended in the performance of work. It includes, but is not limited to raw and processed material parts, components, assemblies, and small hand tools and supplies which may be consumed in normal use in the performance of work.

MINIMUM ACCEPTABLE STANDARDS OF PERFORMANCE (MASP): The minimum acceptable standards at which the Government will allow a contractor to perform without considering contractor performance unacceptable.

MINOR INVENTORY DISCREPANCY: A discrepancy that does not exceed the dollar value or percentage parameters as defined by the MACOM.

MOBILIZATION: A sudden buildup of military forces in the event of a national emergency.

MOBILIZATION CONTROL CENTER (MOBCC): A one-stop coordination center offering support in such areas as transportation, logistical supplies and services, maintenance services for vehicles and equipment, ration pickup, etc.

MODIFICATION WORK ORDER (MWO): A DA publication providing authority and instructions for the modification of Army Materiel.

NON-TACTICAL MOTOR VEHICLE SUPPORT: The term "non-tactical" as distinguished from "tactical" denotes motor vehicles, normally of commercial design, which are used to provide transportation support to an installation.

NORMAL BUSINESS HOURS: These are the core hours (0800 – 1600) plus 1 hour on a sliding basis to allow up to an hour lunch period. Normal hours will always include an 8-hour workday plus a lunch period. Currently normal hours may start as early as 0700 or as late as 0900.

OBLIGATION: The dollar amount specifically reserved against an appropriation or fund for expenditure in payment of an order placed, contract awarded, or service received.

OCONUS: Territories and possessions of the United States of America located outside of the continental United States.

ONE HUNDRED PERCENT INSPECTION (100%): Monitoring every occurrence of performed service.

OPERATION AND MAINTENANCE (O&M): The activities for the reliable operation of utilities, equipment, and systems and the preventive measures required to assure continued trouble-free operation of utilities, equipment, and systems.

ORGANIZATIONAL MAINTENANCE: Performance of preventive maintenance (PM) services, diagnosis and isolation of equipment malfunctions. Replacement of defective modules (components/ assemblies) that are readily removed/installed using authorized tools and equipment which do not require critical adjustment, calibration, or alignment during removal/installation.

PERFORMANCE REQUIREMENT: The point that divides acceptable and unacceptable performance of a task according to the performance requirement summary and the Inspection of Services clause. It is the number of defectives or maximum percent defective in the lot that is deemed acceptable.

PERFORMANCE REQUIREMENTS SUMMARY (PRS): A listing of the service outputs under the contract that are to be evaluated by the Quality Assurance Evaluator (QAE) on a regular basis, the surveillance methods to be used for these outputs, and the performance requirement of the listed outputs. The QAE evaluates these key service outputs to ensure the Contractor meets contract performance standard.

PERFORMANCE STANDARD: An established and generally accepted parameter by which performance is evaluated.

PERFORMANCE WORK STATEMENT (PWS): A document that describes accurately the essential and technical requirements for providing items, materiel, or services, including the standards used to determine whether the requirements have been met (Section C of this contract).

PHYSICAL INVENTORY ADJUSTMENT: The accounting transaction used to correct a recorded balance when in disagreement with a validated physical count, resulting from a scheduled or unscheduled inventory, materiel release, denial, location record audit, or erroneous capitalization/decapitalization action which reflects a true gain/loss action. Specifically excluded are adjustments resulting from re-identification, catalog data changes, purpose or condition code changes, and condemnation of materiel resulting from rebuild or surveillance programs. Accounting errors, errors attributed to computer malfunctions, program errors, etc., will not be categorized as physical inventory adjustments.

PRODUCTION, PLANNING AND CONTROL (PPC): The process of directing and controlling the flow of work in all maintenance commodities repair shops by the use of a semi-mechanized system.

PROJECT: A single undertaking or task involving maintenance, repair, construction, equipment-in-place or other non- construction services in which a facility or group of similar facilities is treated as an entity with a finite scope.

PROPERTY OFFICER: Term used by custom of the Service to indicate an officer responsible for the custody or issue of property. The term will not be used to indicate an officer who has accountability for property unless expressly described as "accountable property officer" (of an installation) or "accountable supply officer"(of a tactical organization). Also called supply officer.

PURCHASE REQUEST AND COMMITMENT: A document submitted to the Army Atlanta Contracting Center (AACC) for the purpose of initiating local purchase action of supplies, services and equipment. DA Form 3953, DD Form 1348-6, and DA Form 2878 are used as purchase requests.

QUALITY ASSURANCE (QA): A planned and systematic pattern of all actions necessary to provide confidence that adequate technical requirements are established; products and services conform to established technical requirements; and satisfactory performance is achieved. Quality assurance refers to actions by the government.

QUALITY ASSURANCE SURVEILLANCE PLAN (QASP): An organized Government written document used for quality assurance. The document prescribes government procedures on how to perform surveillance of the Contractor to ensure quality of contractor performance.

QUALITY CONTROL (QC): Those actions taken by a Contractor to control the production of goods or services so that they will meet the requirements of the performance work statement.

QUARTERLY: Something that occurs once every 3 months and is separated from the next occurrence by a minimum of 90 days and a maximum of 135 days.

RANDOM SAMPLING: A method of looking at a few individual items in a lot, with each item in the lot having an equal chance of being selected, to determine the quality of the lot against a standard.

REAL ESTATE PROGRAM: Acquisition, management, and disposal of real estate to assure maximum utilization consistent with military requirements and constant balance between real estate requirements and assets.

RECURRING MAINTENANCE: An anticipated or repetitive sustainment of equipment or property to ensure an existing state of repair.

SAFETY PROGRAM: A program to reduce and keep to a minimum accidental manpower and resultant monetary losses, thus providing more efficient utilization of resources and advancing the combat effectiveness of the Army.

SAMPLE: One (1) or more service outputs drawn from a lot.

SAMPLE SIZE: The number of outputs in a sample makes up the sample size.

SAMPLING GUIDE: The part of the surveillance plan that contains all the information needed to perform surveillance of the service output(s) by the random sampling method of surveillance.

SEMI-ANNUALLY: Something that occurs twice per year and is separated from the next occurrence by a minimum of 180 days and a maximum of 240 days.

STOCK RECORD ACCOUNT (SRA): A holding account for stocks in the pipeline used by activities with a supply support mission to service their customer units.

TECHNICAL MANUAL (TM): A publication providing detailed treatment of specific subjects considered necessary for full accomplishment of required training on or proper use and maintenance of a particular piece of equipment. A technical manual also contains descriptions of material and instructions for the operation, handling and maintenance and repair of a particular piece of equipment or class of equipment. It will contain information and instructions on technical procedures exclusive of those of an administrative nature. Technical manuals may be published and distributed by the Government or by the equipment's manufacturer.

TWICE PER YEAR: See Semi-annually.

VALIDATED COMPLAINTS: Complaints are investigated and verified by the government (COR).

| **C.2.2** | **ACRONYMS AND ABBREVIATIONS** |
|---|---|
| 1USA | First United States Army |
| 3USA | Third United States Army |
| AAC | Acquisition Advice Code |
| AACC | Army Atlanta Contracting Center |
| AAFES | Army and Air Force Exchange Service |
| AAR | After Action Reports |
| A&E | Ammunition and Explosives |
| A&FECU | Associated and Federal Employees Credit Union |
| ACIFS | Automated Central Issue Facility System |
| ACO | Administrative Contracting Officer |
| ACOD | Actual Cost of Damage |

| | |
|---|---|
| ADP | Automated Data Processing |
| ADPE | Automated Data Processing Equipment |
| ADSM | Automated Data System Manual |
| A/E | Architect/Engineer |
| AFOP | Ammunition Found on Post |
| AHERA | Asbestos Hazard Emergency Response Act |
| AIRFA | American Indian Religious Freedom Act |
| AIS | Automated Information System |
| AMC | Army Materiel Command or Air Mobility Command |
| AMCOM | Army Materiel Command |
| AMMO | Ammunition |
| AMS | Automated Manifest System |
| ANSI | American National Standards Institute |
| AO | Accountable Officer or Area of Operations |
| APC | Account Processing Code or Accounting Process Code |
| ALP | Acceptable Level of Performance |
| AR | Army Regulation |
| ARC | Accounting Requirements Code |
| ARMYLOG | Army Logistics System |
| ASCE | American Society of Chemical Engineers |
| ASF | Army Stock Fund |
| ASHARA | Asbestos School Hazard Abatement Reauthorization Act |
| ASHRAE | American Society of Heating, Refrigeration and Air Conditioning Engineers |
| ASIP | Army Stationing and Installation Plan |
| ASIMS | Army Standard Information Management Systems |
| ASL | Authorized Stockage List |
| ASME | American Society of Mechanical Engineers |
| ASP | Ammunition Supply Point or Acceptable Standards of Performance |
| ASTM | American Society for Testing Materials |
| ATF | Alcohol, Tobacco and Firearms |
| AUEL | Automated Unit Equipment List |
| AWCF | Army Working Capital Fund |
| AWP | Annual Work Plan |
| AWWA | American Water Works Association |
| BEQ | Bachelor Enlisted Quarters |
| BMAR | Backlog of Maintenance and Repair |
| BOE | Bureau of Explosives |
| BOM | Bill of Materials |
| BOQ | Bachelor Officer Quarters |
| BTU/HR | British Thermal Unit(s) per Hour |
| CAA | Clean Air Act |
| CADD | Computer Aided Design and Drafting |