| | |
|---|---|
| CALS | Committee for Ammunition Logistics Support |
| CAP | Contractor Acquired Property or Carrier Assessment Program |
| CARC | Chemical Agent Resistant Coating |
| CBL | Commercial Bill of Lading |
| CBS-X | Continuing Balance System, Expanded |
| CCA | Central Collection Agency |
| CCI | Controlled Cryptographic Items |
| CCISO | Controlled Cryptographic Serialization Officer |
| CCTV | Closed Circuit Television |
| CDA | Catalog Data Agency |
| CDAN | Contract Deficiency and/or Action Notification |
| CDL | Commercial Driver's License |
| CDR | Contract Discrepancy Report |
| CDRL | Contract Data Requirements List |
| CERCLA | Comprehensive Environmental Response Compensation and Liability Act |
| CESE | Civil Engineering Support Equipment |
| CFC | Chlorofluorocarbons |
| CFE | Contractor Furnished Equipment |
| CFM | Contractor Furnished Materiel or CONUS Freight Management |
| CFP | Contractor Furnished Property |
| CFR | Code of Federal Regulations |
| CIIC | Controlled Inventory Item Code |
| CIO | Chief Information Officer |
| CMMS | Computerized Maintenance Management System |
| CO | Carbon Monoxide or Commanding Officer |
| COCO | Contractor Owned, Contractor Operated |
| COE | Center of Excellence or Corps of Engineers |
| COEI | Components of End Items |
| COMPASS | Computerized Movement Planning Status System |
| COMSEC | Communications Security |
| CONUS | Continental United States |
| COOP | Continuity of Operations Plan |
| COPB | Consolidated Organizational Property Book |
| COR | Contracting Officer's Representative |
| COSIS | Care of Supplies in Storage |
| COTR | Contracting Officer's Technical Representative |
| CPU | Central Processing Unit |
| CPVC | Chlorinated Poly Vinyl Chloride |
| CPW | Center for Public Works |
| CR | Construction Representative |
| CRM | Cultural Resource Manager |
| CRP | Central Receiving Point |
| CRT | Cathode Ray Tube |

| | |
|---|---|
| CSR | Construction Status Report |
| CTA | Common Table of Allowance |
| CTASC | Corp/Theater Automated Data Processing Service Center |
| CTC | Cost To Complete |
| CTIP | Central Turn-In Point |
| CVI | Commercial Venture Initiative |
| CWA | Clean Water Act |
| DA | Department of the Army |
| DA PAM | Department of the Army Pamphlet |
| DAISM | Department of the Army Installation Support Module |
| DCA | Directorate of Community Activities |
| DCSC4 | Deputy Chief of Staff for Command, Control, Communication & Computers |
| DD | Department of Defense |
| DDC | Direct Digital Controls |
| DDD | Desired Delivery Date |
| DDL | Detailed Deficiency List |
| DEMIL | Demilitarization |
| DEPPM | Defense Energy Program Policy Memorandum |
| DERP | Defense Environmental Restoration Program |
| DEVS | DODAAC Edit and Validation System |
| DFAS | Defense Finance and Accounting Service |
| DIS | Directorate of Installation Support |
| DISCO | Defense Industrial Security Clearance Office |
| DISOC | Directorate of Installation Support Operations Center |
| DITY | Do-It-Yourself |
| DLA | Defense Logistics Agency |
| DMR-QA | Discharge Monitoring Report-Quality Assurance |
| DNR | Department of Natural Resources (Georgia) |
| DoD | Department of Defense |
| DOD | Department of Defense |
| DODAAC | DoD Activity Address Code |
| DODAAD | DoD Activity Address Directory |
| DODIC | DoD Identification Code |
| DODSASP | DoD Small Arms Serial (or Serialization) Number Program |
| DOT | Department of Transportation or Directorate of Training |
| DPM | Direct Procurement Method |
| DPS | Directorate of Public Safety or Defense Printing Service |
| DPU | Data Processing Unit |
| DRIS | Defense Regional Inter-Service Support |
| DRMS | Defense Reutilization and Marketing Services |
| DRMO | Defense Reutilization and Marketing Office |
| DS | Direct Support |

| | |
|---|---|
| DSN | Defense Switched Network |
| DSERTS | Defense Site Environmental Restoration Tracking System |
| DS/GS | Direct Support/General Support |
| DTS | Defense Transportation System |
| DX | Direct Exchange |
| ECIP | Energy Conservation Incentive Program |
| ECM | Energy Conservation Measures |
| ECOD | Estimated Cost of Damage |
| ECP | Engineering Change Proposal or Emergency Change Procedure |
| ED | Emergency Deployment |
| EDRE | Emergency Deployment Readiness Exercise |
| EDS | Electrical Distribution System |
| EM | Engineer Manual or Environmental Manager |
| EMCS | Energy Monitoring and Control System |
| EMIS | Executive Management Information System |
| EO | Executive Order |
| EOC | Emergency Operations Center |
| EOD | Explosives Ordinance Disposal or End of the Day |
| EPA | Environmental Protection Agency |
| EPD | Environmental Protection Division (Georgia) |
| EPR | Environmental Program Report |
| EPS | Engineered Performance Standards |
| EP&S | Engineering Plans & Services |
| EQR | Environmental Quality Report |
| ER | Engineering Regulations |
| ETL | Engineering Technical Letter |
| FAR | Federal Acquisition Regulation |
| FEDEX | Federal Express |
| FEDLOG | Federal Logistics System |
| FFARS | FORSCOM Federal Acquisition Regulation Supplement |
| FIFRA | Federal Insecticide, Fungicide and Rodenticide Act |
| FM | Field Manual |
| FOI | Found on Installation |
| FORMDEPS | FORSCOM Mobilization and Deployment System |
| FORSCOM | United States Army Forces Command |
| FPMR | Federal Property Management Regulation |
| FPS | Facility Planning System |
| FRP | Facility Reduction Program |
| FSC | Federal Supply Class |
| FWT | Fair Wear and Tear |
| FY | Fiscal Year |
| GAARNG | Georgia Army National Guard |
| GA HWMA | Georgia Hazardous Waste Management Act |

| | |
|---|---|
| GAO | General Accounting Office |
| GBL | Government Bill of Lading |
| GBLOC | Government Bill of Lading Office Code |
| GFE | Government Furnished Equipment |
| GFF | Government Furnished Facilities |
| GFP | Government Furnished Property |
| GFOQ | General Family Officer's Quarters |
| GIN | Governmental In Nature |
| GIS | Geographic Information System |
| GLAC | Global Location Accounting Codes |
| GPRA | Government Performance Results Act |
| GOCO | Government-Owned Contractor-Operated |
| GOGO | Government-Owned Government-Operated |
| GS | General Support |
| GSA | General Services Administration |
| GTN | Global Transmission Network |
| GTR | Government Transportation Requests |
| GTS | Government Travel Service |
| HAGS | Historical Analyzing Generator |
| HAZCOM | Hazardous Communications |
| HAZMAT | Hazardous Materials |
| HAZMAT RX | Hazardous Materials Pharmacy |
| HAZWASTE | Hazardous Waste |
| HCFC | Hydrogen Chlorofluorocarbons |
| HHG | Household Goods |
| HID | High Intensity Discharge |
| HMIS | Hazardous Material Information System |
| HMR | Hazardous Material Regulation |
| HP | Horse Power |
| HQ | Headquarters or Headquarters Department of the Army |
| HTC | HAZMAT Transportation Certifier |
| HTHW | High Temperature Hot Water |
| HVAC | Heating, Ventilation, and Air Conditioning |
| HW | Hazardous Waste |
| IAR | Inventory Adjustment Report |
| IAW | In Accordance With |
| IBM | International Business Machines, Inc. |
| ICARPUS | Installation Commander's Annual Real Property Utilization Status |
| IDG | Installation Design Guide |
| IDS | Intrusion Detection System |
| IDT | Indefinite Delivery Type |
| IEIS | Installation Executive Management Information System |
| IFS | Integrated Facilities System |

| | |
|---|---|
| IFS-C/S | Integrated Facilities System-Client/Server |
| IFS-Supply | Integrated Facilities System Supply (RPM supplies) |
| IGE | Independent Government Estimate |
| IJO | Individual Job Order(s) |
| ILAP | Integrated Logistics Analysis Program |
| IMO | Installation Management Office |
| INFI | Information File |
| IOC | Industrial Ordinance Command or Industrial Operations Command |
| IPBO | Installation Property Book Office or Officer |
| IPM | Integrated Pest Management |
| IRP | Installation Restoration Program |
| ISM | Integrated Sustainment Maintenance |
| ISR | Installation Status Report |
| ISSA | Intra or Inter Service Support Agreement |
| ISSO | Information Systems Security Officer |
| ITO | Installation Transportation Officer or Invitational Travel Order |
| JCAHO | Joint Commission on Accreditation of Healthcare Organizations |
| JFTR | Joint Federal Travel Regulation |
| JOC | Job Order Contracting |
| JOPES | Joint Operational Planning and Execution System |
| J-SIIDS | Joint Service Interior Intrusion Detection System |
| JTR | Joint Travel Regulation |
| KO | Contracting Officer |
| LAN | Local Area Network |
| LBP | Lead Based Paint |
| L&E | Labor and Equipment |
| LIF | Logistics Intelligence File |
| LIN | Line Item Number |
| LOGSA | Logistics Support Agency |
| LOI | Letter of Instruction |
| LOPA | Local Payment of Airlines |
| LOW | Letter of Warning |
| LPR | Local Purchase Request |
| LRPO | Local Radiation Protection Officer |
| LTC | Lieutenant Colonel |
| M & R | Maintenance and Repair |
| M & S | Maintenance and Service |
| MAT CAT | Material Category |
| MACOM | Major Army Command |
| MCN | Management Control Number |
| MDC | Magazine Data Card |
| MED | Medical |
| MEDDAC | Medical Department Activity Command |

| | |
|---|---|
| MEL | Maintenance Expenditure Limit |
| MHE | Material Handling Equipment |
| MIG | Metal Inert Gas |
| MILSTAMP | Military Standard Transportation and Movement Procedures |
| MILSTD | Military Standard |
| MILSTRIP | Military Standard Requisitioning and Issue Procedures |
| MILVAN | Military Van |
| MIPR | Military Interdepartmental Purchase Request |
| MIS | Management Information System |
| MOA | Memorandum of Agreement |
| MOBCC | Mobilization Control Center |
| MOGAS | Motor Gasoline |
| MOI | Memorandum of Instruction |
| MOS | Military Occupational Specialty |
| MOU | Memorandum of Understanding |
| MP | Military Police |
| MRO | Materiel Release Order |
| MROCS | Materiel Release Order Control System |
| MS | MicroSoft |
| MSDS | Material Safety Data Sheet |
| MSS | Military Supply Standards |
| MT | Military Traffic |
| MTMC | Military Traffic Management Command |
| MTMCEA | Military Traffic Management Command, Eastern Area |
| MTOE | Military Table of Organization and Equipment |
| MWO | Modification Work Order or Maintenance Work Order |
| MWR | Morale, Welfare and Recreation |
| NAGPRA | Native American Graves and Repatriation Act |
| NAQ | National Agency Questionnaire |
| NEC | National Electrical Code |
| NEPA | National Environmental Policy Act |
| NESC | National Electrical Safety Code |
| NFPA | National Fire Protection Association |
| NHPA | National Historic Preservation Act |
| NICP | National Inventory Control Point |
| NLT | No or Not Later Than |
| NMC | Non-Mission Capable |
| NMCM | Non-Mission Capable Maintenance |
| NMCS | Non-Mission Capable Supply |
| NOV | Notice of Violation |
| NPDES | National Pollution Discharge Elimination System |
| NRHP | National Register of Historic Places |
| NSN | National Stock Number |

| | |
|---|---|
| NTS | Non-temporary Storage |
| O&M | Operation and Maintenance |
| OCIE | Organizational Clothing and Individual Equipment |
| OCONUS | Out of Continental United States |
| ODS | Ozone Depleting Substances |
| OF | Optional Form |
| OJT | On the Job Training |
| OPM | Office of Personnel Management |
| OSHA | Occupational Safety and Health Act or Administration |
| OTO | One-Time Only |
| PAO | Public Affairs Office or Officer |
| PAS | Preliminary Assessment Screening |
| PAT | Process Action Team(s) |
| PB | Property Book |
| PBO | Property Book Office or Officer |
| PCB | Polychlorinated Biphenyl |
| PCS | Permanent Change of Station or Property Control System |
| PCSP | Property Control System Plan |
| PL | Public Law |
| PM | Preventive Maintenance or Program, Product, or Project Manager |
| PMI | Preventive Maintenance Inspection |
| POC | Point-of-Contact |
| POL | Petroleum, Oil, and Lubricants |
| POP | Performance Oriented Packaging |
| POV | Privately Owned Vehicle |
| PPA | Pollution Prevention Act |
| PPC | Production Planning and Control |
| PPE | Personal Protective Equipment |
| PPM | Parts Per Million |
| PPTMR | Personal Property Traffic Management Regulation |
| PR | Problem Reports |
| PRS | Performance Requirements Summary |
| PSI | Pounds per Square Inch |
| PVC | Poly Vinyl Chloride |
| PWS | Performance Work Statement |
| PX | Post Exchange |
| QA | Quality Assurance |
| QAE | Quality Assurance Evaluator |
| QASAS | Quality Assurance Surveillance Ammunition Specialist |
| QASP | Quality Assurance Surveillance Plan |
| QC | Quality Control |
| QCM | Quality Control Manager |
| QCP | Quality Control Plan |

| | |
|---|---|
| QD | Quantity Distance |
| RATTS | Radiation Testing and Tracking System |
| RCRA | Resource Conservation and Recovery Act |
| RDD | Required Delivery Date |
| REC | Record of Environmental Consideration |
| REG | Regulation |
| REPSHIP | Report of Shipment |
| RFI | Request for Information |
| RICC | Reportable Item Control Code |
| RMSC | Resource Management Service Center |
| RO | Reporting Officer or Requisition Objective |
| ROD | Report of Discrepancy |
| ROP | Reorder Point |
| ROS | Report of Survey |
| ROTC | Reserve Officer Training Corps |
| RPI | Real Property Inventory |
| RPM | Real Property Maintenance |
| RPMA | Real Property Maintenance Activities |
| RMWO | Recurring Maintenance Work Order |
| RS | Required Service |
| RTT | Radio Teletype Rigs |
| SAACONS | Standard Army Automated Contracting System |
| SAAS-4 | Standard Army Ammunition System |
| SAEDA | Subversion and Espionage Directed Against U.S. Army |
| SAMS | Standard Army Maintenance System 1 & 2 |
| SAMS-ITDA | Standard Army Maintenance System – Installation Table of Distribution and Allowances |
| SARSS | Standard Army Retail Supply System |
| SARSS-O | Standard Army Retail Supply System-Objective |
| SASO | Small Arms Serialization Officer |
| SB | Supply Bulletin |
| SCAC | Standard Carrier Alpha Code |
| SCP | System Change Package or Security Classification Procedure or Survey Control Point |
| SDO | Staff Duty Officer |
| SF | Standard Form |
| SIMS-X | Selected Item Management System - Expanded |
| SINCGAR | Single Channel Ground and Airborne Radio |
| SIT | Storage-In-Transit |
| SJA | Staff Judge Advocate |
| SMMS | Standard Maintenance Management System |
| SO | Service Order(s) |
| SOO | Standing Operating Order(s) |

| | |
|---|---|
| SOP | Standard or Standing Operating Procedures |
| SOS | Source of Supply |
| SPBS-R | Standard Property Book System - Redesigned |
| SQL | Structured Query Language |
| SRA | Specialized Repair Activity or Stock Record Account |
| SRO | Stock Record Officer |
| SSA | Supply Support Activity |
| SSO | Source Serialization Officer |
| STAMIS | Standard Army Management Information Systems |
| STANFINS | Standard Army Financial System |
| STARFIARS | Standard Army Financial Inventory Accounting and Reporting System |
| STARPUBS | Standard Army Publications System |
| SWEAP | Severe Weather Emergency Action Plan |
| SWPP | Storm Water Pollution Prevention Plan |
| TAADS | The Army Authorization Documents System |
| TAMIS | Training Ammunition Management Information System |
| TAMMS | The Army Maintenance Management System |
| TAQ | Total Army Quality |
| TASO | Terminal Area Security Officer |
| TB | Technical Bulletin |
| TCACCIS | Transportation Coordinator Automated Command and Control Information System |
| TCAIMS II | Transportation Coordinator Automated Information for Movement System II |
| TCN | Transportation Control Number |
| TDA | Table of Distribution and Allowances |
| TDR | Traffic Distribution Record or Transportation Discrepancy Report |
| TDS | Total Dissolved Solvents |
| TDY | Temporary Duty |
| TE | Technical Exhibit |
| TGBL | Through Government Bill of Lading |
| TI | Technical Inspection |
| TIG | Tungsten Inert Gas |
| TIM | Technical Information Manual |
| TM | Technical Manual |
| TN | Technical Note |
| TMDE | Test, Measurement and Diagnostic Equipment |
| TO | Transportation Officer |
| TO&E | Table of Organization and Equipment |
| TOPS | Transportation Operational Personal Property System |
| TPF | Total Packaging Fielding |
| TPOC | Technical Point of Contact |
| TQAP | Total Quality Assurance Program |

| | |
|---|---|
| TQM | Total Quality Management |
| UEPH | Unaccompanied Enlisted Personnel Housing |
| UHF | Ultra-High Frequency |
| UI | Unit of Issue |
| UIC | Unit Identification Code |
| UIT | Unique Item Tracking |
| ULD | Ultra Low Density |
| ULLS | Unit Level Logistics System |
| ULV | Ultra Low Volume |
| UMCS | Utility Monitoring and Control System |
| UMMIPS | Uniform Materiel Movement and Issue Priority System |
| UO | Unit of Order |
| UOPH | Unaccompanied Officer Personnel Housing |
| UPS | Uninterruptible Power Supply or System |
| URR | Unconstrained Requirements Report |
| U.S. or US | United States |
| USACHPPM | United States Army Center for Health Promotion & Preventive Medicine |
| USADACS | U.S. Army Defense Ammunition Center and School |
| USAR | U.S. Army Reserves |
| USARC | U.S. Army Reserve Command |
| UST | Underground Storage Tank |
| VHF | Very-High Frequency |
| VIP | Very Important Person |
| VTC | Video Teleconference |
| WCF | Working Capital Fund |
| WO | Work Order |
| WPS | Worldwide Port System |

# SECTION C.3

## TABLE OF CONTENTS

**C.3 GOVERNMENT-FURNISHED PROPERTY AND SERVICES ... 1**

C.3.1 GOVERNMENT-FURNISHED PROPERTY ... 1
*C.3.1.1 Accountability for Government-Furnished Property ... 1*
*C.3.1.2 Meetings ... 1*
*C.3.1.3 Supplies and Material ... 1*
*C.3.1.4 Government Furnished Equipment (GFE) ... 2*
*C.3.1.5 Disposition of Excess and/or Unserviceable GFE ... 2*
*C.3.1.6 Withdrawal of GFE ... 2*
*C.3.1.7 Inventories ... 2*
*C.3.1.8 GFE Listings and Records ... 4*
*C.3.1.9 Proper Operation, Use and Care of GFE and CFE ... 4*
*C.3.1.10 Calibration Standards ... 4*
C.3.2 GOVERNMENT-FURNISHED FACILITIES (GFF) REAL PROPERTY ... 4
*C.3.2.1 Facilities ... 5*
*C.3.2.2 Physical Security ... 5*
*C.3.2.3 Real Property Maintenance, Alteration or Improvement ... 5*
*C.3.2.4 Keys ... 5*
*C.3.2.5 Abandonment, Movement, Or Installation Of Utilities ... 6*
*C.3.2.6 Government Access ... 6*
C.3.3 SERVICES ... 6
*C.3.3.1 Emergency and Medical Services ... 6*
*C.3.3.2 Utilities ... 7*
*C.3.3.3 Government Publications ... 7*
*C.3.3.4 Housekeeping ... 7*
*C.3.3.5 Mail and Distribution ... 7*
*C.3.3.6 Fire Protection ... 7*
*C.3.3.7 Refuse Collection ... 7*
*C.3.3.8 Health Hazard Inventory ... 7*
*C.3.3.9 Printing ... 8*
*C.3.3.10 Transition Period Orientation ... 8*
*C.3.3.11 Local Area Network (LAN) ... 8*
*C.3.3.12 Government Directed Training ... 8*

**C.3 GOVERNMENT-FURNISHED PROPERTY AND SERVICES**

The Government will furnish property and services in accordance with the performance work statement.

**C.3.1 GOVERNMENT-FURNISHED PROPERTY**

Government Furnished Property (GFP) consists of government supplies and material, Government-Furnished Equipment (GFE), and Government-Furnished Facilities (GFF) which are placed in the Contractor's custody. The Contractor shall not use GFP or services for purposes other than those described in this contract. The Contractor shall not remove GFP from Fort McPherson, Fort Gillem, U.S. Army Recreational Area Lake Allatoona, or other supported areas without review and written approval of the Contracting Officer. The Contractor shall use Department of the Army (DA) Form 1818, Individual Property Pass, to obtain the Contracting Officer's approval for the removal of GFP from the Installation. The Contractor shall require all of the Contractor's subcontractors to comply with the requirements described above.

**C.3.1.1 Accountability for Government-Furnished Property**

The Contractor shall sign for and be held accountable for GFP IAW FAR 52.245-5. The Contractor's records of GFP will be the Government's official property records IAW FAR 45.105.

**C.3.1.2 Meetings**

The Contractor shall attend phase-in and phase-out hand receipt holder meetings with the PBO that will be scheduled by the Government during the actual phase-in period for this contract or for a contract successor.

**C.3.1.3 Supplies and Material**

The Government will provide supplies and material according to the following guidelines:

**C.3.1.3.1 On-Hand Balances**

Existing Government supplies and material will be made available to the Contractor for use in the performance of the requirements of this contract.

**C.3.1.3.2 Repair Parts and Materials**

The Government will provide the Contractor access to parts, supplies and materials on hand at the start of contract performance. The Contractor shall utilize the Government furnished repair parts and materials. Unless otherwise specified, the Government will provide all domestic appliances.

**C.3.1.3.3 Fuels and Lubricants**

The Government will furnish those automotive and equipment fuels and lubricants required for GFP used for performance under the contract. The Government will not provide fuel used for transport of Contractor personnel between their domicile and their work or fuel for Contractor owned or leased equipment.

**C.3.1.3.3.1 Storage Containers**

The Government will provide storage containers currently in place, in use, and on hand receipt.

**C.3.1.4 Government Furnished Equipment (GFE)**

The Government will provide equipment in accordance with the following guidelines:

**C.3.1.4.1 Offered For Contractor Use**

The Government will offer the equipment identified in TE C.3-1, and the Government-furnished vehicles in TE C.3-2. Government vehicles will also be available for one-time requirements from GSA for Contractor use in performing this contract. The Contractor may identify specific items of GFE that will not be required for contract performance. GFE may include Government-leased equipment or Government-owned equipment. The transfer of GFE to the Contractor will occur during the phase-in period. The Government reserves the right to determine the milestones for the performance of joint inventory and transfer of GFE. Refusal to accept some or all of the GFE offered by the Government shall not relieve the Contractor from contract performance, but will relieve the Government from the obligation of providing GFE at a future date.

**C.3.1.4.1.1 Office Furnishings**

The Contractor will make government-owned office furnishings on hand during the initial inventory of the Government-furnished facilities available for use, with no exchange or replacement by the Government during the term of the contract.

**C.3.1.4.2 Automation Equipment**

The Government will provide Army Information Systems (AIS) listed in C.1 to the Contractor. The Contractor shall utilize the Standard Army Management Information Systems (STAMIS) and its successors in the performance of this contract unless an alternate system is approved by the Contracting Officer. The systems include all associated hardware and software.

**C.3.1.5 Disposition of Excess and/or Unserviceable GFE**

Excess and unserviceable GFE furnished to the Contractor shall remain the property of the government. The Contractor shall report excess and unserviceable GFE to the Contracting Officer for disposition and/or disposal.

**C.3.1.6 Withdrawal of GFE**

The Government retains the right to withdraw any GFE at any time during the performance of the contract. The Government will provide a written 30-day notice of the impending withdrawal of GFE for use on this contract and provide direction to the Contractor as to the method(s) by which such GFE may be replaced.

**C.3.1.7 Inventories**

Not less than 7 working days prior to the contract start date, the Contractor and the Government shall complete a one hundred percent (100%) joint inventory of GFP in accordance with AR 710-2, AR 735-5 and DA Pam 710-2-1. At a minimum, this inventory shall include: facilities, to include keys; property on hand receipts from the Property Book Office (PBO); repair parts,

including shop stock, bench stock, and Authorized Stockage Levels (ASL); and material items of work in progress, e.g., equipment on active maintenance work orders. Failure of the Contractor to conduct an inventory shall require the Contractor to accept the inventory and the condition as determined by the Government.

**C.3.1.7.1. Inventories Discrepancies**

Throughout the term of the contract, the Contractor shall report inventory discrepancies upon discovery. Inventory discrepancies shall be forwarded to the Contracting Officer within 15 working days.

**C.3.1.7.2**

The Contractor shall sign custody records; prepare, certify, and submit within 20 working days after contract start a detailed final hard copy Government Property Inventory Report (jointly approved by the Government and the Contractor) with a floppy disk (on an IBM-compatible double-sided, high density, 3.5 inch disk in Microsoft (MS) Access format) and maintain the records in a current status. Inventory data should include the location, asset number, and description (including manufacturer, model, serial number and US #'s when applicable). Government property not desired for use by the Contractor shall be identified by written notification prior to completion of the government property inventory report.

**C.3.1.7.3 Phase Out**

Not later than 1 month prior to expiration or termination of the contract, the contractor and government shall complete a 100% joint inventory of all Government facilities, equipment and materials. The Contractor shall prepare, certify and submit a detailed final hard copy inventory report along with an electronic version on floppy disk (IBM compatible, MS Access, high density, 3.5 inch) to the Contracting Officer within 5 working days after completion of the joint inventory.

**C.3.1.7.3.1**

At the completion of the contract, the Contractor shall return the same property or property equal in type, kind, quality and quantity of items as originally furnished by the Government and accepted by the Contractor.

**C.3.1.7.3.2**

The Contractor shall turn in government-furnished property not repairable, has reached the end of its economically useful life, or that the Contractor wishes to replace.

**C.3.1.7.4 Inventory of Manuals and Catalogs**

Equipment operating and maintenance manuals and suppliers catalogs presently on-hand and available at the Garrison will be made available to the Contractor prior to the contract start date. There are 3 locations where this material is located: Building 400 at Fort Gillem and buildings 200 and 358 at Fort McPherson. These manuals/catalogs remain property of the government.

**C.3.1.8 GFE Listings and Records**

The Contractor shall provide GFE records to the Government within 5 working days of request from the Contracting Officer; and pick-up inventory listings from PBO.

**C.3.1.9 Proper Operation, Use and Care of GFE and CFE**

The Contractor shall operate, maintain and repair GFE and CFE IAW all manufacturer's instructions, Army Regulations and industry standards, and provide Preventative Maintenance (PM) for the GFE and CFE.

**C.3.1.9.1**

The Contractor shall not cannibalize or modify GFE, including customers' equipment being repaired, without prior written approval of the Contracting Officer.

**C.3.1.9.2**

The Contractor shall load test GFE and CFE material handling equipment (e.g., Material Handling Equipment (MHE)) as required by TB 43-0142.

**C.3.1.9.3**

The Contractor shall provide trained and licensed personnel to operate GFE and CFE as required by federal, state and local laws and regulations.

**C.3.1.9.4**

The Contractor shall provide a "ROAD TEST" sign and a current work order indicating that a road test is authorized each time a vehicle or piece of equipment is road tested.

**C.3.1.9.5**

The Contractor shall repair GFE to operate at the designed capacity in a safe and economical manner. Replacement parts shall be identical, or better, in quality and grade than the original parts unless otherwise authorized by the Contracting Officer.

**C.3.1.10 Calibration Standards**

The Government will provide Secondary Transfer Standard Calibration Services for GFE. The Contractor shall provide a point of contact for each major functional area for coordinating calibration services. The Contractor shall transport contractor-operated equipment to and from the Government's calibration site. The Contractor shall label all test, measurement and diagnostic equipment (TMDE) in the Contractor's possession to indicate condition and latest calibration date.

**C.3.2 GOVERNMENT-FURNISHED FACILITIES (GFF) REAL PROPERTY**

The Government will provide furnished facilities in accordance with the following guidelines: