**C.3.2.1 Facilities**

The Government will provide the facilities, including the installed equipment, listed in technical exhibit TE C.3-3. Contractor and Government personnel may at times jointly occupy some facilities. The Government reserves the right to reallocate and relocate assigned facilities during the term of this contract. The Contractor shall not mark or affix decals, emblems or signs portraying the Contractor's name or logo to Government Facilities/Real Property. The Contractor shall provide a sign including the Contractor's name, function of the space being used and the name of the individual responsible for the space at each contractor-occupied space. This sign shall be placed in a conspicuous location on the grounds adjacent to the space occupied. Upon termination or completion of this contract, assigned facilities shall be placed in a condition at least equal to that existing when the Contractor assumed responsibility for the facilities, fair wear and tear excepted.

**C.3.2.2 Physical Security**

The Contractor shall provide physical security of GFF and installed equipment in accordance with AR 190-51 and other mandatory publications listed in Section C.6. The Contractor shall secure all GFF when not occupied by Contractor personnel. The Contractor shall maintain an activity security checklist for each individual GFF as part of the Contractor's physical security program.

**C.3.2.3 Real Property Maintenance, Alteration or Improvement**

The Contractor shall provide alterations and improvements to GFF after written approval by the Contracting Officer. The Contractor shall coordinate directly with the Fort McPherson Directorate of Installation Support (DIS) for emergency repairs (a telephone point of contact will be provided during Phase-In). The Contractor shall submit all other facility maintenance and repair work using DA Form 4283 to the Contracting Officer for approval. The Contractor shall maintain utilized space to the same standards as similar areas occupied by the Government.

**C.3.2.3.1**

The Contractor shall maintain the grounds adjacent to Government Furnished facilities to the standards listed C.5.6. Adjacent grounds are defined as areas within 100 feet or first natural boundary of the building, unless otherwise specified herein.

**C.3.2.4 Keys**

The Government will provide the Contractor with a marked set of keys to facilities being used by the Contractor in the performance of this work statement. The Contractor shall provide a system of accountability to track the location of all keys and authorized persons holding a key.

**C.3.2.4.1**

The Contractor shall not duplicate any keys issued by the Government without the approval of the Contracting Officer. The Contractor shall immediately report to the Contracting Officer any occurrence of lost or duplicated keys. In the event keys, other than master keys, are lost or duplicated, the Contractor may be required, upon written direction of the Contracting Officer, to

re-key or replace the affected lock or locks without cost to the Government. The Government may, however, at its option replace the affected lock or locks or perform re-keying and deduct the cost of such from the Contractor's monthly payment. If a master key is lost or duplicated, all locks and keys for that master key system shall be replaced at no cost to the Government. The government also has the option to replace the locks and keys and deduct the cost from the Contractor's monthly payment.

**C.3.2.5 Abandonment, Movement, Or Installation Of Utilities**

Ten (10) working days prior to abandonment, movement, or installation of a utility, the Contractor shall submit a written request to the Contracting Officer for approval. No change shall be made prior to Contracting Officer approval.

**C.3.2.6 Government Access**

Contracting Officer approved Government personnel shall have access to Government Furnished facilities used by the Contractor. Government personnel may perform unscheduled visits during normal business hours. When requested, Government personnel will check-in and out with the Contractor, who may escort them throughout the facility.

**C.3.3 SERVICES**

The Government will provide services in accordance with the following guidelines:

**C.3.3.1 Emergency and Medical Services**

Medical services for the Contractor's personnel are the Contractor's responsibility. However, the Government will furnish on an emergency basis, first aid medical services for injuries incurred while an employee is performing work under this contract until arrival of local civilian emergency medical personnel. The Medical Treatment Facility at Fort McPherson will be the primary emergency treatment facility.

**C.3.3.1.1 Telephone Service**

The following provisions pertain to telephone service.

**C.3.3.1.2**

The Government will provide telephone service for official use through the existing on-post system, including local and long distance service and approximately 208 telephone instruments. The cost of unofficial telephone service (e.g., telephone service not incidental to performance of the contract) will not be reimbursed by the Government.

**C.3.3.1.3**

The Government will install, maintain and remove, as necessary, all Government-Furnished telephones.

**C.3.3.1.4**

The Contractor shall comply with AR 25-1 and all FORSCOM or Fort McPherson supplements thereto.

**C.3.3.1.5**
The Contractor shall obtain written approval of the Contracting Officer prior to changing existing telephone system/service or connecting or disconnecting Contractor-Furnished equipment to government-furnished communications systems, lines, or equipment.

**C.3.3.1.6**
The Contractor shall arrange directly with the phone company all additional lines required.

**C.3.3.2 Utilities**
The Government will furnish utilities currently installed in GFF. The Contractor shall not change or modify utility systems or components without written approval. The Contractor shall not connect contractor-furnished equipment/system to government-furnished utilities without written approval of Contracting Officer.

**C.3.3.3 Government Publications**
The Government will provide Army, DoD, and Fort McPherson forms and an initial supply of publications. The Contractor shall maintain an account through the Publication Distribution Office and request supplements, updates and other publications in direct support of this contract. The Contractor shall maintain electronic and hard copy publication libraries and shall comply with C.1.10, "Regulations, Manuals and Technical Documents," as well as requirements of Section C.5 of this PWS related to forms and publications.

**C.3.3.4 Housekeeping**
The Government will provide limited scheduled custodial services for the Contractor's administrative support offices. Typical services will include, floor care, cleaning of bathrooms and trash removal from administrative areas.

**C.3.3.5 Mail and Distribution**
The Government will provide access to the installation mail and distribution system.

**C.3.3.6 Fire Protection**
The Government will provide fire services, to include fire fighting, fire prevention, and investigations for the Contractor on government property.

**C.3.3.7 Refuse Collection**
The Government will provide pickup services from existing refuse containers.

**C.3.3.8 Health Hazard Inventory**
The Government will periodically evaluate the facilities and equipment furnished to the Contractor in compliance with AR 200-1 and furnishes the contractor with a health hazards inventory in accordance with DA policy. The Contractor shall take necessary action to correct noted deficiencies.

**C.3.3.9 Printing**

Defense Printing Service (DPS) support will be made available to the Contractor pursuant to AR 25-30. The Contractor may obtain printing support from other sources if approved by the Contracting Officer. The Contractor shall requisition printing services on DD Form 843 (Requisition for Printing and Binding Service), submitted via the Contracting Officer. The Contractor shall also submit to DPS a DA Form 1687 (Notice of Delegation of Authority-Receipt for Supplies) indicating the individuals authorized to pick-up printed material.

**C.3.3.10 Transition Period Orientation**

Prior to contract start date, the Contracting Officer will offer the Contractor an orientation to explain the work and familiarize the Contractor with the installation facilities and pertinent regulations.

**C.3.3.11 Local Area Network (LAN)**

The Government will provide access to the existing LAN. The Contractor shall not use the LAN for purposes other than for work required under this contract.

**C.3.3.12 Government Directed Training**

The Government will provide Government directed training of Contractor personnel.

Section C.4

TABLE OF CONTENTS

C.4 **CONTRACTOR-FURNISHED PROPERTY AND SERVICES** ..... 1
C.4.1 CONTRACTOR-FURNISHED PROPERTY ..... 1
*C.4.1.1 Federal and State Requirements* ..... *1*
*C.4.1.2 Contractor-Furnished Property Plan* ..... *1*
*C.4.1.3 Testing Equipment* ..... *1*
*C.4.1.4 Communications Equipment* ..... *1*
*C.4.1.5 Computer Equipment and Software* ..... *1*
*C.4.1.6 Personal Equipment* ..... *2*
*C.4.1.7 Contractor Acquired Property (CAP) and Equipment* ..... *2*
*C.4.1.8 Removal of Contractor Property* ..... *2*
*C.4.1.9 Shop/Bench Stock* ..... *2*
*C.4.1.10 Disposing of Excess Inventory* ..... *3*
*C.4.1.11 Stocking Levels* ..... *3*
*C.4.1.12 Ownership* ..... *4*
*C.4.1.13 Fuel* ..... *4*
C.4.2 CONTRACTOR-FURNISHED SERVICES ..... 4
*C.4.2.1 Housekeeping* ..... *4*
*C.4.2.2 Calibration Services* ..... *4*
*C.4.2.3 Contractor Personnel Medical Services* ..... *4*
C.4.3 PERSONNEL TRAINING ..... 5
*C.4.3.1 Routine Training* ..... *5*
*C.4.3.2 Special Training* ..... *5*

## C.4 CONTRACTOR-FURNISHED PROPERTY AND SERVICES

The Contractor shall furnish property and services in accordance with

### C.4.1 CONTRACTOR-FURNISHED PROPERTY

The Contractor shall furnish equipment not furnished by the Government but required for performance of work described in this specification. Contractor's property must be clearly identified with the Contractor's name, telephone number, and the equipment identification number on both sides. The condition of the property shall not relieve the Contractor of responsibility to provide services as required in this specification.

#### C.4.1.1 Federal and State Requirements

The Contractor shall be responsible for any required state and local registration. Property shall be in a clean, neat, safe and operable condition and shall meet State and Federal safety licensing, inspection and insurance requirements. Property identified as not meeting the above safety requirements, by inspection of the Contracting Officer, shall be removed from service within 1 hour of notification by the Contracting Officer.

#### C.4.1.2 Contractor-Furnished Property Plan

The Contractor shall submit the Contractor-Furnished Property Plan to the Contracting Officer for approval within 20 working days of contract award. The Contractor shall update the Property Plan as changes occur and provide 1 copy of the plan to the Contracting Officer within 5 working days of the update. (CDRL C.4-1)

#### C.4.1.3 Testing Equipment

The Contractor, in the performance of calibration services, may furnish test equipment necessary to be able to test, diagnose problems, and check for proper correction of problems covered under this contract not provided as GFE. If the test equipment is furnished by the Contractor, it shall be that which is recognized as standard in the trade. The Contractor shall submit a list of contractor furnished test equipment with a written statement that all test equipment has been calibrated to the Contracting Officer annually.

#### C.4.1.4 Communications Equipment

The Contractor shall furnish all communications equipment necessary to perform the work in this contract other than the communications equipment provided as GFE (C.3). The Contractor shall submit requests for installation of communications equipment to the Contracting Officer. The Contractor shall install communication equipment after obtaining written approval from the Contracting Officer.

#### C.4.1.5 Computer Equipment and Software

The Contractor shall provide computer equipment and software necessary to perform the work in this contract other than the computer equipment and software provided as GFE..

**C.4.1.6 Personal Equipment**

The Contractor shall provide all identification cards (C.1.3.3), specialized clothing and personal safety equipment (safety glasses, shoes, etc.) required for use under this contract.

**C.4.1.7 Contractor Acquired Property (CAP) and Equipment**

The Government may direct, or the Contractor may propose, purchasing or leasing with option to buy additional Contractor-acquired equipment. The title and all documentation pertaining to the purchase shall be provided to the Government within 3 working days after completion of the purchase. The Contracting Officer reserves the right to select the option from among those alternatives provided by the Contractor. The Contractor shall develop a written economic analysis IAW Lease versus Purchase Analysis for Acquiring Equipment for CAP that must be replaced. The economic analysis shall consider replacement by lease, lease to buy and purchase. Should the Contracting Officer select lease with option to buy, the Contractor shall set up the lease so that the Government has the right to continue the lease and exercise all options at contract completion or termination. The Contractor's cost for replacement of failed equipment that has been declared uneconomically repairable, shall be supported by quotes from 3 separate and independent sources of supply. The Contractor's cost analysis shall take into consideration the time remaining on the contract, resale value, and depreciation when purchase of equipment is considered. The Contracting Officer reserves the right to provide for replacement of failed equipment. Upon termination of the contract, the Contractor shall return all CAP listed on the most current hand receipt in the same condition as when it was received, fair wear and tear and Government-approved modifications excepted. The Contractor shall be responsible for providing justification necessary to get items added to the TDA, Section II, Equipment and to turn in property that is no longer required to perform the contract. The Contractor shall ensure that leased equipment contracts contain a "lease-to-buy" provision that the Government can exercise if more advantageous than continuing the lease.

**C.4.1.8 Removal of Contractor Property**

Within 20 working days after completion or termination of this contract, the Contractor shall remove all Contractor owned vehicles, equipment, tools, supplies, materials and other items from the installation. The Government shall not be responsible for any Contractor owned property left after contract completion or termination. If the Contractor does not remove said property from the installation within the stated time; the Government will dispose of the property.

**C.4.1.9 Shop/Bench Stock**

The maximum inventory level shall be the average number of units consumed in fifteen (15) working days based on consumption during the first 180 calendar days preceding the billing period. During the first 180 calendar days of contract performance, the Contractor shall establish shop/bench stock inventory lists and stockage levels based on an estimate of demand. The Contractor shall perform the following tasks in support of his shop/bench stock function.

**C.4.1.9.1**
The Contractor shall pick up and deliver parts and materials from vendors to the inventory storage point or job site as directed by the Contracting Officer.

**C.4.1.9.2**
The Contractor shall issue all materials against a specific work identifying number.

**C.4.1.9.3**
The Contractor shall maintain a record which indicates the date repair parts or materials were issued, the person to whom the items were issued, the work identifying number against which the items were issued, the part number, unit cost and extended cost of the items issued, and the Government-designated APC to which the issue is to be charged. The issue record shall also indicate the issue was from Contractor furnished materials. The Contractor may elect to use existing Government forms or develop Contractor unique forms.

**C.4.1.9.4**
The Contractor shall receive, issue and store repair parts and materials.

**C.4.1.9.5**
The Contractor shall dispose of items beyond stocking requirements.

**C.4.1.9.6**
The Contractor shall perform joint and/or independent inventories of stock.

**C.4.1.9.7**
The Contractor shall correct all deficiencies discovered as a result of an inventory within 15 working days.

**C.4.1.9.8**
The Contractor shall comply with all supply regulations.

**C.4.1.10 Disposing of Excess Inventory**
The Contractor shall identify all materials and repair parts that become excess, as determined by the usage rate and approved by the Contracting Officer in the course of performance of the contract. The Contractor shall physically segregate inventory at the time it is determined to be excess and prepare any and all documentation required by the Government to pack and deliver excess inventory. The Contractor shall complete disposal of the excess inventory within 10 working days of receipt of disposition instructions from the Contracting Officer.

**C.4.1.11 Stocking Levels**
The Contractor shall determine and provide a minimum stocking level of materials to ensure uninterrupted accomplishment of the work and services specified in this contract, except for Government owned materials addressed in Section C.3. Non-availability of a high use item or

readily available item shall not relieve the Contractor of responsibility to perform contract work within the time frames specified. The Contractor shall immediately notify the Contracting Officer in writing, of circumstances regarding delay of work due to material problems.

**C.4.1.12 Ownership**

Component or replacement parts that are placed on equipment and facilities shall become the property of the party (Government or Contractor) holding title to the equipment or facilities. Parts or materials shall not be removed from Government property at the termination of the contract or upon sale of the equipment.

**C.4.1.13 Fuel**

The Contractor shall provide the Contracting Officer with a monthly fuel usage report (CDRL C.4-2) for all fuel consumed for both Government and Contractor furnished equipment beginning the 1st month of contract start date.

**C.4.2 CONTRACTOR-FURNISHED SERVICES**

The Contractor shall furnish housekeeping supplies to clean or maintain the Contract occupied facilities. The Contractor shall also provide calibration services for CFE.

**C.4.2.1 Housekeeping**

The Contractor shall be responsible for housekeeping in Government provided, Contractor occupied facilities or areas. This shall include facilities, yards, compounds, parking areas and ancillary work areas except Government furnished services specified in Section C.3. The Contractor shall sweep, remove trash, police and generally perform housekeeping necessary to keep the work places in a neat and orderly manner. The Contractor shall maintain Government furnished facilities, supplies and materiel in a safe, organized clean and habitable condition as set forth in AR 420-81.

**C.4.2.2 Calibration Services**

The Contractor shall provide calibration services for all CFE requiring calibration. The Contractor shall adhere to calibration frequencies and standards for Contractor-furnished equipment as prescribed by equipment manufacturers or as prescribed by Government directives for comparable equipment if manufacturers' standards are not prescribed.

**C.4.2.3 Contractor Personnel Medical Services**

The Contractor shall provide medical support services for all Contractor Personnel incurring non-life threatening illness or injuries while working at the contract work site. Such services should be structured to provide those types of medical care, which typically react to minor illnesses, injuries or other medical services not requiring hospitalization.

**C.4.3 PERSONNEL TRAINING**

The Contractor shall furnish routine personnel training, special personnel training and government directed training as required by this contract.

**C.4.3.1 Routine Training**

Routine Contractor personnel training such as basic worker trade skills, apprenticeships, journeymen training, and safety shall be furnished by the Contractor.

**C.4.3.2 Special Training**

Special Contractor personnel training such as training required for certification to work with Chlorofluorocarbons (CFCs), Lead Based Paint (LBP), herbicides, pesticides and Asbestos shall also be furnished by the Contractor.

# SECTION C.5

## TABLE OF CONTENTS

C.5.1. MOBILIZATION AND DEPLOYMENT, CONTINGENCY OPERATIONS, EXERCISES AND SPECIAL EVENTS .......... 1

*C.5.1.1. Mission* .......... *1*

*C.5.1.2. Special Events* .......... *2*

**C.5.1. MOBILIZATION AND DEPLOYMENT, CONTINGENCY OPERATIONS, EXERCISES AND SPECIAL EVENTS**

The Contractor shall perform all tasks necessary to support the Fort McPherson mobilization and deployments, contingency operations, exercises, and special events as defined in this performance work statement (PWS). The Contractor shall provide logistics and engineering support for mobilization and deployment, contingency operations, exercises, and special events at Fort McPherson, Fort Gillem, and U.S. Army Recreational Area Lake Allatoona IAW Army policy, FORSCOM guidance, Fort McPherson operations orders/plans and SOPs and industry publications or standards to ensure compliance with all federal, state and local laws and requirements (See section C.6).

**C.5.1.1. Mission**

Mobilization and deployment, contingency operations and exercises are time sensitive operations that must be carried out precisely in accordance with established plans and procedures. The Contractor shall implement plans and procedures associated with mobilization or mobilization training and contingency missions or contingency mission training when directed by the Contracting Officer so that they take precedence over all other contract requirements. Requirements for contractor planning are included in Section C.1.5 of this PWS.

**C.5.1.1.1. Operations**

Mobilization and deployment, contingency operations and exercises include such unprogrammed events as general or limited mobilization of forces in case of war, military operations, bomb threats or terrorist activities, natural disaster, humanitarian assistance, and similar circumstances. These requirements shall be subject to the clause of the contract entitled "Mobilization and Other Contingency Planning and Support", Forces Command (FORSCOM) Federal Acquisition Regulation Supplement (FFARS) 52.237-5002.

**C.5.1.1.2. Exercises**

Exercises in mobilization and deployment and contingency operations are designed to ensure the government is adequately prepared for these unprogrammed events when they occur. Estimated workload associated with these tasks is approximately 160 hours per year. The Contractor shall participate in and support deployment and contingency exercises.

**C.5.1.1.3. Procedures**

The Contractor shall perform procedures in accordance with the plans outlined in Section C.1.5 of this PWS.

**C.5.1.1.3.1. Classified Information**

Conduct of mobilization and deployments, contingency operations and exercises may require access to classified information. The Contractor shall comply with security procedures in accordance with DoD and installation security regulations as specified in Section C.1.5 of this performance work statement.

**C.5.1.1.3.2. Requirements**
The Contracting Officer will notify the Contractor when emergency situations or exercises occur as part of the formal alert notification process. The Contractor shall then activate an internal alert notification procedure to ensure all Contractor personnel respond in accordance with this section and the governing plan.

**C.5.1.1.3.3. Emergency Operations Center**
The Contractor shall provide personnel to support the Government in the Emergency Operations Center (EOC); the Directorate of Installation Support Operations Center (DISOC), to control the Contractor operated activities involved. The Contractor shall also disseminate instructions and tasks to Contractor personnel as they are received from the Contracting Officer. The Contractor shall provide personnel with experience in plans and operations, logistics work management, unit movement, maintenance, supply, housing, and transportation entitlements to advise and support the Government in all phases of mobilization and deployment, contingency operations, and exercises.

**C.5.1.1.3.4. Expansion**
Upon direction of the Contracting Officer under the clause of the contract entitled "Mobilization and Other Contingency Planning and Support", Forces Command (FORSCOM) Federal Acquisition Regulation Supplement (FFARS) 52.237-5002, the Contractor shall hire and expand the Contractor work force to provide qualified personnel for extended and increased levels of effort to accomplish the missions of the mobilization station.

**C.5.1.1.3.5. Reports**
The Contractor shall provide reports of ongoing actions, prepare briefs required by the Contracting Officer, and prepare after-action reports (CDRL C.5.1-1) of activities in support of mobilization and deployment, and other contingency operations to the Contracting Officer within 7 working days of the Contracting Officer's request under the clause of the contract entitled "Mobilization and Other Contingency Planning and Support", Forces Command (FORSCOM) Federal Acquisition Regulation Supplement (FFARS) 52.237-5002.

**C.5.1.2. Special Events**
The Contractor shall perform tasks to support the installation special events.

**C.5.1.2.1. Special Events Workload**
Special events include such activities as Boy Scout Jamborees, public holiday observances, retirement and change of command ceremonies, ribbon-cutting ceremonies, ground breaking ceremonies and similar events of command interest. The workload or tasks detailed elsewhere in C.5 are included in the paragraph or associated technical exhibit of the performance work statement for the function supporting the event. The administrative and supervisory workload associated with events described in this paragraph is approximately 240 hours per year. (This 240 hours does not include planning requirements described in C.1.5.)

**C.5.1.2.2. Special Events Support**

Memorandums of Instruction (MOI), operation orders, or command directives generally initiate special events. The Contractor shall perform the following tasks in support of special events:

**C.5.1.2.2.1.**
Participating in Government meetings, in-process reviews, and planning sessions.

**C.5.1.2.2.2.**
Providing written input to MOIs, operations orders or command directives. Response time is not later than 2 working days from receipt of request unless the Contracting Officer approves a longer response time. Response may include review and/or comments of tasks included in this contract and/or tasks elsewhere in C.5.

**C.5.1.2.2.3.**
Reviewing Government plans and providing suggestions for revisions.

**C.5.1.2.2.4.**
Redirecting internal priorities to support the special event.

**C.5.1.2.2.5.**
Providing after-action reports within 7 working days of the conclusion of the special event in accordance with the MOI, operation order or command directive.