## SECTION C.5.2

## TABLE OF CONTENTS

C.5.2. RESERVED ........................................................................................................................................ 1

C.5.2. RESERVED

## SECTION C.5.3

TABLE OF CONTENTS

C.5.3. RESERVED ........................................................................................................................ 1

C.5.3. RESERVED

## SECTION C.5.4

## TABLE OF CONTENTS

C.5.4 ENVIRONMENTAL SERVICES ........ 1
*C.5.4.1 Mission ........ 1*
*C.5.4.2 Management ........ 1*
*C.5.4.3 Reserved ........ 4*
*C.5.4.4 Reserved ........ 4*
*C.5.4.5 Hazardous Material Management ........ 5*
*C.5.4.6 Hazardous Waste Management ........ 5*
*C.5.4.7 Reserved ........ 6*
*C.5.4.8 Reserved ........ 6*
*C.5.4.9 Reserved ........ 6*
*C.5.4.10 Reserved ........ 6*
*C.5.4.11 Pollution Prevention ........ 6*
*C.5.4.12 Reserved ........ 7*
*C.5.4.13 Reserved ........ 7*
*C.5.4.14 Petroleum, Oils and Lubricants (POL) Management ........ 7*
*C.5.4.15 Solid Waste Management ........ 7*
*C.5.4.16 Reserved ........ 7*
*C.5.4.17 Polychlorinated Biphenyl (PCB) ........ 8*
*C.5.4.18 Reserved ........ 8*
*C.5.4.19 Reserved ........ 8*
*C.5.4.20 Reserved ........ 8*
*C.5.4.21 Reserved ........ 8*
*C.5.4.22 Reserved ........ 8*
*C.5.4.23 Recycling Program ........ 9*

## C.5.4 ENVIRONMENTAL SERVICES

### C.5.4.1 Mission

The Contractor shall perform work necessary for Environmental Management support as defined in this contract. The Contractor shall provide support for Hazardous Material/Waste and Pollution Prevention Program Management at Fort McPherson. The Contractor shall advise the Contracting Officer and all activities located on Fort McPherson to ensure compliance with federal, state, and local environmental laws and regulations. The Contractor shall assist in the management of the environmental programs by performing consultation services, environmental inspections and by preparing draft policy documents, contract specifications, cost estimates, scopes of work, and other related correspondence. See TE C.5.4-1 for the workload data for this function.

### C.5.4.1.1 Reserved

### C.5.4.1.2

The Contractor shall assist in the protection of human health and the environment by supporting various Army Environmental Management programs. These programs include but are not limited to the following:

Hazardous Material Management
Hazardous Waste Management
Pollution Prevention
Petroleum, Oils and Lubricants (POL) Management
Polychlorinated Biphenyl (PCB) Management
Environmental Safety
Recycling
Emergency Planning and Community Right to Know Program

### C.5.4.2 Management

The Contractor shall manage the total contract work effort associated with the environmental services required in this PWS. Such management includes, but is not limited to planning, scheduling, cost accounting, report preparation, maintaining records and files, and quality control. The Contractor shall provide adequate staff with the necessary management expertise to perform the work required by this PWS. The Contractor shall prepare and submit all documents and correspondence regarding Environmental Programs to the Contracting Officer for submission to the Garrison Commander or designated representative.

**C.5.4.2.1**
The Contractor shall develop and maintain on-site official government consolidated environmental program files containing necessary documents required for review by regulating state or federal authorities. File systems shall consist of both hard copies and applicable electronic media.

**C.5.4.2.2**
The Contractor shall accompany the Contracting Officer during inspections conducted by federal or state regulatory authorities. The Contractor shall assist the Contracting Officer in preparing responses to requests for information concerning regulatory inspections, permits, or other regulatory issues.

**C.5.4.2.3**
The Contractor shall assist the Contracting Officer in regularly assessing the status of Hazardous Material/Waste and Pollution Prevention programs, using the Environmental Compliance Assessment System, the Installation Status Report (ISR), and the Environmental Quality Report (EQR). The Contractor shall perform corrective actions for Contractor requirements under this contract as directed by the Contracting Officer. The Contractor shall monitor corrective actions other Government organizations make and report results to the Contracting Officer to ensure compliance with applicable regulations or policies.

**C.5.4.2.4** **Reserved**

**C.5.4.2.5**
The Contractor shall collect and maintain data for the Environmental Quality Report (EQR). This includes developing justification and estimated cost. The EQR is an electronic database used to track Notice of Violations (NOV's) of environmental laws. The Contractor shall assist the Contracting Officer in the development of corrective actions and associated timelines. An example of an EQR record is at TE C.5.4-3.

**C.5.4.2.6** **Reserved**

**C.5.4.2.7** **Reserved**

**C.5.4.2.8** **Quality Indicators**
The Contractor shall monitor and report quarterly the status of the environmental quality indicators designed to meet FORSCOM's and the Garrison Commander's current goals (CDRL C.5.4-1). These quality indicators are currently: reduce the amount of paint/solvents disposed of

as hazardous waste and improve participation in the Garrison recycling program. The Contractor shall report the status to the Contracting Officer.

**C.5.4.2.9 Administration**

The Contractor shall provide administrative support for Hazardous Material/Waste and Pollution Prevention Program Management. All records, documents, and associated papers provided by the Government and generated during the period of this contract become Government property and will remain in place upon contract termination or completion. During the period of the contract these records, documents, and associated papers will be available for government review. The Contractor shall prepare and submit draft correspondence generated in response to Congressional, DA, Major Command (MACOM), or action line inquiries to the Contracting Officer within 3 working days of assignment of task.

**C.5.4.2.10**

The Contractor shall assist the Contracting Officer in the development of proactive environmental strategies and guidance for Garrison and tenant activities. The Contractor shall develop an awareness presentation promoting the Fort McPherson Environmental Programs and provide displays annually on Earth Day and at quarterly Environmental Quality Control Committee meetings.

**C.5.4.2.11 Command Information**

Quarterly, the Contractor shall assist the Contracting Officer in the development of Command Information briefings on the status of environmental programs to the Environmental Quality Control Committee. The Contractor shall respond to requests for information from the Contracting Officer concerning the status of environmental programs.

**C.5.4.2.12 Work Control**

The Contractor shall implement all necessary work control procedures to ensure fully adequate and timely completion of work requirements, as well as to permit tracking of work in progress. The Contractor shall plan and schedule work to assure material, labor, and equipment are available to complete work requirements with regard to the established time limits and quality standards. Upon request, the Contractor shall provide verbal scheduling and status reports to the Contracting Officer. The status of work items must be provided within 2 hours of the inquiry during regular working hours, and within 4 hours after regular working hours. This occurs approximately once per week.

**C.5.4.2.13 General**

The Contractor shall provide to the Contracting Officer regulatory reports and actions received from an organization or person other than the Contracting Officer within 2 hours of receipt.

**C.5.4.2.14**
The Contractor shall submit draft guidance documents associated with Hazardous Waste/Material and Pollution Prevention programs to the Contracting Officer within 20 working days of the request by the Contracting Officer (CDRL C.5.4-2).

**C.5.4.2.15**
The Contractor shall conduct inspections of facilities and activities for compliance with the environmental programs and related permit conditions. The Contractor shall submit to the Contracting Officer a report of each inspection within 3 working days of the inspection (CDRL C.5.4-3).

**C.5.4.2.16**
The Contractor shall submit to the Contracting Officer a recommendation of corrective actions within 10 working days of the submission of the inspection report (CDRL C.5.4-4).

**C.5.4.3** **Reserved**

**C.5.4.4** **Reserved**

**C.5.4.4.1** **Reserved**

**C.5.4.4.2** **Reserved**

**C.5.4.4.3** **Reserved**

**C.5.4.4.4** **Reserved**

**C.5.4.4.5** **Reserved**

**C.5.4.4.6** **Reserved**

**C.5.4.5 Hazardous Material Management**

The Contractor shall monitor hazardous material management activities performed on Fort McPherson. This includes but is not limited to performing training, conducting inspections, providing consultations to Garrison and tenant activities regarding hazardous material management.

**C.5.4.5.1**

The Contractor shall receive from Garrison and tenant activities all excess hazardous materials for turn-in to Defense Reutilization and Marketing Office (DRMO) for reutilization, donation, transfer, sale or disposal. The Contractor shall turn in to the DRMO all HAZMAT received within 60 working days of receipt.

**C.5.4.6 Hazardous Waste Management**

The Contractor shall monitor all activities and operations performed on Fort McPherson and report to the Contracting Officer on their compliance with all applicable federal, state, and local government hazardous waste regulations and laws. This includes, but is not limited to, conducting inspections, conducting training, maintaining Hazardous Waste Management Plans, maintaining hazardous waste inventories, operating the central hazardous waste accumulation points and providing consultations to Garrison and tenant activities regarding compliance with RCRA and GA HWMA. The Contractor shall prepare and submit to the Contracting Officer all necessary permits, reports, guidance documents, manifests, and supporting documents to support proposed or existing operations subject to provisions of the RCRA and GA HWMA.

**C.5.4.6.1**

The Contractor shall provide the following services to hazardous waste generation points on the installation. Generation points, descriptions and quantities of hazardous wastes handled in FY97 are provided in TE C.5.4-6.

Collect hazardous waste

Complete turn in documents within 15 working days of arrival in central accumulation yard

Transport hazardous waste from generation points to central accumulation points within 3 working days of accumulation start date

Dispose of hazardous waste through DRMO IAW Defense Reutilization and Marketing Services (DRMS) procedures

Provide packaging material and containers to hazardous waste generators

**C.5.4.6.2**

The Contractor shall provide training as required by 29 CFR Part 1910, 40 CFR Part 264, and 49 CFR Part 172 for all government and contractor personnel handling hazardous waste.

Approximately 250 personnel require hazardous waste training annually. The Contractor shall provide certification of attendance to personnel and the Contracting Officer upon completion of the training.

**C.5.4.6.3**
The Contractor shall maintain a qualified Hazardous Materials Emergency Response Team to respond to and clean up hazardous material incidents on Fort McPherson IAW 29 CFR 1910.120. The Contractor shall provide the Contracting Officer with the list of the team members by name at contract start date and shall provide updates as names change (CDRL C.5.4-6).

**C.5.4.6.4**
The Contractor shall provide the Contracting Officer annual estimates of future hazardous waste generation, site locations for pick-up, and other special services required based on previous records, new requirements, and knowledge of mission changes affecting waste generation.

**C.5.4.7** **Reserved**

**C.5.4.8** **Reserved**

**C.5.4.9** **Reserved**

**C.5.4.10** **Reserved**

**C.5.4.10.1** **Reserved**

**C.5.4.11** **Pollution Prevention**
The Contractor shall maintain the Fort McPherson Pollution Prevention Plan to comply with EO 12856. The Contractor shall monitor all work done at Fort McPherson to minimize environmentally degrading materials and processes. The Contractor shall advise activity directors and commanders on methods to reduce or eliminate dust and other pollution contributors from operations, training, construction, maintenance, repair, and alteration processes. The Contractor shall schedule, publicize, and conduct pollution prevention training to activities on Fort McPherson. The Contractor shall implement this program along with the Hazardous Materials and Hazardous Waste programs. The Contractor shall implement measures within his activities to achieve source reduction and pollution prevention by techniques including

material substitution, process modification, waste stream segregation, improved procurement practices and inventory control, good housekeeping, and employee training.

**C.5.4.11.1**
Contractor shall maintain, update, and support execution of the Pollution Prevention Management Plan to include the following elements, as a minimum:

Ozone Depleting Chemicals
Environmental Protection Agency 17 Industrial Toxins
Hazardous Waste Minimization
Municipal Solid Waste
Energy Conservation

**C.5.4.11.2**
The Contractor shall review designs and acquisitions of new systems within 10 working days of receipt, including equipment and materials. The Contractor shall recommend Pollution Prevention corrective actions to the activity director or commander responsible for the design or acquisition.

**C.5.4.12 Reserved**

**C.5.4.13 Reserved**

**C.5.4.14 Petroleum, Oils and Lubricants (POL) Management**
The Contractor shall assist the Contracting Officer in coordinating the reclamation of used POL products not covered under the hazardous waste program IAW 40 CFR Part 279 for all activities on Fort McPherson. The Contractor shall maintain all records involved in the implementation of this program.

**C.5.4.15 Solid Waste Management**
The Contractor shall monitor the solid waste management program. The Contractor shall semi-annually monitor approximately 200 solid waste generation points and advise the Contracting Officer on opportunities to reduce costs associated with solid waste handling and disposal. The Government will provide a list of solid waste generation sites (TE C.5.4-7) 40 working days prior to contract start date.

**C.5.4.16 Reserved**

C.5.4.16.1

**C.5.4.17 Polychlorinated Biphenyl (PCB)**

The Contractor shall assist the Contracting Officer in the management of PCBs. The Contractor shall collect and dispose of, through the DRMO, unserviceable equipment containing or contaminated with PCBs for all activities on Fort McPherson IAW 40 CFR 761. The Contractor shall determine the presence of PCBs in suspect equipment prior to disposal. The Contractor shall prepare and maintain annual reports, inspection records, disposal manifests, and certificates of destruction of PCB or PCB item for 3 years after being certified as PCB-free.

**C.5.4.18 Reserved**

**C.5.4.19 Reserved**

**C.5.4.20 Reserved**

**C.5.4.21 Reserved**

**C.5.4.21.1 Reserved**

**C.5.4.21.2 Reserved**

**C.5.4.21.3 Reserved**

**C.5.4.21.4 Reserved**

**C.5.4.22 Reserved**

**C.5.4.22.1 Reserved**

**C.5.4.23 Recycling Program**

The Contractor shall assess the Fort McPherson recycling program on a semi-annual basis to determine compliance with EO 12856 and GA DNR goals.

## SECTION C.5.5

## TABLE OF CONTENTS

C.5.5. RESERVED ........................................................................ 1