C.5.5. RESERVED

## SECTION C.5.6

## TABLE OF CONTENTS

C.5.6. REAL PROPERTY OPERATIONS, MAINTENANCE, REPAIR AND CONSTRUCTION, AND OTHER RELATED SERVICES ..... 1
*C.5.6.1 Work Management* ..... *1*
*C.5.6.2 Maintenance and Repair of Facilities and Equipment* ..... *10*
*C.5.6.3 Pest Control Services* ..... *46*
*C.5.6.4 Maintenance and Repair of Grounds and Surfaced Areas* ..... *61*

**C.5.6. REAL PROPERTY OPERATIONS, MAINTENANCE, REPAIR AND CONSTRUCTION, AND OTHER RELATED SERVICES**

The Contractor shall perform real property operations, maintenance, repair, construction, and other services specified in this contract.

**C.5.6.1 Work Management**

The Contractor shall manage the total real property work effort, including maintenance and repair, alteration and minor construction, utilities operations, and other engineering support. The contract work also includes work involving the construction trades on property other than real property and demolition and disposal of real property. The Contractor shall operate a work reception management system which shall receive and generate work requests; document work on a service order or work order (obtaining work approval if necessary); estimate job cost; and coordinate and perform assigned work. The work reception management system shall be capable of generating documentation for development of an annual work plan (AWP) for each fiscal year. The Contractor shall provide data annually for projection of work requirements in the AWP. (CDRL C.5.6-1)

**C.5.6.1.1 Work Reception**

The Contractor shall receive work requests 24-hours-a-day, 7-days-a-week to include Federal holidays and shall document and track all work requirements generated from these work requests. The Contractor shall receive work request calls from Directorate of Installation Support (DIS) customers and the Contracting Officer. The Contractor shall also generate work requests as required by this contract. The Contractor shall operate the Government furnished telephone lines for receipt of work request management related calls only. The Contractor shall provide a sufficient number of personnel to answer the telephones. Currently, there are approximately 56 calls received per day during normal working hours and 5 calls per day after normal working hours. The Contractor shall not leave the telephones unmanned during normal working hours. The Contractor shall have the option to use a recording device for the receipt of non-emergency maintenance and repair calls after normal working hours. The Contractor shall operate a system such that the caller will be able to reach an operator for a work requirement that is an emergency (impacts life, safety, and health of personnel or the destruction of Government property). The Contractor shall process non-emergency calls received after normal working hours the next working day.

**C.5.6.1.2 Description of Service Orders (SOs)**

SOs are used for the performance of maintenance or repair work that is limited in scope (does not exceed $3,000) and does not require separate job scheduling or planning. SOs can involve several crafts or just a single craft. Service order work includes all work necessary to restore a defective unit to operating condition. The Contractor shall replace an item or system if the item or system cannot be economically repaired. Cyclical maintenance in family housing is normally documented using a SO. For a complete scope of service order work tasks, see the Service Order Task Code Book provided in the Technical Library. The Contractor shall maintain the Service Order Task Code Book, recommend changes to the Contracting Officer, and update after receiving Contracting Officer approval.

**C.5.6.1.3 Description of Work Orders (WOs)**

WOs are used to document work that exceeds SO limitations and all work classified as alteration and minor construction. There are 4 types of work orders: Standing Operating Orders (SOOs), Individual Job Orders (IJOs), Preventive Maintenance Inspections (PMIs) and Recurring Maintenance Work Orders (RMWOs). SOOs are used to document recurring work normally associated with operations of real property. The following work is documented by SOO: pesticide and herbicide treatments, entomology work, roads and grounds maintenance, operations of building utility systems, waste water treatment system operation, and maintenance of utility systems, maintenance of swimming pools. IJOs are used to document alteration and construction work, as well as maintenance and repair work, which exceeds $3,000. The Government shall generally not task IJOs under this contract for work between $3000 and $100,000 (labor, material, supplies, equipment and overhead). PMIs are used to document recurring preventive maintenance and inspections. RMWOs are used to document major recurring maintenance such as overhauling boilers, unscheduled utility repairs, unscheduled sprinkler repairs and special events.

**C.5.6.1.4 Work Approval**

The Contractor shall obtain WO approval and shall receive blanket pre-authorization instructions from the Contracting Officer. All work shall be approved by the government prior to execution either via blanket preauthorization or on an individual work order basis.

**C.5.6.1.4.1 Approval for Work in Historical Facilities**

Contractor will obtain approval from Contracting Officer before beginning any work which changes the appearance or condition of any part of a facility listed in or eligible for listing in the National Register of Historic Places (NRHP). New construction including, but not limited to buildings, structures, roads, or exterior lighting adjacent to, or within view of any building or district listed in, or eligible in the NRHP must also be approved by the Contracting Officer. A list of historic facilities is at TE C.5.4-5.

**C.5.6.1.4.2 SO Approval**

The Contracting Officer will issue blanket pre-authorization instructions to execute SOs received from customers costing less than $3,000. These will be subject to final review and after the fact approval by the Contracting Officer to verify proper classification and expenditure of resources. The Contractor shall submit Contractor generated SOs and all SOs classified as construction to the Government for approval prior to execution.

**C.5.6.1.4.3 WO Approval**

All WOs shall be approved in writing by the Contracting Officer prior to performance, except for a WO identified as Priority 1 - emergency work by the Contracting Officer. The Contracting Officer may provide oral approval followed by written approval for Priority 1 - emergency work.

**C.5.6.1.4.4**

Environmental impact documentation shall comply with Public Law (PL) 91-190, AR 200-1, and DA PAM 200-1 and shall be made available to the Contracting Officer to approve commencement of work. The Contractor shall plan with the Energy Coordinator to provide energy assessments on projects designated by the Contracting Officer.

**C.5.6.1.4.5 Notice to Proceed**

The Contractor shall not procure, fabricate, or construct and shall not incur cost on a project, except the cost of preparation and discussion of the estimate, before the Contracting Officer has approved the Contractor's submittals. A notice to proceed will include the final agreed upon price estimate, the Contractor's submittal date, and the completion date of the project, and changes to the technical specifications. The completion date and technical specifications will be as stated in the Government's request for estimate unless modified by mutual agreement during discussion of the project. All performance times specified in cases where government-furnished items/installed equipment are to be used are exclusive of the time required for the Government to furnish items/installed equipment, as measured from the time the Government receives a properly prepared requisition until all items are delivered to the Contractor.

**C.5.6.1.5 Work Requiring Professional Architect/Engineer Services**

The Contractor shall determine whether WOs received will require architect/engineer services, hereafter referred to as "professional services" as defined below. The Government will perform all required professional services. Upon completion of design documents, the Government may return the WO to the Contractor for execution or execute the work via other means.

**C.5.6.1.5.1**

The Brooks Act (PL 92-582), as amended, defines architect/engineer services as:

a. "Professional services of an architectural or engineering nature, as defined by State law, if applicable, which are required to be performed or approved by a person licensed, registered, or certified to provide such service;"

b. "Professional services of an architectural or engineering nature performed by contract that are associated with research, planning, development, design, construction, alteration, or repair of real property;" and

c. "Such other professional services of an architectural or engineering nature, or incidental services, which members of the architectural and engineering professions (and individuals in their employ) may logically or justifiably perform, including studies, investigations, surveying and mapping, tests, evaluations, consultations, comprehensive planning, program management, conceptual designs, plans and specifications, value engineering, construction phase services, soils engineering, drawing reviews, preparation of operating and maintenance manuals, and other related services."

**C.5.6.1.5.2**

Georgia State law defines professional services as, "The rendering or offering to render services in connection with the design of any buildings or group of buildings or design of alterations or additions thereto. Such services shall include consultation, planning, analyses, preliminary studies, designs, drawings and specifications, architectural administration of construction contracts, and any other function in connection with such services." The law also defines "building" to mean "any structure consisting of foundation, floor, walls, columns, girders, beams, and roof or a combination of any of these parts, with or without other parts or appurtenances."

**C.5.6.1.6 Customer Requests**
The Contractor shall receive telephonic and written work requests from customers.

**C.5.6.1.6.1 Telephonic Requests**
The Contractor shall classify the work IAW DA PAM 420-11, preliminarily estimate whether work is under $3,000 (Service Order limit) and prioritize the work IAW Technical Note (TN) 420-10-01. The Government reserves the right to change priorities of work requests classified by the Contractor. If the work request is not a valid real property requirement, the Contractor shall inform the customer. If the work request is a valid real property requirement, the Contractor shall:

a. Prepare a Service Order (SO) using DA Form 4287, assign and inform the customer of the SO number, and enter the SO information into the Government furnished Computerized Maintenance Management System (CMMS), currently the Integrated Facilities System-Client/Server (IFS-C/S), and its successors, or

b. Inform the customer that the work may exceed SO limits and recommend the customer submit a DA Form 4283, or

c. Inform the customer that the work will be performed under another valid work authorization document.

**C.5.6.1.6.2 Written Requests**
The Contractor shall receive written work requests from customers on DA Form 4283. The Contractor shall verify that the customer has assigned a work request number and the DA Form 4283 is complete and signed by an authorized requestor as per DA Form 577, Signature Card, on file. The Contractor shall enter the DA Form 4283 data into the Government furnished CMMS and forward DA Form 4283 to the Government.

**C.5.6.1.6.3 Duplicate Work Requests**
If a request is made by more than 1 customer representative for the same work at the same location or for repair of the same equipment, the Contractor shall treat this work request as a single work request and document as such for reporting purposes.

**C.5.6.1.7 Contractor Initiated Work**
The Contractor shall generate a work request for all work requirements found during performance of work. This includes previously unknown work requirements and work beyond the scope of existing work documents. The Contractor shall submit these work requests as indicated below to the Government for prioritization and approval prior to performing this work.

**C.5.6.1.7.1 Contractor-Generated SOs**
The Contractor shall prepare and submit DA Form 4287 (SO) for Government approval to correct problems encountered during assigned work performance. The Contractor shall prepare a DA Form 4287 for work requirements less than $3,000, that are not construction or alteration and not prescribed in Preventive Maintenance Inspections (PMIs) or Standing Operating Orders (SOOs). The Contractor shall enter contractor-generated SOs into the government-furnished

CMMS. The Contractor shall generate quarterly SOs for Cyclical Maintenance of family housing facilities. A listing of all cyclical maintenance and typical tasks to be performed in family housing throughout the year is in the Technical Library.

**C.5.6.1.7.2 Contractor Generated Work Order (WO)**

The Contractor shall prepare and submit for Government approval a DA Form 4283 for construction or maintenance and repair work in excess of service order limitations. The Contractor shall initiate WOs. The Contractor shall also generate Standing Operations Orders (SOOs), Preventive Maintenance Inspections (PMIs), and other recurring WOs using DA Form 4283. The Contractor shall estimate the total cost of the work, separately identifying labor, equipment, and materials. The Contractor shall obtain final approval from the Contracting Officer prior to proceeding with the work. The Contractor shall prepare WOs, SOOs, PMIs, and other recurring WOs 40 working days prior to the beginning of each fiscal year (1 October) for inclusion in the Annual Work Plan (AWP). After Contracting Officer approval, the Contractor shall issue these WOs, SOOs, PMIs, and other recurring WOs to the shops 10 working days prior to 1 October each fiscal year.

**C.5.6.1.8 Work Documentation**

The Contractor shall utilize the CMMS to manage and control all work with complete documentation of work received by the Contractor as described herein. The system encompasses the life cycle management of real property. It provides information on all aspects of facilities engineering activities. It also constitutes a single-source database of facilities-related and budget-supportive information.

**C.5.6.1.8.1 Work Initiation Documentation**

The Contractor shall input SOs and WOs directly into the system, including the following information at work inception: work classification, work/problem nature, work request number, date and time reported, location of work requirement (e.g., building/facility/activity code), name and telephone number of requester, and required completion date (where applicable).

**C.5.6.1.8.2 Estimation**

On receipt or initiation of a proposed WO project under $100,000, the Contractor shall provide a brief written definition of the work and a brief written cost estimate to the Contracting Officer. The Contracting Officer may approve the work at this point. Upon further request by the Contracting Officer, the Contractor shall prepare a complete cost estimate using standard cost methods and enter estimate into CMMS. The Contractor shall prepare detailed estimates based on itemized equipment, material, labor, and overhead costs derived from established standards (Engineered Performance Standards (EPS), RS Means) or historical data. The estimate shall be broken down by applicable work classifications (K, L or M) of the project to include materials list, prices for each item, labor hours by trade and wage rate, and equipment identified by type and price. A price will be provided for each phase and include a total for the project for materials, labor, and equipment and a grand total. The Contractor shall not exceed the final estimated cost on a project without prior approval of the Contracting Officer. In a typical year 900 estimates are prepared. Examples of types of work estimated are listed in the Technical Library.

**C.5.6.1.8.3**
If an estimate is disapproved, the Contracting Officer may decide to further negotiate the scope or estimate by requesting that changes to the scope, scheduling or timing be made and a revised estimate be submitted. After approval of a WO project by the Contracting Officer, WO projects shall be scheduled, assigned to contractor personnel, and performed IAW defined response times.

**C.5.6.1.8.4 Ongoing Documentation**
The Contractor shall keep the work database current by continuously inputting the following information as it becomes available: job status (i.e., open, closed, on-hold, or canceled), date and time issued to the craft shop, material order date (other than shop stock, where applicable), estimated material due date (other than shop stock, where applicable), and data from labor from labor and equipment utilization (L&E) forms to include task code, number of units of task completed, actual hours worked, vehicle/equipment usage, SO/WO number, and workers social security number.

**C.5.6.1.8.5 Close-Out Documentation (WO)**
Upon completion of work order the Contractor shall generate a report to document closeout which includes date completed, actual versus estimated labor hours, labor cost by craft and work classification (K,L or M), equipment rental cost, material cost and contract cost. At the end of each fiscal year, work order for SOOs, PMIs and recurring work orders will be closed out. Close-out report shall be placed in work order file folder. Close-out files will be placed in closed file area.

**C.5.6.1.8.6 Close-Out Documentation (SO)**
Upon completion of service order the Contractor shall input data from labor and equipment (L&E) utilization form to include date completed, task code, actual hours worked, equipment/vehicle usage, SO number and worker(s) social security number(s), and number of units of task code completed.

**C.5.6.1.9 Reports**
Contractor shall provide adequate controls and reports to maintain effectiveness, efficiency, and prompt response to all workload requirements and provide controls so that costs incurred are properly reported. The Contractor shall prepare monthly SO/WO backlog reports (reimbursable and non-reimbursable) for the Contracting Officer by the 5th working day following the end of each month. (CDRL C.5.6-2)

**C.5.6.1.10 Davis-Bacon Act**
Project work estimated to exceed $2,000 if the nature of the work is construction, alteration, renovation or repair (including painting and decorating) shall be subject to the provisions of the Davis-Bacon Act.

**C.5.6.1.11 Estimated Workload**
The workload contained in the PWS or in technical exhibits (TEs) and the main technical library (TL) in Building 358 reflects the level of effort that the Contractor shall use for bid preparation purposes. The skills and types of projects contained in the technical exhibits are representative of the types of project work that shall be given to the Contractor for execution under the contract,

however, actual mix of skills or projects will vary according to government requirements. Workload is shown as follows:

TE C.5.6-1, Service Orders (SOs)

TE C.5.6-2, Standing Operating Orders (SOOs)

TE C.5.6-3, Preventive Maintenance Inspections (PMIs)

TE C.5.6-4, Recurring Maintenance Work Order (RMWOs)

**C.5.6.1.12 Work Coordination/Status**

The Contractor shall: provide new work orders requiring government approval to the Work Order Review Meeting attendees weekly; generate "canned" or customized management reports (approximately 20 per month) as directed by the Contracting Officer; provide the Housing Office with a quarterly SO and WO report on work performed on Housing facilities and equipment; prepare project listing for Annual Work Plan development.

**C.5.6.1.12.1**

The Contractor shall provide the status of a customer's SO or WO, within 1 working day, when the customer requests a status update. Customers request approximately 10 status updates daily.

**C.5.6.1.13 Facility Access**

The Contractor shall coordinate access to facilities with the customers.

**C.5.6.1.13.1**

If the customer is not available at the prearranged time plus 15 minutes, the Contractor shall furnish a Not Available Card advising the customer of the telephone number to call within 5 working days to reschedule the work to be performed.

**C.5.6.1.13.2**

If the customer calls within 5 working days of the scheduled appointment to request a new appointment, the Contractor shall reschedule and perform the work. If the customer is again not available, the Contractor shall notify the Contracting Officer for instructions.

**C.5.6.1.13.3**

If the customer does not call within 5 working days of the appointment to request a new appointment, the Contractor shall notify the Contracting Officer for instructions.

**C.5.6.1.13.4**

For emergency work, the Contractor shall take the necessary actions to protect life, safety, health and property; leave a Not Available Card when the customer is not available; and notify the Contracting Officer.

**C.5.6.1.14 SO Response Times When Material Is Available On-site**

The following response times and execution time frames for the identified priorities are required when material is available on site:

**C.5.6.1.14.1 Priority 1**

An emergency SO (corrects condition(s) that impact life, safety, and health of personnel or destruction of Government property) received after normal working hours that requires a response within 2 hours, except for buildings 200 and 363, which require a 15 minute response, and continuous effort until completion.

**C.5.6.1.14.2 Priority 2**

An emergency SO received during normal working hours that requires a response within 30 minutes, except for buildings 200 and 363, which require a 15 minute response, and continuous effort until completion.

**C.5.6.1.14.3 Priority 3**

A SO (corrects conditions that do not constitute an emergency but are urgent) that requires response within 8 working hours and continuous effort during normal working hours until completion.

**C.5.6.1.14.4 Priority 4**

A SO (corrects conditions that do not require an emergency or urgent response) that requires response within 40 working hours (5 working days) and completion within 30 working days of government tasking.

**C.5.6.1.15 SO Response Times When Material Is Not Available On-site**

The following response times and execution time frames are required when material is not available on-site.

**C.5.6.1.15.1 Priority 1**

Contractor shall respond as specified in C.5.6.1.14.1. The Contractor shall request materials within 4 normal working hours for commercially available stock items; the Contractor shall commence work within 2 hours of receipt of material and apply continuous effort until completion.

**C.5.6.1.15.2 Priority 2**

Contractor shall respond as specified in C.5.6.1.14.2. The Contractor shall request material within 4 normal working hours for commercially available stock items; the Contractor shall commence work within 2 hours of receipt of material and apply continuous effort until completion.

**C.5.6.1.15.3 Priority 3**

Contractor shall respond as specified in C.5.6.1.14.3. The Contractor shall request material within 4 normal working hours for commercially available stock items; the Contractor shall commence work within 6 working hours of receipt of material and apply continuous effort during normal working hours until completion.

**C.5.6.1.15.4 Priority 4**

Contractor shall respond as specified in C.5.6.1.14.4. The Contractor shall request material within 24 working hours for commercially available stock items; work shall be completed within

30 working days of receipt of material except for family housing work which shall be completed within 5 working days.

**C.5.6.1.15.4.1.**

The Contractor shall assign SOs in Support of Family Housing assignments, pre-terminations, and terminations a priority 4 (routine) and schedule the SOs for accomplishment based on vacancies. The Contractor shall immediately affect repairs upon receipt of materials so that quarters are ready for occupancy in a timely manner. The Government (DIS Housing Officer) will provide the Contractor a list of assignments, pre-terminations, and terminations 20 working days prior to the actual occurrence of the event. The Government will provide the Contractor with the information for assignments, pre-terminations, and terminations immediately after receipt if the event (death, eviction, or expedited re-assignment) takes place outside of the normal chain of events.

**C.5.6.1.16 High Priority IJO Coordination**

The Contractor shall initiate work within 2 working hours of becoming aware of a condition which represents a direct and immediate threat of injury, death or significant additional damage and shall continue 24-hours-a-day, 7-days-a-week until completed or until the priority condition no longer exists. The Contractor shall notify the Contracting Officer by telephone at the time work is initiated. This type of work is associated with incidents such as storm damage, and high priority mission requirements, which exceed $3,000 in cost and require quick response.

**C.5.6.1.16.1**

The Contracting Officer will provide the Contractor a notice to proceed specifying the work to be done, general specifications to be followed and the date work must be completed for priority work which must be undertaken immediately. The Contractor shall take all action necessary to provide the Government with beneficial use of the repair or improvement specified in the scope by the completion date.

**C.5.6.1.16.2**

The Contractor shall submit an estimate for all Priority Projects as soon as the scope of work is known, but in no case more than 2 calendar days after work is initiated. The estimate shall include all costs for the priority work as well as all costs to restore the facility.

**C.5.6.1.17 High Priority IJO Performance Times**

The Contracting Officer and the Contractor shall negotiate performance periods for each WO assigned based on priorities assigned by the Government. WOs tasked to the Contractor for accomplishment shall be completed according to the priority assigned by the Government as follows:

**C.5.6.1.17.1 Emergency IJO**

This work is usually necessary for protection of health and safety or to prevent property damage. This work shall be initiated within 2 hours of notification and completed within 20 working days after Government tasking. Emergency IJOs occur approximately twice per year.

**C.5.6.1.17.2 Urgent IJO**

This work includes work required to correct conditions, which could result in an emergency or is required due to impact on mission or morale or to support special events or security alerts. This work shall be initiated within two working days of notification and completed within 30 working days after government tasking. Urgent IJOs occur approximately 16 times per year.

**C.5.6.1.17.3**

After official tasking, the Contractor shall control assigned WO/IJO projects to maintain the actual cost within the limits approved by the Government.

**C.5.6.1.18 Service Orders (SOs) Other than Cyclical Maintenance**

The Contractor shall perform all SO work associated with the tasks in this contract.

**C.5.6.1.18.1**

If the Contractor discovers during the execution of the SO that the repair cost will exceed $3000 (the Contractor's direct costs for materials and repair parts, labor, equipment, overhead and other associated costs to complete as reflected by the CMMS) or repair work is outside the scope of this contract, the Contractor shall perform necessary work to protect health, life and property and notify the Contracting Officer. The Contracting Officer may direct the Contractor to accomplish the work and process the request as a WO. Contractor work performed prior to Contracting Officer decision will be included as service order work if not processed as a work order.

**C.5.6.1.19 Other Projects**

The Government reserves the right to determine the method of accomplishing other project work (e.g., by the Contractor or through other contract action initiated by the Government). However, work over $100,000 shall generally not be referred to the Contractor.

**C.5.6.2 Maintenance and Repair of Facilities and Equipment**

The Contractor shall maintain and repair all real property located on Fort McPherson, and Fort Gillem. Real property consists of facilities, installed machinery and equipment, heating, ventilating, cooling, fire detection and prevention, security, energy and wastewater disposal systems, utility systems including electrical, water, natural gas and wastewater disposal.

**C.5.6.2.1 Task Performance**

The Contractor shall perform tasks associated with real property construction, maintenance, repair, operations, and other services specified in this contract. The Contractor shall provide maintenance and repair of all facilities including associated equipment. The areas around all equipment shall be maintained in a clean condition at all times. Electrical work shall be in compliance with the National Electrical Code. Plumbing work shall be in compliance with the National Standard Plumbing Code. Boiler, pressure vessel, and pressure piping work shall be in compliance with the American Society of Mechanical Engineers (ASME) codes. When a piece of equipment that is essential to the mission of the facility cannot be placed on-line within 8 hours, the Contractor shall telephonically notify the Contracting Officer to explain probable cause of failure.

**C.5.6.2.2 Special Facilities**

The Contractor shall provide physical and technical operations, maintenance, and PM of facilities that require the presence (continually or occasionally) of an operator. Such facilities include but are not limited to boiler plants, individual boilers, and specific command facilities. Command facilities include FORSCOM HQ, USARC, and Third Army HQ. Performance shall be according to the terms, conditions, and standards contained herein and current local, state, and federal regulations. Tasks associated with special facilities are identified in TE C.5.6-1, TE C.5.6-2, TE C.5.6-3 and TE C.5.6-4.

**C.5.6.2.2.1 Hours of Operation for Special Facilities**

The Contractor shall operate, maintain, and repair facilities at FORSCOM HQ, and Third Army HQ located at Fort McPherson 24-hours-a-day, 7 days-a-week. The Contractor shall operate, maintain, and repair boilers and boiler plants located at Fort Gillem during the heating season 7-days-a-week between the hours of 0400 and 2000. The Contractor shall be present when boiler and heating plants at Fort Gillem are being fired with fuel oil.

**C.5.6.2.3 Operations**

The Contractor shall notify the Contracting Officer of interruption of facilities services a minimum of 2 weeks prior to interruption where possible. The Contractor shall publish this information in the post newspaper and web site and on FORSCOM Bulletin Board.

**C.5.6.2.4 Construction Plan Review**

The Contractor shall review construction plans, specifications, and drawings, which impact facilities services the Contractor performs.

**C.5.6.2.5 Weekly Schedules**

The Contractor shall submit IJO weekly schedules to reflect status of emergency and urgent IJOs.

**C.5.6.2.6 Digging Permits**

Prior to performing digging operations, the Contractor shall initiate and complete a digging permit which includes marking of Government owned utilities by the Contractor and other responsible Government Agencies and if applicable, the marking of privately owned utilities by the respective utility company.

**C.5.6.2.7 Preventive Maintenance**

The Contractor shall maintain the existing preventive maintenance (PM) program summarized in TE C.5.6-3 for the equipment maintained under this contract. The Contractor shall submit the program to the Contracting Officer for approval no later than 40 working days after the contract start date. The Contractor shall perform PM per the program that is in place at contract start date until the submitted program is approved. The Contractor shall perform the PM and equipment overhaul of all equipment in accordance with accepted engineering practices and manufacturer's manuals.

**C.5.6.2.8 Pressure Vessels and Pressure Piping**

The Contractor shall perform required oxyacetylene cutting, welding, or electric welding on pressure vessels and pressure piping governed by ASME codes with mechanics currently certified for such work.

**C.5.6.2.9 Appliances, Food Service Equipment, Clothes Washers and Dryers**

The Contractor shall service, maintain, repair or replace and install food service equipment and food service/troop barracks appliances. The Contractor shall perform tasks including, but not limited to:

**C.5.6.2.9.1**

The Contractor shall adjust, maintain and repair food service equipment and appliances such as ranges, installed water coolers, coolers, heavy mixers, potato peelers, ovens, microwave ovens, refrigerators, automatic dish washers, clothes washers and clothes dryers. The Contractor shall replace parts and assemblies as necessary to make the equipment operable. Service order task counts associated with household and food service appliances are listed in TE C.5.6-1.

**C.5.6.2.9.2**

The Contractor shall replace, set up, install, test, inspect, repair and remove Government-owned food service equipment and appliances on request from the Contracting Officer. Equipment and appliances requested for installation or removal shall be disconnected, prepared for movement and storage (if going into storage), and set up in the location specified in the service request.

**C.5.6.2.9.3**

The Contractor shall perform technical inspection of appliances and equipment to determine condition, compliance with applicable code, and required repairs. The Contractor shall repair appliances and equipment when economically feasible.

**C.5.6.2.9.4**

The Contractor shall deliver, repair, install, replace/add components and remove stoves, refrigerators, and dishwashers from family housing units.

**C.5.6.2.9.5**

The Contractor shall dispose of non-repairable appliances IAW Section C.5.9.3.18.2.

**C.5.6.2.10 Locksmith**

See C.5.10.12.10 of this contract for locksmith work to be performed by the Contractor.

**C.5.6.2.11 Masonry**

The Contractor shall provide masonry services. The Contractor shall perform tasks including, but not limited to the following:

**C.5.6.2.11.1**

The Contractor shall build or install forms, insert reinforcing bar or wire reinforcement, pour, level and smooth concrete and otherwise perform tasks necessary for constructing sidewalks, driveways, porches, ramps, steps, pads and foundations.

**C.5.6.2.11.2**
The Contractor shall construct brick and/or concrete block walls, patios, walkways, posts, fences, fireplaces and chimneys.

**C.5.6.2.11.3**
The Contractor shall cut and install ceramic, quarry and composite tile to include floors, walls and counter tops.

**C.5.6.2.11.4**
The Contractor shall mix and apply stucco and other similar type concrete or grout products.

**C.5.6.2.11.5**
The Contractor shall patch holes in concrete, ceramic tile, quarry tile and stucco surfaces.

**C.5.6.2.11.6**
The Contractor shall construct or repair concrete or masonry based products, such as, head walls, manholes, drop inlets, sewer lines, water lines, water line kickers, benches, tables, signs and markers.

**C.5.6.2.11.7**
The Contractor shall utilize proper safety equipment or structures (e.g., safety apparatus, safety lines, trenching, and shoring).

**C.5.6.2.12 Plaster and Drywall**
The Contractor shall provide plaster and drywall services. The Contractor shall perform tasks including, but not limited to the following:

**C.5.6.2.12.1**
The Contractor shall tape, plaster, apply joint compound and perform all tasks necessary to finish dry wall, plaster and other composite material walls and ceilings.

**C.5.6.2.12.2**
The Contractor shall patch holes and cracks in walls and ceilings.

**C.5.6.2.12.3**
The Contractor shall tear out and replace dry wall and other composite material walls and ceilings.

**C.5.6.2.13 Carpentry**
The Contractor shall provide carpentry services. The Contractor shall perform tasks including, but not limited to:

**C.5.6.2.13.1**
The Contractor shall build and repair frames, sub-flooring, ceilings, roofs, walls, rafters, trusses, joists, stairs, handicap ramps, and other facility components.

**C.5.6.2.13.2**
The Contractor shall install plywood, pressboard, and other composite wood product materials.