**C.5.6.2.13.3**
The Contractor shall install and repair windows, doors, shutters, cabinets, molding and paneling.

**C.5.6.2.13.4**
The Contractor shall build cabinets, frames, and other installed fixtures.

**C.5.6.2.13.5**
The Contractor shall perform finish carpentry duties to include fitting, sanding, and caulking.

**C.5.6.2.13.6**
The Contractor shall replace window and door glass to include glass cutting and glazing.

**C.5.6.2.13.7**
The Contractor shall build forms, porches, coverings and patio covers.

**C.5.6.2.13.8**
The Contractor shall inspect for deterioration and leaks of roofs to include, but not limited to: coverings, such as slate shingles, asphalt shingles, asbestos shingles, fiber glass, terra cotta, tar/gravel - built up roofs, Polyvinyl Chloride (PVC) and vinyl, rubber - elastomeric membrane roofs, and metal; roof drains; pitch pans; vents and ventilators; caps, and flashing. Contractor shall install temporary waterproof covering to prevent leaks until roof is replaced by separate contract.

**C.5.6.2.13.9**
The Contractor shall install locks, reinforcement plates, closures, hinges, handles, dead bolts, head and foot bolts, panic hardware and peep sights.

**C.5.6.2.13.10**
The Contractor shall install and relocate air conditioner window units. The Contractor shall cut openings, brace, trim and seal units.

**C.5.6.2.13.11**
The Contractor shall install, repair and replace ceiling/acoustical tile and grid work.

**C.5.6.2.13.12**
The Contractor shall remove and install carpeting, both tiles and roll goods to include padding.

**C.5.6.2.13.13**
The Contractor shall build, repair, and install exterior sheathing, siding, eaves, fascia, drip edges, and flashing.

**C.5.6.2.13.14**
The Contractor shall install and repair fire escapes and fixed ladders.

**C.5.6.2.14 Painting**
The Contractor shall provide minor painting services. The majority of painting services performed on the installation are accomplished through other Government contracts. Painting tasks associated with this contract are incidental to other maintenance and repair work performed by the Contractor

or are less than $3000 per work order. The Contractor shall perform tasks including, but not limited to the following:

**C.5.6.2.14.1**
The Contractor shall paint interiors and exteriors of buildings, and stationary and mobile equipment for appearance as well as surface protection.

**C.5.6.2.14.2**
The Contractor shall prepare surfaces, mix paints, and apply primer, intermediate and finish coats.

**C.5.6.2.14.3**
The Contractor shall paint or stain and finish cabinets, shelves, counters, installed benches and tables.

**C.5.6.2.14.4**
The Contractor shall prepare, paint or stain, and finish wood flooring, paneling, chair molding and baseboards.

**C.5.6.2.14.5**
The Contractor shall trim paint or stain windows, doors, cabinets, molding and baseboards.

**C.5.6.2.14.6**
The Contractor shall apply wood preservatives, paint and stain to exterior decks, porches, railings and unfinished wood structures.

**C.5.6.2.14.7**
The Contractor shall paint road markings to include centerlines, curbs, cross walks, direction arrows, and parking lots.

**C.5.6.2.14.8**
The Contractor shall install wallpaper and other wall coverings.

**C.5.6.2.14.9**
The Contractor shall pressure clean structures, sidewalks and driveways.

**C.5.6.2.14.10**
The Contractor shall properly dispose of all residue to include paint buckets, brushes, rollers, and spray cans.

**C.5.6.2.15 Signs**
The Contractor shall provide sign painting, repair, fabrication and installation services. Contractor shall perform tasks including but not limited to the following:

**C.5.6.2.15.1**
The Contractor shall fabricate signs to include determining the media and method utilized.

**C.5.6.2.15.2**
The Contractor shall plan, design lay-out, determine size of letters, pictorials, and other features such as suitable color.

**C.5.6.2.15.3**
The Contractor shall wash and prepare metal for signs.

**C.5.6.2.15.4**
The Contractor shall fabricate different size letters and numbers.

**C.5.6.2.15.5**
The Contractor shall bond sign faces to sign blanks.

**C.5.6.2.15.6**
The Contractor shall produce a variety of building, road and special purpose signs.

**C.5.6.2.15.7**
The Contractor shall perform on-site sign repairs.

**C.5.6.2.15.8**
The Contractor shall install and remove signs.

**C.5.6.2.15.9**
The Contractor shall repaint and touch-up signs in place; fabricate and paint traffic and parking control signs and pavement markings in conformance with the latest edition of the Manual of Uniform Traffic Control devices, published by the American Association of State Highway and Transportation Officials.

**C.5.6.2.16 Plumbing and Pipefitting**
The Contractor shall provide plumbing and pipefitting services. The Contractor shall perform tasks including, but not limited to the following:

**C.5.6.2.16.1**
The Contractor shall maintain, repair, or replace plumbing and steam systems, condensation systems and their associated components.

**C.5.6.2.16.2**
The Contractor shall unstop drain lines.

**C.5.6.2.16.3**
The Contractor shall adjust, repair, or replace leaking joints, faucets, and other outlets.

**C.5.6.2.16.4**
The Contractor shall employ disinfection methods IAW the Georgia Environmental Protection Division, Rules for Safe Drinking Water and the American Water Works Association (AWWA) when performing work on potable water lines.

**C.5.6.2.16.5**
The Contractor shall repair or replace domestic hot water heaters and plumbing fixtures including commodes, urinals, sinks, garbage disposals, showers, and bathtubs.

**C.5.6.2.16.6**
The Contractor shall place and connect air, natural or manufactured gas, fuel oil, sewage, water fixtures, and facilities such as water closets, lavatories, showers, sinks, dish washing machines, gas heaters, stoves, and air compressor equipment.

**C.5.6.2.16.7**
The Contractor shall cut or drill holes and openings in walls, floors, chases, or slots, and set sleeves, thimble or inserts to provide passage and support for pipe fittings to pass through.

**C.5.6.2.16.8**
The Contractor shall measure, cut, and thread pipe, assemble pipe sections, and hang or lay assemblies into position.

**C.5.6.2.16.9**
The Contractor shall lay and join concrete, clay, PVC, iron and other types of piping.

**C.5.6.2.16.10**
The Contractor shall repair and replace existing asbestos-cement pipe as directed by the Contracting Officer. When repairing and replacing asbestos-cement pipe, the Contractor shall use non-asbestos pipe and shall conform to all OSHA and environmental requirements associated with the handling of asbestos material.

**C.5.6.2.16.11**
The Contractor shall maintain and repair interior plumbing waste lines, mixing and ball check valves, shower, waste, and overflow valves, and domestic water heaters. The Contractor shall clean up overflows and spillages associated with backup of plumbing lines.

**C.5.6.2.16.12**
The Contractor shall replace damaged or missing bolts, pipe hangers, strainers, and drain covers.

**C.5.6.2.16.13**
The Contractor shall reset loose commodes.

**C.5.6.2.16.14**
The Contractor shall clean sand and other debris from sump pump pits and lift stations. The Contractor shall dispose of debris in Government furnished dumpsters.

**C.5.6.2.16.15**
The Contractor shall connect and maintain high and low pressure steam, gas, fuel and water lines to kitchen and other installed equipment.

**C.5.6.2.16.16**
The Contractor shall pump water out of fuel tanks when required. The Contractor shall dispose of contaminated water IAW instructions provided by the DIS Environmental Division.

**C.5.6.2.16.17**
The Contractor shall check fuel tanks for leaks, keep valves lubricated, keep vents free of debris and clean strainers. The Contractor shall initiate a work request IAW paragraph C.5.6.1.7.2 to complete repair work.

**C.5.6.2.16.18**
The Contractor shall pump grease traps and dispose of waste in Government Furnished receptacles.

**C.5.6.2.16.19**
The Contractor shall repair chilled and hot water lines.

**C.5.6.2.16.20**
The Contractor shall repair and replace circulation pumps.

**C.5.6.2.16.21**
The Contractor shall replace pump seals and bearings.

**C.5.6.2.16.22**
The Contractor shall connect electrical wires to pump motors.

**C.5.6.2.16.23**
The Contractor shall repair flanges and gaskets.

**C.5.6.2.16.24**
The Contractor shall remove and clean high temperature and chilled water strainers and unstop water lines in buildings.

**C.5.6.2.16.25**
The Contractor shall repair and replace heating and cooling valves and actuators.

**C.5.6.2.16.26**
The Contractor shall repair and replace sump pumps.

**C.5.6.2.16.27**
The Contractor shall install, repair and replace backflow prevention devices using personnel certified IAW C.1 of this Performance Work Statement.

**C.5.6.2.16.28**
The Contractor shall repair, replace, plug hi-temp coils in hot water generators, steam boilers and heating systems.

**C.5.6.2.16.29**
The Contractor shall rebuild and replace steam traps.

**C.5.6.2.16.30**
The Contractor shall repair leaks in valves, lines, and heating coils.

**C.5.6.2.16.31**
The Contractor shall clean steam traps and strainers.

**C.5.6.2.16.32**
The Contractor shall overhaul and test steam traps.

**C.5.6.2.16.33**
The Contractor shall insulate steam, hot water and chilled water piping.

**C.5.6.2.16.34**
The Contractor shall repair or replace steam condensate tanks.

**C.5.6.2.16.35**
The Contractor shall repair and replace hot water, chilled water and steam condensate pumps.

**C.5.6.2.16.36**
The Contractor shall repair, replace and install fire sprinkler systems to include sprinkler heads.

**C.5.6.2.16.37**
The Contractor shall drain and fill fire fighting, hot water and chilled water systems.

**C.5.6.2.16.38**
The Contractor shall repair and replace fire hydrants.

**C.5.6.2.16.39**
The Contractor shall repair and replace steam hot water tanks.

**C.5.6.2.16.40**
The Contractor shall install new piping (steam and condensate) for new systems.

**C.5.6.2.16.41**
The Contractor shall flush chilled water and hot water coils.

**C.5.6.2.16.42**
The Contractor shall clean steam pits.

**C.5.6.2.16.43**
The Contractor shall provide maintenance and repair services for vehicle wash points and vehicle wash facilities. Maintenance and repair shall be coordinated with the using organizational element so as not to interfere with ongoing operations. The Contractor shall notify the Contracting Officer of problems that would require the wash facility to be non-operational for more than 48 hours.

**C.5.6.2.16.44**
The Contractor shall schedule with the U.S. Army Health Clinic, Preventive Medicine Branch the testing of water and sediments when requested by customers.

**C.5.6.2.16.45**
The Contractor shall pump and reclaim waste oil from facilities to include, but not limited to, wash racks, storage tanks, and oil/water separators. The Contractor shall coordinate the disposal of used oil through existing contracts.

**C.5.6.2.17 Electrical Work**
The Contractor shall use electrical materials and equipment that comply with the latest edition of the codes of the National Fire Protection Association and Underwriters Laboratories. All maintenance and equipment used at the medical buildings and structures shall comply with the Joint Commission on Accreditation of Healthcare Organizations (JCAHO). The Contractor's work shall conform to the requirements of the National Electrical Code (NFPA No. 70-Most Recent Edition) and National Electrical Safety Code (latest edition) where applicable.

**C.5.6.2.17.1 Exterior Electrical**
The Contractor shall restore service, relocate, install or remove: radio antenna, lightning arrestor, cut-out/arrestor bracket, Christmas tree lights, service drop, special event banners, control cables, guy wire, electric meter, secondary insulating blanket, span guy, street light circuit, temporary electric service with meter, transformer, tree limb from power line, utility pole, communication lines, capacitor banks, switches and High Intensity Discharge (HID) light fixture. The Contractor shall: repair traffic light controls, street light circuit, service drop, power cable, electric meter, guy wire, flag pole ropes/chains, shorted street light, and exterior panel enclosure. The Contractor shall also: replace lightning arrestor, fuse, flagpole rope, guy wire, high bay lights, street light fuse, photocell and relay, service drop, and underground wiring junctions and fittings.

**C.5.6.2.17.1.1.**
The Contractor shall perform other tasks such as: secure communication lines, pull underground wiring, take and record voltage reading, check and adjust transformer voltage, relamp (Christmas tree, traffic and street light), open/close cut-out switch, read electric meters, re-secure downed high voltage line, test grounding points and ground, reset air breaker switch, realign radio antenna, secure sub-station, reset and load test breaker, and restore short circuit, ground and service to building.

**C.5.6.2.17.2 Interior Electrical**
The Contractor shall provide interior electrical services. The Contractor shall perform tasks including, but not limited to the following:

**C.5.6.2.17.2.1.**
The Contractor shall maintain and repair electrical wiring systems, transformers, power sub-stations and associated switches, distribution panels, light sockets, and outlet boxes.

**C.5.6.2.17.2.2.**
The Contractor shall measure, cut, thread, bend, assemble, and install conduits; insert, splice, and connect wires to transformers, motors, fixtures, outlets, switches, receptacles, and power sources.

**C.5.6.2.17.2.3.**
The Contractor shall work from blueprints, wiring diagrams, manufacturers' manuals, and sketches.

**C.5.6.2.17.2.4.**
The Contractor shall locate, diagnose, and repair trouble occurring in power circuits, switches, rheostats, thermostats, flow meters, and stop controls.

**C.5.6.2.17.2.5.**
The Contractor shall test circuits and equipment.

**C.5.6.2.17.2.6.**
The Contractor shall maintain and repair all installed electrical fixtures.

**C.5.6.2.17.2.7.**
The Contractor shall diagnose system or equipment malfunctions and repair as necessary.

**C.5.6.2.17.2.8.**
The Contractor shall change non-operating light bulbs, replace fluorescent ballast, starters and install light fixtures.

**C.5.6.2.17.2.9.**
The Contractor shall inspect, test, clean, repair, replace and adjust electrical buzzer and bell circuits, light sockets, light fixtures, emergency lights and emergency light systems, rheostats, and thermostats.

**C.5.6.2.17.2.10.**
The Contractor shall test, maintain, repair, and replace electric motors.

**C.5.6.2.17.2.11.**
The Contractor shall maintain and repair automatic heating control systems, and electronic control systems of clocks, bells, fire alarms, and related controls.

**C.5.6.2.17.2.12.**
The Contractor shall calibrate, align, test for electrical defects, repair and replace parts on electric control equipment that govern operation of, propane, gas and oil fired heating systems. Such equipment and instruments include electronic controls; burner control systems, consisting of photoelectric scanner and programming controls, orifice meters, flow meters, temperature and pressure recorders, and indicating pyrometers and accessories; modulating pressure controls, pressure regulators, magnetic starters, pump controls, low water cutoff and alarm systems, and electric radiator valves.

**C.5.6.2.17.2.13.**
The Contractor shall test equipment using a wide variety of testing devices.

**C.5.6.2.17.2.14.**
The Contractor shall maintain and repair electric controls consisting of thermostats, valve operators, damper operators, pressure reducing valves, selector switches, gradual switches, solenoid air valves, duct humidistats, and pressure switches.

**C.5.6.2.17.2.15.**
The Contractor shall check and repair or replace the high and low voltage control, water boiler controls and regulators, pressure water cutoff switches, and related safety devices for proper functioning.

**C.5.6.2.17.2.16.**
The Contractor shall check and repair petroleum refueling pump stations and associated equipment to meet applicable code for proper grounding of hoses to include measuring resistance of grounding systems for refueling stations.

**C.5.6.2.17.2.17.**
The Contractor shall maintain, repair and monitor operation of emergency generator units in the event of power outage to assure uninterrupted provision of power.

**C.5.6.2.17.2.18.**
The Contractor shall install, repair and replace electrical powered doors to include, but not limited to, old aircraft hangar, fire station and Post Exchange (PX), and Commissary doors.

**C.5.6.2.18 Heating, Ventilation and Air Conditioning (HVAC)**
The Contractor shall provide HVAC services. The Contractor shall install, maintain, troubleshoot and repair heating and cooling systems and equipment for HVAC equipment ranging in size from HVAC units in Family Housing to industrial HVAC, such as that found in Building 200, FORSCOM HQ. See TE C.5.6-5 for a list of equipment in Building 200 maintained by this contract.. Industrial HVAC is not limited to Building 200. Service Orders, Standing Operations Orders, Preventive Maintenance Inspections and Recurring Maintenance Work Orders associated with HVAC systems are found in TE C.5.6-1, TE C.5.6-2, TE C.5.6-3 and TE C.5.6-4 respectively. See the Technical Libraries (located in buildings 200) for technical specifications of building 200 HVAC Equipment and Controls Maintenance, Heat Generation Equipment, Heat Transfer Equipment, Air Handling Equipment, Air Distribution Equipment, Electric HVAC Control System, Direct Digital HVAC Control System, Single-Loop Digital HVAC Control System, and Pneumatic HVAC Control System. The Contractor shall perform HVAC equipment and controls maintenance IAW AR 420-49 Chapters 6 and 7, AR 420-70, and U.S. Army Corps of Engineers Manual (EM) 385-1-1. The Contractor shall perform tasks including, but not limited to the following:

**C.5.6.2.18.1**
The Contractor shall perform heating and ventilation repair and maintenance: inspect, test, and repair of all heating units as directed by the Contracting Officer.

**C.5.6.2.18.2**
The Contractor shall repair cracks or defects in metal surfaces, joints, insulation, and finish in or on heater systems.

**C.5.6.2.18.3**
The Contractor shall inspect and repair electrical connections and lights.

**C.5.6.2.18.4**
The Contractor shall provide equipment guards that offer adequate protection for equipment and personnel and shall enforce safety practices.

**C.5.6.2.18.5**
The Contractor shall clean and reinstall permanent type filters and replace disposable filters.

**C.5.6.2.18.6**
The Contractor shall inspect and set directional vanes in supply grilles and dampers in registers.

**C.5.6.2.18.7**
The Contractor shall lubricate motors, adjust alignment, and tighten drive belts.

**C.5.6.2.18.8**
The Contractor shall check adjustments and operation of pneumatic controls, air compressors and pressure controllers and make corrections. Controls may be mechanical, pneumatic, electric or electronic.

**C.5.6.2.18.9**
The Contractor shall, after repairs are completed, verify equipment is working IAW manufacturers' specifications.

**C.5.6.2.18.10**
The Contractor shall overhaul and test steam traps.

**C.5.6.2.18.11**
The Contractor shall clean and repair space heaters and warm air furnaces.

**C.5.6.2.18.12**
The Contractor shall clean heat exchangers and storage tanks.

**C.5.6.2.18.13**
The Contractor shall inspect exhaust ducts for blockages.

**C.5.6.2.18.14**
The Contractor shall clean orifices and areas around combustion chambers.

**C.5.6.2.18.15**
The Contractor shall adjust air and gas mixtures for optimum combustion when the unit is in operation.

**C.5.6.2.18.16**
The Contractor shall run each furnace for 5 minutes and test for the presence of carbon monoxide (CO). Acceptable level of CO on the non-fire side of the heat exchanger will not exceed 50 parts per million (ppm).

**C.5.6.2.18.17**
The Contractor shall perform air conditioning maintenance and repair.

**C.5.6.2.18.18**
The Contractor shall maintain, repair and replace exhaust fans.

**C.5.6.2.18.19**
The Contractor shall repair cracks or defects in metal surfaces, joints, insulation, and finish in or on refrigeration systems.

**C.5.6.2.18.20**
The Contractor shall maintain oil levels in compressors. The Contractor shall test the efficiency of compressor valves on semi-hermetic and open type compressor equipment as per the manufacturers' specifications. The Contractor shall repair and overhaul compressor and compressor valves if required to meet manufacturers' specifications.

**C.5.6.2.18.21**
The Contractor shall clean coils and fins while checking for leaks in water or refrigerant lines, fittings, valves, and drain lines. The Contractor shall check pressure regulating valves and adjust when necessary.

**C.5.6.2.18.22**
The Contractor shall maintain air-tightness on refrigeration equipment doors.

**C.5.6.2.18.23**
The Contractor shall recover refrigerant in accordance with the Clean Air Act. Personnel performing refrigerant recovery and recycling must be certified IAW C.1 of this contract.

**C.5.6.2.18.24**
The Contractor shall report to the Contracting Officer, equipment containing CFCs and HCFCs and, if so ordered by the Contracting Officer, convert the equipment to utilize non-ozone depleting substances.

**C.5.6.2.18.25**
The Contractor shall maintain the water seals in the traps of the floor drains so that a water seal is maintained and drains are free-flowing.

**C.5.6.2.18.26**
The Contractor shall repair leaks in valves, lines, chilled water coils, direct exchange (DX) coils and heating coils. The Contractor shall clean steam traps and strainers annually.

**C.5.6.2.18.27**
The Contractor shall lubricate motors, adjust alignment, and tighten drive belts and couplings.

**C.5.6.2.18.28**
The Contractor shall maintain and repair air compressors and associated air piping and distribution networks.

**C.5.6.2.18.29**
The Contractor shall maintain and repair, ice machines, walk-in coolers, freezers, cold bars, ice cream machines, reach-in refrigerators, beer coolers, juice machines, refrigerated air dryers, draft beer coolers and milk dispensers.

**C.5.6.2.18.30**
The Contractor shall repair and maintain air and water cooled chillers.

**C.5.6.2.18.31**
The Contractor shall render any unserviceable empty refrigerant cylinder completely useless by punching or otherwise putting a hole in the cylinder. The Contractor shall then discard the cylinder in the Directorate of Community Activities' (DCA) scrap metal bin located building 310, Fort Gillem, GA.

**C.5.6.2.18.32**
The Contractor shall occasionally purge a HVAC system. During this process, the Contractor shall evacuate the used refrigerant into an approved and numbered cylinder. The Contractor shall not mix refrigerants in the recovery cylinder(s).

**C.5.6.2.18.33**
When it is necessary to remove CFC or HCFC refrigerants from a system the operation, the Contractor shall accomplish the work IAW current EPA laws and regulations such as 40 CFR Part 82.

**C.5.6.2.19 Sheet Metal and Welding**
The Contractor shall provide sheet metal and welding services. The Contractor shall perform tasks including, but not limited to the following:

**C.5.6.2.19.1**
The Contractor shall repair, maintain and replace roll-up doors to include drive transmissions, gears and chain drives.

**C.5.6.2.19.2**
The Contractor shall repair, maintain, replace, test and certify installed lifts.

**C.5.6.2.19.3**
The Contractor shall heat and bend metal to form shapes, and drill, torch cut, hammer forge, grind, saw, and fit metal parts.

**C.5.6.2.19.4**
The Contractor shall weld all types of metals using electric, oxy-acetylene, and inert gas shielded welding processes. Processes include pre-heating, brazing, bead welding, tack welding, flame cutting, pressure welding, and heat treating.

**C.5.6.2.19.5**
The Contractor shall interpret blueprints, drawings, and sketches.

**C.5.6.2.19.6**
The Contractor shall use templates and patterns as guides in laying-out and cutting materials from a variety of metal stocks including, but not limited to, aluminum, copper, sheet metal and stainless steel.

**C.5.6.2.19.7**
The Contractor shall form single and double hem edges and seams, dovetail and lock seams, set-in and burred bottom seams, and wired or rolled edges and flanges.

**C.5.6.2.19.8**
The Contractor shall lay out and cut materials for any combination of square, rectangular, circular, conical, cylindrical, oval, irregular, and transitional shapes, allowing for seams, joints, laps, and shrinkage.

**C.5.6.2.19.9**
The Contractor shall shear, bend and form metal parts into desired shapes with hand and power tools and equipment.

**C.5.6.2.19.10**
The Contractor shall determine dimensions by application of basic shop mathematics and use of scribing tools, dividers, rules, and other measuring devices.

**C.5.6.2.19.11**
The Contractor shall use equipment such as shears, brakes, folders, formers, crimping, de-burring and bending machines, and hand tools in the preceding operations.

**C.5.6.2.19.12**
The Contractor shall repair, modify or fabricate metal items for all types of equipment including light or intricately made mechanical parts, which must fit in assemblies where close tolerances are required.

**C.5.6.2.19.13**
The Contractor shall plan, layout, position, and clamp work.

**C.5.6.2.19.14**
The Contractor shall pre-heat metal and maintain heat to prevent distortion.

**C.5.6.2.19.15**
The Contractor shall use templates, jigs, blueprints, and other guides to repair, modify, or fabricate metal items for all types of equipment.

**C.5.6.2.19.16**
The Contractor shall construct, form, install and insulate ductwork and other HVAC-related equipment.

**C.5.6.2.19.17**
The Contractor shall cut and form metal to repair high temperature lines.

**C.5.6.2.19.18**
The Contractor shall repair or replace doors to include, but not limited to, roll up doors, metal or glass doors on buildings, and hydraulic door closers.

**C.5.6.2.20 Playgrounds**
The Contractor shall maintain playgrounds and associated equipment neat in appearance and in safe operating condition. The Contractor shall annually inspect playground equipment, such as merry go rounds, swings, and slides and shall landscape and spread sand/and or other materials in and around equipment to maintain a safe condition. The Contractor shall remove graffiti from playgrounds. The Contractor shall install, repair, replace and remove a variety of playground equipment listed in TE C.5.6-7 and shall assemble and install playground equipment IAW manufacturer's instructions and specifications. The Contractor shall repair or replace damaged, missing, or deteriorated components of playground equipment to maintain equipment in a safe and usable condition. Replacements shall match the original appearance in markings and coloration. After installation of equipment, the Contractor shall apply, spread and level sand or other material approved by the Contracting Officer in playground areas in amounts to match existing grade of terrain.

**C.5.6.2.21 Fencing**
The Contractor shall repair and maintain 46,473 linear feet (Fort McPherson) and 106,344 linear feet (Fort Gillem) of Government property fencing including chain link, metal, wooden, or ornamental. The Contractor shall maintain chains and protective wire barriers around improvements or hazardous areas, as well as fencing for secure areas IAW AR 190-13 and 190-51. The Contractor shall install new fence as required after approval of the Contracting Officer. The Contractor shall perform the following tasks including, but not limited to: replace or repair wire, rails, posts, brackets, braces and gates; paint, clean or refinish fence surfaces; tighten fixtures and wire.

**C.5.6.2.22 Fuel Dispensing Equipment and Distribution Systems**
The Contractor shall maintain and repair all fuel dispensing equipment and fuel distribution systems (see TE C.5.6-8 for system descriptions). The Contractor shall maintain the following equipment: valves, piping, pumps, pumping stations, storage tanks, gauges, leak detection systems, and fuel dispensing equipment. Types of fuels utilized include, but are not limited to diesel, compressed natural gas, and MOGAS.

**C.5.6.2.22.1**
The Contractor shall maintain and repair fueling systems to include, but not limited to, pumps, motors, piping, valves, filter/separators and storage tanks IAW manufacturers' specifications and to maintain a leak proof system. The Contractor shall maintain and repair, meters, gauges, pressure relief valves, thermostatic overload, dielectric couplings, vent fans and strainers for the pumping of fuel oil. The contractor shall adjust pressure output of systems and rate of flow of systems for proper operation IAW manufacturers' specifications. The Contractor shall lubricate and inspect pump motors for proper operation IAW manufacturers' specifications.

**C.5.6.2.22.2**
The Contractor shall perform repair and overhaul work on fuel turbine pumps and transfer pumps to include, but not limited to, disassembling pumps, replacing worn impellers, shafts, bearings, gland seals, ream bearings, and reassembling pumps.

**C.5.6.2.22.3**
The Contractor shall troubleshoot and repair automated control system for fuel and transfer pumps. The Contractor shall rewire control panels, repair and replace contactors, relays, voltage indicators, lights, on/off switches, breakers, fuses, voltage sensors, delay relays, magnetic control switches and wires. The Contractor shall repair and replace terminals, relays and transformers in enclosed explosion proof box inside fuel pits.

**C.5.6.2.22.4**
The Contractor shall maintain and repair MOGAS and diesel fuel dispensers to include repairing and replacing supply hoses, changing fuel filters and purge dispensers, repairing and maintaining fuel tanks and repairing electrical faults.

**C.5.6.2.22.5**
The Contractor shall replace hoses on fuel dispensing pumps.

**C.5.6.2.22.6**
The Contractor shall check meters on fuel dispensing pumps for accuracy.

**C.5.6.2.23 Backflow Prevention Program Plan**
The Contractor shall maintain the current cross-connection control and backflow prevention program plan IAW AR 420-49 Chapter 4, AR 40-5 Chapter 11, TM 5-660 and TB MED 576. The Contractor shall prevent connection between potable and non-potable water systems and maintain suitable protective devices to prevent backflow between systems. The Contractor shall maintain backflow prevention records along with other environmental records (see C.5.4 of this contract) for review by state or federal regulatory authorities.

**C.5.6.2.23.1**
The Contractor shall submit the backflow prevention plan to the Contracting Officer within 40 working days of the contract start date. The Contractor shall provide a systematic approach to completing the following tasks in the first year of the contract.