**C.5.6.2.23.2**
The Contractor shall inspect all buildings with the purpose of providing delineation of remedial measures.

**C.5.6.2.23.3**
The Contractor shall eliminate existing and potential cross-connections.

**C.5.6.2.23.4**
The Contractor shall provide a routine maintenance and inspection program to include training and certifications.

**C.5.6.2.24 Water Distribution Systems**
The Contractor shall operate and maintain the water distribution systems IAW the applicable laws, regulations, and documents contained in C.6 of this PWS.

**C.5.6.2.24.1 Water System Description**
The Fort McPherson and Fort Gillem water supply and distribution systems include water wells, pumps, water mains, laterals, service connections, fire hydrants, shut-off valves, backflow assemblies, meters, water reservoirs, water towers, cathodic protection units, chemical injection units and related distribution appurtenances.

**C.5.6.2.24.2 Water System Operation**
The Contractor shall have the water systems operational 24 hours-a-day, 7-days-a-week, including Federal holidays. The Contractor shall operate, inspect, maintain, and repair water treatment and distribution system equipment and all associated appurtenances according to the manufacturers' specifications to verify water quality meets Federal and State requirements. The Contractor shall conduct all phases of work to comply with the current published water industry and Army standards, Federal and State regulations.

**C.5.6.2.24.2.1.**
The Contractor shall visually inspect water storage tanks and shall immediately address and correct overflow and high or low level alarm conditions.

**C.5.6.2.24.2.2.**
The Contractor shall respond to requirements generated by Quality Assurance (QA)/Quality Control (QC) inspections (e.g., EPD, EPA, DIS Environmental, and Medical Department Activity (MEDDAC) Environmental Health) within established priorities.

**C.5.6.2.24.3 Water System Maintenance and Repair**
The Contractor shall maintain and repair the water distribution systems, including swimming pool equipment. The Contractor shall maintain and repair all exterior water lines, valves, stops, corporations, valve boxes, and other components comprising the distribution system. Whenever work on the potable water system is performed, the Contractor shall employ disinfecting methods IAW the Rules for Safe Drinking Water and American Water Works Association (AWWA). Water distribution system maps are located in the Technical Library.

**C.5.6.2.24.3.1.**
The Contractor shall repair or replace all water lines to maintain the integrity of the water distribution system. The Contractor shall locate lines, locate leaks, shut off water, excavate (including asphalt and pavement/sidewalk removal, if necessary), turn on water, flush lines, pump out flooded areas, decontaminate piping, isolate repair sections to preclude contamination of the rest of the water system, backfill, clean up water spillage and thaw frozen potable water lines; repair or replace water lines at wash racks including installing hose adapters; return water lines to serviceable condition; notify the Contracting Officer no less than 7 working days prior to line repair work that will disrupt traffic (or within 15 minutes of work commencement for emergency requirements). The Contractor shall disinfect repaired water lines IAW EPA standards and AWWA C651-86 prior to being placed in service. After repairs are completed, the Contractor shall restore excavated areas to original condition to include, but not limited to, the replacement of grass, asphalt, pavement and sidewalks.

**C.5.6.2.24.3.2.**
The Contractor shall flush water distribution lines IAW TM 5-660 and exercise hydrant valves at least once a year. The Contractor shall perform additional flushing as a result of unsatisfactory quality testing, customer complaints, or after a major line break

**C.5.6.2.24.3.3.**
The Contractor shall repair, replace, clean, and reset stops and boxes to maintain properly functioning stops and accessible underground valves; locate stops and boxes, excavate (including asphalt and pavement removal, if necessary), decontaminate piping, flush lines, and backfill; replace missing or damaged stop box lids.

**C.5.6.2.24.3.4.**
The Contractor shall maintain motors and pumps free of excessive vibration, heating, and noise; repair or replace motors and pumps to properly operate IAW manufacturers' specifications. Repair or replacement may include, but shall not be limited to wiring, sleeves, packing, shafts, impellers, bearing, and drive couplings.

**C.5.6.2.24.3.5.**
The Contractor shall repair fire hydrants to maintain a minimum pressure of 45 psi at each hydrant. Repair includes, but is not limited to, adjusting tightness of nozzles, checking for cracked barrels, inspecting operating nuts and nozzle threads, lubricating operating nuts, lubricating or replacing broken or stripped stems or stem nuts, and repacking of valve stems. The Contractor shall paint and replace fire hydrants. Fire hydrant location maps are located in the Technical Library.

**C.5.6.2.24.3.6.**
The Contractor shall test backflow protection devices annually. A certified tester shall test backflow protection devices. The Contractor shall forward copies of the backflow protection device test results to the Contracting Officer IAW CDRL C.5.6-3.

**C.5.6.2.24.3.7.**
The Contractor shall repair, replace or install State approved backflow prevention assemblies on service laterals. The Contractor shall disinfect service laterals IAW EPA standards before the service laterals are placed back in service following repair. If the cross connection or backflow constitutes an immediate danger to health, the Contractor shall immediately isolate the affected facility from the distribution system and shall immediately notify the Contracting Officer.

**C.5.6.2.24.3.8.**
The Contractor shall winterize and de-winterize unoccupied facilities or other facilities as directed by the Contracting Officer. The Contractor shall locate valves, turn water on or off, and drain lines as part of the building winterization and de-winterization effort.

**C.5.6.2.24.3.9.**
The Contractor shall inspect storage tanks annually and repair or replace components as necessary. The Contractor shall check storage tanks' cathodic protection systems to verify the amperage is correct. If a deficiency is noted, the Contractor shall initiate corrective action within 2 working days. For unsafe or overflow conditions, the Contractor shall take corrective action immediately.

**C.5.6.2.24.3.10.**
The Contractor shall perform touch-up painting on well piping, valves, non-community water storage tanks and all associated appurtenances.

**C.5.6.2.24.4 Flushing Dead Ends**
The Contractor shall semi-annually flush dead ends.

**C.5.6.2.24.5 Emergency Maintenance**
The Contractor shall perform emergency maintenance such as repair of broken water mains, joint leaks, broken service lines including irrigation systems pumps on the Fort McPherson golf course, and damaged fire hydrants. The maintenance and repair of risers and sprinkler heads for the irrigation systems at the golf course is outside of the scope of this contract and is therefore not a Contractor responsibility. The Contractor shall perform disinfection of existing mains after repairing or tapping into them IAW American Water Works Association Standard C-651-92.

**C.5.6.2.24.6 Wells**
The Contractor shall repair the two deep water wells that support Lake 1 and Lake 3 at Fort McPherson. The wells are used to maintain the water level in these lakes in case of a drought. The contractor shall fill the lakes using the well water at the direction of the Contracting Officer. The Contractor shall initiate work requests IAW paragraph C.5.6.1.8 to repair the wells if the submersible pumps become inoperable. The well system includes the submersible pumps and associated plumbing, and electrical service.

**C.5.6.2.25 Swimming Pools**
The Contractor shall maintain and repair installation swimming pools, both indoor (year-round) and outdoor. There are a total of 1 indoor swimming pool at building 415, Fort McPherson and 2

outdoor swimming pools at building 518, Fort McPherson and building 756, Fort Gillem. See TE C.5.6-9 for a list of swimming pools and swimming pool equipment.

**C.5.6.2.25.1**

The Contractor shall maintain pool decks and accessory equipment (e.g. pool ladders, and the attachment hardware and equipment for the pool enclosures). This service includes adjustment and periodic maintenance to existing items and installation of replacement items.

**C.5.6.2.25.2**

The Contractor shall maintain, repair or replace the pool's circulation pumps, piping, filters, and motors as necessary for proper operation. The Contractor shall remove dirt and grime from unit exteriors and paint bare metal components to prevent rusting.

**C.5.6.2.25.3**

The Contractor shall maintain, clean, repair or replace the pool's chemistry control equipment and chemical feeders, as necessary for proper operation IAW manufacturers' specifications.

**C.5.6.2.26 Wastewater and Storm Water Collections and Wastewater Treatment Systems**

The Contractor shall operate and maintain the wastewater treatment systems and associated collection systems and appurtenances IAW the applicable laws, regulations, and documents contained in C.6. The wastewater systems consist of collection systems, and 3 septic tank and leachfield systems located at Fort Gillem. All collection systems include, but are not limited to all associated piping, pumps, valves, lift stations, controls, instrumentation, emergency backup systems, and appurtenances. Septic tanks are emptied/cleaned by contract but maintained by the installation.

**C.5.6.2.26.1 Wastewater Systems**

The Contractor shall have the wastewater systems operational 24-hours-a-day, 7-days-a-week, including Federal holidays.

**C.5.6.2.26.1.1. Reserved**

**C.5.6.2.26.1.2. Reserved**

**C.5.6.2.26.1.3. Reserved**

**C.5.6.2.26.1.4. Reserved**

**C.5.6.2.26.1.5. Reserved**

**C.5.6.2.26.2 Reserved**

**C.5.6.2.26.3 Lift Stations**

The Contractor shall properly operate lift stations, listed in TE C.5.6-12, 24 hours-a-day, 7 days-a-week. (E.g., hydraulically lift wastewater from the wet well into a gravity system or forced main, preventing the overflow of the wet well and backup of incoming lines).

**C.5.6.2.26.3.1.**

The Contractor shall inspect or monitor the lift stations listed in TE C.5.6-12 on a weekly basis to verify proper operation. During these inspections, the Contractor shall verify the correct operation of pumps and motors, and where applicable, sump pumps, vacuum pumps, space heaters, exhaust fans, and alarms IAW manufacturers' designs of the facility. The Contractor shall inspect for leakage and replace packing or seals. The Contractor shall accomplish repairs of these components requiring 1 hour or less immediately. The Contractor shall document repairs requiring more than 1 hour and submit for accomplishment through SO channels.

**C.5.6.2.26.3.2.**

The Contractor shall immediately respond to high water or low water alarms and take corrective action.

**C.5.6.2.26.3.3.**

If a lift station overflows and wastewater escapes from the station, the Contractor shall repair the station to eliminate the cause of the overflow and restore the station to proper operation. The Contractor shall clean up the spill, and post signs around the area of the spill stating "DANGER RAW WASTEWATER" until the spill has been cleaned and the station returned to operation. The Contractor shall notify the Contracting Officer of a wastewater spill within 15 minutes of discovery.

**C.5.6.2.26.4 Maintenance and Repair**

The Contractor shall maintain and repair wastewater plants and systems to include, but not limited to: pump motors; air compressors; controls and control panels; valves; pump meters; and the sewage collection system, i.e., sewer mains, lateral lines, forced mains, drain lines, service lines, and lift stations.

**C.5.6.2.26.4.1.**

The Contractor shall replace or unclog sewage lines to maintain the integrity of the wastewater collection systems. The Contractor shall perform the following tasks to include, but not limited to: repair, unstop or replace wash rack drains and lateral field lines, pump flooded areas, excavate (including asphalt and pavement removal, if necessary), clean manholes, replace missing or damaged clean-out caps and manhole covers, backfill, erect barricades prior to excavating and remove them after backfilling. The Contractor shall clean out and repair service connections and collection mains. After repairs are completed, the Contractor shall restore excavated areas to original condition to include, but not limited to, the replacement of grass, asphalt, pavement and sidewalks. The Contractor shall notify the Contracting Officer seven working days prior to line repair work that disrupts traffic and provide an estimate of the length of the disruption.

**C.5.6.2.26.4.2.**
The Contractor shall replace or unstop storm drain lines to maintain the integrity of the storm collection system. The Contractor shall perform the following tasks to include, but not limited to: locate lines, pump flooded areas, excavate (including asphalt and pavement removal, if necessary), clean manholes, replace missing or damaged clean-out caps and manhole covers, backfill, erect barricades prior to excavating and remove them after backfilling. The Contractor shall clean out, repair or replace underground lines connecting building gutters with storm sewer lines. The Contractor shall notify the Contracting Officer seven working days prior to performing line repair work that disrupts traffic.

**C.5.6.2.26.4.3.**
The Contractor shall maintain and repair all wastewater facility control systems components, including but not limited to, motor starters, breaker panels, hour meters, gauges, automatic transfer switches and manual transfer switches.

**C.5.6.2.27 Boiler and Heating Plants Operation**
The Contractor shall operate the boilers and heating plants referred to in TE C.5.6-13 with qualified individuals IAW AR 420-49 Chapter 6, Utility Services, and as specified herein. The Contractor shall operate the boilers so as to produce efficiently and economically steam and hot water to assure its availability at the required temperatures. Operation of the boiler plants shall include start-up and shutdown of heating equipment, boiler inspections, boiler overhauls and operator maintenance (that maintenance required to operate the boilers on a daily basis (e.g., cleaning burners and strainers and checking lube oil levels)). Operation also includes record keeping of operations and conditions; analysis of records to correct non-optimal practices; testing operations and capabilities of boiler plants; periodic operation and inspection of idle equipment; providing all supplies and materials other than fuel; and cleaning, preservation, lubrication, and adjustment of plant equipment.

**C.5.6.2.27.1**
The Contractor shall operate the boiler and heating plants and associated equipment IAW manufacturers' specifications, SOPs, and sound engineering practices. The Contractor shall maintain operating logs IAW AR 420-49 Chapter 10 (see CDRL C.5.6-4).

**C.5.6.2.27.2**
The Contractor shall operate boiler and heating plants in compliance with all Federal and State air pollution regulations.

**C.5.6.2.27.3**
The Contractor shall provide certified boiler operators IAW C.1 of this contract. The Contractor's certified boiler operators shall visit the unmanned boiler plants listed in TE C.5.6-13 at a frequency IAW AR 420-49 Chapter 6 and ASME Code Part 6. Operational visits of the unmanned boiler plants shall include observation of a complete cycle of the operation of the plant.

**C.5.6.2.27.4**
The Contractor shall maintain the dual firing capability of the fuel oil/gas fired boilers and shall switch from gas firing to fuel oil firing, or vice versa, within 1 hour of being notified by the Contracting Officer.

**C.5.6.2.27.5**
The Contractor shall maintain boilers in the maximum efficiency range by observing and controlling combustion excess air to produce the lowest practical stack temperature without producing smoke pollution to the atmosphere. The Contractor shall operate the boilers to comply with the Clean Air Act (CAA) permits.

**C.5.6.2.27.6**
The Contractor shall maintain idle boilers in a fully operational condition, except when deactivated. If a boiler cannot be placed on line within 2 working hours, the Contractor shall submit notification, including the probable cause, to the Contracting Officer within 30 minutes of this determination. The Contractor shall use lay-up procedures IAW TM 5-650, Central Boiler Plants: Steam, Hot Water, and Gas, when deactivating boilers.

**C.5.6.2.27.7**
The Contractor shall record fuel consumption at boiler plants having CAA operating permits which are Cleaver Brooks boilers at building 160, Fort McPherson and building 213 Fort Gillem and boilers at building 404, Fort Gillem.

**C.5.6.2.27.8**
The Contractor shall report operational emergencies, such as ruptured tubes, loss of boilers, and loss of power, which reduce the steam rate by 10 percent or boiler pressure by 20 percent for a period exceeding 30 minutes, within 30 minutes of occurrence to the Contracting Officer. The Contractor shall also provide to the Contracting Officer identification of the probable cause and the estimated time required before full pressure and steam rate can be restored.

**C.5.6.2.27.9** **Water Treatment**
RESERVED

**C.5.6.2.27.9.1.**
RESERVED

**C.5.6.2.27.9.2.**
RESERVED

**C.5.6.2.28** **Boiler and Heating Plants Maintenance and Repair**
The Contractor shall inspect, maintain and perform repairs to boilers, heating plants and associated equipment listed in TE C.5.6-13 IAW applicable ASME standards, and as specified herein. Maintenance and repair of boiler plants shall include steam and hot water heating sources, fuel storage and handling equipment at the boiler and heating plants, feed water, flue gas and air system equipment, miscellaneous pumps and plant instrumentation, as well as associated appurtenances necessary to generate and deliver steam to facilities external to the boiler plant and

heating plant buildings. The quality of work accomplished shall meet the various manufacturers' specifications for individual equipment items as stated in the manufacturers' operations and maintenance manuals at each plant location and shall comply with provisions of Clean Air Act permits.

**C.5.6.2.28.1**
The Contractor shall inform the Contracting Officer within 1 hour of the shut down of boilers and heating plants for unplanned repairs. Additionally, the Contractor shall provide 14 calendar days written advance notice of the shutdown of boilers and heating plants for planned repairs, unless otherwise directed by the Contracting Officer.

**C.5.6.2.28.2**
The Contractor shall maintain, repair, and replace all components of the steam distribution system as necessary.

**C.5.6.2.28.3**
The Contractor shall maintain and repair the condensate return systems.

**C.5.6.2.28.4**
The Contractor shall schedule and prepare high pressure boilers for the boiler inspections required by AR 420-49 Chapter 6, paragraph 6-3.d. See TE C.5.6-13 for high pressure boiler locations.

**C.5.6.2.28.5**
The Contractor shall prepare high pressure boilers for inspection IAW TM 5-650 and TE C.5.6-14. The Contractor shall provide to the Contracting Officer, in writing, a proposed schedule of high pressure boiler inspections. Upon approval by the Contracting Officer, the Contractor shall attend the inspection with the government boiler inspector. The Contractor shall post a copy of the most recent Boiler Inspection Report (DA Form 416) for each boiler in the plant where the inspected boiler is located.

**C.5.6.2.29 Chiller Operations**
The Contractor shall operate, inspect, maintain and repair chillers, and associated equipment IAW applicable ASME standards, and as specified herein. Maintenance and repair of chillers shall include, but not be limited to, grease and oil pumps, motors, fans and tightening of belts on fans, as well as associated appurtenances necessary to generate and deliver chill water. The quality of work accomplished shall meet manufacturers' specifications for individual equipment items as stated in the operations and maintenance manuals for each chiller.

**C.5.6.2.29.1**
The Contractor shall operate chillers, cooling towers, condenser water pumps, as load demand, to produce and supply chilled water for climate control of installation facilities.

**C.5.6.2.29.2**
The Contractor shall check each chiller in service at Building 200, Fort McPherson every 4 hours. The Contractor shall take readings and record on operating logs (see TE C.5.6-15). For

electric chillers, the Contractor shall check condenser pressure and temperature; compressor oil level, temperature, and pressure; and chill water output temperature. The Contractor shall make adjustments as necessary to maintain proper chill water output.

**C.5.6.2.29.3**
RESERVED

**C.5.6.2.29.4**
The Contractor shall test for vacuum leaks in chillers IAW manufacturers' specifications and repair as necessary for proper operation. The Contractor shall replace pump motors, seals and impellers and shall repair pressure reducing valves, steam piping and components to absorption chillers to include, but not limited to: pressure reducing valves, pressure pilot controller, gate valves, process lines, strainers and traps.

**C.5.6.2.29.5**
The Contractor shall pull samples of oil from electric chillers and analyze for proper quality IAW manufacturers' specifications. The Contractor shall change oil and filters IAW manufacturers' recommendations.

**C.5.6.2.30 Chiller Maintenance and Repair**
The Contractor shall maintain and repair water level controllers, alarms, basin heaters and electric chillers to include but not be limited to: adjusting and maintaining gear box oil levels, changing oil, greasing pumps, adjusting pump valve packing, maintaining refrigerant levels and changing refrigerant filter cores and changing lithium bromide filter elements. Chiller locations are located in the Technical Library.

**C.5.6.2.30.1**
The Contractor shall maintain and repair cooling towers IAW manufacturers' specifications. The Contractor shall maintain and repair automatic fan speed controls, thermostats, thermometers, switches, transmitters, sequencing relays and tubing. The Contractor shall repair and replace motors, bearings, couplings, drive shafts and valve stems.

**C.5.6.2.30.2**
The Contractor shall maintain and repair chill water pumps and piping to include, but not limited to, lubrication of pumps and motors for proper operation of the pumps IAW manufacturers' specifications. The Contractor shall maintain various pump components and other auxiliary equipment to include, but not limited to, seals, wear rings, and impellers.

**C.5.6.2.30.3**
The Contractor shall maintain and repair the motor control centers to include, but not limited to: supply feeders, supply lines, buss bars, insulators, breakers, contactors, transformers and timers.

**C.5.6.2.30.4**
The Contractor shall inform the Contracting Officer within 30 minutes of the shutting down of chillers or cooling plants for unplanned repairs if such repairs require reduction of plant output below required levels. Additionally, the Contractor shall provide 24 hours written advance

notice of the shutdown of chillers or cooling plants for planned repairs, unless otherwise requested by the Contracting Officer.

**C.5.6.2.30.5**
The Contractor shall perform seasonal start-up and shut-down of the systems IAW Preventive Maintenance Inspections described in TE C.5.6-3. The Contractor shall commence the seasonal start-up and shut-down of the cooling plants and systems within 24 hours of notification by the Contracting Officer. The Contractor shall precede seasonal start-ups by a preventive maintenance inspection and repair of each system.

**C.5.6.2.31 Natural Gas Distribution Systems**
The Contractor shall operate and maintain the gas distribution system IAW the applicable laws, regulations, and documents contained in C.6 of this contract. See drawings in Technical Library for location of gas distribution systems.

**C.5.6.2.31.1**
The Contractor shall verify propane/air and natural gas is available, upon demand, at pressures consistent with the system design specifications for all applicable buildings and structures.

**C.5.6.2.31.2**
The Contractor shall verify all components of the natural gas distribution systems are IAW 49 CFR Part 191-192, TM 5-652 and TM 5-654.

**C.5.6.2.31.3**
The Contractor shall maintain and repair the gas distribution system at Fort McPherson and Fort Gillem to include, but not limited to, repair of system regulators, pressure reducing valves, remote gauges, relief valves, piping and repair of leaks.

**C.5.6.2.31.4**
The Contractor shall respond to major gas leaks IAW Priority 1 or 2 work. Major gas leaks are defined as those leaks causing evacuation of facilities; leaks caused by broken or ruptured piping, valves, or gaskets that produce a strong odor of gas, and other gas leaks determined to be Priority 1 or 2 work by the Installation Fire Marshal. The Contractor shall notify the Installation Director of Public Safety by telephone within 5 minutes after the Contractor's discovery or notification of a gas leak.

**C.5.6.2.32 Electrical Distribution System**
The Contractor shall plan, manage, maintain and repair the low voltage distribution systems at Fort McPherson and Fort Gillem including, but not limited to, all facilities and equipment as described herein. The Contractor shall perform all services required by this contract to provide complete operation, maintenance and repair to the electrical systems. Qualified contractor personnel shall perform all work IAW applicable laws, regulations, and publications contained in C.6.

**C.5.6.2.32.1 High Voltage Electrical Distribution System**
RESERVED

**C.5.6.2.32.2 Low Voltage Electrical Distribution Systems**

Low voltage electrical systems pertaining to this section are defined as 600 volts or less. This includes the complete building and structure wiring system, cable system, conductors, switches, receptacles, outlets, device plates, grounds, electric baseboard heating systems, emergency lights, light fixtures, and associated items.

**C.5.6.2.32.2.1.**

The Contractor shall perform the following tasks to include, but not limited to inspecting, testing, painting, marking and tightening of connectors and bonds.

**C.5.6.2.32.2.2.**

The Contractor shall mark electrical equipment, lines, and panel boxes as they are installed IAW the current National Electrical Code (NEC).

**C.5.6.2.32.2.3.**

The Contractor shall maintain and repair the complete building and structure wiring systems, cable systems, buses, control devices, protective devices, interrupting devices, conductors, switches, receptacles, outlets, device plates, grounds, electric baseboard heating systems, emergency lights, light fixtures, and associated items.

**C.5.6.2.32.2.4.**

The Contractor shall provide special support to major construction/demolition projects accomplished under separate contract and special events which require power connection and disconnection.

**C.5.6.2.32.3 Service Outage or Disruption**

The Contractor shall plan and conduct all service outages, including working with other contractors and notifying the Contracting Officer and the affected activities or parties involved. The notification shall include the reason for the outage, if it will completely interrupt or reduce the level of service, the facilities or areas affected, the date and time, and an estimate of when normal service will resume. Outages may be planned or emergency in nature, Contractor generated or generated by the Contracting Officer. When emergency repairs require a discontinuation of the electrical services, the Contractor shall notify the Contracting Officer and all activities involved or affected by the outage within 1 hour. The Contractor shall give 7 working days notice to the Contracting Officer when planned maintenance, inspections, or repairs are scheduled which require an outage or disruption of service.

**C.5.6.2.33 Emergency Generators**

The Contractor shall install, inspect, test, maintain and repair emergency generators. See TE C.5.6-16 for a list of generators.

**C.5.6.2.33.1**

The Contractor shall maintain the emergency generators, including engine source, generator, switch gear, auto start system, oil analysis and refueling. The Contractor shall perform weekly visual inspections of the equipment IAW PMIs described in TE C.5.6-3 and exercise generators for at least 30 minutes under the actual load supported by the generator during emergency

conditions. In the event of a power outage, the Contractor shall monitor the operation as necessary to maintain continued proper operation of the generators. After normal power is restored, the Contractor shall properly secure the generators and reset them, if necessary.

**C.5.6.2.33.2**

Within 2 hours following a complete loss of primary power, the Contractor shall inspect emergency fixed generating equipment to verify generator operation. The Contractor shall respond 24 hours-a-day, 7 days-a-week, including Federal holidays.

**C.5.6.2.33.3**

The Contractor shall place portable generators at locations requested by the Contracting Officer. The Contractor shall deliver the portable generator fully serviced (gas and oil), service the generator up to 5 consecutive work days, and replace it and return it to the shop for maintenance if not operational.

**C.5.6.2.34 Energy Conservation**

The Contractor shall maintain all heating, ventilation, and air conditioning (HVAC) equipment and controls. The Contractor shall assist the Garrison's Energy Conservation Program manager and operate and maintain the Energy Monitoring and Control System (EMCS). The Contractor shall administer the energy conservation program and shall comply with the Garrison's Energy Resource Conservation Program.

**C.5.6.2.34.1**

The Contractor shall operate the heating and cooling systems to comply with the Fort McPherson Energy Resource Conservation Program.

**C.5.6.2.34.2 Point of Contact for Energy Conservation, Energy and Utilities**

The Contractor shall provide the name and telephone number of a single point of contact for all energy conservation; energy and utilities related matters.

**C.5.6.2.34.3 Energy Master Action Plan**

The Contractor shall assist in maintaining the existing Energy Master Action Plan (Technical Library located in Building 358) to support the Garrison's energy management program and conservation program. The Energy Master Action Plan shall support the Garrison's energy management program for energy used in facilities assigned to the Contractor and in those areas where the Contractor performs work under this contract. The Energy Master Action Plan shall also support the Garrison's conservation program.

**C.5.6.2.34.4 Monitoring**

The Contractor shall assist in monitoring facilities and structures for compliance with Fort McPherson energy conservation guidance. The Contractor shall inspect facilities on Fort McPherson and Fort Gillem for compliance with energy conservation guidelines during the normal course of business. The Contractor shall note buildings failing to meet the appropriate guidelines in writing and give to the Contracting Officer within 2 working days for appropriate action. The Contractor shall investigate all complaints dealing with energy misuse and provide this information in writing, within 2 working days after investigation, to the Contracting Officer

for action. The Contractor shall make recommendations and proposals to the Contracting Officer on energy conservation policies at Forts McPherson and Gillem.

**C.5.6.2.34.5 Shared Energy Savings**

The Contractor is authorized to initiate shared energy savings contracts with the Garrison as defined in DEPPM 91-2, 19 Mar 1991, Implementing Defense Energy Management Goals.

**C.5.6.2.34.6 Gas and Fuel Oil/Electrical Power Curtailment**

The Contractor shall conform to curtailment of natural gas, fuel oil, or electrical power usage as directed by the Contracting Officer.

**C.5.6.2.34.7 Propane-Air Mixture Alternative Fuel**

When natural gas supply is curtailed, Contractor shall coordinate with Propane-Air Mix Plant Contractor (currently Systems Corps) for change over from natural gas to propane-air mixture as alternative fuel for heating systems. Contractor shall closely monitor heating systems for proper operation while burning propane-air mixture fuel. Contractor shall restore operation for systems that fail to operate properly upon change to propane-air mixture fuel.

**C.5.6.2.34.8 Meter Readings**

The Contractor shall read installed utility meters monthly to determine the amount of utilities each facility used and shall record readings on the Contractor's forms. TE C.5.6-17 provides the locations of meters. The contractor shall submit meter readings to the Contracting Officer within 5 working days.

**C.5.6.2.34.9 Reports**

The Contractor shall prepare reports to show progress toward meeting DoD and Garrison energy conservation goals. These reports include, but are not limited to the following.

**C.5.6.2.34.10 Identification of Energy Conservation Measures**

The Contractor shall report in writing to the Contracting Officer energy conservation measures identified by the Contractor. TE C.5.6-18 lists minimum energy conservation measures the Contractor shall perform during this contract.

**C.5.6.2.34.11 Energy Conservation Summary**

The Contractor shall summarize, in tabular form, and submit to the Contracting Officer for submission to the Installation Energy Conservation Program Manager, the Energy Conservation Measures (ECM) executed that will result in a reduction in energy consumption. The Contractor shall describe energy conservation measures and opportunities that were executed and progress made toward the accomplishment of the Garrison facilities energy consumption targets during the past fiscal year. Examples are shown below:

| Energy Conservation Measure | Quantity | Estimated Savings per ECM |
|---|---|---|

| | | |
|---|---|---|
| Electronic ballasts, bulbs and fixtures | 100 | Rated 50 watts less per fixture |
| New oil burners | 5 | 150 gallons per heating season |
| Energy efficient motors | 10 | Rated 75 watts less per motor |

**C.5.6.2.34.12 Contractor Energy Conservation Progress Report**
The Contractor shall submit a draft Energy Conservation Progress Report (CDRL C.5.6-5) 20 working days prior to the end of the fiscal year to the Contracting Officer for submission to the Installation Energy Conservation Program Manager. The Installation Energy Conservation Program Manager shall submit the final and detailed report, incorporating government comments, 15 working days after the end of the fiscal year. The Contractor shall assist in analyzing the energy conservation efforts of the past year and suggest necessary improvements for the next year. This information shall be used as a portion of the Annual Garrison Progress Report required by AR 11-27.

**C.5.6.2.34.13 Utilities Report**
The Contractor shall provide the Contracting Officer a monthly report (CDRL C.5.6.6) on the consumption of utilities per customer. The report shall reflect the quantities of utilities received and used by the customer each month. The Contractor shall submit the data telephonically within 10 working days of the month following the month being reported on, and follow up by an informal memorandum to the Contracting Officer by the 1st working day of the 2nd month after the month for which the data is being reported.

**C.5.6.2.34.14 Load Management Switches**
The Contractor shall install, replace, and repair new and existing load management switches.

**C.5.6.2.34.15 Applicable Publications**
The Contractor shall use the following regulations and guidance that defines the purpose and scope of the Garrison's energy conservation program: AR 11-27; Executive Order 12759, Federal Energy Management; DEPPM 91-2, Implementing Defense Energy Management Goals; Public Law 102-486, Subtitles A, C, F, Energy Policy Act of 1992; 10 CFR Part 450, Subpart D, Energy; and American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE) Fundamentals Handbook, Chapter 22.

**C.5.6.2.35 Automatic Transfer Stations**
The Contractor shall inspect, test, repair and replace the automatic switching panels listed in TE C.5.6-19. The Contractor shall inspect and test each panel during generator inspection. The Contractor shall repair and replace panels and components for proper operation IAW manufacturers' specifications. The Contractor shall coordinate with the using agency prior to testing.

**C.5.6.2.36 Lightning Protection Systems**

The Contractor shall inspect, test, maintain, and repair lightning protection systems IAW TM 5-811-3, and TM 9-1300-206.

**C.5.6.2.37 Alarm Systems**

The Contractor shall, install, remove, troubleshoot, calibrate, test, maintain, repair, or replace alarm systems to include, but not limited to, fire alarm, intrusion detection, high water, lift station and oil storage alarm systems including radio transmitter receiving units. Work includes, but is not limited to, maintaining and repairing power and control wiring, aerial signal cables, raceways, risers, and power controls. Fire alarm and intrusion alarm work in this section is limited to Building 200, Fort McPherson. All other fire and security alarm work is covered under Section C.5.10. Technical Exhibits in this section include all alarms maintained under this contract.

**C.5.6.2.37.1 Fire Alarm Systems**

The Contractor shall install, remove, inspect, maintain and repair fire alarm systems IAW TM 5-695, and manufacturers' specifications

**C.5.6.2.37.1.1.**

The Contractor shall conduct annual inspection and testing of the fire alarms systems listed in TE C.5.6-20 IAW the checklists in TE C.5.6-21. The Contractor shall test, inspect, maintain and repair, replace, and install switches, detectors, sensors, alarm panels, warning lights, bells, sirens and other alarm parts.

**C.5.6.2.37.1.2.**

The Contractor shall calibrate and maintain fire alarm sensitivity IAW manufacturers' specifications.

**C.5.6.2.37.1.3.**

The Contractor shall maintain, repair, remove and replace alarm, detection devices and radio transmitter receiving units.

**C.5.6.2.37.1.4.**

The Contractor shall install and remove wiring and associated items consisting of, but not limited to, insulated conductors, coaxial cables, switches, detectors, controls, and other equipment.

**C.5.6.2.37.1.5.**

The Contractor shall repair, replace, remove or install portable and stationary emergency lights.

**C.5.6.2.37.1.6.**

The Contractor shall immediately notify the Fire Department of problems or inspections that may adversely impact the operation of the systems. The Contractor shall notify the Fire Department when performing work on the fire alarm systems.