**C.5.6.2.37.2 Intrusion Detection Systems (IDS)**

The Contractor shall install, remove, maintain and repair IDS to include Joint Services Interior Intrusion Detection System (J-SIIDS) as well as commercial IDS. Personnel working on J-SIIDS and IDS must be trained IAW C.1 of this contract.

**C.5.6.2.37.2.1.**

The Contractor shall perform repairs to the intrusion detection systems listed in TE C.5.6-22.

**C.5.6.2.37.2.2.**

The Contractor shall install additional components and remove, relocate, maintain, and repair existing J-SIIDS and other IDS as required by the Contracting Officer.

**C.5.6.2.37.2.3.**

The Contractor shall report to the site of malfunctioning J-SIIDS and other IDS systems within 2 hours of notification and shall repair the system within 5 hours of arrival time. Notify the Contracting Officer if repairs are expected to exceed this time.

**C.5.6.2.37.3 Other Alarm Systems**

The Contractor shall install, remove, troubleshoot, calibrate, repair, or replace alarm systems other than intrusion detection systems and fire alarms to include, but not limited to, high water, low water, lift station and oil storage alarm systems including radio transmitter receiving units. Workload associated with these alarm systems is identified in TE C.5.6-1 and C.5.10-1.

**C.5.6.2.37.3.1.**

The Contractor shall install, remove, repair, and replace switches, detectors, sensors, alarm panels, warning lights, bells, sirens and other alarm parts.

**C.5.6.2.37.3.2.**

The Contractor shall install wiring and associated items consisting of, but not limited to, insulated conductors, coaxial cables, switches, detectors, controls, and other equipment.

**C.5.6.2.37.3.3.**

The Contractor shall collect, store and dispose of used batteries IAW EPA requirements. Used batteries shall be recycled or disposed of as hazardous material IAW EPA guidelines.

**C.5.6.2.38 Building Control Systems**

The Contractor shall troubleshoot, overhaul, modify, repair, replace, adjust, reset, test, install and calibrate building control systems (electro-mechanical) and their component parts. Building control systems include, but are not limited to, fire alarm, fire sprinkler, fuel, Halon, intrusion alarm, and energy monitoring and control.

**C.5.6.2.38.1**

Tasks that shall be performed by the Contractor include, but are not limited to, repair communications unit, and alarm interface of the Energy Monitoring Control System (EMCS); calibrate the sensors of the EMCS; repair and replace the antenna, remote zone card, console, heat and smoke detectors, fuse, pull box, transmitter, alarm box, and CTR module of the fire alarm system. TE C.5.6-23 lists this equipment.