**C.5.6.2.38.2**
The Contractor shall install and maintain EMCS-related items requiring a shutdown of building services (e.g., replacement of flow switches or meters on piping, replacement of current transformers on electrical wiring, installing/replacing thermowells in piping, and installing/replacing electrical metallic tubing). The Contractor shall notify the Contracting Officer within 2 hours when EMCS controlled equipment is out of service.

**C.5.6.2.39 Management and Maintenance of GSA Equipment**
The Contractor shall manage and service GSA equipment. The Contractor shall perform operator level maintenance on GSA equipment. The Contractor shall transport GSA equipment to authorized service centers for repairs and service as directed by the GSA Fleet Manager. The Contractor shall clean GFE as often as necessary to maintain the fleet in a dirt and road film free condition.

**C.5.6.2.40 Management and Maintenance and Service (M&S) Equipment**
The Contractor shall manage and service M&S equipment. The Contractor shall perform all levels of maintenance on M&S equipment to include operator through re-build.

**C.5.6.2.40.1**
The Contractor shall recover M&S equipment to include site assistance and repair.

**C.5.6.2.40.2**
The Contractor shall develop vehicle and equipment addition or replacement requirements and provide input to the Contracting Officer.

**C.5.6.2.40.3**
The Contractor shall request, stock, store and issue repair parts or materials required to maintain the M&S equipment fleet. The Government will procure repair parts for repair work authorized by the Contracting Officer.

**C.5.6.2.40.4**
The Contractor shall maintain and operate fueling points for M&S and other authorized equipment (e.g., military police vehicles) at Buildings 102 and 606 at Fort Gillem and Building 350 at Fort McPherson. A list of fuel dispensing equipment maintained and operated under this contract is located at TE 5.6-8.

**C.5.6.2.40.5**
The Contractor shall perform operator through rebuild maintenance of M&S equipment, to include repair services, breakdown maintenance, re-build, parts fabrication and overhaul IAW applicable technical or manufacturers' manuals.

**C.5.6.2.40.6**
The Contractor shall provide organic vehicle safety training as required for M&S equipment.

**C.5.6.2.40.7**
The Contractor shall clean GFE as often as necessary to maintain the fleet in a dirt and road film free condition.

**C.5.6.2.40.8**
The Contractor shall only accept for maintenance GFE and Government-operated equipment that has been operator-cleaned.

**C.5.6.2.41 Holiday and Seasonal Decorations**
The Contractor shall provide holiday and seasonal decoration support as directed by the Contracting Officer.

**C.5.6.2.41.1**
The Contractor shall decorate locations designated by the Contracting Officer. The Contractor shall decorate Christmas trees at Fort Gillem, building 133 and Fort McPherson Hedekin Field not later than the Monday following Thanksgiving Day. The Contractor shall test, repair and replace burned out or missing lights and install electrical wiring and hardware to attach the lights on trees, bushes and the face of buildings; and install spot lighting for specific holiday displays. The Contractor shall install patriotic banners along Hood Avenue at Fort Gillem and Hardee Avenue at Fort McPherson from Memorial Day through July 4th. The Contractor shall install Holiday wreaths at gates to Fort McPherson and Fort Gillem and on power or light poles along Hood Avenue at Fort Gillem and Hardee Avenue at Fort McPherson. The Contractor shall remove, pack, and store decorations in the space designated by the Government.

**C.5.6.2.41.2**
The Contractor shall annually, install, test, repair, replace, and remove approximately 65 light sets (GFE), with up to 100 lights each set.

**C.5.6.3 Pest Control Services**
The Contractor shall conduct pest surveys, apply pest control treatments, and remove carcasses with the objective of controlling common pests. The Contractor shall provide pest control services using integrated pest management techniques IAW the contract requirements. The work includes the performance of nuisance, structural, institutional, industrial, health-related, aquatic, stored products, turf, ornamental, and other pest control services.

**C.5.6.3.1 Management**
The Contractor shall manage the total work effort associated with Pest Control Services.

**C.5.6.3.1.1 Work Control**
The Contractor shall develop and implement necessary work control procedures to guarantee completion of work requirements within the established time frames and within quality standards. The Contractor shall develop and implement procedures to track work in progress. Upon request, the Contractor shall provide verbal scheduling and status reports to the Contracting Officer. The status of any item of work must be provided within 2 hours of the inquiry during regular working hours, and within 4 hours after regular working hours.

**C.5.6.3.1.1.1. Pest Control Services Workload**
Specific workload data for pest control services is in TE C.5.6-24.