**C.5.6.3.1.2 Reports**

The Contractor shall maintain daily records (DD Form 1532-1) of all pest control operations, both chemical and non-chemical, including surveillance, using the system developed by the Defense Environmental Security Corporate Information Management (DESCIM) initiative. Records shall be completed daily as operations are performed; all entries must be accomplished within 24 hours of performance. Records shall be made available upon request for inspection, and a monthly Pest Management report (summarized daily records) shall be forwarded to the Contracting Officer with the monthly invoice following the month of operation. Records rejected by the Contracting Officer due to improper preparation shall be corrected and returned.

**C.5.6.3.1.3 Work Schedule**

The Contractor shall schedule and arrange work causing the least interference with the normal occurrence of Government business and mission. In cases where some interference is unavoidable, the Contractor shall make every effort to minimize the impact. The Contractor shall submit all work schedules to the Contracting Officer for approval. In no event shall the Contractor change approved work schedules without the prior consent of the Contracting Officer.

**C.5.6.3.1.3.1. Allowable Work Hours**

Except as otherwise specified, the Contractor shall perform all work during normal working hours as shown in C.1.13. The Contractor shall obtain written approval from the Contracting Officer prior to all work performed on Sundays, holidays, or outside normal working hours.

**C.5.6.3.1.3.2. Scheduled Services**

The Contractor shall submit proposed schedules for each service, covering the entire term of the contract, to the Contracting Officer for approval 20 days after contract start date. Schedules shall indicate the week that monthly or less frequent services shall be performed and the day that biweekly or more frequent services shall be performed. The Contractor shall strictly adhere to all approved schedules; any proposed changes must be submitted for the Contracting Officer's approval at least 10 workdays prior to date the contractor plans to perform the service.

**C.5.6.3.2 Unscheduled Services**

Unscheduled services shall be performed as service order work initiated by building or family housing occupants or by designated government representatives

**C.5.6.3.3 Check In/Check Out and Notification Requirements**

The Contractor's Pest Control Supervisor shall check in prior to the commencement of each day's work and check out at the completion of each day's work, at a site designated by the Contracting Officer. At the time of check in the Contractor's Pest Control Supervisor shall indicate the services planned to be provided during the day and the location of the planned services. At the time of check out, the Contractor's Project Manger shall indicate the planned services that were not completed during the day and a schedule of proposed follow-up treatments identified during the day.

**C.5.6.3.4 Building Monitors**

Prior to the contract start date, the Contracting Officer will provide the Contractor a list of building monitors for the facilities in which scheduled services will be provided. The Contractor

shall notify in writing the building monitor or the occupant of any scheduled services to be performed in their building or quarters. All required monitor/occupant preparation actions shall be listed in the notification, which shall be provided 4 to 7 calendar days in advance of the scheduled service date. Areas not properly prepared by the monitor/occupant shall not be treated, and the Contractor shall coordinate with the monitor/occupant as required until all preparations have been completed, at no additional cost to the Government.

**C.5.6.3.5 Emergency Service Requests**

The Contractor shall respond to emergency service requests immediately and must be on site to provide an initial inspection and treatment within 30 minutes of receipt of an emergency request during normal working hours. After normal working hours, the Contractor shall respond within 2 hours after receipt of an emergency service request. Historically, no more than 2% of the service calls have been classified as an emergency.

**C.5.6.3.6 Routine Calls**

The Contractor shall respond to routine calls within 1 workday and complete the initial inspection and treatment within 3 workdays of receipt of a routine call. At the time of the initial response, the Contractor shall inform the requester (in writing) of any preparations necessary at the requester's premises prior to treatment. The Contractor shall perform treatment during non-operational hours if the pesticide label directions indicate that treatment will interfere with the function of the requester's activity.

**C.5.6.3.7 Essential Service Components**

The Contractor shall perform the following actions each time services are rendered under the contract:

**C.5.6.3.7.1**

The Contractor shall make a complete inspection of the work site to identify pest(s), visible pest damage and potential for pest infestation and determine the extent of the pest problem.

**C.5.6.3.7.2**

The Contractor shall take appropriate corrective action to control, prevent, or otherwise mitigate the pest(s). The Contractor shall use non-chemical techniques as the primary method of control. When pesticide use is necessary, the Contractor shall employ the least hazardous material, most precise application technique, and minimum quantity of pesticide necessary to achieve control. However, when pesticide is necessary for subterranean termite control, the maximum percent and rate specified on the label shall be used.

**C.5.6.3.7.3**

The Contractor shall evaluate the effectiveness of the service provided and corrective action taken until the specified levels of pest control are achieved.

**C.5.6.3.7.4**

The Contractor shall advise, in writing, building monitors, occupants and housekeeping staff of improvements necessary in sanitation, waste handling, and other measures beyond the Contractor's purview, which impact effective pest management. This shall be done, as a

minimum, on a quarterly basis so that monitors, occupants and housekeeping staff are aware of items that could contribute to pest infestations.

**C.5.6.3.7.5**

After receiving notification from the Contracting Officer control limits have been exceeded (that treatments are not effective), the Contractor shall perform corrective action within 24 hours (except Sundays and holidays). Corrective action shall be made at no additional cost to the Government.

**C.5.6.3.8 Technical Specification Changes**

As new materials and methods become available, it may become necessary to alter the technical specifications of this contract to accommodate such changes, such as those which would reduce reliance on pesticides, or use safer materials. The Contractor shall recommend specification changes to the Contracting Officer when: newer, safer, and more effective methods become available, more selective pesticides become available, or less toxic and less persistent pesticides become available. The Contractor shall not implement any new control technologies without prior approval of the Contracting Officer. The Government will notify the Contractor when it becomes aware of the preceding items. The Contracting Officer will inform the Contractor of specification changes required.

**C.5.6.3.9 Access to Buildings**

The Contractor shall have the responsibility, through the Contracting Officer, to obtain access to buildings and facilities and arrange for the buildings to be opened and closed. Keys may be issued to the Contractor; however, it shall be the Contractor's responsibility to make adequate arrangements for building and facility security at the end of each workday.

**C.5.6.3.9.1**

Living quarters shall be treated during vacant periods or as determined during family housing pre-inspection for termination.

**C.5.6.3.10 Supplies**

The Contractor shall submit all supply requests through the Contracting Officer for approval by the Government's installation pest management coordinator. All supplies and materials shall be delivered to the pesticide warehouse storage facility, stored, and protected from damage and theft. Material shall not be stored outdoors.

**C.5.6.3.11 Vehicles**

Vehicles used to transport pesticides shall be equipped as specified in Technical Information Manual (TIM) No. 15. All pesticides carried on vehicles shall be secured in locked compartments at all times. Vehicles shall not be left unattended at any time unless properly locked and secured. All vehicles shall be maintained with a clean and orderly appearance, free from observable pesticide spills, residues, or build-up. Vehicles shall be cleaned or washed on Government property only at designated pesticide facility mixing and washdown pad at Fort McPherson.