**C.5.6.3.12 Permits, Certificates and Licenses**

The Contractor shall obtain any required local, state, or federal permits, certificates, or licenses required to accomplish pest control services. This includes but is not limited to such documents as may be required to trap, kill, or otherwise mitigate protected or endangered species that may have become a pest within the bounds of the contract.

**C.5.6.3.13 Pesticide Spills and Decontamination**

The Contractor shall clean, decontaminate, and report pesticide spills as specified by AR 200-1 Chapter 3, the Installation Spill Contingency Plan, and the Armed Forces Pest Management Board Pesticide Spill Prevention and Management Manual, TIM No. 15.

**C.5.6.3.14 Fire Prevention**

The Contractor shall know where fire alarms are located in pesticide storage facility and how to turn them on/off. The Contractor shall handle and store all combustible supplies, materials, waste and trash in a manner that prevents fire or hazards to persons, facilities, and materials. Contractor employees operating critical equipment shall be trained to properly respond during a fire alarm or fire per local activity instructions. Inventories of all pesticides, to include name brands and quantities on hand in the Pesticide Storage Facility shall be provided to the installation Fire Department (CDRL C.5.6.7). These lists shall be updated as pesticide inventories change or every 90 days. Inventory lists shall be posted on the doors of the pesticide storage areas for immediate access by emergency responders.

**C.5.6.3.15 Safety**

The Contractor shall assure that proper techniques and procedures are followed and precautions taken to prevent injury to any person or property as a result of the work under this contract. The Contractor shall be liable for any defective dispersal equipment. The Contractor shall utilize safety equipment, and clothing as required by Army TM 5-632, the Georgia Pesticide Use and Application Act, OSHA 1910 and AR-420-76.

**C.5.6.3.15.1**

The Contractor shall use caution with chemical applications in hazardous areas such as, but not limited to, near electrical fixtures, open flames, stoves, heaters, food bins, refrigerators, open bodies of water, people and non-target organisms or during adverse weather conditions.

**C.5.6.3.15.2**

The Contractor shall apply pesticides in such a manner as to prevent toxic exposure to personnel, pets, wildlife, ornamental plants, bees, and any other non-target components of the environment. No insecticides shall be applied outdoors within 50 feet of any well that provides potable water. The Government will provide locations of wells at contract award. Applications shall not be made outdoors during or immediately after heavy rains, or rainfall of more than 1 inch in 24 hours, or while runoff is occurring. No space treatments shall be made in occupied spaces until all occupants and pets have vacated the premises. No pest control chemicals shall be allowed to contact any exposed food.

**C.5.6.3.15.3**
The Contractor shall cleanup pesticidal contamination of any exposed working surfaces, utensils, or materials. Minor pesticide drips shall be cleaned up immediately. Major pesticide spills shall be properly decontaminated and reported to the Contracting Officer immediately.

**C.5.6.3.15.4**
Mosquito adulticiding using ultra low volume (ULV) equipment shall not be permitted when the wind velocity exceeds eight miles per hour. Spraying of trees and shrubs in built-up areas shall not be permitted when the wind velocity exceeds 10 miles per hour. Caution shall be exercised to ensure that toxicants do not run off as surface flow or contaminate any ditch, culvert, drainage system, or standing body of water.

**C.5.6.3.15.5**
All rodenticides used in buildings shall be placed in covered bait stations unless they are placed in traps or located in places that are inaccessible to pets or humans (inaccessible to mean that effort must be exerted to move equipment, etc., to expose tray). Pesticide baits shall not be placed in any outdoor area, unless that area has been secured from entry by humans and pets. Prior approval for such application will be specifically authorized in writing from the Contracting Officer.

**C.5.6.3.15.6**
All pesticide dispersal equipment, including bait stations and trays, shall be clearly and plainly marked "DANGER - CONTAMINATED WITH PESTICIDE" or as required by applicable regulations.

**C.5.6.3.15.7**
The Contractor shall have on the site of each operation, a current copy of a label and MSDS for each chemical used. Contractor personnel performing pest control services shall be thoroughly trained in pesticide first aid.

**C.5.6.3.15.8**
Government furnished facilities used for pest control functions contain installed eye lavage and shower facilities. The Contractor shall ensure individual respirators, full face shields and 5 full sets of clothing for daily changes are at the work preparation area.

**C.5.6.3.15.9**
Should the Contractor fail or refuse to immediately comply with Government safety regulations and instructions contained herein, the Contracting Officer may issue an order stopping all or part of the work until corrective action has been taken.

**C.5.6.3.16 Pesticide Materials**
The Contractor shall use only those pesticides and other chemicals registered by the EPA and approved by the U.S. Army Center for Health Promotion and Preventive Medicine (USACHPPM) entomologist. The Contractor shall submit to the Contracting Officer a written request for authority to use pesticides not currently approved. The Government will procure approved chemicals requested by the Contractor.

**C.5.6.3.16.1**

Use of Government approved chemicals shall be in strict conformance with precautions, directions, and recommendations as specified on each product label. Pesticides that have been suspended or canceled by EPA shall only be used per the suspension or cancellation order and shall not be used after the date indicated on the order. The Contractor shall maintain a minimum of 10% of the annual required chemical on hand at all times. The Contractor shall not maintain more than 50% of the annual required chemical on the installation at any time.

**C.5.6.3.16.2**

The Contractor shall submit a list of chemicals, to include their intended use, to the Contracting Officer for approval 30 days prior to contract start date (CDRL C.5.6.8). The Contractor shall not use any chemicals on Fort McPherson until included on the list and approved by the Contracting Officer. Approvals may be limited to specific pests/sites. The Contractor shall submit any proposed changes in approved pesticide usage for Contracting Officer's approval at least 5 workdays in advance of the anticipated use.

**C.5.6.3.16.3**

The Contracting Officer shall sample the Contractor's pesticides for testing and inspect the equipment, mixing facilities and materials at any time. If any batch of pesticide is determined by chemical analysis to be deficient in active ingredient, per manufacturer's label directions, re-treatment shall be provided by the Contractor at no additional cost to the Government.

**C.5.6.3.16.4**

The Contractor shall store all pesticides in an approved pesticide storage facility, to be locked when not in use by Contractor personnel. The Contractor shall plainly label all containers, maintain accurate inventories of concentrates, and provide copies of inventories to the Contracting Officer monthly as set forth in CDRL C.5.6.9. The Contractor shall keep on file in pesticide storage facility a copy of MSDS for each pesticide stored.

**C.5.6.3.16.5**

All pesticides, rinse water, and containers shall be disposed of IAW label directions, EPA standards, AR 420-76 and 200-1 Chapter 3 and 5. Pesticides, rinse water, and containers shall not be disposed of on the installation unless specifically allowed and at the site designated by the Contracting Officer.

**C.5.6.3.16.6**

All pesticide usage shall be in strict conformance with label directions. The Contractor shall adjust the pesticide mixture if label permits or request pest resistance survey from the Contracting Officer whenever necessary due to pest developing tolerance for or resistance to the chemical being used. The Contractor shall maintain a label book of pesticides used, and have it readily available for the Contracting Officer's inspection at all times.

**C.5.6.3.17 Notification**

The Contractor shall notify Contracting Officer of pest control problems or issues.

**C.5.6.3.17.1**
The Contractor shall report in writing to the Contracting Officer any evidence of pest problems or conditions conducive to pest infestation. Reports shall be rendered within 72 hours after discovery.

**C.5.6.3.17.2**
The Contractor shall prepare and furnish the occupants of family housing, the activity chief of the Unaccompanied Personnel Housing (UPH), with written instructions regarding exposure to and clean up of residual sprays. These instructions shall contain scheduled treatment date and time and shall be provided not less than 3 days prior to the date treatment is to be accomplished.

**C.5.6.3.17.3**
The Contractor shall prepare and deliver a SOP to the activity chief of the Post Exchange, commissary, food service, child care, and food storage warehousing facilities. The SOP shall be delivered not less than 5 days prior to the application of chemicals and shall contain special instructions on preparation to be accomplished by the employees prior to treatment. When pesticide label instructions call for changes in preparation by activity employees, the Contractor shall provide notice of these changes and an updated SOP 5 days prior to treatment. The Contractor shall submit each updated SOP and written instructions to the Contracting Officer for approval prior to distribution.

**C.5.6.3.17.4**
The Contractor shall provide the Contracting Officer a written schedule, 4 weeks in advance, of all outdoor pesticides or other toxicants being applied in the family housing area. The schedule shall include the area to be treated, date and time of application and type of pesticide to be used. The Contractor shall have a notice published in the Forts McPherson/Gillem Sentinel, 3 weeks in advance of application, informing area residents of area to be treated, date and time of application, pesticides to be used, and target pests to be controlled. In the event of discovery of areas requiring immediate treatment, the Contractor shall respond immediately, utilizing appropriate precautions.

**C.5.6.3.18 Nuisance Pest Control**
The Contractor shall provide pest control services for the control of nuisance pests as identified by building and housing monitors/occupants. Services shall be provided at any location on the installation. Workload data associated with pest control operations is at TE C.5.6-24. The Contractor shall increase service frequencies, if necessary, to obtain and maintain the control levels specified, at no additional cost to the Government. When infestations are found, employ Armed Forces Integrated Pest Management (IPM) techniques to achieve desired level of control for targeted pests. Control shall be established within 30 calendar days after the start date of the contract. Control is defined as keeping areas virtually free of any infestation for the duration of the contract. If the Contractor locates an infestation during a inspection/treatment, and a follow-up inspection/treatment is required to ensure that control has been obtained, the follow-up service shall be scheduled and the schedule provided to the Contracting Officer.

**C.5.6.3.18.1 Rodents**

The use of mechanical and other non-poisonous control methods shall be emphasized. Rodenticides shall be placed only in distinctly marked, spill-proof, tamper-proof bait stations, which are inaccessible to children, pets, and non-target wildlife; or in burrows which shall be closed immediately after treatment. Bait stations shall remain free of mold and insect infestation and shall not be placed in food service or food preparation areas without the prior written approval of the Contracting Officer. Control shall be established within 30 calendar days after the start date of the contract. Control is defined as keeping areas free of infestation for the duration of the contract. Physical signs of rodent activity, such as active burrows, droppings, urine stains and commodity damage shall be evidence of lack of control. When noxious odors indicate the presence of a dead rodent resulting from Contractor operations, the Contractor shall immediately locate and remove the carcass. If the carcass is located in an inaccessible area, the Contractor shall immediately apply an effective deodorizer. The Contractor shall maintain detailed records of bait stations.

**C.5.6.3.18.2 Filth Flies**

Adult houseflies, blow flies, flesh flies, bottle flies, and related insects shall be controlled in and around food service areas, loading platforms, trash areas, transportable garbage containers, kennels, and other areas as required.

**C.5.6.3.18.3 Venomous Arthropods**

Venomous arthropods (bees, wasps, hornets, spiders and other biting, stinging and urticating/vesicating arthropods) shall be controlled with residual insecticides in and around buildings, transportable garbage containers, recreational areas such as picnic grounds and other areas, as required. Honeybees shall not be killed if a beekeeper can be readily contacted to capture and remove the bees at no cost to the Government. Control shall be achieved within 2 services. Control is defined as less than 2 sightings by a customer of the target pest during a 30-calendar day period.

**C.5.6.3.18.4 Mosquito and Biting Fly Control**

Larviciding and adulticiding shall be used to control mosquitoes during the months of April through October or on an "as required" basis. Adulticiding shall be performed during the early morning hours prior to 0730.

**C.5.6.3.18.4.1. Scheduled Mosquito and Biting Fly Control Services**

The Contractor shall schedule pest control services.

**C.5.6.3.18.4.1.1.**

The Contractor shall provide adult mosquito surveillance using New Jersey-type mosquito light traps placed at the locations indicated by the Contracting Officer. Surveillance shall be conducted for 4 consecutive nights each week to determine the presence, sources, species, and numbers of pest and vector mosquitoes. Surveillance shall begin 1 hour before sunset and last until 1 hour after sunrise during periods or time frames determined by the Contracting Officer. On each of these days, light traps shall be checked for proper operation, repaired or replaced as required and emptied of catches before 0900. Mosquitoes (male and female) shall at least be identified to genus and the more common mosquitoes identified to species. All female

mosquitoes caught shall be counted and tallied by light trap. The Contractor shall provide a written tally to the Contracting Officer before noon each day mosquitoes are collected.

**C.5.6.3.18.4.1.2.**
The Contract shall make dip counts when and where temporary water stands longer than 3 calendar days in the areas indicated by the Contracting Officer. Such water shall be dipped every other workday where the occurrence of larvae is possible. Dip counts shall be completed and a written tally provided to the Contracting Officer before 0900 the day following the taking of the counts. Larvae and pupae shall be treated with an appropriate EPA registered material, whenever dip counts exceed the acceptable level of control. If treatment is required, it shall be provided within 48 hours of dip count.

**C.5.6.3.18.4.2. Unscheduled Mosquito and Biting Fly Control Services**
The Contractor shall provide unscheduled pest control services.

**C.5.6.3.18.4.2.1.**
The Contractor shall provide unscheduled adult mosquito control services by the application of insecticide. All dispersal equipment shall be periodically calibrated as specified in Section C.4. Treatment shall be initiated within 24 hours after receipt of a task order, weather permitting. Treatments shall not be started or continued if wind is in excess of 10 miles per hour, if rain is falling, or if the temperature at ground level is warmer than the temperature 6 feet above the ground. Strict adherence to all label requirements is required. When completed, application shall reduce pre-treatment counts for a period of three days.

**C.5.6.3.18.4.2.2.**
Populations shall be maintained at or below critical levels for the following species and survey methods:

| | SPECIES | CRITICAL LEVEL | SURVEY METHOD |
|---|---|---|---|
| (1) | Mosquitoes | 20 females/trap/night | New Jersey Light Trap |
| (2) | Mosquitoes or Biting flies | Five bites/minute on one arm | Landing Count |
| (3) | Mosquitoes (immatures) | Three larvae or pupae/dip | Dip counts in water |

**C.5.6.3.18.5 Ticks and Spiders**
Ranges, training and recreational areas shall be treated as required. Frequency of operations shall be based on weather conditions and surveys conducted by the Government preventive medicine activity on population levels and medical importance.

**C.5.6.3.18.6 Termites and Other Wood Destroying Organisms**
Termiticide applications shall be used to prevent or eliminate any termite infestation on all post facilities as required. Visual sightings of pests, additional damage, new mud tubes, or other signs of living pests within the structure shall be grounds for re-treatment. The Contractor shall submit a written report to the Contracting Officer for each structural unit treated on DD Form 1070 no later than 1 October, each year.

**C.5.6.3.18.6.1. Subterranean Termite Control**
All termite infestations in the structure shall be controlled within 30 days of treatment. Toxicants shall be delivered to the project site in sealed and labeled containers as supplied by the manufacturer or formulator. Labels shall bear the manufacturer's warnings to be observed in handling and use of material, and bear evidence or registration under the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA).

**C.5.6.3.18.6.1.1.**
All non-bearing basement walls without footings shall have the wall void treated with a borate pesticide. Injection holes shall be as small as possible and neatly patched after application.

**C.5.6.3.18.6.2.**
All exposed rafters, sill plates, cross beams, and other structural lumber in basements, shall be surface treated with a borate pesticide IAW label directions.

**C.5.6.3.18.7 Powder Post Beetle Control**
Eliminate powder post beetles IAW the provisions of AR 420-76.

**C.5.6.3.18.8 Carpenter Ant Control**
The Contractor shall control indoor infestations of carpenter ants. Drilling through structural materials to inject pesticides shall not be performed without the prior written approval of the Contracting Officer. When drilling is authorized, drill holes shall be aesthetically and

**C.5.6.3.18.9 Nuisance Birds**
The Contractor shall place exclusion barriers, repellents, and traps to control birds in and around buildings as requested by the Contracting Officer. Nuisance birds shall be prevented from nesting, roosting, or loafing on exterior and interior surfaces of all Installation buildings and structures. Nuisance birds are generally referred to as pigeons, starlings, and house sparrows. The Contractor shall remove nests (including contents) and control ectoparasites such as ticks, mites, and lice, when present. Non-target species and their nests shall not be harmed without prior written approval of the Contracting Officer and obtaining any required permits. Bird management programs may include trapping, physical removal, non-lethal repellents, physical barriers, and toxic baits or perches. Dead and dying birds resulting from the control program shall be disposed of off the activity. Control shall be established within 30 calendar days after initial treatment, and maintained for the duration of the contract. Control is defined as no more than 5 pigeons and no more than 8 birds total (all nuisance species combined) sighted by a customer on a building or structure at 1 time.

**C.5.6.3.18.10 Control of Non-Rabid Animals**
Provide pest control services for the removal from the installation of wild and feral animals, including skunks, opossums, snakes, cats, and dogs. The Contractor shall use cage-type live traps or other techniques that do not harm the captured animal. Leg-hold steel traps shall not be used. Skunks shall be destroyed humanely and disposed of off Government property; all other animals shall be returned to the wild away from human habitation. The Contractor shall capture animals suspected of having rabies or otherwise suspected of carrying human or animal disease causing organisms because of physical or behavioral characteristics on an emergency basis. The Contractor shall deliver these animals to the Fort McPherson Veterinary Clinic for quarantine by a licensed Veterinarian within 4 hours of receipt of notification from the Contracting Officer.

**C.5.6.3.18.11 Miscellaneous Insects and Other Pests**
The Contractor shall apply approved pesticides or use other approved control procedures to control any pest covered by the intent of this section and AR 420-76.

**C.5.6.3.18.12 Fire Ant Control**
The Contractor shall treat parade fields, recreational areas, and other high use areas for control of fire ants. Individual treatments shall be accomplished as required by service order request. Treated mounds shall be checked 30 to 45 calendar days after treatment and any found active shall be retreated. Critical grounds, as defined by the Contracting Officer, areas shall be kept virtually free; less than 1 fire ant mound/colony per acre. Non-critical ground areas shall be kept at very low population levels; at or less than 10 fire ant mounds/colonies per acre.

**C.5.6.3.18.13 Unscheduled Turf and Ornamental Plant Pest Control Services**
The Contractor shall use approved pesticides for control of turf and ornamental plant pest(s).

**C.5.6.3.18.13.1.**
For pests that occur in sudden, severely damaging outbreaks, such as armyworms and sod-webworm on turf and certain defoliating insects on trees and shrubs, the Contractor shall initiate control measures within 24 hours of notification. Control operations shall continue until the entire area specified in the order is treated, and be completed in no more than 24 hours after initiation. Allowance will be made for delays caused by adverse weather conditions. An acceptable level of control is no live target pest observed within 48 hours of notification by the Contracting Officer.

**C.5.6.3.18.13.2.**
For pests that slowly build damaging populations, such as mole crickets or turf and scale insects on shrubs and trees, control measures shall be initiated within 7 calendar days of notification and shall be diligently pursued until completed. No live target pests observed 1 week after treatment and control maintained for 60 days is the acceptable control level.

**C.5.6.3.18.14 Vegetation Control**
The Contractor shall utilize approved herbicide, growth regulators, or non-chemical methods to control, limit growth, or eliminate undesired vegetation in walks, parking lots, fence lines, parade fields, lawns, railroad tracks, graveled areas, road shoulders, and other areas in the improved grounds area. This treatment shall be accomplished under an approved annual schedule prepared

by the Contractor and furnished to the Contracting Officer for approval. Non-selective soil residual herbicides shall not be used within 75 feet of the drip line of large trees, within root range of shrubs and small trees, or within 10 feet of flowers and gardens. Care shall be taken so that vegetation in areas adjacent to treated areas is not damaged. The Contractor shall repair any damage caused by herbicide treatments at no additional cost to the Government.

**C.5.6.3.18.14.1. Service Requirements**

Use non-chemical methods or selective herbicides at locations identified by the Contracting Officer to control broad-leaved weeds in lawns and broad-leaved weeds and saplings on earthen magazine cover fill and steep banks maintained in grass. Use non-chemical methods or non-selective herbicides to maintain the area vegetation free. The general type of areas to be kept vegetation free are a strip extending 1 foot from fence lines on both sides (this includes perimeter fences, as well as fences around ball fields and security areas); entire area inside transformer stations and gravel parking areas; railroad beds, joints and cracks in pavement, including paved ditches, airfield pavement, roads, sidewalks, and storage/parking areas; and a strip extending 1 foot from around poles, posts (including signs), fire plugs, and other mowing obstructions.

**C.5.6.3.18.14.2. Acceptable Level of Control**

Lawn and other grass areas shall be treated as necessary to eliminate broad-leaved weeds. The Contractor will be given 30 days after application to obtain control.

**C.5.6.3.18.15 Cockroaches and Household Pests**

The Contractor shall provide the following pest control services:

**C.5.6.3.18.15.1.**

The Contractor shall apply residual insecticide IAW applicable label instructions to water, steam and utility lines, drains, lavatories, utility closets, sinks, and cracks and crevices under baseboards and similar harborages in all specified areas, excluding areas where food is prepared or served.

**C.5.6.3.18.15.2.**

Residual pesticide applications in food preparation and storage areas and around food dispensing machines and water fountains shall be limited to crack and crevice treatment. The underside of all tables and equipment, including drawer runners and tubular legs, shall be treated in a similar manner.

**C.5.6.3.18.15.3.**

The occupant will be responsible for removing shelf paper, food, and other items from cabinets and closets prior to treatment. Occupants are required to cover all items to provide protection from contamination by pesticides.

**C.5.6.3.18.15.4.**

In areas where large infestations are found to exist, an Ultra Low Volume/Ultra Low Density (ULV/ULD) formulation shall be applied as a space treatment after crack and crevice treatment is completed. When used for inspecting purposes, only pyrethrum aerosols or ULV/ULD may be used inside buildings. If (ULV/ULD) applications are used, the space to be treated shall be