properly secured, and the aerosol shall be applied IAW label directions. Suitable measures, such as extinguishing pilot lights, etc., shall be taken to prevent a fire or explosion hazard prior to using aerosol.

**C.5.6.3.18.15.5.**

If necessary to achieve an acceptable control of cockroaches, crawl spaces and sewer lines under or immediately adjacent to building shall be treated. If nuisance pests cannot be controlled by indoor control effort alone, a pesticide labeled for this use shall be applied to foundations, utility openings, and perimeters or exterior windows and doors.

**C.5.6.3.18.15.6.**

Cockroach control is defined as 2 or less spot (an area of 2 square feet) infestations in any 1 building, and no more than 6 cockroaches found in any 1 spot.

**C.5.6.3.18.16 Stored Products**

The Contractor shall provide stored products insect surveillance IAW TIM No. 27. The Contractor shall place pheromone or food attractant traps in the buildings with stored products to control pest infestations. The Contractor shall seal the treated space against fumigant leakage. Fumigant shall be introduced into the fumigation stack at the approved rate and for the approved length of time. The fumigation shall be monitored after initial fumigant release to maintain at least the minimum gas concentration. Upon completion of the fumigation, the Contractor shall clear the area of fumigant and dispose of any by-products. The Contractor shall certify the area free of fumigant and notify the Contracting Officer.

**C.5.6.3.18.16.1. Unscheduled Stored Products Pest Control Services**

The Contractor shall provide stored products pest control services on an unscheduled basis within 72 hours of Contracting Officer notification, unless specified otherwise.

**C.5.6.3.18.16.1.1.**

The Contractor shall control food or fabric infesting pests. Control is defined as no visible pest activity up to 72 hours after treatment. Pesticides shall not be applied to exposed food materials or food handling equipment.

**C.5.6.3.18.16.1.2.**

The Contractor shall provide space treatments for the control of adult insects. Control is defined as no visible sign of insect activity when the treated area is first opened after treatment. Dispersal equipment shall be calibrated IAW the manufacturer's specifications and Section C.4. Pesticides shall be applied according to label directions.

**C.5.6.3.18.16.1.3.**

The Contractor shall fumigate food or textiles. An applicator certified in the fumigation category is required to release gas and for clearance. The Contractor shall then certify the site free of gas before release to the Government. There shall be no visible pest activity in the fumigated product when cleared by the certified applicator. 100 % kill of all insects, including egg stage, is required. Commodities shall be re-fumigated if evidence of live insects in the commodity is found within 30 calendar days of the fumigation.

**C.5.6.3.18.17 Inspection of Fumigated Conveyances**

To support receipt of fumigated shipments, the Contractor shall provide testing of fumigated conveyances for phosphine gas, cleaning of fumigants, and collecting, removing, and disposing of the fumigant waste from the conveyances. Fumigated conveyances shall be opened by certified pest controllers only. The Contractor shall notify the Contracting Officer when it is safe for contents of conveyances to be removed. The Contractor shall provide this service when required upon receipt and notification, to be initiated within 2 hours during regular duty hours.

**C.5.6.3.18.17.1. Carcass Removal**

The Contractor shall remove rodents and the bodies of cats, squirrels, skunks, or other animals from the installation and dispose of IAW local ordinances. All carcasses shall be placed and transported in securely tied, heavy-duty plastic bags (1.4 mil thickness or greater). The Contractor shall perform recovery and disposal within 8 hours after notification of the presence of dead or dying rodents or other animals. In the event that noxious odors indicate the presence of dead rodents or other animals in inaccessible areas, the Contractor shall make every effort to locate and remove the carcass and will apply an effective deodorizer at the time of discovery or within 4 hours after notification of such a condition.

**C.5.6.3.19 Pesticide Dispersal Equipment**

The Contractor shall maintain and update pesticide dispersal equipment.

**C.5.6.3.19.1**

The Contractor shall repair and maintain all equipment in good operating condition. The Contractor shall use application equipment appropriate for the nature and size of work. The Contractor shall clean, calibrate, and keep equipment in proper operating condition. The Contractor shall keep appropriate safety equipment and spill kit immediately available as specified in Section C.5.4.

**C.5.6.3.19.2**

Considering the special hazards associated with contaminated pesticide application equipment, the Contractor shall use only certified trained pest control applicators to repair any portion of application equipment with the exception of gasoline engines. If contaminated, the gasoline engine must be decontaminated by certified pest control applicators prior to turn in for repair by mechanics. The Contractor's maintenance personnel shall maintain trailers hauling pesticide equipment.

**C.5.6.3.19.3**

The Contractor shall require all tanks, hoses, pumps, control valves, and gages be free of visible deterioration, shall not leak, and shall operate at the manufacturer's recommended rates and pressures. Prior to resuming operations the Contractor shall replace equipment that has failed IAW Section C.4.

**C.5.6.3.19.4**

The Contractor shall use and maintain screens, strainers, and filters shall be used and maintained IAW the pump, sprayer, and/or nozzle manufacturer's instruction.

**C.5.6.3.19.5**

Spray nozzles shall deliver spray patterns as specified by the nozzle manufacturer. The Contractor shall clean or replace nozzles, which become clogged or eroded prior to resuming operations.

**C.5.6.3.19.6**

ULV equipment shall be calibrated to assure proper flow rate or pesticide as required by the label and per the manufacturers recommendations. ULV equipment shall be calibrated, including droplet size analysis, prior to initiation of the contract and thereafter every 50 hours of use (or per manufacturer's recommendations), or when the machine is repaired. The Contractor shall perform a droplet size analysis for each ULV item of equipment at least once per year. Calibration and droplet analysis reports shall be maintained on file.

**C.5.6.3.19.7**

The Contractor shall maintain an adequate supply of hoses, pumps, control valves, gages, screens, strainers, filters, spray nozzles, and other parts for repair of pesticide application equipment as needed. A minimum stockage level of 10% of each part shall be maintained at all times.

**C.5.6.4 Maintenance and Repair of Grounds and Surfaced Areas**

The Contractor shall provide all resources and services necessary to perform maintenance and repairs of grounds, landscaping, and surfaced areas at Fort McPherson, and Fort Gillem. The Contractor shall perform ground maintenance as specified in this performance work statement to conform to Maintenance Level standards as outlined in C.5.6.4.3.

**C.5.6.4.1 Work Management**

The Contractor shall perform routine and emergency work and services, detailed below.

**C.5.6.4.1.1 Work Orders**

The Contractor shall receive from the Contracting Officer approved work orders applicable to the grounds and surfaced areas. The Contractor shall complete these work orders according to their assigned priority. Types of work orders and priorities of work are defined in C.5.6.1. The Contractor shall prepare a DA Form 4283 to initiate work orders for the Contracting Officer's approval based on their knowledge of maintenance and repair requirements for grounds and surfaced areas.

**C.5.6.4.1.2 Service Orders**

The Contracting Officer will issue service orders requiring deliveries of materials (mulch, topsoil, fill dirt, sand, gravel, straw, tools, etc.). The Contractor shall always deliver requested material to the exact location as specified on the service order. The Contractor shall deliver any materials required for completion of the service order only to the requester of the service order.

**C.5.6.4.1.3 Emergency Work**

The Contractor shall provide an emergency work point of contact 24 hours-a-day, 7 days-a-week. The Contractor shall physically assess emergency work sites as directed by the Contracting Officer. During normal duty hours, the Contractor shall begin the assessment within 30 minutes

of notification. During other-than-normal duty hours the Contractor shall begin the assessment not later than 2 hours from the time of notification of request. Within 1 hour of beginning the assessment, the Contractor shall provide the Contracting Officer via telephone or in person, the extent of the emergency, the impact on the mission, and the anticipated correction time. The Contractor shall immediately take corrective action to protect life and property and to minimize the impact on the mission of any activity affected by the emergency situation.

**C.5.6.4.1.4 Records and Reports**

The Contractor shall document and maintain applicable records on equipment and vehicles IAW the Total Army Maintenance Management System (TAMMS) and DA Pam 738-750. All Contractor records and reports shall be made available to the Government upon request, and shall be returned to the Government upon completion or termination of this contract.

**C.5.6.4.1.4.3 Material Safety Data Sheets (MSDS)**

The Contractor shall maintain MSDS on hazardous materials. Hazardous materials shall be properly stored, marked and recorded.

**C.5.6.4.1.4.4 Vegetation Inspection**

The Contractor shall conduct inspections of trees, shrubs, bushes, hedges and other cultivated plants twice a year in fall and spring and provide the Contracting Officer with a list of problems and recommend necessary corrective action IAW paragraph C.5.6.1.8.

**C.5.6.4.1.5.5 Reserved**

**C.5.6.4.1.6 Plans**

The Contractor shall provide the following data/plans to the appropriate source, within established deadlines.

**C.5.6.4.1.6.1 Annual Work Plan (AWP)**

The Contractor shall prepare input data to the portion of the AWP pertaining to Grounds and Surfaced Areas (see CDRL C.5.6-1).

**C.5.6.4.2 General**

The Contractor shall perform grounds maintenance operations as described in C.5.6.4.3.

**C.5.6.4.2.1**

The Contractor shall provide and document contractor operators' training on the safe use and maintenance of lawn mowing equipment prior to operation. The Contracting Officer may review training documentation at any time to verify the adequacy of training.

**C.5.6.4.2.2 Reserved**

**C.5.6.4.2.3**

The Contractor shall remove and dispose of tree root systems and stumps as directed by the Contracting Officer.

**C.5.6.4.2.4** **Reserved**

**C.5.6.4.2.5** **Reserved**

**C.5.6.4.2.6**
The Contractor shall provide support, as required, for special activities or events on the installations, such as the installation birthdays, ceremonies, Memorial Day, Armed Forces Day, and other events deemed necessary by the Government. The Contracting Officer shall notify the Contractor when there is a requirement for these services. Projected Roads and Grounds special event information is at TE C.5.6-25.

**C.5.6.4.2.7** **Reserved**

**C.5.6.4.2.8**
The Contractor shall excavate dirt surface areas to expose water pipes, sewers, storm sewers, high temperature lines, and other underground utilities, as required for repair or new installation. After the repair or new installation is complete, the Contractor shall backfill the area and restore the excavated area to its original appearance.

**C.5.6.4.2.9**
The Contractor shall haul dirt and other materials, (i.e., gravel, rip rap, sand, and mulch) as required to perform grounds and surfaced areas maintenance.

**C.5.6.4.2.10**
The Contractor shall clear accident debris from roads within 2 hours of the Contracting Officer's request.

**C.5.6.4.2.11**
The Contractor shall sweep roads and parking lot areas as designated on maps in Technical Library.

**C.5.6.4.2.12**
The Contractor shall perform all maintenance and repair of levees, dams, drainage structures, and spillways of on-post lakes and ponds as directed by the Contracting Officer. The Contractor shall clear accumulated silt and debris as required to prevent the overflow of water onto roadways and damage to property and structures. The Contractor shall likewise remove and properly dispose of accumulated silt and debris resulting from clearing operations.

**C.5.6.4.2.13**
The Contractor shall maintain and replenish gravel on gravel roads.

**C.5.6.4.2.14**
The Contractor shall fertilize and aerate grass in common use maintenance Level 1 areas semi annually during the spring and fall.

**C.5.6.4.3 Grounds Maintenance**

The Contractor shall police and maintain grass, at playgrounds, and all family housing common areas (beyond 100 feet or natural boundaries of occupied units). The Contractor shall maintain all common use areas at the same standard as Maintenance Level I areas as defined in C.5.6.4.3.2.1 during the growing season, normally March through October. The Contractor shall police, maintain Level 1 areas in a weekly route sequence, to include the removal of debris from trees including leaves and needles, seed pods and tree limbs.

**C.5.6.4.3.1 Maintenance Levels**

The performance required for the grounds maintenance practices is delineated into 3 different maintenance levels. Maintenance Level I is specified for high visibility and other improved and semi-improved grounds; Maintenance Level II is specified for grounds around ammunition magazines and bunkers and along boundary roads at Fort Gillem, and Maintenance Level III is specified for unimproved grounds.

**C.5.6.4.3.2 Grass Cutting**

The Contractor shall cut grassed areas as specified below for each maintenance level. An acceptably cut grassed area shall be cut to a uniform height, and in a manner that is free of scalping, rutting, bruising, unevenness, or roughness. Standard mowing practices shall be followed, including not removing more than 1/3 of the total plant (blades) per cut. Prior to mowing, the Contractor shall pick up and remove all rubbish, debris, and trash (which includes, but is not limited to, leaves, rocks, paper, seed pods, limbs, and other portable objects) within the maintenance area and shall pick up all trash (which includes, but is not limited to, papers, leaves, and limbs) lodged in shrubs, hedges, and fences and along foundation walls. The Contractor shall properly dispose of all clipping rubbish, debris, and trash. The Contractor shall maintain grass in ditches according to the maintenance level specified for the surrounding area and shall cut this grass so that the flow of water will not be impeded during storms and periods of heavy or prolonged rainfall. Grassed areas inside facilities security fencing are the responsibility of the occupants. The Contractor shall accomplish grass cutting according to the following standards for each maintenance level:

**C.5.6.4.3.2.1 Maintenance Level I**

The Contractor shall cut the grass a minimum of once a week throughout the growing season. Equipment used will be set at a maximum height of 2.0 inches.

**C.5.6.4.3.2.2 Maintenance Level II**

The Contractor shall maintain grass at a height of 5.0 to 6.5 inches, as required throughout the year.

**C.5.6.4.3.2.3 Maintenance Level III**

The Contractor shall maintain grass at a height of 6.5 to 8.0 inches, as required throughout the year; however, the Contractor shall mow Level III areas no more than twice a year without approval of the Contracting Officer.

**C.5.6.4.3.2.4**

Maps defining Maintenance Level areas and areas maintained by others are in the Technical Library.

**C.5.6.4.3.3** **Reserved**

**C.5.6.4.3.4** **Reserved**

**C.5.6.4.3.4.1** **Reserved**

**C.5.6.4.3.4.2** **Reserved**

**C.5.6.4.3.5** **Reserved**

**C.5.6.4.3.5.1** **Reserved**

**C.5.6.4.3.5.2** **Reserved**

**C.5.6.4.3.5.3** **Reserved**

**C.5.6.4.3.6** **Mulching**

The Contractor shall deliver mulch material to designated areas approved by the Contracting Officer for use by occupants in plant and shrub beds and around ornamental and shade trees. The Contractor shall provide mulch material to occupants as requested on service orders.

**C.5.6.4.3.7** **Replacement of Vegetation**

The Contractor shall, with approval of the Contracting Officer, replace Maintenance Level I and II area trees, shrubs, hedges, bushes cultivated plants, and grasses upon occurrence of death, irreparable damage, infestation, or unsightly appearance. Replacement shall include the complete removal and proper disposal of existing vegetation, root systems, and stumps as required. The Contractor shall likewise provide necessary care to firmly establish the new replacement plantings. Replacement vegetation shall be the identical species and in like numbers. In addition, the replacement plantings shall be of identical size, when appropriate, for all vegetation with a maximum trunk diameter size of 6 inches for tree replacement.

**C.5.6.4.3.7.1** **Grass Planting and Sodding**

The Contractor shall prepare a proper seedbed, and over-seed grassed areas that become bare, and on all grounds areas where seeding is required to control erosion. The Contractor shall re-sod all bare spots exceeding 1/2 square foot in Maintenance Level I areas. The Contractor shall sod all other ground areas where seed will not germinate to establish turf. The Contractor shall use the variety of grass, which is the same as the dominant surrounding grass. The Contracting Officer prior to application must approve any variations to the dominant variety of grass. Grassed areas damaged by vehicular traffic shall be graded, seeded or sodded, and irrigated as

specified in TM 5 – 630, or Fort McPherson's Integrated Natural Resources Management Plan, until the desired grass is established, to conform to adjacent turf areas. The Contractor shall rope-off damaged grassed areas as a result of high pedestrian traffic, to include road intersection shoulders, where seeding or sodding is to take place until the grass is established to conform to adjacent turf areas.

**C.5.6.4.3.7.2 Tree and Shrub Planting**

The Contractor shall plant trees and shrubs IAW standard planting guidelines. The Contractor shall plant balled and burlapped container-grown or tree-spade-obtained trees, and balled or container-grown shrubs, having ball sizes and ratios conforming to ANSI Z60.1 and IAW Fort McPherson's Integrated Natural Resources Management Plan. The Contractor shall adjust the pH to 5.0 to 5.5 for azaleas, gardenias, holly, and all other shrubs to pH 5.5 to 6.5.

**C.5.6.4.3.8 Weed Control**

The Contractor shall keep Maintenance Level I and II grass areas in such a condition as to be weed-free, or in a condition as directed by the Contracting Officer. Weed-free is defined as a grassed area without undesirable vegetation that grows in profusion so as to crowd or disfigure the desired lawn. The Contractor shall accomplish weed control by using cultural manual, mechanical, and approved chemical control. Manual methods shall result in the complete removal of weed and their roots. Mechanical methods shall be used for trimming and edging the perimeter of mulched areas only.

**C.5.6.4.3.8.1 Reserved**

**C.5.6.4.3.8.2 Fences**

The Contractor shall keep perimeter fences free of all weeds, vines, and other vegetation for all maintenance levels from March through October, and shall maintain security clear zones IAW FM 19-30, and the Integrated Natural Resources Management Plan.

**C.5.6.4.3.8.3 Utility Right-of-Ways**

The Contractor shall control weeds and brush in utility right-of-ways to the edge of existing tree lines, by mowing or other methods approved by the Contracting Officer. The Contractor shall maintain grass for erosion control purposes.

**C.5.6.4.3.8.5 Paved and Unpaved Areas**

The Contractor shall prevent the growth of all vegetation in paved and unpaved parking areas, storage areas, railroad track beds, cracks in paved roads, and sidewalks, and curbing joints as required for all maintenance levels from March through October.

**C.5.6.4.3.8.6 Ballast and Paved Ditches**

The Contractor shall maintain ballast and paved ditches for all maintenance levels, free of all vegetation from March through October, as required.

**C.5.6.4.3.9 Storage Areas for Top Soil**

The Contractor shall maintain storage areas for containing topsoil and dirt for the use of Self-Help and Installation Support personnel. These storage areas should contain approximately 300 tons of topsoil and dirt combined, usually split as 150 tons of topsoil (100 tons at Fort McPherson and 50 tons at Fort Gillem) and 150 tons of dirt (all at Fort Gillem). The Contractor shall order and maintain sufficient quantities of topsoil and dirt to meet demands at all times.

**C.5.6.4.3.10 Debris Removal and Disposal**

The Contractor shall remove foreign material, cuttings, fallen leaves, bark, limbs, pine cones, dead vegetation, and pine straw from Maintenance Level I and II areas, including walkways, stairways, and curbs within or adjacent to the areas. The Contractor shall remove from the work site, all cuttings and debris from the Contractor's operations prior to the end of the workday. The Contractor shall perform debris removal to prevent unsightly or inordinate accumulations, or at the direction of the Contracting Officer.

**C.5.6.4.3.11 Storm Damage**

The Contracting Officer shall notify the Contractor when Fort McPherson's Severe Weather Emergency Action Plan (SWEAP) is in effect. The Contractor shall clean up and make needed repairs to grounds, landscaping, and surfaced areas that have suffered wind and storm damage. As a priority of work, the Contractor shall remove fallen trees, limbs, and debris on surfaced areas and improved grounds after periods of heavy wind and/or rainfall. The Contractor shall properly remove and dispose of storm debris in the areas designated by the Contracting Officer. Routine maintenance work may be suspended during periods deemed necessary for storm damage cleanup at the discretion of the Contracting Officer. Estimated workload involves 4 storms per year generating 150 cubic yards of debris.

**C.5.6.4.3.12 Soil Erosion**

The Contractor shall implement a soil erosion program IAW Fort McPherson's Integrated Natural Resource Management Plan. The Contractor shall take an active role in seeking out and identifying any developing erosion areas not already included in the existing soil erosion plan. The Contractor shall submit a work order, to include a simple design sketch and supporting data for review prior to the commencement of work.

**C.5.6.4.3.13 Outdoor Recreation Areas**

The Contractor shall haul fill dirt, and tractor grade, as necessary to maintain athletic and recreation areas for their designated use. The Contractor shall maintain and/or repair fences surrounding these areas with like materials as needed. The Contractor shall mow grass IAW paragraph C.5.6.4.3.2 during the growing season, or at the request of the Contracting Officer. The Contractor shall maintain all playground equipment neat in appearance and in safe operating condition. The Contractor shall prepare work orders and accomplish work for outdoor recreation equipment IAW paragraph C.5.6.1.8. The Contractor shall dispose of unserviceable equipment IAW paragraph C.5.9.3.19.2.

**C.5.6.4.3.14 Irrigation**

The Contractor shall perform all irrigation for Maintenance Level I areas except where permanently installed sprinkler systems are available if directed by Contracting Officer during

severe drought. If the permanently installed sprinkler system equipment does not cover the area adequately or if it is inoperative, the Contractor shall, as directed by the Contracting Officer, use hoses and sprinklers to irrigate the entire area uniformly.

**C.5.6.4.3.14.1 Installed Sprinklers**

The Contractor shall keep permanently installed sprinkler heads clear of vegetation dirt and other debris that would impair proper operation. The Contractor shall keep all valves, covers, and valve box covers to installed sprinkler systems closed when not in use. Sprinkler systems are located at Hedekin Field, Gammon Field, Talmadge Field, Lake No. 1. Sprinkler systems for buildings 313, 315, 363, 200, and 125 are maintained under seperate contract.

**C.5.6.4.3.14.2 Portable Sprinklers**

The Contractor shall remove all hoses, portable sprinklers, portable pipes, and similar irrigation equipment from lawn areas at the end of each workday, or when not in use.

**C.5.6.4.3.14.3 Maintenance of Irrigation Systems**

The Contractor shall maintain installed irrigation components, such as T-set timers and electrical time clocks for automatic irrigation systems, sprinkler heads, valves, water outlet and underground piping in a safe, operating condition. The Contractor shall take all precautions to preclude the possibility of damage to these systems during freeze conditions in the winter months. Should damage occur, the Contractor shall repair or replace the damaged components prior to the start of the growing season. The Contractor shall exercise due care during mowing operations to prevent damage to sprinkler heads and associated components. The Contractor shall replace sprinkler heads damaged during mowing at the Contractor's expense within 2 working days.

**C.5.6.4.3.15 Fertilizer and Lime Application**

The Contractor shall apply fertilizer for Maintenance Level I areas at Fort McPherson and the one hundred area at Fort Gillem, to include all athletic and parade fields, in split applications each year with half-applied in May and the other half-applied in September unless soil analysis results or the Contracting Officer specify otherwise. The Contractor shall apply lime, when required by soil sample results, during the November/December time period. The Contractor shall use only dolomitic agricultural lime.

**C.5.6.4.3.16 Snow and Ice Removal**

The Contractor shall remove snow and ice from main roadways of the installation as directed by the DPS and in accordance with the SWEAP. The Contractor shall have a crew on standby, and provide the Contracting Officer with the names and phone numbers of the stand-by crew in CDRL C.5.6-10 when Fort McPherson's SWEAP is in effect. The Contractor shall begin to clear roads and access to parking areas according to the post's priority system. The Contractor shall maintain sufficient stockpiles of sand, and calcium chloride to meet the demands of snow and ice removal. Historically, this stockpile has consisted of approximately 81 tons of snow removal materials split in the following manner: 80 tons of sand (20 tons at Fort McPherson and 60 tons at Fort Gillem) and 1,600 pounds of calcium chloride (800 pounds at Fort McPherson and 800 pounds at Fort Gillem). Calcium chloride shall be used only in areas specified by the

Contracting Officer. The Contractor shall spread these materials on snowy or icy roads to aid in the removal of snow and ice from designated roadways.

**C.5.6.4.4 Maintenance and Repair of Surfaced Areas**

The Contractor shall identify maintenance and repair requirements IAW paragraph C.5.6.1.8 for approximately 870,019 square yards of surfaced parking areas located at the 2 installations. These 2 installations have approximately 43 miles or 563,315 square yards of surfaced roads.

**C.5.6.4.4.1 Spot Repair**

As directed by the Contracting Officer, the Contractor shall repair potholes, upheavals, and eruptions of asphalt around fireplugs, in asphalt drainage ditches, and on all bituminous surfaced areas.

**C.5.6.4.4.2 Bituminous Pavements**

The Contractor shall identify any repair or resurfacing work needed on bituminous pavements IAW paragraph C.5.6.1.8. and present it to the Contracting Officer.

**C.5.6.4.4.3 Shoulders**

The Contractor shall maintain road shoulders to protect the basic pavement structure, eliminate traffic hazards, and provide proper drainage. The Contractor shall accomplish this requirement by leveling ruts and washes, filling in low areas, and cutting down high areas. The Contractor shall re-vegetate any disturbances incurred from maintenance operations IAW Fort McPherson's Integrated Natural Resources Management Plan.

**C.5.6.4.4.4 Paved Surface Sweeping**

The Contractor shall sweep nine miles of roads at Fort McPherson daily during the period November to February if required to keep clear of silt and debris from trees and grass cutting. The Contractor shall sweep parking areas at Fort McPherson, except those maintained by others. The Contractor shall sweep three miles of roads at Fort Gillem weekly and 10 miles of roads biweekly. The Contractor shall sweep PX, Commissary and Get Away Club parking areas at Fort Gillem weekly. Maps identifying these areas are located in the Technical Library in Building 358.

**C.5.6.4.4.5 Traffic Flow**

The Contractor shall maintain the free flow of traffic during spot paving repairs through the use of traffic control methods and devices.

**C.5.6.4.5 Maintenance and Repair of Gravel and Earth Surfaced Roads**

The Contractor shall perform maintenance and repair as required of approximately 17 miles of gravel and earth surfaced (fire lanes) roads and approximately 172,988 square yards of gravel parking lots. There are 10 gravel roads, 13 fire lanes, and 5 gravel parking lots located at Fort Gillem. Fort McPherson has 3 miles of unsurfaced roads. The Contractor shall maintain gravel and other earth-surfaced roads, access roads, driveways, and parking lots by blading or dragging the surface until all ruts and holes are filled. The Contractor shall shape the surface to maintain both a smooth riding surface and a uniform crown that permits proper drainage. The Contractor shall maintain earth shoulders, and cut and fill down slopes to allow proper surface drainage to

protect road edges and control erosion. The Contractor shall be required to provide grass and other approved soil stabilization and vegetation practices when required to prevent erosion.

**C.5.6.4.5.1 Maintenance and Repair of Storm Drainage Systems**

The Contractor shall make inspections during rainy periods and prepare service orders or work orders for areas needing cleaning or repair. The Contractor shall repair damages to vegetation and dirt and hard-surfaced areas incurred during the maintenance and repair operations of storm drainage systems within 21 working days of detection of the damage.

**C.5.6.4.5.2 Ditches**

The Contractor shall keep drainage ditches clear of weeds, brush, sediment, trash and other accumulations that obstruct the flow of water. The Contractor shall maintain ditch line and grade, correct sags and minor washouts. The Contractor shall remove and properly dispose of all weeds, brush, sediment, trash and other accumulations cleared from ditches, in areas designated by the Contracting Officer.

**C.5.6.4.5.3 Catch Basins**

During periods of rainfall exceeding 1 inch in a 24 hour period, the Contractor shall inspect and clean within 72 hours of the beginning of the rain event, all catch basins, drop inlets, open flumes, manholes, and similar structures based on the rate of silting or clogging with debris in order to effect proper runoff. The Contractor shall maintain headwalls to prevent erosion or scour of the embankment adjacent to culvert inlets or outlets.

**C.5.6.4.5.4 Storm Sewers**

The Contractor shall clear clogged storm sewers to prevent the backup of drainage onto roads and landscaped areas IAW TM 5-665.

**C.5.6.4.5.5 Replacing Pipe**

The Contractor shall prepare work orders and accomplish work identified during regular maintenance described above for stormwater systems including drainage pipes and sewers IAW paragraph C.5.6.1.8. As directed by the Contracting Officer, the Contractor shall repair or replace damaged pipes, and return the excavated area to its original appearance. See C.5.4 for detailed requirements.

**C.5.6.4.7 Equipment Maintenance and Accountability**

The Contractor shall maintain all Roads and Grounds equipment and limited organizational equipment in a safe and operational condition. This shall be accomplished through the Contractor making all necessary repairs, or performing necessary preventive maintenance on each piece of equipment once every 90 calendar days. The Contractor shall determine and request necessary repair parts for maintenance equipment. At no point in time shall the Contractor allow more than 25% of their Roads and Grounds equipment, and limited organizational equipment, to become deadlined.

**C.5.6.4.8 Equipment Disposal**

Once appropriate authorization is given, the Contractor shall prepare, transport, and turn-in unserviceable equipment IAW C.5.9.3.19.2.

**C.5.6.4.10 Maintenance Shop**

The Contractor shall keep the maintenance shops in a clean, safe and operational condition at all times.

# SECTION C.5.7

## TABLE OF CONTENTS

C.5.7. RESERVED .......... 1

C.5.7. RESERVED

## SECTION C.5.8

## TABLE OF CONTENTS

C.5.8 TRANSPORTATION SERVICES ........ 1
*C.5.8.1 Mission* ........ *1*
*C.5.8.2 General* ........ *1*
*C.5.8.3 Automated Information Systems (AIS)* ........ *2*
*C.5.8.4 Unit Movements Coordination* ........ *3*
*C.5.8.5 Freight/Material Movements* ........ *5*
*C.5.8.6 Abandoned Property* ........ *6*
*C.5.8.7 C.5.8.9 Packing and Crating* ........ *8*
*C.5.8.8 C.5.8.10 Passenger and Port Call Movements* ........ *10*
*SA Fleet Management* ........ *11*
*C.5.8.10 Fuel* ........ *12*

## C.5.8 TRANSPORTATION SERVICES

### C.5.8.1 Mission

The Contractor shall provide all personnel, equipment, tools, materials, vehicles, and other resources (except for government-furnished property and services listed in C.3) for Transportation Services to all specified units and activities within the Fort McPherson area of responsibility to include: unit movements, personal property movements, support to the Government's quality assurance and inspection function, material movements, packing and crating, personnel and port call movements, central receiving point (CRP), and General Services Administration (GSA) fleet management. The Contractor shall support all Army, Air Force, Navy, Marine, and Coast Guard service members and DoD civilians located within the 53 counties of North Georgia and 44 counties of East Tennessee. The 53 counties of North Georgia are: Banks, Barrow, Bartow, Carroll, Catoosa, Chattooga, Cherokee, Clark, Clayton, Cobb, Coweta, Dade, Dawson, Dekalb, Douglas, Elbert, Fannin, Fayette, Floyd, Forsyth, Franklin, Fulton, Gilmer, Gorden, Green, Gwinnett, Habersham, Hall, Haralson, Hart, Heard, Henry, Jackson, Lumpkin, Madison, Morgan, Murray, Newton, Oconee, Oglethorpe, Paulding, Pickens, Polk, Rabun, Rockdale, Spalding, Stephens, Towns, Union, Walker, Walton, Whit, and Whitfield. The 44 counties of East Tennessee are: Anderson, Bledsoe, Blount, Bradley, Campbell, Carter, Claiborn, Clay, Cocke, Cumberland, Fentress, Grainger, Greene, Grundy, Hamblen, Hamilton, Hancock, Hawkins, Jackson, Jefferson, Johnson, Knox, Louden, Mcmin, Marion, Meigs, Monroe, Morgan, Overton, Pickett, Polk, Putnam, Rhea, Rome, Scott, Sequatchie, Sevier, Sullivan, Unicoi, Union, Van Burne, Warren, Washington, and White. The Contractor shall perform all phases of passenger and port call movements only for service members and DoD civilians located within the 53 counties of North Georgia and not within the 44 counties of East Tennessee.

### C.5.8.2 General

The Contractor shall provide traffic management functions for the Fort McPherson area of responsibility IAW AR 5-9, AR 55-355, DoD 4500.34R, and other regulations pertaining to Transportation Movement functions. The Contractor shall manage traffic branch operations, to include, but not be limited to: arranging for travel of personnel, shipping and receiving supplies and equipment, coordinating unit movement, and shipping, receiving, and storing personal property.

#### C.5.8.2.1

The Contractor shall prepare documentation and obtain government approval prior to furnishing services that assist the Government in obligating government funds. The Contractor shall verify documents of services rendered, prepare documentation for government approval of payment, and submit to Defense Finance and Accounting Service (DFAS) for payment by the Government.

**C.5.8.2.2**
The Contractor shall not be liable for nor expend funds for services provided which require documentation approval and payment by the Government. Types of documents approved and paid by the Government include: Commercial Bills of Lading (CBL), DA Form 4600, DD Form 139, DD Form 619, DD Form 619-1, DD Form 730, DD Form 1131, DD Form 1164, DD Form 1814, DD Form 2278, Government Charter Coach Certification, Initial/Final Bill for Non-Temporary Storage (NTS), Messages of Diversion or Re-consignment, MT 229, independent Government contractor (currently Nations Bank) Credit Card Billing, Quarterly Billings for NTS, SF 1034, SF 1103, SF 1131, SF 1169, SF Form 1200, and SF 1203.

**C.5.8.2.3**
The Contractor shall provide locked security for accountable documents IAW AR 190-51.

**C.5.8.2.4**
Workload data for Transportation Services is located at TE C.5.8-1.

**C.5.8.2.5 Movements**
The Contractor shall be a liaison among military traffic management activities and transportation industry representatives.

**C.5.8.2.5.1**
The Contractor shall coordinate with the Contracting Officer prior to implementation of new movement procedures and systems, such as Military Standard Transportation and Movement Procedures (MILSTAMP) and the Government travel system, handled by an independent contractor (currently Nations Bank).

**C.5.8.2.5.2**
The Contractor shall submit changes of terminal operations capabilities in writing, via the Contracting Officer, to Military Traffic Management Command (MTMC) for publications in the Terminal Facilities Guide (AR 55-355, Vol II).

**C.5.8.3 Automated Information Systems (AIS)**
The Contractor shall maintain accurate information files in the current and subsequent government-provided AIS.

**C.5.8.3.1**
The Contractor shall provide functional analysis of transportation systems and resolution of problems encountered during internal operations.

**C.5.8.3.2**
The Contractor shall provide functional analysis for the resolution of logistics problems within the installation support module.

**C.5.8.3.3**
The Contractor shall conduct initial and follow-up training for installation personnel on applicable automated transportation systems.

**C.5.8.3.4**
The Contractor shall perform Army defined alpha and beta tests of new or updated Army systems. The Contractor shall train new users of hardware/software on new or updated systems when the hardware/software is installed.

**C.5.8.4 Unit Movements Coordination**
The Contractor shall perform all phases of unit movements within the Continental United States (CONUS) and overseas for active and reserve units traveling on official orders to meet DoD mission requirements, which include plans for convoy deployment/re-deployment clearances, and commercial and military air and surface movements. The Contractor shall meet these requirements IAW FORSCOM 55-1, FORSCOM 55-2, DoD 4500.9 Defense Transportation Regulation Part 1 (passenger movement) and Part 2 (cargo movement), DoD 4500.9R-1 Vol II (Management of System 463L Pallets, Nets and Tie Down Equipment), and Joint Federal Travel Regulation (JFTR) Vol I and II.

**C.5.8.4.1**
The Contractor shall coordinate and provide technical advice to Garrison activities and units involved in emergency and training movements/exercises, to include preparing, loading, unloading, stowing, and securing unit impedimenta for unit movements.

**C.5.8.4.2**
The Contractor shall coordinate group and convoy movements, inform host activity of arriving units, and coordinate escort to the designated areas when specifically requested by the military unit.

**C.5.8.4.3**
The Contractor shall coordinate transportation of troops to the loading and unloading sites for movements by air, bus, or rail.

**C.5.8.4.4**
The Contractor shall provide unit movement support to include a Unit Movement Coordinator to designated units in the Fort McPherson area of responsibility.

**C.5.8.4.5**
The Contractor shall store 463L pallets, top nets, and side nets inventory.

**C.5.8.4.6**
The Contractor shall conduct quarterly 463L pallet inventory, and prepare and submit reports to HQ FORSCOM G4, via the Contracting Officer.

**C.5.8.4.7**
The Contractor shall verify that units update the Automated Unit Equipment List (AUEL) and transmit to HQ FORSCOM using Transportation Coordinator Command and Control Information System (TCACCIS) software.

**C.5.8.4.8**
The Contractor shall support deployment/re-deployment requirements for special exercises to include commercial bus/air and charter military bus/air.

**C.5.8.4.9**
The Contractor shall train and supervise arrival/departure airfield control group teams.

**C.5.8.4.10**
The Contractor shall have sound knowledge of traffic management responsibilities concerning modes of travel to, from, and between overseas areas, to include several units and difficult routings.

**C.5.8.4.11**
The Contractor shall be a passport agent authorized by the U.S. State Department. The Contractor shall review each passport application, prepared by the service member, for completeness. The Contractor shall keep a file of active passports until picked up by the customer.

**C.5.8.4.12**
The Contractor shall conduct training of TCACCIS and TCAIMS II (Transportation Coordinators' Automated Information for Movement System II).

**C.5.8.4.13**
The Contractor shall have a secret clearance and courier card for carrying classified documents.

**C.5.8.4.14**
The Contractor shall give overseas levy briefings twice a month to all customers traveling overseas.

**C.5.8.4.15**
The Contractor shall prepare, submit and issue meal tickets and Government Transportation Requests (GTR) for Government approval to support movements.

**C.5.8.5 Freight/Material Movements**
The Contractor shall process shipments that vary in size from a Federal Express letter, a parcel post shipment weighing less than 70 pounds, to several truckloads of material weighing thousands of pounds.

**C.5.8.5.1**
Shipments made by parcel post, United Parcel Service, or Federal Express will be picked up by the respective carriers at the Freight Section daily (estimated 350 shipments per month).

**C.5.8.5.2**
RESERVED.

**C.5.8.5.3**
The Contractor shall furnish estimated freight costs to the shipper for the movement of supplies, equipment, and emergency shipments upon request. The TO shall certify funds of routine shipping requests prior to receipt at the Freight Section.

**C.5.8.5.4**
All service charges and rates are provided through the CONUS Freight Management (CFM) system without maintaining contact with individual carriers.

**C.5.8.5.5**
The Contractor shall prepare a Report of Shipments (REPSHIPS) for all shipments of sensitive material.

**C.5.8.5.6**
The Contractor shall apply Standard Carrier Alpha Code (SCAC), Government Bill of Lading Office Code (GBLOC), and other carrier codes to GBL's, and construct Transportation Control Numbers (TCN) for application to overseas shipments of personal property and freight IAW DoD 4500.32R. The Contractor shall have and maintain Hazardous Materials Handling Certification.

**C.5.8.5.7**
The Contractor shall maintain records on all transportation transactions.