**C.5.8.5.8**
The Contractor shall perform freight-weighing services on shipments from 1 to 5000 lb. per piece.

**C.5.8.6 Abandoned Property**
The Contractor shall operate the installation Abandoned/Lost Property Office, accounting for both abandoned government and personal property. The Contractor shall process abandoned property as follows:

**C.5.8.6.1**
The Contractor shall assign document numbers to receipts of abandoned property. The Contractor shall record the document number and turn in the abandoned property utilizing a DD Form 1348-1A. The Contractor shall maintain a document Register for all abandoned property turned in. The Contractor shall retain all abandoned property files for the time period specified in DoD 4160.21M.

**C.5.8.6.2**
The Contractor shall inventory and classify property at the time of receipt. The Contractor shall refer serviceable government equipment to the Installation Property Book Officer (IPBO). The contractor shall treat and process government property not held as evidence as Found on Installation (FOI).

**C.5.8.6.3**
The Contractor shall attempt to locate the proper owner, heirs, or lien holders for the personal property, except for POV's (handled by the Military Police), IAW DoD 4160.21M. The Contractor shall document and file all attempts to locate owner, heirs, and lien holders. The Contractor shall package and mail property, as requested by the owner. See the Technical Library for an example of an abandoned property notification letter.

**C.5.8.6.4**
The Contractor shall process a DD Form 1348-1 for the turn-in of abandoned property which is not properly claimed IAW DoD 4160.21M. The Contractor shall prepare and process the documentation and turn the property in to the Defense Reutilization Management Office (DRMO) after review and approval of the Government's Abandoned Property Officer. The Contractor shall transport unclaimed personal property to the DRMO.

**C.5.8.6.5**
The Contractor shall maintain a chain of custody document, DA Form 4137, for property held as evidence for a legal proceeding to verify proper control and accountability. The Contractor shall store abandoned property held as evidence until properly released with DA Form 4137. See the Technical Library for a sample of a completed DA Form 4137.

**C.5.8.6.6**
The Contractor shall accept abandoned personal property for storage, for up to 45 calendar days, when a soldier is "dropped from rolls."

**C.5.8.6.7**
The Contractor shall process approximately 35 DD Forms 1348-1A each month for items of abandoned personal property and transport to the DRMO.

**C.5.8.6.8**
The Contractor shall make approximately 4 shipments per month to owners of abandoned personal property.

**C.5.8.6.9**
The Contractor shall receive, initiate, process, inspect, document, bill, stage, secure, and load freight and equipment for shipment to and from Fort McPherson and the local area. The Contractor shall arrange for shipments to, from, and between reserve units in the Southeast United States. The contractor personnel shall be trained in the shipment and packing of hazardous materials.

**C.5.8.6.10**
The Contractor shall determine the mode of transportation, routing, type of equipment required to complete the shipment safely and efficiently, and select the mode/commercial carrier that will result in the lowest overall cost to the Government, and still meet the Required Delivery Date (RDD), or the Desired Delivery Date (DDD) shown on the request for shipment.

**C.5.8.6.11**
The Contractor shall check proper handling and security of inbound and outbound shipments of sensitive items.

**C.5.8.6.12**
The Contractor shall verify those facilities and areas provided for freight movements are well maintained, free of safety hazards, and clean.

**C.5.8.6.13**
The Contractor shall check inbound/outbound shipments for correct markings, packing, and condition.

**C.5.8.6.14**
The Contractor shall provide information and directions to commercial carrier drivers concerning correct loading and unloading points.

**C.5.8.6.15**
The Contractor shall accept unidentifiable freight from carriers to be processed for turn-in or returned to carrier for delivery. The Contractor shall also accept abandoned property from Military Police for turn-in to DRMO.

**C.5.8.6.16**
The Contractor shall transmit copies of all GBL's issued to appropriate paying office, via the TO.

**C.5.8.6.17**
RESERVED

**C.5.8.7 Packing and Crating**
The Contractor shall provide preparation of military supplies and equipment at Fort McPherson and Fort Gillem for shipment worldwide. The Contractor shall perform the tasks specified herein, based on the requirements of the type of shipment (e.g., commercial truck, rail, aircraft or ship). The Contractor shall prepare the appropriate documentation and perform the packing, crating, and necessary bracing. The Contractor shall load and unload customer items if the customer needs help. Packing and crating may be performed on items as small as bolts and screws to items as big as civil engineering support equipment or tactical equipment.

**C.5.8.7.1**
The Contractor shall, upon receipt of material from the customer, unload conveyances and schedule the material for packing. The Contractor shall use the container provided by the activity, if suitable for its intended purpose, when the item is made available for packing/crating.

**C.5.8.7.2**
The Contractor shall verify that items received from units/activities are properly prepared, i.e., liquids drained, openings covered, and exterior surface cleaned. The Contractor shall inspect and repair shipping containers received from the customer. The Contractor shall maintain shipping containers in a manner economical to the Government and consistent with maintenance expenditure limits.

**C.5.8.7.3**
The Contractor shall use a memo, DD Form 1348-1 or DD Form 1149, to request shipping, packing, and crating of items. The Contractor shall check documentation against items being shipped at the time of delivery to the Transportation Office. The Contractor shall note physical characteristics, mode of transportation, and sensitivity on these documents.

**C.5.8.7.3.1**
The Contractor shall consolidate items for economy measures consistent with the degree of protection required in TM 38-230-2 and cost of shipment. The Contractor shall produce

packages of minimal cubic measurement that withstand normal movement without damage to container or contents and at minimum weight.

**C.5.8.7.3.2**
The Contractor shall select the appropriate size, type, and quantity of containers for packing IAW TM 38-230-1, 38-230-2, and DA PAM 746-1. This includes designing and fabricating containers if necessary.

**C.5.8.7.3.3**
The Contractor shall package, pack and crate, palletize, tie down, and block IAW TM 38-230-1, 38-230-2, and DA PAM 746-1.

**C.5.8.7.3.4**
The Contractor shall mark and label containers using a DD Form 1387 IAW the latest edition of MILSTD 129 and Federal Specification PPP-B-580.

**C.5.8.7.3.5**
The Contractor shall indicate the number of containers, weight, cube, dimension, type of containers, and special handling information on request for shipment or cover sheet.

**C.5.8.7.4**
On occasion, the Contractor shall pack and crate items at a location other than Fort Gillem, building 208, due to equipment configuration or security requirements. The Contractor shall provide transportation to the work site for contractor personnel and equipment. The Contractor shall do such fieldwork within the confines of Fort McPherson and Fort Gillem.

**C.5.8.7.4.1**
The Contractor shall perform the tie-down, blocking, and bracing of equipment and other commodities, such as ammunition, explosives, and other hazardous materials, IAW the rules of the Association of American Railroads and Federal Motor Carrier Safety Regulations. The Contractor shall notify the Contracting Officer before the Contractor performs the tie down on railroad cars and trucks.

**C.5.8.7.5**
The Contractor shall accomplish packing and crating only on shipments made by the Transportation Office. In the event of emergency situations, the Contractor shall assist other Fort McPherson or Fort Gillem organizations with small amounts of packing materials.

**C.5.8.7.6**
The Contractor shall order necessary supplies for packing and crating in a timely manner. The Contractor shall provide a source for procuring or providing wooden crates and boxes, sized to

meet the majority of packing and crating requirements; plastic bubble wrap; foam packs; waterproof paper bags; vermiculite; and other acceptable materials for packing items.

**C.5.8.7.7**
The Contractor shall comply with requirements of Performance Oriented Packaging (POP) IAW 49 CFR Parts 173 through 178, for bulk and non-bulk (subparts L and N) shipments of hazardous materials and AR 385-11 and TB 43-0116, for materials containing radiation.

**C.5.8.7.8**
The Contractor shall provide 2 or more skids on containers that must be handled with a forklift. Skids will not be less than 3 inches high and 3.5 inches wide. The Contractor shall band containers or plywood of fiber board construction with 3/8 or 3/4 inch wide steel straps IAW Federal Specification QQ-S-781.

**C.5.8.7.9**
The Contractor shall maintain a register of all items processed and actions completed (see CDRL C.5.8-4).

**C.5.8.8 Passenger and Port Call Movements**
The Contractor shall perform the following tasks to support the passenger and port call movements function:

**C.5.8.8.1**
The independent Government contractor (currently Carlson Wagonlit Travel) will accomplish air and bus reservations.

**C.5.8.8.2**
The Contractor shall verify payment documentation submitted by the independent Government contractor (currently Carlson Wagonlit Travel) and submit to the TO for review and approval to DFAS for payment.

**C.5.8.8.3**
The Contractor shall monitor contracted commercial airlines computer systems. The Contractor shall conduct a real-time review of 10% of all tickets issued by the independent Government contractor (currently Carlson Wagonlit Travel) to assure that the most economical fare and most feasible route have been provided to the customer. The Contractor shall provide results of these reviews to the TO weekly (see CDRL C.5.8-5).

**C.5.8.8.4**
The Contractor shall out-process military personnel stationed at Fort McPherson and Fort Gillem and their tenant activities by clearing them through the Department of the Army Installation Support Module (DAISM) System.

**C.5.8.9 GSA Fleet Management**
The Contractor shall provide GSA fleet management administration and commercial equipment support to Fort McPherson, authorized units within Fort McPherson's area of responsibility (AR 5-9), and units authorized by the Contracting Officer. The Contractor shall be a liaison between GSA and the customers for GSA fleet management functions.

**C.5.8.9.1**
The Contractor shall provide a centralized equipment records and data collection service on government-owned and contractor-provided assets and services performed IAW AR 58-1, AR 710-2, DA PAM 738-750, DoD 4140.25M, and TM 38-600.

**C.5.8.9.2**
The Contractor shall provide notification of recall and preventive maintenance requirements to the customers and verify to GSA that the customer took required action.

**C.5.8.9.3**
The Contractor shall provide GSA individual vehicle mileage (provided by the customer) on Army-leased, GSA-provided equipment using GSA Form 494. The GSA will provide a GSA Form 494 to the Contractor at least 5 working days prior to the submission date each month (CDRL .5.8-6). The Contractor shall check preprinted data on the form, make corrections needed, enter current mileage/hour data, and return the form to the GSA. The Contractor shall provide the total monthly leased equipment data, maintenance days, equipment count, and idle days (current reporting requirements) to FORSCOM, via the TO within 10 working days after the end of the month (CDRL C.5.8-7).

**C.5.8.9.4**
The Contractor shall provide a government-owned/government-leased equipment management report to the Contracting Officer monthly (see CDRL C.5.8-8). This report shall show vehicle license number/bumper number, vehicle description, customer code, customer name, special equipment code, manufacturer's name, manufacture year, total vehicle miles/hours, current reporting period miles/hours, average miles/hours per month, current and cumulative shop days current and cumulative idle days, current and cumulative number of quarts of oil used, and current and cumulative gallons of fuel used. The Contractor shall store and maintain records used for this report for 1 year, after which the Contractor shall discard records unless directed by regulations or the Contracting Officer.

**C.5.8.9.5**
Within 3 working days of an accident, the Contractor shall prepare and submit to the Contracting Officer accident and damage reports (CDRL C.5.8-9) involving assigned equipment IAW AR 385-55 with Fort McPherson Supplement thereto, and GSA reporting requirements contained in the vehicle accident packet. The Government shall investigate accidents and damage involving Contractor equipment operators. The Contractor shall store equipment pending receipt of disposition instructions from the Contracting Officer and shall perform classification actions IAW DA PAM 738-750.

**C.5.8.9.6**
The Contractor shall prepare OF 346 and OF 348 (U.S. Government Motor Vehicle Operators Identification Card) for the Transportation Officer's Signature.

**C.5.8.9.7**
The Contractor shall process monthly billing statements to the applicable budget/finance offices after validating the charges with the TO. The Contractor shall provide a copy of each activity's bill to the activity.

**C.5.8.9.8**
The Contractor shall respond to customers' questions related to the maintenance of vehicles.

**C.5.8.9.9**
The Contractor shall provide wrecker service support to the current wrecker contractor, Southern Towing, or successor for Fort McPherson area of responsibility (AR 5-9). The Contractor shall monthly process the Southern Towing or successor bills, via the TO, to the applicable budget/finance offices.

**C.5.8.10 Fuel**
The Contractor shall provide the following services to support the fuel function:

**C.5.8.10.1 Emergency Generators**
The Contractor shall ensure that fuel is available for each emergency generator listed in TE 5.6-16. Each tank will have no less than 15% of the fuel tank capacity except during maintenance of the system. The contractor shall verify delivery of fuel and prepare receiving reports for the Transportation Officer's signature.

**C.5.8.10.2 Central Vehicle Fuel Points**
The contractor shall maintain and operate three unmanned fuel points located at Building 350, Fort McPherson, Building 102, Fort Gillem and Building 606, Fort Gillem.

**C.5.8.10.2.1**

The contractor shall ensure that fuel is available at each fuel point. Each tank will have no less than 15% of the fuel tank capacity except during maintenance of the system. The contractor shall receive fuel, verify invoices for delivered fuel and prepare receiving reports for the Contracting Officer's signature. The Contractor shall maintain a daily fuel usage report for inspection by the Contracting Officer.

**C.5.8.10.2.2**

On a weekly basis, the contractor shall manually measure the volume of fuel at the three central fuel points using a calibrated measuring stick to verify amount of fuel on hand. The contractor shall monitor automatic leak detection devices and physically observe the above ground tanks for evidence of leaks. The Contractor shall initiate corrective action IAW the Installation Spill Contingency Plan and Spill Prevention Control and Countermeasures Plans.

**C.5.8.10.3**

The contractor shall assist customers in obtaining fuel at the central fuel points if there is a problem with the dispensing unit or fuel master system.

# SECTION C.5.9

## TABLE OF CONTENTS


C.5.9 SUPPLY AND SERVICES ........ 1

*C.5.9.1 Work Description* ........ *1*

*C.5.9.2 Supply Operations* ........ *3*

*C.5.9.3 Receipt of Supplies and Material* ........ *13*

*C.5.9.4 Installation Property Management* ........ *31*

*C.5.9.5 Ammunition and Explosives (A&E)* ........ *34*

## C.5.9 SUPPLY AND SERVICES

The Contractor shall provide for supply operations and related logistical services in accordance with this performance work statement. These services shall consist of property control, storage, and services associated with providing and controlling supplies, material, and equipment. The Contractor shall perform the services IAW the standards contained herein. The Contractor shall establish management and accounting procedures including maintenance of dollar and item summary accounts. See TE C.5.9-1 for workload information for this Functional Area.

### C.5.9.1 Work Description

The Contractor shall operate Class I, II, III (package and bulk), IV, V, VII, IX, and X Supply Support Activities (SSA) and Real Property Maintenance Activities (RPMA) for Fort McPherson. The Contractor shall perform Supply Support Activities (SSA) tasks IAW the publications listed in this document. This includes certain functions as defined herein in support of the Accountable Officers. The functions are stock control operations, property control (i.e. Property Book), and the Real Property Maintenance Activity (RPMA) supply operations that include: requisitioning; receiving operations (does not include Government certification of acceptance that authorizes payment for goods received from commercial vendors, contractors, or government sources); storage operations; issue operations; disposal; cataloging; data conversion, files document control, and inventory and adjustment (except that the individual with final approval authority will be a Government employee); item management, material management, and similar accounting functions except those with final approval for discretionary actions such as determining requirements and authorizing disposal, and preparing reports based on accounting functions; attending supply conferences, meetings, video teleconferences (VTC's) and seminars; self help services supply.

#### C.5.9.1.1 Administrative Files

The Contractor shall maintain administrative files and prepare and submit reports as required by regulation, standard industry practice, or as directed by the Contracting Officer.

#### C.5.9.1.2 Appointment Letters, Signature Cards, and Delegation of Authority

The Government will provide a current file of Notice of Delegation of Authority - Receipt for Supplies (DA Form 1687) for those personnel authorized to request or receive supplies and equipment as specified in AR 710-2 at Contract start. The Contractor shall maintain and update the file as required to keep it current.

#### C.5.9.1.3 Actions Requiring Government Approval or Signature

Government personnel will serve as accountable officers, and will perform Government-in-nature functions including holding signatory authority for Material Inspection and Receiving Reports (DD Form 250), DD Form 1155, Solicitation/Contract Order for Commercial Items, property disposal documents, commercial credit card statement of accounts for credit card holders and billing account statement for approving official and other documents either committing or obligating Government funds. The Contractor shall perform all functions as outlined in the PWS to the point of approval of the Contracting Officer. The Contracting Officer

will provide the Contractor with lists of Property Book and Accountable Officer appointments, Credit Card Approving Officials, and the Ammunition Supply Point (ASP) Access Roster. The Contractor shall maintain these lists. The Contractor shall prepare, submit, and maintain all records and reports as specified herein and IAW the Contract Data Requirements List (CDRL C.5.9-1).

**C.5.9.1.4 Correcting Errors**

The Contractor shall not use correction fluid, strikeovers, or erasures to correct errors on any accountable property records unless authorized by governing directives. The Contractor shall use either black or blue ink to "line through" corrections and to annotate and initial changes above the "lined through" portion.

**C.5.9.1.5 Meetings**

The Contractor shall attend conferences, meetings, video teleconferences (VTC's), and seminars for the purpose of learning or sharing knowledge of base operations and systems, and providing advice and consultation on supply issues. Meetings may be local or out of town. They may involve customers, peer organizations, higher headquarters, and/or system developers.

**C.5.9.1.6 Training and On-Site Visits and Lectures**

The Contractor shall provide training and lectures on various supply topics, to include, but not be limited to, request, pickup, turn-in, ammunition, Property Accountability, and supply information systems usage at the unit and intermediate levels, general supply topics, and special topics as requested by customers. Historically, approximately 20 classes per year have been conducted.

**C.5.9.1.7 Technical Assistance**

The Contractor shall provide technical assistance on matters relating to supply support to organizations and activities located within the Fort McPherson geographical area of responsibility (AR 5-9) IAW AR 190-51, AR 420-18, AR 710-2, AR 725-50, DA Pam 710-2-1, DA Pam 710-2-2, STAMIS manuals, for SARSS, SARSS-O, an SARSS1. The Contractor shall establish and maintain liaison with supply customers and supply sources to maintain material readiness of the units. The Contractor shall distribute supply-related information to supported elements.

**C.5.9.1.8 Alterations**

The Contractor shall review DA Form 2407 submitted by customers requesting alterations to Army uniforms for completeness and accuracy as per AR 670-1 and AR 700-84. The Contractor shall assign a document number from the log to the request and forward to the Contracting Officer for approval. The customer will forward approved DA Form 2407 and uniform to the Alterations Shop at Fort McPherson for work to be completed. The Alteration Shop will compile a monthly report for all completed alterations and forward to the Contracting Officer. The Contracting Officer will review and approve charges. This report is then forwarded to the DIS Program and Budget Office. The Program and Budget Office will approve and forward to DFAS Orlando for payment.

**C.5.9.2 Supply Operations**

The Contractor shall support the supply operations through the use and maintenance of government furnished supply Standard Army Management Information Systems (STAMIS) and non-standard systems.

**C.5.9.2.1 Operate Stock Record Account (SRA)**

The Contractor shall operate a stock record account for all supplies, except real property and medical supplies and Contractor acquired property, IAW the policies and procedures contained in AR 710-2, AR 735-5, DA Pam 710-2-2, and AR 520-18. The Contractor shall manage the SRA, maintain accountability records, voucher registers, and stock on behalf of the Accountable Officer. Final authority, approval, adjustments, and signatory execution remain a governmental responsibility.

**C.5.9.2.2 Excess Management**

The Contractor shall manage excess material IAW AR 710-2 and STAMIS manuals. The Contractor shall review the excess disposition reports produced by STAMIS quarterly, annotate the report as to recommended action(s), and provide the annotated report to the Contracting Officer. For instructions directing items to the Depot, the Contractor shall investigate and report excess creditable material returns to the wholesale supply system.

**C.5.9.2.3 Stock Record Account Files**

The Contractor shall review demand history files and provide recommended Requisition Objectives (RO's) and Reorder Points.

**C.5.9.2.3.1 Authorized Stockage List (ASL)**

The Contractor shall review demand history files. The Contractor shall utilize information available from STAMIS and other input sources. The Contractor shall submit recommendations for modifications to ASL's to the Contracting Officer for approval. Upon approval by the Contracting Officer, the Contractor shall implement all ASL modifications.

**C.5.9.2.3.2 Authorized Standby Listing**

The Contractor shall maintain stockage of items required for standby emergency repairs as per AR 420-18. The Contractor shall coordinate with Operations Division to determine requirement for maintaining, adding, or deleting items from the standby listing. The Contractor shall forward documentation to the Contracting Officer for approval to add or delete an item from the listing. After approval by the Contracting Officer, the Contractor shall input the information into the STAMIS.

**C.5.9.2.4 Stock Control**

The Contractor shall submit recommended revisions to the ASL to the Contracting Officer. The Contracting Officer will approve additions and deletions to the authorized stockage list.

**C.5.9.2.5 Information Systems**

The Contractor shall use non-standard and STAMIS systems to perform the Installation Supply mission. The Contractor shall provide data conversion, document control, inventory management, and inventory adjustment after approval by the Contracting Officer. The Contractor shall perform functional analysis in support of the STAMIS used to accomplish the Installation supply mission.

**C.5.9.2.5.1 Maintenance and Operation**

The Contractor shall provide day-to-day operation of the supply STAMIS, including data input, data output, and functional systems analyst duties to include identifying queries required to obtain output information.

**C.5.9.2.5.1.1 Supply Management Analysis**

The Contractor shall monitor STAMIS data processing cycles to identify, report, and resolve problems. The Contractor shall use output from the STAMIS to perform supply management analyses of optimum stockage levels, authorized stockage list (ASL) lines, and other needed information. The Contractor shall assist the systems administrator in performing surveys and studies to determine systems effectiveness, to track system performance and to verify information provided is consistent. Manager referral files shall be completed within 1 working day for high priority requisitions (priority 01 - 08) and 2 working days for all other transactions.

**C.5.9.2.5.1.2 Output Review**

The Contractor shall review IFS- Supply output daily to validate compliance with system objectives and policies and recommend program and control changes when appropriate. The Contractor shall review Standard Army Retail Supply System (SARSS) output every 3 hours after completion of transaction-out (trans-out) and closet; provide customer status, and correct catalog errors.

**C.5.9.2.5.1.3 STAMIS Reconciliation**

The Contractor shall research and reconcile all STAMIS Reconciliation mismatches monthly. If the Contractor cannot reconcile the mismatch, he shall inform the Contracting Officer within 3 working days and make adjustments approved by the Contracting Officer. The Contractor shall print and mail the SARSS "Customer Reconciliation listing" to customers at the first of every month. The Contractor shall give a two week suspense date on the "Customer Reconciliation Listing" to be completed by the customer. The Contractor shall then process receipts and cancellations as noted on the returned suspense copy of the "Customer Reconciliation Listing". (CDRL C.5.9-2)

**C.5.9.2.5.1.4 Functional Systems Analysis**

The Contractor shall perform functional analysis for the resolution of problems within the automated information systems. The Contractor shall perform research of systems files and data and take other necessary actions as required to assist in the resolution of information system

problems. The Contractor shall coordinate with technical systems personnel for support, provide advice, training, and assistance to supply personnel.

**C.5.9.2.5.1.5 Identify Problems**

The Contractor shall monitor standard Army automated data processing cycles to identify, report and assist in the resolution of problems. The Contractor shall serve as liaison between the automated systems support function, supply system customers, and the Corps/Theater Automated Data Processing Service Center (CTASC) Ft Lewis, Washington.

**C.5.9.2.5.1.5.1 System Errors**

The Contractor shall report inconsistencies noted in automated information systems to the Automation Systems Support Branch for resolution. The Contractor shall coordinate with systems administrator to resolve system problems with the supporting systems agency and, when necessary, document and submit system problem reports (PR) or engineering change proposal (ECP) to the system administrator.

**C.5.9.2.5.1.6 System Help and Training**

The Contractor shall support requests for help and provide formal and informal training to customers using STAMIS as required.

**C.5.9.2.5.1.7 Supply System Input and Output**

The Contractor shall use the STAMIS to enter and extract data relating to: inventory control, item identification, cataloging, pricing, stock location, sources of supplies, units of order and issue, item attributes, quantity on-hand, due-in and due-out, standby and seasonal items, excess items, and reorder points. Using STAMIS, the Contractor shall generate wholesale and local purchase requisitions, individual issue documents for customers, bill of material (BOM), inventory work sheets, audit trails of supply actions, listings of daily issues and receipts, local purchase requests (LPR), reorder reports, transaction histories, inventory adjustments with debits and credits as approved by Contracting Officer, managerial reports, and product catalogs. The Contractor shall produce tapes and diskettes from SARSS to interface with Government supply sources and DFAS daily.

**C.5.9.2.5.1.8 Data Entry**

The Contractor shall perform all STAMIS transaction activities IAW supply system user manuals. The Contractor shall manually enter data as required. The Contractor shall check manually entered data for errors. The Contractor shall also receive and analyze computer output for errors. The Contractor shall take necessary action to correct detected errors within 2 working days. The Contractor shall manually enter data and build catalog records as required in STAMIS. The Contractor shall correct detected errors in SARSS every 3 hours and in IFS Supply daily.

**C.5.9.2.5.2 Management Reports**

The Contractor shall provide, via the STAMIS, standard management reports on a daily, weekly, or other scheduled basis and ad hoc reports on an as required basis. The Contractor shall provide, via the STAMIS, Dollar Value of Inventory Report on an hourly basis in SARSS. These

are considered Recurring reports and include due-in lists by item, excess, stocked and non-stocked items, and activity history on selected items. Copies of recurring and non-recurring reports (CDRL C.5.9-3) shall be supplied to the Contracting Officer and other Government personnel as required or requested. The technical library will have a list of these reports.

**C.5.9.2.6 Coordination**

The Contractor shall contact the National Inventory Control Point (NICP) and FORSCOM to resolve technical supply problems. The Contractor shall maintain liaison with depots, organizations, and other offices on special program requirements for urgent, critical shortage, and other priority items. The Contractor shall maintain liaison with the Standard Army Retail Supply System (SARSS) CTASC of Ft Lewis, Washington. The Contractor shall maintain liaison with government credit card holder for urgent, critical shortage and other priority items.

**C.5.9.2.6.1 Unit/Activity Supply Advice**

The Contractor shall assist individual units and activities in all matters relating to the Army supply system IAW AR 710-2, AR 725-50, AR 735-5, AR 420-18, DA Pam 710-2-1, DA Pam 710-2-2, and STAMIS Manuals.

**C.5.9.2.7 Price Changes**

During the last 60 calendar days of the fiscal year all price changes on requests for issue shall be coordinated directly with the Program Director.

**C.5.9.2.8 Centrally Funded Equipment**

The Contractor shall coordinate with HQ, FORSCOM and the Training Aids Support Officer to verify equipment items that are centrally funded and procured for distribution throughout the Army are appropriately identified.

**C.5.9.2.9 Year-end Close-out**

The Contractor shall comply with fiscal year-end closing procedures. The Contracting Officer will provide these procedures by May each fiscal year.

**C.5.9.2.10 Customer Requests for Supplies and Material**

The Contractor shall provide publications to assist the customer in ordering the correct material. The Contractor shall process customer requests for supplies and materials and provide status information upon request.

**C.5.9.2.10.1 Catalogues and Information**

The Contractor shall maintain available supply catalogues, brochures, and manuals for customer use. The Contractor shall provide instruction to the customer, when requested, on the use of these publications. The Contractor shall support the customer with stock number information from Federal Logistics System (FEDLOG), SARSS Catalog, and IFS-Supply Catalog Data.