**C.5.9.2.11 Process Requests for Supplies and Material**

The Contractor shall process customer requests for supplies and materials upon receipt of complete and accurate documentation to include fund codes and exception data.

**C.5.9.2.11.1 Verify Request**

The Contractor shall verify that each manual request is accompanied by the appropriate request form (DA Form 581, DA Form 2765-1, DA Form 3161, DA Form 3953, DD Form 1348, EH Form 49, or system generated Bill of Material from work estimation.) The Contractor shall verify that the form contains accurate data IAW AR 420-18, DA PAM 710-2-1 and 710-2-2. The Contractor shall perform format/accuracy edit to coincide with STAMIS requirements. The Contractor shall perform a 100% review of the accuracy of all data contained in requests and shall process the request within time frame of the priority.

**C.5.9.2.11.2 Status and Modifications**

The Contractor shall provide current order status to customers upon request. The Contractor shall update the status of items on order in STAMIS, as further data becomes available. The Contractor shall review all documents submitted by customers to update order status. Such documents include, but are not limited to, requests for improved delivery date, priority modification, or cancellation requests. The Contractor shall process status requests within 2 working days of receipt from the customers or other sources.

**C.5.9.2.11.2.1 Follow-Up**

The Contractor shall conduct follow-up and backorder reconciliation actions and notify affected customers of information obtained. The Contractor shall respond to all requests for follow-up queries from authorized customers within 2 working days. The Contractor shall maintain an informal log attached to the original request of verbal queries to record document number. The Contractor shall report discrepancies that cannot be resolved to the Contracting Officer. The Contractor shall provide status from SARSS trans-out and SARSS close-out to customers daily. The contractor shall download a status diskette from ULLS customer's daily and submit updated information to the customer. (CDRL C.5.9-4 and 5)

**C.5.9.2.11.3 Walk Thru Requests**

When stock is on hand, the Contractor shall process request for issue on a walk thru basis, as approved by the Contracting Officer, for emergency, mission essential, and not mission capable supply (NMCS) requests. The request for issue shall be processed through STAMIS within 1 hour after receipt.

**C.5.9.2.11.3.1 Priorities**

Whenever STAMIS does not process for more than 24 working hours, the Contractor shall check availability of stock in storage. If stocks are on hand, the Contractor shall issue them to the customer. If stocks are not available, the Contractor shall process requisitions within 1 hour. Priorities 09 through 15 shall be processed within 2 working days but are not processed as a "walk-thru" requisition requirement.

**C.5.9.2.11.4 Requisitions and Purchases**
The Contractor shall process standard, non-standard, and other requisitions and purchases.

**C.5.9.2.11.4.1 Standard Requisitions**
The Contractor shall prepare and submit manual and automated standard (National Stock Numbered) supply requisitions to National Inventory Control Points (NICP's), Defense Logistics Agency (DLA), or General Services Administration (GSA) hourly or daily on the basis of priority. The Contractor shall monitor requisition priority IAW AR 37-1, AR 710-2, and 725-50, AR 420-18 and shall report findings monthly to the Contracting Officer no later than 5 work days following the end of each month. (CDRLC.5.9-6)

**C.5.9.2.11.4.2 Non-Standard Requisitions**
The Contractor shall process requests for nonstandard or local procurement items when the items are not available from the Federal Supply System. The Contractor shall process purchase requests for local purchase and equipment lease IAW AR 710-2, AR 725-50, and AR 420-18. The Contractor shall review all non-standard and local procurement requests for accuracy, and shall contact the customer or the Contracting Officer for corrections when discrepancies are identified. The Contractor shall verify all required authorizations prior to accepting non-standard requisitions for processing.

**C.5.9.2.11.4.2.1 System Input**
The Contractor shall input local purchase requests into STAMIS within 2 working days after receipt of complete and accurate documentation.

**C.5.9.2.11.4.2.2 Purchase Requests**
The Contractor shall prepare and submit purchase requests to the Contracting Officer. The Contractor shall maintain a suspense file of purchase requests. The Contracting Officer will forward purchase requests for credit card purchases to the Credit Card Section or to the Atlanta Army Contracting Center (AAC) if beyond the scope of the credit card holder.

**C.5.9.2.11.4.2.3 Obligation Transactions**
The Contractor shall process local purchase obligation transactions into STAMIS within 2 working days after receipt of complete and accurate obligation documentation.

**C.5.9.2.11.5 Correspondence**
The Contractor shall process correspondence to effect follow-up, cancellation, modification, and to request disposition instructions for discrepant shipments. The Contractor shall implement disposition instructions on receipt from Contracting Officer.

**C.5.9.2.11.6 Receiving Reports**
The Contractor shall process receiving reports (DD Form 1155, Purchase Order or DD Form 250, etc.) into STAMIS within 2 working days after receipt of the purchase order or credit card receipt documentation. Receiving reports will be provided to the Contracting Officer.

**C.5.9.2.11.7 Stock Replenishment**

The Contractor shall requisition material and supplies based on demand arising from automated reorder procedures and from requests that cannot be filled with stocks on hand.

**C.5.9.2.11.8 Document Control and Files**

The Contractor shall process transactions in and out of SARSS STAMIS every 3 hours each working day. All computer work stations attached to OMA/Stock Fund SARSS1 towers must be shut down during transaction-in (trans-in)/trans-out and close out. The Contractor shall process close out in SARSS and end of day cycle for IFS - Supply 1 hour before the close of business.

**C.5.9.2.11.9 Transaction Discrepancies**

The Contractor shall determine the cause of transaction discrepancies and process corrective action within 2 working days of receipt.

**C.5.9.2.11.10 Army Working Capital Fund (AWCF)**

Transaction documents that require financial adjustment or correction affecting the Army Working Capital Fund (AWCF) shall be forwarded to the Contracting Officer within 2 working days from the time determination is made that financial adjustment or correction is required. The Contractor shall contact customers whenever additional information is required for corrective action. The Contractor shall maintain a log of these transactions and request customer response within 1 working day. In the event the customer fails to respond within 1 working day, the Contractor shall furnish information on the transaction to the Contracting Officer for resolution. The Contractor shall assist the Installation Manager for AWCF for FORSCOM in the: development, justification and execution of the budget; formulation of the Quarterly Stratification Report; preparation of Flash Reports; execution of the mid-year review; processing of letters of Authority; loading of the cost authority; and the preparing of the logistics input for the Army Stock Fund Monthly Management Report (narrative portion).

**C.5.9.2.11.10.1**

The Contractor shall correct all problems pertaining to the cash flow of the AWCF immediately upon identification of the problem IAW STAMIS manuals and AR 37-1. The Contractor shall review, validate, and research, on a daily basis, automated management tools, i.e., Obligation Authority ALF-1 5F, In-Transit ALF-21 I, Undelivered Orders ALF-21 G, Depot Return ALF-21 K, Financial Global Location Accounting Codes (GLAC's) 1020 and 1391 against ALF-1 4A, one line print ALF-23A, Ledger History ALF-40A, Daily Ledger History ALF-25A, and output from STAMIS to reconcile problems. The Contractor shall notify the SRO in writing if an unresolved problem persists.

**C.5.9.2.11.11 Stockage Levels**

The Contractor shall maintain stockage levels for all RPMA ASL's based upon RO values. The Contractor shall review and recommend Requisition Objectives (RO) and Reorder Points (ROP) based on STAMIS output for each item of supply managed by the SSA and shall submit the recommendations to the Contracting Officer for review and approval (CDRL C.5.9-7). The

Contractor shall obtain the approval of the SRO before manually changing any established levels, setting new levels, or deleting existing levels of RO's.

**C.5.9.2.11.12 Reconciliation and Validation**
The Contractor shall perform monthly or as required reconciliation and validation for all due-out and due-in supplies and equipment. The Contractor shall keep due-in files synchronized with the due-out files and conduct routine reconciliation with customer units. The Contractor shall provide due-out status to units due to actions taken to reconcile and validate due-in lists.

**C.5.9.2.11.13 Transaction History Files**
The Contractor shall maintain hard copy documents with signatures for receipt, issue, turn-in, and balance adjustment transactions for items with a Controlled Inventory Code (CIIC) of 1, 9, 4, N, P, Q, R, Y, and an Accounting Requirements Code (ARC) of N (Non-expendable). The Contractor shall include all applicable serial and registration numbers. The Contractor shall file all required supply documents within 3 working days after the documents are received.

**C.5.9.2.11.14 Document Register**
The Contractor shall maintain a document register and shall assign document numbers to all manual transactions that affect the SRA balance. Documents with customer unit document numbers shall not be recorded in the document register, except for ammunition accounts. The Contractor shall control release of all manually assigned document numbers IAW AR 710-2. The document register shall contain the following data elements: account number (DoD Activity Address Code, DODAAC), page number, Julian date, 4 position serial number, "to" or "from", stock number, brief description, requester, priority, initials of person posting document, quantity, and date completed. RPMA document registers shall also include the Individual Job Order (IJO), Service Order (SO), or Standing Operations Order (SOO) number.

**C.5.9.2.11.15 Cataloging**
The Contractor shall maintain STAMIS Cataloging system.

**C.5.9.2.11.15.1 Maintain Catalog**
At contract performance start date, the Government shall provide the Contractor with a block of Management Control Numbers (MCN's) to be used for items that do not have a valid MCN or NSN. The Contractor shall maintain the SARSS Cataloging system on a monthly basis, purging all non-supported MCN's and duplicate numbers/items. The Contractor shall verify a standard format is used to identify all items in the catalog. The Contractor shall maintain IFS-Supply Catalog daily. The Contractor shall purge the system bi-annually to delete non-supported NSN/MCN's. STAMIS shall maintain MCN's and NSN's with usage for previous two years.

**C.5.9.2.11.15.2 Management Control Number (MCN)**
The Contractor shall maintain the MCN control register and assign MCN's to support activities IAW AR 708-1 and STAMIS manuals. Historically, approximately 1,800 MCN's are assigned to support activities per year.

**C.5.9.2.11.15.3 Research and Update Catalog**

The Contractor shall research the Cataloging systems to determine if a requested item without a valid MCN or NSN item is in the catalog. If the item is in the catalog, the Contractor shall enter the MCN or NSN on the customer's request and shall place the request in the order file. If the requested item is not in the catalog, the Contractor shall assign a MCN to the item and enter the item in the catalog. The Contractor shall enter the MCN or NSN on the customer's requisition and place the request in the order file. Historically, averages of 150 catalog entries are made per month. The Contractor shall include the following information in the item's catalog entry: MCN, description, unit of issue (UI), Material Category (MATCAT) structure code, supply category material code, and unit price in SARSS. The Contractor shall include the following information in the IFS-Supply catalog entry: MCN, part number, a complete description, and source of supply. The Contractor shall include the following information in the IFS-Supply stock file entry: MCN, description, UI, unit cost, Unit of Order (UO), date of entry, source of supply, type of supply code, and Asset Object Code.

**C.5.9.2.12 DODAAC Coordinator**

The Contractor shall perform all functions of the DODAAC Coordinator and operate the Army Network Station for Installation supported units, activities, and organizations IAW SARSS manuals. The Contractor shall prepare and process changes to various DODAAC files as required.

**C.5.9.2.13 Credit Card Purchases**

The Contractor shall submit requisitions for credit card purchases to the Contracting Officer for procurement. The Contracting Officer will make the actual purchase to obligate government funds. The Contractor shall pickup and/or receive items purchase and submit documentation of receipt to the Contracting Officer within 3 working days of receipt (CDRL C.5.9-8).

**C.5.9.2.13.1 Request Documents**

The Contractor shall receive all requests for expendable, non-expendable, and durable supplies, tools and equipment (including credit card purchases). These may be on either a DA Form 3161, DD Form 2765, EH Form 49, or Automated Bill of Material. The Contractor shall determine if the request is signed by authorized personnel and contains all pertinent information (to include technical data) necessary to make the purchase. This includes, but is not limited to the Accounting Requirements Code (ARC), the Acquisition Advice Code (AAC), the Accounting Processing Code (APC), the Line Item Number (LIN), the Reportable Item Control Code (RICC), the National Stock Number (NSN), or the Management Control Number (MCN). The Contractor shall also determine the complete description of item, the Source of Supply (SOS), the Material Category (MAT CAT), the justification for emergency if required, the justification for brand name if required, the Individual Job Order (IJO) and phase or Service Order (SO) number, the requester's name and telephone number, the delivery location, the quantity, the Unit of Issue (UI), the unit price, the dollar value, and the fund certification.

**C.5.9.2.13.2 Credit Card Purchase Requests**

The Contractor shall process credit card purchase requests for expendable, non-expendable and durable goods and tools on a walk-in basis. After verifying that the customer has all data and authorization for the credit card purchase, the Contractor shall assign a document number for RPMA facility supplies to input into the Facilities Operating STAMIS. The Property Book Officer shall assign a document numbers for items other than RPMA facility supplies. After the credit card purchase has been made, the Contractor shall obtain a copy of the purchase request along with product identification information and enter this information into the property book STAMIS. An authorized request signature for receipt of equipment, material, supplies and documentation of issues and turn-in shall be maintained.

**C.5.9.2.13.3 Receiving Documents**

The Contractor shall support the Government Purchasing (Ordering) Officer by receiving vendor shipments, verifying the item(s) received is what was ordered, and filing the receipt for the item in the proper credit card holder's folder. When the Card Holder(s) Statement of Account is received the Contractor shall match the receipts with the statement. The Contractor shall then turn the matched information over to the credit card holder(s) for processing through the Government's Approving Official. Once it is approved for payment the Contracting Officer shall make a copy and send the approved Billing Account Statement to DFAS Orlando for payment. A copy will be sent to the DIS Program and Budget Office and a copy will be sent to the Credit Card Manager in the Army Atlanta Contracting Office. If the Statement of Account received from the bank and the receipts do not have a 100% match, the Contractor shall initiate reconciliation action with the vendor. If there is no reconciliation, the Contractor shall prepare a Cardholder Statement of Questioned Items for the cardholder to review and sign. All Contractor actions shall be in compliance with AR 710-2, DA Pam 710-2-1, DA Pam 710-2-2, GSA Regional Bulletin FPMR 7-G-171, AR 37-1, and AACC regulations and requirements.

**C.5.9.2.13.4 Emergency Credit Card Purchases**

The Contractor shall notify the Contracting Officer when emergency materials and equipment are required to complete a project. If Contracting Officer cannot meet the required delivery date, the Contracting Officer shall authorize the Contractor to utilize other means (such as the Contractor's Credit Card) to purchase the emergency items. If emergency requirements occur after normal duty hours and material or equipment is not available as stocked items, the Contractor shall notify the Contracting Officer. If the Contracting Officer cannot meet the requirement, the Contracting Officer shall authorize the Contractor the use of the Contractor's own credit card to purchase the items. The Contractor shall provide the Contracting Office complete documentation of the purchase. The Contractor shall enter the documentation into the supply STAMIS. The Contracting Officer will process receiving documents.

**C.5.9.2.14 Update STAMIS**

At time of commitment the Contractor shall either manually enter the Management Control Number (MCN) or National Stock Number (NSN) for each item, and quantity being ordered into STAMIS, or optically scan each item's bar code and manually input quantity. The automated

information system shall generate the commitment document. The Contractor shall process transactions into STAMIS within 2 working days of commitment.

**C.5.9.3 Receipt of Supplies and Material**

The Contractor shall receive supplies and materials and check for the proper documentation.

**C.5.9.3.1 C.5.8.11 Central Receiving Point (CRP)**

The Contractor shall receive shipments with their GBL at the CRP, building 208. The Contractor shall verify that the shipment is received at the CRP, that the address of the final destination is correct, and that the DoD Activity Address Code (DODAAC) is accurate.

**C.5.9.3.1.1 C.5.8.11.1**

The Contractor shall place the shipment in the appropriate warehouse bay, verify the cost, sign for receipt, put the shipment in the staging area, and log the GBL number of the shipment.

**C.5.9.3.1.2 C.5.8.11.2**

The Contractor shall notify the customer when the customer's shipment is received. Historically, the shipment remains in the warehouse for less than 1 week before it is moved out.

**C.5.9.3.1.2.1 C.5.8.11.2.1**

When the customer arrives at building 208 (Fort Gillem) to pick up the shipment, the Contractor shall help the customer identify the items and Supply verifies and signs for receipt.

**C.5.9.3.1.3 C.5.8.11.3**

If the shipment is on a trailer and is for customers other than those located in building 208, the Contractor shall unload the shipment from the trailer at building 401 (Fort Gillem). If the shipment is for customers located in building 208, the Contractor shall unload the shipment from the trailer at building 208.

**C.5.9.3.2 Documentation**

The Contractor shall check requisition and receipt documents for completeness and accuracy. The Contractor shall prepare the proper documentation when it is not included with the material received.

**C.5.9.3.2.1 Sort and Verify Documentation**

Upon receipt, the Contractor shall date/time mark all receiving documents and legibly sign for verification purposes. The Contractor shall match procurement documents with receiving documents when items are received. The Contractor shall use these documents to verify accuracy of shipments, receipt of items, and as source documents for obligation and receipt input into the STAMIS IAW AR 725-50. The Contractor shall research and identify recipients of depot, local purchase deliveries, and frustrated shipments as defined in AR 725-50 when they are not identified in shipping documents.

**C.5.9.3.2.2 Incomplete Documentation**

In the case of no documentation, the Contractor shall prepare a DD Form 250 or DD Form 1348-1 IAW AR 725-50 for supplies, material, and items of equipment received (as to content of shipment) and shall post transaction(s) into the STAMIS. The Contractor shall complete or prepare receipt documents on all incoming shipments, verifying that necessary information, such as correct accounting classification and document number, are recorded thereon.

**C.5.9.3.3 Process Receipts**

The Contractor shall process all receipt documents and update stock records accordingly. The Contractor shall process receipt documents in order to meet the Prompt Payment Act requirements and send receiving reports on a daily basis to the Accountable Officer for certification of receipt and acceptance of supplies. The Contractor shall reconcile paid in-transit listings on a monthly basis.

**C.5.9.3.3.1 Verify Receipts**

The Contractor shall check received supplies, material, and equipment against purchase documents and vendor's shipping document. The Contractor shall receive incoming supplies, material and equipment by signing the delivery ticket or invoice. The Contractor shall receive items in accordance with the original order document.

**C.5.9.3.3.2 Check for Physical Damage**

The Contractor shall check items for physical damage incurred during shipment upon receipt in the warehouse. The Contractor shall safeguard shipments of controlled cryptographic items IAW TB 380-40-22, TB 380-41 and other applicable guidance.

**C.5.9.3.3.3 Visible Discrepancies**

The Contractor shall notify the vendor when discrepancies are identified and shall follow vendor instructions in returning items to vendor. The Contractor shall process manual or system-generated (STAMIS) Standard Form (SF) 364, Report of Discrepancy (ROD), for SSA Stock or RPMA items when discrepancies in MILSTRIP requisitions are discovered and shall forward the SF 364 to the appropriate agency. The Contractor shall prepare and process other RODs as required. The Contractor shall initiate a discrepancy in shipment report, SF 361, against carriers, shippers, or other agencies responsible for discrepancies IAW AR 55-38. Historically, approximately 35 SF 361's and SF 364's are prepared per year.

**C.5.9.3.3.4 Concealed Discrepancies**

The Contractor shall process receipts containing concealed discrepancies on an individual basis at time of discovery. The Contractor shall prepare and process ROD's IAW AR 735-5 and AR 735-11-2.

**C.5.9.3.3.5 Communications Security (COMSEC) Shipments**

The Contractor shall not accept open or open shipments marked for COMSEC accounts. The applicable COMSEC activity shall be notified within 1 hour of receipt of a COMSEC shipment. The Contractor shall adhere to security requirements for safeguarding COMSEC shipments until

the COMSEC custodian arrives to receive the shipments. The Contractor shall obtain signature of COMSEC custodian receiving shipment and maintain a file of the documents.

**C.5.9.3.4 Issue**

The Contractor shall issue undamaged supplies and material, of the correct type and proper quantities to customers within 3 working days of receipt. The Contractor shall handle all issues IAW AR 710-2, AR 420-18 and STAMIS Manuals.

**C.5.9.3.4.1 Material Release Orders**

The Contractor shall print Material Release Orders (MRO's) produced by STAMIS as required. The Contractor shall process confirmation transactions as prescribed in STAMIS manuals.

**C.5.9.3.4.2 Issue to Authorized Customer**

The Contractor shall issue supplies, material and equipment only to authorized customers identified on an approved DA Form 1687.

**C.5.9.3.4.3 Customer Service/Assistance**

The Contractor shall promptly serve, provide information to, and issue materials to the customer in a prompt and courteous manner.

**C.5.9.3.4.3.1 Waiting on Customers**

The Contractor shall wait on customers within 15 minutes after customer arrival at the Contractor issue point.

**C.5.9.3.4.3.2 Supply Information**

The Contractor shall provide supply information, stock numbers, product, and local purchase information as required for the customer to make an accurate requisition.

**C.5.9.3.4.3.3 Status**

The Contractor shall answer requests for status of requisitions, perform cancellations, and track payment discrepancies as required for local and wholesale purchases.

**C.5.9.3.4.4 Issue Time**

The Contractor shall issue supplies within 3 hours of receipt of a valid issue document for high priority items or within 2 working days for normal priority items. The Contractor shall place direct delivery shipments in customers' bins within 1 working day after the shipment is received.

**C.5.9.3.4.5 Delivery**

The Contractor shall provide delivery services to family housing occupants who are unable to pick up items. Historically, approximately 6 deliveries per month are performed.

**C.5.9.3.4.6 Check Issue Documentation**

The Contractor shall issue supplies upon receipt of a valid request for issue and when supplies or material are available to fulfill the request. The Contractor shall verify that all customers have a

current Notice of Delegation of Authority - Receipt for Supplies (DA Form 1687) on file prior to issue. The Contractor shall issue material when presented with the following valid request documents, after verifying that all data therein is correct: DA Form 2765-1, DD Form 1348 series, DA Form 581, DA Form 3161, EH Form 49 or Automated Bill of Material.

**C.5.9.3.4.7 Update STAMIS**

At the time of issue, the Contractor shall either manually enter the Management Control Number (MCN) or National Stock Number (NSN) for each item, and quantity being issued, into STAMIS, or optically scan each item's bar code and manually input quantity. The automated information system shall generate the equivalent of DD Form 1348-1 with appropriate information. The Contractor shall provide the customer with a copy of the computer generated DD Form 1348-1 and shall place a copy in the Contractor's record file. The Contractor shall process issue transactions into STAMIS within 1 working day of issue for emergency issues and within 3 working days for normal issues. The Contractor shall forward completed issues to the Contracting Officer for review. The Contracting Officer will return reviewed documents to the Contractor for filing.

**C.5.9.3.4.8 Stock Selection**

The Contractor shall perform the actual stock selection portion of the issue process IAW STAMIS Manuals and AR's 710-2 and 725-50.

**C.5.9.3.4.8.1 RPMA Customers**

Upon receipt of an issue document (i.e., DA Form 2765-1, Request for Issue, DD Form 1348-IA, EH Form 49, or a system generated Bill of Materials) or verbal request, the Contractor shall select stock from the location, sign the issue documentation, attach the document to the material, and move the material to the designated issue area. The Contractor shall escort RPMA customers to warehouse bins for confirmation of items required. The Contractor shall complete a DA Form 3161 for all items issued from RPMA warehouse. The Contractor shall verify that the material issued to the customer is the material requested, and that quantity and condition specified on the issue document are correct before issuing to customer.

**C.5.9.3.4.8.2 Copies of Issue Document**

The Contractor shall require the customer to sign and date each of the 3 issue document copies. The Contractor shall distribute these copies IAW DA PAM 710-2-2, DA PAM 710-2-2 and AR 725-50 . The Contractor shall perform stock selection IAW the Uniform Materiel Movement Issue Priority System (UMMIPS), as outlined in AR 725-50.

**C.5.9.3.4.8.2.1 Warehouse Denials**

The Contractor shall research all warehouse denials within 1 working day. If the item cannot be found, the Contractor shall notify the Accountable Officer within 1 working day. The Contractor shall perform at acceptable Army supply and HQ FORSCOM standards for managing warehouse denials at 5% or less of total issues IAW applicable AR's and directives.

**C.5.9.3.4.8.3 Storage Discrepancies**

The Contractor shall note any discrepancies discovered during stock selection or routine surveillance. Examples include empty bin locations, misplaced stock, and stock deterioration. The Contractor shall resolve discrepancies expeditiously in whatever manner is necessary to resolve the problem, i.e., replenish bins from bulk location, re-identify or reclassify and relocate stock, perform location deletions, or perform reconditioning. The Contractor shall contact the Accountable Officer, in writing, if discrepancies cannot be resolved.

**C.5.9.3.4.9 Total Package Fielding (TPF)**

The Contractor shall receive Total Package Fielding (TPF) for new equipment. The Contractor shall inventory and secure items received in TPF. The Contractor shall report TPF's to the appropriate Property Book Officer (PBO). The Contractor shall provide documentation to the PBO.

**C.5.9.3.5 Physical Security**

The Contractor shall perform necessary action to protect all items from damage and maintain physical security IAW DoD 4145.19-R-1; AR 190-51, DA Pam 25-380-2, and TM 743-200-1 until items are released or issued.

**C.5.9.3.6 Stock Control**

The Contractor shall maintain control of stock items IAW AR 710-2, AR 420-18 and STAMIS manuals.

**C.5.9.3.7 General**

The Contractor shall process all Army Working Capital Fund (AWCF) and other financial transaction data into STAMIS. The Contractor shall operate data processing equipment to prepare data for computer input; process supply requests; catalog; manage inventories; and assist customers in resolving supply system problems.

**C.5.9.3.8 Temporary Loan File**

The Contractor shall maintain a temporary loan file including each temporary loan transaction.

**C.5.9.3.9 Demilitarization Instructions**

The Contractor shall process demilitarization (DeMil) instructions IAW applicable DoD 4160-21-M-1 for all classes of supply managed by the DIS. The Contractor shall perform demilitarization as required in disposition instructions. Historically, approximately 50 demilitarizations are performed per month.

**C.5.9.3.9.1 Authorized Mutilation**

The Contractor shall mutilate items as directed in DoD 4160.21.M-1. The Contractor shall certify demilitarization, prepare new turn-in documentation for the remaining scrap, and turn the scrap and documentation for the demilitarized items and the scrap in to DRMO.

**C.5.9.3.9.2 Authorized Burning**

The Contractor shall destroy flags to be demilitarized by fire. Flag demilitarization shall be conducted IAW AR 840-10.

**C.5.9.3.10 Item Controls**

The Contractor shall apply item controls on certain mission essential and high dollar value items, items in critical supply, and special project stocks within parameters established by higher headquarters or locally IAW STAMIS Manuals, AR 710-2, AR 725-50 and AR 420-18. Historically, averages of approximately 25 item controls are placed per month.

**C.5.9.3.11 Appointments**

The Contractor shall designate, in writing, individual(s) to perform the duties of Installation Small Arms Serialization Officer (SASO), Controlled Cryptographic Items Serialization Officer (CCISO), Source Serialization Officer (SSO), and Selected Item Management System-Expanded (SIMS-X) Project Officer IAW AR 710-3. Written designation shall be submitted to the Contracting Officer within 20 working days of contract performance start date (CDRL C.5.9-9). Designated individuals shall perform all duties of the SASO, CCISO, SSO, and SIMS-X Project Officer as defined therein.

**C.5.9.3.12 Small Arms Serialization Program**

The Contractor shall maintain the Fort McPherson DoD Small Arms Serialization Program (DODSASP), Radiation Testing and Tracking System (RATTS), and Unique Item Tracking (UIT) IAW AR 710-3 and AR 190-11. The Contractor shall report all manual receipts, issues, turn-ins, shipments, inventory adjustments, or any other transaction that affects the equipment balance to the DA Central Registry IAW AR 190-11 and AR 710-3 with applicable supplements. The Contractor shall perform reconciliation with the DA Central Registry annually based upon DA directives. The Contractor shall perform reconciliation with user units annually.

**C.5.9.3.13 Central Collection Agency**

The Contractor shall maintain the Central Collection Agency (CCA) for the Continuing Balance System Expanded (CBS-X). The CCA shall function as the coordinator between unit/activities submitting data to the Industrial Operations Command (IOC). The CCA shall comply with procedures contained AR 710-3.

**C.5.9.3.14 Logistical Intelligence File**

The Contractor shall operate PROCOM PLUS software to access the Logistical Intelligence File (LIF), Catalog Data Agency (CDA), and CBS-X to obtain and provide data.

**C.5.9.3.15 Inventory**

The Contractor shall conduct physical inventory IAW appropriate regulations and provide the results to the Stock Record Officer (SRO).

**C.5.9.3.15.1 Asset Transfer**

The Government will provide supplies and material to the Contractor on the Contract start date. The Contractor shall manage inventory of sensitive, operational, SSA and RPMA stocks IAW AR 190-11, AR 380-40, AR 420-18, AR 710-2, and AR 735-5. The Contractor shall report all discrepancies to the Accountable Officer.

**C.5.9.3.15.2 Physical Inventories**

The Contractor shall conduct a 10% cyclic inventory of all stock items located in facilities of the General Supply Account IAW AR 420-18, AR 710-2, AR 735-5, and STAMIS manuals. A 100% inventory by the end of the fiscal year of supplies, material, and equipment is required.

**C.5.9.3.15.2.1 Emergencies During Inventory**

During the inventory period, the Contractor shall support emergency requests and priority designator 01 through 08 requests for issue.

**C.5.9.3.15.2.2 Results**

The Contractor shall report inventory results using STAMIS format to the Accountable Officer for review and verification. The Contractor shall include locations on inventory documentation. The Contractor, after the counts are completed (up to three counts), shall prepare an Inventory Adjustment Report (DA Form 444) for all adjustments greater than $50.00 in value. The Contractor shall conduct causative research IAW AR 420-18, DA Pam 710-2-2, and 735-5. The research shall be recorded on the reverse side of the DA Form 444, and shall be continued on a separate sheet when needed. The Contractor shall complete and submit the report within 15 working days to the Accountable Officer with all forms required justifying entries annotated on DA Form 444. The Contractor shall post results into STAMIS within 10 working days after completion of inventory and approval of the results by the Accountable Officer. The Contractor shall prepare a fiscal year report to consolidate all major discrepancies. The Contractor shall prepare an Inventory Adjustment Report (IAR) balanced against financial records as per AR 420-18 and AR 710-2. The Contractor shall forward IAR to Accountable Officer for approval (CDRL C.5.9-10).

**C.5.9.3.15.2.3 Discrepancies**

The Contractor shall adjust inventory discrepancies IAW AR 420-18, AR 710-2, AR 735-5, and DA Pam 710-2-2. The Contractor shall generate a printed Inventory Adjustment Report and an updated inventory. The Contractor shall furnish the original documents of inventory to the Accountable Officer within 15 working days from identification of the discrepancy. The Accountable Officer will have final approval of all accountability adjustments.

**C.5.9.3.15.2.4 Special Inventories**

The Contractor shall conduct special inventories of material IAW AR 710-2, AR 735-5 and STAMIS Manuals.

**C.5.9.3.15.2.4.1 Weapons**

The Contractor shall perform monthly inventories of weapons in its control. The Contractor shall report weapons inventory discrepancies to the SRO within 1 hour on the same working day the discrepancy is discovered.

**C.5.9.3.15.2.4.2 Ammunition**

The Contractor shall perform quarterly inventories of ammunition in its control. The Contractor shall report ammunition inventory discrepancies to the SRO within 1 hour on the same working day the discrepancy is discovered.

**C.5.9.3.15.2.4.3 Installation Property Book Office Inventories**

The Contractor shall conduct required annual inventories for Property Book items IAW AR 710-2 and as requested by the Property Book Officer (PBO).

**C.5.9.3.15.2.4.4 Abandoned Property Inventories**

The Contractor shall conduct inventories of abandoned government property in its possession IAW A 420-18 and AR 700-84.

**C.5.9.3.15.3 Change in Accountable Officer**

Upon the transfer or termination of the Accountable Officer, the Contractor shall conduct a joint 100% physical inventory with the losing Accountable Officer and the gaining Accountable Officer IAW AR 735-5. The Contracting Officer will prepare a transfer document transferring accountability from the losing Accountable Officer to the gaining Accountable Officer. The Contractor shall reconcile the transfer document for shortages or overages.

**C.5.9.3.16 Location surveys**

Location surveys shall be accomplished prior to each inventory and as required by the Contracting Officer. The Contractor shall comply with inventory and location survey procedures IAW AR 420-18 and AR 710-2.

**C.5.9.3.17 Organizational Clothing and Equipment (OCIE)**

The Contractor shall manage a Consolidated Organizational Property Book (COPB) for the issue, warehousing, and turn-in of Organizational Clothing and Individual Equipment and other organizational property. The COPB manages and maintains approximately 50 line items. The Contractor shall maintain property book responsibility for OCIE IAW AR 710-2, AR 735-5, and DA Pam 710-2-1.

**C.5.9.3.17.1 Abstract**

The Contractor shall prepare summaries of issues, turn-ins, and adjustments to abstracts from soldier's clothing record at least once monthly IAW DA Pam 710-2-1.

**C.5.9.3.17.2 Special Purpose Items**

The Contractor shall issue, or requisition for issue, special purpose clothing and equipment items to individuals and units as directed by the Contracting Officer.

**C.5.9.3.17.3 Non-Expendable OCIE**

The Contractor shall maintain a Property Book for non-expendable OCIE IAW AR 710-2, and the OCIE STAMIS or other authorized automated system.

**C.5.9.3.17.4 Signature Cards**

The Contractor shall maintain a file of approved Notice of Delegation of Authority - Receipt for Supplies (DA Form 1687) for organizational representatives authorized to request, receive, turn-in, or exchange OCIE. The Contractor shall track and maintain signature cards for all hand receipt holders. When a signature card expires, the Contractor shall notify the holder of its expiration, and, at the direction of the Contracting Officer, freeze issues and turn-ins to that customer until the card is updated

**C.5.9.3.17.5 Files**

The Contractor shall maintain receipt and transaction files IAW applicable regulations. The Contractor shall maintain 2 years of files in active storage and the third year in inactive storage IAW AR 25-400-2.

**C.5.9.3.18 Equipment Management**

The Contractor shall manage the GFE. The Contractor shall review equipment authorizations list on the Installation TDA and shall make necessary requests for changes. The Contractor shall manage special equipment on lease/rental and shall review extended leases for early buy out if it is in the best interest of the Government. The Contractor shall provide independent on-site reviews of GFE. The Contractor shall identify GFE requirements that are base level commercial equipment for local procurement. The Contractor shall give consideration to include request for trade in the solicitation of bids as a means of lowering the purchase price on replacement equipment.

**C.5.9.3.18.1 C.5.9.3.17.1**

The Contractor shall maintain equipment records for use of report warranty actions and deficiencies for Army equipment IAW DA Pam 738-750. The Contractor shall review AR 700-138 for selected items of equipment subject to material condition status reporting and report these items as required. The Contractor shall comply with procedures IAW AR 385-10 to maintain loaned or leased equipment. The Contractor shall initiate requests in sufficient advance time for equipment replacement prior to expiration of warranty.

**C.5.9.3.19 Storage Operations**

The Contractor shall operate the storage and warehousing functions for Class II, III, IV, V, VII, IX and X supply. See TE C.3-3 for an inventory of government-furnished storage facilities.

**C.5.9.3.19.1 Operations**

The Contractor shall provide a safe and efficient warehouse operation that best utilizes storage space and facilities IAW DoD Regulation 4145.19-R-1, DA Pam 710-2-2, and TM 743-200-1. The Contractor shall store items so as to minimize loss, damage, and deterioration IAW AR 710-2.