**C.5.9.3.19.2 Central Turn-In Point (CTIP)**
The Contractor shall operate a Central Turn-In Point.

**C.5.9.3.19.2.1 Inspection and Classification**
The Contractor shall perform a visual, non-technical inspection and classification for items to be turned-in. The Contractor shall code each IAW STAMIS manuals. The Contractor shall inspect, determine, and record the state of serviceability of all property turned in by units or activities. The Contractor shall note condition code and prepare turn-in documentation for each condition code for all items before requesting disposition instructions, and update STAMIS to reflect condition codes. The Contractor shall verify items requiring technical inspections (e.g., electronics, mechanical) have a completed DA Form 2407 attached when the unit turns items in.

**C.5.9.3.19.2.1.1 Disposition/Disposal**
The Contractor shall request disposition instructions from NICP's and other appropriate agencies, and shall act upon all approved disposition directions. The Contractor shall utilize the Government recycling program to dispose of waste products whenever possible. The Contractor shall coordinate appointments for turn-in at DRMO. The Contractor shall follow all instructions for preparation of items to be turned in to DRMO.

**C.5.9.3.19.2.1.2 Condition Code**
The Contractor shall classify, segregate, and account for items by condition codes within 10 working days after receipt. The Contractor shall annotate the turn-in document to reflect the quantities by condition codes. The Contractor shall place condition Code A, B, and C items in stock if needed and set aside Code F and H items for future shipment to DRMO.

**C.5.9.3.19.2.1.3 Process into STAMIS**
The Contractor shall process turn-in documents into STAMIS within 1 working day after classification is completed.

**C.5.9.3.19.2.2 Found On Installation Property**
The Contractor shall accept (with or without paperwork) turn-in of "Found-On-Installation" (FOI) property IAW AR 710-2. The Contractor shall process and return items to inventory or process for disposal. The Contractor shall receive turn-in of excess/surplus, scrap/salvage, or unserviceable/not economically repairable items. The Contractor shall prepare the paperwork to process these items out of the Army inventory.

**C.5.9.3.19.2.3 Free Issue of Excess Items**
The Contractor shall provide excess items as "free issues", if authorized by the accountable officer. If not issued, the Contractor shall process the turn-in as a receipt not due in. The Contractor shall provide a copy of the receipt and issue document, if applicable, to CBS-X central collection activity.