**C.5.9.3.19.2.4 Schedule Appointments**

The Contractor shall schedule appointments for turn-in of material, supplies, and scrap during normal working hours, at the request of the customer.

**C.5.9.3.19.2.5 Walk-In Customers**

The Contractor shall service customers arriving at Inspection/Classification on a walk-in basis (no appointment scheduled) as time and staffing allow. If a walk-in customer cannot be serviced within 1 business hour, the Contractor shall schedule an appointment for the customer to return. Customers will only be serviced on a walk-in basis if they have 10 or fewer line items for turn-in.

**C.5.9.3.19.2.6 Verify Documents and Items**

The Contractor shall verify turn-in documentation is complete before accepting turn-in. The Contractor shall verify DA Form 2765-1 or DD Form 1348 series documents, is used and properly filled out by the turn-in customer. The Contractor shall verify equipment and material turned in agrees with the equipment and material listed on turn-in documents.

**C.5.9.3.19.2.7 Identification**

The Contractor shall identify by stock number all items that are turned in. If a stock number is not listed on the turn-in documentation, or if the stock number is invalid, the Contractor shall research the item in order to identify a stock number. If no stock number is available, the Contractor shall classify the item by Federal Supply Class (FSC) and assign an MCN. It is estimated that the Contractor shall be required to research an average of 200 unidentified items per month.

**C.5.9.3.19.2.8 Processing**

The Contractor shall perform special processing for certain turned-in items. An average of 300 items per month requires special processing. These items include, but are not limited, to those described below.

**C.5.9.3.19.2.8.1 Radioactive Equipment and Components**

The Contractor shall hold most radioactive equipment for the annual collection of such materials. The Contractor shall, when shipping or transporting radioactive equipment and components, contact and coordinate with the Installation Safety Officer for instructions, comply with packing instructions given, and have the Safety Officer present to witness and verify packing.

**C.5.9.3.19.2.8.2 Serial Numbered Equipment**

The Contractor shall research property accountability documentation such as Reports of Survey, Cash Collection Vouchers, and Statement of Charges prior to accepting for turn-in serial numbered items that are not documented on the hand receipt of the activity requesting turn-in. The Contractor shall provide appropriate instructions on each undocumented turn-in. The Property Book Officer shall be notified of the request for turn-in and the results of research the same day the request for turn-in is made.

**C.5.9.3.19.3 Materials Handling Equipment (MHE)**

The Contractor shall use MHE in the course of supply operations. The Contractor shall perform safety checks and first echelon maintenance at the start of each work day and shall record the result in the MHE logbook.

**C.5.9.3.19.4 House Keeping**

The Contractor shall maintain all warehousing and operational areas under its control in an orderly and clean condition. The Contractor shall remove all refuse and debris generated by supply operations at the end of each working day. The Contractor shall clean/sweep areas at least weekly.

**C.5.9.3.19.5 Maintenance**

The Contractor shall regularly inspect stored items for damage and deterioration. The Contractor shall notify the Accountable Officer of all damage and deterioration. The Contractor shall take corrective action as directed by the Accountable Officer.

**C.5.9.3.19.6 Loading and Unloading**

The Contractor shall unload and warehouse incoming shipments and load outgoing shipments in the Ammunition Supply Point (ASP) and Central Receiving Point (CRP) inspection and classification areas as directed by the Contracting Officer in conjunction with supply operations. The Contractor shall load Contractor-driven and other vehicles to transport items to disposition location. The Contractor shall verify that vehicles are loaded evenly, correctly for the type of vehicle being loaded, and that they do not exceed the weight limit of the vehicle type. The Contractor shall band and strap down loads as required to secure them.

**C.5.9.3.19.6.1 Vehicles**

The Contractor shall operate non-tactical vehicles of all types, including both track and wheeled vehicles. The Contractor shall move vehicles to and from storage areas, and load, unload, and brace vehicles as required for transportation to and from required locations.

**C.5.9.3.19.6.2 Shipping**

The Contractor shall prepare and ship items to their destination when instructed to do so. Preparation includes, but is not limited to, preparing paperwork, preparing shipping materials, and taking packages to a central shipping location.

**C.5.9.3.19.6.3 Safety**

The Contractor shall verify vehicles used for transportation are safe and carry the correct equipment required for the load. The Contractor shall verify vehicles transporting hazardous materials carry the correct permits and markers.

**C.5.9.3.19.7 DRMO Deliveries**

The Contractor shall obtain the Contracting Officer's approval for disposal action before items are sent to DRMO. The Contractor shall transport approximately 10 truckloads of materials to DRMO weekly. The Contractor shall transport scrap and other materials and equipment

separately, and shall separate scrap metals by type. The Contractor shall arrange for delivery, and if delivery is not possible, shall continue attempts for delivery until they are successful.

**C.5.9.3.19.7.1 Movement and Shipment**

The Contractor shall load, pack, crate, palletize, and transport items to be turned in to Defense Reutilization and Marketing Office (DRMO) or NICP. Examples of material, supplies, and scrap to be turned in include, but are not limited to: copper, light metals, heavy metals, Automated Data Processing (ADP) items, Quarters Furnishings, used vehicle parts and direct replacement parts that have scrap value only, clothing, books, office equipment, used electrical motors, and vehicles. The Contractor shall attach documentation to each item, provide the driver a copy of the documentation, and verify that the documentation is complete and approved by the Contracting Officer.

**C.5.9.3.19.7.2 Proof of Delivery to DRMO**

The Contractor shall, upon delivery of items to DRMO, obtain a stamped copy of the turn-in document. The Contractor shall process the turn-in into the STAMIS within 2 working days. If DRMO cannot complete documentation upon delivery of the property, the DRMO will mail the document(s) to the Contractor.

**C.5.9.3.19.7.3 Screening DRMO**

Monthly the Contractor shall screen DRMO for serviceable or repairable items.

**C.5.9.3.19.7.3.1 Clean Tools and Tanks**

The Contractor shall check tools for cleanliness and tanks to see that they are empty and steam cleaned. The Contractor shall triple rinse tanks, prepare a letter indicating what the tank held and the chemical used to clean it. The Contractor shall include the letter with the turn-in documentation. An average of 5 items per month requires special cleaning.

**C.5.9.3.19.7.3.2 Vehicles**

In the case of vehicles that will be driven to the disposal site, the Contractor shall leave only enough fuel in the tank to reach the destination. If the vehicle has a known hazard, the Contractor shall provide 2 escort vehicles, 1 ahead of and 1 behind the vehicle being turned in.

**C.5.9.3.19.7.3.3 Generators**

Generators shall be drained and the batteries removed.

**C.5.9.3.19.7.3.4 Holding Items for Installation Use**

The Contractor shall maintain a list of customers who are looking for standard and non-standard items. When such an item is received, the Contractor shall contact the customer and provide it to him or her. The Contractor shall hold such material for 20 working days. If not claimed, the material shall be put back into stock for use. Approximately 25 items per quarter are provided to customers.