**C.5.9.3.19.7.4 Controlled items**

Controlled items shall be retained until disposition instructions are obtained from NICP. At that time the Contractor shall comply with the NICP disposition instructions.

**C.5.9.3.19.8 Stock Control/Management**

The Contractor shall control/manage supplies, material, and equipment.

**C.5.9.3.19.8.1 Denial Rate**

When stock is not available for issue, the Contractor shall annotate the document as a warehouse denial. The warehouse denial rate shall not exceed 1 percent per month of the total MRO's.

**C.5.9.3.19.8.2 Rotation**

The Contractor shall use established stock rotation techniques to use and issue oldest items first.

**C.5.9.3.19.8.3 Stock Replenishment Shipments**

The Contractor shall handle all stock replenishment shipments IAW AR 420-18, AR 710-2, AR 725-50, DA Pam 710-2-2 and STAMIS manuals. The Contractor shall place stock in the correct location within 2 working days after receiving the shipment.

**C.5.9.3.19.8.4 Locations**

The Contractor shall track and record the location of each stored item. The Contractor shall update stock control location information in system and on bulk or bin as the changes occur. All temporary and permanent changes or movements of material in or out of warehouse areas shall be annotated in stock control files and provided to the Contracting Officer within 2 working days of the change or movement IAW location change procedures in STAMIS manuals. (CDRL C.5.9-11)

**C.5.9.3.19.8.5 Security**

The Contractor shall verify storage facilities meet physical security requirements IAW AR 190-11, AR 190-13, and AR 190-51. The Contractor shall limit access to areas where supplies and material are stored; to allow only authorized personnel in those areas. The Contractor shall keep high-value and classified items in locked areas. The Contractor shall be responsible for all property transferred to storage, or to the activity to which the property is consigned, until the transfer is consummated by the signature of an individual authorized to receive property of an assigned DODAAC or his designee.

**C.5.9.3.19.8.6 Continuity of Operations Plan (COOP)**

The Contractor shall maintain a COOP. The Contractor shall designate new locations for materials as required. Only 1 primary location shall be used to store quantities of an item in any 1 condition IAW AR 725-50 and STAMIS Manuals. Alternate locations shall be used to store overflow quantities.

**C.5.9.3.19.8.7 Receipt Documents**

After assigning a permanent location for material, either bulk or bin, the Contractor shall annotate the receipt document with the assigned location of the material. The storage code, date stored and completed receipt document shall be maintained as a part of stock control files. The Contractor shall correct all rejects within 2 working days.

**C.5.9.3.19.9 Storage Types**

The Contractor shall provide the following types of storage.

**C.5.9.3.19.9.1 Temporary Storage**

The Contractor shall temporarily store property consigned to Fort McPherson/Fort Gillem activities until the consignee can receive the property. This includes temporary storage of bulk. Likewise, the Contractor shall temporarily store property turn-ins until receiving disposition instructions.

**C.5.9.3.19.9.2 Radioactive Material Storage**

The Government will furnish, and the Contractor shall maintain, a centralized, secure shelter for storage of radioactive material. The Contractor shall avoid unnecessary exposure of personnel to radiation. The Contractor shall maintain a capability to identify and safely store radioactive and hazardous material. The Contractor shall maintain appropriate markings in and around the storage area IAW MIL-STD 129-1. The Contractor shall receive, store, issue, ship, account for and handle radioactive material IAW AR 40-14, AR 385-11, AR 700-64, and TM 743-200.

**C.5.9.3.19.9.3 Sensitive and Pilferable Items Storage**

The Contractor shall control, manage, and use so as not to cause pilferage of sensitive items. The Contractor shall store such items in secure cages provided by the Government and maintained by the Contractor. The Contractor shall keep all such areas locked except when access is required and shall maintain strict control of all keys by serial number. The Contractor shall only allow authorized personnel into secure areas. Pilferable material and supplies shall be stored and controlled by the Contractor IAW AR 190-51, AR 420-18, AR 710-2, TM 743-200-1, and TM 743-200-2.

**C.5.9.3.19.9.4 Turn-in and Scrap Storage**

The Contractor shall provide warehouse support to store items turned in, and items to be disposed of. The Contractor shall store and tag these items denoting status of material and date material was placed in temporary storage awaiting turn-in.

**C.5.9.3.19.9.4.1 Weapons**

The Contractor shall secure all weapons that are received or turned-in IAW AR 190-11. The Contractor shall furnish the Maintenance Division, Military Police and the Accountable Officer with a list of authorized personnel to enter the Arms Room.