**C.5.9.3.19.10 Expanded Self Help/Tool Room**

The Contractor shall maintain and operate an Expanded Self Help/Tool Room Warehouse with items necessary for the Self Help Program IAW AR 420-22, AR 210-50 and the Fort McPherson Standard Operating Procedure No. 96-06 provided in the technical library housed in Building 358. Self-Help support includes supporting property, troop, family housing, unit activity, and DIS RPMA shop support. DIS RPMA shop support is limited to the exclusive use of the DIS Shop personnel and shall not be issued to any other self help customer. The Contractor shall perform to the standards of this contract.

**C.5.9.3.19.10.1 Operations**

The Contractor shall request, receive, stock and issue approved self-help supplies, materials, and equipment. The Contractor shall plan, schedule, account for and maintain records and files.

**C.5.9.3.19.10.1.1 General**

The Contractor shall maintain sufficient common repair and maintenance materials on hand to support DIS RPMA team requirements. The Contractor shall provide monthly recommendations for additions or deletions to the Government list based on actual usage requirements.

**C.5.9.3.19.10.1.2 Verify Self Help Requests**

The Contractor shall verify that self help requests are within the purview of self help guidance. The Contractor shall only issue the items that are needed and allowed for the proposed work. The Contractor shall publicize and encourage participation in the Self-Help program.

**C.5.9.3.19.10.1.3 Unit Self Help**

The Government will provide the names and signature cards (DA Form 1687) of unit Self Help coordinators to the Contractor. The Contractor shall maintain current records of these coordinators based on the information furnished by the activity. Signature cards are only valid for a period of 1 year. The Contractor shall verify the Self-Help coordinator signs all requests before issuing materials. The Contractor shall only issue to authorized personnel.

**C.5.9.3.19.10.1.3.1 Approved Requests**

The Contractor shall only issue to units on an approved request. The Contractor shall issue all self help tools and equipment on a DD Form 1150, Request for Issue or Turn In, DD Form 1348-1, or DD Form 3161.

**C.5.9.3.19.10.1.3.2 Valid Documentation**

The Contractor shall verify the unit requesting materials has a valid Service Order (SO), Individual Job Order (IJO), or Standing Operations Order (SOO) approved by the Contracting Officer or designated representative. The Contractor shall only provide those items of material authorized on the work request and shall document reimbursable materials or supplies.

**C.5.9.3.19.10.1.3.3 Self Help Tools**

The Contractor shall provide for issue and hand receipt of hand and small power tools (does not include power mowers) to unit customers as authorized. The Contractor shall maintain sufficient