common repair and maintenance materials on hand to support unit self help requirements. The customer will fund materials not included on the approved self-help list.

**C.5.9.3.19.10.1.3.4 Authorized Customer**

The Contractor shall issue materials to authorized unit customers on an as-required basis. The Contractor shall list materials on an issue slip and have the customer sign it prior to release of the material. The Contractor shall maintain the records of materials issued for each customer.

**C.5.9.3.19.10.1.3.5 Special Order Items**

The Contractor shall coordinate the purchase and delivery of non-stocked, special ordered items for authorized troop self help project with the customer and the Contracting Officer.

**C.5.9.3.19.10.1.3.6 Maintain Records**

The Contractor shall maintain records of all items (materials, supplies and equipment) issued. The Contractor shall include the following information on the records: date of issue, individual item and total cost, number of items issued, transaction number, unit of issue, signature of person receiving the items and signature of person issuing the items. The Contractor shall verify that issue information is entered in IFS-Supply within 2 working days.

**C.5.9.3.19.10.1.4 Housing Self Help**

This program involves occupants doing Self Help work, which normally would be done by homeowners, to conserve their own funds and to preserve their individual premises. The Contractor shall furnish family housing units' occupants with limited instructions, materials, supplies and the temporary loan of equipment as authorized. The Contractor shall receive a request for materials and supplies for housing occupants from the Housing Division. The Housing Division will obtain the approval of the Cultural Resources Manager before requesting materials and supplies for housing occupant self help work in historical quarters. The Contractor shall issue and deliver the materials and supplies to the appropriate housing occupant within 3 working days of receipt of the request. Workload associated with the self-help program is at TE C.5.9-1.

**C.5.9.3.19.10.1.4.1 Housing Occupants**

The Contractor shall maintain a current listing of names of occupants assigned to quarters as provided by the Housing Officer. The Government will provide updates upon occupant change. The Contractor shall maintain a record of the dollars spent by each unit for self-help materials, supplies, and equipment. Occupants of family housing are authorized a $200.00 self help material limitation per year. When the total dollar amount expenditure reaches $200.00 for an individual unit, the Contractor shall not issue materials, supplies, or equipment to the tenant without the written authorization of the Family Housing Officer.

**C.5.9.3.19.10.1.4.2 Authorized Paint**

The Contractor shall issue paint to Housing occupants only if approved by the Family Housing Officer and in compliance with Fort McPherson Hazardous Material program. The paint issue authorization will identify the areas to be painted. The Contractor shall determine the level of