paint stockage needed based upon previous demand history. The Contracting Officer will furnish a listing of approved paint for issue under the self-help program. Only paint on the approved list will be issued.

**C.5.9.3.19.10.1.4.3 Housing Self Help Tools**
The Contractor shall issue tools and equipment on request to each family housing occupant on a temporary loan basis. The Contractor shall obtain the signature of the housing occupant on the temporary loan document before issuance and retain in suspense during the loan period. Upon return of tools and equipment from occupant the Contractor shall obtain the signature of the housing occupant annotating turn-in. The Contractor shall maintain a file copy of the completed loan.

**C.5.9.3.19.10.1.5 Manage Tool and Equipment Requirements**
The Contractor shall manage the tool and equipment requirements to include requisitioning, hand receipt, recovery and minor maintenance of the items. The Contractor shall verify hand receipt equipment is returned to the self-help activity. The Contractor shall notify the Contracting Officer of equipment shortages.

**C.5.9.3.19.11 Hazardous Material Pharmacy**
The Contractor shall operate a Hazardous Material Pharmacy (HAZMAT RX) for the issue, control, recording and turn-in of Ozone Depleting Substances (ODS) HAZMAT.

**C.5.9.3.19.11.1 HAZ MAT Standard Operating Procedure**
RESERVED.

**C.5.9.3.19.11.2 Issue Refrigerants**
RESERVED

**C.5.9.3.19.11.3 Monitor Refrigerants**
RESERVED

**C.5.9.3.19.11.4 Hazardous Materials**
RESERVED

**C.5.9.3.19.11.5 Explosive, Flammable, and Combustible Materials**
RESERVED

**C.5.9.3.19.11.6 Weigh Refrigerants**
RESERVED

**C.5.9.3.19.11.7 Maintain ODS**
RESERVED

**C.5.9.3.19.11.8 Recovery Tanks**
RESERVED

**C.5.9.4 Installation Property Management**
The structure stipulated for the Fort McPherson Installation Property Management Branch (Property Books) can be found in the Technical Library.

**C.5.9.4.1 Property Book Files**
The Contractor shall maintain property book files IAW AR 710-2, AR 735-5, AR 420-18 and STAMIS manuals for the Contracting Officer. The Contractor shall assist the Property Book Officer (PBO) in the operation and maintenance of the Consolidated Installation, Organizational and Furnishings Management property books. The Contractor shall use the government-determined STAMIS, currently Standard Property Book System-Redesigned (SPBS-R), for all Property Book transactions.

**C.5.9.4.1.1 Incoming Documents**
The Contractor shall receive, edit, and process incoming documents to include requisitions, lateral transfers, statements of charges, cash collection vouchers, turn-ins, administrative adjustment report, ammunition requests, signature cards, and receipt documents. The Contractor shall resolve incorrect or incomplete data with the requester. (See TE C.5.9-1 for workload data)

**C.5.9.4.1.2 Administrative Adjustment Report**
The Contractor shall prepare the DA Form 4949, Administrative Adjustment Report (AAR), to support any minor adjustments that are needed to correct data in the automated property book system. All Administrative Adjustment Reports shall be approved and signed by the appropriate Property Book Officer prior to entry into the automated system. (See TE C.5.9-1 for workload data)

**C.5.9.4.1.3 Output Data**
The Contractor shall provide the Property Book Officers, upon request, copies of all output data from the automated property book system.

**C.5.9.4.2 Customer Purchases**
The Contractor shall review purchases made directly by customers for items which are required to be accounted for on the Installation Property Books and notify the Property Book Officer prior to entering data into the automated system. This process has averaged approximately 1 hour per week.

**C.5.9.4.3 Transaction Listing**
The Contractor shall request and validate the STAMIS transaction listing daily to verify all property book postings are correct. The Contractor shall make approved corrections IAW STAMIS Manuals.

**C.5.9.4.4 Document Registers**

The Contractor shall maintain document registers for expendable, durable items and for non-expendable items IAW DA Pam 720-2-1, Chapter 2. The Property Book Officer will assign the Contractor a block of document numbers to each type of item requested. The Contractor shall assign document numbers from the appropriate block of numbers to the supporting documentation. The Contractor shall post current status when received IAW DA Pam 710-2-1.

**C.5.9.4.5 Hand Receipts**

The Contractor shall maintain a hand receipt folder for each hand receipt. The Contractor shall maintain communication with each of the hand receipt holders and their delegated representatives (authorized customers). The Contractor shall create new, update expired, and delete outdated hand receipt accounts after Property Book Officer approval. The Contractor shall provide printouts of current hand receipts for supported units/activities as requested and required for inventory and other purposes. The Contractor shall verify approved Notice of Delegation of Authority Receipt for Supplies (DA Form 1687) are current (correct name, signed, and dated) and maintain for each hand receipt holder.

**C.5.9.4.5.1 Review Hand Receipt Accuracy**

The Contractor shall verify all items to be turned in are actually on the Hand Receipt of the activity requesting turn-in and shall verify all required inspections and maintenance are complete prior to turn-in. The Contractor shall update hand receipt files as appropriate after approval of Property Book Officer and turn-in is complete.

**C.5.9.4.5.2 Training**

The Contractor shall provide newly appointed hand receipt holders training on duties, responsibilities, policies, procedures, and regulatory requirements prior to assuming responsibility of property (CDRL C5.9-12).

**C.5.9.4.5.3 Policy**

The Contractor shall provide written policy and regulatory changes to hand receipt holders as changes occur.

**C.5.9.4.6 Inventory**

The Contractor shall verify that hand receipt holders perform 100% physical inventories annually, and upon a change of PBO's, prepare required documentation and make adjustments as authorized IAW AR 710-2 and DA Pam 710-2-1. The Contractor shall notify hand receipt holders to conduct required inventories, prepare specified documentation, and perform specified actions and reconciliations IAW DA Pam 710-2-1. The Contractor shall make adjustments after approval of the Property Book Officer. The Contractor shall brief all hand receipt holders on responsibilities for semi-annual and annual updates/inventories at the time of the scheduled update/inventory.

**C.5.9.4.7 Lost, Damaged, or Destroyed Property**

The Property Book Officer shall receive, review for correctness, conduct and record causative research, assign document number, and forward all Reports of Survey, DA Form 4697, and other authorized adjustment documents that account for lost, damaged, or destroyed property IAW AR 735-5. The Contractor shall take necessary actions after completion of survey results IAW AR 735-5. Failure on the part of the responsible hand receipt holder to initiate adjustment will require the Contractor to initiate and process appropriate documentation. An average of 25 Reports of Survey are processed annually.

**C.5.9.4.8 Reconciliation**

The Contractor shall provide reconciliation information to customers upon request. This requirement for information will increase during the last 60 calendar days of the fiscal year. The Contractor shall perform monthly due-in and due-out reconciliation in conjunction with stock control activities. The Contractor shall contact units to resolve any discrepancies found and make adjustments to listing and document registers as necessary.

**C.5.9.4.9 Discrepancies**

The Contractor shall prepare SF Form 364, Report of Discrepancy (ROD), for all discrepancies that cannot be resolved and forward it to the Installation Property Book Officer for signature. Once signed, the Contractor shall deliver the form to stock record account (SRA) for further processing.

**C.5.9.4.10 Reports**

The Contractor shall forward documentation that requires signature to the Installation Property Book Officer. The Contractor shall check these documents for accuracy and completeness IAW regulatory requirements and guidance from the Property Book Officer.

**C.5.9.4.11 Issue**

The Contractor shall request, receive, and account for all supplies and equipment used by supported Installation activities and units as authorized by the Common Table of Allowances (CTA), Table of Distribution and Allowances (TDA), or special authorization. This shall include equipment used by the Government staff and Government furnished property. Services required are as specified using the instructions and procedures contained in AR 710-2, AR 735-5, DA Pam 710-2-1, AR 210-50, AR 420-18, TM 738-750, STAMIS Manuals, and future automated systems as implemented by the Government.

**C.5.9.4.12 Requisitions**

The Contractor shall process the requests for equipment, intrusion detection systems, and centrally funded items.

**C.5.9.4.12.1 Medical Supplies**

The Contractor shall refer requests for medical supplies to the Medical Supply Activity, Ft McPherson, GA.

**C.5.9.4.12.2 Equipment**

The Contractor shall receive DA Form 2765, Request for Issue or Turn-In, DA Form 3953, Purchase Request, or locally approved form from customers requesting issue of equipment. The Contractor shall determine if personnel authorized to request equipment sign the request. After verifying that the request has the proper signatures, the Contractor shall edit the request for accuracy.

**C.5.9.4.12.3 Intrusion Detection Systems**

The Contractor shall requisition Intrusion Detection Systems (IDS) off-line. After funding approval, the Contractor shall request IDS equipment, establish and maintain property accountability, and report receipt of property to the Directorate of Public Safety and DIS Equipment Maintenance Branch.

**C.5.9.4.13 Other Property Book Transactions**

The Contractor shall prepare and forward other property book transactions, such as lateral transfers and temporary loans to the Installation Property Book Officer for review and further processing to obtain signatures prior to transaction completion.

**C.5.9.5 Ammunition and Explosives (A&E)**

The Contractor shall perform work and operate an Ammunition Supply Point (ASP) in a safe, secure and efficient manner.

**C.5.9.5.1 Mission**

The Contractor shall operate the ASP at Fort Gillem. The Contractor shall conduct ASP operations IAW approved and generally accepted DoD, U.S. Army, FORSCOM, and the local garrison policies, practices, and procedures as stated below or as referenced in Section C.6. The Contractor shall keep Georgia Army National Guard (GAARNG) state contingency ammunition basic loads up to date IAW the annual Memorandum of Agreement (MOA) between United States Property and Fiscal Officer, State of Georgia, and DIS, Fort McPherson, GA. The Contractor shall requisition, receive, store, safeguard, and issue A&E, and provide advice and assistance to authorized customers. Authorized customers include, but are not limited to, U.S. Army Components (Active, Reserve, National Guard, and ROTC) at and satellites on Fort McPherson and other DoD elements approved by the Contracting Officer. The Contractor shall function under the technical guidance of the Contracting Officer and Government Quality Assurance Surveillance Ammunition Specialist (QASAS) personnel located at Fort Benning, GA.

**C.5.9.5.2 Automated Stock Record Account**

The Contractor shall maintain an automated stock record account for balances in the Fort Gillem ASP account. The Contractor shall keep Ammunition Basic Loads up-to-date for Fort McPherson and Fort Gillem IAW FORSCOM Reg. 700-3. The Contractor shall maintain an up-to-date listing of Ammunition Restriction Notices IAW TB 9-1300-385. The Contractor shall maintain access to an ammunition reference library in hard copy or electronic form. The

Contractor shall maintain a Register of Vouchers to a Stock Record Account (DA Form 272) as per AR 710-2-2 of all transactions.

**C.5.9.5.2.1 Master Ammunition Suspension & Restriction Record**

The Contractor shall maintain and update the Master Ammunition Suspension and Restriction Records for the installation. The Contractor shall receive Notice of Ammunition Reclassifications (NAR) by sequentially numbered messages. The Contractor shall maintain ammunition suspension supplemental notices until quarterly update of TB 9-1300-385 by AMCOM is received. The Contractor shall screen all supplemental notices at time of receipt of the update to verify they have been published in the quarterly update. The Contractor shall notify the QASAS of any supplements that are not published in the quarterly update of the TB 9-1300-385. The Contractor shall notify the QASAS of any messages not received in sequential order or missing messages.

**C.5.9.5.2.2 Suspended A&E**

The Contractor shall post, and remove from issue status, suspended lots of A&E within two hours after receipt of notice. Suspensions and restrictions shall be posted on the affected Lot Locator records IAW DA Pam 710-2-2. The Contractor shall use DA Form 3782, Suspended Notice, to identify stocks in storage that are prohibited from issue and use. The Contractor shall notify the QASAS when messages received require ammunition condition code changes. The Contractor shall post suspensions and restrictions of the affected Lot Locator Records IAW DA Pam 710-2-2.

**C.5.9.5.2.3 Accountability**

The Government will retain responsibility for formal property accountability, requisition approval, ammunition surveillance, classification of A&E stored at the ASP, and inspection not including the 100% visual inspection (certification of inventory is a Government responsibility).

**C.5.9.5.2.4 Requisitions**

The Contractor shall transmit or mail requisitions, after Contracting Officer approval, to the National Inventory Control Point (NICP) at the Industrial Ordinance Command (IOC), Rock Island, IL. The Contractor shall requisition A&E based on active Army 90-day training requirement and other units' basic load, operational load, and training requirements.

**C.5.9.5.2.4.1 90-Day Operational Load**

The Government will furnish and update Fort McPherson active Army 90-day operational load and training requirements. The Directorate of Training (DOT) will review and validate prior to submission to the Contractor. Once submitted to the Contractor, the Contractor shall submit necessary (not currently in stock) requisitions to the Contracting Officer for approval.

**C.5.9.5.2.4.2 Basic Load Requirements**

Fort McPherson active Army units will submit to the Contractor, after FORSCOM (G4) approval, documents reflecting total basic load requirements (DA Form 581). The Contractor shall review requirements prior to submission of open requisitions to the Contracting Officer for

approval. The Contractor shall forward approved requisitions to the NICP for each unit's basic load IAW FORSCOM Reg. 700-3. The unit will notify the Contractor in writing of any changes in basic load requirements.

**C.5.9.5.2.4.3 Training & Operational Load Requirements**

The Contractor shall maintain a minimum of a 90-day stockage (inventory) of A&E in support of training and operational load requirements, as authorized by AR 710-2 and FORSCOM Reg. 700-4. The Contractor shall maintain basic load A&E required for immediate issue to select Table of Organization and Equipment (TO&E) units at Fort McPherson. The Contractor shall maintain an automated stock record account recording receipts, issues, turn-ins, inventories, inventory adjustments, disposals, suspensions, and shipments.

**C.5.9.5.2.4.4 Allocated A&E**

The Contractor shall not requisition allocated A&E until monthly FORSCOM allocations are received. The Contractor shall adjust requisitions in order to meet projected shortfalls. The Contractor shall adjust requisitions for non-allocated small arms A&E to the closest standard pack equal to or exceeding the quantity required. Requisitions shall be transmitted or mailed to the NICP using DD Form 1348-1. The Contractor shall receive a training ammunition forecast from the Contracting Officer and determine the authorized quantity to requisition to maintain the correct stockage level.

**C.5.9.5.2.5 Quarterly Closed Inventory**

The Contractor shall conduct a quarterly closed inventory of A&E IAW AR 710-2. The Contractor shall conduct inventories during the time specified by the Government. The Contractor shall close the ASP for inventory for no longer than 2 working days. The Contractor shall process issue and turn-in requests during the inventory after approval by the Contracting Officer. The Contractor shall coordinate with the Contracting Officer in assigning disinterested personnel to conduct inventory.

**C.5.9.5.2.6 Housekeeping**

Upon entering a magazine, the Contractor shall remove vegetation and flammable debris. The Contractor shall police the ASP weekly, to include the area within the perimeter of the ASP fence line and the 10 foot wide strip surrounding the ASP outside the fence line. The Contractor shall sweep opened magazines on a weekly basis. The Contractor shall sweep unopened magazines on a monthly basis.

**C.5.9.5.2.7 Operating Hours**

Normal operating hours for Ammunition Issue/Turn-In are 0800 to 1400 hours, Monday through Friday, except Government holidays or as otherwise announced by the Government. The Contractor shall issue ammunition to and accept turn-ins of ammunition from supported units and customers during other-than-normal operating hours within 2 hours after notification of the requirement (average of 1 request per month). The Contractor shall designate in writing to the Contracting Officer an after-hours point of contact.

**C.5.9.5.2.8 Standing Operating Procedure (SOP)**

The Contractor shall operate IAW Fort McPherson SOP AFZK-DLS-3. If there is a conflict between this SOP and any pertinent regulation, the regulation shall be the one that governs. The Contractor shall update this SOP annually by submitting recommended changes to the Contracting Officer for approval. After approval, the Contractor shall update and distribute the SOP to active customers.

**C.5.9.5.2.9 Ammunition Information Notices**

The Contractor shall maintain a file of all ammunition information notices received and shall distribute copies to all affected units. The Contractor shall take necessary action required by the notices that affect the ammunition mission. The Contractor shall inform the QASAS of all changes in operations and procedures mandated by messages received by close of business on the day the message is received. The Contractor shall take actions required based on the notices. Where required, the Contractor shall obtain the assistance or approval of the QASAS. The Contractor shall maintain messages until they expire or are rescinded.

**C.5.9.5.2.10 Signature Authority**

The Contractor shall verify each unit has a current DA Form 1687 in the ASP files prior to issuance of any A&E. The Contractor shall verify unit files include the commander's Assumption Orders. The Contractor shall review the DA Form 1687 upon receipt to verify it is current and prepared IAW AR 710-2 and other regulations to include required physical security screenings statements IAW AR 190-11. The Contractor shall refuse requests for issue or turn-in of A&E by customer without a current DA Form 1687 on file.

**C.5.9.5.2.11 Guidance Correspondence**

The Contractor shall prepare and distribute correspondence relaying guidance in A&E supply, usage and handling procedure, and ammunition policies to all supported units within 5 working days of preparation or receipt.

**C.5.9.5.3 Receipt**

The Contractor shall receive all A&E.

**C.5.9.5.3.1 Motor Carrier Deliveries**

Class A, B, or C A&E will be delivered by Motor Carrier only. Motor carrier deliveries will be made directly to the A&E storage area via Fort Gillem Flanker's gate. The Contractor shall coordinate the escort of the motor carrier with the Military Police (MP) from Flanker's gate to the ASP and return (if explosives are still on board).

**C.5.9.5.3.2 Ammunition Stores Slip (DA Form 3151)**

The Contractor shall not start receipt processing until an Ammunition Stores Slip (DA Form 3151) has been received picked-up from the Contracting Officer.

**C.5.9.5.3.3 A&E Receipts**

The Contractor shall process and coordinate all A&E receipts with the Contracting Officer prior to acceptance. The Contractor shall completely process all A&E items and submit receipt documents to the Contracting Officer no later than close of business the same day of receipt.

**C.5.9.5.3.4 Incoming A&E Shipments**

The Contractor shall inspect all incoming A&E shipments prior to off-loading, during off-loading, and prior to storage for any unsafe condition and shall conduct a 100% inventory of all A&E shipments received. The Contractor shall immediately conduct a 2nd inventory upon identification of a discrepancy. The Contractor shall immediately notify the Contracting Officer of any damage or discrepancies upon detection.

**C.5.9.5.3.5 Off-Load A&E Shipments**

The Contractor shall off-load all A&E received at the ASP. The Contractor shall handle all A&E to ensure maximum safety IAW TM 9-1300-206, Bureau of Explosives (BOE) Tariff A6.6000, FORSCOM Reg. 700-4, and other mandatory publications.

**C.5.9.5.4 Storage**

The Contractor shall store A&E in ASP bunkers IAW AR 190-11, AR 735-5, DA Pam 385-64, DA Pam 710-2-2, DoD 6055-9 STD, FORSCOM Reg. 700-4, TM 9-1300-206, and TM 38-250. The Contractor shall completely store A&E items in magazines by close of business the same day of receipt.

**C.5.9.5.4.1 Storage Space**

The Contractor shall incorporate safety, storage compatibility, and quantity-distance (QD) requirements with efficient utilization of available storage space IAW DoD 4145.19 R, TM 743-200-1, and other mandatory publications. The Contractor shall comply with the specific QD and compatibility storage requirements provided in writing by the QASAS.

**C.5.9.5.4.2 Magazine Data Card (DA Form 3020-R)**

The Contractor shall maintain a Magazine Data Card (DA Form 3020-R) for each type of A&E, recording receipts, issues, inventories, disposal, and suspension. The Contractor shall identify each lot that contains multiple serviceable condition codes, segregate the lot by condition codes, and complete a DA Form 3020-R for each serviceable condition code within the lot IAW AR 710-2.

**C.5.9.5.4.3 Unused Dunnage**

The Contractor shall remove unused dunnage from the magazine each time it is opened for receipt or issue of A&E. The Contractor shall transport and store at the SSA Storage Facility, Building 208-A, no later than close of business each working day dunnage is generated.

**C.5.9.5.4.4 Storage Planographs and Drawings**

The Contractor shall prepare and maintain storage planographs for each ammunition magazine IAW DoD 4145.19-R and TM 743-200-1 and furnish a current copy of the planographs to the

Contracting Officer upon request. The Contractor shall maintain a file of Army Materiel Command (AMC) storage drawings, listed in DA Pam 75-5.

**C.5.9.5.4.5 Ammunition Storage Data Record**

The Contractor shall provide updated information for the Ammunition Storage Data Record, DA Form 3262.

**C.5.9.5.4.6 Training Explosives**

The Government will utilize a portion of 1 ammunition magazine for Military Police Working Dogs personnel to store canine scent kit operational training explosives. The Contractor shall not have access to this portion of the magazine unless approved by the Contracting Officer.

**C.5.9.5.5 Turn-Ins**

The Contractor shall process turn-in of A&E items from authorized customer units and activities IAW AR 385-64, AR 710-2, AR 735-5, DA Pam 385-64, DA Pam 710-2-2, DoD 4145.19-R-1, FM 9-38, FORSCOM 700-4, MIL STD 129, TM 9-1300-206, TM 743-200-1, and other mandatory publications. The Contractor shall process an estimated 10 short tons per year of A&E items turned-in from customer units and activities, to include serviceable and unserviceable A&E, residue, packing materials, Ammunition Found on Post (AFOP), Amnesty Program turn-ins, and amended turn-ins as approved by the Contracting Officer. Workload data is provided at Technical Exhibit (TE) C.5.9-1.

**C.5.9.5.5.1 Coordination**

The Contractor shall comply with the turn-in schedule and priorities established by the Contracting Officer and shall coordinate all A&E turn-ins with the Contracting Officer prior to acceptance.

**C.5.9.5.5.2 Time Frames**

The established time frames for turn-in of A&E and residue (unfired, fired brass, residue, and packing materials) for reconciliation with issue documents are as follows:

| | |
|---|---|
| Active Army on post organization/activity | 5 working days from date of training |
| Active Army off post organization/activity | 20 working days from date of training |
| Local USAR and National Guard | 10 working days from date of training |
| Out of town USAR and National Guard | 20 working days from date of training |
| Active Army ammunition for saluting purposes, reveille, retreat, and funeral escort | 20 working days from date of event |
| ROTC | 60 working days from date of event |