**C.5.9.5.5.3 Documentation**

The Contractor shall not accept turn-ins unless a Request for Issue and Turn-In of Ammunition (DA Forms 581) and Ammunition Stores Slip (DA Form 3151) are prepared IAW DA Pam 710-2-1. The Contractor shall edit the document and process the pre-turn-in via the Standard Army Ammunition System (SAAS-4) to obtain the DA Form 3151. The Contractor shall forward the DA Form 3151 to the Supply Storage function for subsequent physical turn-in action.

**C.5.9.5.5.4 Live A&E**

The Contractor shall obtain training and written QASAS approval to inspect turn-in of live ammunition for reissue. The Contractor shall inspect the exterior of containers of live A&E to verify they are free of mud and debris prior to acceptance. The Contractor shall refuse entry into the storage area until containers are clean or unless otherwise informed by the Contracting Officer.

**C.5.9.5.5.4.1 Joint Inventory**

The Contractor shall perform a joint inventory of A&E turn-ins with the customer and verify lot numbers and amounts being turned-in. The Contractor and the customer shall sign DA Forms 581 and 3151. The Contractor shall post the amount turned-in as an increase to the Magazine Data Card (DA Form 3020-R) IAW AR 190-11, AR 710-2, DoD 5100.76-M, and TM 9-1300-206. The Contractor shall process the post-turn-in via the SAAS-4 to update accountable ammunition records and provide the Contracting Officer the original copies of DA Forms 581 and 3151.

**C.5.9.5.5.4.2 Segregated Property**

The Contractor shall perform 100% verification that the unit has property segregated serviceable and unserviceable ammunition, live rounds, unfired primers, explosives, and other dangerous material from inert residue. The Contractor shall verify that packing material is in a clean and dry condition.

**C.5.9.5.5.4.3 Live Ammo Turn-In**

The Contractor shall not accept turn-in of live ammunition that is not packed in the original containers without approval of the Contracting Officer. The Contractor shall verify sealed containers/boxes against DA Form 581, but shall not open them. The Contractor shall open all unsealed containers/boxes to verify the amount, DoD Identification Code (DODIC), lot number and serviceability, and shall place live ammunition in the assigned ammunition magazine if there are no discrepancies.

**C.5.9.5.5.4.4 Unused A&E**

The Contractor shall inspect unused A&E for serviceability and identification.

**C.5.9.5.5.4.4.1 Serviceable, Unused A&E**

The Contractor shall place serviceable, unused A&E in the inventory for reissue.

**C.5.9.5.5.4.4.2 Fair Wear and Tear A&E**

If unused A&E is unserviceable due to Fair Wear and Tear (FWT), the Contractor shall verify turn-in documentation is annotated FWT and includes a statement indicating why the item is unserviceable; e.g., that the item was issued in an unserviceable condition, did not seal in breech, or misfired.

**C.5.9.5.5.4.4.3 Damaged A&E**

If unused A&E is unserviceable due to damage or because proper identification (such as lot number) cannot be reasonably ascertained, the Contractor shall segregate unserviceable ammunition, place in condition code "K" (Suspended), and notify the QASAS for condition coding. The Contractor shall contact the QASAS (located at Fort Benning, GA) for advice on how to handle any live ammunition being turned-in that appears to be damaged. The Contractor shall report the QASAS condition coded unserviceable ammunition via DA Form 2415, Ammunition Condition Report, to the NICP for disposition. The Contractor shall store recoverable components of ammunition until economic shipment quantities are accumulated. The Contractor shall request disposition instructions from the NICP. The Contractor shall account for ammunition that has become unserviceable through other than FWT or that has been lost by a Report of Survey or Statement of Charges by the unit as specified in AR 735-5.

**C.5.9.5.5.4.5 Lost or Damaged A&E**

In instances where small arms cartridge cases are not recovered due to having been expended during moving exercises where it is not practical or possible to recover such case, the Contractor shall not accept turn-in unless the unit provides DA Form 5811-R, Certificate – Lost or Damaged Class 5 Ammunition Items. The Contractor shall verify the DA Form 5811-R includes a signed statement by the first Lieutenant Colonel (LTC) in the unit's chain of command which indicates the rounds were expended and providing the reason that they could not be recovered.

**C.5.9.5.5.5 A&E Residue**

The Contractor shall conduct a 100% visual inspection of all A&E residue items prior to signing Customer's DA Form 581 turn-in document. The Contractor shall notify the Contracting Officer of all A&E residue being turned-in. The Contractor shall completely process and properly store residue items turned-in by close of business the same day of receipt. The Contractor shall provide the Contracting Officer the original copy of the completed (signed) DA Form 581 the next working day.

**C.5.9.5.5.5.1 Expended Small Arms Brass**

The Contractor shall accept expended small arms brass. The Contractor shall screen brass for live rounds. When live rounds are found the Contractor shall not accept the brass, and shall inform the Contracting Officer of the incident. The Contractor shall weigh each caliber separately and count 1-for-1 for shotgun and 75mm cartridges and credit the customer's turn-in document accordingly by annotating the number of pounds or each physically received.

**C.5.9.5.5.5.2 No Live Ammo Statement**

The Contractor shall verify turn-in documents are annotated with the statement "THERE IS NO LIVE AMMO" and verify the unit commander or equivalent signs the annotation with their Name and Grade printed/typed below.

**C.5.9.5.5.6 Certifying Fired Brass Residue**

The Contractor shall immediately notify the Contracting Officer of any non-residue items prior to accepting certified "fired brass" residue. The Contractor shall remove and segregate all non-residue items, by category, such as live, blank, and dummy.

**C.5.9.5.5.7 Amnesty Program**

The Contractor shall accept, without documentation, ammunition turned-in under the Amnesty Program, as outlined in AR 710-2. The Contractor shall prepare DA Form 581 for all Amnesty Program ammunition turn-ins. The Contractor shall repack all AFOP and Amnesty Program A&E residue turn-ins and assign condition code "K" (suspended until inspected/classified by QASAS). The Contractor shall report the type of ammunition and quantity to the Contracting Officer within 1 hour after receipt. The Contractor shall process and properly store all AFOP and Amnesty Program items by close of business the same day.

**C.5.9.5.5.8 Preparing A&E for Storage**

The Contractor shall assist customers with preparing A&E for storage. The Contractor shall place off-loaded A&E items in storage locations. The Contractor shall verify the inspection and storage site for A&E turn-in complies with the quantity distance requirements IAW DA Pam 385-64, DoD 4145.19-R-1, FM 9-38, FORSCOM 700-4, MIL STD 129, TM 743-200-1, and TM 9-1300-206, and is approved by QASAS. The Contractor shall utilize government-furnished equipment (GFE) and contractor-furnished equipment (CFE), when necessary, to off-load A&E items and place in storage locations.

**C.5.9.5.5.9 Excess A&E**

The Contractor shall report excess A&E to the NICP or to HQ FORSCOM if contained on FORSCOM list of items requiring allocation. The Contractor shall dispose of A&E per instructions received from NICP or FORSCOM.

**C.5.9.5.5.10 Posting**

The Contractor shall receive unused, live ammunition and recoverable components of ammunition issues (e.g., fired brass) and post to the stock record account. The Contractor shall reconcile applicable issue documents (DA 581) accordingly.

**C.5.9.5.6 Issues**

The Contractor shall process issues of serviceable A&E for an average of 21 authorized customer units and activities. The Contractor shall process pre-issue documents upon receipt of the DA Form 581. The Contractor shall verify that the customer signatures are listed on a current DA Form 1687 and are authorized to request, approve, and receipt for A&E. The Contractor shall verify the DA Form 581 is prepared IAW AR 710-2 and DA Pam 710-2-1 and shall verify all

required approvals are annotated prior to accepting the form. The Contractor shall perform daily coordination with the Contracting Officer and comply with the issue schedule and issue priorities established by the Contracting Officer. The Contractor shall begin the issue after the customer's arrival at the ASP (estimate of 15 customers per month). The Contractor shall serve the customer, by appointment, on a first-come, first-served basis. The Contractor shall conduct a 100% joint inventory with the customer of all A&E items before issue. The Contractor shall only issue the items specifically listed on the DA Forms 3151 and 581 to the customer. See TE C.5.9-1 for workload data.

**C.5.9.5.6.1 Training Mission Requirements**

The Contractor shall receive DA Form 581 in 6 copies from the customer or Directorate of Operations and Training (DOT) to support training missions. The Contractor shall verify that the DA Form 581 is prepared as shown in DA Pam 710-2-1 prior to processing the issue.

**C.5.9.5.6.2 Restrictions**

The Contractor shall annotate any restrictions and return the "Organizational Copy" to the customer. The Contractor shall process the issue as prescribed in the Standard Army Ammunition System (SAAS-4) user's manual. The Contractor shall enter the information on the requested ammunition into SAAS-4 and manually transcribe information produced by the automated system (DA Form 3151, Ammunition Stores Slip) to the DA Form 581.

**C.5.9.5.6.3 Motor Vehicle Inspection Information**

Prior to issuing A&E, the Contractor shall prepare (in duplicate) DD Form 626, Motor Vehicle Inspection, and DD Form 836, Shipping Paper and Emergency Response Information. The Contractor shall select items to be issued, forklift load-palletized items, and monitor the customer in the loading, blocking, and bracing the items in the customer vehicle(s) IAW AR 190-11, AR 710-2, DOD 5100.76-M, and TM 9-1300-206. The Contractor shall issue A&E to supported activities by lots, issuing the oldest lots first. The Contractor shall verify A&E is properly secured to the transportation medium.

**C.5.9.5.6.4 Light Boxes and Non-Standard Packages**

The Contractor shall issue "light" boxes and non-standard packaged A&E IAW FORSCOM Reg. 700-4 and MIL STD 129. The Contractor shall pack issues of less-than-standard package quantities and mark container(s) to meet Department of Transportation (DOT) requirements for public highways IAW the 49 CFR.

**C.5.9.5.6.5 Customer Signature**

After completing the issue, the Contractor shall sign and obtain the signature of the customer on DA Forms 581 and 3151. The Contractor shall complete posting of applicable records within 24 hours of issue.

**C.5.9.5.6.6 Amount Issued**

The Contractor shall post the amount issued, as a decrease, to the Magazine Data Card (DA Form 3020-R) IAW AR 190-11, AR 710-2, DoD 5100.76-M, and TM 9-1300-206. The Contractor shall verify lot numbers and amounts issued of sensitive items before releasing to the unit.

**C.5.9.5.6.7 Loading and Transporting A&E**

Customers are responsible for physically loading and transporting A&E. The Contractor shall, however, direct and supervise the loading IAW the safety directions in TM 9-1300-206.

**C.5.9.5.6.8 Reconciliation**

The Contractor shall perform a 100% reconciliation of training issues and turn-ins within 5 working days of scheduled training date.

**C.5.9.5.7 Inspection**

The Contractor shall verify by inspection that all transport vehicles meet the safety requirements contained in DA Pam 385-64.

**C.5.9.5.7.1 Vehicle Inspection And Escort**

The Contractor shall inspect vehicles (commercial, state - only during natural disasters or call up of the National Guard and federal government) used to transport A&E IAW DA Pam 385-64, DoD 5100-76-M, and TM 9-1300-206 inside the ASP gate adjacent to Building 328. This inspection shall be done prior to allowing further entry into the magazine storage area. The Contractor shall verify posted speed limits are maintained and have applicable explosive placards mounted on all 4 sides of the vehicle. The Contractor shall escort vehicles to proper loading and unloading locations within the ASP

**C.5.9.5.7.1.1 Loading and Unloading**

The Contractor shall properly load ammunition IAW AR 385-55 and TM 9-1300-206. The Contractor shall monitor the loading and unloading of all classes of ammunition and explosives. The Contractor shall move the material to a proper storage location and store IAW TM 9-1300-206. The Contractor shall post the DD Form 1348-1 to applicable records IAW SAAS-4 Users Manual, within 24 hours after receipt.

**C.5.9.5.7.1.2 Non-Compliant Personnel**

The Contractor shall immediately report persons that do not comply with A&E transportation safety requirements to the Contracting Officer and shall not allow the vehicle out of the ASP. The Contractor shall investigate and report any A&E malfunctions (CDRL C.5.9-13) to the Contracting Officer and QASAS IAW AR 75-1 and DA Pam 738-750.

**C.5.9.5.7.2 A&E Residue**

The Contractor shall perform a 100% visual inspection of the A&E residue (and complete and certify a DD Form 1348-1), when applicable, to verify a residue shipment is free of A&E. The Contractor shall notify the Contracting Officer when a residue shipment is awaiting the HAZMAT Transportation Certifier's (HTC) inspection prior to the vehicle departing the ASP.

**C.5.9.5.7.3 Inspect Live Ammunition**

The Contractor shall contact and make arrangements with Fort Benning QASAS personnel to perform required inspections of live ammunition.

**C.5.9.5.8 Security, Safety and Fire Prevention**

The Contractor shall provide physical security, safety, and fire prevention functions for the ASP.

**C.5.9.5.8.1 Security**

The Contractor shall secure A&E, supplies, materials, facilities, and equipment in the Contractor's custody IAW AR 190-11.

**C.5.9.5.8.1.1 Key Control**

The Contractor shall perform key control requirements IAW AR 190-11 and AR 190-13. The Contractor shall immediately inform the Contracting Officer upon discovery or notification that a key to any ASP facility or structure is lost, damaged, or stolen.

**C.5.9.5.8.1.2 Maintain DA Form 4604-R**

The Contractor shall post and maintain a current Security Construction Statement (LRA), DA Form 4604-R, inside the front of each of the 6 magazines IAW FORSCOM Reg. 700-4.

**C.5.9.5.8.1.3 J-SIIDS Panels**

The Contractor shall operate J-SIIDS panels and shall keep each magazine locked and the J-SIIDS panels in the secure mode, except when work is actually being performed in the magazine, when it will be in the access mode.

**C.5.9.5.8.2 Safety**

The Contractor shall make safety the primary consideration during ASP operations and shall include ASP safety requirements in the Contractor's Safety Plan. The Contractor shall properly store A&E IAW AR 385-64, DA Pam 385-64, DoD 4145.19 R-1, FM 9-38, FORSCOM Reg. 700-4, MIL STD 129, TM 743-200-1, and TM 9-1300-206. The Contractor shall provide training in safety procedures and treatment techniques to contractor personnel IAW DA Pam 385-64 and TM 9-1300-206. The Contractor shall prominently display safety precautions at entrances to A&E storage areas, and shall deny entrance to personnel exhibiting violations of these precautions.

**C.5.9.5.8.2.1 Unsafe Operation**

If the QASAS personnel determine an operation to be unsafe, the Contractor shall immediately cease this operation, perform corrective action, and resume this operation only after approval by the QASAS personnel.

**C.5.9.5.8.2.2 No Smoking Rule**

The Contractor shall strictly enforce the "No Smoking Rule" at the ASP and only permit ASP personnel and customers to smoke outside the ASP gate. The Contractor shall secure all lighters, matches, and other sparking devices used for approved smoking outside the ASP gate.

**C.5.9.5.8.3 Fire Prevention**

The Contractor shall establish and maintain a fire plan in coordination with the Directorate of Public Safety (DPS), to include fire prevention measures and fire-fighting procedures IAW DoD 6055.9 STD, TM 9-1300-206, and other mandatory publications. The Contractor shall immediately notify the DPS and the Contracting Officer of any fires and of any potential fire hazards. The Contractor shall train personnel in fire and accident prevention and treatment techniques IAW DA Pam 385-64 and TM 9-1300-206. The Contractor shall verify fire hazard symbols and chemical hazard symbols are displayed at each A&E magazine IAW DoD 6055.9 STD and TM 9-1300-206.

**C.5.9.5.9 Visitor Access Control**

The Contractor shall allow ASP access to and provide a qualified escort for authorized visitors following approval and notification by the Contracting Officer. The Contractor shall recognize approved visitors as individuals and groups that require ASP access, but are not listed on the Unaccompanied Access Roster. The escort shall keep all visiting individuals and group members within visual range during the entire ASP visit, from sign in to sign out. The Contractor shall only transfer escort responsibility for visitors from 1 contractor employee to another contractor employee listed on the current unaccompanied access roster.

**C.5.9.5.9.1 Access Roster**

The Contractor shall provide the Military Police (MP) desk an updated access roster as required by AR 190-11 for personnel authorized entrance to the ASP (CDRL C.5.9-14).

**C.5.9.5.9.2 Security Clearance**

The Contractor shall verify all personnel requiring access to classified A&E possess a security clearance commensurate with the highest classification stored, IAW AR 380-67. The Contractor shall provide the Contracting Officer with deletions and additions for inclusion to the Unaccompanied Access Roster as changes occur. The Contractor shall comply with AR 190-11, AR 190-13, AR 190-51, AR 380-67, DA Pam 710-2-2, DoD 5100.76-M, and FORSCOM Reg. 700-4.

**C.5.9.5.9.3 Customer Escort**

The Contractor shall provide a customer escort within 15 minutes of notification by the Contracting Officer and ensure that the escort remains with the customer(s) at all times while in the ASP. The Contractor shall verify that the transportation medium driver has a current Motor Vehicle Inspection Transporting Hazardous Material, DD Form 626, provided by a HAZMAT Transportation Certifier (HTC).

**C.5.9.5.10 ASP Entry, Exit, and Control**

The Contractor shall control the processing of A&E, persons, and vehicles through the ASP Gate at time of entry and exit.

**C.5.9.5.10.1 Operation of ASP Gates**

The Contractor shall secure (close) ASP vehicle gate and pedestrian gate except when necessary to allow authorized entry and exit. The Contractor shall open the ASP Gate upon arrival and secure upon departure.

**C.5.9.5.10.2 Verification of Items Leaving ASP**

The Contractor shall verify that only A&E and A&E related items accompanied by authorized personnel with completed documentation are permitted to exit the ASP.

**C.5.9.5.10.3 A&E Transportation Medium**

The Contractor shall verify that all inbound and outbound A&E transportation medium, approximately 20 vehicles per month, have the required Contracting Officer clearance prior to entry or exit.

**C.5.9.5.10.4 Process Into ASP**

The Contractor shall report to the ASP Gate to process people and vehicles into the ASP at the scheduled appointment time.

**C.5.9.5.11 Emergency Situations**

The Contractor shall report the following emergency situations immediately to the Directorate of Public Safety: fires, accidents, safety violations, actual and suspected criminal acts, actual and suspected security violations, and other emergency situations, unusual occurrences and observations. The Contractor shall maintain an activity log of all incidents reported. The activity log shall consist of the type of incident, date of incident, time of incident, who it was reported to, who it was reported by, time of report, and results of investigation of incident. The Contractor shall provide a copy of the log to the Contracting Officer monthly.

**C.5.9.5.12 Reports and Files**

The Contractor shall prepare all required reports and maintain files IAW applicable regulations. The Contractor's records and files pertaining to all ammunition transactions shall pass Department of Defense (DOD), Headquarters Department of Army (HQDA), and FORSCOM inspections.

**C.5.9.5.12.1 End of Day Report**

The Contractor shall process and file SAAS-4 end-of-the-day (EOD) reports no later than close of business each day that A&E account balances are changed. Required EOD reports are: Adhoc Inquiry "AJD1E1, Daily Transaction File Dump," Lot Locator File, Due-in or Due-out, and Backup tape files.

**C.5.9.5.12.2 Process Transaction Data**

The Contractor shall electronically process daily SAAS-4 transaction data (AJD30A file), via the Contracting Officer, to FORSCOM by close of business every Thursday IAW SAAS-Mod procedures. The Contractor shall follow up the electronic submission with a backup diskette

dated and labeled "AJD30A." The Contractor shall forward the diskette via the Contracting Officer to FORSCOM.

**C.5.9.5.12.3 Inventory Control Record List**

The Contractor shall provide the "Inventory Control Record List" (PCN: AJD-491) and the "Inventory Statistics Report" (PCN: AJD-452) to the Contracting Officer for review and shall file these reports in the Inventory File Folder following completion of applicable inventory.

**C.5.9.5.12.4 Quarterly Inventory**

The Contractor shall prepare/process the mandatory complete quarterly inventory count sheets (PCN: AJD-492), recount sheets where necessary and input count data and recount until inventory complete. The Contractor shall provide the count and recount sheets to the Contracting Officer no later than the close of business the day prior to scheduled start date.

**C.5.9.5.12.5 Forecasted Requirements**

The Contractor shall track all forecasted requirements by Unit Identification Code (UIC) within the Department of Defense Identification Code (DODIC) for the current month and subsequent 12-month period.

**C.5.9.5.12.6 Committee for Ammunition Logistics Support**

The Contractor shall track all Committee for Ammunition Logistics Support (CALS) forecasted requirements by DODIC for the current month and subsequent 12-month period.

**C.5.9.5.12.7 Training Ammunition Management Information System**

The Contractor shall create a Training Ammunition Management Information System (TAMIS) Information File (INFI) via the SAAS-4 and electronically submit, via the Contracting Officer, to the TAMIS at Rock Island, IL, not later than Thursday of each week. The Contractor shall verify that all previously submitted data has been processed. If the data has not been processed, the Contractor shall correct and resubmit the data.

**C.5.9.5.13 Delegation of Authority**

The Contractor shall manage and monitor DA Forms 1687, Notice of Delegation of Authority-Receipt for Supplies (Class V items).

**C.5.9.5.14 A&E Files**

The Contractor shall establish and maintain A&E file folders on a calendar-year basis.

**C.5.9.5.15 Training**

The Contractor shall provide training as listed in the following paragraphs to the supported customers.

**C.5.9.5.15.1 USADACS HAZMAT Transportation Training Course**

The Contractor shall administer mandatory USADACS HAZMAT Transportation Training Course & Test to supported customers, to be current not to exceed 2 years from date trained to transport A&E from the ASP. The Contractor shall also provide required refresher training.

**C.5.9.5.15.2 Entry Control Training**

The Contractor shall conduct entry control training, to include: security related training IAW AR 190-11 and training for emergencies (i.e., alerts, fires, explosion, intrusion, attempted seizure, location of hazardous equipment and material, vulnerable equipment and material, and location of fire protection equipment). The Contractor shall prepare and submit documentation (CDRL C.5.9-15) verifying that the entry control training has been conducted to the Contracting Officer.

# SECTION C.5.10

## TABLE OF CONTENTS


C.5.10 EQUIPMENT MAINTENANCE SERVICES ........ 1
*C.5.10.1 Mission* ........ *1*
*C.5.10.2 Management* ........ *1*
*C.5.10.3 General* ........ *2*
*C.5.10.4 Quality Control* ........ *3*
*C.5.10.5 Warranty Repair Program* ........ *3*
*C.5.10.6 Technical Inspections (TI's)* ........ *3*
*C.5.10.7 Maintenance Standard Army Management Information System (STAMIS)* ........ *3*
*C.5.10.8 Operations* ........ *4*
*C.5.10.9 Production Planning and Control (PPC)* ........ *4*
*C.5.10.10 Repair Parts and Supply* ........ *6*
*C.5.10.11 Modification Work Order (MWO)* ........ *6*
*C.5.10.12 Electronics and Communications* ........ *7*
*C.5.10.13 Tactical Vehicle And Associated Support Equipment* ........ *13*
*C.5.10.14 Fabrication Support* ........ *17*
*C.5.10.15 Welding and Machining Work Support* ........ *18*
*C.5.10.16 Metal and Machine Shop Work Support* ........ *18*
*C.5.10.17 Furniture Support* ........ *18*
*C.5.10.18 Wash Rack Support* ........ *19*

## C.5.10 EQUIPMENT MAINTENANCE SERVICES

The Contractor shall provide equipment maintenance services.

### C.5.10.1 Mission

The Contractor shall provide all personnel, equipment, tools, materials, vehicles, and other resources (except for government-furnished property and services included in C.3) necessary to perform Equipment Maintenance Services for the Fort McPherson area of responsibility (AR 5-9), units participating in the Integrated Sustainment Maintenance (ISM) Program, and designated tenant units. The Contractor shall provide organizational, Direct Support (DS) and General Support (GS) maintenance on equipment submitted for maintenance and repair that is to be returned to the supply system for reissue. The Contractor shall perform necessary indirect functions, such as safety, HAZMAT control, storage and disposal, security, and housekeeping IAW Fort McPherson directives.

### C.5.10.2 Management

The Contractor shall manage the total contract work effort associated with the equipment maintenance services required in this contract. Such management includes, but is not limited to, planning, scheduling, cost accounting, report preparation, maintaining records and files, and quality control. The Contractor shall provide adequate staff with the necessary expertise to perform the work required by this contract.

### C.5.10.2.1 Required Meetings/Reports

The Contractor shall submit the following reports to the Contracting Officer.

**C.5.10.2.1.1**

The Contractor shall attend monthly readiness briefings, update the Contracting Officer on critical maintenance matters affecting unit readiness and mission accomplishment, and suggest ways of improving the support services provided on the installation.

**C.5.10.2.1.2**

The Contractor shall prepare an Installation Material Condition Status Report IAW AR 700-138 and submit to the Contracting Officer monthly (see CDRL C.5.10-1). This report shall account for all items on maintenance requests that are mission-essential and other items as directed by the Contracting Officer. The Contractor shall certify the accuracy of the report.

**C.5.10.2.2**

The Contractor shall maintain a system (SAMS-REHOST) for reporting Direct Support/General Support (DS/GS), non-mission capable maintenance (NMCM), and non-mission capable supply (NMCS) for reportable items of equipment listed in AR 700-138. The Government will provide the existing system for reporting DS/GS, NMCM, and NMCS. The Contractor shall make non-mission capable down-time data available for customer pick-up no later than 1 working day after cut off of monthly report.

C.5.10.2.3
The Contractor shall notify the Contracting Officer when equipment and special test equipment become eligible for replacement. The Contractor shall plan and develop documentation for new equipment acquisition. The Contractor shall provide support for the planning and fielding of new equipment to include: technical evaluations, review and analysis of requirements for maintenance, repair parts, shop space, staffing levels, and test, measurement, and diagnostic equipment (TMDE).

C.5.10.2.4
The Contractor shall provide one-stop customer service for the following activities: turning-in and picking-up equipment, checking Material Condition Status, and checking job status.

**C.5.10.2.4.1**
The Contractor shall complete all maintenance requests IAW DA PAM 738-750 and DA PAM 710-1. The Contractor shall perform maintenance activities as generated by maintenance requests (work order, service order, and PMI) and authorized by the Contracting Officer. The Contractor shall not deviate from prescribed maintenance procedures for repair without written approval of the Contracting Officer.

**C.5.10.2.4.2**
The Contractor shall accomplish work by priority designation established IAW AR 750-1. The Contractor shall adjust workload with the prior approval of the Contracting Officer when individual unit readiness or training threshold is affected. The Contractor shall respond to increases and decreases in the actual work requirements created by changes in the mission of Fort McPherson.

**C.5.10.2.5**
The Contractor shall maintain a master library at Fort Gillem, building 400, for the literature (TM's, TB's, and manufacturers specifications) for all equipment maintained under the provisions of this performance work statement. A library may be set up in each shop for the equipment which that shop maintains. The library(ies) shall contain the most current publications.

**C.5.10.3 General**
The Contractor shall complete maintenance and repair in a manner which provides the best value to the Government and is consistent with the standards, specifications, economical repair limits and expenditure limit criteria as specified in the publications listed in C.6. The Government will provide the current inventory of these technical publications 20 working days prior to the contract start date. This inventory will be in the library annex located at Fort Gillem, building 400.

**C.5.10.3.1**
The Contractor shall provide Equipment Maintenance Services during normal working hours IAW C.1.15, for emergency services, and for field duty.

**C.5.10.3.2**
The Contractor shall provide maintenance support for all military exercises, contingencies, and deployment as directed by the Contracting Officer.

**C.5.10.3.3**
The Contractor shall provide on-site DS/GS maintenance on equipment when the Contractor determines that on-site repair is more economical and efficient than the movement of equipment to the shop for repair.

**C.5.10.3.4**
Workload data for Equipment Maintenance Services is located at TE C.5.10-1.

**C.5.10.4 Quality Control**
The Contractor shall include maintenance-related quality control measures in the Quality Control Plan as specified in C.1.5.6.

**C.5.10.5 Warranty Repair Program**
The Contractor shall manage the Installation Equipment Warranty Repair Program, the Coordinated Logistics Support Program, and Modification Work Order Program IAW AR 700-1, AR700-2, DA PAM 738-750, FM Reg 10-1, and FM Reg 10-2.

**C.5.10.6 Technical Inspections (TI's)**
The Contractor shall perform TI's on all items received via maintenance requests prior to repair and/or evacuation of (as determined by the Contractor and approved by the Contracting Officer) end items or components. The Contractor shall record results of all TI's on DA Form 2404's that shall be available for government review.

**C.5.10.6.1**
The Contractor shall perform TI's to: verify serviceability, determine economic repairability of items, determine extent of maintenance effort, determine if unserviceable items were rendered unserviceable for reasons other than fair wear and tear (FWT), determine estimated cost of damage (ECOD).

**C.5.10.7 Maintenance Standard Army Management Information System (STAMIS)**
The Contractor shall provide functional systems administration to support STAMIS associated with the equipment maintenance mission. The current STAMIS in use is Standard Army Maintenance System – REHOST (SAMS-REHOST).

**C.5.10.7.1**
The Contractor shall use STAMIS to provide the status of maintenance activities for workload accounting and man-hour cost and analysis. The Government will furnish STAMIS to the Contractor.

C.5.10.7.2
The Contractor shall operate the STAMIS or successor system IAW the system user's manual and The Army Maintenance Management System (TAMMS) on a daily basis. The Contractor shall provide output reports and documentation in the format shown in the user's manual or as directed by the Contracting Officer.

C.5.10.7.3
The Contractor shall provide technical support for the operation of STAMIS and its successor systems, troubleshoot hardware and software problems, and coordinate with FORSCOM, via the Contracting Officer, for resolution of software problems and upgrades. The Contractor shall load all software change packages provided by the government. The Contractor shall train new users of hardware/software on new or updated systems when the hardware/software is installed.

C.5.10.7.4
The Contractor shall accumulate work measurement data in the STAMIS, and its successor system, for a historical database. The Contractor shall update and furnish existing time standards to the Contracting Officer quarterly (see CDRL C.5.10-2). The Contractor shall use work measurement time standards on all maintenance requests for repair time. The Contractor shall maintain at least an 85% utilization rate of man-hour for maintenance request.

**C.5.10.8 Operations**
The Contractor shall provide shop operations, mobile repair teams and on-site repair teams to perform equipment maintenance. The Contractor shall coordinate with support units and activities to resolve maintenance support-related problems and to plan requirements necessary to support added missions. The Contractor shall coordinate with logistical assistance personnel or civilian technical representatives in resolving logistical problems on commodity equipment. The Contractor shall provide technical support to all supported units.

**C.5.10.8.1**
The Contractor shall provide Material Handling Equipment (MHE) operation to customers when required. For all such operations, the Contractor shall also provide an equipment operator. Approximately 75 MHE assistance operations are made per year.

**C.5.10.9 Production Planning and Control (PPC)**
The Contractor shall manage and operate a PPC system for all levels of maintenance, utilizing government, and if needed, contractor furnished resources. The Contractor shall only accept equipment or items from authorized Government customers. The Government will provide a list of the existing customers. The Contractor shall verify with the Contracting Officer that new customers are authorized before performing work.

**C.5.10.9.1**
The Contractor shall receive, edit, and process work requests (routine, special, or emergency) for all items that come in for repair IAW SMMS user's manual.

**C.5.10.9.2**
The Contractor shall maintain current Signature Card (DA Form 1687) IAW AR 710-2 for each authorized customer, work order files IAW AR 750-1 and DA PAM 738-750, and suspense files on all open work orders.

**C.5.10.9.3**
Customer Service functions include, but are not limited to: provide work request status and parts information to customers on request, coordinate on-site repairs with customers and appropriate repair shops, accept and coordinate customer requests for deferred maintenance, prepare an actual cost of repairs memorandum for customers when requested, and notify customers when items are ready for pick up. The Contractor shall have non-mission capable down time data available for customer pick up not later than 1 working day after cut off of the monthly report.

**C.5.10.9.4**
The Contractor shall notify the customer when equipment is ready for pickup (high priority, 01 through 05, within 1 working day and 2 working days for other priorities). The Contractor shall notify the Contracting Officer on the 4th working day after notification when equipment is not picked up.

**C.5.10.9.5**
The Contractor shall prepare and process work request documents used for scheduling workload and resources. The Contractor shall re-prioritize work as directed by the Contracting Officer.

**C.5.10.9.6**
The Contractor shall schedule material handling equipment (MHE) for service IAW manufacturers' specifications.

**C.5.10.9.7**
The Contractor shall facilitate and attend scheduled and unscheduled material maintenance planning and status meetings as directed by the Contracting Officer.

**C.5.10.9.8 Required Reports**
The Contractor shall provide the Contracting Officer the following maintenance specific reports:

**C.5.10.9.8.1 Daily Production Status Report**
This report shall include, but not be limited to, a synopsis of work orders initiated, major items completed, status of unresolved problems that are affecting production, and planned significant activities, such as briefings and tours (see CDRL C.5.10-3).

**C.5.10.9.8.2 Weekly Maintenance Summary**
This report shall provide a summary of the previous week's operations, and shall include the number and types of work requests received, work orders initiated, items completed, work in process by shop, major items in a work stoppage status at week's end, and planned corrective actions, anticipated problems and work-around measures (see CDRL C.5.10-4).

**C.5.10.9.8.3 Monthly Maintenance Report**

The Contractor shall provide a monthly maintenance report that provides a comprehensive description and status of the Contractor's maintenance operations. The report shall include, but not be limited to, the following: visibility of the Contractor's work force, an analysis of production measures (e.g., workload backlog and items completed), and an analysis of the previous month's operations in terms of production trends, quality measures, mean time to repair, and technical assistance provided to customers. A major portion of this report shall be suggestions for improvement of effectiveness and quality (see CDRL C.5.10-5).

**C.5.10.9.9**

The Contractor shall file maintenance request(s), maintenance request continuation sheet(s), and all supporting documents by work center, maintenance report number, and date. The Contractor shall file maintenance request(s) and all supporting documents in 1 month files, starting with the 16th of 1 month through the 15th of the next month (i.e. 16 Apr - 15 May) and shall maintain for 2 years IAW DA PAM 738-750 and then destroy the files.

**C.5.10.9.10**

Contractor shall maintain a log for MHE to include information on the routine maintenance performed on the MHE (e.g., brake and clutch exercises and repairs, system checks and exercises, hydraulic exercises, and activation).

**C.5.10.10 Repair Parts and Supply**

The Contractor shall requisition repair parts and supplies to maintain sufficient shop stock and bench stock to accomplish the requirements of this contract IAW AR 710-2. The Contractor shall requisition, perform research, store, preserve, evacuate, and turn-in of repair parts. The Contractor shall safeguard and inventory all repair parts and supplies received and shall initiate follow-up actions IAW AR 710-2 for missing items.

**C.5.10.10.1**

The Contractor shall requistion repair parts utilizing the Contractor's or Government's procurement system. The Contractor shall make procurement determinations IAW the government's best interest using the criteria of quality, timeliness, and cost. The Contractor shall follow the "no substitution of parts" if it is so specified in the TM for the piece of equipment being repaired.

**C.5.10.10.2**

The Contractor shall stock repair parts, components, and assemblies that are difficult to obtain or that cannot be delivered by the required delivery date. Cannibalization of Controlled Cryptographic Items (CCI) is expressly prohibited.

**C.5.10.11 Modification Work Order (MWO)**

The Contractor shall accomplish MWO's when required and approved by the MWO fielding office.

**C.5.10.11.1**
The contractor-appointed MWO Coordinator shall coordinate directly with the Fort McPherson MWO Coordinator for all matters concerning the DA MWO Program.

**C.5.10.11.2**
The Contractor shall provide administrative and logistical support agreed to in the MWO Fielding Plan for modifications applied by MWO application teams.

**C.5.10.11.3**
The Contractor shall provide for the security and proper storage of all MWO kits from receipt until issue for MWO application.

**C.5.10.11.4**
The Contractor shall make repairs discovered prior to and after modification, except those occurring during application of MWO by modification application teams.

**C.5.10.11.5**
The Contractor shall schedule and notify equipment users of the requirement to deliver equipment to a designated work site for modification, whether by an application team or the applicable Contractor operated maintenance shop.

**C.5.10.11.6**
The Contractor shall use tenant Modified Table of Organization and Equipment (MTOE) units for MWO applications to enhance training and reduce overall costs. The Contractor shall submit copies of maintenance requests documenting MTOEMWO applications to the Fort McPherson MWO Coordinator within 2 working days of receipt from the unit.

**C.5.10.11.7**
The Contractor shall provide the Fort McPherson MWO Coordinator a copy of the maintenance request within 3 working days of a MWO application. The Contractor shall list total costs on the maintenance request.

**C.5.10.11.8**
The Contractor shall provide the Fort McPherson MWO Coordinator a monthly MWO Completion/Status Report and a Certification of MWO Completion Letter upon completion of MWO.

**C.5.10.12 Electronics and Communications**
The Contractor shall technically inspect all electrical, electronic, and communications equipment turned in to Supply or DRMO and classify each item as serviceable or re-issuable condition, unserviceable and repairable condition, or unserviceable and non-repairable condition. The Contractor shall perform installation and removal of communications and electronic equipment or systems.

C.5.10.12.1

The Contractor shall perform repairs on unserviceable assemblies and subassemblies which have been submitted for return to stock and are accompanied by a maintenance request, DA Form 2407/5504.

**C.5.10.12.2 Preventive Maintenance (PM)**

The Contractor shall perform PM on all Government Furnished. The Contractor shall review equipment annually for general condition and maintainability. The Contractor shall review the preventive maintenance services contained herein with the changing mission needs of Fort McPherson and equipment condition. The Contractor shall present recommendations for additions, deletions, and changes to the PM schedule and check points to the Contracting Officer for approval. The Contractor shall update the PM schedule and check points for replaced or modernized equipment.

**C.5.10.12.2.1 Conflicts/Inconsistencies**

In the event of an inconsistency between Government, manufacturer, or standard commercial practices for PM recommendations, regulations, or suggested schedules, the Contractor shall obtain written interpretation and clarification of the inconsistency from the Contracting Officer and place in the PM records.

**C.5.10.12.2.2 PM Performance**

The Contractor's PM shall include, but not be limited to, inspection, testing, cleaning, lubrication, adjustment, calibration, and other minor repairs and corrections. The Contractor shall perform minor repairs and corrections identified during the Preventive Maintenance Inspection (PMI) that require less than 1 working hour or $100 in material per item. The Contractor shall prepare a service order or work order for a repairs and corrections greater than or equal to1 working hour or $100 in material per item discovered during the PMI.

**C.5.10.12.2.3**

The Contractor shall maintain current PM records within 3 working days of performance of the PM. The Contractor shall submit sample forms and procedures for documenting the PM to the Contracting Officer for approval within 20 days of contract award. The Contractor shall make these records available to the Contracting Officer upon request and shall provide these records to the Government upon expiration/termination of this contract. The Contractor shall verify that PM records include the following: type of maintenance performed, types of repairs made, parts, materials, supplies used, scheduled dates, and completion dates.

**C.5.10.12.2.4**

The Contractor shall perform PM at the frequencies identified in applicable government, manufacturer, or commercial standards. The Contractor shall accomplish semi-annual tasks 2 times during the contract year. The Contractor shall perform work IAW the schedule approved by the Contracting Officer, but the Contractor shall not perform semi-annual tasks less than 170 calendar

days apart or more than 190 calendar days apart. The Contractor shall accomplish annual tasks when scheduled and shall complete within the contract year.

**C.5.10.12.3 Modification Work Orders (MWO's)**
The Contractor shall complete MWO's when required and approved by the MWO fielding office. The Contractor shall identify corrective maintenance for items beyond the PM checklist requirements and greater than or equal to 1 working hour or $100 in material per equipment item. The Contractor shall submit this corrective maintenance as a MWO for subsequent completion. If the deficiency impacts life safety or mission, the Contractor shall inform the Contracting Officer and execute immediate corrective action upon approval by the Contracting Officer

**C.5.10.12.4**
The Contractor shall perform work on all electronics/communications systems and related components. The Contractor shall utilize appropriate test and measuring equipment to effect repair and installation. Test equipment includes, but is not limited to, oscilloscopes, signal generators/analyzers, frequency counters, video measurement sets, multimeters and other special purpose tools and test equipment. The Contractor shall utilize applicable technical data/applications and electronic schematic drawings to troubleshoot and repair maintained systems and equipment. The Contractor shall devise and fabricate components and test set-ups necessary to install, troubleshoot and repair systems and equipment. The Contractor shall perform work on-site or at the contractor's shop area. The Contractor shall install, remove, maintain, troubleshoot, repair, and provide customer user training on the following electronics/communications systems and equipment:

**C.5.10.12.4.1 Security Systems**
Security systems include, but are not limited to, intrusion detection systems, closed circuit television (CCTV) monitoring equipment and systems, electronic entry control systems, and personnel duress systems.

**C.5.10.12.4.1.1**
Intrusion detection systems include, but are not limited to, commercially or government manufactured systems like Joint Service Interior Intrusion Detection Systems (J-SIIDS), and associated control/alarm monitoring/terminal computer/interface equipment, motion/vibration detectors, balanced/unbalanced/wireless door magnets, and interconnected wire lines/transmission media.

**C.5.10.12.4.1.2**
CCTV monitoring equipment and systems include both interior and exterior systems and equipment. These systems and equipment include associated cameras, video switchers/controllers (remote and local), monitors, time lapse recorders and interconnecting wire line media to include fiber optics cable, transmitters and receivers.