C.5.10.12.4.1.3
Electronic entry control systems include, but are not limited to, card reader systems (Card Key), buzzer control systems, and Hirsch entry control systems to include associated code entry key pads, electronic door strikes/opening apparatus, and interconnecting wiring.

C.5.10.12.4.1.4
Personnel duress systems to include associated wireless transmitters and receiving/monitoring equipment.

**C.5.10.12.4.1.5 Audio Systems**
Audio systems include, but are not limited to, public address systems and interior sound systems. Examples of components that Contractor shall repair are preamplifiers, amplifiers, tuners, equalizers, cassette players and recorders, compact disk players, speaker systems, mixers, and microphones.

**C.5.10.12.4.1.5.1**
Public address systems include, but are not limited to, the installation-wide bugle call/emergency warning system, facility paging/intercom systems to include AIRPHONE instruments and interconnecting wiring.

**C.5.10.12.4.1.5.2**
Interior sound systems include, but are not limited to, audio systems within the chapel, gymnasium, and commissary. These systems have the capability to switch between comfort music and voice/pager mode.

**C.5.10.12.4.1.6 Video Systems and Related Components**
In addition to the video equipment outlined in C.5.10.12.4.1.2., the Contractor shall align/adjust/repair general broadcast television, video cassette players/recorders and video projection screen systems. Additionally the Contractor shall maintain and repair audio visual equipment such as photographic film processing equipment, color paper processors, enlargers, print dryers, photo flash equipment, slide projectors, and portable screens.

**C.5.10.12.4.1.7 Radio Equipment**
Radio equipment includes, but is not limited to, military tactical radios, transmitters, receivers and commercial radio equipment operating in both Ultra High Frequency (UHF) and Very High Frequency (VHF) ranges.

**C.5.10.12.4.1.7.1**
Military tactical radio and radio related equipment includes, but is not limited to, the AN/VRC-12 family, AN/GRC-106, AN/PRC-77, AN/PRC-25, AN/GRC-99, Single Channel Ground and Airborne (SINGAR's) radio equipment, AN/GRA-6 and AN/GRA-39 control groups, PP4763 and PP104 power supplies, and the AN/PSC-3 satellite system.

**C.5.10.12.4.1.7.2**
Commercial radio includes, but is not limited to, Motorola and General Electric portable handi-talkie equipment, mobile/vehicular radios, radio base stations, radio repeater equipment, radio based communication systems (VHF/UHF link) operating in the VHF and UHF frequency ranges and associated antenna systems.

**C.5.10.12.4.1.8 Tactical Comunication and Infrared Devices**
The Contractor shall also maintain, install, repair, and demilitarize (as appropriate) other military equipment to include AN/PBS-4/5/5A/5B/5C/7 night vision goggles, tactical (field telephones, tactical switchboard equipment, tactical facsimile equipment, Radio Teletype Rigs (RTT), and tactical vans/trailers.

**C.5.10.12.5 Office Equipment**
The Contractor shall maintain and repair office equipment. Office equipment includes, but is not limited to, typewriters, time/date stamp equipment, paper shredders, calculators, micro fiche viewer/readers, and pedestal fans.

**C.5.10.12.6 Miscellaneous Mobile Equipment**
The Contractor shall install, remove, troubleshoot and repair, light bars, emergency lights/flashers, and siren equipment on fire/police vehicles.

**C.5.10.12.7 Miscellaneous Electronic Equipment/Systems**
The Contractor shall devise/design, fabricate, install, remove, maintain, and repair electronics/communications systems based on customer needs and requirements.

**C.5.10.12.8 Fire Alarms**
The Contractor shall maintain and repair fire alarm systems. Fire alarm systems/components include, but are not limited to, the D-500 II control console, D-500 remote console, associated keyboard, CRT display, Monaco, Edwards, and Simplex fire alarm annunciator panels, Monaco radio transmitter/receiver equipment and associated antennas, heat and smoke detectors, manual fire alarm pull boxes, sprinkler system air/water pressure activated switches, and all system interconnecting wiring.

**C.5.10.12.9 Test, Measurement, and Diagnostic Equipment (TMDE)**
The Contractor shall serve as TMDE support coordinator for the Garrison and shall be the point of contact (POC) and key person for all matters pertaining to TMDE calibration and repair. The Contractor shall provide piece part repair services for designated Specialized Repair Activity (SRA) equipment from units on the Garrison. The extent of piece part repair is limited to availability of TMDE, tools, and repair parts.

**C.5.10.12.10 Locksmith**
The Contractor shall provide locksmith repair and services for all facilities listed in the real property inventory, doors of all types, safes, cabinets, lockers, cipher locks (manual, electric, magnetic card, or other future technologies), desks, and items equipped with mechanical timing,

combination, or key-operated locks. The majority of workload in this category is at sites other than the maintenance operations shop.

**C.5.10.12.10.1**
The Contractor shall duplicate and fabricate replacement parts, keys, and magnetic cards. The Contractor shall reproduce facility keys only for personnel listed as primary or alternate building managers or as requested by the Contracting Officer. The Contracting Officer will provide the Contractor a list of primary and alternate building managers. The Contracting Officer will provide the names of primary and alternate building managers as changes occur.

**C.5.10.12.10.2**
The Contractor shall set up the coding system for master keying, plan the key system utilized by each building, and provide Key Control of all grand master keys of all buildings at Fort McPherson and Fort Gillem. The Contractor shall maintain code records files (CONFIDENTIAL classification) on buildings to include updating codes for 5/6/7 pin systems and grand master keying.

**C.5.10.12.10.3**
The Contractor shall modify or re-work antique locking devices which are part of the National Historic Preservation Act Program and locking devices which are part of security and surveillance systems

**C.5.10.12.10.4**
The Contractor shall install, maintain, and repair locks, locking devices, low voltage (10 to 12 V) locks, combination locking devices, and battery powered alarm exit devices. The Contractor shall neutralize defective combination locks in a manner that precludes irrevocable damage to the locking mechanism, the container, and the container contents.

**C.5.10.12.10.5**
The Contractor shall reset built-in lock standard combinations, for containers only, after maintenance repairs, or upon request from the customer. The Contractor shall instruct customers on how to set final combinations for built-in locks. Final settings by the Contractor are not authorized.

**C.5.10.12.10.6**
The Contractor shall provide locksmith repair and services on containers located in vaults, cages and other secured areas only in the presence of the customer or a designated representative.

**C.5.10.12.10.7**
The Contractor shall perform incidental carpentry and metal working tasks and shall adjust and make minor repair to door closers.

**C.5.10.12.10.8**
The Contractor shall open locked containers, safes, and other items.

**C.5.10.12.10.9**
The Contractor shall verify that maintenance requests submitted for security containers turned-in for repair and incapable of being opened by the customer are accompanied with written justification signed by the security officer of the requesting organization or activity.

**C.5.10.12.10.10**
The Contractor shall respond to any high security facility (e.g. command, ADP, or communications) as a priority SO. If a facility cannot be secured at closing time, the SO shall be treated as a priority SO.

**C.5.10.13 Tactical Vehicle And Associated Support Equipment**
The Contractor shall provide organizational maintenance on tactical vehicle and associated support equipment submitted for maintenance and repair.

**C.5.10.13.1 Preventive Maintenance (PM)**
The Contractor shall provide on-site organizational maintenance on equipment when the Contractor determines that on-site is more economical than movement of equipment to a repair shop.

**C.5.10.13.1.1**
The Contractor shall schedule preventive maintenance and maintain DD Form 314 or automated equivalent (reference DA PAM 738-750) on all equipment for which the Contractor performs organizational maintenance. The Contractor shall extract all required data from the automated DD Form 314 to accompany equipment when transferred.

**C.5.10.13.1.2**
The Contractor shall provide users with a listing of scheduled PM due each month and a delinquent report of overdue PM (see CDRL C.5.10-6) to the Contracting Officer by the 4th working day of each month.

**C.5.10.13.1.3**
The Contractor shall perform PM on air compressors and all lifting devices IAW AR 750-58, TB 43-0142, and TB 43-0151. The Contractor shall perform a pressure check and an unload valve check using a calibrated gauge on all air compressors.

**C.5.10.13.2**
The Contractor shall provide shop operations and on-site repair teams to perform equipment maintenance.

**C.5.10.13.2.1**
The Contractor shall perform annual safety inspections and load testing on all lifting devices. The Contractor shall stencil or tag equipment with the load rating and the date of the next periodic safety inspection and load test.

**C.5.10.13.2.2**
The Contractor shall keep repairs within expenditure limits IAW AR 750-1 and appropriate TMs, TB's, or as directed by the Contracting Officer.

**C.5.10.13.2.3**
The Contractor shall maintain all vehicles and heavy mobile equipment in a ready for combat mode. These vehicles and equipment include, but are not limited to, combat, tactical, refrigerated trailers/vans, GSA, bomb squad, commercial, construction, dump trucks, truck tractors, power generation, grounds keeping equipment, MHE, overhead cranes, and cement mixers.

**C.5.10.13.2.4**
The Contractor shall assist and coordinate with the Installation Maintenance Officer to resolve problems relating to maintenance support for units and activities and to plan requirements necessary to support added missions. The Contractor shall coordinate with logistical representatives in resolving logistical problems on commodity equipment.

**C.5.10.13.2.5**
The Contractor shall provide vehicles and personnel for movement of material handling equipment (MHE) from site to shop and return when repairs cannot be performed on site.

**C.5.10.13.2.6**
The Contractor shall in-process and out-process all tactical, non-tactical (commercial), vehicles, trailers, construction equipment, special purpose equipment, generators, and material handing equipment, including unpacking and assembling.

**C.5.10.13.3 Maintenance**
The Contractor shall perform scheduled and unscheduled organizational maintenance on tactical and non-tactical (commercial) vehicles, trailers, construction equipment, special purpose equipment, generators, and material handling equipment, for those units and activities not having organizational maintenance capability or as directed by the Contracting Officer.

**C.5.10.13.3.1**
The Contractor shall perform scheduled and unscheduled Direct Support/General Support (DS/GS) maintenance on combat, tactical and non-tactical (commercial) vehicles, trailers, construction equipment, special purpose equipment (bucket trucks, line trucks, military buses), emergency equipment (fire trucks, rescue vehicles, emergency vehicles and equipment), weapons (pistols, rifles, machine guns, grenade launchers, ceremonial cannons), commissary equipment (conveyor belts), power generation equipment, refrigerated trailers/vans, grounds keeping equipment and material handling equipment or as directed by the Contracting Officer.

**C.5.10.13.3.2**
The Contractor shall perform repairs on unserviceable assemblies and subassemblies submitted on maintenance requests for return to stock. The Contractor shall perform work on major

assemblies, subassemblies, and components including total rebuild of engines, transmissions, transfer cases and other power train components; repair radiators, transmission coolers and oil coolers; refurbish fuel systems and components including fuel pumps and injectors; perform testing of appropriate repaired items on GFP dynamometer; prepare, pack and crate material.

**C.5.10.13.3.3**
The Contractor shall repair and build fuel and electric components.

**C.5.10.13.3.4**
The Contractor shall repair hydraulic components and fabricate hoses and tubing.

**C.5.10.13.3.5**
The Contractor shall perform allied trades shop services including: Metal and Machine Shop, Auto Body and Glass Shop, Welding and Machine Shop, Fabrication Shop, Woodcraft and Textiles Shop, Equipment Cleaning (wash rack), and Radiator/Oil Cooler Repair.

**C.5.10.13.3.6**
The Contractor shall maintain tire services for exchange or replacement of tires on a 1-for-1 basis on government-owned equipment, for which the installation has organizational maintenance responsibility. The Contractor shall repair, balance and maintain tires IAW AR 750-36.

**C.5.10.13.3.7**
The Contractor shall inspect, repair, service and exchange (1-for-1) all wet cell batteries. The Contractor shall submit battery inventory to the Contracting Officer quarterly (see CDRL 5.10-7).

**C.5.10.13.3.8**
The Contractor shall perform all lubrication IAW equipment lubrication orders and manufacturer's manual.

**C.5.10.13.3.9**
The Contractor shall conduct die-electrical treatment of special purpose vehicles used in the maintenance of electrical services IAW AR 750-1.

**C.5.10.13.3.10**
The Contractor shall perform monthly operational tests on standby and emergency generators in support of Fort McPherson installation requirements. The Contractor shall document all tests using those forms listed in AR 750-738 and applicable checklists for specified equipment.

**C.5.10.13.3.11**
The Contractor shall perform organizational and Direct Support/General Support maintenance IAW applicable TM's and manufacturer's manuals for emergency and standby generators, lift stations, and water pumps. The Contractor shall provide 24 hour-a-day emergency maintenance including weekends and holidays.