C.5.10.13.4 **Body Shop Work Support**

The Contractor shall provide body work services to support, but not limited to, the following: Body and Fender Work, Shelter Seams and Skin only, Body and Fender Painting, Welding, Equipment and Component Painting, and Equipment Glass Repair and Replacement. Amplification of the tasks for this type of work follows:

C.5.10.13.4.1 **Body, Frame, and Hull Structures**

The Contractor shall perform maintenance and repair on body, frame, and hull structures of primary and secondary equipment such as tactical combat, MHE, construction and commercial design vehicles. The Contractor shall complete body, frame and hull structure work to meet or exceed applicable equipment technical publication standards and specifications and sound commercial practices. These tasks include but are not limited to:

**C.5.10.13.4.1.1**

Straighten, align, and replace structural components, parts, and sheet metal material such as fenders, cab panels, hoods, floor panels, and doors.

**C.5.10.13.4.1.2**

Repair dents, ridges, channels, and other irregular contours from flat and curved surfaces.

**C.5.10.13.4.1.3**

Straighten and align main frame assemblies to include replacing and reinforcing cross-members and main frame rails. Comply with TB 9-2300-247-40 for the repair of tactical wheeled vehicle frames.

**C.5.10.13.4.1.4**

Replace and repair wooden components and parts such as troop seats, cargo bows, racks, trailer decks and interior and exterior panels of vans.

**C.5.10.13.4.1.5**

Remove, install, cut and grind glass and plastics, repair glass frames and replace seals and gaskets.

**C.5.10.13.4.1.6**

Fabricate parts, components and sheet metal structural items.

**C.5.10.13.4.1.7**

Prepare items for painting by grinding, sanding and plastic bead blasting.

**C.5.10.13.4.1.8**

Apply various body fillers, fiberglass and finish, mask, prime and paint surface areas.

**C.5.10.13.4.1.9**
Mix and apply various types and colors of paints to interior and exterior surfaces of equipment to include camouflage pattern painting and Chemical Agent Resistant Coating (CARC) IAW applicable TB's, TM's, and local directives.

**C.5.10.13.4.1.10**
Cut stencils, apply letters, numbers, insignias, unit designator, and other markings.

**C.5.10.13.5 Radiator/Oil Cooler Repair**
The Contractor shall maintain a capability to service and repair radiators and oil coolers for tactical/wheeled vehicles.

**C.5.10.14 Fabrication Support**
The Contractor shall provide fabrication services to facilitate maintenance, repair and modification of vehicles, equipment or items on job orders and to support individual customer requests submitted on a maintenance request. The Contractor shall obtain Contracting Officer approval prior to accepting customer requests for fabrication and modification.

**C.5.10.14.1**
The Contractor shall fabricate parts and components for equipment or items on work order when directed by applicable equipment technical publications or sources of supply and circumvent long lead times on parts and components for high priority work.

**C.5.10.14.2**
Upon request from the Contracting Officer, the Contractor shall review and interpret blueprints, schematics, plans, sketches, specifications, or samples accompanying the customers maintenance requests and prepare a cost estimate for the labor, parts, and material required to complete requested work. The Contractor shall provide the cost estimate to the Contracting Officer for review and approval. The Contractor shall provide justification to the Government when the requested work is beyond the maintenance capability of the Contractor.

**C.5.10.14.3**
Upon review and approval by the Government, the Contractor shall fabricate and install items comprised of various types of materials such as metals, woods, fabrics, plastics and glass or combinations thereof.

**C.5.10.14.4**
The Contractor shall plan and layout work to determine dimensions, specifications, clearances and measurements.

**C.5.10.14.5**
The Contractor shall fabricate and devise special tools, jigs, and fixtures required to complete the requested work.

**C.5.10.14.6**
The Contractor shall fabricate items to meet or exceed original specification requirements as specified by applicable equipment technical publications or existing blueprints, schematics, plans, sketches, specification or samples.

**C.5.10.14.7**
The Contractor shall fabricate items in a manner that provides best value to the Government.

**C.5.10.15 Welding and Machining Work Support**
The Contractor shall perform machining and welding shop operations necessary to supplement fabrication, maintenance or repair requirements. These tasks include the following:

**C.5.10.15.1**
Operate machine shop or welding equipment such as milling machines, shapers, engine lathes, grinders, shears, drills, oxyacetylene, Metal-Inert-Gas (MIG), Tungsten-Inert-Gas (TIG) and electric arc welding equipment.

**C.5.10.15.2**
Form, shape, resurface, join, tap, thread or cut such ferrous and non-ferrous materials as steel, copper, aluminum, cast iron, nickel and brass.

**C.5.10.15.3**
Complete machine shop or welding work to meet or exceed applicable equipment technical publication standards and specifications and sound commercial practices.

**C.5.10.15.4**
Comply with certification requirements for repair of all equipment.

**C.5.10.16 Metal and Machine Shop Work Support**
The Contractor shall provide metal and machine work services to support, but not limited to, the following: Refuse Containers, Metal Furniture, Equipment and Component Welding, and Sheet Metal Work.

**C.5.10.17 Furniture Support**
The Contractor shall provide furniture repair work services to support, but not limited to, items listed from barracks, medical clinic, office, and quarters: Beds, Metal and Wood; Bookcases, Metal and Wood; Cabinets, Metal and Wood; Chest of Drawers; Chairs, Metal, Wood and Upholstered; Davenport, Upholstered; Desks, Metal and Wood; Pool Tables; and Tables, Metal and Wood.

**C.5.10.17.1**
The Contractor shall provide canvas and textile repair services for, but not limited to, canvas and textile items listed: Camouflage Nets, Canvas Containers and Bags, Canvas Covers, Vehicle and Trailer, Tarpaulins, Tents, and Vehicle Seats.

C.5.10.17.2
The Contractor shall provide woodcraft services to include, but not limited to, make and repair wood items for use in homes, office, activities and decorative parts.

C.5.10.18 **Wash Rack Support**
The Contractor shall operate and maintain the wash rack located at Fort Gillem (Facility # 404).

## SECTION C.5.11

## TABLE OF CONTENTS

C.5.11 AUTOMATION/ADMINISTRATION DIVISION .......... 1
*C.5.11.1 Mission* .......... *1*
*C.5.11.2 Administration* .......... *4*

**C.5.11 AUTOMATION/ADMINISTRATION DIVISION**

The Contractor shall provide automation and administrative support to the entire DIS operation, for both the Contractor operated component and the Government operated component.

**C.5.11.1 Mission**

The Contractor shall provide automation support for networks, personal computers, and peripheral systems (both hardware and software), DIS STAMIS and other STAMIS with which the DIS STAMIS interfaces. The Contractor shall troubleshoot, install, and train personnel on the use of new and used hardware and software. The Contractor shall provide automation support for the DIS, deployed units, and senior and junior Reserve Officer Training Corps (ROTC) units. The Contractor shall provide support for the computer systems, including all peripherals, hardware, and software used by the Contractor and by the residual Government workforce assigned to the DIS. Workload associated with automation support is listed in TE C.5.11-1. "Systems" means STAMIS or stand-alone program that is used by the DIS in the performance of its mission.

**C.5.11.1.1 Personnel Daily Work Performance**

The Contractor shall account for DIS personnel or Contractor's time on a daily basis. This data is used by the Program Budget Branch in preparation of the annual cost analysis report provided to the Department of the Army (DA).

**C.5.11.1.1.1**

Daily, the Contractor shall ensure receipt of the Labor and Equipment (L&E) cards or equivalent for all personnel required to submit and L&E card, review each L&E card for completeness, and record the L&E card work date in a log book. The Contractor shall verify that all DIS personnel submit complete (correct document or job number, phone number, social security number, hours, and other required information) L&E cards.

**C.5.11.1.1.1.1**

The Contractor shall enter the data into Integrated Facilities System-Client/Server (IFS-C/S) and use a Standard Query Language (SQL) program provided by the Government for printing out the data entered.

**C.5.11.1.1.1.2**

The Contractor shall correct errors that the system rejects before the interface, such as an L&E card that isn't accepted at all or an L&E card that goes in but is later rejected by IFS-C/S.

**C.5.11.1.1.1.3**

The Contractor shall use SQL or other programming to extract data input via the L&E cards to provide customers with information requested. Approximately 5 telephone calls and 2 walk-ins per day require response.