**C.5.11.1.1.2**
The Contractor shall maintain a file of L&E cards or equivalent and daily IFS-C/S transaction reports for 2 years.

**C.5.11.1.2 Technical Assistance**
The Contractor shall troubleshoot and resolve hardware and software problems, telephonically or on site. The Contractor shall coordinate with each system's technical office to obtain solutions. The Contractor shall also run queries of the system as requested. The Contractor shall develop programs to assist the DIS in operating the systems more effectively. The Contractor shall coordinate with the DIS Program and Budget Branch to resolve problems (i.e., input, output, or scheduling).

**C.5.11.1.3 System Administration**
The Contractor shall install system change packages, software and hardware; monitor and control disk usage; and execute historical purges and maintenance programs. The Contractor shall diagnose and resolve hardware problems, analyze software input/output problems, and recommend system changes.

**C.5.11.1.3.1**
The Contractor shall attend an annual system administrator conference. The Contractor shall attend system administration training courses as approved by the Contracting Officer. The Contractor shall coordinate with system users to determine answers to functional problems and arrange formal user training. The Contractor shall provide user assistance with software problems which may require limited (2 hours or less) training.

**C.5.11.1.4 Information Management Officer (IMO)**
The Contractor shall act as the DIS IMO. The Contractor shall update the current 5 year automation plan, to include the number of personal computers, software, network cards, fax machines, and all peripherals. The Contractor shall prepare all required documentation (DA Form 3953, DD Form 448, DD Form 250) to acquire the automation equipment for U.S. Army Garrison IMO approval. After U.S. Army Garrison IMO approval, the Contractor shall order, receive, and install the equipment so that it is fully operational. The Contractor shall not install e-mail. The Contractor shall maintain all accreditation of automation systems current IAW AR 380-19. The Contractor shall maintain hand receipts for the automation inventory used to perform the automation functions the Contractor is responsible for in this PWS. The Contractor shall perform a physical inventory of this equipment and software twice per year. The Contractor shall attend a quarterly IMO meeting. The Contractor shall disseminate the information gained at the IMO meeting to all DIS personnel.

**C.5.11.1.5 Installation Systems Security Officer (ISSO)**
The Contractor shall serve as the ISSO for the DIS. The Contractor shall not have illegal software on computers and shall carry out all aspects of automation equipment security IAW AR 380-19. The Contractor shall maintain a file of all ISSO appointment letters. The Contractor