shall provide an annual automation information security briefing to all DIS personnel. The ISSO shall assign, request and issue passwords to IFS-C/S and IFS-Supply users. The Contractor shall request passwords from the Deputy Chief of Staff for Command, Control, Communication and Computers (DCSC4).

**C.5.11.1.6 Individual Job Orders (IJO's)**

The Contractor shall review all RPM IJO's to verify that there are no negative costs in the IFS-C/S system. The Contractor shall investigate and determine the cause of negative dollars shown against an IJO.

**C.5.11.1.7 Performance Standards**

The Contractor shall maintain the systems so that there is never more than a 3% downtime for every system in each quarter. The customers' satisfaction rating must be 95% or higher. The Contracting Officer shall approve the annual customer survey, developed by the Contractor, before the Contractor delivers it to the customers. The Contractor shall not exceed a 2% error rate in data the Contractor is required to enter into the system(s). The Contractor shall not exceed deadlines imposed by the Government by more than 5 working days. The Contractor shall maintain an automated or manual record that provides the required information to calculate these measurements.

**C.5.11.1.8 Routine Systems Tasks**

The Contractor shall prepare daily, weekly, monthly, quarterly, semi-annual, and annual back-ups and reports IAW the Standing Operating Procedures (SOP's) for the system supported. The Government will provide these SOP's to the Contractor at the time the contract is awarded. The Contractor shall review the daily reports and customer reported problems to determine how each system is performing. The Contractor shall provide an input file of all data entered on a daily basis to the DIS Program and Budget.

**C.5.11.1.9 Files**

The Contractor shall maintain files on customer requests for assistance (telephone calls, walk-in requests, or fax requests). The Contractor shall maintain a current inventory file (hand receipts and total inventory) and records of automation equipment and software ordered. The Contractor shall maintain a room(s) for the various systems' back-up tapes (current day plus last 5 working days, current week plus last 3 weeks, current month plus last 3 months and current purge report plus last 2 purged reports). The Contractor shall maintain a Continuity of Operations Plan (COOP) site to store the appropriate information IAW IFS-C/S manuals and AR 380-19. The Contracting Officer will provide the Contractor with the information on the current COOP and back-up storage sites. The Contractor shall maintain correspondence files IAW AR 25-400-2.

**C.5.11.1.10 Library**

The Contractor shall maintain a current library of all manuals, instructions, and booklets for all DIS systems. The Contractor shall maintain all regulations and guidance pertinent to the operations, maintenance, security, and inventory of the DIS systems. The Contractor shall also

maintain the most current catalogues on types of automation equipment (including software) and prices.

**C.5.11.2 Administration**

The Contractor shall provide administrative support to the DIS.

**C.5.11.2.1**

The Contractor shall prepare internal and external correspondence, which includes but is not limited to, A/E letters, position descriptions, environmental documents, Statements of Work and specifications, bid schedules, SOP's, Inter/Intra Service Support Agreements (ISSA's), Memorandums of Agreement (MOAs), Memorandums of Understanding (MOUs), and Security Clearances for Fort Gillem, Fort McPherson, and the U.S. Army Recreational Area Lake Allatoona. The Contractor shall receive and distribute correspondence throughout the DIS and to other Garrison, FORSCOM, DA organizations. The Contractor shall prepare reading files and maintain historical files of this correspondence.

**C.5.11.2.2**

The Contractor shall prepare black and white or color charts for briefings. Charts may include wall charts, easel charts, briefing charts, and flip charts with lettering and illustrations. The Contractor shall prepare charts on illustration board up to 30" x 40" and shall laminate if requested by the Contracting Officer.

**C.5.11.2.3**

The Contractor shall prepare authentic travel orders using DD Form 1610, and training requests using DD Form 1556. The Contractor shall make reservations for airline, hotel, rental cars and training conferences, request quotas for training, process cash advance requests and travel claims after travel is complete via the Contracting Officer, and verify with DFAS the claim was received within the time frame for processing. The Contractor shall arrange through the Contracting Officer all on-site training requirements.

**C.5.11.2.4**

The Contractor shall process DIS time cards to include distributing, receiving, verifying accuracy, and entering data into the automated system. The Contractor shall track separately special leave categories, such as sick leave taken under the Family and Medical Leave Act, for yearly report submission to OPM (see CDRL C.5.11-1).

**C.5.11.2.5**

The Contractor shall initiate, verify, review, and track all forms (e.g. SF-86) required for security clearance application due to new, periodic reinvestigation or reinstated clearances. The Contractor shall maintain files of individual clearances and keep these files secure at all times. The Contractor shall request interim security clearances on personnel pending security clearance determination.

**C.5.11.2.5.1**

The Contractor shall coordinate with DOT to verify that security clearance requirements of personnel have been met. The Contractor shall attend security process training on a regular basis. The Contractor shall immediately inform the Contracting Officer when a clearance is revoked. As Security Manager, the Contractor shall process personnel security actions to the Installation Security Office and maintain security rosters. The Contractor shall immediately notify the security office of all offenses requiring revocation of clearance determination and shall submit revocation when required. The Contractor shall initiate action to remove all personnel requiring security clearance when such clearance is revoked. As Security Manager, the Contractor shall provide physical security of all facilities assigned for use. The Contractor shall perform a minimum of 2 after hour physical security inspections each month. The Contractor shall immediately correct all minor discrepancies (less than $3,000 to correct) noted and report all major discrepancies (greater than $3,000 to correct) to the DPS and to the Contracting Officer the working day after identification of the discrepancy.

**C.5.11.2:5.2**

All contractor personnel shall in-process through all the appropriate government offices before starting work on the installation. Upon termination of employment, the contractor personnel shall out-process through appropriate government offices and receive a security debriefing.

**C.5.11.2.5.3**

The Contractor shall check assigned buildings at the close of business for trespassers and shall lock all windows and exit doors.

**C.5.11.2.6**

The Contractor shall maintain a suspense (time limit on an action) file and shall meet the suspense date assigned 98% of the time. The Contractor shall contact the originator of the suspense as soon as it is known the suspense will not be met and request an extension. The Contractor shall state the reason for not meeting the suspense and offer an alternate suspense date. The Contractor shall make every effort to meet the original suspense date. The Contracting Officer has the final approval of the extension request.

**C.5.11.2.7**

The Contractor shall coordinate DIS involvement in special events including but not limited to the Savings Bond Campaign, ribbon-cutting ceremonies, ground breaking ceremonies, and the Special Olympics.

**C.5.11.2.8**

The Contractor shall initiate and process requisitions for printers, copiers, or other office equipment and shall order repairs and supplies for all office equipment. The Contracting Officer will sign as Ordering Officer for these supplies and printing requirements.

**C.5.11.2.9**
The Contractor shall accompany the DPS Fire Prevention Inspectors on all scheduled inspections and unscheduled inspections when requested by the DPS Fire Prevention Inspectors. The Contractor shall inspect for fire hazards in contractor-occupied space monthly. The Contractor shall notify the Contracting Officer of deficiencies found and correct deficiencies for SO scope work IAW the priority assigned. The Contractor shall present IJO scope work to the Contracting Officer for approval.

**C.5.11.2.10**
The Contractor shall serve as the DIS Telephone Control Officer, Key Control Officer, and DIS Safety Coordinator.

**C.5.11.2.10.1**
As the Telephone Control Officer, the Contractor shall review all requests for telephone service to include number of telephone lines and telephone instruments, and the class of service (i.e., on-post only, local, long-distance). The Contractor shall submit recommendations and the appropriate approval or rejection letter to the Contracting Officer for signature. For long-distance service requests, the Contractor shall prepare and submit written justification to the Contracting Officer. The Contractor shall maintain a telephone control log of pre-authorized long distance control numbers. The Contractor shall certify quarterly telephone bills and forward to the DIS Program and Budget Branch for payment.

**C.5.11.2.10.2**
As the Key Control Officer, the Contractor shall maintain a key control log and verify that all contractor personnel properly sign for keys to contractor-assigned facilities. The Contractor shall conduct a 70% inventory of all keys at least twice annually and a 100% inventory of all keys at least yearly IAW appropriate regulations. The Contractor shall report results of these inventories within 5 working days after the inventory is complete.

**C.5.11.2.10.3**
As the DIS Safety Coordinator, the Contractor shall provide all contractor personnel weekly safety briefings/training and report such training to the DPS. The Contractor shall report all accidents on appropriate Department of Labor forms to the appropriate worker's compensation office and Department of Labor via the Contracting Officer. The Contractor shall maintain historical files on all reported accidents.

**C.5.11.2.11**
The Contractor shall maintain and dispose of all administrative files IAW AR 25-400-2.

**C.5.11.2.12**
The Contractor shall order, via the DA Form 17 approved by the Contracting Officer, all publications and forms required for the operations of a DIS and maintain a library of these publications. The Government will provide the Contractor with a list of documents that are currently being ordered or maintained (see C.6).

**C.5.11.2.13**

The Contractor shall prepare Public Affairs releases as directed and approved by the Contracting Officer. The Contractor shall under no circumstances make a Public Affairs release without the approval of the Contracting Officer and Public Affairs Officer.

**C.5.11.2.14**

The Contractor shall provide the following items for the review and approval of DIS: suspense roster, alert notification roster, bad weather roster, social roster, rating scheme roster, physical security inspection reports, Fire Inspection Discrepancy Report, and receipts for all certified or registered mail received.

## SECTION C.5.12

## TABLE OF CONTENTS

C.5.12 PERSONAL PROPERTY ........................................ 1
*C.5.12.1 Personal Property Movements ........................................ 1*
*C.5.12.2 Quality Assurance and Inspection ........................................ 5*

## C.5.12 PERSONAL PROPERTY

### C.5.12.1 Personal Property Movements

The Contractor shall arrange for receipt, shipment, storage, and delivery of all types of household goods (HHG) consigned to or being shipped to or from Fort McPherson or Fort McPherson's area of responsibility IAW AR 55-71, DoD 4500.32R, and DoD 4500.34R. The Contractor shall provide these services to include, but not be limited to, the following moves: Do-It-Yourself (DITY), Temporary Duty (TDY), Permanent Change of Station (PCS), and retirement or separation from active duty. Workload data for Transportation Services covered in this section is located at TE C.5.12-1.

**C.5.12.1.1**

The Contractor shall provide courteous and efficient service to include: advising, counseling, arranging for, preparing, and distributing documentation for DoD personnel and dependents on personal property shipments to include household goods, unaccompanied baggage, mobile homes, boats, privately owned vehicles (POV's), and DITY moves.

**C.5.12.1.1**

The Contractor shall counsel customers on shipment and storage of personal individual property within 45 minutes after the arrival of the customer.

**C.5.12.1.2**

The Contractor shall answer customer questions and inquiries in person and by telephone; review the PCS and TDY orders to determine entitlements and restrictions pertaining to shipment and storage of personal property; inform and assist customers in the preparation of necessary forms covering personal property entitlements and claims for reimbursement of personal funds IAW AR 55-71; and explain procedures for disposition of inbound personal property including, but not limited to, direct delivery, temporary storage, local delivery, and claim procedures for loss and damages.

**C.5.12.1.2.1**

The Contractor shall order, maintain, and offer government handouts providing details on the above transportation services to each customer served. The Contractor shall provide the following to the customer: DD Form 1299, Its Your Move Pamphlet, POV Pamphlet, DD Form 2278, and DD Form 1797.

**C.5.12.1.3**

The Contractor shall mail applications for shipment of personal property to customers upon request. The Contractor shall receive, date and time stamp, and process mailed and faxed applications (approximately 50 per month) from customers for shipment of personal property within 5 working days after receipt.

**C.5.12.1.4**

The Contractor shall select a carrier no less than 10 working days prior to requested pickup date. The Contractor shall accommodate emergency situations that require a pickup date less than 10 working days from counseling session at the direction of the Contracting Officer.

C.5.12.1.5
The Contractor shall schedule pick-up and delivery of personal property shipments with the carrier/storage companies IAW DoD 4500.34R to meet customer needs. This includes, but is not limited to: Individual, Volume Movement, and One-Time-Only (OTO) movement of household goods, unaccompanied baggage, mobile homes, and boats.

C.5.12.1.6
The Contractor shall collect payment for excess costs incurred by the customer IAW AR 55-71, accepting only certified checks or postal money orders made payable to the Treasury of the United States. The Contractor shall forward payment and a prepared DD Form 1131 to the government Transportation Officer (TO) within 1 working day after receipt of payment. The Contractor shall make deposit tickets and turn them in to the Associated & Federal Employee's Credit Union (A&FECU), Fort McPherson, GA. The Contractor shall fax supporting documents, including the tickets, to DFAS in Indianapolis, IN. The Contractor shall maintain files for this documentation. In the event the customer desires to pay cash (estimated to occur once a year), the Contractor shall provide the customer with the prepared DD Form 1131 IAW AR 55-71 for posting to the shipping documents. The Contractor shall not proceed with processing the customer's action until the customer has returned to the Contractor with a paid receipt for the amount of excess.

C.5.12.1.7
The Contractor shall prepare, distribute, and file GBL's on personal property shipments and numerically maintain a GBL Register. The Contractor shall submit documentation for approval by the TO. The Contractor shall verify GBL's are at the carrier's/agent's place of business prior to the pick-up date to assure customer is not inconvenienced.

C.5.12.1.8
The Contractor shall prepare certified, true copies of GBL's and DD Forms 619/619-1 IAW DoD 4500-34-R, and submit them with supporting documents to the Contracting Officer for approval and signature. The Contractor shall forward document to the agent/carrier within 3 working days after return from the TO.

C.5.12.1.9
Within 7 working days of receipt, the Contractor shall verify and process invoices, DD Forms 619/619-1 IAW DoD 4500.34R, and submit them with supporting documents to the Government for authorization and return to the carrier for processing to DFAS.

C.5.12.1.10
The Contractor shall provide guidance to customers and prepare documentation to accompany customers' excess cost collection vouchers to be submitted to DFAS. The Contractor shall provide assistance in resolving excess cost problems.

C.5.12.1.11
The Contractor shall arrange for and prepare documentation authorizing movement of personal property, including processing functions necessary to effect shipment, storage, and delivery of

personal property for authorized military personnel, DoD civilians, and dependents IAW DoD 4500.34R, JFTR Vol I and II, AR 55-71, and AR 55-355.

C.5.12.1.12
The Contractor shall provide all inbound and outbound shipping information/ documentation to the Government on the working day prior to the scheduled delivery or pick up dates.

C.5.12.1.13
The Contractor shall select the most cost-effective form of storage prior to authorizing storage of personal property in commercial warehouses.

C.5.12.1.14
The Contractor shall receive notices of arrival of inbound shipments, coordinate delivery thereof, or, when authorized, place into storage-in-transit (SIT). The Contractor shall make arrangements with the customer to accept inbound shipments of personal property. The Contractor shall make efforts to locate the customer prior to authorizing SIT of the shipment. The Contractor's efforts to locate the customer shall include contacting Post Locator, Family Housing Office, the customer's gaining unit, and the local telephone number furnished by the customer. The number of shipments placed in SIT should not exceed 78 percent of the total shipments received per DOD 4500.34R. The Contractor shall select the most cost effective carrier for outgoing shipments IAW DoD 4500.34R and TOPS (Transportation Operational Personal Property System).

**C.5.12.1.15**
The Contractor shall process inbound shipments (including advance documentation) for temporary storage or delivery; trace and expedite personal property shipments and maintain a SIT Register.

**C.5.12.1.16**
The Contractor shall trace and expedite delayed domestic and overseas inbound and outbound shipments of personal property. The Contractor shall obtain approval from the TO prior to diverting or re-consigning shipments.

**C.5.12.1.17**
The Contractor shall prepare diversion, re-consignment, and long delivery out of SIT certificate.

**C.5.12.1.18**
The Contractor shall schedule and procure Non Temporary Storage (NTS) of personal property, process release, and order withdrawal delivery of full or partial lots from storage IAW DoD 4500.34R. The Contractor shall submit documentation to the Government for approval and signature and send documentation to the storage company prior to the scheduled pick-up/delivery date in a manner to assure shipment is picked-up/delivered and customer is not inconvenienced.

**C.5.12.1.19**
The Contractor shall utilize the government provided AIS to perform the Personal Property function.

**C.5.12.1.20**
The Contractor shall route and book shipments with the carrier's agent or storage company IAW DoD 4500.34R. The Contractor shall maintain (keep up-to-date) all current government rates, carrier rates, and tariffs.

**C.5.12.1.21**
The Contractor shall complete and maintain a manual intrastate Traffic Distribution Record (TDR) IAW DoD 4500.34R. The Contractor shall utilize the manual TDR to select the most cost-effective carrier for intrastate Through Government Bill of Lading (TGBL) moves.

**C.5.12.1.22**
The Contractor shall keep Transportation Operational Personal Property System (TOPS) and the manual TDR are posted with the carrier's current status, i.e., Carrier scores, Non-use status, Suspensions, Traffic Denial, and Reinstatement IAW DoD 4500.34R.

**C.5.12.1.23**
The Contractor shall support the functions of the Direct Procurement Method (DPM) contract company designated for packing, containerization and local drayage. This support includes, but is not limited to, the following:

**C.5.12.1.23.1**
The Contractor shall prepare and provide, to the DPM contract company, outbound and local drayage service orders based upon information received from customers at counseling sessions and arrange pack, pick up and movement of property.

**C.5.12.1.23.2**
The Contractor shall receive information on inbound personal property from the DPM contract company, advising of receipt of property at the warehouse; shall coordinate delivery/storage of property with customer and DPM contract company; and shall prepare a service order reflecting this information and maintain suspense files on all due in and SIT shipments.

**C.5.12.1.23.3**
The Contractor shall submit all service orders to the DPM contract company in compliance with all terms and conditions of the DPM contract.

**C.5.12.1.23.4**
The Contractor shall maintain a record, by calendar year, of the annual number of shipments and pounds per DPM contract line item. The Contractor shall provide this record to the Government no later than the last working day in January each year (see CDRL C.5.12-1).

**C.5.12.1.24**
The Contractor shall submit to the Government weekly reports identifying the number and cost of DITY and contract carrier moves and of local storage (see CDRL C.5.12-2).

**C.5.12.1.25**
The Contractor shall submit monthly traffic activity reports IAW CDRL C.5.12-3 to the Government.

**C.5.12.1.26**
The Contractor shall compute DITY incentive payment IAW DoD 4500.34R and return to the paying DFAS, via the Contracting Officer, within 2 working days after receipt.

**C.5.12.1.27**
The Contractor shall operate and maintain the TOPS to facilitate personal property transportation shipments and to maintain data on carriers, agents, customers and transportation personnel.

**C.5.12.1.27.1**
Contractor shall implement changes to the TOPS as directed by Military Traffic Management Command (MTMC). The Contractor shall recommend modification and or changes to the TOPS to improve productivity.

**C.5.12.1.27.2**
Contractor shall monitor and review transportation systems daily to identify errors. The Contractor shall notify the TOPS hotline daily to correct the errors.

**C.5.12.1.27.3**
Contractor shall maintain the TOPS to properly support personal property transportation shipments.

**C.5.12.2 Quality Assurance and Inspection**
The Contractor shall support the Government in the inspection and evaluation of carriers' and subcontractors' equipment, personnel, facilities, and services for compliance with DoD 4500.34R for qualification to participate in the DoD Personal Property Program.

**C.5.12.2.1**
The Contractor shall order weighing/re-weighing of shipments to inspect validity of billings from commercial carriers IAW DoD 4500.34R. The Contractor shall administer the Re-weigh program on inbound shipments IAW the Basic Ordering Agreement (BOA). The Contractor shall review weight tickets submitted for authenticity.

**C.5.12.2.2**
The Contractor shall implement the Total Quality Assurance Program (TQAP) for international and domestic shipments of personal property as specified by the MTMC.

**C.5.12.2.3**
The Contractor shall recommend to the Contracting Officer qualification, disqualification, and suspension of carriers and carrier agents from participation in the DoD Personal Property Program. The Contractor shall investigate complaints, prepare damage reports, and submit to the Contracting Officer, and take other corrective actions IAW DoD 4500.34R.

**C.5.12.2.4**
The Contractor shall assist the Government in preparing the documentation for the Contracting Officer to award and administer these packing, containerization and local drayage subcontracts.

**C.5.12.2.5**
The Contractor shall maintain Carrier Performance Files including, but not limited to, Carriers' Letters of Intent (LOI), Letters of Warning (LOW), and appeals to suspensions or LOW's IAW DoD 4500.34R.

**C.5.12.2.6**
The Contractor shall receive and maintain carriers' LOI's in the respective carrier's file. The Contractor shall recommend acceptance or rejection of LOI's submitted IAW DoD 4500.34R and submit documentation to the TO for signature.

**C.5.12.2.7**
The Contractor shall recommend disciplinary action against Personal Property carriers, initiate documentation for punitive action, and submit to the TO with supporting documentation for signature. The Contractor shall recommend action on carrier's appeals regarding LOW's and suspension actions and submit recommendations with supporting documentation to the TO for signature.

**C.5.12.2.8**
The Contractor shall complete documentation and provide guidance and assistance to customers in the preparation of the customer's claim for reimbursement of loss or damage of personal property IAW governing regulations. The Contractor shall prepare a cover letter stating facts provided by the customer for the claim and charges incurred based upon documentation furnished by the customer. The customer will furnish all documented evidence.

**C.5.12.2.9**
The Contractor shall collect data IAW Carrier Assessment Program (CAP) as stated in the TQAP. The Contractor shall maintain all records required by TQAP.

**C.5.12.2.10**
The Contractor shall daily provide all pertinent documentation, including GBL's, service orders, invoices, inventories, orders, and DD Forms 619-1, 619, and 1299, to other Installation Transportation Officers (ITO's), claim offices, and customers.

**C.5.12.2.11**
The Contractor shall verify that auxiliary service has been performed by carrier/agent.

**C.5.12.2.12**
The Contractor shall maintain Tracer action files.

**C.5.12.2.13**
The Contractor shall prepare pre-award paperwork for an agent to do business with the Government for the TO's signature.

**C.5.12.2.14**
The Contractor shall maintain all changes to the consignment guide for overseas and domestic shipments.

**C.5.12.2.15**
The Contractor shall receive information on inbound, outbound, and local moves from the DPM contract company. The Contractor shall maintain files on DPM contracts, such as weekly reports, and attend meetings with the DPM Contractor.

**C.5.12.2.16**
The Contractor shall prepare carrier evaluation reports for the TO signature.

**C.5.12.2.17**
The Contractor shall do a physical 2% witness re-weighing for inbound and outbound shipments and sign the back of the weigh ticket IAW DoD 4500.34R.

**C.5.12.2.18**
The Contractor shall provide a daily or weekly report of all inbound and outbound shipments to the TO.

**C.5.12.2.19**
The Contractor shall receive visitors from carrier/agent offices.

**C.5.12.2.20**
The Contractor shall provide customer service and resolve customer complaints between carrier and customer.

**C.5.12.2.21**
The Contractor shall audit invoices from the DPM Contractor to verify that services charged match the services provided and shall provide the audit to the TO.

**C.5.12.2.22**
The Contractor shall conduct call backs for resolving disputes between the customer and the carrier (estimated to occur 24 times a month at 30 minutes for each call back). The Contractor shall notify the TO of each call back the first working day after the call back.