DEPARTMENT OF THE ARMY
HEADQUARTERS UNITED STATES ARMY FORCES COMMAND
Army Atlanta Contracting Center
1309 Anderson Way SW
FORT MCPHERSON GEORGIA 30330-1096

REPLY TO
AFLG-PRC (715k) 12 Jun 01

MEMORANDUM FOR: SEE DISTRIBUTION

SUBJECT: Award Fee Evaluation, Contract DAKF11-00-C-0006, Accelerated Period 16 Jan 01 - 28 Feb 01, FY 01

1. The enclosed Contracting Officer's award fee recommendation report is provided for your review and information. The award fee information is procurement sensitive therefore must be held in strict confidence.

2. The Contractor will make a presentation to the Award Fee Review Board on 22 June 2001, at 0900 hours, in the DIS Main Conference Room located on the first floor of Building 181, Fort McPherson, GA.

3. Please call Jesse Watkins at 404-464-4111 if you have any questions concerning the Award Fee Review Board.

4. *AACC - Customer & Quality First!*

K. Jan Stowell

Encl

K. JAN STOWELL
Contracting Officer

DISTRIBUTION:
USAG Fort McPherson DIS, Mr. Mike Sturgis
USAG Fort McPherson DIS, Mr. Jim Mathis
USAG Fort McPherson DIS, Mr. Marvin Head
USAG Fort McPherson SJA, Ms. Cheryl Smith
HQ FORSCOM, DCSLOG, AACC, Mr. Ron Howell
HQ FORSCOM, DCSLOG, AACC, Ms. K. Jan Stowell