**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**AGENDA**
**22 JUNE 2001**

1. Opening Remarks

    a. Purpose of meeting

    b. Sign-in sheet

2. Contractor Presentation

    a. Griffin Services, Inc., ISSC Project Manager Presentation

    b. Discussions with contractor

    c. Dismiss contractor

3. Award Fee Board Determination and Discussions

    a. Reminders:

    - Sensitivity of Award Fee Board documents. All documents must be returned to the Contracting Officer.
    - The Board will approve, modify or disapprove recommendations and document the decision as appropriate

    b. Discussion:

    - Location and time for First Quarterly Award Fee Board
    - Tentative date 19 July 2001

    c. Fee Determination

    d. Next review period: 1 March 2001 - 31 May 2001

4. Dismissal