AFZK-IS-OF 24 July 01

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Building 130, 1301 Anderson way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 1 June – 30June 2001.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 1 June and ending 30 June 2001 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of June 2001), fails to meet minimum contract requirements. The rating for this period is 62.71 % (UNSATISFACTORY), supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

3. The Contractor has completed four (4) months at the contract full performance level. Some of the same problems are being carried over from the previous performance periods however could be easily resolved by open communications between the Project Manager's Office and the government management team. Improvement in some of the work centers has occurred at the worker level yet, there has also been a decline in this month' ratings in some work centers. There remains a lack of any on site management initiatives towards problem prevention and resolution or a display of spirit to project a one-team organization between the contractor and the government.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property and Facilities Maintenance: (Unsatisfactory 56%)

Real property and facilities maintenance operations continue to be unsatisfactory even though this area has shown a slight improvement this month. Problems identified since the acceleration period (16 Jan 01) carried over through the implementation of the full performance period (16 Mar) to the present time. As of 30 June 2001 these problems remain unresolved by the Project Manager (PM). Overall poor workmanship in some critical areas, lack of demonstrated skill applications, proper documentation of work requests and the inability to complete the work

correctly continues to be a major issue in this work area. These problems are attributed to the lack of qualified workers and non-responsive, on site management/leadership from the first line supervisory level to the Project Manager's office. The QAE raw scores for the month were 30%, 30%, 70%, 73%, 55% and 85%.

(1). The contractor has not provided his Preventative Maintenance program plan to the government as of the 30 June 2001. The PM plan was due within 40 work days (1 May) after the start of the full performance contract. Lack of a published, scheduled PM has caused preventable problems (particularly with the HVAC). There was no preventative maintenance (PM) done on the units in BLDG 181, 363, 240,41 and 514 or in Quarters 20. Condensate leaks occurred in three of the facilities resulting in customer complaints concerning delays in, or the inability to make, repairs and the unprofessional disregard for cleaning up the work site prior to departure by the workmen (water not extracted from carpets, water damage to painted walls, debris left on the floor, etc). There were unacceptable incidents where the mechanics were not capable of properly troubleshooting problems in order to repair cooling systems, resulting in the government continuing to call in outside vendors (able to identify the problem in approximately 15 minutes and complete the job within an hour). Delays and the inability of the contractor to identify and repair the cooling problem at the Childcare Center, Bldg 514, led to having to remove the children from the facility because of the heat which had been tolerated for the better part of a work week. The contractor must ensure his workforce has a clear understanding of priorities and the corresponding responsiveness that is expected. The government again this month "subsidized" the contractor by having other outside contractors perform HVAC repair services. Two Ft. McPherson QAE's rated the contractor at 30% efficiency this month. Services on Fort Gillem were rated at 70 and 73%. Bldg. 307, Fort Gillem, reported roof leaks on a work order, which were not repaired during the entire month of June. Preventative Maintenance (PM) at the CNG station was not done. The solar lights at the station were not replaced in a timely manner, resulting in complaints from the AAFES OTR drivers that they could not see in the evening to fuel their trucks. Overall though, the Fort Gillem crew is performing better (72%) than the Fort McPherson crew (30%).

(2). Grounds maintenance continues to present challenges to the contractor. This work area has been unacceptable and requires immediate improvement. Again, the contractor must emphasize the government's priorities and those tasks where quality cannot be diluted. Grounds maintenance on Ft. McPherson is one such area. Two CRDs are attached at Enclosure 1. The grass is improperly cut, cutting jobs are not completed, and clean up of debris is not being done in some

instances. Scheduling (and complying) with grass cutting is an unresolved problem the contractor must correct on both Forts Gillem and McPherson. The QAE gave an overall performance score of 55% in this area. That raw score has had a negative impact on the total performance level for the real property and facilities maintenance operations.

(3). Corrective action on the part of the contractor's management team to ensure that the repairmen clean up work sites when they depart is imperative. Another family housing occupant was dissatisfied to the point that she wrote a letter concerning the mess made and left in her home by the repairman. Reoccurrences of this nature cannot be tolerated.

Recommend:

(a). The contractor demand professionalism and consideration of the customer from his workforce requiring worksite clean up prior to departure from the area at the end of each day. Once those expectations are implemented and understood by the workforce, the contractor must ensure compliance by initiating corrective measures for noncompliance.

(b). The contractor reviews the HVAC skill level of the employees to ensure that they are fully qualified to perform HVAC requirements.

(c). Supervisory personnel ensure that preventative maintenance schedules are prepared and maintenance performed as scheduled. Compliance with preventative maintenance schedules is imperative.

(4). Estimating has not met the minimum requirements of the contract.

b. Equipment Maintenance: (Very Good-82 %)

(1). Overall, this area was performing well during the month of June. In the E&C shop tasks were performed correctly and in a professional and timely manner. Documentation (work orders) is still not being completed correctly and some man-hour discrepancies were noted. The shop personnel need to coordinate with supply to ensure they follow proper turn in procedures. Customers queried are satisfied with the service and repairs that are done in the shop.

(2). In the Vehicle maintenance area requisitions for parts and work orders have improved. Repair times are still presenting a problem and are not meeting established MAC standards.

(3). The Quality Assurance (QA) does not appear to be well organized yet. Housekeeping needs to be improved in this area. Files need to be established and maintained.

(4). The Wash rack needs immediate attention to ensure that it is properly maintained. (Encl 2, CDR).

(5). Continued emphasis is required for properly reporting non-mission capable downtime and preparing reports. There is no evidence of analyses by the supervisory/production control personnel to correct this problem. Printing and submitting the monthly SAMS report is not meeting the goal of this task. The PWS clearly states what is required.

(6). Housekeeping in the shop needs to be improved.

(7). The E&C Shop continues to improve and is providing good support.

(8). The "awaiting shop" line is empty and there is very little backlog. There is a supposition from the COR office that the incoming workload has experienced a sharp decrease in the past four months.

Recommend: The workload in the Equipment Maintenance facility be reviewed to ensure that there is adequate work to justify the number of contractor employees in this work center. The PWS should be reviewed in this area to determine whether changes are required since the following work is subcontracted to local area vendors and not being performed within the Maintenance facility: (1) Wet cell batteries (2) Tire Services (3) Hydraulics (4) Fuel & Electric Component Rebuild (5) Assemblies/Subassemblies. Work not being performed should be identified, removed form the PWS and contract costs adjusted accordingly.

See Enclosure 2.

c. Environmental: (Unsatisfactory 68%)

The DIS environmental office inspected the Hazardous Waste Yard on 5 June and found drums/containers not labeled. The yard is the biggest problem at this time. Otherwise, the contractor is doing a good job on documentation and record keeping. Workmanship needs a lot of work to bring this function up to a satisfactory level. The working relationship between the government and the contractor in this area is good. See Enclosure 3.