AFZK-IS-OF
SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-006, ISSC support center, Fort McPherson, GA. Accelerated Performance Period, 16 January 2001 through 28 February 2001.

IV Business Management:

(a) Local Autonomy: Unsatisfactory – 65%

Griffin Services has not successfully integrated the acceleration for cost effective operations. The government had to realign government personnel to assist (subsidize) contractor employees by providing escort services into secure areas and also show the contractor personnel not only "what" to do but also "how" to do the work. Of course some assistance is to be expected however the acceleration agreement was prefaced on the premise that Griffin could and would perform the work successfully.

Griffin Services was not prepared with a qualified workforce to do the work in the various accelerated functions as they had agreed to be able to do. Decisions made by Griffin's on site management were not always prudent especially in attempts to generate good customer service satisfaction. (Example: It took several meetings (requested by the DIS) with the Griffin Corporate Office to make the point that the Project Manager had to communicate with the COR and Director, DIS. Information from the Project Manager to DIS as a matter of routine (advising of potential problems, work in progress, un-forecasted projects or work, good accomplishments etc) has been nonexistent. The DIS is more frequently informed by the Garrison Commander and tenant Command Groups of requirements or problems than informed by Griffin's management team. Griffin's information flow is unacceptable. Customer satisfaction has not been adequate at this point. The exception to this has been the consistent demonstration of cooperation, and responsiveness by the Business Office.

(b). Management and Employee Relations: Unsatisfactory – 50%

Griffin Services did not provide information to the government on internal productivity incentive programs, employee morale and welfare programs and social and economic programs (e.g.: EEO). Observations of the diversity (ethnic, sex, age etc) of Griffin's workforce however, would indicate that Griffin Services is an EEO employer. Griffin Services has been plagued with personnel turn over (especially in the skilled trades job series). Overall rating in this area does not meet minimum expectations of DIS.

(c). Contract Management: Unsatisfactory - 35%

Due to loss of DIS personnel (RIF placements, retirements, reassignments etc.) the government requested, and Griffin Services agreed, that in the work areas identified below, acceleration of the start date was necessary and feasible. Griffin Services has not satisfactorily complied/performed the contract acceleration work.

(1) Work Reception: The employee hired by the contractor had no prior experience or knowledge of the Army STAMIS so was not qualified to begin work at the

acceleration start date and perform successfully. Training was completed however; government employees augmented this function. (Unsatisfactory).

(2) Boiler/Chiller Operations (HQ FORSCOM and 3A): Continual complaints during this period. Contractor workforce augmented by government employees (things as simple as repetitive assistance needed for identifying the locations of the boiler equipment). (Unsatisfactory).

(3) HVAC Services: The government has been forced to "subsidize" Griffin Services by using government credit cards for one time service calls to local vendors in order to get this work done. This has been costly, inefficient and unacceptable. Government provided escorts for Griffin personnel into secure areas is an on-going problem. (Unsatisfactory).

(4) Boiler/Heat/Chiller Operations (Total for Forts McPherson and Gillem). The evaluation and comments offered in paragraph IV C (2) above is also applicable here. (Unsatisfactory).

(5) Freight Management: Unsatisfactory -

The employee hired to do this accelerated function was required to complete 60 hours of training prior to issuance of a system password from MTMC (training was done on the internet). On 23 February 2001 the employee was deemed ready to perform. The Installation Transportation Officer (ITO) addressed his concerns and provided written reminders that the training was required prior to the acceleration date. The ITO performed all these duties until 23 February 2001. (Encl 3) Additional (acceleration) costs identified for this function is unwarranted. The government, not the contractor, performed this function during the acceleration period.

Recommendation: Contact modification should be negotiated and issued to decrease the accelerated portion for Freight Management.

(6) GSA Fleet/Fuel Management: Unsatisfactory -

Griffin Services employee did not satisfactorily perform these duties. The ITO spent time training, reminding and checking behind the required work. Tasks were not done correctly or in some instances not done at all (Encl 4). Fuel deliveries on two separate occasions were incorrectly accomplished. In an attempt to accomplish monthly reporting requirements for payment of fleet utilization the contractor hired a government employee for after duty work to meet those requirements. The contractor's fleet Manager processed two weekly fuel purchase requests (Xeroxed from a prepared blank form) and hand carried it through the funding certification and delivery to AACC during this period successfully. He resigned as of 27 February. Compensation for accelerated

AFZK-IS-OF
SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-006, ISSC support center, Fort McPherson, GA. Accelerated Performance Period, 16 January 2001 through 28 February 2001.

costs for this portion of the contract is unwarranted. The government continued to perform this function.

Recommendation: Contract modification should be negotiated and issued to decrease the accelerated portion of the GSA Fleet /Fuel Management.

(7) Equipment Maintenance: Unsatisfactory –

Griffin Services did not have mechanics with the skills required to do the work on the equipment. Standard, acceptable, shop repair hours were frequently exceeded (up to 100% more than is the standard). Reimbursable customers could and would not pay 20 hours of labor for a standardized 4-hour labor job. Direct labor was incorrectly charged against administrative overhead.

The Work Reception area was not successfully functioning because the employee had no prior experience with the STAMIS (SAMS) and had to be trained after the start up date of the acceleration. This created backlog in system input. Weekly and monthly maintenance reports were not completed. There have been no performance analysis (required by CDRL C.5.10-5) or Material Condition Status Report, required by CDRL C.5-10-1. Consistent analysis of the maintenance posture at all times is essential in order to provide required support to deployable customers (specifically 3A).

(d) Government Property: Unsatisfactory – 69%

Contractor's Property Control Plan (PCP) was not submitted to the government during this period. CDRL requires that the PCP be submitted 30 days after contract start date. There were no known or reported losses or damage to government property during this time. The DIS position concerning the PCP plan is that this should have been initiated during the initial ninety (90) management transition/phase in period (November, December, January timeframe). Lesson learned: The Property Administrators (both government and contractor) need to be prepared to begin work at the onset of the transition period.

Budget and Cost Control.

(a) Efficiency. The contractor's utilization of personnel, adequate number of work hours expended (repair/rebuild standards) has already been addressed in Work Performance I (b) and 3 (a) above. (Unsatisfactory).

(b) Budget Program and Cost Control. Griffin's Business Office has done a commendable job of putting accounting and data collection systems in place that capture their costs in sufficient detail for further analysis by the government. (Very Good-85%).

AFZK-IS-OF
SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-006, ISSC support center, Fort McPherson, GA. Accelerated Performance Period, 16 January 2001 through 28 February 2001.

(c) Cost Verification and Allocation. Griffin's variance analyses provide adequate justification for budgetary deviations. Their labor rates and other costs appear to be reasonable. (Very good- 85%).

(d) Budget Programming and Cost Control. During this period there has been no "true" contractor estimates performed. For the few estimates that were required during acceleration, they called other, local contractors to obtain the estimates they used. (Met- 70%).

8. During the accelerated performance period it is evident that Griffin Services, Inc. has not hired/retained a qualified workforce. Recommend the contractor consider hiring truly qualified (and pay accordingly) in lieu of hiring a large number of marginally qualified employees that conform to the DOL labor rates. For additional information contact Mr. Marvin Head, Contracting Officer Representative, (COR), Directorate of Installation Support, (404) 464-4451.

Marvin E. Head
Contracting Officer Representative
Directorate of Installation Support

GRIFFIN AWARD FEE

ACCELERATED PHASE

| CRITERIA | % WEIGHT | % TOTAL | % RATING | RAW SCORE |
|---|---|---|---|---|
| I. Performance of Work | | 45% | | |
| a. Real Property Operation, M&R | 22% | | 65 | 6.44 |
| b. Equipment Maintenance | 22% | | 63 | 6.24 |
| c. Environmental | 0% | | N/A | |
| d. Transportation | 22% | | 67 | 6.63 |
| e. Supply Services | 0% | | N/A | |
| f. Quality | 22% | | 69 | 6.83 |
| g. Timeliness | 12% | | 65 | 3.51 |
| II. Quality Control | | 0% | | |
| a. System Implementation | 0% | | N/A | |
| b. Corrective Action | 0% | | N/A | |
| c. Documentation | 0% | | N/A | |
| III. Technical Mangement | | 25% | | |
| a. Staffing and Personnel | 35% | | 65 | 5.69 |
| b. Problem Resolution and Communication | 35% | | 50 | 4.38 |
| c. Efficiency | 30% | | 65 | 4.88 |
| d. Safety | 0% | | N/A | |
| IV. Business Management | | 20% | | |
| a. Integration and Local Autonomy | 25% | | 65 | 3.25 |
| b. Management and Employee Relations | 25% | | 50 | 2.50 |
| c. Contract Management | 25% | | 35 | 1.75 |
| d. Government Property | 25% | | 69 | 3.45 |
| V. Budget and Cost Control | | 10% | | |
| a. Efficiency | 25% | | 65 | 1.63 |
| b. Budget Program and Cost Control | 25% | | 85 | 2.13 |
| c. Cost Verification and Allocation | 25% | | 85 | 2.13 |
| d. Budget Programming and Cost Control | 25% | | 70 | 1.75 |
| OVERALL RATING | | | | 63.15 |



Encl 5

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Administrative Contracting Officer**
**Accelerated Performance Period**
**16 January 2001 - 28 February 2001 (FY 01)**

**IV. Business Management (20%)**

**a. Integration and Local Autonomy** **Satisfactory 70**

*"The degree that the contractor successfully integrates their operations and information content into the areas as necessary to prudent and cost-effective operations and within the established time-lines. Includes the effectiveness of business decisions made by the contractor, the timeliness of the decisions. Includes the ability of the local management to make decisions independent of the corporate office. Consider the channels of corporate communication, authority, responsibility and the effect on the contractor's actions and interface with government."*

**The Contractor's overall performance in the area of Integration and Local Autonomy is considered Satisfactory.**

**Discussion:** The contractor established an on-site office and has administratively staffed it appropriately during this period. The Program Manager had full authority to make business decisions and to negotiate for the company. Appears that business decisions on recruiting personnel were based strictly on personnel costs and not on qualifications of personnel, which created an adverse effect on the government. There were open lines of communication between the contractor and the contracting office.

**Recommendation:**

**b. Management and Employee Relations** **Satisfactory 70**

*"The effectiveness of personnel retention, turnover rate, productivity incentive programs, and employee morale and welfare programs will be evaluated. Includes the contractor's social and economic programs such as Equal Employment Opportunity."*

**The Contractor's overall performance in this area is considered Satisfactory.**

**Discussion:** During the accelerated portion of this contract the contractor did not staff the 100% required for acceleration. The six-week acceleration period was not long enough to fully evaluate

personnel retention although several personnel were removed during this period either by their own resignation or by termination of the company. Contractor's turnover rate is higher than the government would like.

**Recommendation:** Contractor should review his hiring policies and review the contract for qualifications required. All personnel hired should go through a training process before being released on their own for performance under the contract. Contractor should determine what creates the high turnover rate.

**c. Contract Management** **Satisfactory 70**

*"The contractor's compliance with contract terms and conditions, timeliness and correctness of actions will be evaluated."*

**The Contractor's overall performance of contract management is Satisfactory.**

**Discussion:** The contractor and the contracting officer and contract specialist work very well together on contract issues. The contractor responds in a timely manner to government requests for proposals and executes resultant modifications timely. CDRs are processed timely.

**Recommendation: None**

**d. Government Property** **Unsatisfactory 65**

*"The contractor's implementation of the contractor's property control plan will be evaluated. Government property identification, control, reporting, inventory, care, maintenance and use of government property will be evaluated for compliance with the property control plan."*

**The Contractor's overall performance of government property is Unsatisfactory.**

**Discussion:** Based on the ACO's personal knowledge and observance of the contractor's use of government property it appears that the contractor does not have qualified personnel using the government property. Most pushmowers are already damaged. Mower has been driven in the lake primarily due to inexperience of driver of mower. Government property has already been taken (stolen) from the warehouse.

**Recommendation:** Contractor should review their property control plan and ensure that government property is accounted for and controlled in accordance with the plan. Only authorized and qualified personnel should use the government property.

**V. Budget and Cost . ntrol (10%)**

**a. Efficiency** **Unsatisfactory** 65

*"Contractor shall ensure effective utilization of personnel such as, control of nonproductive time; cross-utilization of skills; adequate supervision; adequate number of personnel or work hours for tasks performed. The effectiveness of the contractor's system for work scheduling, assignments, monitoring and status reporting may be used to determine efficiency."*

**The Contractor's overall performance for efficiency is Unsatisfactory.**

**Discussion:** Based on the ACO personal observance and knowledge of the contractor workforce - nonproductive time is excessive. Based on the QAE reports contractor logs too many manhours for jobs performed for what should be simple tasks. Too early in the contract period to evaluate cross-utilization of skills as contractor is having a very hard time providing personnel adequately skilled in one trade.

**Recommendation:** Contractor needs to employ skilled and qualified personnel and ensure that personnel and job skills match what is to be performed.

**b. Budget Program and Cost Control** **Satisfactory** 70

*"The contractor's efforts to control costs through effective cost accounting and data collection systems. Also includes the budgeting procedures and programming techniques that meets these goals."*

**The Contractor's overall performance for Budget Program and Cost Control is Satisfactory.**

**Discussion:** Contractor's operation is automated and has sufficient computer systems and programs to keep track of costs and data. To date there has not been a review of the accounting system by DCAA.

**Recommendation:** **None**

**c. Cost Verification and Allocation** **Satisfactory** 70

*"The contractor's procedures of verifying necessary costs will be monitored. Includes the comparison of actual costs to budgeted costs and reasons for significant variances from the budgeted figures. Includes the accuracy of direct labor rates, indirect costs, procurement of supplies, materials and repair parts that are not government-furnished."*

**The Contractor's overall performance for Cost Verification and Allocation is Satisfactory.**

**Discussion:** All of the contractor invoices submitted are supported by documentation showing variances from projections and reasons therefore. Contractor submitted request for payment, FM01-01 dated 05

April 2001 and suppo. ed by a cover letter which stated " This voucher covers the remaining phase-in period, all the accelerated period and up to the 16th of March for base year." The contractor shows the following figures for the Phase-In and Accelerated performance periods.

| Actual | Budget | Variance | % Variance |
|---|---|---|---|
| $373,614.21 | $392,281.00 | ($18,666.79) | -5% |

Although the contractor appears to be under budget, the backup invoices attached to the Voucher do not substantiate the Actual and Budget figures shown above.

Contractually, the CLIN prices for Phase-in are $108,949.00 and the CLIN prices for the accelerated period are $300,300 which total $409,249 for the phase-in and acceleration periods. The backup invoices for Voucher FM01-01 support $281,255.24 for the acceleration period and $68,038.93 for the phase-in period. Voucher FM01-02 contains backup invoices for the phase-in in the amount of $40,596.54. Based on my figures the contractor also appears to be under budget but by a variance of -6%.

**Recommendation: Contractor needs to clarify his figures in cover letters for his vouchers.**

**d. Budget Programming and Cost Control** **Satisfactory 70**

*"The realism of contractor estimates and the effectiveness of budgeting procedures and cost controls will be reviewed."*

**The Contractor's overall performance for Budget Programming and Cost Control is Satisfactory.**

**Discussion: None**

**Recommendation: None**

K Jan Stowell

K. JAN STOWELL
Contracting Officer

FOR OFFICIAL USE ONLY

**Criteria Weights**
**Accelerated Performance Period**
**16 January 2001 – 28 February 2001**

**Administrative Contracting Officer**

Business Management ........................................20%

| **Factor** | **Adjective** | **Score** | **Weight** |
|---|---|---|---|
| Integration & Local Autonomy | Satisfactory | 70 | 25% |
| Management & Employee Relations | Satisfactory | 70 | 25% |
| Contract Mgmt | Satisfactory | 70 | 25% |
| Government Prpty | Unsatisfactory | 65 | 25% |

**Budget and Cost Control** ........................................10%

| **Factor** | **Adjective** | **Score** | **Weight** |
|---|---|---|---|
| Efficiency | Unsatisfactory | 65 | 25% |
| Budget Program & Cost Control | Satisfactory | 70 | 25% |
| Cost Verification & Allocation | Satisfactory | 70 | 25% |
| Budget Programming & Cost Control | Satisfactory | 70 | 25% |

FOR OFFICIAL USE ONLY

# Installation Support Services Center

## Award Fee Evaluation
## 16 January 2001 - 28 February 2001

| | Major Weights | Sub Weights | COR Scores | ACO Scores | Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|
| **I. Performance of Work** | **45.00%** | | | | | **27.96** |
| A. Real Property Operation Maintenance & Repair | | 22.00% | 65 | N/A | 14.30 | |
| B. Equipment Maintenance | | 22.00% | 63 | N/A | 13.86 | |
| C. Environmental | | 0.00% | 0 | N/A | 0.00 | |
| D. Transportation | | 22.00% | 50 | N/A | 11.00 | |
| E. Supply Services | | 0.00% | 0 | N/A | 0.00 | |
| F. Quality | | 22.00% | 69 | N/A | 15.18 | |
| G. Timeliness | | 12.00% | 65 | N/A | 7.80 | |
| **Total Performance of Work** | | 100.00% | | | 62.14 | |
| | | | | | | |
| **II. Quality Control** | **0.00%** | | | | | **0.00** |
| A. System Implementation and Maintenance | | 0.00% | 0 | N/A | 0.00 | |
| B. Corrective Action | | 0.00% | 0 | N/A | 0.00 | |
| C. Documentation, Records, CDRLs, and Reports | | 0.00% | 0 | N/A | 0.00 | |
| **Total Quality Control** | | 0.00% | | | 0.00 | |
| | | | | | | |
| **III. Technical Management** | **25.00%** | | | | | **14.94** |
| A. Staffing and Personnel | | 35.00% | 65 | N/A | 22.75 | |
| ›blem Resolution and Communication | | 35.00% | 50 | N/A | 17.50 | |
| ›iciency | | 30.00% | 65 | N/A | 19.50 | |
| D. Safety | | 0.00% | 0 | N/A | 0.00 | |
| **Total Technical Management** | | 100.00% | | | 59.75 | |
| | | | | | | |
| **IV. Business Management** | **20.00%** | | | | | **12.35** |
| A. Integration and Local Autonomy | | 25.00% | 65 | 70 | 16.88 | |
| B. Management and Employee Relations | | 25.00% | 50 | 70 | 15.00 | |
| C. Contract Management | | 25.00% | 35 | 70 | 13.13 | |
| D. Government Property | | 25.00% | 69 | 65 | 16.75 | |
| **Total Business Management** | | 100.00% | | | 61.75 | |
| | | | | | | |
| **V. Budget and Cost Control** | **10.00%** | | | | | **7.25** |
| A. Efficiency | | 25.00% | 65 | 65 | 16.25 | |
| B. Budget Program and Cost Control | | 25.00% | 85 | 70 | 19.38 | |
| C. Cost Verification and Allocation | | 25.00% | 85 | 70 | 19.38 | |
| D. Budget Programming and Cost Control | | 25.00% | 70 | 70 | 17.50 | |
| **Total Budget and Cost Control** | | 100.00% | | | 72.50 | |
| | | | | | | |
| **Total Performance Points** | | | | | | **62.50** |

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Award Fee Pool**
**16 January 2001 - 28 February 2001**

| Contract Amount | Annual Award Fee Amount | Amount Available This Period |
|---|---|---|
| A | B | C |
| | | |
| $4,648,678.36* | $165,639.00<br>$11,776.00** | $11,776.00 |

**This amount reflects the estimated costs for the Base Period to include the accelerated period of performance through 28 Feb 02. The amount includes the annual award fee amount shown in Column B.*

***This amount reflects the award fee allowable for the accelerated performance period.*

INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

Award Fee Evaluation
Accelerated Performance Period
16 January 2001 - 28 February 2001 (FY 01)

Administrative Contracting Officer's
Award Fee Recommendation

| Performance Points | Fee % Conversion | Available Fee | Contractor Fee Earned |
|---|---|---|---|
| 62.50 | 0 | $ 11,776.00 | 0 |

CRITERIA WEIGHTS

The performance criteria are weighted to express their relative importance. These weights may be waived only if, during the monthly evaluation period, a significant incident has occurred that is of a magnitude that it merits waiver of these weights. The ACO is responsible for any change in the criteria weights. The change must be supported in writing.

CRITERIA WEIGHTS (Accelerated)

| | | |
|---|---|---|
| I. Performance of Work | | 45% |
| a. Real Property Operation, Maintenance & Repair | (22%) | |
| b. Equipment Maintenance | (22%) | |
| c. Environmental | (00%) | |
| d. Transportation | (22%) | |
| e. Supply Services | (00%) | |
| f. Quality | (22%) | |
| g. Timeliness | (12%) | |

| | | |
|---|---|---|
| II. Quality Control (plan not yet required) | | 00% |
| a. System Implementation and Maintenance | (00%) | |
| b. Corrective Action | (00%) | |
| c. Documentation, Records, CDRLs, and Reports | (00%) | |

| | | |
|---|---|---|
| III. Technical Management | | 25% |
| a. Staffing and Personnel | (35%) | |
| b. Problem Resolution and communication | (35%) | |
| c. Efficiency | (30%) | |
| d. Safety | (00%) | |

| | | | |
|---|---|---|---|
| IV. | Business Management | | 20% |
| a. | Integration and Local Autonomy | (25%) | |
| b. | Management and Employee Relations | (25%) | |
| c. | Contract Management | (25%) | |
| d. | Government Property | (25%) | |

| | | | |
|---|---|---|---|
| V. | Budget and Cost Control | | 10% |
| a. | Efficiency | (25%) | |
| b. | Budget Program and Cost Control | (25%) | |
| c. | Cost Verification and allocation | (25%) | |
| d. | Budget Programming and Cost Control | (25%) | |