# Installation Support Services Center

## Award Fee Evaluation
## 1 March 2001 - 31 May 2001

| | Major Weights | Sub Weights | March COR Scores | April and May COR Scores | March thru May ACO Scores | Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|---|
| **I. Performance of Work** | **35.00%** | | | | | | **22.99** |
| A. Real Property Operation Maintenance & Repair | | 15.00% | 57.50 | 57.00 | N/A | 8.57 | |
| B. Equipment Maintenance | | 15.00% | 60.00 | 77.00 | N/A | 10.71 | |
| C. Environmental | | 15.00% | 69.00 | 69.00 | N/A | 10.35 | |
| D. Transportation | | 15.00% | 65.00 | 76.00 | N/A | 10.86 | |
| E. Supply Services | | 15.00% | 61.50 | 62.00 | N/A | 9.28 | |
| F. Quality | | 15.00% | 65.00 | 65.00 | N/A | 9.75 | |
| G. Timeliness | | 10.00% | 65.00 | 60.00 | N/A | 6.17 | |
| **Total Performance of Work** | | 100.00% | | | | 65.68 | |
| | | | | | | | |
| **II. Quality Control** | **20.00%** | | | | | | **13.00** |
| A. System Implementation and Maintenance | | 40.00% | N/A | 65.00 | N/A | 26.00 | |
| B. Corrective Action | | 40.00% | N/A | 65.00 | N/A | 26.00 | |
| C. Documentation, Records, CDRLs, and Reports | | 20.00% | N/A | 65.00 | N/A | 13.00 | |
| **Total Quality Control** | | 100.00% | | | | 65.00 | |
| | | | | | | | |
| **III. Technical Management** | **25.00%** | | | | | | **14.58** |
| A. Staffing and Personnel | | 30.00% | 60.00 | 60.00 | N/A | 18.00 | |
| B. Problem Resolution and Communication | | 30.00% | 50.00 | 50.00 | N/A | 15.00 | |
| C. Efficiency | | 20.00% | 65.00 | 60.00 | N/A | 12.33 | |
| D. Safety | | 20.00% | N/A | 65.00 | N/A | 13.00 | |
| **Total Technical Management** | | 100.00% | | | | 58.33 | |
| | | | | | | | |
| **IV. Business Management** | **10.00%** | | | | | | **6.31** |
| A. Integration and Local Autonomy | | 25.00% | 65.00 | 60.00 | 65.00 | 15.83 | |
| B. Management and Employee Relations | | 25.00% | 50.00 | 50.00 | 65.00 | 14.38 | |
| C. Contract Management | | 25.00% | 40.00 | 40.00 | 70.00 | 13.75 | |
| D. Government Property | | 25.00% | 80.00 | 85.00 | 70.00 | 19.17 | |
| **Total Business Management** | | 100.00% | | | | 63.13 | |
| | | | | | | | |
| **V. Budget and Cost Control** | **10.00%** | | | | | | **7.15** |
| A. Efficiency | | 25.00% | 65.00 | 75.00 | 65.00 | 17.09 | |
| B. Budget Program and Cost Control | | 25.00% | 85.00 | 85.00 | 70.00 | 19.38 | |
| C. Cost Verification and Allocation | | 25.00% | 85.00 | 65.00 | 70.00 | 17.70 | |
| D. Budget Programming and Cost Control | | 25.00% | 70.00 | 75.00 | 65.00 | 17.29 | |
| **Total Budget and Cost Control** | | 100.00% | | | | 71.46 | |
| | | | | | | | |
| **Total Performance Points** | | | | | | | **64.03** |
| | | | | | | | |