**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**AGENDA**
**11 OCTOBER 2001**

1. Opening Remarks

   a. Purpose of meeting

   b. Sign-in sheet

2. Contractor Presentation

   a. Griffin Services, Inc., ISSC Project Manager Presentation

   b. Discussions with contractor

   c. Dismiss contractor

3. Award Fee Board Determination and Discussions

   a. Reminders:

      - Sensitivity of Award Fee Board documents. All documents must be returned to the Contracting Officer.
      - The Board will approve, modify or disapprove recommendations and document the decision as appropriate

   b. Discussion:

      - Time of next Quarterly Award Fee Board
      - Tentative date 27 December 2001

   c. Fee Determination

   d. Next review period: 1 September 2001 - 30 November 2001

4. Dismissal