INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

TABLE OF CONTENTS
Quarterly Performance Period
1 June 2001 - 31 August 2001 (FY 01)


| TAB | SUBJECT |
|---|---|
| 1 | Scope of Work Evaluated |
| 2 | Contractor's Performance Evaluation |
| 2a | COR Evaluation (June 2001) |
| 2b | COR Evaluation (July 2001) |
| 2c | COR Evaluation (August 2001) |
| 2d | ACO Evaluation (June-August 2001) |
| 3 | Summary Calculation of Award Fee Evaluation Points |
| 4 | Award Fee Pool Amount |
| 5 | ACO Award Fee Recommendation |
| 6 | Criteria Weights |
| 7 | Adjective and Numerical Rating Description |
| 8 | Award Fee Conversion Chart |
| 9 | Evaluation Criteria Definitions |