**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Scope of Evaluated Work**
**Quarterly Performance Period**
**1 June 2001 - 31 August 2001 (FY 01)**

1. General Contract Information. Contract DAKF11-00-C-0006 is a cost-plus award-fee (CPAF) contract to perform Installation Support Services for Fort McPherson, Fort Gillem and U.S. Army Recreational Area - Lake Allatoona, Georgia, including AR 5-9 area of responsibility, Inter-Service Support Agreements (ISSA), Memorandums of Understanding (MOU), Memorandums of Agreement (MOA) and designated tenant units. The contract was awarded to Griffin Services, Inc. of Atlanta, Georgia on 13 October 2000 based on competitive proposals. The current estimated value of the contract is $22,938,345.44. Contract performance is a 12-month base period with a 6-week acceleration phase. The contract contains four one-year option periods. Performance period including all options shall be through 28 February 2006.

2. Contract Scope of Work. The major functional areas included in the Performance Work Statement are: Supply and Services; Environmental Services; Real Property Operations, Maintenance, Repair, Construction and Other Related Services; Transportation Services; Equipment Maintenance Services and Administration and Automation.

3. Evaluated Work. The award fee evaluation period covers work performed during the period of 1 June 2001 - 31 August 2001. This evaluated period includes all functional areas.

4. Evaluations. As specified in the Award Fee Plan, the fee evaluation is based on evaluation of contractor performance reported by the Contracting Officer's Representative (COR) and the Quality Assurance Evaluators (QAE), as well as evaluations performed by contract administration personnel. The COR currently appointed by the Contracting Officer and submitting evaluations reports for the specified rating period is Mr. Marvin Head, USAG Fort McPherson, DIS, Fort McPherson, GA. The COR and his designated QAEs perform monthly evaluations in accordance with the Government quality assurance surveillance plan. The COR assigns the numerical ratings monthly for the sub-criteria.