AFZK-IS-OF 24 July 01

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Building 130, 1301 Anderson way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 1 June – 30June 2001.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 1 June and ending 30 June 2001 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of June 2001), fails to meet minimum contract requirements. The rating for this period is 62.71 % (UNSATISFACTORY), supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

3. The Contractor has completed four (4) months at the contract full performance level. Some of the same problems are being carried over from the previous performance periods however could be easily resolved by open communications between the Project Manager's Office and the government management team. Improvement in some of the work centers has occurred at the worker level yet, there has also been a decline in this month' ratings in some work centers. There remains a lack of any on site management initiatives towards problem prevention and resolution or a display of spirit to project a one-team organization between the contractor and the government.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property and Facilities Maintenance: (Unsatisfactory 56%)

Real property and facilities maintenance operations continue to be unsatisfactory even though this area has shown a slight improvement this month. Problems identified since the acceleration period (16 Jan 01) carried over through the implementation of the full performance period (16 Mar) to the present time. As of 30 June 2001 these problems remain unresolved by the Project Manager (PM). Overall poor workmanship in some critical areas, lack of demonstrated skill applications, proper documentation of work requests and the inability to complete the work