correctly continues to be a major issue in this work area. These problems are attributed to the lack of qualified workers and non-responsive, on site management/leadership from the first line supervisory level to the Project Manager's office. The QAE raw scores for the month were 30%, 30%, 70%, 73%, 55% and 85%.

(1). The contractor has not provided his Preventative Maintenance program plan to the government as of the 30 June 2001. The PM plan was due within 40 work days (1 May) after the start of the full performance contract. Lack of a published, scheduled PM has caused preventable problems (particularly with the HVAC). There was no preventative maintenance (PM) done on the units in BLDG 181, 363, 240,41 and 514 or in Quarters 20. Condensate leaks occurred in three of the facilities resulting in customer complaints concerning delays in, or the inability to make, repairs and the unprofessional disregard for cleaning up the work site prior to departure by the workmen (water not extracted from carpets, water damage to painted walls, debris left on the floor, etc). There were unacceptable incidents where the mechanics were not capable of properly troubleshooting problems in order to repair cooling systems, resulting in the government continuing to call in outside vendors (able to identify the problem in approximately 15 minutes and complete the job within an hour). Delays and the inability of the contractor to identify and repair the cooling problem at the Childcare Center, Bldg 514, led to having to remove the children from the facility because of the heat which had been tolerated for the better part of a work week. The contractor must ensure his workforce has a clear understanding of priorities and the corresponding responsiveness that is expected. The government again this month "subsidized" the contractor by having other outside contractors perform HVAC repair services. Two Ft. McPherson QAE's rated the contractor at 30% efficiency this month. Services on Fort Gillem were rated at 70 and 73%. Bldg. 307, Fort Gillem, reported roof leaks on a work order, which were not repaired during the entire month of June. Preventative Maintenance (PM) at the CNG station was not done. The solar lights at the station were not replaced in a timely manner, resulting in complaints from the AAFES OTR drivers that they could not see in the evening to fuel their trucks. Overall though, the Fort Gillem crew is performing better (72%) than the Fort McPherson crew (30%).

(2). Grounds maintenance continues to present challenges to the contractor. This work area has been unacceptable and requires immediate improvement. Again, the contractor must emphasize the government's priorities and those tasks where quality cannot be diluted. Grounds maintenance on Ft. McPherson is one such area. Two CRDs are attached at Enclosure 1. The grass is improperly cut, cutting jobs are not completed, and clean up of debris is not being done in some