instances. Scheduling (and complying) with grass cutting is an unresolved problem the contractor must correct on both Forts Gillem and McPherson. The QAE gave an overall performance score of 55% in this area. That raw score has had a negative impact on the total performance level for the real property and facilities maintenance operations.

(3). Corrective action on the part of the contractor's management team to ensure that the repairmen clean up work sites when they depart is imperative. Another family housing occupant was dissatisfied to the point that she wrote a letter concerning the mess made and left in her home by the repairman. Reoccurrences of this nature cannot be tolerated.

Recommend:

(a). The contractor demand professionalism and consideration of the customer from his workforce requiring worksite clean up prior to departure from the area at the end of each day. Once those expectations are implemented and understood by the workforce, the contractor must ensure compliance by initiating corrective measures for noncompliance.

(b). The contractor reviews the HVAC skill level of the employees to ensure that they are fully qualified to perform HVAC requirements.

(c). Supervisory personnel ensure that preventative maintenance schedules are prepared and maintenance performed as scheduled. Compliance with preventative maintenance schedules is imperative.

(4). Estimating has not met the minimum requirements of the contract.

b. Equipment Maintenance: (Very Good-82 %)

(1). Overall, this area was performing well during the month of June. In the E&C shop tasks were performed correctly and in a professional and timely manner. Documentation (work orders) is still not being completed correctly and some man-hour discrepancies were noted. The shop personnel need to coordinate with supply to ensure they follow proper turn in procedures. Customers queried are satisfied with the service and repairs that are done in the shop.

(2). In the Vehicle maintenance area requisitions for parts and work orders have improved. Repair times are still presenting a problem and are not meeting established MAC standards.