GRIFFIN AWARD FEE

JUNE 2001

| CRITERIA | % WEIGHT | % TOTAL | % RATING | RAW SCORE |
|---|---|---|---|---|
| I. Performance of Work * | | 35% | | |
| a. Real Property Operation, M&R | 15% | | 56 | 2.94 |
| b. Equipment Maintenance | 15% | | 82 | 4.31 |
| c. Environmental | 15% | | 68 | 3.57 |
| d. Transportation | 15% | | 84 | 4.41 |
| e. Supply Services | 15% | | 63 | 3.31 |
| f. Quality | 15% | | 60 | 3.15 |
| g. Timeliness | 10% | | 65 | 2.28 |
| * Automation/admin performance is inherent in all rated criteria | | | | |
| II. Quality Control | | 20% | | |
| a. System implementation | 40% | | 60 | 4.80 |
| b. Corrective Action | 40% | | 60 | 4.80 |
| c. Documentation | 20% | | 60 | 2.40 |
| III. Technical Mangement | | 25% | | |
| a. Staffing and Personnel | 30% | | 65 | 4.88 |
| b. Problem Resolution and Communication | 30% | | 50 | 3.75 |
| c. Efficiency | 20% | | 60 | 3.00 |
| d. Safety | 20% | | 65 | 3.25 |
| IV. Business Management | | 10% | | |
| a. Integration and Local Autonomy | 25% | | 65 | 1.63 |
| b. Management and Employee Relations | 25% | | 50 | 1.25 |
| c. Contract Management | 25% | | 40 | 1.00 |
| d. Government Property | 25% | | 85 | 2.13 |
| V. Budget and Cost Control | | 10% | | |
| a. Efficiency | 25% | | 60 | 1.50 |
| b. Budget Program and Cost Control | 25% | | 55 | 1.38 |
| c. Cost Verification and Allocation | 25% | | 65 | 1.63 |
| d. Budget Programming and Cost Control | 25% | | 55 | 1.38 |
| OVERALL RATING | | | | 62.71 |

AFZK-IS-OF

21 Aug 01

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Building 130, 1301 Anderson way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 1 July – 31July 2001.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 1 July and ending 31 July 2001 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of July 2001, meets contract requirements. The rating for this period is 70.19 % (SATISFACTORY), supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators. A summary of raw scores is shown as Encl 1.

3. The Contractor has completed five (5) months at the contract full performance level. Some of the same problems continue to persist although there has been a marked improvement in the communication channels between the contractor's Project Management Office and the government management teams. Improvement in most work centers has occurred. On site management initiatives by the contractor in the areas of problem prevention and/or resolution has become evident. There has been a noticeable display of cooperation and proactive initiatives from the Project Manager to project a one-team organization between the contractor and the government.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property and Facilities Maintenance: (Satisfactory 70%)

(1) Real property and facilities maintenance operations have improved even though there are still some issues that have not been resolved completely. Implementation for corrective action is noticeable on these issues however.

(2) Timeliness and responsiveness of work and work site clean up has improved.

(3) Customer complaints have decreased slightly.

(4) Boiler and generator mechanics should be reminded of the importance of following proper maintenance procedures in order to preclude damage to the equipment since that was an area that was not satisfactorily performed this rating period.

(5) Overall workmanship and diagnostic work has improved and for the most part is at least minimally satisfactory in most work centers.

(6) The contractor has provided his Preventative Maintenance Plan (PM) however, has still not accomplished the task of providing his PM schedule for the work centers in this functional area. PM scheduling should be a priority requirement and accomplished immediately. Lack of a published, PM schedule has caused some preventable problems.

Recommend:
The contractor's supervisory staff ensures that preventative maintenance schedules are prepared, enforced and that maintenance is performed as scheduled. Compliance with preventative maintenance schedules is imperative.

See Enclosure 2.

(7) Estimating. Estimating met the standards satisfactorily for the month of July.

---

b. Equipment Maintenance: (Satisfactory- 74%)

(1) Overall, this area performed satisfactorily during the month of July even though there was a significant span in the individual QAE numerical ratings. In the E&C shop most tasks were performed correctly and in a professional and timely manner resulting in a raw score of 85%. The remainder of the equipment maintenance functions were rated 72% (Satisfactory).

(2) Documentation (work orders) still has a high error rate and are not being completed correctly nor are man-hours charged correctly. Labor charges to the correct work order using the correct category code needs emphasis to correct this problem.

(3) SAMS data entry needs improvement.

(4) Maintenance of the wash rack continued to be a problem this month however it appears a solution is in process.

(5) Continued emphasis is réquired for properly reporting non-mission capable downtime and preparing reports. There is no evidence of analyses by the supervisory/production control personnel to correct this problem. Printing and submitting the monthly SAMS report is not meeting the goal of this task. The PWS clearly states what is required.

See Enclosure 3.

c. Environmental: (Satisfactory 75%)

The contractor is satisfactorily performing Environmental tasks. Much improvement has been made in the yard however, continues to need improvement. The 90-day yard needs to be cleaned and maintained as a matter of routine. Labels and documentation significantly improved during the month of July. Responsiveness was rated very good. A good working relationship between the government and the contractor in this area has been established.

See Enclosure 4.

d. Transportation: (Excellent 93 %)

(1) Freight Section. The contractor has steadily improved since the contract start date and is rated outstanding in this area (95%). There was a change in personnel (the supply/trans manager) the latter part of June resulting in the movement of the freight technician to the supply activity. The contractor's packing and crating technician has been cross-trained to do the freight tasks and is accomplishing the tasks well.

(2) Passports/Port Calls/Unit Movements. This area has improved since the contractor trained and certified a second employee in the passport section. This has allowed the contractor to more effectively utilize his personnel resources.

(3) Fleet, Fuel and GSA Management. This work continues to present some problems for the contractor. He has had a turn over in personnel, which caused delays in system utilization. At the end of the month of July the contractor still has not obtained a password for the manager to access the automated fuel system (FAS) to perform these tasks for fuel billings. The government has followed up with the contractor on this

subject at least twice since April. The contractor's employee is willing to learn and perform but does not have the system access required.

(4) Up until this point the contractor has done limited data entry support for the ITO for deployments and exercises (Bright Star). Full performance on the part of the contractor is required in this area. The contractor's reliance on the government Installation Transportation Officer (ITO) to orchestrate future exercises and deployments must cease. The ITO in turn must completely relinquish these tasks to the contractor.

See Enclosure 5.

e. Supply Services: (Satisfactory 70%)

(1). Some of the key personnel in this work center have been moved (or terminated) to solve problems in this work center. Overall performance of this work center has improved as a result of the personnel changes the contractor has taken.

(a) The contractor did not perform the monthly IMPAC Credit Card Reconciliation on time. This is unacceptable and has been the norm since the contract start date. The new supervisor must resolve this on going problem since it could result in penalty and interest charges or cancellation of credit cards for delinquent payments for the government. The personnel change the contractor has made has not resolved this problem to date. The government and contractor management teams should review this function and seek resolution to this ongoing issue. This was rated as unsatisfactory which impacted negatively on the overall rating.

Recommend: The contractor takes immediate corrective action to ensure that the credit card reconciliation is performed correctly and on time. Late penalties and/or interest that have accrued should be charged back to the contractor.

(b) The contractor's performance has improved in this area. There is still a need for his personnel to receive additional training in the use of IFS and SARSS. The contractor has assigned his workforce to specific functions within the supply arena which should help reduce the current backlog and customer complaints created as a result of the practice used prior to this rating period to "float" the employees from one area to another as priority demanded. There continues to be an unacceptable number of errors in the SARSS-1 and IFS systems. The overall effect of bouncing employees around from section to section has caused

customer complaints, backlog, system lock ups, duplicates and actions not being taken to correct errors in the system for the past 5 months. Stability in the property bookwork center has been noted since the supply technician in the property book has been assigned specifically to that work site. The work achieved in the property book section has been excellent once the contractor initiated methods to ensure stability and continuity to achieve daily work requirements.

(c) ASP support has been excellent. Noteworthy is the effort made by the contractor's warehousing personnel to prepare the ASP for the Department of Defense Explosive Safety Board Inspection (DDESB) on 17 July 2001.

See Enclosure 6.

f. Quality: (Unsatisfactory 60 %)

HVAC work continues to be unsatisfactory. This has been an on going deficiency.

Recommend: Shop supervisory personnel become more involved in QC during the work process to ensure quality work/services prior to completion of the work in the shops. Supervisory involvement and QC enforcement of standards during "work-in-progress" is needed.

g. Timeliness: (Unsatisfactory 69%)

There has been improvement in most of the work centers however, This area continues to need improvement to meet the established/required Standards.

II. Quality Control (QC):

a. System Implementation and Maintenance: (Unsatisfactory 65%)

Automation Support rated satisfactory 73% for July. This area needs improvement in the customer service arena. Customer satisfaction was rated unsatisfactory. Too many complaints concerning "attitude" on the part of the contractor have been logged. Data entry and systems support tasks were rated good and very good respectively. Technical expertise seems to be satisfactory however 'attitude' brought this rating down because of poor customer service skills. The contractor's QC program has not yet reached satisfactory performance even though there has been a slight improvement. There continues to be too many errors in the STAMIS'. This is not attributable to systems problems but rather attributed to lack of knowledge by the operators. The contractor's system office has some

responsibility to train and assist with their in house training needs. Improvement is needed in customer service/satisfaction.

See Enclosure 7.

b. Corrective Action: (Unsatisfactory 65 %)

The contractor provided his QC SOP on 1 April 2001. It began and continues to be less than satisfactory. The Quality control methods identified in the QC SOP have not been met. The contractor should place emphasis on "prevention" rather than "resolution" after a problem arises.

c. Documentation, Records, CDRLs, and Reports: (Unsatisfactory 65 %)

No change since last report. The Quality control methods identified in Griffin Services, Inc. QC Plan have not been met. The Contractor is not performing the Quality Control program satisfactorily. There are two personnel assigned to this function. Follow-up Quality Control reviews are not being performed as should be. The contractor must emphasize QC responsibility at the supervisory level and monitor training needs (as applicable) in his QC section.

Recommend: The contractor place emphasis on his QC program.

III.Technical Management:

a. Staffing and Personnel: (Satisfactory 70%)

This area remains a challenge for the contractor. His workforce is not yet stabilized nor have they demonstrated appropriate skill levels to perform the work in some of the work centers. Changes made the latter part of June in the management structure were/are expected to show a marked improvement in work performance. That has not yet become evident.

b. Problem Resolution and Communication: (Satisfactory 79%)

There has been significant improvement in this area since assignment of the new Project Manager. The government is hopeful that this area will continue to improve over the next few months until there is a seamless, one team work force.

c. Efficiency: (Unsatisfactory 65%)

The contractor has not demonstrated efficiency in several of the work centers. Work scheduling, reporting and subsequent analysis of the reports has not occurred. To date efficiency and effectiveness to ensure overall satisfactory performance is not evident. Poor efficiency and effectiveness is apparent particularly in the facilities HVAC and grounds maintenance operations. Technical expertise is also lacking which negatively impact the efficiency, effectiveness, quality and timeliness of these work centers.

d. Safety: (Unsatisfactory 65 %)

No change. The Contractor has provided his Safety Plan to the government however there appears to be very little substance to the plan. The contractor has had several accidents involving injuries and unnecessary damage to equipment. The contractor must ensure understanding of the safety provisions on the part of the workforce and ensure compliance by all in order to meet this requirement satisfactorily.

Recommend: That the contractor review his Safety Plan with an eye for law and regulatory compliance and ensure that all levels of the workforce understand the requirements. A system should be put in place to hold supervisors and employees accountable for practicing and enforcing safety policies.

IV. Business Management:

a. Local Autonomy: (Satisfactory 70%)

Improved. The on-site Project Manager's Office has integrated into the government management team and has been responsive to the government and customer complaints. Further he is seeking resolution to problems. Communication from that office has improved. Slowly cooperation and teamwork among the contractor and government key personnel is occurring. The new PM thus far has demonstrated he is decisive, cooperative, has established good rapport with the government staff and is determined that this will be a successful venture. He will need a short period of time to put corrective or alternative procedures in place and assign personnel best suited to perform.

b. Management and Employee Relations: (Unsatisfactory 60 %)

No change. At the end of this rating period there has been no information provided to the COR addressing the contractor's programs for employee incentives or his social and economic programs. The contractor continues to have a high turnover rate within his workforce. Too many

employees do not demonstrate qualifications for the tasks they have been given to do. Employees appear on the worksite ill prepared to accomplish the job to completion. Contractor follows up and communication with the customer or the government representatives has been inadequate in some cases. The on board workforce has not yet been stabilized. Frequent reassignments have occurred.

c. Contract Management: (Unsatisfactory 50%)

The contractor has not met the terms of the contract satisfactorily. Problems remain unresolved. Responses and actions are untimely and there are too many customer complaints for non-performance or unacceptable quality of work. Much of the work in specific functional areas (as discussed above) has been incomplete, untimely and costly to the government. Too many government personnel continue to feel they must "shore up" the contractor's efforts and cause the work to be done. Bringing in outside vendors or doing the work they has accomplished this. These are not acceptable options.

d. Government Property: (Very Good 85 %)

No change. The Property Administrators (both government and Griffin Services) have established a good working rapport for ensuring control, inventory and management of government property. Procedures are in place and open communication lines have been established between the two offices.

V. Budget and Cost Control:

a. Efficiency: (Unsatisfactory 63%)

The contractor's personnel utilization, ability to recruit and retain a qualified, professional, workforce accomplishing work tasks in a timely manner has not been met. Accomplishing work correctly, completely and on time continues to need improvement. The rating for this work center during the month of July has been unsatisfactory.

b. Budget Program and Cost Control: (Unsatisfactory 69%)

The contractor continues to do a good job of cost accounting and data collection to capture costs in sufficient detail to allow for further government analyses. During this period though, they have done a poor job of cost control, particularly in the facilities maintenance area.

c. Cost Verification and Allocation: (Unsatisfactory 69%)

The contractor's variance analyses provide detailed justification for budgetary deviations. In the area of facilities maintenance, their explanation that they over-hired in the area of grounds maintenance and HVAC to improve the government's perception of their proficiency and underbid in other areas is unacceptable.

Electrical, plumbing and incidental service requirements were rated very well; HVAC and grounds services were rated unsatisfactory. These unsatisfactory ratings impacted negatively on the overall rating for the month of July.

d. Budget Programming and Cost Control: (Unsatisfactory 64%)
Reviewed. See Para 5 (b) above.

See Enclosure 8.

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, Bldg 181, Fort McPherson, GA.

Encls (8)

Marvin E. Head
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

GRIFFIN AWARD FEE

JULY 2001

| CRITERIA | % WEIGHT | % TOTAL | % RATING | RAW SCORE |
|---|---|---|---|---|
| I. Performance of Work * | | 35% | | |
| a. Real Property Operation, M&R | 15% | | 70 | 3.68 |
| b. Equipment Maintenance | 15% | | 74 | 3.89 |
| c. Environmental | 15% | | 75 | 3.94 |
| d. Transportation | 15% | | 93 | 4.88 |
| e. Supply Services | 15% | | 70 | 3.68 |
| f. Quality | 15% | | 60 | 3.15 |
| g. Timeliness | 10% | | 69 | 2.42 |
| * Automation/admin performance is inherent in all rated criteria | | | | |
| II. Quality Control | | 20% | | |
| a. System Implementation | 40% | | 73 | 5.84 |
| b. Corrective Action | 40% | | 65 | 5.20 |
| c. Documentation | 20% | | 65 | 2.60 |
| III. Technical Mangement | | 25% | | |
| a. Staffing and Personnel | 30% | | 70 | 5.25 |
| b. Problem Resolution and Communication | 30% | | 79 | 5.93 |
| c. Efficiency | 20% | | 65 | 3.25 |
| d. Safety | 20% | | 65 | 3.25 |
| IV. Business Management | | 10% | | |
| a. Integration and Local Autonomy | 25% | | 70 | 1.75 |
| b. Management and Employee Relations | 25% | | 60 | 1.50 |
| c. Contract Management | 25% | | 50 | 1.25 |
| d. Government Property | 25% | | 85 | 2.13 |
| V. Budget and Cost Control | | 10% | | |
| a. Efficiency | 25% | | 63 | 1.58 |
| b. Budget Program and Cost Control | 25% | | 69 | 1.73 |
| c. Cost Verification and Allocation | 25% | | 69 | 1.73 |
| d. Budget Programming and Cost Control | 25% | | 64 | 1.60 |
| OVERALL RATING | | | | 70.19 |

AFZK-IS-OF 24 September 01

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, and ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 August – 31 August 2001.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 August through 31 August 2001 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encls attached), the overall performance for the month of August, does not meet contract requirements. The rating for this period is 68.56 % (UNSATISFACTORY), supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators. A summary of raw scores is shown as Encl 1.

3. The Contractor has completed six (6) months at the contract full performance level. Some of the same problems continue to persist although there has been a marked improvement in the communication channels between the contractor and the government management team. On site management initiatives by the contractor in the areas of problem prevention and/or resolution has become evident. There has been a noticeable display of cooperation and proactive initiatives from the Project Manager to project a one-team organization between the contractor and the government.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property and Facilities Maintenance: (Unsatisfactory-55%)

(1) Real property and facilities maintenance operations have improved even though there are still some issues that have not been resolved completely. Implementation for corrective action is noticeable on these issues however.

(2) Timeliness and responsiveness of work and work site clean up has decreased. Bldg 200 Generator room needs to be cleaned up.

(3) Customer complaints have increased slightly.

(4) Boiler and generator mechanics must keep records on the Emergency Generators and should be reminded of the importance of following proper maintenance procedures in order to preclude damage to the equipment since that was an area that was unsatisfactorily performed during this August rating period. (69%).

(5) Overall workmanship and diagnostic work has improved little and for the most part is at least minimally satisfactory in most work centers. Quarters 7W, dining room ceiling presented a problem and the Griffin employee said it could not be repaired, a subcontractor was called in to repair the ceiling. Bldg 205-telephone switch room A/C unit was not in operation. Griffin employees made several attempts to repair the unit but were unsuccessful; the Government had to call in a subcontractor to repair the unit. The Telephone Switch Room, BLDG 205 is the main source of Communications for Forts McPherson and Gillem and if over heated all communications will go down.

(6) Griffin Services has performed well in areas of plumbing, interior, electrical, carpentry, and PM of backup generators at Ft. Gillem. The contractor has provided his Preventative Maintenance Plan (PM); however; the contractor, has still not accomplished the task of providing his PM schedule for the work centers in this functional area. PM scheduling should be a priority requirement and accomplished immediately. Lack of a published PM schedule has caused some preventable problems.

(7) Grounds Maintenance continues to present challenges to the contractor. This work area has been completely unacceptable and requires immediate improvement. Grass cutting is still not acceptable. The grass is improperly cut, cutting jobs are not completed, and trimming/edging is still lagging behind in all areas of Ft. Gillem. Scheduling and complying with grass cutting is an unresolved problem the contractor must correct on both Forts Gillem and McPherson. Rubbish and tree limbs are being left on the ground. The QAE gave an overall performance score of 45% in this area. That raw score has had a negative impact on the overall performance rating for the real property and facilities maintenance operations.

(8) There were several complaints on the HVAC in BLDG's 101, 133, 200, 205, 207B and 327. Griffin employees did not order parts on BLDG 327 A/C until 17 days after checking the unit out. Excessive man-hours were charged for this job. Griffin personnel could not get the HVAC up and running and had to call in a subcontractor to resolve the problem. There are too many callbacks and work areas are cluttered with A/C parts.

Rating for August is (50%). Need improvement in the HVAC and Roads & Grounds. The contractor should review the HVAC skill level of the employees to ensure that they are fully qualified to perform HVAC requirements.

Recommend:
The contractor's supervisory staff ensures that preventative maintenance schedules are prepared, enforced and that maintenance is performed as scheduled. Compliance with preventative maintenance schedules is imperative. Record keeping on the Emergency Generators is a must! For HVAC maintenance "Griffin Services" might consider subcontracting this function and down size the Griffin work force appropriately, due to unqualified personnel on board in Griffin who cannot repair the HVAC properly.

See Enclosure 2.

(9). Estimating. Estimating met the standards satisfactorily for the month of August.

b. Equipment Maintenance: (Good-79 %)

(1) Overall, this area performed satisfactorily during the month of August even though there was a noticeable span in the individual QAE numerical ratings. In the E&C shop most tasks were performed correctly and in a professional and timely manner resulting in a raw score of 84%. The remainder of the equipment maintenance functions were rated 74% (Satisfactory).

(2) Documentation (work orders) continues to have a high error rate and are not being completed correctly nor are man-hours charged correctly. Labor charges to the correct work order using the correct category code needs emphasis to correct this problem.

(3) SAM's data entry backlog has been reduced significantly ( 50 IFS work orders and 2 Sam's w/o). There has been much improvement in this area.

(4) PWS C.1.5.4 states that the contractor shall have a Contractor's Management Plan, which includes work control and work performance. This needs to be enforced.

(5) Maintenance of the wash rack problem appears to be resolved. Fence has been installed, and gates can be locked.

(6) In the vehicle maintenance area, repair times have improved. (84%).

(7) Continued emphasis is required for properly reporting non-mission capable downtime and preparing reports. There is no evidence of analyses by the supervisory/production control personnel to correct this problem. Printing and submitting the monthly SAMS report is not meeting the goal of this task. The PWS clearly states what is required.

See Enclosure 3.

c. Environmental: (Good 80%)

The contractor is satisfactorily performing Environmental tasks. Much improvement has been made in the yard. The 90-day yard needs to be cleaned and maintained as a matter of routine. Labels and documentation significantly improved during the month of August. Responsiveness was rated very good. A good working relationship between the government and the contractor in this area has been established. Training for all Griffin Services Environmental Personnel is also something that needs to be addressed.

See Enclosure 4.

d. Transportation: Good (~~Satisfactory~~ 78%)

(1) Freight Section. The contractor has steadily improved since the contract start date and is rated outstanding in this area (95%). There was a change in personnel (the supply/trans manager) the latter part of June resulting in the movement of the freight technician to the supply activity. The contractor's packing and crating technician has been cross-trained to do the freight tasks and is accomplishing the tasks well.

(2) Passports/Port Calls/Unit Movements. This area has improved since the contractor trained and certified a second employee in the passport section. This has allowed the contractor to more effectively utilize his personnel resources. During the Bright Star mission it has become apparent that the contractor does not know how to input data to the TCACCIS for proper identification of units and equipment to be shipped. The contractor does not demonstrate knowledge of whom Fort McPherson supports. Rating for August is (60%).

(3) Fleet, Fuel and GSA Management. This work continues to present some problems for the contractor. He has had a turn over in personnel, which caused delays in system utilization. At the end of the month of August the contractor still has not obtained a password for the manager to access the automated fuel system (FAS) to perform these tasks for fuel