billings. We have developed a new way to gather the mileage from the work force to improve the reports that are needed for billing purposes. The contractor's employee is willing to learn and perform but does not have the system access required. Rating for August is (70%)

(4) Up until this point the contractor has done limited data entry support for the ITO for deployments and exercises (Bright Star). Full performance on the part of the contractor is required in this area. The contractor's reliance on the government Installation Transportation Officer (ITO) to orchestrate future exercises and deployments must cease. The ITO in turn must completely relinquish these tasks to the contractor. Rating for August (70%)

See Enclosure 5.

e. Supply Services: (Unsatisfactory 70%)

(1) Some of the key personnel in this work center have been moved (or terminated) to solve problems in this work center. Overall performance of this work center has improved as a result of the personnel changes the contractor has taken.

(a) The contractor did not perform the monthly IMPAC Credit Card Reconciliation on time. This is unacceptable and has been the norm since the contract start date. The new supervisor must resolve this on going problem since it could result in penalty and interest charges or cancellation of credit cards for delinquent payments for the government. The personnel change the contractor has made has not resolved this problem to date. The government and contractor management teams should review this function and seek resolution to this ongoing issue. This was rated as unsatisfactory which impacted negatively on the overall rating. (60%).

Recommend: The contractor takes immediate corrective action to ensure that the credit card reconciliation is performed correctly and on time. Late penalties and/or interest that have accrued should be charged back to the contractor. Also, recommend the Government reassume the reconciliation responsibilities.

(b) The contractor's performance has improved. There is still a need for contract personnel to receive additional training in the use of IFS and SARSS. The contractor has assigned his workforce to specific functions within the supply arena which should help reduce the current backlog and customer complaints created as a result of the practice used prior to this rating period to "float" the employees from one area to another as priority demanded. There continues to be an unacceptable number of errors in the SARSS-1 and IFS systems. The overall effect of bouncing employees around from section to section caused customer complaints, backlog,

system lockups, duplicates and actions not being taken to correct errors in the system for the past 6 months. Stability in the property bookwork center has been noted since the supply technician in the property book has been assigned specifically to that work site. The work achieved in the property book section has been excellent once the contractor initiated methods to ensure stability and continuity to achieve daily work requirements. The contractor has made some moving of personnel in these areas in an attempt to solve these issues. Rating for August (75%).

(c) ASP support has been less than satisfactorily performed by Griffin Services Examples is: Stock not ready for issue to the customer. Griffin employee had to be guided step-by-step to accomplish for each customer issue and turn-in. Griffin has two well-qualified employees to do this procedure but other Griffin personnel when assigned to issue and accept turn-ins at ASP are not fully trained. This need to be corrected ASAP! The Inventory could easily get out of control and unhappy customers will start to elevate their complaints. Rating for August (70%).

Recommend: Request decision is made if Griffin is going to accomplish or Government presently. PWS C.5.9.5.2.4.3 and C.5.9.5.5.2 states Griffin to perform but Griffin Services verbally are claiming Government interference.

(d) Griffin Services requested and accepted back the SARSS-2A, UIT, Rapid DODAAC and CBS-X function The supply technician who left the Government and went to work for Griffin has been transferred back to do the UIT, Rapid DODAAC and CBS-X function. These functional areas need to be changed back on the PWS to the contractor.

See Enclosure 6.

f. Quality: (Unsatisfactory 60%)

HVAC work continues to be unsatisfactory. This has been an on going deficiency.

Recommend: Shop supervisory personnel become more involved in QC during the work process to ensure quality work/services prior to completion of the work in the shops. Supervisory involvement and QC enforcement of standards during "work-in-progress" is needed.

g. Timeliness: (Unsatisfactory 69%)

There has been improvement in most of the work centers however; the response time requirements are not being met in accordance with the PWS. This area continues to need improvement to meet the established/required standards.

II. Quality Control (QC):

a. System Implementation and Maintenance: (Satisfactory 73%)

Automation Support rated satisfactory 73% for August. This area needs improvement in the customer service arena. Customer satisfaction was rated unsatisfactory. Too many complaints concerning "attitude" on the part of the contractor have been logged. Data entry and systems support tasks were rated good and very good respectively. Technical expertise seems to be satisfactory however "attitude" brought this rating down because of poor customer service skills. The contractor's QC program has not yet reached satisfactory performance even though there has been a slight improvement. There continues to be too many errors in the STAMIS'. This is not attributable to systems problems but rather attributed to lack of knowledge by the operators. The contractor's system office has some responsibility to train and assist with their in house training needs. Improvement is needed in customer service/satisfaction.

See Enclosure 7.

b. Corrective Action: (Unsatisfactory 65%)

The contractor provided his QC SOP on 1 April 2001. It began and continues to be less than satisfactory. The Quality Control methods identified in the QC SOP have not been met. The contractor should place emphasis on 'prevention" rather than 'resolution" after a problem arises. Corrective actions established for immediate quality control problems have not been effective and efficient. Responsiveness on the job site must improve.

c. Documentation, Records, CDRLs, and Reports: (Unsatisfactory 65%)

No change since last report. The Quality Control methods identified in Griffin Services, Inc. QC Plan have not been met. The Contractor is not performing the Quality Control program satisfactorily. There are two personnel assigned to this function. Follow-up Quality Control reviews are not being performed as should be. The contractor must emphasize QC responsibility at the supervisory level and monitor training needs (as applicable) in the QC section.

Recommend: The contractor place emphasis on the QC program.

III. Technical Management:

a. Staffing and Personnel: (Satisfactory 70%)

This area remains a challenge for the contractor. His workforce is not yet stabilized nor have they demonstrated appropriate skill levels to perform the work in some of the work centers. Changes made the latter part of August in the management structure were/are expected to show a marked improvement in work performance. That has not yet become evident.

b. Problem Resolution and Communication: (Satisfactory 79%)

There has been significant improvement in this area since assignment of the new Project Manager. The government is hopeful that this area will continue to improve over the next few months until there is a seamless, one team work force.

c. Efficiency: (Unsatisfactory 65%)

The contractor has not demonstrated efficiency in several of the work centers. Work scheduling, reporting and subsequent analysis of the reports has not occurred. To date efficiency and effectiveness to ensure overall satisfactory performance is not evident. Poor efficiency and effectiveness is apparent particularly in the facilities HVAC and grounds maintenance operations. Technical expertise is also lacking which negatively impact the efficiency, effectiveness, quality and timeliness of these work centers.

d. Safety: (Unsatisfactory 65%)

Safety was improved and there were no accidents for the month of August. Some of the units in BLDG 200 have no safety equipment in place. The Contractor has provided his Safety Plan to the government however there appears to be very little substance to the plan. The contractor must ensure understanding of the safety provisions on the part of the workforce and ensure compliance by all in order to meet this requirement satisfactorily.

Recommend: That the contractor review his Safety Plan with an eye for law and regulatory compliance and ensure that all levels of the workforce understand the requirements. A system should be put in place to hold supervisors and employees accountable for practicing and enforcing safety policies.

IV. Business Management:

a. Local Autonomy: (Satisfactory 70%)

V. Budget and Cost Control:

a. Efficiency: (Unsatisfactory 63%)

The contractor's personnel utilization, ability to recruit and retain a qualified, professional, workforce accomplishing work tasks in a timely manner has not been met. Accomplishing work correctly, completely and on time continues to need improvement. The rating for this work center during the month of August has been unsatisfactory.

b. Budget Program and Cost Control: (Unsatisfactory 69%)

The contractor continues to do a good job of cost accounting and data collection that capture their costs in sufficient detail to allow for further government analyses. However during this period, they have done a poor job of cost control, particularly in the area of HVAC repair and grounds maintenance.

c. Cost Verification and Allocation: (Unsatisfactory 60%)

The contractor's explanations that they over-hired in the area of grounds maintenance and HVAC to improve the Government's perception of their proficiency and underbid in some areas are unacceptable. They appear to be over hiring in these functional areas and then retaining those who best grasp the job at hand, rather than hiring highly qualified personnel to begin with. This is a waste of government resources.

Electrical (interior & exterior), carpentry, lighting, plumbing and incidental service requirements were rated very well; HVAC and grounds services were rated unsatisfactory. These unsatisfactory ratings impacted negatively on the overall rating for the month of August.

d. Budget Programming and Cost Control: (Unsatisfactory 60%)
Reviewed. See Para 5 (b) above.

See Enclosure 8.

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, Bldg 181, Fort McPherson, GA.

Encl (8)

Marvin E. Head
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

Improved. The on-site Project Manager's Office has integrated into the government management team and has been responsive to the government and customer complaints. Further he is seeking resolution to problems. Communication from that office has improved. Slowly cooperation and teamwork among the contractor and government key personnel is occurring. The new PM thus far has demonstrated he is decisive, cooperative, has established good rapport with the government staff and is determined that this will be a successful venture. He will need a short period of time to put corrective or alternative procedures in place and assign personnel best suited to perform.

b. Management and Employee Relations: (Unsatisfactory 50%)

No change. At the end of this rating period there has been no information provided to the COR addressing the contractor's programs for employee incentives or his social and economic programs. The contractor continues to have a high turnover rate within his workforce. Too many employees do not demonstrate qualifications for the tasks they have been given to do. Employees appear on the worksite ill prepared to accomplish the job to completion. Contractor follows up and communication with the customer or the government representatives has been inadequate in some cases. The on board workforce has not yet been stabilized. Frequent reassignments have occurred.

c. Contract Management: (Unsatisfactory 50%)

The contractor has not met the terms of the contract satisfactorily. Problems remain unresolved. Responses and actions are untimely and there are too many customer complaints for non-performance or unacceptable quality of work. Much of the work in specific functional areas (as discussed above) has been incomplete, untimely and costly to the government. Too many government personnel continue to feel they must "shore up" the contractor's efforts and cause the work to be done. By bringing in outside vendors or doing the work themselves, government has accomplished this. These are not acceptable options.

d. Government Property: (Very Good 85%)

No change. The property Administrators (both Government and Griffin Services) have established a good working rapport for ensuring control, inventory and management of government property. Procedures are in place and open communication lines have been established between the two offices.

GRIFFIN AWARD FEE

AUGUST 2001

| CRITERIA | % WEIGHT | % TOTAL | % RATING | RAW SCORE |
|---|---|---|---|---|
| I. Performance of Work * | | 35% | | |
| a. Real Property Operation, M&R | 15% | | 55 | 2.69 |
| b. Equipment Maintenance | 15% | | 79 | 4.15 |
| c. Environmental | 15% | | 80 | 4.20 |
| d. Transportation | 15% | | 78 | 4.10 |
| e. Supply Services | 15% | | 70 | 3.68 |
| f. Quality | 15% | | 60 | 3.15 |
| g. Timeliness | 10% | | 69 | 2.42 |
| * Automation/admin performance is inherent in all rated criteria | | | | |
| II. Quality Control | | 20% | | |
| a. System Implementation | 40% | | 73 | 5.84 |
| b. Corrective Action | 40% | | 65 | 5.20 |
| c. Documentation | 20% | | 65 | 2.60 |
| III. Technical Mangement | | 25% | | |
| a. Staffing and Personnel | 30% | | 70 | 5.25 |
| b. Problem Resolution and Communication | 30% | | 79 | 5.93 |
| c. Efficiency | 20% | | 65 | 3.25 |
| d. Safety | 20% | | 65 | 3.25 |
| IV. Business Management | | 10% | | |
| a. Integration and Local Autonomy | 25% | | 70 | 1.75 |
| b. Management and Employee Relations | 25% | | 50 | 1.25 |
| c. Contract Management | 25% | | 50 | 1.25 |
| d. Government Property | 25% | | 85 | 2.13 |
| V. Budget and Cost Control | | 10% | | |
| a. Efficiency | 25% | | 63 | 1.58 |
| b. Budget Program and Cost Control | 25% | | 69 | 1.73 |
| c. Cost Verification and Allocation | 25% | | 60 | 1.50 |
| d. Budget Programming and Cost Control | 25% | | 60 | 1.50 |
| OVERALL RATING | | | | 68.56 |

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Administrative Contracting Officer**
**Quarterly Performance Period**
**1 June 2001 - 31 August 2001 (FY 01)**

**IV. Business Management (20%)**

**a. Integration and Local Autonomy Satisfactory 70**

*"The degree that the contractor successfully integrates their operations and information content into the areas as necessary to prudent and cost-effective operations and within the established time-lines. Includes the effectiveness of business decisions made by the contractor, the timeliness of the decisions. Includes the ability of the local management to make decisions independent of the corporate office. Consider the channels of corporate communication, authority, responsibility and the effect on the contractor's actions and interface with government."*

**The Contractor's overall performance in the area of Integration and Local Autonomy is considered Satisfactory.**

**Discussion:** The contractor continues to maintain and operate from their on-site office located in the DIS headquarters. Office appears to be adequately staffed and adjacent to DIS management personnel which is beneficial to the government. The Program Manager has full authority to independently make business decisions for the corporate office as well as negotiate. During the period of 1 June 2001 through 31 August 2001 it appears that hiring or recruiting practices continued to be based on cost and not necessarily on the skills or qualifications of the individual. Although the contractor has hired more qualified personnel in some areas, many unqualified workers are still being hired which continues to create burdens for the government as well as for the contractor. The government continues to address these concerns to the contractor, the practice of hiring unqualified employees continues. The contractor continues to fail in his ability to fill various areas with individuals with security clearances which continues to place burdens on the government.

**Recommendation:** Contractor should strive to recruit more skilled and qualified employees. In addition the contractor should make an effort to find individuals who have security clearances and place them in positions that are identified in the contract.

**b. Management and Employee Relations** **Satisfactory** 65

*"The effectiveness of personnel retention, turnover rate, productivity incentive programs, and employee morale and welfare programs will be evaluated. Includes the contractor's social and economic programs such as Equal Employment Opportunity."*

**The Contractor's overall performance in this area is considered Satisfactory.**

**Discussion:** Contractor continues to fail in most areas in his ability to maintain an adequate workforce of skilled or qualified personnel. Several times during this rating period the government has had to get involved and request disciplinary action against certain employees. One employee was dismissed due to drinking on the job and one was dismissed due to continuous rude behavior. From reports other employees have been dismissed for various reasons ranging from behavior problems to not being qualified to perform duties. Information obtained from QAEs indicate employees who are qualified are overloaded with work which has created low morale and a desire to seek other employment. Employee social programs, EEO programs appear to be in place, contractor has a very diverse work force. Not privy to any incentive program the contractor may have in place.

**Recommendation:** Contractor should establish better hiring and training practices which will give employees a greater sense of direction which should help in reducing the turnover rate and increase morale. Contractor should take steps to prevent the abuse of good employees and make certain they are not over worked. Contractor should assure an incentive program is developed to award good employees.

**c. Contract Management** **Satisfactory** 70

*"The contractor's compliance with contract terms and conditions, timeliness and correctness of actions will be evaluated."*

**The Contractor's overall performance of contract management is Satisfactory.**

**Discussion:** The contractor operates in compliance with contract terms and conditions and lines of communications are good between the contractor, COR and contracting office. The contractor does appear to react negative to suggestions presented by government personnel especially in his hiring practice on skilled and qualified employees.

**Recommendation:** Although contractor operates in compliance with contract terms and conditions, he would benefit by listening to government concerns and taking necessary corrective action in a timelier manner.

**d. Government Property** **Very Good** **85**

*"The contractor's implementation of the contractor's property control plan will be evaluated. Government property identification, control, reporting, inventory, care, maintenance and use of government property will be evaluated for compliance with the property control plan."*

**The Contractor's overall performance of government property is Very Good.**

**Discussion:** Contractor continues to do well in this area, he has made great efforts in his performance of government property. Contractor has established a good working relationship with the government and good communications exist between parties. The contractor has submitted his Property Control Plan and has met requirements of the contract.

**Recommendation:** Since contractor continually shows improvement in this area contractor should take steps to retain the employees he has in place.

**V. Budget and Cost Control (10%)**

**a. Efficiency** **Satisfactory** **65**

*"Contractor shall ensure effective utilization of personnel such as, control of nonproductive time; cross-utilization of skills; adequate supervision; adequate number of personnel or work hours for tasks performed. The effectiveness of the contractor's system for work scheduling, assignments, monitoring and status reporting may be used to determine efficiency."*

**The Contractor's overall performance for efficiency is Satisfactory.**

**Discussion:** Based on field observance and QAE reports the contractor continues to lack in his ability to perform efficiently. Reports indicate contractor's workforce continues to log in excessive manhours on task that should take far less time. Hiring of unskilled and unqualified personnel seems to be the major reasons for this problem as well as the hiring of unqualified supervisors who fail in their attempt to train workers.

**Recommendation:** Contractor needs to actively pursue the hiring of more qualified workers as well as supervisors. Proper training and OJT to unqualified workers should also help.

**b. Budget Program and Cost Control** **Satisfactory** **65**

*"The contractor's efforts to control costs through effective cost accounting and data collection systems. Also includes the budgeting procedures and programming techniques that meets these goals."*

**The Contractor's overall performance for Budget Program and Cost Control is Satisfactory.**

**Discussion:** Contractor's operation is automated and has sufficient computer systems and programs to keep track of costs and data. To date there has not been a review of the accounting system by DCAA.

**Recommendation: None**

**c. Cost Verification and Allocation** **Satisfactory 70**

*"The contractor's procedures of verifying necessary costs will be monitored. Includes the comparison of actual costs to budgeted costs and reasons for significant variances from the budgeted figures. Includes the accuracy of direct labor rates, indirect costs, procurement of supplies, materials and repair parts that are not government-furnished."*

**The Contractor's overall performance for Cost Verification and Allocation is Satisfactory.**

**Discussion:** Invoices submitted during this period were supported by documentation showing variances from projections and reasons therefore.

**Recommendation: None**

**d. Budget Programming and Cost Control** **Satisfactory 65**

*"The realism of contractor estimates and the effectiveness of budgeting procedures and cost controls will be reviewed."*

**The Contractor's overall performance for Budget Programming and Cost Control is Satisfactory.**

**Discussion:** Contractor continues to perform in an overrun mode. As reflected in figures below, contractor has exceeded budget cost for this period by 56%, a total variance of $603,504.33 with a budgeted target of $1,073,555.37.

Period: June 1 - July 15

| Actual | Budget | Variance | % Variance |
|---|---|---|---|
| $672,804.76 | $532,197.53 | ($140,607.23) | 26.4% |

Period: July 16 - July 31

| Actual | Budget | Variance | % Variance |
|---|---|---|---|
| $373,152.15 | $183,798.50 | ($189,353.25) | 103% |

Period: August 1 - August 31

| Actual | Budget | Variance | % Variance |
|---|---|---|---|
| $631,103.19 | $357,559.34 | ($273,543.85) | 76.5% |

**Recommendation:** The overruns the contractor is experiencing is a direct result of hiring unskilled and unqualified employees. The time logged in to various task is too excessive and the utilization of manpower is also excessive. Proper hiring and recruiting will be the only means in which the contractor can eliminate his overrun condition. Contractor will have to institute a better hiring and recruiting procedure in order to operate in a cost effective manner and, within budgeted target. Contractor should make a valid effort to recruit only skilled and qualified employees who would perform tasks within acceptable time frames with reduced manpower.

K Jan Stowell

K. JAN STOWELL
Contracting Officer

**Criteria Weights**
**Quarterly Performance Period**
**1 June 2001 - 31 August 2001**

**Administrative Contracting Officer**

**Business Management .......................................20%**

| Factor | Adjective | Score | Weight |
|---|---|---|---|
| Integration & Local Autonomy | Satisfactory | 70 | 25% |
| Management & Employee Relations | Satisfactory | 65 | 25% |
| Contract Mgmt | Satisfactory | 70 | 25% |
| Government Property | Very Good | 85 | 25% |

**Budget and Cost Control .................................10%**

| Factor | Adjective | Score | Weight |
|---|---|---|---|
| Efficiency | Satisfactory | 65 | 25% |
| Budget Program & Cost Control | Satisfactory | 65 | 25% |
| Cost Verification & Allocation | Satisfactory | 65 | 25% |
| Budget Programming & Cost Control | Satisfactory | 65 | 25% |

# Installation Support Services Center

## Award Fee Evaluation
## 1 June 2001 - 31 August 2001

| | Major Weights | Sub Weights | June COR Scores | July COR Scores | August COR Scores | June thru August ACO Scores | Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|---|---|
| **I. Performance of Work** | 35.00% | | | | | | | 24.71 |
| A. Real Property Operation Maintenance & Repair | | 15.00% | 56.00 | 70.00 | 55.00 | N/A | 9.04 | |
| B. Equipment Maintenance | | 15.00% | 82.00 | 74.00 | 79.00 | N/A | 11.75 | |
| C. Environmental | | 15.00% | 68.00 | 75.00 | 80.00 | N/A | 11.16 | |
| D. Transportation | | 15.00% | 84.00 | 93.00 | 78.00 | N/A | 12.74 | |
| E. Supply Services | | 15.00% | 63.00 | 70.00 | 70.00 | N/A | 10.15 | |
| F. Quality | | 15.00% | 60.00 | 60.00 | 60.00 | N/A | 9.00 | |
| G. Timeliness | | 10.00% | 65.00 | 69.00 | 69.00 | N/A | 6.77 | |
| **Total Performance of Work** | | 100.00% | | | | | 70.61 | |
| **II. Quality Control** | 20.00% | | | | | | | 13.10 |
| A. System Implementation and Maintenance | | 40.00% | 60.00 | 73.00 | 73.00 | N/A | 27.48 | |
| B. Corrective Action | | 40.00% | 60.00 | 65.00 | 65.00 | N/A | 25.34 | |
| C. Documentation, Records, CDRLs, and Reports | | 20.00% | 60.00 | 65.00 | 65.00 | N/A | 12.67 | |
| **Total Quality Control** | | 100.00% | | | | | 65.49 | |
| **:hnical Management** | 25.00% | | | | | | | 16.75 |
| A. Staffing and Personnel | | 30.00% | 65.00 | 70.00 | 70.00 | N/A | 20.51 | |
| B. Problem Resolution and Communication | | 30.00% | 50.00 | 79.00 | 79.00 | N/A | 20.83 | |
| C. Efficiency | | 20.00% | 60.00 | 65.00 | 65.00 | N/A | 12.67 | |
| D. Safety | | 20.00% | 65.00 | 65.00 | 65.00 | N/A | 13.00 | |
| **Total Technical Management** | | 100.00% | | | | | 67.00 | |
| **IV. Business Management** | 10.00% | | | | | | | 6.79 |
| A. Integration and Local Autonomy | | 25.00% | 65.00 | 70.00 | 70.00 | 70.00 | 17.29 | |
| B. Management and Employee Relations | | 25.00% | 50.00 | 60.00 | 50.00 | 65.00 | 14.79 | |
| C. Contract Management | | 25.00% | 40.00 | 50.00 | 50.00 | 70.00 | 14.59 | |
| D. Government Property | | 25.00% | 85.00 | 85.00 | 85.00 | 85.00 | 21.25 | |
| **Total Business Management** | | 100.00% | | | | | 67.92 | |
| **V. Budget and Cost Control** | 10.00% | | | | | | | 6.38 |
| A. Efficiency | | 25.00% | 60.00 | 63.00 | 63.00 | 65.00 | 15.88 | |
| B. Budget Program and Cost Control | | 25.00% | 55.00 | 69.00 | 69.00 | 65.00 | 16.17 | |
| C. Cost Verification and Allocation | | 25.00% | 65.00 | 69.00 | 60.00 | 65.00 | 16.20 | |
| D. Budget Programming and Cost Control | | 25.00% | 55.00 | 64.00 | 60.00 | 65.00 | 15.58 | |
| **Total Budget and Cost Control** | | 100.00% | | | | | 63.84 | |
| **Total Performance Points** | | | | | | | | 67.74 |

INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

Award Fee Pool
Quarterly Performance Period
1 June 2001 - 31 August 2001 (FY 01)

| Contract Amount | Annual Award Fee Amount | Amount Of Award Fee Available This Period |
|---|---|---|
| A | B | C |
| | | |
| $4,814,317.36 | $165,639.00 | $55,213.00 |

PREVIOUS AWARD FEES EARNED:

16 Jan 01 - 28 Feb 01
(Accelerated Period)

Amount Awarded: $0
Points Earned: 62.50

1 Mar 01 - 31 May 01

Amount Awarded: $0
Points Earned: 64.03

INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

Award Fee Pool
Quarterly Performance Period
1 June 2001 - 31 August 2001 (FY 01)

| Performance Points | Fee % Conversion | Available Fee | Contractor Fee Earned |
|---|---|---|---|
| 67.74 | 68% | $55,213.00 | $0 |