AFZK-IS-OF 22 October 01

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, and ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 September – 30 September 2001.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 September through 30 September 2001 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of September, meets contract requirements. The rating for this period is 73.40% (SATISFACTORY), supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed seven (7) months at the contract full performance level. Some of the same problems continue to persist although there has been a marked improvement in the communication channels between the contractor and the government management team. On site management initiatives by the contractor in the areas of problem prevention and/or resolution has become evident.

4. Evaluations for each work center are provided below:

a. Performance of Work:

(1) Real Property and Facilities Maintenance: (Unsatisfactory-69%)

(a) Real property and facilities maintenance operations still have some issues that have not been resolved completely.

(b) Timeliness and responsiveness of work and work site clean up need to improve. No response to condensate leak at BLDG 65. BLDG 200Generator room and BLDG 326 need to be cleaned up. Streetlights at Fort Gillem have not been repaired since reporting about them in June. No response to service order on BLDG's 101 and 326; had to request another contractor to come in and complete the work.