(c) Customer complaints have increased slightly. Most complaints are from BLDG 326. Housing occupant tried to get appointments set up; finally received an appointment after several attempts.

(d) Boiler and generator mechanics must keep (PM) maintenance cards records on all the Generator sets and should be reminded of the importance of following proper maintenance procedures in order to preclude damage to the equipment.

(e) Overall workmanship and diagnostic work need to improve. Occupant (BLDG 326) complained of excess tar on the roof and complained that the repairman never told him if the work was completed. Service order #MQ 11152 on BLDG 162 their was 6.5 hours charged for replacing the weather stripping on a door this work was not completed and the service order was closed out. Several items need to be repaired, a broken glass in the kitchen door, a door hinge, and the screen on the exterior front door of BLDG 538B. There has not been any response on this service order. Rating for September (70%).

(f) Griffin Services has performed well in areas of:

Underground Utilities (85%)
Lighting Maintenance (75%)
Painting (85%)
Plumbing (85%)
Incidental Tasks (100%)
Interior/Exterior electrical (85%)
Carpentry Services (72%)

Service Order (13 Apr 01) to repair Dutch door at BLDG 482; subcontracted out to another door company. Job not completed. Griffin needs to follow up on work they have subcontracted out. Also, (PM) maintenance cards need to be placed at all generators at Forts McPherson and Gillem. Contractor again had a callback to (BLDG 307) to fix the leaking of the roof and around windows. Also, placed a CDR in on exterior electrical due to streetlights not working and not getting repaired in a timely manner. Rating for September (81%).

Discrepancies: Generator rain cap sticking open, oil leak on drain plug, broken panel door at BLDG 363. Auxiliary fault alarm on, general cleanup not being done at BLDG 326. Heat shield defectors coming loose, general cleanup not being done, no record keeping at BLDG 200. Rating for September (70%).