(g). Grounds Maintenance: Paved and unpaved areas are not being maintained free of vegetation. Earth-surfaced roads, driveways and parking lots are not being maintained free of ruts and potholes by blading or dragging the surface. Marchman/Stevenson Lake areas, playground equipment needs to be pressure washed. Inside the playground needs to be weeded (see encl pictures). The QAE gave an overall performance score of (80%) in this area.

(h) There were several complaints on the HVAC in BLDG's 65, 101, 200, 326 and 213b. On 31 Aug S/O was called in for a 3rd time on problem at BLDG 213. Griffin employees did not order parts on BLDG 213B A/C until 19 days after checking the unit out. As of 28 Sep 01 this S/O has still not been completed. Excessive man-hours were being charged for these jobs. Rating (50%). Griffin personnel could not get the HVAC up and running and had to call in a subcontractor to resolve the problem. There are too many callbacks and work areas are cluttered with A/C parts. No response to some service order's. Pneumatics is out of calibration so space temps throughout the building can't be controlled. Filter changes are not being completed. We've found valves in the wrong positions that are essential to the HVAC system. Cooling tower needs to be repaired where cell heater fell out. Rating for September is (50%). Need improvement in the HVAC area. The contractor should review the HVAC skill level of the employees to ensure that they are fully qualified to perform HVAC requirements.

Recommend:
The contractor's supervisory staff ensures that preventative maintenance schedules are prepared enforced and that maintenance is Performed as scheduled. Compliance with preventative maintenance schedules is imperative. Maintenance cards (PM) record keeping on all the Generators is mission essential. For HVAC maintenance "Griffin Services" might consider subcontracting this function and down size the Griffin work force appropriately, due to unqualified personnel on board in Griffin who cannot repair the HVAC properly.

See Enclosure 2

(i) Estimating. Estimating met the standards satisfactorily for the month of September.

(j) The need for the government to provide escort services continues to be a problem because the contractor is awaiting security clearances. This has been on going for nine (9) month's now (since accelerated performance began) and can be dangerous at times due to Griffin personnel not being able to access the building in case of fire, people stuck in the elevator and alarm resetting.