(k) FORSCOM Deputy Commander occupant of BLDG 512 forwarded a complaint to General Hendrix in reference to Griffin employees coming to look at BLDG 512 roof; occupant said Griffin said they would be back but never returned to repair the leak nor talk with the occupant about if and when they would repair the leak. Rating for the month of September (30%).

(l) PM at BLDG's 200 and 363 Ft McPherson is not being performed which means that the air quality in the buildings will at some time become unhealthy to breath. Rating for September (30%).

(m) Boilers/Chillers. This area needs improvement since last report. The contractor has met the minimum requirements; record keeping was not good during September, however was corrected once the QAE advised the supervisor.

(n) Reports and work status services: service orders status and/or reports have room for improvement. Work Order desk needs to utilize better judgment on priority of calls or check with QAE's for assistance. On 6 Sep 01 gas leak in LBDG 514 was rated 03 priorities instead of 01. All gas leaks are 01 priority. On 7 Sep 01 gas leak BLDG 720 was rated 03 priorities instead of 01. Contractor did not radio personnel at time of trouble. This is a safety hazard and cannot be tolerated due to danger of life and limb. Rating for the month of September (72%).

(2) Equipment Maintenance: (Very Good 84%)

(a) This area performed very well during the month of September. In the E&C shop most tasks were performed correctly and in a professional and timely manner.

Miscellaneous Fire Alarm Equipment (87%)
Technical Inspections for Turn-In (87%)
Miscellaneous Fire Alarm Equipment Preventive Maintenance Inspections (87%)
Security Systems and Related Components (87%)
Miscellaneous Audio Equipment (80%)
Miscellaneous Radio Equipment (83%)
Miscellaneous Equipment (87%)

(b) Documentation (work orders) has improved and is being handled very well and professionally, rated (84%) on work request. Equipment Maintenance reporting rated (85%).