(c) SAM's data entry backlog has been reduced significantly. There has been much improvement in this area.

(d) PWS C.1.5.4 states that the contractor shall have a Contractor's Management Plan, which includes work control and work performance. This needs to be enforced.

(e) Repair Parts and Supply in equipment maintenance was rated (90%).

(f) In the vehicle maintenance area, repair times have improved.
Technical Inspections rated (78%)
Miscellaneous Maintenance Services rated (85%)
On Site Repair rated (82%)
Emergency Services rated (83%)
Preventive Maintenance Inspection rated (85%)
Tactical Vehicle Organizational Generator Maintenance rated (85%)
Vehicle and Equipment Body Work rated (87%)
Fabrication Services rated (87%)
Warranty Repair Program rated (82%)

(g) Continued emphasis is required for properly reporting non-mission capable downtime and preparing reports. There is no evidence of analysis by the supervisory/production control personnel to correct this problem. Printing and submitting the monthly SAM's report is not meeting the goal of this task. The PWS clearly states what is required.

(h) Equipment maintenance on BLDG 200; contractor still not familiar with resetting trouble alarms.

(i) Furniture Repair rated (87%).

See enclosure 3.

(3) Environmental: (Good 80%)

The contractor is performing Environmental tasks well. Hazardous Material Management System (HMMS) is now installed; recording keeping should be a lot easier for everyone. The 90-day yard needs to be cleaned and maintained as a matter of routine. This has been an on going problem Griffin employees not keeping the 90 days yard clean. This has impacted their overall rating. Training for all Griffin Services Environmental Personnel on Resource Conversation Recovery Act (RCRA) and HMMS is also something that needs to be addressed.

See Enclosure 4.