(4) Transportation: (Excellent 91%)

(a) Freight Section. The contractor is rated outstanding in this area (87%). The contractor's packing and crating technician has been cross-trained to do the freight tasks and is accomplishing the tasks well. The technician is still waiting for his password.

(b) Passports/Port Calls/Unit Movements. Unit Movement contractor is doing an excellent job in this area, rating for September is (100%).

Contractor has improved in the area of inputting data into the TCACCIS & TCAIMS but still needs more training. Contractor at times still relies on the government to assure the data input into TCASSIS & TCAIMS is correct. Rating for September is (87%).

(c) Fleet, Fuel and GSA Management. At the end of September the contractor still has not obtained a password for the manager to access the automated fuel system (FAS) to perform these tasks for fuel billings. The portion of the Pentagon that was hit housed the group that approves passwords. There has been no action as far as establishing a new section as far as we know. The contractor's employee is willing to learn and perform but does not have the system access required. Rating for September is (90%).

See Enclosure 5.

(5) Supply Services: (Good 83%)

(a) Overall performance of this work center has improved as a result of the personnel changes the contractor has taken.

(b) The contractor did not perform the monthly IMPAC Credit Card Reconciliation on time. This is unacceptable and has been the norm since the contract start date seven (7) months ago. The new supervisor must resolve this on going problem since it could result in penalty and interest charges or cancellation of credit cards for delinquent payments for the government. The personnel change the contractor has made has not resolved this problem to date. The government and contractor management teams should review this function and seek resolution to this on going issue. This was rated as unsatisfactory which impacted negatively on the overall rating. Rating for September (50%).

Recommend: The contractor takes immediate corrective action to ensure that the credit card reconciliation is performed correctly and on time. Late penalties and or interest that have accrued should be charged