back to the contractor. Also, recommend the Government reassure the reconciliation responsibilities.

(c) There is still a need for contract personnel to receive additional training in the use if IFS and SARSS. The contractor has assigned his workforce to specific functions within the supply arena, which should help reduce the current backlog. There continues to be an unacceptable number of errors in the SARSS-1 and IFS systems.

(d) Stability in the property book work center has been noted. The Contractor is doing an excellent job in this area. Rating for September (94%).

(e) ASP: The Contractor has done a very good job in this area. There is an issue that needs to be addressed immediately. We are paying the contractor to perform all of the duties for this function with the exception of accountability. However the government still has an employee working the SAAS4, still doing the requisitions and issuing, record keeping, etc. We need to decide to give this to the contractor as the PWS states or mod the PWS and leave it with the government. It has become apparent that the government employee has tried to impede the contractor's performance. Rating for September (87%).

Recommend: Request decision is made if Griffin is going to accomplish or Government Presently. PWS C.5.9.5.2.4.3 and C.5.9.5.5.2 states Griffin to perform but Griffin Services verbally are claiming Government interference.

(f) Griffin Services requested and accepted back the SARSS-2A, UIT, Rapid DODAAC and CBS-X function the supply technician who originally managed the UIT, Rapid DODAAC and CBS-X function left the Government and went to work for Griffin as a Passport Clerk now has been transferred back to do the UIT, Rapid DODAAC and CBS-X function and SARSS 2A. These functional areas need to be changed back on the PWS to the contractor.

(g) DRMO: The contractor is going a very good job with his record keeping, classifications of equipment and turn-in process. Rating for September (87%).

(h) Location Survey: Contractor is doing a good job in this area. Corrects errors on the spot. Rating for September (87%).

(i) Physical Inventories: The contractor has met the requirements on performing fiscal year inventory. Rating for September (94%).