(j) Requisition Process & Data Entry: These two functions go hand in hand to assure that supplies and material is ordered properly and on time. Since the contractor has changed employees in this area I have seen nothing but an improvement. Rating for September (87%).

(k) AWCF: The Army Working Capital Fund is no longer done. This needs to be taken out of the PWS.

(l) Excess Management: The contractor has not produced the quarterly report of the recommendation for material to return to the Wholesale Supply System. Rating for September unsatisfactory (0%).

See Enclosure 6.

(6) Quality: (Unsatisfactory 60%)

Griffin employees showing up at job sites, not repairing the damage, leaving the job site and not returning to job sites needs immediate attention by Griffin Management. Occupant at BLDG 512 has turned their frustration over to General Hendrix about these problems.

Environmental 90-day yards are not being kept clean. This continues to be unsatisfactory from the beginning of the awarded contract.

Maintenance cards (PM) placed on all generator sets and keeping general area clean continues to be unsatisfactory from the beginning of the awarded contract.

Streetlights at Fort Gillem have not been repaired since reporting about them in June 01.

Work Order desk need to utilize better judgment on priority calls on gas leaks.

Contractor not performing the monthly IMPAC Credit Card Reconciliation on time is unacceptable. It's so easy to process transactions in C.A.R.E. so there is no excuse for being late with this report.

Recommend: Shop supervisory personnel must become more involved in QC during the work process to ensure quality work of services.

(7) Timeliness: (Unsatisfactory 69%)

There has been improvement in most of the work centers however; the response time requirements are not being met in accordance with the PWS.