This area continues to need improvement to meet the established/required standards.

b. Quality Control (QC):

(1) System Implementation and Maintenance: (Satisfactory 73%)

Automation Support: Customer satisfaction was rated good (75%). Data entry accuracy (75%) and systems (72%) support tasks were rated good and satisfactory. IFS (STAMIS) system had a lot of downtime during the month of September. Backlog of data entry (L&E) have come down from 1,000 to 300. DPAS 15.0 change packet was completed in a timely manner. Load system change packages rated (70%). The only way the QAE knew change packet had been loaded was to check computers himself. Griffin didn't inform QAE of change packet.

See Enclosure 7.

The contractor's QC program has not yet reached satisfactory performance even though there has been a slight improvement. There continues to be too many errors in the STAMIS'. This is not attributable to systems problems but rather attributed to lack of knowledge by the operators. The contractor's system office has some responsibility to train and assist with their in house training needs. The contractor has hired a well-qualified trainer in the SARSS1 and SARSS 2A field to resolve the many operators' errors in the SARSS STAMIS. Improvement is needed in customer service satisfaction.

(2) Corrective Action: (Unsatisfactory 65%)

Continues to be less than satisfactory. The Quality Control methods identified in the QC SOP have not been met. Corrective actions established for immediate quality control problems have not been effective and efficient. Responsiveness on the job site must improve.

(3) Documentation, Records, CDRLs, and Reports: (Unsatisfactory 65%)

Follow-up Quality Control reviews are not being performed as should be. The contractor must emphasize QC responsibility at the supervisory level and monitor training needs (as applicable) in the QC section.

Recommend: The contractor place emphasis on the QC program.

c. Technical Management:

(1) Staffing and Personnel: (Satisfactory 70%)