The Contractor workforce is not yet fully stabilized nor have they demonstrated appropriate skill levels to perform the work in some of the work centers.

(2) Problem Resolution and Communication: (Very Good 85%)

Responsiveness has improved. The government is hopeful that this area will continue to improve over the next few months until there is a seamless, one team work force.

(3) Efficiency: (unsatisfactory 65%)

The contractor has not demonstrated efficiency in several of the work centers. Work scheduling, reporting, record keeping by Griffin employees is not being done on BLDG's 200 and 363 and subsequent analysis of the reports has not occurred. To date efficiency and effectiveness to ensure overall satisfactory performance is not evident. Poor efficiency and effectiveness is apparent particularly in the facilities HVAC and grounds maintenance operations. Technical expertise is also lacking which negatively impact the efficiency, effectiveness, quality and timeliness of these work centers.

(4) Safety: (Excellent 90%)

Safety was improved and there were no accidents for the month of September. Some of the units in BLDG 200 have no safety equipment in place. The contractor must ensure understanding of the safety provisions on the part of the workforce and ensure compliance by all in order to meet this requirement satisfactorily.

Recommend: That the contractor review his Safety Plan with an eye for law and regulatory compliance and ensure that all levels of the workforce understand the requirements. A system should be put in place to hold supervisors and employees accountable for practicing and enforcing safety policies.

d. Business Management:

(1)Local Autonomy: (Satisfactory 70%)

Cooperation and teamwork among the contractor and government key personnel is occurring. The new Project Manager continues to demonstrate he is decisive, cooperative, has established good rapport with the government staff and is determined that this will be a successful venture.