(2) Management and Employee Relations: (Unsatisfactory 50%)

At the end of this rating period there has been no information provided to the COR addressing the contractor's programs for employee incentives or his social and economic programs. The contractor continues to have a turnover within his workforce. Too many employees do not demonstrate qualifications for the tasks they have been given to do. Employees appear on the worksite ill prepared to accomplish the job to completion. Contractor follows up and communication with the customer or the government representatives has been inadequate in some cases. Communications seems to be a big problem with the work order desk personal not notifying QAE's and customers to resolve problems. The on board workforce has not yet been stabilized. Frequent reassignments have occurred.

(3)Contract Management: (Unsatisfactory 50%)

Problems remain unresolved. Responses and actions are untimely and there are too many customer complaints (especially from the Government Security Guards and Military Police in BLDG's 200 and 363) for nonperformance or unacceptable quality of work. Much of the work in specific functional areas (as discussed above) has been incomplete, untimely and costly to the government. Too many government personnel continue to feel they must cause the work to be done. By bringing in outside vendors or doing the work themselves, government has accomplished this.

(4) Government Property: (Very Good 85%)

The Property Administrators (both Government and Griffin Services) have established a good working rapport for ensuring control, inventory and management of government property. Procedures are in place and open communication lines have been established between the two offices.

e. Budget and Cost Control:

(1) Efficiency: (Unsatisfactory 64%)

The contractor's personnel utilization, ability to recruit and retain a qualified, professional, workforce accomplishing work tasks in a timely manner has not been met. Accomplishing work correctly, completely and on time continues to need improvement. The rating for this work center during the month of September has been unsatisfactory.

(2) Budget Program and Cost: (Satisfactory 75%)