The critical area of facilities maintenance remains a serious concern; there is improvement in this area from the August reporting period. All other areas are within the acceptable range.

(3) Cost Verification and Allocation: (Good 80%)

Griffin appears to be taking positive steps to verify and properly allocate costs to the appropriate functional area.

Electrical (interior 7 exterior), carpentry, lighting, plumbing and incidental service requirements were rated very well; HVAC and grounds services were rated satisfactory. These satisfactory ratings impacted negatively on the overall rating for the month of September.

(4) Budget Programming and Cost Control: (Unsatisfactory 64%)

The Contractor has done a poor job of cost control, particularly in the area of HVAC repair and grounds maintenance.

See Enclosure 8.

4.For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encls (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

GRIFFIN AWARD FEE

SEPTEMBER 01

| CRITERIA | % WEIGHT | % TOTAL | % RATING | RAW SCORE |
|---|---|---|---|---|
| I. Performance of Work * | | 35% | | |
| a. Real Property Operation, M&R | 15% | | 69 | 3.62 |
| b. Equipment Maintenance | 15% | | 84 | 4.41 |
| c. Environmental | 15% | | 80 | 4.20 |
| d. Transportation | 15% | | 91 | 4.78 |
| e. Supply Services | 15% | | 83 | 4.36 |
| f. Quality | 15% | | 60 | 3.15 |
| g. Timeliness | 10% | | 69 | 2.42 |
| * Automation/admin performance is inherent in all rated criteria | | | | |
| II. Quality Control | | 20% | | |
| a. System Implementation | 40% | | 73 | 5.84 |
| b. Corrective Action | 40% | | 65 | 5.20 |
| c. Documentation | 20% | | 65 | 2.60 |
| III. Technical Mangement | | 25% | | |
| a. Staffing and Personnel | 30% | | 70 | 5.25 |
| b. Problem Resolution and Communication | 30% | | 85 | 6.38 |
| c. Efficiency | 20% | | 65 | 3.25 |
| d. Safety | 20% | | 90 | 4.50 |
| IV. Business Management | | 10% | | |
| a. Integration and Local Autonomy | 25% | | 70 | 1.75 |
| b. Management and Employee Relations | 25% | | 50 | 1.25 |
| c. Contract Management | 25% | | 50 | 1.25 |
| d. Government Property | 25% | | 85 | 2.13 |
| V. Budget and Cost Control | | 10% | | |
| a. Efficiency | 25% | | 64 | 1.60 |
| b. Budget Program and Cost Control | 25% | | 75 | 1.88 |
| c. Cost Verification and Allocation | 25% | | 80 | 2.00 |
| d. Budget Programming and Cost Control | 25% | | 64 | 1.60 |
| OVERALL RATING | | | | 73.40 |

AFZK-IS-OF 20 November 2001

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 October – 31 October 2001.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 October – 31 October 2001 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of October, meets contract requirements. The rating for this Period is 73.95% (Satisfactory), supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed eight (8) months at the contract full performance level. On site management initiatives by the contractor in the areas of problem prevention and/or resolution has become evident.

4. Evaluations for each work center are provided below:

I. Performance of Work:

(a) Real Property and Facilities Maintenance: (Good 76%)

(1) Customer complaint from Fort Gillem Command Group reference Griffin Services has failed to repair roof of BLDG 307A to standard. Roof is still leaking and has caused damage to carpets, tiles, office equipment, etc. Also, Griffin has failed to respond to calls from Fort Gillem Command Group about this roof being repaired.

(2) Customer complaint from 3rd Army Support Battalion reference coordinate movement of mounted TV's. The facilities help desk told 3rd Army that BLDG 400 maintenance would be responsible for moving the TV'S. 3rd Army called work order clerk at BLDG 400 who treated 3rd Army Support Battalion personnel in a rude and unprofessional manner and stated they do not move TV's.

(3) Customer complaint from Quarters 509A (9 Oct 01), Griffin employee replaced the motor on the refrigerator; this did not fix the problem. A government employee was sent to evaluate the problem (it was not the motor) that was the problem but the coils had two inches of ice on them and the condensate line was stop up. Government is over spending on parts and labor because Griffin employee's appear to not be trained nor have enough knowledge to know how to trouble shoot the appliances and equipment on Fort's McPherson/Gillem. (Oct rating 30%).

(4) Discrepancies on S/O MK00743 2 R, occupant BLDG 508-B called in reference water heater leaking. Griffin Services plumber inspected heater, told occupant water leak was coming from the A/C unit. Government QAE checked heater on 29 Oct 01 and found water had leaked all over the basement during the weekend. Numerous calls to Griffin to repair the damage were to no avail. When Griffin Services plumber finally arrived at BLDG 508-B he was argumentive and disrespectful to the occupant and to the QAE. Griffin Services plumber failed to diagnose obvious problem with the water heater.

Service Order (S/O) GT004082R, BLDG 137-B (plumbing) had been closed out without work being completed. Griffin response to QAE about this was that a new showerhead would be ordered as soon as the monies were available, due to end of FY funding. S/O should not have been closed out until the repair was completed. (Oct rating 85%)

(5) Discrepancies from 3 May – 22 Oct 2001. Failure to diagnose the problems with chiller located at BLDG 65. Eleven (11) S/O's were called in for BLDG 65 with 20.5 man-hours charged in excessive man-hours. S/O's were closed out as complete. QAE observed Griffin Technician 22 Oct 01 trying to fix chiller and Griffin Technician stated he had been having trouble with the flow switch for a while. QAE discussed with his supervisor about the situation and was told to call in another contractor to trouble shoot the chiller. The contractor called in to work on chiller found two (2) leaks and repaired them both. Also, contractor added 105 pounds of freon to circuit #1 and 15 to circuit #2. Contractor found thermostat bypassed on chiller barrel, which could have caused damage to the unit, and found heaters jumped out on circuit board.

(6) Generator Systems: Generators are not being exercise for at least 30 minutes under actual load. Boiler and generator mechanics must keep maintenance cards (PM) records on all the generator sets and should be reminded of the importance of following proper maintenance procedures in order to preclude damage to the equipment. (Oct rating 75%).

(7) HVAC areas in BLDG 200 are being used as a storage room. The air filters in BLDG 200 are filthy and need to be changed. QAE has repeatedly asked Griffin Services to install a return air vent in a basement office (S/O NZ 00453 2 R); Griffin Services has ignored QAE requests. Request by QAE to review Griffin Services refrigerant usage logbook have been ignored from 01 thru 31 Oct 01. (Oct rating 62%).

(8) Incidental Tasks: (Oct rating 85%)

(9) Lighting Maintenance and Electrical Work (interior and exterior) Services: (Oct rating 82%)

S/O VG001022 R, BLDG 101 customer not satisfied with the final product. Customer asked to have carpet placed over electrical plates and Griffin employee responded to customer he didn't have any.

S/O VG106691R was closed out without the work being completed and was brought to the attention of Griffin Services on 4 Sep 01 and has not been corrected as of this time. Griffin employee told customer that the three (3) electrical plates customer requested in white was not in stock and of this date these three (3) white plates have not been ordered.

S/O GZ002322 R, BLDG 700 customer claims that the connectors are the wrong type and are the cause of the problem. Customer still has to reset the safety switch. The basketball court light still has not been fixed.

S/O GZ116941 R, was called in 24 Sep 01 with 7.5 man-hours being charge to it, but was last worked on 10 Oct 01.

S/O GZ002812 R, called in because racquetball court lights were out on 11 Oct 01. Customer claims that the Griffin employee looked at the problem and left. Customer claims that this is an on going and frequent problem.

(10) Carpentry Services:

S/O GT115641 R, BLDG 138-A customer called in 20 Sep 01 but work was not completed until 18 Oct 01. Griffin employee needs to be more timely and responsive and watch priorities on service orders. (Oct rating 85%)

(11) Painting Services and Signs:

S/O MEP118071 R, BLDG 720 customer was not satisfied with the work preformed. Area was painted with a spray can instead of being rolled or brushed and will not last. Griffin did not inform POC when work was completed. (Oct rating 75%)

S/O EF089851 R, BLDG 321 (signs) Work was not done within the proper timeframe.

(12) Underground Utilities: (Oct rating 85%)

(13) Preventive Maintenance Services: (Oct rating 85%)

(14) Fencing Services: (Oct rating 90%).

(15) Appliances, Food Service Equipment, Cloths Washers and Dryers Services: (Oct rating 70%)

S/O MK004172 R, BLDG 534-A, 16 Oct 01 Griffin Services was called to repair a refrigerator. Griffin employee told occupant that the thermostat was bad and attempted to repair. QAE check the thermostat and determined that type of thermostat was to be replaced, as it is impossible to repair. Also, S/O MK005472 R, BLDG 534-A 22 Oct 01 occupant again called in a work order to fix the same problem; at that time it was turned over to the Government Maintenance Mechanic who inspected the unit and found it had a bad thermostat then ordered and installed a new thermostat and resolved this situation.

(16) A third of the solar lights near building 400 Ft Gillem are not working. Work order going back two months have had no results. Street/security lights at Fort Gillem still have not been repaired. Griffin said they are having a supply problem getting the bulbs. QAE researched and found bulbs on bucket truck in PM Shop. When QAE notified Griffin of found bulbs then Griffin repaired the lights at 841 but have not progressed any since installing 841 lights. Lights are not being repaired in a timely and responsiveness manner. (Oct rating 80%)

(17) Discrepancies: JAG Office BLDG 41 input a work request to add red landscaping rock in areas surrounding BLDG 41. Funding was sent to do the work request. Griffin Services assured QAE they could do the job so rock was ordered. On 27 Oct 01 QAE was e-mailed from JAG Office that the job was only half completed. A called was placed to Griffin and there excuse was that 10 bags more of rock had to be ordered to complete job and job was being held up by funding. JAG Office paid the full amount in August. Another contractor was called in to complete this job for the JAG Office.

(18) Reports and Work Status Services (Oct rating 78%).

See Enclosure 2

(b) Equipment Maintenance: (Very Good 85%)

(1) Emergency Services (Oct rating 85%)

(2) Technical Inspections (Oct rating 85%)

(3) On Site Repair (Oct rating 85%)

(4) Work Requests (Oct rating 85%)

(5) Repair Parts and Supply (Oct rating 93%)

(6) Safety Inspections (Oct rating 90%)

(7) DS/GS Maintenance (Oct rating 86%)

(8) Assemblies and Subassemblies Maintenance (Oct rating 85%)

(9) Fuel and Electric Components (Oct rating 86%)

(10) Hydraulic Components (Oct rating 87%)

(11) Tire Services (Oct rating 87%)

(12) Misc. Maintenance Services (Oct rating 87%)

(13) Vehicle and Equipment Body Work (Oct rating 86%)

(14) Fabrication Support Fabrication Services (Oct rating 87%)

(15) Wash Rack Support Wash Rack Services (Oct rating 87%)

(16) Furniture Support Furniture Repair (Oct rating 87%)

(17) Equipment Maintenance Reporting (Oct rating 87%)

(18) Technical Inspections for Turn-In (Oct rating 87%)

(19) Security Systems and Related Components (Oct rating 82%)

(20) Miscellaneous Radio Equipment (Oct rating 82%)

(21) Miscellaneous Equipment (Oct rating 85%)

(22) Miscellaneous Office Equipment (Oct rating 85%)

See Enclosure 3.

(c) Environmental: (Good 74%)

Environmental Office nor the Fire Department have received Certification Certificates of Training for the Hazardous Materials Response Team; also no response on RCRA training for Griffin personnel. When EPA inspectors come to inspect and these certificates are not available for them to see and verify, than environmental will receive violation penalties in this area. Over two months now request have been made at QAE meetings for these certificates but to no avail.

See Enclosure 4.

(d) Transportation: (Excellent 89%)

(1) Fleet Manger: (Oct rating 90%)

(2) Passenger Movement: (Oct rating 100%)

(3) Movement Coordinator: (Oct rating 87%)

(4) Freight: Griffin Services has yet to provide the Government any Certifications for the handling and shipping of hazardous materials and supplies. This has caused a burden on the Government to use outside resource to accomplish this mission. (Oct rating 80%)

See Enclosure 5.

(e) Supply Services: (Very Good 82%)

Ammunition Supply Point; at the present time we are paying the contractor to perform all the duties in this area, however we still have a government employee doing all the record keeping, issuing, receiving, and working the SAAS4. This issue needs to be resolved. It has become apparent that the government employee setting in this position has tried on two different occasions to impede on the contractor doing the work. (Oct rating 87%)

Requisitions Process and Data Entry; these two functions go hand in hand with one another. The contractor failed to update the Supply 2000 in a timely manner. The results of this failure caused several items not to paid by 2001 money. This caused the Government an unnecessary procedure to go through to allocate prior year funds to pay for these materials and supplies. (Oct rating 73%).

AWCF; the army Working Capital Fund is no longer a requirement for the government to perform. This needs to come out of the PWS and QASP.

(1) Installation Property Book (Oct rating 95%).

(2) Inspection and Classification for Item Turn-In (Oct rating 90%).

(3) Proof of Delivery to DRMO (Oct rating 90%).

(4) Location Survey (Oct rating 87%).

(5) Physical Inventories (Oct rating 94%).

(6) Perform Reconciliation of Ammunition Issues and Turn-Ins (Oct rating 87%)

(7) Data Entry (Oct rating 70%).

(8) Requisition Processing (Oct rating 87%).

(9) Excess Management (Oct rating 70%).

See Enclosure 6.

(f) Quality: (Unsatisfactory 69%)

Griffin employees show up at job sites, not repairing damage, leaving the job site and not returning to job sites needs immediate attention by Griffin Management.

Occupant at BLDG 534-A: refrigerator; Griffin assess the problem incorrectly, QAE check the situation out and found thermostat was to be replaced not repaired.

Two months old work order to have solar/security lights fixed near BLDG 400 has had no results. Fort Gillem streetlights still have not been repaired since reporting about them in June 2001.

Maintenance cards (PM) placed on all generator sets and keeping general area clean continues to be unsatisfactory from the beginning of the awarded contract.

Facilities help desk need to gather more information on work orders being called in so their will be less conflict with the customer's and Griffin Services employee on what the work order is really saying.

Recommend: Emphasis needs to be placed on Shop supervisory personnel to become more involved in QC during the work process to ensure quality work of services.

(g) Timeliness: (Unsatisfactory 69%)

The response time requirements are not being met in accordance with the PWS. This area continues to need improvement to meet the established/required standards.

II.. Quality Control (QC):

(a) System Implementation and Maintenance: (Good 73%)

Automaton Support: IFS and Supply 2000 (STAMIS) system had two days of downtime during the month of October due to loading of change package # 13 into IFS and Supply 2000.

The contractor's QC program has not yet reached satisfactory performance. There continues to be too many errors in the STAMIS. This is not attributable to systems problems but rather attributed to lack of knowledge by the operator. The contractor's system office has some responsibility to train and assist with their in house training needs. Training improvement is needed in the IFS and Supply 2000 to cut down on the numerous errors.

See Enclosure 7.

(b) Corrective Action: (Unsatisfactory 69%)

Timeliness and responsiveness on the job site must improve. Corrective actions established for immediate quality control problems have not been effective and efficient. The Quality Control methods identified in the QC SOP have not been met.

(c) Documentation, Records, CDRLs, and Reports: (Unsatisfactory 69%)

The contractor must emphasize QC responsibility at the supervisory level and monitor training needs in the QC section. Follow-up Quality Control reviews are not being performed as should be.

III. Technical Management:

(a) Staffing and Personnel: (Satisfactory 70%)

Griffin Services workforce is not yet fully stabilized nor have they demonstrated appropriate skill levels to perform the work in some of the work centers.

(b) Problem Resolution and Communication: (Good 80%)

Work order desk has improved. Personnel need to work on customer relations. Record keeping has improved. The government is hopeful that this area will continue to improve over the next few months.

See enclosure 8

(c) Efficiency: (Unsatisfactory 69%)

To date efficiency and effectiveness to ensure overall satisfactory performance is not evident. The contractor has not demonstrated efficiency in several of the work centers. Work scheduling, reporting, record keeping by the Griffin employees is not being done on Electrical Generators Systems Services; Appliances, food Service Equipment, Cloths Washers and Dryers Services; Excess Management.

(d) Safety: (Satisfactory 70%)

QAE was notified on 10 Oct 01 at 2:40 pm that a Griffin Roads and Grounds employee was horse playing (cutting doughnuts) on a riding lawn mower in the parking lot of Jacobs Park. The contractor must ensure understanding of the safety provisions on the part of the workforce and ensure compliance by all in order to meet this requirement satisfactorily.

Recommend: A system should be put in place to hold supervisors and employees accountable for practicing and enforcing safety policies.

See Enclosure 9

IV. Business Management:

(a) Local Autonomy: (Satisfactory 70%)

Cooperation and teamwork among the contractor and government key personnel has improved.

(b) Management and Employee Relations: (Unsatisfactory 69%)

There has been no information provided to the COR addressing the contractor's programs for employee incentives or his social and economic

programs. The contractor continues to have a turnover within his workforce. Too many employees do not demonstrate qualifications for the tasks they have been given to do. Employees appear on the worksite ill prepared to accomplish the job to completion. Contractor follows up and communication with the customer or the government representatives has been inadequate in some cases. Communications seems to be a big problem with the work order desk personal not notifying QAE's and customers to resolve problems.

(c) Contract Management: (Unsatisfactory 69%)

Responses and actions are untimely and their are too many customer complaints for nonperformance or unacceptable quality of work. Much of the work in specific functional areas has been incomplete, untimely and costly to the government. Government still has to bring in outside vendors to do the work Griffin Services is not qualified to do.

(d) Government Property: (Very Good 85%)

Both Government and Griffin Services Property Administrators have procedures in place and there is a good working rapport for ensuring control, inventory and management of government property.

V. Budget and Cost Control:

(a) Efficiency: (Unsatisfactory 69%)

The contractor's personnel utilization, ability to recruit and retain a qualified, professional, workforce accomplishing work tasks in a timely manner has not been met. Accomplishing work correctly, completely and on time continues to need improvement.

(b) Budget Program and Cost: (Unsatisfactory 65%)

The critical area of facilities maintenance remains a serious concern. There variance explanations in this critical area are insufficient to fully explain the overruns.

(c) Cost Verification and Allocation: (Good 80%)

Griffin appears to be taking positive steps to verify and properly allocate costs to the appropriate functional area.

Fencing services, Preventive Maintenance Services, Underground Utilities, Carpentry Services, Incidental Tasks, Plumbing and Pipefitting Services, Emergency Services, Technical Inspections, On Site Repair, Work

Requests, DS/GS Maintenance, Assemblies and Subassemblies Maintenance, Fuel and Electric Components, Hydraulic Components, Tire Services, Misc Maintenance Services, Vehicle and Equipment Body Work, Fabrication Services, Wash Rack Services, Furniture Repair, Equipment Maintenance Reporting, Technical Inspections for Turn-In, Miscellaneous Office Equipment, Coordinate Unit Movements, Location Survey, Perform Reconciliation of Ammunition Issues and Turn-Ins, Requisition Processing, requirements were rated very good for the month of October.

(d) Budget Programming and Cost Control: (Unsatisfactory 64%)

The contractor has done a poor job of cost control, particularly in the area of HVAC repair and grounds maintenance.

See Enclosure 10

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encls (10)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

GRIFFIN AWARD FEE

OCTOBER 01

| CRITERIA | % WEIGHT | % TOTAL | % RATING | RAW SCORE |
|---|---|---|---|---|
| I. Performance of Work * | | 35% | | |
| a. Real Property Operation, M&R | 15% | | 76 | 3.99 |
| b. Equipment Maintenance | 15% | | 85 | 4.46 |
| c. Environmental | 15% | | 74 | 3.89 |
| d. Transportation | 15% | | 89 | 4.67 |
| e. Supply Services | 15% | | 82 | 4.31 |
| f. Quality | 15% | | 69 | 3.62 |
| g. Timeliness | 10% | | 69 | 2.42 |
| * Automation/admin performance is inherent in all rated criteria | | | | |
| II. Quality Control | | 20% | | |
| a. System Implementation | 40% | | 73 | 5.84 |
| b. Corrective Action | 40% | | 69 | 5.52 |
| c. Documentation | 20% | | 69 | 2.76 |
| III. Technical Mangement | | 25% | | |
| a. Staffing and Personnel | 30% | | 70 | 5.25 |
| b. Problem Resolution and Communication | 30% | | 80 | 6.00 |
| c. Efficiency | 20% | | 69 | 3.45 |
| d. Safety | 20% | | 70 | 3.50 |
| IV. Business Management | | 10% | | |
| a. Integration and Local Autonomy | 25% | | 70 | 1.75 |
| b. Management and Employee Relations | 25% | | 69 | 1.73 |
| c. Contract Management | 25% | | 69 | 1.73 |
| d. Government Property | 25% | | 85 | 2.13 |
| V. Budget and Cost Control | | 10% | | |
| a. Efficiency | 25% | | 69 | 1.73 |
| b. Budget Program and Cost Control | 25% | | 65 | 1.63 |
| c. Cost Verification and Allocation | 25% | | 80 | 2.00 |
| d. Budget Programming and Cost Control | 25% | | 64 | 1.60 |
| OVERALL RATING | | | | 73.95 |

AFZK-IS-OF 03 December 2001

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 November – 30 November 2001.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 November – 30 November 2001 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of November, meets contract requirements. The rating for this Period is (Good 76%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed nine (9) months at the contract full performance level. On site management initiatives by the contractor in the areas of problem prevention and/or resolution has become evident.

4. Evaluations for each work center are provided below:

a. Performance of Work:

(1) Real Property and Facilities Maintenance: (Good 79%)

Griffin Services performed Excellent in the Roads and Grounds area during the month. They perform with extra care to make sure the grounds, landscaping, and surfaced areas were in excellent condition for the Change of Command. (Nov rating 90%).

Unsatisfactory work in the Plumbing and Pipefitting Services. The following discrepancies and/or findings were finally resolved on 08 Nov 01 after trying since 01 Mar 01 to keep the main sewer line open at BLDG 60. Customer has not been satisfied with the work from Griffin Services. Response time has not been good. Griffin Services plumber's statement to our customer that "the wrong commodes were installed" was incorrect, as the problem was in the sewer line. Griffin Services statement to the customer it was warranty work is incorrect.