Unstopping a commode is everyday maintenance and repair. Griffin Services stated on 07 Nov 01 that they had looked at the main line and had unclogged the line. Was incorrect because the next day (08 Nov 01) Pat Reams and QAE checked the main line and it was clogged up. Griffin Services was called back in to fix the clogged line and arrived without the proper equipment. Contractor departed to go get the Sewer Jet, arrived back 30 minutes later. Contractor didn't know how to use Sewer jet. Pat reams had to show Griffin employee the proper way to use it. Griffin Services employee was asked to open the manhole however didn't have the proper tools to open. Pat Reams had to step in and perform this work also to get the manhole open. This situation has shown how ill prepared Griffin Services are for the work their getting paid to do. Much training needs to be given to Griffin Services, and managed by QC personnel in the Plumbing Service area. (Nov rating 67%).

Very Good work in the Exterior Electrical area. Griffin Services has shown improvement over last month from personnel observations from the QAE at Fort Gillem. Previous concerns with the street / security lights have greatly improved. Response has improved in a timely manner. The continuous lighting mechanic at Fort Gillem needs to improve on giving good service to our customers. (Nov rating 84%).

Carpentry Services. Response time was good. The customer (BLDG 205) wasn't satisfied due to roof was nailed together with holes still visible from underneath. (Nov rating 80%).

Appliances, Food Service Equipment (Nov rating 80%).

Incidental Tasks (Nov rating 84%).

Painting Services and Signs (Nov rating 80%).

Underground Utilities (Nov rating 72%).

Reports and Work Status Services (Nov rating 79%).

Preventive Maintenance on the emergency generators is not being done. The annual Preventive Maintenance has not been scheduled and is due in December. Building 326 generator had 2 alarms on the switchgear panel and a bulging battery. The oil absorbing mats under the generators at building 200 need to be replaced. Several coolant hoses have started to rot. (Rating for November 30%)

Indoor and Outdoor Electrical Services are always professional, the response time is good and the workmanship is good. Security clearance is needed for Griffin personnel; not having a security clearance slows response time down in Special Facilities building. (Rating for November 84%).

See Enclosure 2

(2) Equipment Maintenance: (Very Good 85%)

Technical Inspections for Turn-In (Nov rating 87%).

Security Systems and Related Components (Nov rating 79%).

Miscellaneous CCTV Camera, Video & Security Systems (Nov rating 85%).

Miscellaneous Radio Equipment (Nov rating 87%).

Miscellaneous Equipment (Nov rating 79%).

Emergency Services (Nov rating 85%).

Technical Inspections (Nov rating 86%).

On Site Repair (Nov rating 85%).

Work Requests (Nov rating 85%).

Repair Parts and Supply (Nov rating 85%).

Tactical Vehicles Safety Inspections (Nov rating 90%).

DS/GS Maintenance (Nov rating 85%).

Assemblies and Subassemblies Maintenance (Nov rating 85%).

Fuel and Electric Components (Nov rating 86%).

Hydraulic Components (Nov rating 85%).

Tire Services (Nov rating 87%).

Tactical Vehicle Misc. Maintenance Services (Nov rating 87%).

Vehicle and Equipment Body Work (Nov rating 85%).

Fabrication Services (Nov rating 87%).

Furniture Repair (Nov rating 87%).

Wash Rack Services (Nov rating 87%).

See Enclosure 3

(3) Environmental: (Good 76%)

Griffin Services Environmental Office has done a good job with the hazardous waste turn-ins. RCRA training is schedule for Griffin Services Environmental staff in December 2001.

See Enclosure 4

(4) Transportation: (Excellent 89%)

Fleet Manager: Still awaiting a password for the contractor. A class for the FAS training has become available, however, the person giving the class has rejected our request for training. This was done due to the fact that we have not capitalized. We cannot capitalize until we get the training. This has been pushed upward to the ITO and LTC Abernathy for a solution. (Nov rating 90%).

Passenger Movement: Contractor is doing an outstanding job in this area. (Nov rating 100%).

Movement Coordinator: Contractor needs more training in TCACCIS & TCAIMS. The contractor still has to rely on the government and outside sources at times to complete the mission. (Nov rating 87%).

Freight: The contractor has yet to provide to the government any Certifications on their personnel who are handling and shipping hazardous materials and supplies. This has caused a burden on the government to use an outside resource to accomplish this mission. (Nov rating 80%).

See Enclosure 5

(5) Supply Services: (Very Good 84%)

Excess Management: On the RPMA side the contractor has not produced a Quarterly Report or recommendation for the material to be returned to the Wholesale Supply System. (Nov rating 70%).

Ammunition Supply Point: At the present time we are paying the contractor to perform all the duties in this area, however we still have a government employee doing all the record keeping, issuing, receiving, and working the SAAS4. This issue needs to be resolved. (Nov rating 87%).

Property Book: The contractor is doing an excellent job in this area. (Nov rating 94%).

DRMO: The contractor is doing a very good job. (Nov rating 87%).

Requisitions Process & Data Entry: The contractor is processing requisitions in a timely manner. (Nov rating 85%).

See Enclosure 6

(6) Quality: (Unsatisfactory 69%)

Plumbing work at BLDG's 60 and 62 response times has not been good. Griffin Services showed up without the proper equipment. Departed to get the proper equipment; returned and couldn't figure out how to use it and had to be shown the proper way of using the Sewer Jet by another contractor.

Carpentry Services at BLDG 205 customer was not satisfied due to roof was nailed together with holes still visible from underneath.

Griffin Services Environmental Office needs to train their personnel in RCRA.

Griffin Services Fleet Manager needs FAS training.

Griffin Services Movement Coordinator need training in TCACCIS & TCAIMS and quit relying on the government to complete the mission.

Griffin Services Freight needs to provide Certifications for their personnel who handle and ship hazardous materials and supplies. This has caused a burden on the government to use an outside resource to accomplish this mission.

Griffin Services Excess Management on the RPMA side has not produced a Quarterly Report or recommendation for the material to be returned to the Wholesale Supply System.

Griffin Services Ammunition Supply Point still at the present time are not performing the duties there are getting paid to do in this area; such as record keeping, issuing, receiving, and working the SAAS4.

(7) Timeliness: (Very Good 83%)

This area has much improved.

b. Quality Control (QC):

(1) System Implementation and Maintenance: (Satisfactory 70%)

Automation Support: IFS and Supply 2000 (STAMIS) system had two days of downtime during the month of November due to loading of change package # 13 into IFS and Supply 2000.

The contractor's system office has some responsibility to train and assist their personnel in SAAS4, and RCRA. Much improvement is needed in these areas to cut down on the numerous errors.

See Enclosure 7

(2) Corrective Action: (Very Good 83%)

Much improvement has been done in the Timeliness and Responsiveness on the job site. Corrective actions established for immediate quality control problems have been effective and efficient. Griffin personnel are working better with QAE's to get the job done.

(3) Documentation, Records, CDRLs, and Reports: (Unsatisfactory 69%)

The contractor must emphasis QC responsibility at the supervisory level and monitor training needs in the QC section. Follow-up Quality Control reviews are not being performed as should be.

c. Technical Management:

(1) Staffing and Personnel: (Satisfactory 70%)

Griffin Services workforce is not yet fully stabilized nor have they demonstrated appropriate skill levels to perform the work in some of the work centers.

(2) Problem Resolution and Communication: (Very Good 83%)

Record keeping needs improvement.

(3) Efficiency: (Good 74%)

The contractor has not demonstrated efficiency in several of the work centers. Record keeping by the Griffin employees is not being done on Plumbing and Pipefitting Services, also, Security Systems and Related Components.

(4) Safety: (Satisfactory 70%)

On 30 October 2001, two technicians from E&C shop were observed using two different ladders high up in an unsafe manner in BLDG 200 while installing duress alarm. Suggest individuals be informed as to safety precautions and procedures required when working in high places while utilizing ladders and what safety requirements are to be observed and followed while working in these areas. The contractor must ensure understanding of the safety provisions on the part of the workforce and ensure compliance by all in order to meet this requirement satisfactorily.

d. Business Management:

(1) Local Autonomy: (Satisfactory 70%)

Teamwork among the contractor and government key personnel has improved.

(2) Management and Employee Relations: (Unsatisfactory 69%)

There has been no information provided to the COR addressing the contractor's programs for employee incentives or his social and economic programs. The contractor continues to have a turnover within his workforce. Too many employees do not demonstrate qualifications for the tasks they have been given to do. Employees appear on the worksite ill prepared to accomplish the job to completion. Contractor follows up and communication with the customer or the government representatives has been inadequate in some cases.

(3) Contract Management: (Satisfactory 70%)

Responses and actions have not improved in performance. In specific functional areas (Plumbing/Lighting) work has been incomplete, untimely and costly to the government. Government still has to bring in outside vendors to do the work Griffin Services is not qualified to do.

(4) Government Property: (Very Good 85%)

Both Government and Griffin Services Property Administrators have procedures in place and there is a good working rapport for ensuring control, inventory and management of government property.

e. Budget and Cost Control:

(1) Efficiency: (Good 75%)

The ability of contractor's personnel has improved. Griffin workforce strives getting work tasks done in a timely manner. Accomplishing work correctly and completely continues to need improvement.

(2) Budget Program and Cost: (Very Good 85%)

Griffin is striving to reduce facilities maintenance costs. Their average cost per service order ($94) is well below the goal of $130.

(3) Cost Verification and Allocation: (Good 80%)

Griffin appears to be verifying and properly allocating costs to the appropriate functional area.

(4) Budget Programming and Cost Control: (Unsatisfactory 69%)

The contractor has done a poor job of cost control, particularly in the area of Plumbing and Exterior Lighting. Complaints from FEMA with Griffin Services paying their bills late (not in a reasonable amount of time) to the venders that they sub-contracted the work out to. This late payment of the bills has caused a bad feeling among the sub-contractors and has told FEMA that due to the late payments of these bills, they are reluctant to do any more work for Griffin services or FEMA.

See Enclosure 8

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encls (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

GRIFFIN AWARD FEE

NOVEMBER 01

| CRITERIA | % WEIGHT | % TOTAL | % RATING | RAW SCORE |
|---|---|---|---|---|
| 1. Performance of Work * | | 35% | | |
| a. Real Property Operation, M&R | 15% | | 79 | 4.15 |
| b. Equipment Maintenance | 15% | | 85 | 4.46 |
| c. Environmental | 15% | | 76 | 3.99 |
| d. Transportation | 15% | | 89 | 4.67 |
| e. Supply Services | 15% | | 84 | 4.41 |
| f. Quality | 15% | | 69 | 3.62 |
| g. Timeliness | 10% | | 83 | 2.91 |
| * Automation/admin performance is inherent in all rated criteria | | | | |
| II. Quality Control | | 20% | | |
| a. System Implementation | 40% | | 70 | 5.60 |
| b. Corrective Action | 40% | | 83 | 6.64 |
| c. Documentation | 20% | | 69 | 2.76 |
| III. Technical Mangement | | 25% | | |
| a. Staffing and Personnel | 30% | | 70 | 5.25 |
| b. Problem Resolution and Communication | 30% | | 83 | 6.23 |
| c. Efficiency | 20% | | 74 | 3.70 |
| d. Safety | 20% | | 70 | 3.50 |
| IV. Business Management | | 10% | | |
| a. Integration and Local Autonomy | 25% | | 70 | 1.75 |
| b. Management and Employee Relations | 25% | | 69 | 1.73 |
| c. Contract Management | 25% | | 70 | 1.75 |
| d. Government Property | 25% | | 85 | 2.13 |
| V. Budget and Cost Control | | 10% | | |
| a. Efficiency | 25% | | 75 | 1.88 |
| b. Budget Program and Cost Control | 25% | | 85 | 2.13 |
| c. Cost Verification and Allocation | 25% | | 80 | 2.00 |
| d. Budget Programming and Cost Control | 25% | | 69 | 1.73 |
| OVERALL RATING | | | | 76.96 |

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Administrative Contracting Officer**
**Quarterly Performance Period**
**1 September 2001 - 30 November 2001**

## IV. Business Management (20%)

### a. Integration and Local Autonomy — Satisfactory 70

*"The degree that the contractor successfully integrates their operations and information content into the areas as necessary to prudent and cost-effective operations and within the established time-lines. Includes the effectiveness of business decisions made by the contractor, the timeliness of the decisions. Includes the ability of the local management to make decisions independent of the corporate office. Consider the channels of corporate communication, authority, responsibility and the effect on the contractor's actions and interface with government."*

**The Contractor's overall performance in the area of Integration and Local Autonomy is considered Satisfactory.**

**Discussion:** The contractor continues to maintain and operate from their on-site office located in the DIS headquarters. Office appears to be adequately staffed and adjacent to DIS management which is beneficial to the government. The Program Manager has full authority to independently make business decisions for the corporate office as well as negotiate. During the period of 1 September 2001 through 30 November 2001 it appears hiring or recruiting practices continued to be based on cost and not necessarily on the skills or qualifications of the individual. Although the contractor has shown improvement in hiring more qualified personnel in some areas, many unqualified workers are still being hired especially in the HVAC (PM and Boiler Operations) and plumbing arena which has created burdens on the government as well as for the contractor. The government continues to address these concerns to the contractor but the practice continues and is a direct factor in this evaluation. The contractor continues to fail in his ability to fill various areas with individuals requiring security clearances which continues to place burdens on the government.

**Recommendation:** Contractor should strive to recruit more skilled and qualified employees in areas where he is failing. In addition the contractor should comply with security requirements of the contract.

**b. Management and Employee Relations** **Satisfactory 70**

*"The effectiveness of personnel retention, turnover rate, productivity incentive programs, and employee morale and welfare programs will be evaluated. Includes the contractor's social and economic programs such as Equal Employment Opportunity."*

**The Contractor's overall performance in this area is considered Satisfactory.**

**Discussion:** Contractor is showing improvement in his ability to maintain an adequate workforce of skilled or qualified personnel with the exception of HVAC (PM and Boiler Operations) and plumbing. Disciplinary problems continue to be a problem for the contractor. Turn over rate seems to continue to be high. Several times during this rating period the government has had to get involved and request disciplinary action against certain employees. Action usually consist of a three day suspension which may not be adequate for most situations. From reports other employees have been dismissed for various reasons ranging from behavior problems to not being qualified to perform duties. Information obtained from QAEs indicate employees who are qualified are still being overloaded with work which has created low morale and a desire to seek other employment. Employee social programs, EEO programs appear to be in place, contractor has a very diverse work force. Not privy to any incentive program the contractor may have in place.

**Recommendation:** Contractor should establish better hiring and training practices which will give employees a greater sense of direction which should help in reducing the turnover rate and increase morale. Contractor should take steps to prevent the abuse of good employees and make certain they are not over worked. Contractor should assure an incentive program is developed to award good employees.

**c. Contract Management** **Good 75**

*"The contractor's compliance with contract terms and conditions, timeliness and correctness of actions will be evaluated."*

**The Contractor's overall performance of contract management is Good.**

**Discussion:** The contractor operates in compliance with contract terms and conditions and lines of communications are good between the contractor, COR and contracting office. The contractor does appear to react negative to suggestions presented by government personnel especially in his hiring practice on skilled and qualified employees.

**Recommendation:** Although contractor operates in compliance with contract terms and conditions, he would benefit by listening to

government concerns and taking necessary corrective action in a timelier manner.

**d. Government Property** **Very Good 85**

*"The contractor's implementation of the contractor's property control plan will be evaluated. Government property identification, control, reporting, inventory, care, maintenance and use of government property will be evaluated for compliance with the property control plan."*

**The Contractor's overall performance of government property is Very Good.**

**Discussion:** Contractor continues to do well in this area, he has made great efforts in his performance of government property. Contractor has established a good working relationship with the government and good communications exist between parties. The contractor has submitted his Property Control Plan and has met requirements of the contract.

**Recommendation:** Since contractor continually shows improvement in this area contractor should take steps to retain the employees he has in place.

**V. Budget and Cost Control (10%)**

**a. Efficiency** **Satisfactory 70**

*"Contractor shall ensure effective utilization of personnel such as, control of nonproductive time; cross-utilization of skills; adequate supervision; adequate number of personnel or work hours for tasks performed. The effectiveness of the contractor's system for work scheduling, assignments, monitoring and status reporting may be used to determine efficiency."*

**The Contractor's overall performance for efficiency is Satisfactory.**

**Discussion:** Based on field observance and QAE reports the contractor continues to lack in his ability to perform efficiently, especially in the HVAC (PM and Boiler Operations) and plumbing areas. Reports indicate contractor's workforce continues to log in excessive manhours on task that should take far less time. Hiring of unskilled and unqualified personnel seems to be the major reasons for this problem as well as the hiring of unqualified supervisors who fail in their attempt to train workers.

**Recommendation:** Contractor needs to actively pursue the hiring of more qualified workers as well as supervisors. Proper training and OJT to unqualified workers should also help.

**b. Budget Program and Cost Control** **Satisfactory 65**

*"The contractor's efforts to control costs through effective cost accounting and data collection systems. Also includes the budgeting procedures and programming techniques that meets these goals."*

**The Contractor's overall performance for Budget Program and Cost Control is Satisfactory.**

**Discussion:** Contractor's operation is automated and has sufficient computer systems and programs to keep track of costs and data. To date there has not been a review of the accounting system by DCAA.

**Recommendation:** None

**c. Cost Verification and Allocation** **Good 75**

*"The contractor's procedures of verifying necessary costs will be monitored. Includes the comparison of actual costs to budgeted costs and reasons for significant variances from the budgeted figures. Includes the accuracy of direct labor rates, indirect costs, procurement of supplies, materials and repair parts that are not government-furnished."*

**The Contractor's overall performance for Cost Verification and Allocation is Good.**

**Discussion:** Invoices submitted during this period were supported by documentation showing variances from projections and reasons therefore.

**Recommendation:** None

**d. Budget Programming and Cost Control** **Satisfactory 65**

*"The realism of contractor estimates and the effectiveness of budgeting procedures and cost controls will be reviewed."*

**The Contractor's overall performance for Budget Programming and Cost Control is Satisfactory.**

**Discussion:** Contractor continues to perform in an overrun mode. As reflected in figures below, contractor has exceeded budget cost for this period by an average of 35.6%, a total variance of $385,925.93 with a budgeted target of $1,085,097.79.

<u>Period: September 1 - September 30</u>

| Actual | Budget | Variance | % Variance |
|---|---|---|---|
| $514,506.18 | $368,450.61 | <$146,055.57> | 39% |

<u>Period: October 1 - October 31</u>

| Actual | Budget | Variance | % Variance |
|---|---|---|---|
| $473,810.33 | $357,105.13 | <$116,705.20> | 33% |

FOR OFFICIAL USE ONLY

Period: November 1 - November 30

| Actual | Budget | Variance | % Variance |
|---|---|---|---|
| $482,707.21 | $359,542.05 | <$123,165.16> | 34% |

**Recommendation:** The overruns contractor continues to experience are a direct result of his hiring practices by utilizing unskilled and unqualified employees. The time logged in to various tasks are too excessive and the utilization of manpower is also excessive. Proper hiring and recruiting are the only resolution in which the contractor can get costs under control and eliminate current overrun conditions. Contractor will have to institute a better hiring and recruiting procedure in order to operate in a cost effective manner and within budgeted target. Contractor should make a valid effort to recruit only skilled and qualified employees who could perform tasks within acceptable time frames with reduced manpower.

K Jan Stowell

K. JAN STOWELL
Contracting Officer

**Criteria Weights**
**Quarterly Performance Period**
**1 September 2001 - 30 November 2001**

**Administrative Contracting Officer**

**Business Management ....................................20%**

| Factor | Adjective | Score | Weight |
|---|---|---|---|
| Integration & Local Autonomy | Satisfactory | 70 | 25% |
| Management & Employee Relations | Satisfactory | 70 | 25% |
| Contract Management | Good | 75 | 25% |
| Government Property | Very Good | 85 | 25% |

**Budget and Cost Control ..................................10%**

| Factor | Adjective | Score | Weight |
|---|---|---|---|
| Efficiency | Satisfactory | 70 | 25% |
| Budget Program & Cost Control | Satisfactory | 65 | 25% |
| Cost Verification & Allocation | Good | 75 | 25% |
| Budget Programming & Cost Control | Satisfactory | 65 | 25% |

FOR OFFICIAL USE ONLY

# Installation Support Services Center

## Award Fee Evaluation
## 1 September 2001 - 30 November 2001

| | Major Weights | Sub Weights | Sept. COR Scores | Oct. COR Scores | Nov. COR Scores | Sept. thru Nov. ACO Scores | Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|---|---|
| I. Performance of Work | 35.00% | | | | | | | 27.51 |
| A. Real Property Operation Maintenance & Repair | | 15.00% | 69.00 | 76.00 | 79.00 | N/A | 11.21 | |
| B. Equipment Maintenance | | 15.00% | 84.00 | 85.00 | 85.00 | N/A | 12.70 | |
| C. Environmental | | 15.00% | 80.00 | 74.00 | 76.00 | N/A | 11.50 | |
| D. Transportation | | 15.00% | 91.00 | 89.00 | 89.00 | N/A | 13.45 | |
| E. Supply Services | | 15.00% | 83.00 | 82.00 | 84.00 | N/A | 12.45 | |
| F. Quality | | 15.00% | 60.00 | 69.00 | 69.00 | N/A | 9.90 | |
| G. Timeliness | | 10.00% | 69.00 | 69.00 | 83.00 | N/A | 7.38 | |
| Total Performance of Work | | 100.00% | | | | | 78.59 | |
| | | | | | | | | |
| II. Quality Control | 20.00% | | | | | | | 14.26 |
| A. System Implementation and Maintenance | | 40.00% | 73.00 | 73.00 | 70.00 | N/A | 28.79 | |
| B. Corrective Action | | 40.00% | 65.00 | 69.00 | 83.00 | N/A | 28.98 | |
| C. Documentation, Records, CDRLs, and Reports | | 20.00% | 65.00 | 69.00 | 69.00 | N/A | 13.54 | |
| Total Quality Control | | 100.00% | | | | | 71.30 | |
| | | | | | | | | |
| III. Technical Management | 25.00% | | | | | | | 18.75 |
| A. Staffing and Personnel | | 30.00% | 70.00 | 70.00 | 70.00 | N/A | 21.00 | |
| B. Problem Resolution and Communication | | 30.00% | 85.00 | 80.00 | 83.00 | N/A | 24.80 | |
| C. Efficiency | | 20.00% | 65.00 | 69.00 | 74.00 | N/A | 13.88 | |
| D. Safety | | 20.00% | 90.00 | 70.00 | 70.00 | N/A | 15.32 | |
| Total Technical Management | | 100.00% | | | | | 75.00 | |
| | | | | | | | | |
| IV. Business Management | 10.00% | | | | | | | 7.26 |
| A. Integration and Local Autonomy | | 25.00% | 70.00 | 70.00 | 70.00 | 70.00 | 17.50 | |
| B. Management and Employee Relations | | 25.00% | 50.00 | 69.00 | 69.00 | 70.00 | 16.59 | |
| C. Contract Management | | 25.00% | 50.00 | 69.00 | 70.00 | 75.00 | 17.26 | |
| D. Government Property | | 25.00% | 85.00 | 85.00 | 85.00 | 85.00 | 21.25 | |
| Total Business Management | | 100.00% | | | | | 72.60 | |
| | | | | | | | | |
| V. Budget and Cost Control | 10.00% | | | | | | | 7.06 |
| A. Efficiency | | 25.00% | 64.00 | 69.00 | 75.00 | 70.00 | 17.42 | |
| B. Budget Program and Cost Control | | 25.00% | 75.00 | 65.00 | 85.00 | 65.00 | 17.51 | |
| C. Cost Verification and Allocation | | 25.00% | 80.00 | 80.00 | 80.00 | 75.00 | 19.38 | |
| D. Budget Programming and Cost Control | | 25.00% | 64.00 | 64.00 | 69.00 | 65.00 | 16.34 | |
| Total Budget and Cost Control | | 100.00% | | | | | 70.65 | |
| | | | | | | | | |
| Total Performance Points | | | | | | | | 74.84 |

INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

Award Fee Pool
Quarterly Performance Period
1 September 2001 - 30 November 2001

| Contract Amount | Annual Award Fee Amount | Amount Of Award Fee Available This Period |
|---|---|---|
| A | B | C |
| | | |
| $4,873,692.84 | $166,503.52 | $41,772.95 |

**PREVIOUS AWARD FEES EARNED:**

**16 Jan 01 - 28 Feb 01**
**(Accelerated Period)**

Amount Awarded: $0
Points Earned: 62.50

**1 Mar 01 - 31 May 01**

Amount Awarded: $0
Points Earned: 64.03

**1 Jun 01 - 31 Aug 2001**

Amount Awarded: $0
Points Earned: 67.74
Score upgraded to 70.0 by Award Fee Board members