DEPARTMENT OF THE ARMY
HEADQUARTERS UNITED STATES ARMY FORCES COMMAND
ARMY ATLANTA CONTRACTING CENTER
1309 ANDERSON WAY SW
FORT McPHERSON, GEORGIA 30330-1096
February 14, 2002

REPLY TO
ATTENTION OF

AFLG-PRC

Griffin Services, Inc.
Attn: James Griffin
5755 Dupree Drive, NW
Suite 220
Atlanta, GA 30327-4352

Reference: Contract DAKF11-00-C-0006, Award Fee Board
Debriefing for Performance Period of 1 Sep – 31 Nov 01

Gentlemen:

Award Fee Board was held February 14, 2002 for performance period of September 1 – November 30, 2001.

In accordance with Paragraph H.3 of the contract your performance was evaluated on the following performance criteria:

a. Performance of Work with sub-elements of Real Property Operation, Maintenance, Repair and Construction, Equipment Maintenance, Environmental, Transportation, Supply Services, Quality, and Timeliness.

b. Quality Control with sub-elements of System Implementation and Maintenance, Corrective Action, and Documentation, Records, CDRLs and Reports.

c. Technical Management with sub-elements of Staffing and Personnel, Problem Resolution, Efficiency and Safety.

d. Business Management with sub-elements of Integration and Local Autonomy, Management and Employee Relations, Contract Management and Government Property.

e. Budget and Cost Control with sub-elements of Efficiency, Budget Program and Cost Control, Cost Verification and Allocation and Budget Programming and Cost Control.

Performance areas are evaluated by trained Quality Assurance Evaluators and the Contracting Officers' Representative (COR) and Alternate COR.

Each criterion is weighted and the weights are 35%, 20%, 25%, 10% and 10% respectively. All sub-elements under Performance of Work are equal in value except for Timeliness, which is less. Sub-elements under Quality Control are equal except for Documentation, Records, CDRLs and Reports, which carries half the weight of the other two sub-elements. Technical Management's first two sub-elements are equal in weight and more than the last two sub-elements, which are equal in weight. Business Management and Budget and Cost Control sub-elements are all equal in weight.

Total performance points for the month of September, October and November were 73.4, 73.95 and 76 respectively. The total calculated performance points for the months combined were 74.84, which equaled a "Good" rating for this Award Fee Board. Based on the point conversion tables your rating of 74.84 equates to an award fee of $2,088.65 for this rating period.

From this rating board it appears that performance in certain areas is improving. A review of the performance areas is attached as Enclosures 1, 2 and 3. Enclosures are not all-inclusive but are meant to show the areas of concern.

Sincerely,

Encls

K. Jan Stowell
Contracting Officer

**ENCLOSURE 1**

**September 2001**

**Performance of Work**

1. Real Property and Facilities Maintenance: Unsatisfactory

Areas of concern: HVAC /Boilers /Chillers

Timeliness and responsiveness of work and work site cleanup need to improve.

No response to condensate leak at Bldg 65.

Building 200 Generator room and Bldg 326 need to be cleaned up.

No response to service order on Bldgs 101 and 326; government required to hire another contractor to come in and complete the work.

Customer complaints have increased slightly. Most complaints from Bldg 326.

Boiler and generator mechanics must keep Preventive Maintenance (PM) card records on all generator sets – must follow proper maintenance procedures to preclude damage to the equipment.

No record keeping in Bldg 200.

Generator rain cap sticking open, oil leak on drain plug, broken panel door at Bldg 363. Head shield defectors coming loose, general cleanup needed in Bldg 200.

Complaints on HVAC in Bldgs 65, 101, 200, 326, 213B. Parts ordered late on HVAC calls, too many call-backs on HVAC. Filter changes not being completed. Valves in wrong positions on HVAC system. Cooling tower needs repairing where cell heat fell out.

PM at Bldgs 200 and 363 not being performed which leads to unhealthy air quality.

Underground utilities, lighting maintenance, painting, plumbing, incidental tasks, interior and exterior electrical and carpentry services are performed well. Estimating met the satisfactory standards for September.

2. Equipment Maintenance: Very Good

Performed very good during the month of September. Documentation has improved and is being handled very well. SAM's data entry backlog has been reduced significantly. Repair times have improved in vehicle maintenance area.

Continued emphasis is required for properly reporting non-mission capable downtime and preparing reports. There is no evidence of analysis by the supervisory/production

control personnel to correct this problem. Printing and submitting the monthly SAM's report is not meeting the goal of this task.

Equipment maintenance on Bldg 200 – contractor still not familiar with resetting trouble alarms.

3. Environmental: Good

90-day yard needs to be cleaned and maintained on a routine basis. PWS requires RCRA training and Griffin needs to ensure that all environmental personnel have received RCRA training.

4. Transportation: Excellent

Packing and crating technician has been cross-trained to do the freight tasks and is accomplishing the tasks well.

Contractor has improved in the area of inputting data into the TCACCIS and TCAIMS but needs additional training.

5. Supply Services: Good

Overall performance of this work center has improved as a result of the personnel changes.

Contractor fails to perform the monthly IMPAC reconciliation on time. This is a systemic problem since contract start.

Continue to be an unacceptable number of errors in the SARSS-1 and IFS systems.

Stability in the property book work center has been noted.

DRMO, Location Surveys, Physical Inventories, Requisition Process and Data Entry are all rated good.

Excess Management- The quarterly report of the recommendation for material to return to the Wholesale Supply System has not been produced.

**Quality Control**

The contractor's QC program has not yet reached satisfactory performance even though there has been a slight improvement.

1. System Implementation and Maintenance: Satisfactory

2. Corrective Action: Unsatisfactory
The QC methods identified in the QC SOP have not been met. Corrective actions established for immediate quality control problems have not been effective and efficient.

3. Documentation, Records, CDRLS and Reports: Unsatisfactory

## Technical Management

1. Staffing and Personnel: Satisfactory
Workforce is not yet fully stabilized nor have they demonstrated appropriate skill levels to perform the work in some of the work centers.

2. Problem Resolution and Communication: Very Good
We are hopeful that this area will continue to improve over the next few months until there is a seamless, one team work force.

3. Efficiency: Unsatisfactory
Work scheduling, reporting, record keeping is not being done on Bldgs 200 and 363 and subsequent analysis of the reports has not occurred. Poor efficiency and effectiveness is apparent particularly in the facilities HVAC and grounds maintenance operations. Technical expertise is also lacking which negatively impact the efficiency, effectiveness, quality and timeliness of work centers.

4. Safety: Excellent
No accidents for the month of September. Some of the units in Bldg 200 have no safety equipment in place.

## Business Management

1. Local Autonomy: Satisfactory
Cooperation an teamwork between the contractor and government key personnel is occurring.

2. Management and Employee Relations: Unsatisfactory
Government has no knowledge of the contractor's programs for employee incentives or his social and economic programs. Contractor continues to have a turnover within the workforce.

3. Contract Management: Unsatisfactory
Problems remain unresolved. Responses and actions are untimely and there are too many customer complaints.

4. Government Property: Very good

## Budget and Cost Control

1. Efficiency: Unsatisfactory
Contractor has not demonstrated the ability to recruit and retain a qualified, professional workforce in all work centers. Therefore the work tasks are not being accomplished in a timely manner.

2. Budget Program and Cost: Satisfactory

3. Cost Verification and Allocation: Good

4. Budget Programming and Cost Control: Unsatisfactory - HVAC & grounds maint

**ENCLOSURE 2**

**October 2001**

**Performance of Work**

1. Real Property and Facilities Maintenance: Good

Roof leaks Bldg 307A- failed to respond to calls from Gillem Command Group about this particular area.

3d Army Support Battalion called the facilities help desk to coordinate movement of wall/ceiling mounted TVs. Help desk referred them to Maintenance at 400. 3d Army called 400 Maintenance – Customer service at that locaion was unprofessional and rude.

Customer complaints Quarters 509A and 508B.

Service Order GT004082R, Bldg 137B closed out without work being completed.

Failure to repair in a timely manner the chiller located Bldg 65.

Generator Systems: Generators are not being exercised for at least 30 minutes under actual load. Boiler and generator mechanics must keep maintenance cards (PM) records on all the generator sets.

HVAC areas in Bldg 200 being used as a storage room. Air filters in Bldg 200 are filthy and need to be changed.

Incidental Tasks, Lighting Maintenance and Electrical Work and Carpentry are all good.

Underground Utilities, Fencing: Good

2. Equipment Maintenance: Very Good

3. Environmental: Good

Need Certifications of Training for the Hazardous Materials Response Team – no response on RCRA training for Griffin personnel.

4. Transportation: Excellent

Freight: Griffin has yet to provide the government any certifications for the handling and shipping of hazardous materials and supplies.

5. Supply Services: Very Good

## Quality Control

The contractor's QC program has not yet reached satisfactory performance even though there has been a slight improvement.

1. System Implementation and Maintenance: Satisfactory

2. Corrective Action: Unsatisfactory
The QC methods identified in the QC SOP have not been met. Corrective actions established for immediate quality control problems have not been effective and efficient.

3. Documentation, Records, CDRLS and Reports: Unsatisfactory

## Technical Management

1. Staffing and Personnel: Satisfactory
Workforce is not yet fully stabilized nor have they demonstrated appropriate skill levels to perform the work in some of the work centers.

2. Problem Resolution and Communication: Good
Word order desk has improved. Need to work on customer relations. Record keeping has improved.

3. Efficiency: Unsatisfactory
Work scheduling, reporting, record keeping is not being done on electrical generator systems services. Technical expertise is also lacking which negatively impact the efficiency, effectiveness, quality and timeliness of work centers.

4. Safety: Satisfactory
Personnel playing (cutting doughnuts) on a riding lawn mower in the parking lot of Jacobs Park.

## Business Management

1. Local Autonomy: Satisfactory
Cooperation an teamwork between the contractor and government key personnel has improved.

2. Management and Employee Relations: Unsatisfactory
Government has no knowledge of the contractor's programs for employee incentives or his social and economic programs. Contractor continues to have a turnover within the workforce.

3. Contract Management: Unsatisfactory
Problems remain unresolved. Responses and actions are untimely and there are too many customer complaints.

4. Government Property: Very good

**Budget and Cost Control**

1. Efficiency: Unsatisfactory
Contractor has not demonstrated the ability to recruit and retain a qualified, professional workforce in all work centers. Therefore the work tasks are not being accomplished in a timely manner.

2. Budget Program and Cost: UnSatisfactory
Facilities maintenance remains a serious concern. Variance explanations in this critical area are insufficient to fully explain the overruns.

3. Cost Verification and Allocation: Good

4. Budget Programming and Cost Control: Unsatisfactory
Contractor cannot manage cost control in the areas of HVAC repair and grounds maintenance.

**ENCLOSURE 3**

**November 2001**

**Performance of Work**

1. Real Property and Facilities Maintenance: Good

Griffin performed excellent in the roads and grounds area during the month. They performed with extra care to make sure the grounds, landscaping and surfaced areas were in excellent condition for the Change of Command.

Unsatisfactory work in the Plumbing and Pipefitting Services.

Exterior electrical area: very good

Carpentry Services: Response time was good.

Appliances, Food Service Equipment, Incidental Tasks, Painting Services & Signs: Good

Underground Utilities and Reports and Work Status Services: Satisfactory

Preventive Maintenance: Unsatisfactory
PM on emergency generators is not being done. Annual PM has not been scheduled and is due in December. Bldg 326 generator had 2 alarms on the switchgear panel and a bugling battery. Oil absorbing mats under the generators at Bldg 200 need to be replaced. Coolant hoses have started to rot.

2. Equipment Maintenance: Very Good

3. Environmental: Good

RCRA training is scheduled for Griffin environmental staff in December 2001.

4. Transportation: Excellent

Freight: Griffin has yet to provide the government any certifications for the handling and shipping of hazardous materials and supplies.

5. Supply Services: Very Good

Has not produced a Quarterly Report or recommendation for the material to be returned to the Wholesale Supply System.

## Quality Control

1. System Implementation and Maintenance: Satisfactory

2. Corrective Action: Very Good
Much improvement has been done in the timeliness and responsiveness on the job site.

3. Documentation, Records, CDRLS and Reports: Unsatisfactory

## Technical Management

1. Staffing and Personnel: Satisfactory
Workforce is not yet fully stabilized nor have they demonstrated appropriate skill levels to perform the work in some of the work centers.

2. Problem Resolution and Communication: Good
Word order desk has improved. Need to work on customer relations. Record keeping improved in October but now needs improving again.

3. Efficiency: Good
Record keeping by the Griffing employees is not being done on plumbing and pipefitting services, also, security systems and related components.

4. Safety: Satisfactory

## Business Management

1. Local Autonomy: Satisfactory
Cooperation and teamwork between the contractor and government key personnel has improved.

2. Management and Employee Relations: Unsatisfactory
Government has no knowledge of the contractor's programs for employee incentives or his social and economic programs. Contractor continues to have a turnover within the workforce.

3. Contract Management: UnSat/Satisfactory
Problems remain unresolved. Responses and actions are untimely and there are too many customer complaints.

4. Government Property: Very good

## Budget and Cost Control

1. Efficiency: Satisfactory
2. Budget Program and Cost: Satisfactory
Griffin is striving to reduce facilities maintenance costs. Their average cost per service order ($94) is below the goal of $130.
3. Cost Verification and Allocation: Good
4. Budget Programming and Cost Control: Unsatisfactory