**DEPARTMENT OF THE ARM.**
**HEADQUARTERS UNITED STATES ARMY FORCES COMMAND**
**Army Atlanta Contracting Center**
**1309 Anderson Way SW**
**FORT MCPHERSON GEORGIA 30330-1096**

REPLY TO
AFLG-PRC (715k)

9 April 02

MEMORANDUM FOR: SEE DISTRIBUTION

SUBJECT: Award Fee Evaluation, Contract DAKF11-00-C-0006, Performance Period is 1 December 2001 - 28 February 2002

1. The enclosed Contracting Officer's award fee recommendation report is provided for your review and information. The award fee information is procurement sensitive therefore must be held in strict confidence.

2. The Contractor will make a presentation to the Award Fee Review Board on 11 April 2002, at 0900 hours, in the DIS Main Conference Room located on the first floor of Building 181, Fort McPherson, GA.

3. Please call Jesse Watkins at 404-464-4111 if you have any questions concerning the Award Fee Review Board.

4. *AACC - Customer & Quality First!*

K Jan Stowell

Encl

K. JAN STOWELL
Contracting Officer

DISTRIBUTION:
USAG Fort McPherson DIS, Mr. Mike Sturgis
USAG Fort McPherson DIS, Mr. Jim Mathis
USAG Fort McPherson DIS, Mr. Marvin Head
USAG Fort McPherson SJA, Ms. Cheryl Smith
HQ FORSCOM, DCSLOG, AACC, Mr. Ron Howell

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**AGENDA**
**11 April 2002**

1. Opening Remarks

   a. Purpose of meeting

   b. Sign-in sheet

2. Contractor Presentation

   a. Griffin Services, Inc., ISSC Project Manager Presentation

   b. Discussions with contractor

   c. Dismiss contractor

3. Award Fee Board Determination and Discussions

   a. Reminders:

      - Sensitivity of Award Fee Board documents. All documents must be returned to the Contracting Officer.
      - The Board will approve, modify or disapprove recommendations and document the decision as appropriate

   b. Discussion:

      - Time of next Quarterly Award Fee Board
      - Tentative date 20 June 2002

   c. Fee Determination

   d. Next review period: 1 March 2002 - 31 May 2002

4. Dismissal

INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

TABLE OF CONTENTS
Quarterly Performance Period
1 December 2001 - 28 February 2002


| TAB | SUBJECT |
|---|---|
| 1 | Scope of Work Evaluated |
| 2 | Contractor's Performance Evaluation |
| 2a | COR Evaluation (December 2001) |
| 2b | COR Evaluation (January 2002) |
| 2c | COR Evaluation (February 2002) |
| 2d | ACO Evaluation (Dec 2001-Feb 2002) |
| 3 | Summary Calculation of Award Fee Evaluation Points |
| 4 | Award Fee Pool Amount |
| 5 | ACO Award Fee Recommendation |
| 6 | Criteria Weights |
| 7 | Adjective and Numerical Rating Description |
| 8 | Award Fee Conversion Chart |
| 9 | Evaluation Criteria Definitions |

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Scope of Evaluated Work**
**Quarterly Performance Period**
**1 December 2001 - 28 February 2002**

1. General Contract Information. Contract DAKF11-00-C-0006 is a cost-plus award-fee (CPAF) contract to perform Installation Support Services for Fort McPherson, Fort Gillem and U.S. Army Recreational Area - Lake Allatoona, Georgia, including AR 5-9 area of responsibility, Inter-Service Support Agreements (ISSA), Memorandums of Understanding (MOU), Memorandums of Agreement (MOA) and designated tenant units. The contract was awarded to Griffin Services, Inc. of Atlanta, Georgia on 13 October 2000 based on competitive proposals. The current estimated value of the contract is $22,938,345.44. Contract performance is a 12-month base period with a 6-week acceleration phase. The contract contains four one-year option periods. Performance period including all options shall be through 28 February 2006.

2. Contract Scope of Work: The major functional areas included in the Performance Work Statement are: Supply and Services; Environmental Services; Real Property Operations, Maintenance, Repair, Construction and Other Related Services; Transportation Services; Equipment Maintenance Services and Administration and Automation.

3. Evaluated Work. The award fee evaluation period covers work performed during the period of 1 December 2001 - 28 February 2002. This evaluated period includes all functional areas.

4. Evaluations. As specified in the Award Fee Plan, the fee evaluation is based on evaluation of contractor performance reported by the Contracting Officer's Representative (COR) and the Quality Assurance Evaluators (QAE), as well as evaluations performed by contract administration personnel. The COR currently appointed by the Contracting Officer and submitting evaluations reports for the specified rating period is Mr. Marvin Head, USAG Fort McPherson, DIS, Fort McPherson, GA. The COR and his designated QAEs perform monthly evaluations in accordance with the Government quality assurance surveillance plan. The COR assigns the numerical ratings monthly for the sub-criteria.

AFZK-IS-OF

07 January 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-OO-C-0006, Performance Period 01 December – 31 December 2001.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 December – 31 December 2001 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of December, meets contract requirements. The rating for this Period is (Good 74%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed ten (10) months at the contract full performance level. On site management initiatives by the contractor in the areas of problem prevention and/or resolution has become evident, with exception of areas rated below satisfactory.

4. Evaluations for each work center are provided below:

a. Performance of Work:

(1) Real Property and Facilities Maintenance: (Unsatisfactory 69%)

Billeting building 40 with personnel living there went without heat and domestic hot water for three days. Contractor had ordered the wrong frame and shaft size of the new motor for the pump. ACOR called another contractor and purchased the right size motor and called another contractor to come and install the motor so Billeting would have heat and some hot water.

During the installation of the new motor at Billeting bldg 40 a slight gas smell was noticed and reported to Griffin Services about the leak. Contractor took the cover off the boiler and stated there was a gas leak at the gas valve. Instead of fixing the leak contractor went outside and started talking on the Government Cell Phone. ACOR asked contractor whom he was talking to and he said that it was a friend.