ACOR informed contractor that the Government Cell Phone was for Official Business Only as well as Government equipment. Contractor replied to ACOR that no one had told (Griffin Services) about proper usage of Government equipment. All this time of talking with ACOR and on the Government Cell Phone should have been time spent fixing the gas leak, which could cause life, or limb if an explosion had occurred. Reviewing the Boiler Log Book showed contractor knew of the problems but the problems were passed from one shift to another and was not being worked.

While repairs were being done to boiler at building 40, ACOR noticed a hole in the firebox. If proper PM and inspection had been performed on this boiler, the hole in the firebox would have been found before the Government (ACOR) QAE found the fault. Griffin Services should have found this on their daily boiler checks if they had been performing them. This could have been a potential Fire Hazard if it had not been found by the ACOR. During fire up the hole would have got bigger and flames would have expanded outside the combustion chamber. This is a good example of Non Qualified personnel operating boilers. This boiler is located in a billeting building with personnel who sleep in the building. COR and ACOR are deeply concerned with boiler operation post wide.

Boiler problem reported on 30 November 2001 at building 210 Fort Gillem went unnoticed by contractor due to lack of monitoring their computer and not making their inspection rounds on boilers. This is a very serious safety issue. Griffin Services did not only fail to diagnose the problem right but ordered the wrong part on 04 December 2001 with a priority 2 for a downed boiler. ACOR step in on 12 December 2001 and raised the priority 2 to priority 1 and ordered the correct part (gas valve). The gas valve came in 13 December 2001; Griffin Services was called to come and install the part and responded with "we will install the gas valve on 14 December 2001". ACOR said wrong answer and contact Griffin Supervisor received no response so ACOR contacted another contractor to come in and install the part. When new contractor arrived it only took them 4 hours to do what Griffin Services had not been able to accomplish from 30 Nov – 14 Dec 01. The gas regulator was also set wrong by Griffin Services and corrected by the other contractor. It appears, that without the old gas valve to check it could have been a regulator problem and not a gas valve. This could let gas burn backup onto the burner tubes and could have been a very serious safety hazard.

The boiler in building 483 had been down about 3 weeks with a circulating pump problem. ACOR question Griffin Services about the status of the boiler they ordered on 30 November 2001 on a priority 2. A downed boiler should always be a priority 1 for repair parts with no heat in the building.

The number 2 boiler at building 160 was down due to the Jordan Feeder water valve being down. Griffin Services had rebuilt the valve about 2 weeks before and the boiler was still flooding and going down. Griffin Services finally called a contractor to repair the boiler and got the system on line. Griffin Services never notified the Government that there was a problem with this boiler.

December 2001 observations for the post at Fort Gillem by QAE revealed his concerns that Griffin Services is not taking ownership of their responsibilities as far as streetlight are concerned. When QAE does his inspection on Fort Gillem he see light staying on during daylight hours, and lights that have not burned in months still not repaired. Griffin has a monthly Preventive Maintenance (PM) for streetlights to go around and check for problems. It's just not being done. When QAE notified Griffin Services about lights out or lights staying on during the day then Griffin does respond and performs work, but that's not the way the (PM) is suppose to be done.

QAE has come upon Griffin employees sitting in their trucks and not working, and have reported the incidence to their supervisors about the situation and Griffin supervisors have not responded back to the QAE if anything has been done to correct the problem or not. QAE has furnished e-mails and statements for records for these problems.

Exterior Electrical – need improvement as far as going by (PM) instead of waiting for QAE to tell Griffin streetlights need repair.

Work Order Desk – QAE has e-mail from Doug Ascher about the quick services he had gotten from Carol at the W.O. Desk and QAE for getting E.M.C. to respond to a power outage at Lake Alatoona. (December rating 85%).

Commode leaking at building 481 became a destructive situation when Griffin employee went to repair the commode, he forgot to shut off the water supply to the commode, and caused the building to flood. Water from open valve totally damaged the carpet throughout and will have to be replaced. Also, water caused electrical problem and burned out the Commander's printer. (December rating 20%)

Occupant in quarters 136 called service order desk and reported low water pressure on 12 Dec 01. Griffin employee showed up checked the situation out told occupant that the water pressure coming into the quarters 136 was the problem and departed. Griffin employee returned made an attempt to restore the water pressure and broke the pipe and caused another problem. Contractor told occupant at quarters 136 he had to order a part and left and never returned.

The Government had to call in another contractor to come out and make the repairs, which only took an hour to do. (December rating 20%).

Maintain & Repair of Grounds & Surface Areas Services: (December rating 84%)

Work Reception Services: (December Rating 73%).

Carpentry Services (December Rating 84%).

Indoors and Outdoors Electrical Services (December Rating 81%).

Occupants of Quarters 139A (Ft Gillem) smelled smoke coming from their heating system on 5 Jan 02. Occupant called (464-2116) and left a message on the answering machine. Never received a response. Occupant than called the Fire Department. Fire Department responded at 1430 hours, found the fan motor for the heating system had burnt out, power to motor had been shut off, and no further damage was found. Fire Department called (464-2116) and left a message on the answering machine. At 1830 hours Fire Department personnel went to check Quarters 139A and found out no one from Griffin Services had shown up to fix the heat. On 6 Jan 02 occupant called (464-2116) again and spoke with tech at building 200 Fort McPherson and informed them that they had no heat and tech responded he would be out. An hour later the occupant called back again and spoke with the tech again, the tech responded that he looked for the quarters for 45 minutes and couldn't find it. Tech was looking for quarters at Fort McPherson, which he should have been looking at quarters at Fort Gillem. Then tech stated to occupant that he didn't know if someone would be by to repair the problem or not. At 0924 hours the Fire Department again called (464-2116) to report the problem and again got the answering machine and left a message. The low temp on 5 Jan 02 was 19 degrees and the low temp on 6 Jan 02 was 37 degrees. The high for 6 Jan 02 was 44 degrees and all this time the occupants had no heat. As of 14 Jan 02 no service order has been entered into the system.

Painting Services and Signs: (December Rating 84%).

See Enclosure 2

(2) Equipment Maintenance (Very Good 86%)

Most of the problems that are found or seen by the QAE's are discussed and corrected either on the spot or in a timely manner.

Emergency Services: (December Rating 85%)

Technical Inspections: (December Rating 85%)

On Site Repair: (December Rating 85%)

Work Requests: (December Rating 85%)

Repair Parts and Supply: (December Rating 85%)

Safety Inspections: (December Rating 90%)

DS/GS Maintenance: (December Rating 85%)

Assemblies and Subassemblies Maintenance: (December Rating 85%)

Fuel and Electric Components: (December 86%)

Hydraulic Components: (December Rating 85%)

Tire Services: (December Rating 87%)

Misc. Maintenance Services: (December Rating 87%)

Vehicle and Equipment Body Work (December Rating 85%)

Fabrications Services: (December Rating 87%)

Furniture Repair: (December Rating 87%)

Wash Rack Services (December Rating 87%)

Technical Inspections for Turn-In: (December Rating 87%)

Miscellaneous CCTV Camera, Video & Security Systems (December Rating 87%)

Miscellaneous Audio Equipment (December Rating 87%)

Miscellaneous Radio Equipment (December Rating 87%)

Miscellaneous Fire Alarm Equipment (December Rating 87%)

See Enclosure 3

(3) Environmental: (Good 80%)

Griffin Services Environmental Office has done a very good job with the hazardous waste turn-in and both of the 90 days yards look very neat and clean. The Griffin Environmental team is doing a fine job.

See Enclosure 4

(4) Transportation: (Excellent 92%)

Fleet Manager: (December Rating 90%)

Passenger Movement: (December Rating 100%)

Movement Coordinator: (December Rating 87%)

Freight: (December Rating 90%)

See Enclosure 5

(5) Supply Services: (Very Good 87%)

Excess Management: (December Rating 80%)

Ammunition Supply Point: (December Rating 87%)

Property Book: (December Rating 94%)

DRMO: (December Rating 87%)

Requisitions Process & Data Entry: (December Rating 85%)

See Enclosure 6