Command Group at Fort Gillem complained about Christmas decorations still being up to COR on 8 Jan 02. COR called Griffin to go ahead and start taking the Christmas decorations down on 9 Jan 02. On 14 Jan 02 Command Group called again about the Christmas Decorations still being up. COR called Griffin Services and again requested the decorations be taken down. As of 24 Jan 02 the decorations are still up. No response from Griffin Services.

Quarters 139A called the fire department for smell of smoke. Smell was coming from the heating unit so occupants turn the heating unit off. When Fire Dept called work order desk the answering machine was on and a message was left about the smoke smell in Qtr 139A. When contractor arrived and researched the problem it turn out to be a bad motor and the contractor did not have one. QAE had contractor escorted to BLDG 102 to check on a motor that could be used. A motor was found, installed and repairs got heat back on in QTRS 139A.

Work order for heating in BLDG 207A was keyed in wrong, which caused the technician to go to the wrong building. When the technician arrived he found out that the work order should have been for 208B. Telephone number as well as the BLDG number was wrong on the work order. Work order desk must do a better job of inputting the correct information to alleviate unnecessary man-hours wasted trying to find the right location and telephone numbers.

Third of the solar lights near BLDG 400 are not working. Several work orders to have the lights repaired has been ignored for over two months. Original request for the lights to be repaired was back in Aug 02. As of 5 Feb 02 lights have still not been repaired.

On 25 Jan 02 CNG station was in alarm. The PM specs have been provided to Griffin Services and Griffin Services was to implement a PM program to maintain reliability of the re-fueling station. CNG station maintenance is not being performed and there are no records of Griffin Services performing the required periodic maintenance. (Rating for Jan 02 is 65%).

Griffin Service employee (Tyrone Manuel) working third shift at BLDG 200 has been misusing Government equipment for viewing pornography, gambling, and games. Time viewing of pornography, gambling, and games are costly and very nonproductive not to mention morally questionable. (Rating for Jan 02 is 30%)

Griffin Service employee (Mike Anthony) misused Government equipment. Griffin employee visited almost 300 times pornography, gambling, criminal skills, etc on the internet. Griffin employee job was to monitor the BLDG's equipment, water temps, space temps and etc. This abuse of Government property should not be tolerated! (Rating for Jan 02 is 30%).

The Commissary (BLDG 365) called in a service order on 11 Sep 01 with a priority 1 to replace a garbage disposal that is used to process meat at the Ft. McPherson commissary. As of 25 Jan 02 the disposal is still not replaced. Griffin employee ordered the wrong disposal twice than ignored the problem. QAE had to order the right piece of equipment. Government will give Griffin Services opportunity to install the right disposal followed by QAE inspection. (Rating for Jan 02 is 50%)

Plumbing and Pipefitting Services (Rating for Jan 02 is 84%).

Carpentry Services (Rating for Jan 02 is 79%).

Natural Gas Distribution Systems Services (Rating for Jan 02 is 85%).

Reports and Work Status services (Rating for Jan 02 is 70%).

Indoor and Outdoor Electrical Services (Rating for Jan 02 is 77%).

On 20 Jun 01 service order PL-08240-1-R requested steps be built down hill from parking lot to BLDG 839. Griffin Services said it could be done in house. Griffin Services only half way done the job; the handrails were never installed. As of 31 Jan 02 the S/O is still incomplete but Griffin Services reported as completed on 22 Sep 01. It should not take 7 months to install handrails.

On 10 Aug 01 service order PL-10307-1-R to repair/replace burned out security light in room 119 in BLDG 839 has not been completed. Griffin Services came in, checked out the situation, left to order material and never return to complete the job. But Griffin Services did charge 4.5 hours and $129.66 for the job they never did complete. This needs to be finished as soon as possible. It should not take 5 months to order material and fix security lights.

Incidental Tasks (Rating for Jan 84%).

Lighting Maintenance (Rating for Jan 65%).

Painting Services and Signs (Rating for Jan 84%).

Underground Utilities (Rating for Jan 84%).

Service Order MK026992R for BLDG 139B; customer is not satisfied with work that Griffin Services did. Customer has stated the light that Griffin Services attempted to fix is still not working right and the mechanic that replaced the light switch put it in upside down. Griffin Services need to go back to BLDG 139B and get this problem corrected.

Service Order GZ800612R for BLDG 700 this S/O was entered incorrectly as electrical call but in fact was an A/C problem. Time on this S/O should not have been charged. This was a heat call and ISSC QAE personnel should have been notified.

Service Order EO028102R for BLDG 103 customer is not satisfied with work. Light was never fixed. Now instead of 1 light out there are 2 not working properly. Griffin Services need to check with POC when reporting to the job, and upon completion of job.

See Enclosure 2

(2) Equipment Maintenance (Very Good 85%)

Most of the problems that are seen or discovered by QAE's are discussed and corrected either on the spot or in a timely manner.

Emergency Services (Rating for Jan 85%).

Technical Inspections (Rating for Jan 85%).

On Site Repair (Rating for Jan 85%).

Work Requests (Rating for Jan 85%).

Repair Parts and Supply (Rating for Jan 85%).

Safety Inspections (Rating for Jan 90%).

DS/GS Maintenance (Rating for Jan 85%).

Assemblies and Subassemblies Maintenance (Rating for Jan 85%).

Fuel and Electric Components (Rating for Jan 86%).

Hydraulic Components (Rating for Jan 85%).

Tire Services (Rating for Jan 87%).

Misc. Maintenance Services (Rating for Jan 87%).

Vehicle and Equipment Body Work (Rating for Jan 85%).

Fabrication Services (Rating for Jan 87%).

Furniture Repair (Rating for Jan 87%).

Wash Rack Services (Rating for Jan 87%).

Data Entry Accuracy (Rating for Jan 87%).

Miscellaneous Fire Alarm Equipment (Rating for Jan 87%)

Technical Inspections for Turn-In (Rating for Jan 87%).

Security Systems and Related Components (Rating for Jan 80%).

Miscellaneous CCTV Camera, Video & Security Systems (Rating for Jan 87%).

See Enclosure 3

(3) Environmental: (Satisfactory 71%)

QAE found usable items of antifreeze being stored in the waste yard at BLDG 400. The training that was provided for HMMS to the Griffin Environmental team during the week of 28 Jan 02 should see much improvement for next month.

See Enclosure 4

(4) Transportation: (Excellent 89%)

Fleet Manager (Rating for Jan 90%).

Passenger Movement: (Rating for Jan 100%).

Movement Coordinator: (Rating for Jan 87%).

Freight: (Rating for Jan 80%).

See Enclosure 5

(5) Supply Services: (Very Good 87%)

Excess Management: (Rating for Jan 80%).

Ammunition Supply Point: (Rating for Jan 87%).

Property Book: (Rating for Jan 94%).

DRMO: (Rating for Jan 87%).

Requisitions Process & Data Entry: (Rating for Jan 85%).

Enclosure 6

(6) Quality: (Unsatisfactory 50%)

Government should not have to keep paying overtime to Griffin Services when its non-responsiveness from Griffin that created the emergency overtime situation.

None responses attitude from Griffin Services when Command Group ask that Christmas Decoration be taken down in Jan 02.

Response time on messages left on answering machine work order desk is unprofessional such as happen with Quarters 139A kept calling as well as the Fire Department to get Griffin Services to come out and check out the smoke problem.

Work order desk must do a better job of inputting the correct information to alleviate unnecessary man-hours wasted trying to find the right location and telephone numbers such as what happen on the work order for heating in BLDG 207A. Information on work order was keyed in wrong, which caused the technician to go to the wrong building.

Months of request to have solar lights near BLDG 400 fixed went unheeded by contractor. As of today are still not repaired.

CNG station maintenance is not being performed and there are no records of Griffin Services performing the required periodic maintenance, even though COR was told otherwise.

Several Griffin Services employees at BLDG 200 were caught misusing Government equipment for viewing pornography, gambling, and games and not doing the job they were paid to do. The essential mission suffered as several situations occurred with Boilers not being checked and the automation monitors not being observed. This is unacceptable behavior.

Commissary (BLDG 365) request went unheeded for months to get repairs on their meat disposal.

S/O PL-10307-1-R customer request was submitted 22 Sep 01 and as of 31 Jan 02 Griffin Services still has not completed the job.

S/O PL-08240-1-R customer request was submitted 20 Jun 01 and as of 31 Jan 02 Griffin Services still has not completed the job.

S/O PL-10307-R customer request was submitted 10 Aug 01 and as of 31 Jan 02 Griffin Services still has not completed the job BUT did charge 4.5 hours and $129.66 for the job and said it was complete. Customer is unhappy.

S/O MK026992R customer not satisfied. Light fixed improperly by Griffin Services, the light switch was input upside down. This needs to be corrected.

S/O GZ800612R for BLDG 700. Work order input incorrect information. Time should not have been charged. ISSC QAE personnel should have been notified to call a contractor in.

S/O EO028102R for BLDG 103 customer not satisfied. Griffin Services didn't repair the light; now more lights are not working properly. Griffin Services need to check with POC when reporting to the job and upon completion of job.

(7) Timeliness: (Unsatisfactory 69%)

This area still has not changed. Some improvement needs to be made.

b. Quality Control (QC):

(1) System Implementation and Maintenance: (Unsatisfactory 69%)

No major complaints were received. Became evident that reactive overwhelmed as no demonstrated effort of proactive response meeting the needs.

See Enclosure 7

(2) Corrective Action: (Unsatisfactory 50%)

Much improvement needs to be done on incomplete Service Orders. Corrective actions established for immediate control problems have been ineffective and inefficient since beginning of A76 award. Griffin personnel continually do not follow procedures and do not notify QAE's on emergency problems that arise.

(3) Documentation, Records, CDRLs, and Reports: (Unsatisfactory 69%)

Contractor has not shown enough emphasis on QC responsibility at the supervisory level and monitor training needs in the QC section since the A76 award. Follow-up Quality Control reviews are not being performed as should be.

c. Technical Management:

(1) Staffing and Personnel: (Unsatisfactory 60%)

Griffin Services workforce from A76 Award has not demonstrated appropriate skill levels to perform the work in some of the work centers.

(2) Problem Resolution and Communication: (Satisfactory 70%)

Griffin Services workmanship and record keeping has been inefficient on numerous occasions.

(3) Efficiency: (Unsatisfactory 69%)

The Contractor has not demonstrated efficiency in several of the work centers. Not completing Service Orders going back to June 2001. Not following the deadlines when to take down the Christmas decorations. When customers called work order desk to report smell of smoke in their quarters, contractor shows up to check on it days later; even the Fire Department couldn't get the contractor to come to check on this problem. Work Order desk inputting the wrong information on orders and Technicians show up at the wrong BLDG's to do repair work and when Technicians call to get the problem straighten out, the telephone number as well as the BLDG number they find out is wrong on the Service Order. Griffin personnel using Government equipment to view pornography, gambling, and games instead of doing the job their getting paid to do. Customer not satisfied with work of Griffin Services due to light switch that were installed was put upside down.

(4) Safety: (Unsatisfactory 69%)

Personnel living in Quarters 139A report smell of smoke in their quarters. Contractor didn't show up for several days. Fire Department as well as Personnel in Quarters 139A tried several times to get Griffin to come out and check the situation out. This could have become a life/property situation. As it turned out the motor burned out and ISSC QAE took Griffin Services employee to where some excess motor were available and after getting one of the motor than return to repair heating system at Quarters 139A.

d. Business Management:

(1) Local Autonomy: (Unsatisfactory 69%)

More teamwork from Griffin Services needs to be improved in some areas. On heat calls ISSC personnel should be notified by Griffin personnel, which is not being done. Local management not allowed hiring qualified technicians.

(2) Management and Employee Relations: (Unsatisfactory 60%)

COR from the beginning of A76 Award has ask Griffin Service to furnish him information addressing the contractor's programs for employee incentives or his social and economic programs. As of 31 Jan 02 still no response. The contractor continues to have a turnover within his workforce. Too many employees do not demonstrate qualifications for the tasks they have been given to do. Employees appear on the worksite ill prepared to accomplish the job to completion.

(3) Contract Management: (Unsatisfactory 60%)

In specific functional areas (Boilers/Plumbing/Exterior Lighting) work has been incomplete, untimely and costly to the government. Government still has to bring in outside vendors to do the work Griffin Services is not qualified to do. All other areas contractor has been very responsive and workmanship has been good.

(4) Government Property: (Very Good 85%)

Both Government and Griffin Services Property Administrators have procedures in place and there is a good working rapport for ensuring control, inventory and management of government property.

e. Budget and Cost Control:

(1) Efficiency: (Unsatisfactory 69%)

The ability of contractor's personnel must improve in the Boiler/Plumbing/Exterior Lighting, Work Order Desk areas. Accomplishing work correctly and completely continues to need improvement.

(2) Budget Program and Cost Control: (Unsatisfactory 60%)

Griffin needs to do a better job of bringing payroll costs under control. Actual costs continue to exceed the budgeted amount.

(3) Cost Verification and Allocation: (Good 80%)
Griffin appears to be verifying and properly allocating costs to the appropriate functional area.

(4) Budget Programming and Cost Control: (Unsatisfactory 69%)

Griffin Services has done a poor job of cost control, particularly in the areas of Boilers/Plumbing/Exterior Lighting, Work Order Desk areas. Other contractor's are called in to correct and complete work that Griffin personnel are just not qualified to perform.

See Enclosure 8

4. For Additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encls (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

AFZK-IS-OF 01 March 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 February – 28 February 2002.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 February – 28 February 2002 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of February, does not meet contract requirements. The rating for this period is (69%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed twelve (12) months at the contract full performance level. On site management initiatives by the contractor in the areas of problem prevention and/or resolution has continued to be a challenge.

4. Evaluations for each work center are provided below:

a. Performance of Work:

(1) Real Property and Facilities Maintenance: (Unsatisfactory 46%)

QAE prevented a hazardous situation occurring at BLDG 304 North end while working with E.M.C. in changing out a bad pole. QAE overheard radio communication by Griffin employee to someone in BLDG 200 trying to verify if power was going to be cut off and what did they know about it. QAE then talked with employee who was answering the question and employee at bldg 200 who was calling on the radio and told them Luther Morgan had been notified by e-mail about power being shutdown at BLDG 304 during the changing out of a bad pole. Griffin Supervisor should have notified his weekend crew about the power to be shutdown. This caused unneeded confusion, which could of lead to safety hazard for contractor and Government employees. Griffin Supervisor and Lead's should keep open communications with their weekend crew as well as QAE's. (Rating for February 73%).

Solar Lights continues to be a problem. COR gave permission for a priority 1 due to the Threat Com issue during October 2001 and all that was needed was to input a 49, as of today Griffin Services is still saying their waiting on Prime Vendor. This is a security problem for the equipment that is stored in 400 areas. This problem has been discussed with Griffin Services for months and as of today there are 19 lights out. In 600 areas at Fort Gillem street lights are not getting repaired. Numerous CDR's that were reported in Award Fee Report since September 2001 still has not solved the problem.

CNG station at Fort Gillem was in alarm on 22 Feb 02 and remained in alarm mode thru 04 Mar 02 (twelve days). PM schedule is not being followed. Contractor claims to be waiting for training on CNG station, which Government has already established that training has occurred.

Work Order VG 00397-2R to install office door was not properly installed. The door was to swing into the office and not into the hallway. Also, Griffin employee told customer in order to paint the door, the customer would have to submit another work order.

QAE working with EMC at BLDG 400 on 16 Feb 02 found in the transformer room, OIL ALL OVER THE PLACE. Griffin had put down floor compound to soak up oil but that was all. Oil was all over the breaker cabinet and had not been wiped down. The air compressor that was bad had not been removed at that time. QAE check on 21 Feb 02 still no clean up. On 25 Feb 02 when QAE check the material on floor was swept up in a pile but had not been disposed of. QAE check 27 Feb 02 still no change. Three service orders was put in for the air compressor needing repair and two out of the three had time charged to them.

Griffin Services informed ACOR about busted burners in boiler at BLDG 65. ACOR ordered new burners on a Priority 1 and had a Government employee pick them up from the vendor. The new burners were given to Griffin Services approximately 1330 hrs; when ACOR check on progress of work at 1530 hrs the contractor had left the area with the boiler still taken apart. The Gas to the Boiler was left on and the Gas line was not locked out or tagged out. This could have caused an explosion if any one had operated the control switch as the gas manifold was still under pressure.

Two S/O's GZ800682R and GZ800692R in the remarks area stated on both that repairs were done on the weekend. S/O's GZ800682R work description states 133 elevator and GZ800692R states 133 elevator and electrical. When QAE question Griffin employee about this matter, the answer was he didn't know and did not called them in (elevator contractor). Bob Harbour replies he was called in to repair the elevator. No record of this at either Ft. Gillem fire department or BLDG 200 Ft McPherson. Time was charged on Thursday for a total of four hours, which is falsifying the time sheet.

S/O's #FF047002R and FF047012R were entered into the IFS system only four minutes apart having the same requester and work description. When a request is made by more than one customer representative for the same work at the same location of for the repair of the same equipment, the Contractor shall treat this work request as a single work request and document as such for reporting purposes.

S/O #EF043742R was input into the system on 20 Feb 02 for possible water contamination due to failure on the backflow proventor. Priority three S/O requires a response within eight working hours and continuous effort during normal working hours until completed. As of this date the work order has not been repaired.

Service Order #PG010432R was requested on 06 Nov 01 it was not responded to by contractor until 11 Dec 01 and supposedly completed on 12 Dec 01. Eleven hours were charged to this service order, closed out and the work still has not been completed. Customer request contractor come back and do the repairs on one interior and one exterior security lights as requested, they're still inoperable.

Service Order #GH039872R2R has been closed out. Contractor went to BLDG 820 replaced one ballast and charged one hour each. When contractor left BLDG 820, two lights were half lit and one light was not functioning at all. All lights should have been working upon completion of S/O.

Service Order #EF031542R for hooking up a stove and refrigerator in BLDG 400 on 16 Jan 02 was duplicated by the same receptionist (Service Order #EF031812R) on 17 Jan 02. The 17 Jan 02 S/O was closed out on 23 Jan 02 with five hours charged. On 25 Jan 02 the 16 Jan 02 S/O was closed out with two hours charged. Duplicate S/O's have been issued and excessive time has been charged for these S/O's.

Service Order #VG022362R has been closed out without any work being done. Time charged to S/O was five hours for investigating and two hours for painting a handrail. Customer request contractor to return and do the repairs as S/O requested by 01 March 2002. Contractor is not meeting response times, and charging excessive time.

Service Order #GY800672R was input as a heating call, but the work order clerk classified it as an electrical interior problem. This is an on going problem with the work order clerk classifying S/O's improperly.

Griffin Services was notified by QAE OF Post Commander requesting large tree broken in half by the Fitness trail near the vehicle holding area be taken down. Griffin Services had a tree company out a few days later for some other projects but failed to take care of the one mentioned.

S/O #MK020192R Griffin Services took six separate trips by four different employees to this quarters for a total of 9.3 hours with no direct material cost to repair a garbage disposal and a doorbell at Quarters 19-E. Occupant stated contractor only came to Quarters 19-E on three trips. This task was given to an electrician not a maintenance mechanic; the S/O was closed then reopened. (Rating for February 20%).

S/O #PL082401R Steps were to be built down the hillside and a walkway from the parking lot to BLDG 839 at Ft Gillem. Job was started and never finished by Griffin Services. The service order was completed on 22 Sep 01 but the job was never completed. This is a safety hazard.

S/O #MN703942R and S/O #MN703952R both were entered into IFS with wrong task codes. Should have been heating not electrical interior.

See Enclosure 2

2. Equipment Maintenance (Very Good 86%)

Miscellaneous Fire Alarm Equipment (Rating for February 87%)

Technical Inspections for Turn-In (Rating for February 87%)

Security Systems and Related Components (Rating for February 87%)

Miscellaneous Radio Equipment (Rating for February 87%)

Emergency Services (Rating for February 85%)

Technical Inspections (Rating for February 85%)

On Site Repair (Rating for February 85%)

Work Requests (Rating for February 85%)

Repair Parts and Supply (Rating for February 85%)

Safety Inspections (Rating for February 90%)

DS/GS Maintenance (Rating for February 85%)

Assemblies and Subassemblies Maintenance (Rating for February 85%)

Fuel and Electric Components (Rating for February 85%)

Hydraulic Components (Rating for February 85%)

Tire Services (Rating for February 85%)

Misc. Maintenance Services (Rating for February 87%)

Vehicle and Equipment Body Work (Rating for February 85%)

Fabrication Services (Rating for February 87%)

Furniture Repair (Rating for February 87%)

Wash Rack Services (Rating for February 87%)

Data Entry Accuracy (Rating for February 87%)

See Enclosure 3

(3) Environmental: (Good 80%)

Griffin Services Environmental Office needs more improvement of the HMMS. 90-Day Hazardous Waste Yards/universal Waste Storage Area needs more cleaning.

See enclosure 4

(4) Transportation: (Very Good 87%)

Still waiting for a password for the contractor. Fleet Manager: (Rating for February 90%)

Contractor failed to have appropriate personnel at airport for mission on 28 Feb 02. Passenger Movement; (Rating for February 100%)
Waiting on contractor's Hazard certifications. Movement Coordinator: (Rating for February 80%)

Still waiting for a password for the contractor. Freight: (Rating for February 80%).

See Enclosure 5

(5) Supply Services: (Good 77%)

Excess Management: (Rating for February 75%)

Ammunition Supply Point: (Rating for February 75%).

Property Book: Contractor warehouse personnel are failing to provide the PBO with documents for free issues to customers. (Rating for February 75%).

DRMO: Contractor is not providing PBO with copies of turn-in. (Rating for February 75%).

Location Survey: Contractor has been moving items around to set up the warehouse differently. In doing this contractor has had several items dislocated. (Rating for February 75%).

Requisitions Process & Data Entry: (Rating for February 85%).

Contractor requested emergency purchase of material that was not in Shop Stock. QAE took the contractor to a vendor for the material on 02-21-02. Inventory of shop stock on 02-26-02 showed emergency material still in the bags and unused. One item in particular was a commode handle that the contractor stated he needed for a job. This item was still in the wrapper with the other unused material. It has been a week now and the material still has not been used.