Housekeeping at BLDG 346 Ft McPherson and BLDG 102 Ft Gillem in the Shop Stock areas are in disarray. There are boxes of trash on the floors, material not being stored properly which causes unrecoverable damage to some if not properly stored. Ceiling tile will warp if not stored flat, filters will be ruined if stored on floor and floor gets wet. Shelves are not kept in an orderly manner, this prevents an adequate inventory. This could also be considered a safety hazard.

See Enclosure 6

(6) Quality: (Unsatisfactory 69%)

Office door improperly installed on S/O VG00397-2R, customer not satisfied with contractor performance.

BLDG 400 contractors left oil all over the place. Compound to soak up oil had to be put down. Oil was all over the breaker cabinet. Air compressor that was bad had not been removed at that time and as of today oil still has not been cleaned up.

S/O #GH039872R contractor went to BLDG 820 completed half the S/O, left and never returned to make the rest of the repairs.

S/O #PL082401R contractor went to BLDG 839 completed half the S/O, left and never returned to make the rest of the repairs.

Housekeeping at BLDG 346 Ft McPherson and BLDG 102 Ft Gillem in the Shop Stock areas has boxes of trash on the floors, material not being stored properly; filters on floor if they get wet will cause damage. Shelves are not kept in orderly manner, which prevents an adequate inventory.

(7) Timeliness: (Unsatisfactory 69%)

This area needs improvement.

b. Quality Control (QC):

(1) System Implementation and Maintenance: (Unsatisfactory 65%)

We continue to receive complaints re the responsiveness to automation problems. Customer service needs to improve in this area.

See Enclosure 7

(2) Corrective Action: (Unsatisfactory 69%)

Contractor must do improvement in the Timeliness and Responsiveness on the job site.

(3) Documentation, Records, CDRLs, and Reports: (Unsatisfactory 69%)

Follow-up Quality Control reviews are not being performed as should be.

c. Technical Management:

(1) Staffing and Personnel: (Satisfactory 70%)

Griffin Services workforce has not demonstrated appropriate skill levels to perform the work in some of the work centers.

(2) Problem Resolution and Communication: (Unsatisfactory 69%)

Workmanship and Record keeping must improved. Too many duplicate S/O's are being assigned for the same job. Griffin Supervisor need to keep their weekend crew informed when to shut down power to pole's that are being changed out by E.M.C.

(3) Efficiency: (Unsatisfactory 69%)

Solar Lights still have not been repaired. This continues to be an on going problem with the contractor. Numerous request and monthly reporting on Consolidated Performance Evaluation has seen no change to this situation.

Contractor is still not performing preventive maintenance checks. Much improvement needs to be done in this area.

Materiel's purchase to repair emergency S/O's, contractor fails to show up and to make the repairs. This needs to change ASAP.

(4) Safety: (Unsatisfactory 50%)

Gas to the Boiler being left on and Gas line not locked out or tagged out in BLDG 65 by contractor could have caused life or limb due to the potential explosion if the boiler switched had been turned on.

Hazardous situation occurred at BLDG 304 when E.M.C. was in processing of changing out a bad pole. Griffin Supervisor had not informed their weekend crew to shutdown the power to the poles being replaced. Communication in this area from supervisor to weekend crew need to improve to prevent life or limb to E.M.C. and other personnel.

d. Business Management:

(1) Local Autonomy: (Satisfactory 70%)

Teamwork between the contractor and government key personnel needs more improvement. Griffin still does not keep QAE's informed when some emergency situation arises.

(2) Management and Employee Relations: (Unsatisfactory 69%)

Too many employees do not demonstrate qualifications for the tasks they have been given to do. Employees appear on the worksite ill prepared to accomplish the job to completion. There has been no information provided to the COR addressing the contractor's programs for employee incentives or his social and economic programs.

(3) Contract Management: (Unsatisfactory 69%)

In specific functional areas (Boilers/Exterior Lighting) work has been incomplete, untimely and costly to the government. Government still has to bring in outside vendors to do the work Griffin Services is not qualified to do.

(4) Government Property: (Very Good 85%)

Procedures in place by Government and Contractor are a good working rapport for ensuring control, inventory and management of government property.

e. Budget and Cost Control:

(1) Efficiency: (Unsatisfactory 69%)

The ability of contractor's personnel must improve in the (Boiler/Exterior Lighting areas). Accomplishing work correctly and completely continues to need improvement.

(2) Budget Program and Cost: (Unsatisfactory 60%)

Griffin has made progress in bringing payroll costs under control, but still has room for improvement. Labor costs have caused the contract to greatly exceed what was originally funded for the base year.

(3) Cost Verification and Allocation: (Good 80%)

Griffin appears to be verifying and properly allocating costs to the appropriate functional area.

(4) Budget Programming and Cost Control: (Unsatisfactory 69%)

Griffin Services has done a poor job of cost control, particularly in the area of Boilers/Exterior lighting areas. Other contractor's are called in to correct and complete work that Griffin personnel are just not qualified to perform.

See Enclosure 8

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encl (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Administrative Contracting Officer**
**Quarterly Performance Period**
**1 December 2001 - 28 February 2002**

## IV. Business Management (20%)

### a. Integration and Local Autonomy — Satisfactory 70

*"The degree that the contractor successfully integrates their operations and information content into the areas as necessary to prudent and cost-effective operations and within the established time-lines. Includes the effectiveness of business decisions made by the contractor, the timeliness of the decisions. Includes the ability of the local management to make decisions independent of the corporate office. Consider the channels of corporate communication, authority, responsibility and the effect on the contractor's actions and interface with government."*

**The Contractor's overall performance in the area of Integration and Local Autonomy is considered Satisfactory.**

**Discussion:** The contractor continues to maintain and operate from their on-site office located in the DIS headquarters. Office appears to be adequately staffed and adjacent to DIS management which is beneficial to the government. The Program Manager has full authority to independently make business decisions for the corporate office as well as negotiate. During the period of 1 December 2001 through 28 February 2002 it appears hiring or recruiting practices continued to be based on cost and not necessarily on the skills or qualifications of the individual. Although the contractor has shown improvement in hiring more qualified personnel in some areas, many unqualified workers are still being hired especially in the HVAC (PM and Boiler Operations), plumbing, exterior lighting and work order desk responsibilities. These areas have created burdens on the government as well as for the contractor. The majority of Contract Deficiency Reports (CDRs) are issued due to poor performance in these areas. The government continues to address these concerns to the contractor but the practice continues and is a direct factor in this evaluation.

**Recommendation:** Contractor should strive to recruit more skilled and qualified employees in areas where he is failing. Contractor should place more concern in areas where CDRs are being submitted.

b. **Management and Employee Relations** **Satisfactory 70**

*"The effectiveness of personnel retention, turnover rate, productivity incentive programs, and employee morale and welfare programs will be evaluated. Includes the contractor's social and economic programs such as Equal Employment Opportunity."*

**The Contractor's overall performance in this area is considered Satisfactory.**

**Discussion:** Contractor is showing some improvement in his ability to maintain an adequate workforce of skilled or qualified personnel with the exception of HVAC (PM and Boiler Operations), plumbing, exterior lighting and work order desk responsibilities. Disciplinary problems continue to be a problem for the contractor. Turn over rate seems to continue to be high. Several times during this rating period the government has had to get involved and request disciplinary action against certain employees. Action usually consists of a three day suspension which may not be adequate for most situations. From reports other employees have been dismissed for various reasons ranging from behavior problems to not being qualified to perform duties. Information obtained from QAEs indicate employees who are qualified are still being overloaded with work which has created low morale and a desire to seek other employment. Employee social programs, EEO programs appear to be in place, contractor has a very diverse work force. Contractor is researching various incentive programs to put in place, but to date no particular program has been identified.

**Recommendation:** Contractor should establish better hiring and training practices which will give employees a greater sense of direction which should help in reducing the turnover rate and increase morale. Contractor should take steps to prevent the abuse of good employees and make certain they are not over worked. Contractor should assure an incentive program is developed to award good employees.

c. **Contract Management** **Good 75**

*"The contractor's compliance with contract terms and conditions, timeliness and correctness of actions will be evaluated."*

**The Contractor's overall performance of contract management is Good.**

**Discussion:** The contractor operates in compliance with contract terms and conditions and lines of communications are good between the contractor, COR and contracting office. The Government/contractor rapport seems to be getting better and various meetings have reflected this. Contractor is timely in responding to CDRs and correcting problems identified in the CDRs.

**Recommendation:** None

FOR OFFICIAL USE ONLY

**d. Government Property** **Very Good 85**

*"The contractor's implementation of the contractor's property control plan will be evaluated. Government property identification, control, reporting, inventory, care, maintenance and use of government property will be evaluated for compliance with the property control plan."*

**The Contractor's overall performance of government property is Very Good.**

**Discussion:** Contractor continues to do well in this area, both Government and contractor have procedures in place which has created a good working relationship for ensuring control, inventory and management of government property.

**Recommendation:** Since contractor continually shows improvement in this area contractor should take steps to maintain this level of effort and improve wherever possible.

**V. Budget and Cost Control (10%)**

**a. Efficiency** **Satisfactory 70**

*"Contractor shall ensure effective utilization of personnel such as, control of nonproductive time; cross-utilization of skills; adequate supervision; adequate number of personnel or work hours for tasks performed. The effectiveness of the contractor's system for work scheduling, assignments, monitoring and status reporting may be used to determine efficiency."*

**The Contractor's overall performance for efficiency is Satisfactory.**

**Discussion:** Based on field observance and QAE reports the contractor continues to lack in his ability to perform efficiently, especially in the HVAC (PM and Boiler Operations), plumbing, exterior lighting and work order desk responsibilities. Reports indicate contractor's workforce continues to log in excessive manhours on task that should take far less time. Hiring of unskilled and unqualified personnel seems to be the major reasons for this problem as well as the hiring of unqualified supervisors who fail in their attempt to train workers. As a results of this the contractor was issued a Cure Notice based on poor performance as identified above. The contractor has responded to the Notice and has submitted a plan of operations for curing these problems.

**Recommendation:** Contractor should address/correct issues as identified in the Cure Notice and strive to recruit/retain more skilled and qualified employees in areas where he is failing.

**b. Budget Program and Cost Control** **Good 75**

*"The contractor's efforts to control costs through effective cost accounting and data collection systems. Also includes the budgeting procedures and programming techniques that meets these goals."*

**The Contractor's overall performance for Budget Program and Cost Control is Good.**

**Discussion:** Contractor's operation is automated and has sufficient computer systems and programs to keep track of costs and data. To date there has not been a review of the accounting system by DCAA.

**Recommendation:** **None**

**c. Cost Verification and Allocation** **Good 75**

*"The contractor's procedures of verifying necessary costs will be monitored. Includes the comparison of actual costs to budgeted costs and reasons for significant variances from the budgeted figures. Includes the accuracy of direct labor rates, indirect costs, procurement of supplies, materials and repair parts that are not government-furnished."*

**The Contractor's overall performance for Cost Verification and Allocation is Good.**

**Discussion:** Invoices submitted during this period were supported by documentation showing variances from projections and reasons therefore.

**Recommendation:** **None**

**d. Budget Programming and Cost Control** **Satisfactory 70**

*"The realism of contractor estimates and the effectiveness of budgeting procedures and cost controls will be reviewed."*

**The Contractor's overall performance for Budget Programming and Cost Control is Satisfactory.**

**Discussion:** Although contractor continues to perform in an overrun mode, his percent variance for this period reflects a great improvement over previous periods. All cost data for this period has not been collected, (last two weeks of February has not been received), but contractor averaged a .006% variance overrun during this period. This is definitely an improvement over last period whereas contractor exceeded budget cost by an average in excess of 30%.

Period: December 1 - February 15

| **Actual** | **Budgeted** | **Variance** | **% Variance** |
|---|---|---|---|
| $1,130,127.02 | $1,123,415.06 | <$6,711.96> | .006% |

**Recommendation:** Contractor should continue as he has during this period and take necessary steps to improve on cost controls and

eliminate all overrun areas. Hopefully cost data submitted in this report is an indication of the contractor's ability to control cost and eventually achieve performance under contract cost.

K. Jan Stowell

K. JAN STOWELL
Contracting Officer

## CRITERIA WEIGHTS

The performance criteria are weighted to express their relative importance. These weights may be waived only if, during the monthly evaluation period, a significant incident has occurred that is of a magnitude that it merits waiver of these weights. The ACO is responsible for any change in the criteria weights. The change must be supported in writing.

**CRITERIA WEIGHTS**

| | | |
|---|---|---|
| I. Performance of Work | | 35% |
| a. Real Property Operation, Maintenance & Repair | (15%) | |
| b. Equipment Maintenance | (15%) | |
| c. Environmental | (15%) | |
| d. Transportation | (15%) | |
| e. Supply Services | (15%) | |
| f. Quality | (15%) | |
| g. Timeliness | (10%) | |

| | | |
|---|---|---|
| II. Quality Control | | 20% |
| a. System Implementation and Maintenance | (40%) | |
| b. Corrective Action | (40%) | |
| c. Documentation, Records, CDRLs, and Reports | (20%) | |

| | | |
|---|---|---|
| III. Technical Management | | 25% |
| a. Staffing and Personnel | (30%) | |
| b. Problem Resolution and communication | (30%) | |
| c. Efficiency | (20%) | |
| d. Safety | (20%) | |

| | | |
|---|---|---|
| IV. Business Management | | 10% |
| a. Integration and Local Autonomy | (25%) | |
| b. Management and Employee Relations | (25%) | |
| c. Contract Management | (25%) | |
| d. Government Property | (25%) | |

| | | |
|---|---|---|
| V. Budget and Cost Control | | 10% |
| a. Efficiency | (25%) | |
| b. Budget Program and Cost Control | (25%) | |
| c. Cost Verification and allocation | (25%) | |
| d. Budget Programming and Cost Control | (25%) | |

**Criteria Weights**
**Quarterly Performance Period**
**1 December 2001 - 28 February 2002**

**Administrative Contracting Officer**

**Business Management** ....................................**20%**

| **Factor** | **Adjective** | **Score** | **Weight** |
|---|---|---|---|
| Integration & Local Autonomy | Satisfactory | 70 | 25% |
| Management & Employee Relations | Satisfactory | 70 | 25% |
| Contract Management | Good | 75 | 25% |
| Government Property | Very Good | 85 | 25% |

**Budget and Cost Control** ....................................**10%**

| **Factor** | **Adjective** | **Score** | **Weight** |
|---|---|---|---|
| Efficiency | Satisfactory | 70 | 25% |
| Budget Program & Cost Control | Good | 75 | 25% |
| Cost Verification & Allocation | Good | 75 | 25% |
| Budget Programming & Cost Control | Satisfactory | 70 | 25% |

FOR OFFICIAL USE ONLY

# Installation Support Services Center

## Award Fee Evaluation
## 1 December 2001 - 28 February 2002

| | Major Weights | Sub Weights | Dec. COR Scores | Jan. COR Scores | Feb. COR Scores | Dec. thru Feb. ACO Scores | Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|---|---|
| **I. Performance of Work** | **35.00%** | | | | 60 | | 75 | **26.45** |
| A. Real Property Operation Maintenance & Repair | | 15.00% | 69.00 | 68.00 | ~~40.00~~ | N/A | 9.18 | |
| B. Equipment Maintenance | | 15.00% | 86.00 | 85.00 | 86.00 | N/A | 12.85 | |
| C. Environmental | | 15.00% | 80.00 | 71.00 | 60.00 | N/A | 11.55 | |
| D. Transportation | | 15.00% | 92.00 | 89.00 | 87.00 | N/A | 13.40 | |
| E. Supply Services | | 15.00% | 87.00 | 87.00 | 77.00 | N/A | 12.54 | |
| F. Quality | | 15.00% | 69.00 | 50.00 | 69.00 | N/A | 9.41 | |
| G. Timeliness | | 10.00% | 63.00 | 69.00 | 69.00 | N/A | 6.70 | |
| **Total Performance of Work** | | 100.00% | | | | | 75.58 | |
| | | | | | | | | |
| **II. Quality Control** | **20.00%** | | | | | | | **13.51** |
| A. System Implementation and Maintenance | | 40.00% | 87.00 | 69.00 | 65.00 | N/A | 29.43 | |
| B. Corrective Action | | 40.00% | 63.00 | 50.00 | 69.00 | N/A | 24.30 | |
| C. Documentation, Records, CDRLs, and Reports | | 20.00% | 69.00 | 69.00 | 69.00 | N/A | 13.80 | |
| **Total Quality Control** | | 100.00% | | | | | 67.53 | |
| | | | | | | | | |
| **III. Technical Management** | **25.00%** | | | | | | | **16.61** |
| A. Staffing and Personnel | | 30.00% | 73.00 | 60.00 | 70.00 | N/A | 20.01 | |
| B. Problem Resolution and Communication | | 30.00% | 75.00 | 70.00 | 69.00 | N/A | 21.39 | |
| C. Efficiency | | 20.00% | 69.00 | 69.00 | 69.00 | N/A | 13.80 | |
| D. Safety | | 20.00% | 50.00 | 69.00 | 50.00 | N/A | 11.25 | |
| **Total Technical Management** | | 100.00% | | | | | 66.46 | |
| | | | | | | | | |
| **IV. Business Management** | **10.00%** | | | | | | | **7.33** |
| A. Integration and Local Autonomy | | 25.00% | 70.00 | 69.00 | 70.00 | 70.00 | 17.46 | |
| B. Management and Employee Ralations | | 25.00% | 69.00 | 60.00 | 69.00 | 70.00 | 17.00 | |
| C. Contract Management | | 25.00% | 69.00 | 60.00 | 69.00 | 75.00 | 17.63 | |
| D. Government Property | | 25.00% | 85.00 | 85.00 | 85.00 | 85.00 | 21.25 | |
| **Total Business Management** | | 100.00% | | | | | 73.34 | |
| | | | | | | | | |
| **V. Budget and Cost Control** | **10.00%** | | | | | | | **7.20** |
| A. Efficiency | | 25.00% | 69.00 | 69.00 | 69.00 | 70.00 | 17.38 | |
| B. Budget Program and Cost Control | | 25.00% | 85.00 | 60.00 | 60.00 | 75.00 | 17.91 | |
| C. Cost Verification and Allocation | | 25.00% | 80.00 | 80.00 | 80.00 | 75.00 | 19.38 | |
| D. Budget Programming and Cost Control | | 25.00% | 69.00 | 69.00 | 69.00 | 70.00 | 17.38 | |
| **Total Budget and Cost Control** | | 100.00% | | | | | 72.03 | |
| | | | | | | | | |
| **Total Performance Points** | | | | | | | | **71.11** |

12

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Award Fee Pool**
**Quarterly Performance Period**
**1 December 2001 - 28 February 2002**

| Contract Amount | Annual Award Fee Amount | Amount Of Award Fee Available This Period |
|---|---|---|
| A | B | C |
| | | |
| $4,873,692.84 | $166,503.52 | $41,772.95 |

**PREVIOUS AWARD FEES EARNED:**

**16 Jan 2001 - 28 Feb 2001**
**(Accelerated Period)**

Amount Awarded: $0
Points Earned: 62.50

**1 Mar 2001 - 31 May 2001**

Amount Awarded: $0
Points Earned: 64.03

**1 Jun 2001 - 31 Aug 2002**

Amount Awarded: $0
Points Earned 67.74
Score upgraded to 70.0 by
Award Fee Board members

**1 Sep 2001 - 31 Nov 2001**

Amount Awarded: $2,088.65
Points Earned: 74.84

**1 Dec 2001 - 28 Feb 2002**

Amount Awarded:
Points Earned:

INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

Award Fee Pool
Quarterly Performance Period
1 December 2001 - 28 February 2002

| Performance Points | Fee % Conversion | Available Fee | Contractor Fee Earned |
|---|---|---|---|
| 71.11 | 1% | $41,772.95 | $417.73 |