**DEPARTMENT OF THE ARMY**
HEADQUARTERS UNITED STATES ARMY FORCES COMMAND
Army Atlanta Contracting Center
1309 Anderson Way SW
FORT MCPHERSON GEORGIA 30330-1096

REPLY TO
AFLG-PRC (715k) 16 July 02

MEMORANDUM FOR: SEE DISTRIBUTION

SUBJECT: Award Fee Evaluation, Contract DAKF11-00-C-0006, Performance Period is 1 March 2002 - 31 May 2002

1. The enclosed Contracting Officer's award fee recommendation report is provided for your review and information. The award fee information is procurement sensitive therefore must be held in strict confidence.

2. The Contractor will make a presentation to the Award Fee Review Board on 18 July 2002, at 0900 hours, in the DIS Main Conference Room located on the first floor of Building 181, Fort McPherson, GA.

3. Please call Jesse Watkins at 404-464-4111 if you have any questions concerning the Award Fee Review Board.

4. *AACC - Customer & Quality First!*

K. Jan Stowell

Encl

K. JAN STOWELL
Contracting Officer

DISTRIBUTION:
USAG Fort McPherson DIS, LTC Mark Abernathy
USAG Fort McPherson DIS, Mr. Jack Schupp
USAG Fort McPherson DIS, Mr. Mike Sturgis
USAG Fort McPherson DIS, Mr. Jim Mathis
USAG Fort McPherson DIS, Mr. Marvin Head
USAG Fort McPherson SJA, Ms. Cheryl Smith
HQ FORSCOM, G4, AACC, Mr. Ron Howell
HQ FORSCOM, G4, AACC, KJan Stowell

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**AGENDA**
**18 July 2002**

1. Opening Remarks

    a. Purpose of meeting

    b. Sign-in sheet

2. Contractor Presentation

    a. Griffin Services, Inc., ISSC Project Manager Presentation

    b. Discussions with contractor

    c. Dismiss contractor

3. Award Fee Board Determination and Discussions

    a. Reminders:

    - Sensitivity of Award Fee Board documents. All documents must be returned to the Contracting Officer.
    - The Board will approve, modify or disapprove recommendations and document the decision as appropriate

    b. Discussion:

    - Time of next Quarterly Award Fee Board
    - Tentative date 19 September 2002

    c. Fee Determination

    d. Next review period: 1 June 2002 – 31 August 2002

4. Dismissal

INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

TABLE OF CONTENTS
Quarterly Performance Period
1 March 2002 - 31 May 2002


| TAB | SUBJECT |
|---|---|
| 1 | Scope of Work Evaluated |
| 2 | Contractor's Performance Evaluation |
| 2a | COR Evaluation (March 2002) |
| 2b | COR Evaluation (April 2002) |
| 2c | COR Evaluation (May 2002) |
| 2d | ACO Evaluation (Mar - May 2002) |
| 3 | Summary Calculation of Award Fee Evaluation Points |
| 4 | Award Fee Pool Amount |
| 5 | ACO Award Fee Recommendation |
| 6 | Criteria Weights |
| 7 | Adjective and Numerical Rating Description |
| 8 | Award Fee Conversion Chart |
| 9 | Evaluation Criteria Definitions |

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Scope of Evaluated Work**
**Quarterly Performance Period**
**1 March 2002 – 31 May 2002**

1. General Contract Information. Contract DAKF11-00-C-0006 is a cost-plus award-fee (CPAF) contract to perform Installation Support Services for Fort McPherson, Fort Gillem and U.S. Army Recreational Area – Lake Allatoona, Georgia, including AR 5-9 area of responsibility, Inter-Service Support Agreements (ISSA), Memorandums of Understanding (MOU), Memorandums of Agreement (MOA) and designated tenant units. The contract was awarded to Griffin Services, Inc. of Atlanta, Georgia on 13 October 2000 based on competitive proposals. The current estimated value of the contract is $22,938,345.44. Contract performance is a 12-month base period with a 6-week acceleration phase. The contract contains four one-year option periods. Performance period including all options shall be through 28 February 2006.

2. Contract Scope of Work. The major functional areas included in the Performance Work Statement are: Supply and Services; Environmental Services; Real Property Operations, Maintenance, Repair, Construction and Other Related Services; Transportation Services; Equipment Maintenance Services and Administration and Automation.

3. Evaluated Work. The award fee evaluation period covers work performed during the period of 1 March 2002 – 31 May 2002. This evaluated period includes all functional areas.

4. Evaluations. As specified in the Award Fee Plan, the fee evaluation is based on evaluation of contractor performance reported by the Contracting Officer's Representative (COR) and the Quality Assurance Evaluators (QAE), as well as evaluations performed by contract administration personnel. The COR currently appointed by the Contracting Officer and submitting evaluations reports for the specified rating period is Mr. Marvin Head, USAG Fort McPherson, DIS, Fort McPherson, GA. The COR and his designated QAEs perform monthly evaluations in accordance with the Government quality assurance surveillance plan. The COR assigns the numerical ratings monthly for the sub-criteria.

ORIGINAL

AFZK-IS-OF 01 April 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 March – 30- March 2002.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 March – 30 March 2002 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of March, does not meet contract requirements. The rating for this period is ( 67.51%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed thirteen (13) months at the contract full performance level. On site management initiatives by the contractor in the areas of problem prevention and/or resolution has become evident.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property Operation Maintenance and Repair

Contractor called ACOR on Sunday, 17 March at 1100 A.M. and reported that occupant of Quarters 510A needed the Air Conditioner because his wife had Asthma. ACOR called a private contractor to get the air started. 45 minutes later, ACOR received a call that no one would come to the door to let him in. ACOR called bldg 200 to find out what was the problem and contractor said that the occupants had gone to church and would return around 1300 hours. ACOR said that he should have been told they were not home when he received the call and the contractor said that he did not take the call from the occupant and that they had changed shifts and one of those on the previous shift took the call. ACOR asked Contractor supervisor and he stated they made no shift change in the middle of the day.

Improper use of Government computers. Visiting unauthorized sites (porn, gambling and games) on PC that is for building 200 operations only. Third occurrence.

Mulch was being blown away from the trees on staff row while blowing off the parade field and resulted in the replacement of mulch back around the trees which caused unnecessary cost to the Government for replacing the mulch the second time.

Contractor is incorrectly reading Electric, Gas and Water meters, reading wrong meters or reading them backwards.

Contractor treated the indoor pool for termites, after drilling holes and applying treatment the concrete dust was not removed and the sealing caulk was applied on top of the dust. Caulking did not stick, was poorly applied and a eyesore to pool area. Quality of work is unacceptable and the Government had to bring another contractor in to correct the work, at substantial cost to the Government.

While checking boiler summaries for Fort McPherson and Fort Gillem, buildings 207 and 512 boilers were showing to be off and bldg 720 not communicating with computer. Contacted operator of building 200 and asked him to check status of buildings. Informed operator that these buildings had to be monitored at all times, with which they have been reminded several times.

Building 200 AHU #10 supply fan was in bypass. This was noted a month ago and witnessed by Luke Wyland. Bldg 200 operator was asked to correct problem and it has not been done as of yet. Motor is running at 100% capacity and is exerting too much pressure on the ductwork, which is coming apart. Belt guard is off the unit and needs to be put back on and Belt pulleys are out of alignment, which are cutting the belts. Contractor was made aware of these problems but only changed the filters and ignored the serious problems and failed to dispose of the used filters properly.

Documentation not being kept on blow downs or procedures of the boilers at bldg 160. Conductivity and chlorides out of range on boiler # 2 and low water cut outs are not being tested.

535B N. Miller drive has French doors that would not stay shut because latch on bottom of doors are worn and wood threshold is split. Carpenter came to fix doors but was called away to another project; carpenter did not return that day. Resident was told that an evening crew would come by to secure doors and make a repair assessment.

Contractor was installing presentation cabinet in bldg 65, dropped cabinet and damaged left corner, doors wont close and was hung out of plumb, also mounted TV bracket and shelf where the television can not be moved. Customer wants cabinet replaced and television bracket installed so the television can be rotated for viewing.

Site visits on boilers at bldg's 41, 46, 47, 51, 65, 101, 160, 183, 240 and 499 showed that water temperatures, operating stats and outside air stats were all set too high. Systems need to be calibrated. House keeping is not being performed as per PWS.

Contractor cutting grass with weed eater behind bldg 102 was not wearing safety glasses. Supervisor was notified by ACOR to correct the issue.

S/O EF 0373102 R issued 31 Jan 02 to connect power to telephone work trailer at Fort Gillem. On 5 Feb 02, SF 49 for parts was submitted. On 8 Feb 02, Contractor said that they cannot perform the work because it involved pulling power from a transformer. After investigating the site, the ACOR was called and said the Telephone Company had not requested permission to put trailer on post and to hold up on any work to be performed. After 3 weeks IFS was checked and the S/O showed that 5 hours had been charged to the work order after it had been put on hold by the ACOR.

CNG station at Fort Gillem had been in alarm mode from 22 Feb 02 thru 4 March 02. Alarm lights were on for 12 days and PM is not being performed as scheduled.

Since October 01, there are 18 solar lights out in security areas where equipment is stored. Problem has been discussed for months with Griffin Services and they put the blame on Prime Vendor.

S/O EF 03370 2 R to repaint the intersection at 11th and Hood Ave at Ft. Gillem. Work was completed on 01 Mar 02. Complaints from MP's and inspection found the work to be unsatisfactory and unacceptable.

S/O EF 052422R and CG 044532R were incorrectly input onto the system with wrong customer ID resulting in the wrong customer being billed for work performed.

S/O numbers PG 107641R, HM 047722R, CI 047242R, and HH 044982R were all entered into IFS as a priority 3 with an initial response time of 8 hours. None of the response times were met.

S/O GV 108911R entered in IFS on 28 AUG 01 as priority 3, initial response met, and was not completed until 07 March 02.

S/O VG 049532R put in on 06 Mar 02, initial response time met, work not completed until 12 Mar 02.

S/O 81031582R put in 16 Jan 02, and GA 031842R put in 17 Jan 02, initial response time met. Both were closed on 11 Mar 02

S/O GC 038632R put in 05 Feb 02, initial response was 12 Feb 02, S/O was closed on 13 Mar 02

S/O GV 051072R put in 11 Mar 02, initial response time was not met and was not completed

S/O AR113591R put in 13 Sept 01, initial response time was met but continuous effort was not maintained until completion on 12 Mar 02

S/O VG 049332R was closed and work not completed

S/O GZ 019672R put in 07 Dec 01, initial response met, material ordered but work never was done and was closed 11 Mar 02

S/O VG 005122R put in 19 Oct 01, 4.5 hours charged, not completed and closed on 12 Mar 02

S/O numbers MEP 042622R, EF 006552R, GZ 026002R and GA 03350R were closed with no time charged

S/O GA 031842R put in 17 Jan 02, initial response time met, Continuous effort until completion not met

S/O VG 115031R entered in IFS on 18 Sept 01 as priority 3, initial response met, was not completed until 06 March 02. Customer not satisfied with work performed.

S/O GZ 038842R entered in IFS on 05 Feb 02 as priority 3, initial response met, and was not completed until 01 March 02. Time charged for work inflated, and/or excessive amount of labor charged.

S/O VG 003972R entered in IFS on 16 Oct 01 as priority 3, initial response time not met. Over a 5-month period, 23.5 hrs were charged and the job is still not completed.

S/O GT 050082R. Duplicate service orders are being input for work within 1 hour of each other and entered with wrong customer ID. S/O's are being input for PM work that is already on work orders.

Smoking in and Misuse of Government vehicle for personal use. (See CDR attachment dated 06 March by QAE Andy Mesko and by COR and Grady Myrick dated 20 March 02)

The Contractor is not doing preventative maintenance.
Using incorrect size filters and cutting them to fit equipment when the proper sizes are available.

Bldg 213 mechanical rooms are not being kept clean as per PWS requirements.

| | |
|---|---|
| HVAC, Gen., Chillers, Bldg. 200 Ops., Spec Facilities | (Rating for March 44%) |
| Grounds Maintenance | (Rating for March 83%) |
| Carpentry | (Rating for March 63%) |
| Plumbing | (Rating for March 62%) |
| Painting & Signs | (Rating for March 62%) |
| Preventive Maintenance Service | (Rating for March 70%) |
| Underground Utilities | (Rating for March 82%) |
| Fencing Services | (Rating for March 74%) |
| Electrical, Lighting, Maintenance, Interior & Exterior | (Rating for March 62%) |
| Appliances | (Rating for March 60%) |
| Incidental tasks | (Rating for March 42%) |

See Enclosure 2

b. Equipment Maintenance

Air compressor at building 404 leaking air, and building 401 has no air to perform their work. Attempts have been made previously to fix the problem and it has not been fixed as of yet.

| | |
|---|---|
| Tactical | (Rating for March 85%) |
| Non-Tactical | (Rating for March 83%) |
| Electronics | (Rating for March 87%) |
| Locksmith | (Rating for March 80%) |
| Miscellaneous | (Rating for March 69%) |

Bugle call and speaker system has been down and intermittently working in some areas for at least two months. Several complaints received form various customers stating they cannot hear bugle calls. Further investigation showed that the system was disconnected in some areas and the Contractor knew of disconnects.

Duplicate SF 49's were received within three days of each other with the same S/O for replacement parts, which should have been listed on one SF 49 showing two pieces of like equipment needing the same parts.

Air compressor at bldg 404 Ft. Gillem has been leaking and has not been repaired. This air compressor supplies air to the Reserve Maintenance Facility at bldg 401 Ft. Gillem.

Service Invoice and DA 4283 given to QAE to pay for repairs on a Backhoe that the Contractor contracted out for service and should be paying.

See Enclosure 3

c. Environmental: (Rating for March 80%)

Mercury Vapor light bulbs which is hazardous Material was found in a dumpster instead of being disposed of properly in correct waste system.

Misunderstanding with Contractors Hazardous Material person about giving presentation for the Forscom HM/HW workshop. Contractor's performance is satisfactory for the month of March.

See enclosure 4

d. Transportation

Fleet Manager: (Rating for March 85%)

Passenger Movement (Rating for March 100%)

Movement Coordinator (Rating for March 80%)

Freight (Rating for March 80%)

Contractor failed to provide GFE's and Contract personnel for vehicle and operator's permit inspection at the allocated time and place.

Contractor failing to comply with GSA rules for using Regular gasoline only in GSA vehicles.

See Enclosure 5

e. Supply Services

Contractor failed to follow proper procedures for purchasing materials.

Contractor ordered materials for repairs in bldg 200 without Government approval.

Contractor not securing high dollar items that could be pilfered from the warehouse.

Contractor was not performing housekeeping as per PWS.

Contractor is not responding to issue request in a timely manner and is not presorting ammo before customer arrives for pick up.

Excess Management: (Rating for March 75%)

Ammunition Supply Point: (Rating for March 75%).

Property Book: (Rating for March 85%).

DRMO: (Rating for March 75%).

PR Processing & Data Entry: (Rating for March 90%).

See Enclosure 6

II. Technical and Business Management:

a. Budget and Cost Control (Rating for March 60%)

b. Staffing and Personnel: (Rating for March 60%)

c. Government Property: (Rating for March 80%)

See Enclosure 7

III. Quality Control (QC):

a. System Implementation and Maintenance: (Rating for March 65%)

b. Corrective Action: (Rating for March 65%)

Labor costs have caused the contract to exceed what was originally funded by $1.6M.

There is a continuing problem with staffing. Turn over rate is high, and quality and experience is low especially in the maintenance section.

Things are running well except the inventory in Bldg 200. This is the reason for the drop this month.

We continue to receive complaints in the areas of Automation.

Contractor Automation personnel respond in the short term to request for corrective action.

See Enclosure 8.

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encl (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)