ORIGINAL

AFZK-IS-OF 01 May 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 April – 30 April 2002.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 April – 30 April 2002 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of April, does not meet contract requirements. The rating for this period is (66.57%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed fourteen (14) months at the contract full performance level. On site management initiatives by the contractor in the areas of problem prevention and/or resolution has become evident.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property Operation Maintenance and Repair

ACOR told the Contractor to have the Fort Gillem pool cleaned and filled by April 1st2002. As of April 16th 2002, the task had not been accomplished. An outside Contractor was called in to complete the task by the ACOR.

On April 5th 2002,ACOR and Mr. Horton were behind bldg 720,Fort Gillem and found a manhole cover off a 30-foot deep hole. Contractor was called to cover the hole and put caution tape around it. Contractor assured that it would be done that day. On April 10th 2002, it was discovered that the manhole lid was not replaced and there was orange cones placed around the hole. Mr. Horton called the Contractor to complete the job, which should have been done correctly the first time.

Contractor is not following up on grass cutting in various areas with weed-eater or blowing clippings off to give area a finished appearance.

Capitol City sent to Quarters 526A to check A/C problem. QAE Frank Licausi went to random check Preventative Maintenance and pulled A/C filter and found it completely clogged so no air could pass thru it.

Customer complaint received from Bldg 421 Fitness Center States that the response times from contractor on service orders is slow and that there is a problem with the light fixture in the exercise room. After the bulb is replaced it blows out again. Customer also has complaints about plumbing problems.

Site visit to Bldg 200 revealed that only 1 of the Contractors employees had minimal knowledge of how to operate the Honeywell Alarm System.

Customer complaint from DCA Sports Branch about bldg 401 dressing room says there is an ongoing problem with the floor drain. S/O numbers MD001192R, MD027452R, MD067322R, and MD069602R confirms problem that has not been corrected as of yet. Also, cleanout trap outside of building gushes out water each time someone takes a shower.

W/O NN-1-2-P was given to Contractor by Earl Munn to estimate repair damages to a wall in Bldg 211B at Fort Gillem. When estimate came back it was for $2090.00. Customer said estimate for repairs was too high. Steve Scharf (with Griffin Services) was asked to reevaluate and he said that it would stay the same. Sales tax was added to the estimate, after removing the tax the estimate was $1990.00. Mr. Munn looked at damage and estimated at $500.00. It was repaired for $400.00. Should have been a S/O instead of W/O.

S/O CO 045942R and CO 045952R entered into IFS for same bldg 56 to hang blinds. Both S/O's are identical, entered by the same receptionist. On 27 February 02, S/O CO 045942R was closed and CO 045952R is still open.

These S/O were issued for problems in Bldg 200 and Bldg 363:
11 April 02, NN 064072R bldg 363, pump seal,
12 April 02, NZ 064162R bldg 200, electrical, and
15 April 02, EA 064772R bldg 200, too hot. There is a standing W/O (SOO) for Contractor personnel to perform repairs in these facilities. S/O should have not been generated for these repairs.

From 11 February 02 until 20 March 2002, no work order estimates were received from Contractor. This caused a delay for Government estimators because of backlog.

S/O EA 061312R entered in IFS to make 3 signs for new offices in Bldg 181. Task code was for Locksmith and should have been Signs.

S/O CO 045942R was completed by Contractor on 27 February 02, On 08 March 02 Contractor charged ½ hour to a closed S/O.

S/O VG 03383R entered in IFS on 23 January 02, Initial response was 06 February 02, and closed on 14 February 02 without work being completed. First coat of dry wall compound was applied and no further work done.

S/O FC 043912R entered in IFS on 20 February 02, Initial response was 11 March 02, and closed 14 March 02. 1-hour time charged but lights did not work. New lights installed and no power connected to them yet.

S/O FC 054992R entered in IFS on 19 march 02, Initial response was 01 April 02. Closed on 01 April 02 and no power ran to lights. 05 April 02 power was ran to lights. None of the time charged for work was found.

All of the following S/O's were entered in IFS on the date shown and no time has been charged to the job:

MM 026982R 07Jan 02, FC 022792R 08 Jan 02, PXG 029712R 11 Jan 02, GY 034432R 24 Jan 02, GV 033682R 30 Jan 02, HH 036732R 30 Jan 02, GC 038612R 05 Feb02, VG 039472R 06 Feb 02, GA 041452R 11 Feb 02, GO 042502R 14 Feb 02, PL 045672R 26 Feb 02, EF 046732R 28 Feb 02, G 049762R 06 Mar 02, GA 050332R 07 Mar 02, EF 053722R 18 Mar 02, FC 054982R 19 Mar 02, EF 055222R 20 Mar 02, EN 056432R 22 Mar 02, FC 054982R 19 Mar 02, 81054002R 18 Mar 02, and GA 003282R 11 Oct 01, work in progress, no time charged.

S/O EF 022282R entered in IFS 14 Dec 01, no response, 128 days overdue.

S/O CI 010312R entered in IFS 05 Nov 01, no time charged, 167 days overdue.

S/O GZ 020482R entered in IFS 10 Dec 01, no response, 132 days overdue.

S/O duplication, EF 055222R and EF 05232R are the same.

S/O VG 016822R, place green mesh on fence, entered in IFS on 28 Nov 01, initial response was 03 Dec 01, Parts ordered on 05, 06, 07Dec 01, 05 Feb 02 and 20 Mar 02. Status report states work in progress.

S/O GT 010872R, repair roof leak, entered in IFS 06 Nov 01, initial response 18 Jan 02.

Customer told they did not have material to do work. No one returned and no material ordered for job.

S/O EF 107401R entered in IFS 23 Aug 01, initial response 09 Apr 02. 1 hour charged to patch pothole.

S/O EF 115421R entered in IFS 19 Sept 01, initial response 09 Apr 02. 1 hour charged to patch pothole.

S/O VG 042842R entered in IFS 14 Feb 02, initial response 05 Mar 02. 2.5 hours was charged on 29 Mar 02 for painting a 100 sq foot wall. Nothing done to the door, customer is not pleased with work.

S/O EF 104961R entered in IFS 16 Aug 01, initial response 16 Oct 01 and parts were ordered. Work completed on 09 Apr 02.

S/O PG 107221R entered in IFS on 22 Aug 01, Initial response 24 Aug 01. ½ hour charged to replace an electric panel. On 04 Sept 01, same employee charged 1.5 hours to fabricate/mount a fire extinguisher. On 05 Sept 01 another employee charged 2.5 hours to fabricate/mount 7 fire extinguishers. Work status report indicates material is on order.

S/O EF113581R entered in IFS 13 Sept 01, Initial response 20 Dec 01 and ½ hour was charged for checking out scope of work. No other time charged.

S/O EF1116411R entered in IFS 24 Sept 01, Initial response 27 Sept 01. And 3.5 hours time charged for inspecting roof and checking out scope of work. No time charged for repairs to date.

S/O EO 117411R entered in IFS 25 Sept 01, Initial response 28 Sept 01. And 4.3 hours time has been charged. Parts ordered 1 time and locating parts from vendor 2 times. Dish washer door and Gas control was repaired / replaced once. Has not been worked on since 03 Oct 01.

S/O VG 017802R entered in IFS 30 Nov 01, No initial response. According to status report it was contracted out on 10 Apr 02 and closed on 12 Apr 02.

S/O NN 020202R entered in IFS 10 Dec 01, Initial response 11 Dec 01. No further work performed since this date.

S/O EF 020622R entered in IFS 11 Dec 01, Initial response 13 Dec 01, again on 18 Jan 02 and 20 Jan 02. No further work performed since this date.

S/O GO 022922R entered in IFS 18 Dec 01, Initial response 22 Jan 02 and again on 07 Feb 02. 2.0 hours time charged and no other work performed.

| | |
|---|---|
| HVAC, Gen., Chillers, Bldg. 200 Ops. Spec Facilities | (Rating for April 39%) |
| Grounds Maintenance | (Rating for April 76%) |
| Carpentry | (Rating for April65%) |
| Plumbing | (Rating for April 67%) |
| Painting & Signs | (Rating for April 62%) |
| Preventive Maintenance Service | (Rating for April 30%) |
| Underground Utilities | (Rating for April 85%) |
| Fencing Services | (Rating for April 80%) |
| Electrical, Lighting, Maintenance, Interior & Exterior | (Rating for April 67%) |
| Appliances | (Rating for April 70%) |

Incidental tasks
(Rating for April 62%)

See Enclosure 2

b. Equipment Maintenance

Work being sent out to local vendors without written estimates or authorization for repairs. CDR's issued for repeated incidents. Contractor knows procedure for vendor payments and still sends invoices to QAE's with Credit Cards for payment after the fact.

Invoice for payment to a vendor in the amount of $1201.93 given to QAE for payment. Work was sent out before obtaining authorization and should be the responsibility of Contractor for payment and not the Government.

SAMS report indicates that the Army Maintenance Allocation Charts time standards for vehicle repairs are being exceeded.

Weeds, tall grass, and storm drains at Fort Gillem 500 and 600 areas are not being cut as required. Also along the Railroad track are tall grasses.

Traffic marking lines and parking areas and no parking areas near fire hydrants are worn and faded and need repainting at Fort Gillem.

Tactical (Rating for April 80%)

Non-Tactical (Rating for April 71%)

Electronics (Rating for April 87%)

Locksmith (Rating for April 80%)

Miscellaneous (Rating for April 80%)

Power control panel inside wash rack fence was tagged with a lock out tag. The circuit breaker was still on and the wash rack still operational.

See Enclosure 3

c. Environmental: (Rating for April 80%)

Contractor Pest control personnel not appropriately certified.

Contractor using unapproved facility to mix and store pesticides.

Contractor failed to pass required exams for Hazmat certification.

Documentation on Freon removal not being kept as required.

See enclosure 4

d. Transportation

Fleet Manager: (Rating for April 90%)

Passenger Movement
(Rating for April 100%)

Movement Coordinator (Rating for April 94%)

Freight (Rating for April 87%)

See Enclosure 5

e. Supply Services

Contractor exceeded the purchase limit of $3000.00.

Contractor purchased Property Book Items without Government approval.

Contractor's refusal to input data into the Supply 2000 for Government purchasing agent.

Excess Management: (Rating for April 75%)

Ammunition Supply Point: (Rating for April 90%).

Property Book: (Rating for April 75%).

DRMO: (Rating for April 75%).

PR Processing & Data Entry: (Rating for April 80%).

See Enclosure 6

II. Technical and Business Management:

a. Budget and Cost Control (Rating for April 60%)

b. Staffing and Personnel: (Rating for April 60%)

c. Government Property: (Rating for April 80%)

See Enclosure 7

III. Quality Control (QC):

a. System Implementation and Maintenance: (Rating for April 65%)

b. Corrective Action: (Rating for April 65%)

Labor costs continue to exceed budgeted amounts. Contractor is on track to generate cost overruns comparable to those of last year.

Staffing seems to be a very large problem. When Griffin Services gets a good person on the work force they seem to loose them shortly thereafter. Quality and experience of their personnel do not meet standards.

Property section is still doing well. Griffin Services is slow about reporting accidents and damage to Government property.

Little progress has been made in responsiveness to automation problems as well as the attitude of Contractor personnel dispatched to address those problems.

Contractor Automation personnel respond in the short term to request for corrective action in the areas of responsiveness and attitude. However, the improvements are short lived.

Problems with an IFS printer took longer than it should have to correct or resolve. Contractor stating that damage to a NIC card in IFS printer was fault of Government personnel. No damage was done.

Locksmith is doing a good job. Have little or no complaints about his work. He is courteous and takes pride in his work.

Preventative maintenance is still not being performed.

See Enclosure 8.

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encl (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

ORIGINAL

AFZK-IS-OF 01 June 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 May – 31 May 2002.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 May – 31 May 2002 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of May, does not meet contract requirements. The rating for this period is (58.85%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed fifteen (15) months at the contract full performance level. Management initiatives by the contractor in the areas of problem prevention and/or resolution continues to be a challenge.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property Operation Maintenance and Repair

Review of information provided to the COR indicates reasons why Preventative Maintenance is not being performed in Special Facilities. Contractor failed to notify the COR or ACOR that the second shift, (1500-2300) and third shift, (2300-0700) was operating with out anyone with a security clearance or that only 2 personnel had security clearances, and both worked first shift, (0700-1500).

Several checks with on duty Griffin personnel at Bldg 200 Control room were made by the ACOR to see how the Contractor was doing the Preventative Maintenance on the building and systems. Each time the answer was that they were not doing Preventative Maintenance because no one had a security clearance to get into the facility.

Building 114, (boiler room) at Fort Gillem employee entrance door was missing lockset. No indication of when or by whom it was removed. Door was secured by ACOR.

Contractor not notifying Government personnel of emergencies, Safety and health issues that happen after normal duty hours.

Contractor is not cleaning up areas after grass cutting (sidewalks, curbs, etc). Also not weed eating after cutting. This is an ongoing problem.

On 12 May 02, Griffin operators of building 200 left and went to Fort Gillem on a service call and left buildings 200, 315, and 363 unattended.

Contractor failed to diagnose problem with the HVAC system in bldg 200. Makeup water valve was closed and inlet valves were misaligned causing high temperatures throughout the building. COR's and QAE's had to come in and correct the problems and instruct Contractor personnel in resolving the problem.

Condensate drain stopped up in bldg 200, AHU 11,overflowed and saturated the ceiling tiles causing them to fall onto computers and workstations therefore damaging the office equipment.

During a check of the UPS room in bldg 200, an audible alarm was heard. And a strong chemical odor was detected. Bldg 200 personnel were called to investigate and they stated they had no security clearance to get in. A power failure caused the alarm and was reset. Chemical odor was from oil based paint and solvent cleaners used to clean painting equipment.

On 03 May 02, ACOR called Bldg 200 operations center and asked the Contractor personnel on the 1st, 2nd, and 3rd shifts if they had Security Clearances to enter the building. Each employee on each shift did not have a clearance to gain access to the building.

Radio traffic overheard between Contractor personnel: They were having a problem at bldg 315; temperatures were getting high and the chillers need to be reset because of a power outage. Conversation heard was: I walked around the building. I can't find the chillers, are they in the basement?

S/O MK 073422R, Contractor charged 1 hour to a service order to replace a water meter and turned the service order in as completed when he had no materials to do the job.

On 28 March 02, Contractor responded to a service order for a problem with an outside water faucet at building 478. Employee removed the tile and sheetrock to replace the faucet. After this, the faucet still did not work.

On 26 April 02 he was called back for the same problem. Employee traced the water lines and informed the tenants that the supply line was not connected to the faucet. Core of Engineers was contacted and told of the problem. They sent a person out and he found that the shutoff valve in the attic was closed for winter protection. Valve was opened and the faucet worked.

Contractor creating multiple service orders for the same work in same building or area.

Contractor created Service Order to change locks in Bldg 208 without Government approval.

S/O MK 704572R and MK 704602R entered in IFS 18 minutes apart are for the same building and same Gas leak.

S/O MK 073252R and MK 704582R entered in IFS 10 minutes apart are for the same building and same Roof leak.

S/O PXM 073242R and PXM 704592R entered in IFS are for the same building and same Roof leak.

S/O FC 027792R entered in IFS 08 Jan 02. To date no response made.

S/O GV 036682R entered in IFS 30 Jan 02. Initial response and completion was 13 May 02.

S/O EF 029812R entered in IFS 14 Jan 02. Initial response 18 Jan 02. 1 hour charged for checking scope of work and nothing else was done.

S/O PXG 029062R entered in IFS 10 Jan 02. Initial response met. 31 Jan 02 time was charged for resecureing handrails and no other time charged.

S/O EF 021442R entered in IFS 12 Dec 01 and not completed until 22 Apr 02. No time charged to job.

S/O MK 000852R entered in IFS 03 Oct 01 and not completed until 22 Apr 02. No time charged to job.

S/O VG 064872R entered in IFS 15 Apr 02. Initial response and completion was not until 26 Apr 02.

S/O VG 063672R Initial response met, continuous effort until completion not applied.

S/O VG 029732R entered in IFS 14 Jan 02. initial response 22 Jan 02. Not in compliance with PWS.

S/O VG 026742R entered in IFS 07 Jan 02. Initial response met. No other work has been performed.

S/O VG 042842R. Initial response 05 Mar 02. Not IAW the PWS. Another trip was 29 Mar 02, and final work was completed 11 Apr 02 without any work being done. Door still remains the same, as it was when customer called in the service order.

S/O VG 039392R entered on IFS 06 Feb 02. Initial response 25 Mar 02 when IFS was updated stating that material was on order and closed on 09 Apr 02. Customer claims work was never done.

S/O EF 104961R entered in IFS 16 Aug 01. Initial response 16 OCT 01 and material was on order. 1 hour was charged to job for troubleshooting and closed 09 Apr 02.

S/O MK 019612R entered in IFS 07 Dec 01. Service order was for a sign. On 12 Dec 01 an employee charged 1/2 hour for customer not home. Another employee charged ½ hour for installing a window in rough opening. No other work was done and service order was completed 22 Apr 02.

S/O VG 072352R entered in IFS 02 May 02. For painting the CG's Office. No initial response made, office was vacant for 2 weeks and there would have been no inconveniences.

S/O VG 026712R entered in IFS 04 Jan 02. Initial response met for checking scope of work. Second response was waiting for customer, 1 hour charged for this and no other time has been charged. Service order not completed.

S/O GZ 036792R entered in IFS 30 Jan 02 and initial response was 31 Jan 02. 1 hour charged for checking scope of work and no further time charged for ordering materials.

S/O GD 035612R entered in IFS 28 Jan 02. Initial response 09 Mar 02 and ½ hour was charged waiting for customer. No further work has been done.

S/O 8103512R entered in IFS 28 Jan 02. Initial response 06 Feb 02 and ½ hour charged for investigating. No further work has been done.

S/O VG 033992R entered in IFS 23 Jan 02. Initial response 28 Jan 02 and 29 Jan 02 when 7.0 hours charged for equipment stand fabricate. On 01 Feb 02, 1.5 hours charged for job estimating.