S/O GD 029052R entered in IFS 10 Jan 02. Initial response met. Material/Parts ordered 11 Jan, 30 Jan, 31 Jan, and 06 Feb 02. A total of 4.5 and 8.5 hours were charged for installing security screen. 4.5 hours for replacing security fencing and 31 hours for task code 99 (not in task code book).

S/O JG 023492R, Initial response met. Completion was over 90 working days after response.

S/O VG 064872R entered in IFS 15 Apr 02 with the wrong customer ID. Should have been GD.

The facility number for Service Order EF 104961R should have been GELEL instead of 400.

| | |
|---|---|
| HVAC, Gen., Chillers, Bldg. 200 Ops. Spec Facilities | (Rating for May 32%) |
| Grounds Maintenance | (Rating for May 81%) |
| Carpentry | (Rating for May 70%) |
| Plumbing | (Rating for May 62%) |
| Painting & Signs | (Rating for May 62%) |
| Preventive Maintenance Service | (Rating for May 20%) |
| Underground Utilities | (Rating for May 76%) |
| Fencing Services | (Rating for May 80%) |
| Electrical, Lighting, Maintenance, Interior & Exterior | (Rating for May 78%) |
| Appliances | (Rating for May 70%) |
| Incidental tasks | (Rating for May 72%) |

See Enclosure 2

b. Equipment Maintenance

Bugle call system to be installed in Bldg 300 took 30 days longer than it should have to install.

EWAA system to be installed in the Fire Station at Fort Gillem has not been completed as of this date. As of now it is 30 days late.

Customer called in a Service Order about a paper shredder that needed to be repaired. 2 weeks or more have gone past and no one has gone to check the shredder to find out if it needs parts or repairing.

| | |
|---|---|
| Tactical | (Rating for May 81%) |
| Non-Tactical | (Rating for May 73%) |
| Electronics | (Rating for May 85%) |
| Locksmith | (Rating for May 80%) |
| Miscellaneous | (Rating for May 78%) |

See Enclosure 3

c. Environmental: (Rating for May 74%)

Contractor has kept the yards at Forts McPherson and Gillem in a satisfactory condition. Both 90-day yards do need cleaning.

See enclosure 4

d. Transportation

Contractor issued a vehicle that was not road safe. Brakes were bad; vehicle weaves and shudders when brakes applied.

Contractor is not requiring vendors who supply vehicles to GSA to comply with Federal Requirement of 75% dual fuel fleet by 2005.

Fleet manager did not follow up with Sub-Contractor to insure that equipment was repaired in a timely manner and that the bill was paid. Government had to intervene and pay the bill.

Fleet manager has failed to coordinate with Sub Contractors and GSA to insure that bills are paid. There are still outstanding balances due the Sub Contractors.

Fleet Manager: (Rating for May 80%)

Passenger Movement (Rating for May 100%)

Movement Coordinator (Rating for May 94%)

Freight (Rating for May 87%)

See Enclosure 5

e. Supply Services

Contractor has not met all of the requirements and qualifications for the Ammunition Storage Point Officer.

Contractor improperly disposing of materials that should be turned in to DRMO. Documentation correctly processed for turn-in; Items were thrown in the trash instead.

Contractor is not verifying that the request for parts and materials coincides with the type of work being performed.

Contractor personnel was physically unable to perform required duties.

Excess Management: (Rating for May 75%)

Ammunition Supply Point: (Rating for May 90%).

Property Book: (Rating for May 75%).

DRMO: (Rating for May 75%).

PR Processing & Data Entry: (Rating for May 80%).

See Enclosure 6

II. Technical and Business Management:

a. Budget and Cost Control (Rating for May 60%)

b. Staffing and Personnel: (Rating for May 50%)

c. Government Property: (Rating for May 70%)

See Enclosure 7

III. Quality Control (QC):

a. System Implementation and Maintenance: (Rating for May 40%)

b. Corrective Action: (Rating for May 15%)

Labor costs continue to greatly exceed budgeted amounts. Contractor is on track to run out of funding for the option year by September 2002. Sub-Contract costs also appear unreasonable for the value received, e.g. the sign making area. There seems to be no competitive bidding.

Staffing with qualified and motivated personnel is a serious problem with the Contractor. You can write them up one day and they do the same thing again the next day.

Contractor's main problem is not the administrator or their business side; but with the work force in that they do not take care of property and equipment.

There is very little Quality Control being performed by the Contractor. The Contractor Quality Control personnel do very little Quality Control until something big surfaces (i.e. ceiling fan at Quarters 20).

Preventative maintenance is still not being performed. Other Government employees have been performing random checks and are also finding that the Contractor cannot perform these tasks.

8

See Enclosure 8.

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encl (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Administrative Contracting Officer**
**Quarterly Performance Period**
**1 March 2002 – 31 May 2002**

## II. Technical and Business Management (35%)

**a. Budget and Cost Control** **Non-Satisfactory 60**

*"The contractor's efforts to control costs through effective cost management, production cost control, accounting and data collection systems. Also includes the budgeting procedures and programming techniques that meets these goals."*

**The Contractor's overall performance in Budget and Cost Control is considered Non-Satisfactory.**

**Discussion:** The contractor continues to perform in a cost overrun mode and has so during most of the performance period of the contract. Various aspects of overrun cost have been addressed to him on numerous occasions, IPRs, CDRs and out briefings following previous Award Fee Boards. To date the contractor fails to get his cost under control. Review of contractor's invoicing for this period shows approximately a .58 variance overrun. Overtime is one factor which contributes to this overrun; most recent invoice submitted is presently being disputed due to excessive overtime which was not approved by the government.

**Recommendation:** Contractor should strive to control cost in all areas identified as a cost overrun. Areas reflecting overruns should be monitored with adequate supervision to insure production is in line with standard trade practices. Since excessive hours charged by tradesmen is a factor affecting this area, contractor needs to make sure he has adequate skilled and qualified employees performing these functions. Increased monitoring by contractor's quality control team could be beneficial in this effort. In regards to this, contractor must submit variance reports as required by the contract. Contractor has been asked several times to furnish this information.

**b. Staffing and Personnel** **Non-Satisfactory 60**

*"The effectiveness of recruitment, hiring and retention of skilled and qualified personnel, turnover rate, productivity incentive programs, and employee morale and welfare programs will be evaluated. Includes the contractor's social and economic programs such as Equal Employment Opportunity."*

**The Contractor's overall performance in Staffing and Personnel is considered Non-Satisfactory.**

**Discussion**: Contractor has a very diversified work force. Previously the turn over rate was somewhat excessive; it appears lately the contractor has been able to retain many of his employees. This could be directly related to the recent unemployment figures, no data to support this either way. Although the contractor has provided skilled and qualified employees in some areas in his performance, he still fails to obtain skilled and qualified employees in areas that require specialized trades and are critical to the army's mission such as facilities maintenance, PM and Special Facilities (Buildings 200, 315 and 363). In fact performance in the Special Facilities arena was recently taken out of the contract via a "Termination for Default", due to poor performance. Recent disciplinary action shown by the contractor against poor employees seems to be adequate. Action usually consists of a three-day suspension, which appears to have positive results. Morale seems to be better than previous months, local employment conditions could factor into this as well. Employee social programs, EEO programs appear to be in place. Contractor has informed this office that various incentive programs are in place, but to date no particular program has been identified by this office.

**c. Government Property** **Satisfactory 70**

*"The contractor's implementation of the contractor's property control plan will be evaluated. Government property identification, control, reporting, inventory, care, maintenance and use of government property will be evaluated for compliance with the property control plan."*

**The Contractor's overall performance of government property is Satisfactory.**

**Discussion:** Unverified reports stated to this office indicate various equipment initially issued to the contractor is now missing. Equipment reported missing is primarily roads and grounds equipment, tools and supplies. Although a current inventory is under way, no official report has been received, nor has the contractor submitted any reports indicating missing equipment. Government furnished vehicles is another area which has reported excessive damage to vehicles which also has not been reported by the contractor.

**Recommendation:** Contractor should take steps to maintain better controls on government furnished equipment and monitor all employees who have access to issued equipment. Also contractor should monitor and inspect government furnished vehicles on a routine basis and report damage accordingly. This is another area where his quality control team should be monitoring.

K. Jan Stowell
Contracting Officer

**Criteria Weights**
**Quarterly Performance Period**
**1 March 2002 - 31 May 2002**

**Administrative Contracting Officer**

**Technical and Business Management ..........................35%**

| Factor | Adjective | Score | Weight |
|---|---|---|---|
| Budget and Cost Control | Non-Satisfactory | 60 | 60% |
| Staffing and Personnel | Non-Satisfactory | 60 | 20% |
| Government Property | Satisfactory | 70 | 20% |

# Installation Sup[illegible] Services Center
## Award F[illegible] [illegible]valuation
## 1 March 2002 - 31 May 2002

| | Major Weights | Sub Weights | Sub-Element Weights | March COR Scores | April COR Scores | May COR Scores | March thru May ACO Scores | Sub-Element Weighted Scores | Sub Weight Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|---|---|---|---|
| **I. Performance of Work** | **50.00%** | | | | | | | | | **34.49** |
| A. Real Property Operation Maintenance & Repair | | 50.00% | | | | | | | 28.30 | |
| HVAC, Gen., Chillers, Bldg. 200 Ops., Spec. Facilities | | | 40.00% | 44.00 | 39.00 | 32.00 | N/A | 15.31 | | |
| Grounds Maintenance | | | 15.00% | 83.00 | 76.00 | 81.00 | N/A | 12.00 | | |
| Carpentry | | | 5.00% | 63.00 | 65.50 | 70.00 | N/A | 3.31 | | |
| Plumbing | | | 5.00% | 62.00 | 67.00 | 62.50 | N/A | 3.19 | | |
| Painting & Signs | | | 5.00% | 62.00 | 62.50 | 62.50 | N/A | 3.12 | | |
| Preventive Maintenance Services | | | 5.00% | 70.00 | 30.00 | 20.00 | N/A | 1.99 | | |
| Underground Utilities | | | 5.00% | 82.00 | 85.00 | 76.00 | N/A | 4.05 | | |
| Fencing Services | | | 5.00% | 74.00 | 80.00 | 80.00 | N/A | 3.90 | | |
| Electrical, Lighting, Maintenance, Interior & Exterior | | | 5.00% | 62.00 | 67.00 | 78.00 | N/A | 3.45 | | |
| Appliances | | | 5.00% | 60.00 | 70.00 | 70.00 | N/A | 3.34 | | |
| Incidental Tasks | | | 5.00% | 42.00 | 62.50 | 72.00 | N/A | 2.95 | | |
| | | | 100.00% | | | | | 56.60 | | |
| B. Equipment Maintenance | | 20.00% | | | | | | | 16.14 | |
| Tactical | | | 20.00% | 85.00 | 80.00 | 81.00 | N/A | 16.40 | | |
| Non-Tactical | | | 20.00% | 83.00 | 71.00 | 73.00 | N/A | 15.13 | | |
| Electronics | | | 20.00% | 87.00 | 87.00 | 85.00 | N/A | 17.26 | | |
| Locksmith | | | 20.00% | 80.00 | 80.00 | 80.00 | N/A | 16.00 | | |
| Miscellaneous | | | 20.00% | 81.00 | 80.00 | 78.00 | N/A | 15.93 | | |
| | | | 100.00% | | | | | 80.72 | | |
| C. Environmental | | 10.00% | | 80.00 | 75.00 | 74.00 | N/A | | 7.63 | |
| D. Transportation | | 10.00% | | | | | | | 8.98 | |
| Fleet Manager | | | 25.00% | 85.00 | 90.00 | 80.00 | N/A | 21.24 | | |
| Passenger Movement | | | 25.00% | 100.00 | 100.00 | 100.00 | N/A | 25.00 | | |
| Movement Coordinator | | | 25.00% | 80.00 | 94.00 | 94.00 | N/A | 22.35 | | |
| Freight | | | 25.00% | 80.00 | 87.00 | 87.00 | N/A | 21.17 | | |
| | | | 100.00% | | | | | 89.76 | | |

2

# Installation Sup[illegible] Services Center
## Award F[illegible] [illegible]valuation
## 1 March 2002 - 31 May 2002

| | Major Weights | Sub Weights | Sub-Element Weights | March COR Scores | April COR Scores | May COR Scores | March thru May ACO Scores | Sub-Element Weighted Scores | Sub Weight Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|---|---|---|---|
| E. Supply Services | | 10.00% | | | | | | | 7.93 | |
| Excess Management | | | 20.00% | 75.00 | 75.00 | 75.00 | N/A | 15.00 | | |
| Ammunition supply Point (ASP) | | | 20.00% | 75.00 | 90.00 | 90.00 | N/A | 17.01 | | |
| Property Book | | | 20.00% | 85.00 | 75.00 | 75.00 | N/A | 15.66 | | |
| DRMO | | | 20.00% | 75.00 | 75.00 | 75.00 | N/A | 15.00 | | |
| PR Processing & Data Entry | | | 20.00% | 90.00 | 80.00 | 80.00 | N/A | 16.66 | | |
| | | | 100.00% | | | | | 79.33 | | |
| **Total Performance of Work** | | 100.00% | | | | | | | | |
| **II. Technical and Business Management** | **35.00%** | | | | | | | | | **21.81** |
| A. ~~System Implementation and Maintenance~~ Budget + Cost Control | | 60.00% | | 60.00 | 60.00 | 60.00 | 60.00 | | 36.00 | |
| B. ~~Corrective Action~~ Staffing + Personnel | | 20.00% | | 60.00 | 60.00 | 50.00 | 60.00 | | 11.66 | |
| C. ~~Documentation, Records, CDRLs, and Reports~~ Govt Property | | 20.00% | | 80.00 | 80.00 | 70.00 | 70.00 | | 14.66 | |
| **Total Tech. and Bus. Management** | | 100.00% | | | | | | | 62.32 | |
| **III. Quality Control** | **15.00%** | | | | | | | | | **7.84** |
| A. ~~Staffing and Personnel~~ System Implement + Maint | | 50.00% | | 65.00 | 65.00 | 40.00 | N/A | | 28.25 | |
| B ~~D. Safety~~ Corrective Action | | 50.00% | | 65.00 | 65.00 | 15.00 | N/A | | 24.00 | |
| **Total Quality Control** | | 100.00% | | | | | | | 52.25 | |
| **Total Performance Points** | | | | | | | | | | **64.14** |

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Award Fee Pool**
**Quarterly Performance Period**
**1 March 2002 - 31 May 2002**

| Contract Amount | Annual Award Fee Amount | Amount Of Award Fee Available This Period |
|---|---|---|
| A | B | C |
| | | |
| $4,444,288.40 | $166,499.95 | $41,624.99 |

**PREVIOUS AWARD FEES EARNED:**

**16 Jan 2001 - 28 Feb 2001**
**(Accelerated Period)**

Amount Awarded: $0
Points Earned: 62.50

**1 Mar 2001 - 31 May 2001**

Amount Awarded: $0
Points Earned: 64.03

**1 Jun 2001 - 31 Aug ~~2002~~ 2001**
Amount Awarded: $0
Points Earned 67.74
Score upgraded to 70.0 by
Award Fee Board members

**1 Sep 2001 - 31 Nov 2001**

Amount Awarded: $2,088.65
Points Earned: 74.84

**1 Dec 2001 - 28 Feb 2002**

Amount Awarded: $ 417.73
Points Earned: 71.11

**1 Mar 2002 - 31 May 2002**

Amount Awarded:
Points Earned:

INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

Award Fee Pool
Quarterly Performance Period
1 March 2002 - 31 May 2002

| PERFORMANCE POINTS | FEE % CONVERSION | AVAILABLE FEE | CONTRACTOR FEE EARNED |
|---|---|---|---|
| 64.14 | 0% | $41,624.99 | $0 |