**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING AGENCY, SOUTHERN REGION
1309 ANDERSON WAY SW,
BLDG 131
FT MCPHERSON GA 30330-1096

21 OCTOBER 2002

SFCA-SR-CC
Army Contracting Agency

MEMORANDUM FOR: SEE DISTRIBUTION

SUBJECT: Award Fee Evaluation, Contract DAKF11-00-C-0006, Performance Period is 1 June 2002 – 31 August 2002

1. The enclosed Contracting Officer's award fee recommendation report is provided for your review and information. The award fee information is procurement sensitive therefore must be held in strict confidence.

2. The Contractor will make a presentation to the Award Fee Review Board on 24 October 2002, at 0900 hours, in the DIS Main Conference Room located on the first floor of Building 181, Fort McPherson, GA.

3. Please call Jesse Watkins at 404-464-4111 if you have any questions concerning the Award Fee Review Board.

4. SRCC – *Customer & Quality First!*

K Jan Stowell

Encl

K. JAN STOWELL
Contracting Officer

DISTRIBUTION:
USAG Fort McPherson DIS, LTC Daniel Worth
USAG Fort McPherson DIS, Mr. Jack Schupp
USAG Fort McPherson DIS, Mr. Mike Sturgis
USAG Fort McPherson DIS, Mr. Jim Mathis
USAG Fort McPherson DIS, Mr. Marvin Head
USAG Fort McPherson SJA, Ms. Cheryl Smith
HQ ACA, SRCC, Mr. Ron Howell
HQ ACA, SRCC, KJan Stowell

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**AGENDA**
**24 October 2002**

Board Membership voting - non-voting
- Env?
- Sup?
- Trans?

1. Opening Remarks

   a. Purpose of meeting

   b. Sign-in sheet

2. Contractor Presentation

   a. Griffin Services, Inc., ISSC Project Manager Presentation

   b. Discussions with contractor

   c. Dismiss contractor

3. Award Fee Board Determination and Discussions

   a. Reminders:

      - Sensitivity of Award Fee Board documents. All documents must be returned to the Contracting Officer.
      - The Board will approve, modify or disapprove recommendations and document the decision as appropriate

   b. Discussion:

      - Time of next Quarterly Award Fee Board
      - Tentative date 19 December 2002

   c. Fee Determination

   d. Next review period: 1 September 2002 - 30 November 2002

4. Dismissal

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**TABLE OF CONTENTS**
**Quarterly Performance Period**
**1 June 2002 - 31 August 2002**


| TAB | SUBJECT |
|---|---|
| 1 | Scope of Work Evaluated |
| 2 | Contractor's Performance Evaluation |
| 2a | COR Evaluation (June 2002) |
| 2b | COR Evaluation (July 2002) |
| 2c | COR Evaluation (August 2002) |
| 2d | ACO Evaluation (Jun - Aug 2002) |
| 3 | Summary Calculation of Award Fee Evaluation Points |
| 4 | Award Fee Pool Amount |
| 5 | ACO Award Fee Recommendation |
| 6 | Criteria Weights |
| 7 | Adjective and Numerical Rating Description |
| 8 | Award Fee Conversion Chart |
| 9 | Evaluation Criteria Definitions |

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Scope of Evaluated Work**
**Quarterly Performance Period**
**1 June 2002 - 31 August 2002**

1. General Contract Information. Contract DAKF11-00-C-0006 is a cost-plus award-fee (CPAF) contract to perform Installation Support Services for Fort McPherson, Fort Gillem and U.S. Army Recreational Area - Lake Allatoona, Georgia, including AR 5-9 area of responsibility, Inter-Service Support Agreements (ISSA), Memorandums of Understanding (MOU), Memorandums of Agreement (MOA) and designated tenant units. The contract was awarded to Griffin Services, Inc. of Atlanta, Georgia on 13 October 2000 based on competitive proposals. The current estimated value of the contract is $22,938,345.44. Contract performance is a 12-month base period with a 6-week acceleration phase. The contract contains four one-year option periods. Performance period including all options shall be through 28 February 2006.

2. Contract Scope of Work. The major functional areas included in the Performance Work Statement are: Supply and Services; Environmental Services; Real Property Operations, Maintenance, Repair, Construction and Other Related Services; Transportation Services; Equipment Maintenance Services and Administration and Automation.

3. Evaluated Work. The award fee evaluation period covers work performed during the period of 1 June 2002 - 31 August 2002. This evaluated period includes all functional areas.

4. Evaluations. As specified in the Award Fee Plan, the fee evaluation is based on evaluation of contractor performance reported by the Contracting Officer's Representative (COR) and the Quality Assurance Evaluators (QAE), as well as evaluations performed by contract administration personnel. The COR currently appointed by the Contracting Officer and submitting evaluations reports for the specified rating period is Mr. Marvin Head, USAG Fort McPherson, DIS, Fort McPherson, GA. The COR and his designated QAEs perform monthly evaluations in accordance with the Government quality assurance surveillance plan. The COR assigns the numerical ratings monthly for the sub-criteria.

ORIGINAL

AFZK-IS-OF 01 June 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 June – 30 June 2002.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 June – 30 June 2002 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of June, does not meet contract requirements. The rating for this period is (57.25%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed sixteen (16) months at the contract full performance level. Management initiatives by the contractor in the areas of problem prevention and/or resolution continue to be a challenge. No apparent improvements have been noticed at this time.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property Operation Maintenance and Repair

S/O EA 077792R for a sewage leak between the lake and bldg 522. Turned in 17 May 02 called in by Government employee. S/O desk marked it as priority 3 and should have been a priority 2. S/O went 16 days without being worked and no response was made to this S/O.

25 June 02, Mr. Geer called QAE Mr. Licausi late in the afternoon at home (Licausi was on 12 hr shift, 7 Pm to 7 AM and was off duty) and asked him if he could get someone to look at the A/C in bldg 181 stating that he could not get in touch with anyone to inform them of the problem. 5 minutes after Mr. Greer called Mr. Licausi called Mr. Heinzen and Mr. Weese and informed them of the problem and they responded promptly. A/C call should have gone to the S/O desk.