S/O MM 075242R entered in IFS on 09 May 02 to replace a door that is rotten at bldg 101. On 17 May 02 a status of completed was entered and the door has not been replaced.

Contractor failed to provide automation support in a timely fashion. Government personnel were trying to access the IFS data base system and it would not respond. The Contractor's Automation section was called to inform them that the system was not working properly and at that time was asked if they received the phone message that was called in earlier and they said that it was received and was dismissed as being a problem with the employee and not the system.

17 June 02, A second occurrence of problems with IFS file transfers occurred and Government Automation QAE was informed by Contractor Automation personnel (Debra Meyers) that she did not know how to resolve the problem. Contractor was informed to consult a private contractor (Faye Stoutamire, IFS SME) who knew the system to resolve the issue. On 19 June 02 Contractor informed Automation QAE that she was a Human Resources person and not a computer person who was left in charge by the Contractor System Administrator and that he was on leave and had left no written instructions as how to resolve the problem in the IFS system. Contractor left day-to-day operations of automation support to an unqualified person while the System Administrator was on leave.

Letter from Contracting Officer to Griffin Services about Employee's behavior and attitude towards Government personnel, since this was the third occurrence.

Emergency Generator Preventative Maintenance has not been performed as prescribed in the PMI's since 01 January 02 except on 17,18, and 19 June 02, 14 hours was put on the Fort McPherson work order and no time charged since.

Contractor failed to check the site logs and IFS to check if the monthly Preventative Maintenance on the emergency generators was being performed as prescribed by the Facility Maintenance Section.

Contractor has not performed Preventative Maintenance on the emergency generators at Ft. McPherson or Ft. Gillem. Contractor was requested by the ACOR to provide a weekly report of the PM's performed.

S/O MD 056692R Entered in IFS on 22 Mar 02 to repair door. As of 26 Jun 02, S/O is still open and not completed. Contractor came and repaired the door and was to order parts and never returned.

S/O FC 067932R entered in IFS on 22 Apr 02. To install 3 each exterior lights on loading dock on bldg 213 because of night classes and safety issues. Material was ordered on 30 Apr 02. Customer called QAE and Contractor supply section manager (Wendy Baker) was called and asked about the material and she said that it had been misplaced. Material was reordered and workers picked up material. As of 20 Jun 02 job is still not completed.

S/O NN 032492r Entered in IFS 18 Jan 02 to install a peephole and a buzzer on bldg 363. Peephole was done and no buzzer was installed. Job was not completed and finished in a timely manner.

| | |
|---|---|
| Grounds Maintenance | (Rating for June 76%) |
| Carpentry | (Rating for June 74%) |
| Plumbing | (Rating for June 75%) |
| Painting & Signs | (Rating for June 75%) |
| Preventive Maintenance Service | (Rating for June 10%) |
| Underground Utilities | (Rating for June 77%) |
| Fencing Services | (Rating for June 75%) |
| Electrical, Lighting, Maintenance, Interior & Exterior | (Rating for June 76%) |
| Appliances | (Rating for June 70%) |
| Service Order/Work Order Reception IFS Input | (Rating for June 70%) |
| Incidental tasks | (Rating for June 75%) |

See Enclosure 2

b. Equipment Maintenance

S/O's 080862R, 081342R and 081352R, Job orders to bldg 400 on 05 Jun 02, Customer complaint from the Military police that 3 of their cars were at Bldg 400 Electronics and Communications shop to have blue lights, radio system and emergency equipment installed on them were dropped off and have been sitting outside the building since 28 and 29 May 02. Customer asked bldg 400 why their equipment was not repaired and they were told that they had other projects and could not get to their vehicles to install the equipment.

Review of open S/O's for E&C shop as of 06 Jun 02 indicates that 3 S/O's are over due. Customer, Ft. McPherson Fire Dept., has had no calls form E&C shop telling them when to expect a start date on any of the jobs. S/O 055722r is 76 days overdue; 080292R and 080322R are 12 days overdue. No documentation can be found showing if any work has been done or started.

Review of open S/O's for E&C shop as of 19 Jun 02. S/O 086372R for Audio system for repair called in by DIS O&M Fire Inspector was 8 days overdue and no calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 19 Jun 02. S/O 081442R was 20 days overdue and S/O 086762R was 8 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 19 Jun 02, for security systems called in by FORSCOM, MEPS and USARC were all overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started. S/O numbers 049142R was 104 days overdue. 069182R was 55 days overdue. 075972R was 36 days overdue and 0888522R was 4 days overdue.

Review of open S/O's for E&C shop as of 19 Jun 02, Relating to video System for the MP Co. S/O 075892R was 36 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 20 Jun 02, Repairs of Misc. office equipment. Six S/O's were overdue and no calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started. One S/O had parts ordered.
049052R was 103 days overdue.
055492R was 88 days overdue.
060142R was 75 days overdue.
066422R was 60 days overdue.
067622R was 58 days overdue and had parts on order.
078752R was 27 days overdue.

Review of open S/O's for E&C shop as of 20 Jun 02, for Audio system trouble/repair. S/O 066212R was 60 days overdue and no calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 20 Jun 02, for Fire Alarm trouble/repair. S/O 067232R and 067242R were 59 days overdue and 087642R was 4 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 20 Jun 02, for Misc. Mobile installation. S/O 081342R was 18 days overdue. . No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started..

Review of open S/O's for E&C shop as of 20 Jun 02, for Misc. Electronics systems (MP Radar) for repair. S/O's 063052R, 063092R, 063102R, and 063112R were 68 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started

Review of open S/O's for E&C shop as of 20 Jun 02, for Video system installation/repair. S/O 058762R was 80 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 20 Jun 02, for Security systems trouble/repair. S/O 075152R was 38 days overdue and 078202R was 27 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop for the week ending of 21 Jun 02 for Fire Alarm Systems repair. 6 S/O's were overdue. S/O 090462R, 090502R, 090522R, 090532R, 090552R, and 090562R were 3 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop for the week ending of 24-28 Jun 02 for Security Alarm System for FORSCOM Bldg 200. S/O 091122R was 3 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Still assigning work order numbers in the SAMS System and should have been input into the IFS system instead. Problem has been encountered prior to this and is still a problem with the work order clerks at bldg 400.

Use of non- approved painting equipment in bldg 400 that does not conform to EPA Regulations.

| | |
|---|---|
| Tactical | (Rating for June 80%) |
| Non-Tactical | (Rating for June 77%) |
| Electronics | (Rating for June 69%) |
| Locksmith | (Rating for June 80%) |
| Miscellaneous | (Rating for June 75%) |

See Enclosure 3

c. Environmental: (Rating for June 75%)

S/O EA 077792R called in on 17 May 02 for repair of busted sewer line between bldg 522 and the lake was an emergence service order and has not been resolved as of yet. Possible fines each day of non-repair.

See enclosure 4