d. Transportation

Contractor failed to have personnel qualified to operate a Rough Terrain Container Handler. Government made arrangements to provide the training and Contractor did not meet training requirements.

| | |
|---|---|
| Fleet Manager: | (Rating for June 80%) |
| Passenger Movement | (Rating for June 100%) |
| Movement Coordinator | (Rating for June 94%) |
| Freight | (Rating for June 87%) |

See Enclosure 5

e. Supply Services

Contractor has failed to control the parts and supplies that are received by the receiving warehouse. Parts received on 16 Jun 02 for the Government were issued out without a signature and they do not know who it was that received the parts.

| | |
|---|---|
| Excess Management: | (Rating for June 75%) |
| Ammunition Supply Point: | (Rating for June 90%). |
| Property Book: | (Rating for June 70%). |
| DRMO: | (Rating for June 75%). |
| PR Processing & Data Entry: | (Rating for June 80%). |

See Enclosure 6

II. Technical and Business Management:

| | |
|---|---|
| a. Budget and Cost Control | (Rating for June 60%) |
| b. Staffing and Personnel: | (Rating for June 45%) |
| c. Government Property: | (Rating for June 60%) |

See Enclosure 7

III. Quality Control (QC):

a. System Implementation and Maintenance: (Rating for June 20%)

b. Corrective Action: (Rating for June 10%)

The option year costs are on track to exceed what was funded by over $2M, primarily due to labor costs. Though some portion is attributed to reimbursable work and purchasing, the preponderance is due to a bloated and inexperienced workforce.

This has changed very little. Example: the dog kennel at Ft. Gillem had a fence problem and a security issue. Contractor personnel went over and used copper wire to tie up the fence in one area and did not check the perimeter of the fence to see if they had completed the job.

Contractor's employees still continue to fail in this area. Employees still use the excuse that they do not have the tools to do the job.
Tools have been purchased and 3 months later they are still in the original packages, never opened or just thrown into the back of their truck for someone to take or be damaged by the weather.

At this time there is not any Quality Control being performed by the Contractor, However the Government is invoiced for the service.

There has been no corrective action performed. When the Contractors Quality Control manager was called to bldg 300 to show him pictures and various filters of buildings where preventative maintenance was not being done his reply was "My people said it was done but I never checked myself to see if it was done".

Preventative maintenance is still not being performed properly as required by the PMI schedule

Contractor is creating S/O's to do like work in same buildings or areas and using shop codes on all S/O's to validate time. Code -F001- is mostly being used and is a code for check and repair. Code is being used if equipment is replaced. A lot of S/O's are being issued for work that should be put on the initial S/O. Appliances are being replaced instead of being repaired.

See Enclosure 8.

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encl (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

ORIGINAL

AFZK-IS-OF 01 August 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 July – 31-July 2002.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 July – 31 July 2002 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of July, does not meet contract requirements. The rating for this period is (56.04%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed seventeen (17) months at the contract full performance level. Management initiatives by the contractor in the areas of problem prevention and/or resolution continue to be a challenge. No apparent improvements have been noticed at this time.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property Operation Maintenance and Repair

Griffin Services are not following the required grounds maintenance procedures. There are many areas at both installations that are being neglected. The problem is worse at Fort Gillem.

Garrison Command Sergeant Major has pointed out areas of concern on Grounds Maintenance on his tour of Fort Gillem.

Ceiling at Quarters 5 is falling down due to the lack of proper Preventative Maintenance of the Air Conditioner System, which resulted in clogged drainpipes that overflowed and caused damages.

On July 01,02, ACOR Don Weese called Griffin Services and asked them to check on a leak at bldg 46. ACOR asked them to respond and was unaware of the reason for the leak. Griffin Employees identified the leak as a stoppage in the condensate drain line. Instead of blowing out the line, They went to the basement and cut the line and let it drain on top of a new boiler and causing a flood in the basement. Line was never repaired to original condition.

Preventative maintenance, filter changes and minor adjustments were not performed as stated on bldg 477. QAE checked the building and the filters were not changed and the belts were loose.

Preventative maintenance, filter changes and minor adjustments were not Performed as stated on bldg 482E. QAE check found belts loose and out of alignment. Building 482W, Filters were checked and not changed and belts were loose and making noise.

Preventative maintenance, filter changes and minor adjustments were not Performed as stated on bldg 480. QAE check found belts loose and out of alignment.

Preventative maintenance, filter changes and minor adjustments were not Performed as stated on bldg 380. Private Contractor was sent out to fix the problem and found that the filters were clogged and dirty and the belt was loose.

Email from Griffin service order clerk states that for the Preventative Maintenance checks; bldg T22 does not have window unit air conditioners. (These units are mounted thru the wall). Email also states that the Generators were checked and ran. (Where are the generators located and which ones did they do?).

Weekly Preventative Maintenance reports show that PM is being done on the same buildings each week. Contractors QC personnel are not checking the PM schedules.

Contractors Street light PM is not being performed as needed. There are lights out all over the post and have not been replaced as of date.

Building 101 Ft. Gillem, Preventative Maintenance says that air filters are being changed by schedule. QAE check shows that filters are dirty and are being cut to fit instead of using proper filters.

S/O GT 098512R and GT 801122R Entered in IFS as shop 47 should have been shop 46. This causes delays in the right shop getting the right S/O.