S/O EF 099292R entered in IFS on 15 Jul 02 for Ft. Gillem to locate underground utilities was sent to shop 47 Ft. McPherson instead of shop 46 Ft. Gillem. Causing a delay in getting the work completed.

S/O VGC 098972R Entered in IFS should have been VG for bldg 101 Ft Gillem. Wrong work code, should be K not M. Budget cannot charge the correct customer with wrong customer ID's and codes.

S/O MK 095872R for bldg 131 should have been FC not MK.
S/O MK 096562R for bldg 180 should have been MP not MK.
This results in wrong customer being charged for work.

| | |
|---|---|
| Grounds Maintenance | (Rating for July 70%) |
| Carpentry | (Rating for July 74%) |
| Plumbing | (Rating for July 70%) |
| Painting & Signs | (Rating for July 75%) |
| Preventive Maintenance Service | (Rating for July 10%) |
| Underground Utilities | (Rating for July 60%) |
| Fencing Services | (Rating for July 75%) |
| Electrical, Lighting, Maintenance, Interior & Exterior | (Rating for July 75%) |
| Appliances | (Rating for July 70%) |
| Service Order/Work Order Reception IFS Input | (Rating for July 70%) |
| Incidental tasks | (Rating for July 75%) |

See Enclosure 2

b. Equipment Maintenance

Review of open S/O's for E&C shop as of 28 Jun 02. S/O 091282R for Fire Alarm system for trouble/repair called in by DIS O&M Fire station Ft. Gillem was 6 days overdue and no calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 05 Jul 02, Five S/O's were overdue and no calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.
086372R was 27 days overdue.
086762R was 27 days overdue.
090552R was 17 days overdue.
091122R was 16 days overdue.
091282R was 13 days overdue.

Review of open S/O's for E&C shop as of 10 Jul 02, for bldg 931 Ft Gillem, Fire Alarm system trouble/repair. S/O 094502R was 4 days overdue and no calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop, as of 10 Jul 02, for Ft. Gillem Fire Station. S/O 096312R, a 03 priority was 1 day overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of Jul 02, for Security Alarm System for bldg 365 Ft McPherson. S/O 095392R was 2 days overdue. . No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 12 Jul 02, for FEMA. S/O 98222R a 03 priority was 4 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 12 Jul 02, a 03 priority for AAFES ADC. S/O 097642R was 5 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 01 Jul 02, 7 each 04 priority S/O's were overdue. No calls were made to the customer telling them when to

expect a start date. No documentation found indicating any work has been done or started.
S/O 095402R, 11 days overdue. Second time was 4 days.
S/O 095392R, 9 days overdue. Second time was 2.
S/O 096812R, 3 days overdue.
S/O 097232R, 3 days overdue.
S/O 097242R, 3 days overdue.
S/O 097512R, 2 days overdue.
S/O 097732R, 2 days overdue.

Review of open S/O's for E&C shop for the week ending of 19 Jul 02. Priority 3 and 4 S/O's. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.
S/O 098012R (pri 4), 3 days overdue.
S/O 098052R (pri 4), 3 days overdue.
S/O 098222R (pri 4), 7 days overdue. 2nd time was 4.
S/O 098372R (pri 4), 3 days overdue.
S/O 098382R (pri 4), 3 days overdue.
S/O 098612R (pri 4), 2 days overdue.
S/O 098792R (pri 4), 2 days overdue.

Review of open S/O's for E&C shop for 16 Jul 02, 03 priority S/O VGC 099682R and TI 099792R was 8 days overdue a response. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Customer complaint pertaining to a shredder on 25 Jul 02. S/O VGC 073982R called in by 1st ARMY on 07 May 02 was told that the shredder could not be repaired and would have to be TI for turn in. 1st ARMY bought a new replacement at $1600.00. On 24 Jul 02, the old shredder was not TI for turn-in and picked up by the E&C shop and customer was informed that it would be repaired. Customer wants to know why they were told that it repaired after they bought a new one.

Customer complaint a 2nd occurrence. S/O AAC 077952R, 17 May 02 from Contracting about a shredder. No repairs were done until 3 Jun 02 when 4 hours were charged to S/O. After receiving customer complaint, E&C shop still has shredder and no further work has been done since 3 Jun 02.

Still having problems from the work order desk in bldg 400. S/O and W/O's are not being handled in a professional manner. Too many mistakes are being made in data entry and attitude towards customers is less than acceptable. Problem has been encountered prior to this and is still a problem with the work order clerks.

General housekeeping in bldg 400 is getting out of hand. Work areas are disorganized, equipment scattered around, and no attempts seem to be made at keeping this policed up.

Tactical (Rating for July 79%)

Non-Tactical (Rating for July 74%)

Electronics (Rating for July 69%)

Locksmith (Rating for July 80%)

Miscellaneous (Rating for July 75%)

See Enclosure 3

c. Environmental: (Rating for July 75%)

For the month of July Contractors Environmental section has done a good job managing the Haz Mat program. The shops at Ft. McPherson and Ft. Gillem are not properly storing their hazardous materials.

See enclosure 4

d. Transportation (Rating for July 86%)

Contractor is still not working with GSA to ensure that we get dual fuel vehicles as mandated by the Federal Environmental office.

Fleet Manager: (Rating for July 75%)

Passenger Movement (Rating for July 100%)

Movement Coordinator (Rating for July 94%)

Freight (Rating for July 75%)

See Enclosure 5

e. Supply Services (Rating for July 78%)

Contractor's Supply officer refused to purchase parts and materials to repair boilers for Ft. McPherson and Ft. Gillem. Requests were separated by facility numbers and below the $750.00 allowed. The requests were grouped together to make one purchase and exceed the allowable amount.

Excess Management: (Rating for July 75%)

Ammunition Supply Point: (Rating for July 90%).

Property Book: (Rating for July 75%).

DRMO: (Rating for July 75%).

PR Processing & Data Entry: (Rating for July 80%).

See Enclosure 6

II. Technical and Business Management:

a. Budget and Cost Control (Rating for July 60%)

b. Staffing and Personnel: (Rating for July 45%)

c. Government Property: (Rating for July 60%)

See Enclosure 7

III. Quality Control (QC):

a. System Implementation and Maintenance: (Rating for July 15%)

b. Corrective Action: (Rating for July 10%)

The option year costs are on track to exceed what was funded by over $2M, primarily due to labor costs. Though some portion is attributed to reimbursable work and purchasing, the preponderance is due to a bloated and inexperienced workforce.

This area seems to be getting worse. Griffin sent an electrician to bldg 363 Third U S ARMY headquarters to wire up some 110-volt power poles for modular furniture and they connected them to 208 volts and burned up some UPS back up systems.

The Government Property area has not improved, it seems that a griffin employee, during their orientation, is taught the excuse; I do not have what I need to do the job.

At this time there is not any Quality Control being performed by the Contractor, However the Government is invoiced for the service.
This has not changed any from the last month. It seems that Griffin cannot keep this area staffed. There has been no corrective action performed. This is a very serious problem area. There is not any QC work being done.

Preventative maintenance is still not being performed properly as required by the PMI schedule

See Enclosure 8.

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encl (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

ORIGINAL

AFZK-IS-OF 03 September 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 August – 31-August 2002.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 August – 31 August 2002 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of August, does not meet contract requirements. The rating for this period is (58.02%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed eighteen (18) months at the contract full performance level. Management initiatives by the contractor in the areas of problem prevention and/or resolution continue to be a challenge. No new improvements have been noticed at this time and are not expected in the near future. Seems that the Contractor has a problem meeting the response times of S/O's for 03 and 04 priority and the repairing of equipment turned in on Service Orders. Indications seem that a lack of communication between the service order desk and the supervisors is creating a delay in the response times for equipment to be repaired and/or service to be performed.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property Operation Maintenance and Repair

Contractor was asked back in June 02 and on several occasions to clean grass and re-mulch playground in Murphy circle with no response. A private contractor had to be called in to perform the task.

Building manager of 363 states a S/O was turned in for several months to get the Hirsh Alarm System boxes hard wired. Griffin looked at the job several times but did no work. This resulted in a setback for the contractor

installing the system. Government personnel performed the work of hard wiring the boxes.

S/O EA 106492R Reviewing stand at Hedekin field, states that electrical box is covered by mulch and retains moisture and has a short that keeps tripping the circuit breaker. Griffin sent 2 electricians to repair the short. They spent a total of 4 hours and said there was mulch on the box. They did no work and called a private contractor to find the short and restore power.

S/O EA 088122R ISSC Bldg 181 main conference room doors. Contractor is failing to respond to service orders in the allotted time in high visibility areas.

S/O EA 109092R mailroom lights in bldg 181. Contractor is failing to respond to service orders in the allotted time in high visibility areas.

Painting of RMSC rooms at bldg 65 is a poor paint job and the tenant is unhappy with the work done and the time it took to do the work.

Occupant of Quarters 510B asked a Griffin employee to fix the shower handle that was hard to turn on. Griffin employee's response to occupant was: break the fixture with a sledgehammer and then they would replace it. This was a very unprofessional response from a Contractor employee.

General housekeeping of shop and storage areas is less than acceptable. It would not take a lot of effort to put things in their correct place the first time.

S/O EF 106692R. For the repair of the West entrance gate at Ft.Gillem. The repairs made were of poor quality and did not work after the Contractor made them. They did not remain to see if their work would hold up or notify any Government personnel that there was a security issue associated with this work. Contractor followed no security plan to secure the post at the end of the day. The Government had to hire a private contractor to secure the post at additional expense.

Grounds maintenance has gotten out of hand. Some areas have not been touched in a year. A walk thru was made with the Ft.Gillem Roads and grounds Supervisor and areas were pointed out that needed attention. His reply was that the areas should have been sprayed and that he had a lack of manpower to perform the work.

Areas at Ft. Gillem around the 600 areas are overgrown with weeds and tall grass. Most areas are out side of the fences. Some fire hydrants cannot be seen because the vegetation covers them.

Some areas at Ft. Gillem have been cut and debris was left scattered all over and not cleaned up. Also there are several potholes in the 600 areas that need repairing and could pose a traffic hazard.

S/O GD 098832R for the repair of the roof at bldg 600 dog kennel at Ft. Gillem. S/O is 25 + days overdue and no calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

The yard at bldg 102 has a lot of debris laying around. No scheduled clean up of any type is being done unless a QAE tells the Contractor that it needs attention.

Playgrounds at Ft. Gillem are not getting the attention that it needs unless Contractor is specifically instructed to do so. They are not performing grounds maintenance as prescribed in the PWS.

Areas of grass cutting at Ft. Gillem are still not getting the attention that they should be getting. Contractor had been shown before what areas need attention.

S/O's entered in IFS on various dates were sent to shop 47 instead of shop 85 or 85B for Griffin Services. S/O GA 801162R on 31 July 02 for door closure; MD 705542R on 05 Aug 02 for Fire Alarm System; and PXG 801132R on 29 July 02 for shop 47 should have been shop 46 since the building was at Ft. Gillem.

S/O VG 108512R Entered in IFS on 05 Aug 02 for the flag pole in front of the 1st ARMY HQS building called in as an emergency should have been a priority 2 instead of a priority 4.

S/O EF 101972R Entered in IFS 22 Jul 02 for sprinkler system down in bldg 514. Entered as a priority 3 and should have been a priority 2. This S/O was an emergency because of the fire protection system.

S/O GV 084392R Entered in IFS 05 Jul 02 for floor tiles for the Ft. Gillem Commissary was completed in IFS on 12 Jul 02 without any work being done.

S/O GV 092642R Entered in IFS on 26 Jun 02 for to re-anchor bollards and for floor tiles at the Ft. Gillem Commissary is 30 days overdue.

S/O GV 096782R entered in IFS on 09 Jul 02 for floor tiles at Ft. Gillem commissary was cancelled by Griffins QC manager on 15 Jul 02.

S/O EF106692R West gate at Ft. Gillem. An electrician, instead of a certified welder, did the welding job on the gate, which broke when the Military Police tried to close for the day.

S/O EF 106692R Entered in IFS on 31 July at 0815 A.M. West gate at Ft. Gillem. Was made a priority 3 instead of priority 2. This was a security issue and was not responded to until 1445 hrs.

Contractor has not complied with the ISSC Business Office QAE's requests to implement a log/record that calculates the system downtime, customer satisfaction rating and data error. Contractor's ADP system administrator was notified by e-mail and verbally that it was one of his responsibilities to perform the task. His reply was that it would take more time to enter data into the log/record than it would to resolve the complaint and he did not perform the task because he did not see a value to creating the log/record.

For the month of August 02, weekly inspections Data entry accuracy inspections were conducted and found that the data entry accuracy is 16.8% above the allowable percentage level of 2%. IFS

| | |
|---|---|
| Grounds Maintenance | (Rating for Aug 76%) |
| Carpentry | (Rating for Aug 73%) |
| Plumbing | (Rating for Aug 70%) |
| Painting & Signs | (Rating for Aug 75%) |
| Preventive Maintenance Service | (Rating for Aug 40%) |
| Underground Utilities | (Rating for Aug 59%) |
| Fencing Services | (Rating for Aug 74%) |
| Electrical, Lighting, Maintenance, Interior & Exterior | (Rating for Aug 75%) |
| Appliances | (Rating for Aug 70%) |
| Service Order/Work Order Reception IFS Input | (Rating for Aug 70%) |
| Incidental tasks | (Rating for Aug 75%) |

See Enclosure 2

b. Equipment Maintenance

Review of open S/O's for E&C shop from 24 Apr 02. There were still 13 each 03 priority S/O's that have not been completed. 7 are 9 to 34 days overdue and 5 had parts and/or materials ordered as far back as June 02. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

S/O GN 098222R was 34 days overdue.
S/O VGC 099682R was 29 days overdue.
S/O EA 103702R was 20 days overdue.
S/O NZ 103992R was 20 days overdue.
S/O MM 104172R was 20 days overdue.
S/O NN 104652R was 19 days overdue.
S/O NZ 108232R was 9 days overdue.
S/O EA 080292R parts and material on order since 15 Jul 02.
S/O EM 087592R parts and material on order since 26 Jun 02.
S/O EA 095032R parts and material on order since 02 Aug 02.
S/O EF 098452R parts and material on order since 12 Jul 02.
S/O MDC 100842R parts and material on order since 16 Jul 02.
S/O GN 103852R last worked 29 Jul 02, IFS shows work in progress, no other work or entry since that date.

No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop as of 24 Apr 02, there are still 24 outstanding priority 04 S/O's that are still open. 13 of which are 7 to 86 days overdue the initial 40 hour response. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

S/O NZ 108232R Bldg 200 front exit crash gate. Entered in IFS 05 Aug 02 is 7 plus days overdue the initial response.

Review of open S/O's for E&C shop, as of 06 Aug 02, for Fire Alarm by Cpt. Hensley of Ft. Gillem Fire Station. S/O EF 108692R, a 03 priority was 6 days overdue the initial response. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop. S/O entered in IFS on 25 and 26 Jul 02 are 6 and 7 days overdue an initial response. No calls were made to the

customer telling them when to expect a start date. No documentation found indicating any work has been done or started.
S/O NN 104652R was 6 days overdue.
S/O EA 103612R, NZ 103992R, and MM 104172R were 7 days overdue.

Review of open S/O's for E&C shop for Fire Alarms, 2 each 04 priority S/O's should have been 03 priority. Also both S/O's were overdue a response. S/O EA 104912R was 6 days overdue and EA 104262R was 7 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop by Ft. McPherson Fire Station for Fire Alarms on 01 Aug 02, 2 each 03 priority S/O's EA 107242R and EF 107312R was 6 days overdue a response. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Customer complaint on 25 Jul 02, 2nd occurrence. S/O AAC 077952R, Entered in IFS 17 May 02, from Contracting about a shredder. No repairs were done until 3 Jun 02 when 4 hours were charged to S/O. After receiving customer complaint, E&C shop still has shredder and no further work has been done since 3 Jun 02.

S/O GO 100642R and NN 104572R for Flankers gate at Ft. Gillem and #2 Crash gate at Bldg 363 Ft. McPherson are both 7 days overdue a response.

S/O PS 104552R and PS 100652R entered in IFS 17 Jul 02 for Typewriter repair are 16 days overdue. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Review of open S/O's for E&C shop on 31 Jul 02 called in by Ft. Gillem Fire Station on 22 Jul 02. 7 each 03 priority S/O's were overdue a response by 8 days. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

Several S/O's 03 and 04 priority have not had the initial response times met since they were called in between 9 and 26 Aug 02. Some are from 2 to 12 days overdue a response. No calls were made to the customer telling them when to expect a start date. No documentation found indicating any work has been done or started.

6 each 03 priority S/O' called in by the Ft. McPherson Fire station on 25 Jul 02, were overdue a response by 5 days.

Customer complaint from Training and Audiovisual center about the 4 pieces of equipment that was dropped off to bldg 400 at the E&C shop on 09 Jan 02. Customer states that the equipment has not been repaired yet and has had no calls of any sort from E&C shop as to when they will be repaired.

QAE received 49 for shop stock with a 02 priority for paint paper, which should have been kept in stock and ordered before they were completely out.

AACC inquired to QAE about the status of their shredder. QAE went and found out that the shredder had apparent damage caused by the contractor, which is beyond economical means to repair.

Contractor is sending out work to be done by outside contractors without the approval of the Government.

Contractor charging excessive time to in house work orders and not following allowed time in referenced Technical Manuals.

Contractor is subbing out vehicle maintenance that should performed in house with competent and knowledgeable personnel that Contractor is suppose to have on staff.

Contractor employee used a GSA Credit card, which is for the vehicles only for fuel and oil, to purchase food. When employee was confronted with a chance to tell the truth he said that he purchased oil. Receipt of transaction from GSA shows food was purchased.

| | |
|---|---|
| Tactical | (Rating for Aug 78%) |
| Non-Tactical | (Rating for Aug 88%) |
| Electronics | (Rating for Aug 69%) |
| Locksmith | (Rating for Aug 80%) |
| Miscellaneous | (Rating for Aug 73%) |

See Enclosure 3

c. Environmental: (Rating for Aug 75%)

Inspection of bldg 102 found the storage of Haz Mat/Waste not within compliance of Army, State and Federal regs. Open containers, containers

without proper labels and incompatible materials stored together. Also found improper disposal of waste at bldg 102.

See enclosure 4

d. Transportation (Rating for Aug 86%)

Contractor still has not received a password for the Fuel Automated System. Fleet Manager has not returned a high dollar vehicle for a less expensive one as directed by the Government.

Fleet Manager: (Rating for Aug 75%)

Passenger Movement (Rating for Aug 100%)

Movement Coordinator (Rating for Aug 94%)

Freight (Rating for Aug 75%)

See Enclosure 5

e. Supply Services (Rating for Aug 78%)

Contractor Service supervisor for bldg 400 instructed his hand receipt holder to make an unauthorized purchase of tools thru the SARRS system. Supervisor and his employee circumvented the Government Accountable Regulations to make this purchase. The government took possession of the tools until the problem is resolved. Estimated cost $1400.00

Government changed part of the STAMIS system on 01 March 02 for the vehicle maintenance section to provide for better record keeping and accountability for supplies and labor. Since then the Contractor has continued to ignore the Governments direction and perform the wrong work. All work except Tactical vehicles should be done thru IFS.

Excess Management: (Rating for Aug 75%)

Ammunition Supply Point: (Rating for Aug 90%).
Property Book: (Rating for Aug 75%).

DRMO: (Rating for Aug 75%).

PR Processing & Data Entry: (Rating for Aug 80%).

See Enclosure 6