II. Technical and Business Management:

a. Budget and Cost Control (Rating for Aug 60%)

b. Staffing and Personnel: (Rating for Aug 45%)

c. Government Property: (Rating for Aug 60%)

See Enclosure 7

III. Quality Control (QC):

a. System Implementation and Maintenance: (Rating for Aug 15%)

b. Corrective Action: (Rating for Aug 10%)

At the current rate, the funded amount for the option year will be exhausted by mid-October, well before the expiration date of 28 feb 03. This will require an infusion of over $2M to complete the option. It would seem that the preponderance is due to a bloated and inexperienced workforce.

The System Implementation and Maintenance area seems to be getting worse and this is a very serious problem area. I am not sure they know what their responsibilities are. They need to get on the job site and check behind their supervisors and employees.

The Government Property area has not improved. I still find Contractor employees riding around with tools still in the back of their trucks being exposed to the weather.

Corrective Action is still a problem. Griffin has restaffed the Quality Control section and I am hoping to see improvement in this area.

Preventative maintenance is still not being performed properly as required by the PMI schedule. There are repeated buildings showing up on the weekly list.

See Enclosure 8.

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encl (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Administrative Contracting Officer**
**Quarterly Performance Period**
**1 June 2002 - 31 August 2002**

## II. Technical and Business Management (35%)

**a. Budget and Cost Control** **Non-Satisfactory 60**

*"The contractor's efforts to control costs through effective cost management, production cost control, accounting and data collection systems. Also includes the budgeting procedures and programming techniques that meets these goals."*

**The Contractor's overall performance in Budget and Cost Control is considered Non-Satisfactory.**

**Discussion:** Contractor continues to perform in a cost overrun mode and has so during most of the performance period of the contract. Concern of his constant overrun cost has been addressed to him on numerous occasions, IPRs, CDRs and out briefings following previous Award Fee Boards. To date the contractor fails to get his cost under control. Review of recent invoices indicate the contractor maintains a 20 - 50% variance overrun on most CLINS.

**Recommendation:** As stated in recent ACO reports contractor should strive to control cost in all areas identified as a cost overrun. Areas reflecting overruns should be monitored with adequate supervision to insure production is in line with standard trade practices. Increased monitoring by contractor's quality control team could be beneficial in this effort. Contractor continues to fail in submittal of variance reports as required by the contract. Contractor has been asked numerous times to furnish this information.

**b. Staffing and Personnel** **Non-Satisfactory 60**

*"The effectiveness of recruitment, hiring and retention of skilled and qualified personnel, turnover rate, productivity incentive programs, and employee morale and welfare programs will be evaluated. Includes the contractor's social and economic programs such as Equal Employment Opportunity."*

**The Contractor's overall performance in Staffing and Personnel is considered Non-Satisfactory.**

**Discussion:** Contractor has a very diversified work force. Previously the turn over rate was somewhat excessive; it appears lately the contractor has been able to retain many of his employees. This could be directly related to the recent unemployment figures, no data to support this either way. Although the contractor has provided skilled and qualified employees in some areas in his performance, he still fails to obtain skilled and qualified employees in areas that require specialized trades and are critical to the army's mission such as facilities maintenance and preventive maintenance. Recent disciplinary action shown by the contractor against poor employees seems to be adequate. Action usually consists of a three-day suspension, which appears to have positive results. Morale seems to be better than previous months, local employment conditions could factor into this as well. Employee social programs, EEO programs appear to be in place. Contractor has informed this office that various incentive programs are in place, but to date no particular program has been identified by this office.

**c. Government Property** **Non-Satisfactory 60**

*"The contractor's implementation of the contractor's property control plan will be evaluated. Government property identification, control, reporting, inventory, care, maintenance and use of government property will be evaluated for compliance with the property control plan."*

**The Contractor's overall performance of government property is Satisfactory.**

**Discussion:** Reports received by this office indicates various equipment initially issued to the contractor is now missing. Equipment reported missing is primarily roads and grounds equipment, tools and supplies. Although a current inventory is under way, no official report has been received, nor has the contractor submitted any reports indicating missing equipment. The handling and care of equipment is also a negative issue, contract employees are constantly damaging or neglecting equipment. Equipment and supplies are left in the rear of vehicles where they are exposed to the elements or unsecure in their locations. Government furnished vehicles are another area which has reported excessive damage to vehicles which also has not been reported by the contractor.

**Recommendation:** Contractor should take steps to maintain better controls on government furnished equipment and monitor all employees who have access to issued equipment. Also contractor should monitor and inspect government furnished vehicles on a routine basis and

report damage accordingly. This is another area where the quality control team should be monitoring.

K. Jan Stowell
Contracting Officer

FOR OFFICIAL USE ONLY

**Criteria Weights**
**Quarterly Performance Period**
**1 June 2002 - 31 August 2002**

**Administrative Contracting Officer**

**Technical and Business Management** ..........................35%

| **Factor** | **Adjective** | **Score** | **Weight** |
|---|---|---|---|
| Budget and Cost Control | Non-Satisfactory | 60 | 60% |
| Staffing and Personnel | Non-Satisfactory | 60 | 20% |
| Government Property | Non-Satisfactory | 60 | 20% |

# Installation Supp[illegible] Services Center
## Award Fee Evaluation
## 1 June 2002 - 31 August 2002

| | | Major Weights | Sub Weights | Sub-Element Weights | June COR Scores | July COR Scores | August COR Scores | June thru Aug ACO Scores | Sub-Element Weighted Scores | Sub Weight Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I. | **Performance of Work** | **50.00%** | | | | | | | | | **35.16** |
| | A. Real Property Operation Maintenance & Repair | | 50.00% | | | | | | | 30.94 | |
| | Grounds Maintenance | | | 20.00% | 76.00 | 70.00 | 76.00 | N/A | 14.80 | | |
| | Carpentry | | | 5.00% | 74.00 | 74.00 | 73.00 | N/A | 3.68 | | |
| | Plumbing | | | 5.00% | 75.00 | 70.00 | 70.00 | N/A | 3.58 | | |
| | Painting & Signs | | | 5.00% | 75.00 | 75.00 | 75.00 | N/A | 3.75 | | |
| | Preventive Maintenance Services | | | 20.00% | 10.00 | 10.00 | 40.00 | N/A | 4.04 | | |
| | Underground Utilities | | | 5.00% | 77.00 | 60.00 | 59.00 | N/A | 3.26 | | |
| | Fencing Services | | | 5.00% | 75.00 | 75.00 | 74.00 | N/A | 3.73 | | |
| | Electrical, Lighting, Maintenance, Interior & Exterior | | | 5.00% | 76.00 | 75.00 | 75.00 | N/A | 3.77 | | |
| | Applicances | | | 5.00% | 70.00 | 70.00 | 70.00 | N/A | 3.50 | | |
| | Service Order/Work Order Reception/IFS Input | | | 20.00% | 70.00 | 70.00 | 70.00 | N/A | 14.00 | | |
| | Incidental Tasks | | | 5.00% | 75.00 | 75.00 | 75.00 | N/A | 3.75 | | |
| | | | | 100.00% | | | | | 61.87 | | |
| | B. Equipment Maintenance | | 20.00% | | | | | | | 15.28 | |
| | Tactical | | | 20.00% | 80.00 | 79.00 | 78.00 | N/A | 15.80 | | |
| | Non-Tactical | | | 20.00% | 77.00 | 74.00 | 88.00 | N/A | 15.95 | | |
| | Electronics | | | 20.00% | 69.00 | 69.00 | 69.00 | N/A | 13.80 | | |
| | Locksmith | | | 20.00% | 80.00 | 80.00 | 80.00 | N/A | 16.00 | | |
| | Miscellaneous | | | 20.00% | 75.00 | 75.00 | 73.00 | N/A | 14.86 | | |
| | | | | 100.00% | | | | | 76.41 | | |
| | C. Environmental | | 10.00% | | 75.00 | 75.00 | 75.00 | N/A | | 7.50 | |
| | D. Transportation | | 10.00% | | | | | | | 8.74 | |
| | Fleet Manager | | | 25.00% | 80.00 | 75.00 | 75.00 | N/A | 19.16 | | |
| | Passenger Movement | | | 25.00% | 100.00 | 100.00 | 100.00 | N/A | 25.00 | | |
| | Movement Coordinator | | | 25.00% | 94.00 | 94.00 | 94.00 | N/A | 23.50 | | |
| | Freight | | | 25.00% | 87.00 | 75.00 | 75.00 | N/A | 19.74 | | |
| | | | | 100.00% | | | | | 87.40 | | |

# Installation Supp Services Center
## Award Fee Evaluation
## 1 June 2002 - 31 August 2002

| | Major Weights | Sub Weights | Sub-Element Weights | June COR Scores | July COR Scores | August COR Scores | June thru Aug ACO Scores | Sub-Element Weighted Scores | Sub Weight Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|---|---|---|---|
| E. Supply Services | | 10.00% | | | | | | | 7.87 | |
| Excess Management | | | 20.00% | 75.00 | 75.00 | 75.00 | N/A | 15.00 | | |
| Ammunition Supply Point (ASP) | | | 20.00% | 90.00 | 90.00 | 90.00 | N/A | 18.00 | | |
| Property Book | | | 20.00% | 70.00 | 75.00 | 75.00 | N/A | 14.67 | | |
| DRMO | | | 20.00% | 75.00 | 75.00 | 75.00 | N/A | 15.00 | | |
| PR Processing & Data Entry | | | 20.00% | 80.00 | 80.00 | 80.00 | N/A | 16.00 | | |
| | | | 100.00% | | | | | 78.67 | | |
| **Total Performance of Work** | | 100.00% | | | | | | | | |
| **II. Technical and Business Management** | **35.00%** | | | | | | | | | **20.48** |
| A. Budget and Cost Control | | 60.00% | | 60.00 | 60.00 | 60.00 | 60.00 | | 36.00 | |
| B. Staffing and Personnel | | 20.00% | | 45.00 | 45.00 | 45.00 | 60.00 | | 10.50 | |
| C. Government Property | | 20.00% | | 60.00 | 60.00 | 60.00 | 60.00 | | 12.00 | |
| **Total Tech. and Bus. Management** | | 100.00% | | | | | | | 58.50 | |
| **III. Quality Control** | **15.00%** | | | | | | | | | **2.25** |
| A. System Implementation and Maintenance | | 50.00% | | 20.00 | 15.00 | 15.00 | N/A | | 8.33 | |
| D. Corrective Action | | 50.00% | | 10.00 | 20.00 | 10.00 | N/A | | 6.65 | |
| **Total Quality Control** | | 100.00% | | | | | | | 14.98 | |
| **Total Performance Points** | | | | | | | | | | **57.88** |

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Award Fee Pool**
**Quarterly Performance Period**
**1 June 2002 – 31 August 2002**

| Contract Amount | Annual Award Fee Amount | Amount Of Award Fee Available This Period |
|---|---|---|
| A | B | C |
| | | |
| $3,608,832.27 | $144,353.29 | $36,088.32 |

**PREVIOUS AWARD FEES EARNED:**

**16 Jan 2001 – 28 Feb 2001**
**(Accelerated Period)**

Amount Awarded: $0
Points Earned: 62.50

**1 Mar 2001 – 31 May 2001**

Amount Awarded: $0
Points Earned: 64.03

**1 Jun 2001 – 31 Aug 2001**

Amount Awarded: $0
Points Earned 67.74
Score upgraded to 70.0 by
Award Fee Board members

**1 Sep 2001 – 31 Nov 2001**

Amount Awarded: $2,088.65
Points Earned: 74.8[illegible]

**1 Dec 2001 – 28 Feb 2002**

Amount Awarded: $ 417.7[illegible]
Points Earned: 71.1[illegible]

**1 Mar 2002 – 31 May 2002**

Amount Awarded: $0
Points Earned: 64.1[illegible]

INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

Award Fee Pool
Quarterly Performance Period
1 June 2002 – 31 August 2002

| PERFORMANCE POINTS | FEE % CONVERSION | AVAILABLE FEE | CONTRACTOR FEE EARNED |
|---|---|---|---|
| 57.88 | 0% | $144,353.29 | $ 0 |

## CRITERIA WEIGHTS

The performance criteria are weighted to express their relative importance. These weights may be waived only if, during the monthly evaluation period, a significant incident has occurred that is of a magnitude that it merits waiver of these weights. The ACO is responsible for any change in the criteria weights. The change must be supported in writing.

**CRITERIA WEIGHTS**

| | | |
|---|---|---|
| **I. Performance of Work** | | **50%** |
| **a. Real Property Operation, Maintenance & Repair** | **(50%)** | |
| **b. Equipment Maintenance** | **(20%)** | |
| **c. Environmental** | **(10%)** | |
| **d. Transportation** | **(10%)** | |
| **e. Supply Services** | **(10%)** | |

| | | |
|---|---|---|
| **II. Technical & Business Management** | | **35%** |
| **a. Budget & Cost Control** | **(60%)** | |
| **b. Staffing and Personnel** | **(20%)** | |
| **c. Government Property** | **(20%)** | |

| | | |
|---|---|---|
| **III. Quality Control** | | **15%** |
| **a. System Implementation and Maintenance** | **(50%)** | |
| **b. Corrective Action** | **(50%)** | |

**NUMERICAL RATING**

Each evaluation factor will be assigned an adjective and numerical rating for each evaluation period. The adjective rating, numerical rating and the corresponding rating descriptions are as follows:

| **ADJECTIVE RATING** | **NUMERICAL RATING** | **RATING DESCRIPTION** |
|---|---|---|
| Excellent | 90 - 100 | Overall performance exceeds contract requirements by a substantial margin. Performance on virtually all tasks is outstanding. |
| Good | 80 - 89 | Overall performance exceeds contract requirements in the majority of cases. |
| Satisfactory | 70 - 79 | Overall performance meets the contract requirement in the majority of cases. |
| Unsatisfactory | 69 and Below | Overall performance fails to meet contract requirements in the majority of cases. |

AWARD FEE CONVERSION CHART

| PERFORMANCE POINTS | % OF AVAILABLE AWARD FEE | PERFORMANCE POINTS | % OF AVAILABLE AWARD FEE |
|---|---|---|---|
| 70 | 0 | 86 | 55 |
| 71 | 1 | 87 | 61 |
| 72 | 2 | 88 | 66 |
| 73 | 3 | 89 | 71 |
| 74 | 4 | 90 | 76 |
| 75 | 5 | 91 | 81 |
| 76 | 8 | 92 | 85 |
| 77 | 12 | 93 | 89 |
| 78 | 15 | 94 | 92 |
| 79 | 19 | 95 | 95 |
| 80 | 24 | 96 | 96 |
| 81 | 29 | 97 | 97 |
| 82 | 34 | 98 | 98 |
| 83 | 39 | 99 | 99 |
| 84 | 45 | 100 | 100 |
| 85 | 50 | | |

**EVALUATION CRITERIA DEFINITIONS**

a. Performance of Work.

(1) Real Property Operation, Maintenance, Repair and Construction. Areas which will be evaluated include workmanship, responsiveness to work requests, record keeping, quality and timeliness.

(2) Equipment Maintenance. Areas which will be evaluated include organizational maintenance; DS/GS maintenance; report of non-mission capable downtime; performance of Modification Work Orders, quality and timeliness.

(3) Environmental. Areas which will be evaluated include hazardous material/waste management, environmental law compliance, quality and timeliness.

(4) Transportation. Areas which will be evaluated include unit movements coordination; freight/material movements; packing and crating, passenger and port call movements, quality and timeliness.

(5) Supply Services. Areas which will be evaluated include processing of requisitions, receipts and reports of discrepancy; location surveys; operation of Ammunition Supply Point; property book operations support, quality and timeliness.

b. Technical & Business Management.

(1) Budget and Cost Control. The contractor's efforts to control and reduce costs through effective cost accounting and data collection systems, budgeting procedures and programming techniques will be evaluated. The contractor's procedures of verifying necessary costs will be evaluated, which includes the comparison of actual costs to budgeted costs and reasons for significant variances from the budgeted figures.

(2) Staffing and Personnel. The effective recruitment procedures and training to ensure that appropriate numbers and skill levels of personnel are provided will be evaluated. Capability to adjust to changing performance conditions and requirements will be evaluated, which includes adequate staffing, personnel qualifications, work appropriate to

position, effectiveness of contractor staff, rate of turnover, cause(s) for release, time to fill vacancies. Additional areas of evaluation will include the effectiveness of the contractor's decisions and recommendations; adequacy and effectiveness of contractor's communication channels; contractor's exercise of autonomy and assumption of responsibility for decisions properly within its province; effectiveness in preventing and resolving problems; effective use of personnel, control of non-productive time; cross utilization of skills; adequacy of supervision and personnel work hours for tasks; and effectiveness of contractor work scheduling, monitoring, and status reporting. Overall safety of operations will be evaluated, including safe use of equipment and vehicles, safety awareness and fire evacuation programs, and furnishing and use of safety equipment.

(3) Government Property. The contractor's implementation of the contractor's property control plan will be evaluated. Government property identification, control, reporting, inventory, care, maintenance, and use of government property will be evaluated for compliance with the property control plan evaluated by the Government.

c. Quality Control (QC).

(1) System Implementation and Maintenance. The implementation of the Quality Control Plan (QCP) will be evaluated to determine the effectiveness of the program in regards to the service provided to the government. The effect of changes or modifications to the QCP for correction of recurring problems or deficiencies will be evaluated. The overall performance of the customer feedback and/or complaint program will be assessed.

(2) Corrective Action. The contractor's response to both internal and Government corrective actions will be evaluated. The effectiveness and efficiency of immediate problem resolution actions and long term preventive management actions will be assessed.