**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING AGENCY, SOUTHERN REGION
1309 ANDERSON WAY SW,
BLDG 131
FT MCPHERSON GA 30330-1096

13 FEBRUARY 2003

SRCC (715k)

MEMORANDUM FOR: SEE DISTRIBUTION

SUBJECT: Award Fee Evaluation, Contract DAKF11-00-C-0006,
Performance Period is 1 September 2002 – 30 November 2002

1. The enclosed Contracting Officer's award fee recommendation report is provided for your review and information. The award fee information is procurement sensitive therefore must be held in strict confidence.

2. The Contractor will make a presentation to the Award Fee Review Board on 13 February 2003, at 0900 hours, in the DIS Main Conference Room located on the first floor of Building 181, Fort McPherson, GA.

3. Please call Jesse Watkins at 404-464-4111 if you have any questions concerning the Award Fee Review Board.

4. SRCC – *Customer & Quality First!*

K Jan Stowell

Encl

K. JAN STOWELL
Contracting Officer

DISTRIBUTION:
USAG Fort McPherson DIS, LTC Daniel Worth
USAG Fort McPherson DIS, Mr. Jack Schupp
USAG Fort McPherson DIS, Mr. Mike Sturgis
USAG Fort McPherson DIS, Mr. Jim Mathis
USAG Fort McPherson DIS, Mr. Marvin Head
USAG Fort McPherson SJA, Ms. Cheryl Smith
HQ ACA, SRCC, Mr. Ron Howell
HQ ACA, SRCC, KJan Stowell

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**AGENDA**
**13 February 2003**

1. Opening Remarks

   a. Purpose of meeting

   b. Sign-in sheet

2. Contractor Presentation

   a. Griffin Services, Inc., ISSC Project Manager Presentation

   b. Discussions with contractor

   c. Dismiss contractor

3. Award Fee Board Determination and Discussions

   a. Reminders:

      - Sensitivity of Award Fee Board documents. All documents must be returned to the Contracting Officer.
      - The Board will approve, modify or disapprove recommendations and document the decision as appropriate

   b. Discussion:

      - Time of next Quarterly Award Fee Board
      - Tentative date 27 March 2003

   c. Fee Determination

   d. Next review period: 1 December 2002 - 28 February 2003

4. Dismissal

INSTALLATION SUPPORT SERVICES CENTER
Contract DAKF11-00-C-0006
Griffin Services, Inc.
Award Fee Board

TABLE OF CONTENTS
Quarterly Performance Period
1 September 2002 - 30 November 2002


| TAB | SUBJECT |
|---|---|
| 1 | Scope of Work Evaluated |
| 2 | Contractor's Performance Evaluation |
| 2a | COR Evaluation (September 2002) |
| 2b | COR Evaluation (October 2002) |
| 2c | COR Evaluation (November 2002) |
| 2d | ACO Evaluation (Sep - Nov 2002) |
| 3 | Summary Calculation of Award Fee Evaluation Points |
| 4 | Award Fee Pool Amount |
| 5 | ACO Award Fee Recommendation |
| 6 | Criteria Weights |
| 7 | Adjective and Numerical Rating Description |
| 8 | Award Fee Conversion Chart |
| 9 | Evaluation Criteria Definitions |

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Scope of Evaluated Work**
**Quarterly Performance Period**
**1 September 2002 - 30 November 2002**

1. General Contract Information. Contract DAKF11-00-C-0006 is a cost-plus award-fee (CPAF) contract to perform Installation Support Services for Fort McPherson, Fort Gillem and U.S. Army Recreational Area - Lake Allatoona, Georgia, including AR 5-9 area of responsibility, Inter-Service Support Agreements (ISSA), Memorandums of Understanding (MOU), Memorandums of Agreement (MOA) and designated tenant units. The contract was awarded to Griffin Services, Inc. of Atlanta, Georgia on 13 October 2000 based on competitive proposals. The current estimated value of the contract is $22,938,345.44. Contract performance is a 12-month base period with a 6-week acceleration phase and options. Initally the contract contained four one-year option periods, due to a determination made by the Government, option period two will not be exercised and performance under current contract will cease on 28 February 2003.

2. Contract Scope of Work. The major functional areas included in the Performance Work Statement are: Supply and Services; Environmental Services; Real Property Operations, Maintenance, Repair, Construction and Other Related Services; Transportation Services; Equipment Maintenance Services and Administration and Automation.

3. Evaluated Work. The award fee evaluation period covers work performed during the period of 1 September 2002 - 30 November 2002. This evaluated period includes all functional areas.

4. Evaluations. As specified in the Award Fee Plan, the fee evaluation is based on evaluation of contractor performance reported by the Contracting Officer's Representative (COR) and the Quality Assurance Evaluators (QAE), as well as evaluations performed by contract administration personnel. The COR currently appointed by the Contracting Officer and submitting evaluations reports for the specified rating period is Mr. Marvin Head, USAG Fort McPherson, DIS, Fort McPherson, GA. The COR and his designated QAEs perform monthly evaluations in accordance with the Government quality assurance surveillance plan. The COR assigns the numerical ratings monthly for the sub-criteria.

ORIGINAL

AFZK-IS-OF

04 October 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 September – 30-September 2002.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 September – 30 September 2002 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of September, does not meet contract requirements. The rating for this period is (59.59%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed nineteen (19) months at the contract full performance level. Management does not seem to be very efficient in reducing their spending costs. If the path is followed it is projected to have $1M additional/overrun to cover the cost of the contract.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property Operation Maintenance and Repair

Contractor was asked the 23rd of September to clean the storm drains before the heavy rains came and failed to perform the task.

Contractor has been shown several times different areas that need grass cutting or trimming at Ft. Gillem and as to date has not completed the task.

Streetlights at Ft. Gillem are not being repaired as required. To date, more than 25 lights are out and preventative maintenance on lights are not being performed.

Fence line at Ft. Gillem is overgrown with vines and assorted vegetation and has not been kept cleared. There have been customer complaints about the fence along their areas next to their buildings.

Contractor has allowed the 600-storage area at Ft. Gillem to become trashy and overgrown with waist high weeds. Parts and material that need to be turned in to DRMO are still sitting in the area.

S/O issued to Contractor to install 2 each dedicated 120 VAC, 20 Amp circuits for the electric car chargers on the west side of bldg 181. Government employee showed Contractor where they were to be installed. An hour later the Contractor employee told Government employee that the 20 AMP circuit would trip with both battery chargers on the same line. Contractor employee did not run a dedicated circuit but used the existing 12-gauge wire and replaced the 20 Amp breakers with a 2 pole 30 Amp breakers. Government employee disconnected the breaker for safety reasons.

Occupant of bldg 65 called bldg 300 on 09 Sept 02, complaining of the air quality. Occupant took it upon herself to check the air filters and they looked as if they had not been changed for a month according to the amount of dirt they had. Weekly Preventative maintenance states that the filters were changed a week prior and the filters were dated when they were changed. There were no dates on the filters.

September 11,2002, QAE found chiller in bldg 238 off and the display panel showed the unit shut down because of high head pressure. QAE checked and found that the coils were extremely dirty, no preventative maintenance had been done on the unit. QAE called contractor James Smith and left message to call back. Then the S/O desk was called to send someone to clean the coils. Mr. Smith called back and informed the QAE that cleaning the coils was not in the contract. It took 7 hours to get the coils cleaned.

S/O EF 117872R entered in IFS on 30 Aug 02 for Sprinkler House #6, Sprinkler tripped and compressor. Initial response was met; continuous effort to complete repairs was not met. 11 days later the work was completed and no parts were ordered.

S/O GT 122072R entered in IFS 11 Sept 02 for bldg 136 no power in exercise room. First response and completion was 13 Sept 02.

S/O MK 061102R entered in IFS 03 Apr 02 for a new sign at Qtrs 533. First response was met however completion was not until 09 Sept 02.

S/O EF 064522R entered in IFS 12 Apr 02 for a no parking sign and was completed 09 Sept 02. The work has not been done.

S/O EF 121842R entered in IFS 11 Sept 02 for traffic light out on Hood Ave and completed on 13 Sept 02. The Red and Green lights are still out.

S/O GA 109532R entered in IFS on 08 Aug 02 for bldg 841 storage shed security mesh on 2 small windows. First response was on 05 Sept 02.

S/O BD 093972R entered in IFS on 28 Jun 02 for paint walls in music library. First response was 15 Jul 02, 11 days later; time charged for 1/2 hour customer not home. Second response was 22 Aug 02, 27 days later; time charged was 1/2 hour waiting for customer. Third response was 29 Aug 02, 5 days later and work was started and 25 hours later work was completed.

S/O VG 038512R entered in IFS on 04 Feb 02 for 3 signs. Records show no time charged, completed and closed on 06 Sept 02.

Painting of traffic lines and side streets for Ft. Gillem were half done and/or the job left unfinished. Side streets have poorly painted marks.

| | |
|---|---|
| Grounds Maintenance | (Rating for Sept 80%) |
| Carpentry | (Rating for Sept 84%) |
| Plumbing | (Rating for Sept 93%) |
| Painting & Signs | (Rating for Sept 55%) |
| Preventive Maintenance Service | (Rating for Sept 60%) |
| Underground Utilities | (Rating for Sept 60%) |
| Fencing Services | (Rating for Sept 70%) |
| Electrical, Lighting, Maintenance, Interior & Exterior | (Rating for Sept 95%) |
| Appliances | (Rating for Sept 70%) |

Continuous effort at completing service orders is not being performed. Some are over 24 days old.

| | |
|---|---|
| Service Order/Work Order Reception IFS Input | (Rating for Sept 65%) |
| Incidental tasks | (Rating for Sept 100%) |

See Enclosure 2

b. Equipment Maintenance

During year-end review of S/O's for shops 30 and 85D, there were 118 outstanding S/O's that were still open and not completed. Of these 118 S/O's; 69 were priority 3 and 49 were priority 4. 74 of these priorities 3 and 4 S/O's were related to Fire Alarm systems and life safety issues. Initial response times are way overdue and are still open and show an in shop status.

S/O EM 122782R entered in IFS 25 Sept 02 for Intercom system in bldg 106. Initial response is over 6 days and customer has not been notified as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order. This is a second occurrence; S/O EM 122782R 18 Sept 02 was 4 days overdue.

IFS shop 30 and 85D shows between 23 and 27 Sept that several S/O's were overdue a response. Customer has not been notified as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.
EF 127912R 5 days overdue.
EF 128062R 5 days overdue.
EA 128612R 4 days overdue.
MK 125432R 8 days overdue.
EA 126392R 8 days overdue.

Customer complaint 26 Sept 02 about Fire doors not properly functioning during testing in bldg 315, USARC Headquarters. E-Mail states that Griffin Services, after 2 tests the same day, did not try to determine what the problem was and only wanted to get the manufacturers of the equipment together for a meeting so the manufacturers could determine what the problems were and how it could be corrected. This meeting would have been on 4 Oct 02. Had there been a real emergency during that time it would have been a totally unacceptable dangerous situation.

S/O MB 123412R and MD 124942R entered in IFS on 16 and 19 Sept 02 for fire alarms were 2 and 5 days overdue a response. S/O's were a priority 4 and should have been a priority 3. Customer has not been notified as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.

S/O EA 124562R, EA 124572R and RH 705962R entered in IFS 18 Sept 02 for fire alarms are 6 days overdue a response. Customer has not been notified as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.

S/O VG 124982R entered in IFS on 19 Sept 02 to install access system in bldg 101 is overdue 5 days. Customer has not been notified as to when to

expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.

S/O RH 705722R and MD 115722R entered in IFS 26 Aug 02 for fire alarm service for USARC Hqtrs. Both are more than 9 days overdue a response. Customer has not been notified as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.

W/O NN 000382P on 29 May 02 by 3rd USA bldg manager to hard wire Hirsch control panel. W/O was given to contractor to estimate on 14 Jun 02 and was approved 18 Jul 02 and returned to contractor for work. 21 Aug 02 customer called QAE and inquired as to why work had not been done. Contractor's E & C shop said that work would have to be done by their electrician. Contractor held W/O from 18 Jul 02 to 21 Aug 02 which caused an outside contractor to perform the work to meet deadline.

S/O PXG 119132R entered in IFS 5 Sept 02 for store alarm not resetting. Initial response was overdue by 3 days. Customer has not been notified as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.

S/O EF 117962R entered in IFS 3 Sept 02 for fire alarm service by Cpt. Madden of the Fire Dept. is over due a response by 5 days. Customer has not been notified as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.

S/O MK 705832R entered in IFS 3 Sept 02 for Staff Row camera inoperative. Initial response is 5 days overdue. Customer has not been notified as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.

S/O PXM 121342R entered in IFS 10 Sept 02 for Fire Alarm system. Initial response is 2 days overdue. Customer has not been notified as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.

S/O FC 122302R entered in IFS 12 Sept 02 for locksmith problem. Initial response is overdue 5 days. Customer has not been notified as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.

S/O's EF 119862R and EF 119882R entered in IFS 6 Sept 02 for Fire Alarm service. Initial response is overdue 6 days. Customer has not been notified

as to when to expect a start date, no work has been done and no documentation indicating any work has been started or any materials are on order.

Customer complaint about Bugle call from Garrison Commander Col. Cooney on 13 Sept 02. Retreat played on time then 2 times it played duty call. This situation has happened before and a contractor that Griffin used installed the system and the system malfunctions. System needs to be repaired and fully operational before the warranty expires.

On Oct 2nd, the Supply QAE notified Maintenance QAE that the containers for 3rd Army were needed at Supply for loading. Maintenance QAE checked with Griffin Maintenance Shop supervisor to find out if they were ready for shipment and found that the job was not completed and the equipment was not ready for export. Griffin Services maintenance shop bldg 400 was given a mission 03-priority requirement by Third Army to paint 36 Milvans for deployment. Job was received 19 Aug 02, work was started 20 Aug. As of 15 Nov 02 work is still not completed. Total allotted time is 289 hours to do the project and time spent is 151 hours.

Excessive time is being charged to W/O's for repairs to equipment beyond the authorized Military Expenditure Limit.

Contractor's maintenance section is sending out equipment for repairs /modification without prior approval of the government.

Contractor 's roads and grounds personnel are not keeping the wash rack clean and serviceable at Ft. McPherson.

Generator set at bldg 363 Ft. McPherson was serviced and necessary repairs were not performed at the time of service possibly causing a failure.

Maintenance QAE has observed Contractor personnel wandering around with no apparent urgency to accomplish assigned tasks.

Time sheets and SAMS printouts not made ready or not done for the prior day causing a delay for management to keep track of labor for employees in bldg 400 Ft. Gillem.

Government changed procedures to better performance of SAMMS and IFS systems to capture labor and material cost and the Contractor refuses to use the IFS system as directed.

Tactical (Rating for Sept 70%)

Non-Tactical (Rating for Sept 70%)

Electronics (Rating for Sept 69%)

Locksmith (Rating for Sept 80%)

Miscellaneous (Rating for Sept 73%)

See Enclosure 3

c. Environmental: (Rating for Sept 73%)

For the Month Contractor has kept the HazMat yards at both installations are clean. Drums of well water have not been moved as directed by the Government 3 month's prior.

See enclosure 4

d. Transportation (Rating for Sept 82%)

Fleet Manager: (Rating for Sept 80%)

Passenger Movement (Rating for Sept 80%)

Contractor employee, Bob Anderson, still refuses to use a cheaper way of communicating with the Government or other contractors to complete mission requirements. He would rather use cell phone than 2-way radio feature.

Contractor did not supply other agencies of impending flight information.

Contractor using unnecessary rudeness and cursing at QAE.

Movement Coordinator (Rating for Sept 94%)

Freight (Rating for Sept 75%)

See Enclosure 5

e. Supply Services (Rating for Sept 78%)

Incorrect data is being used on the material Request forms and labor costs cannot be captured; incorrect work order numbers.

| | |
|---|---|
| **Excess Management:** | **(Rating for Sept 75%)** |
| **Ammunition Supply Point:** | **(Rating for Sept 90%).** |
| **Property Book:** | **(Rating for Sept 75%).** |
| **DRMO:** | **(Rating for Sept 70%).** |
| **PR Processing & Data Entry:** | **(Rating for Sept 80%).** |

**See Enclosure 6**

**II. Technical and Business Management:**

| | |
|---|---|
| **a. Budget and Cost Control** | **(Rating for Sept 60%)** |
| **b. Staffing and Personnel:** | **(Rating for Sept 40%)** |
| **c. Government Property:** | **(Rating for Sept 60%)** |

**See Enclosure 7**

**III. Quality Control (QC):**

| | |
|---|---|
| **a. System Implementation and Maintenance:** | **(Rating for Sept 20%)** |
| **b. Corrective Action:** | **(Rating for Sept 20%)** |

**An additional $815k was funded at year-end to cover a portion of the anticipated option year shortfall. At current spending funds will be exhausted by mid December well before the expiration date of 28 Feb 03 which will require an additional $1M. Griffin has made no effort to reduce their spending costs.**

**Staffing with trained qualified personnel is still a problem. The plumber received a S/O for Staff Row Quarters for no water to washing machine and he had to call in a Sub-contractor to locate a valve that was stripped. Their quality of personnel has not improved. They only change out parts or appliances that they are not able to repair. The Government personnel are able to repair what they say is un-repairable.**

**The System Implementation and Maintenance area seems to be getting worse and this is a very serious problem area. I am not sure they know what their responsibilities are. They need to get on the job site and check behind their supervisors and employees.**

The Government Property area has not improved. I still find Contractor employees riding around with tools still in the back of their trucks being exposed to the weather.

Corrective Action is still a problem. Griffin has restaffed the Quality Control section for the third time.

Preventative maintenance is still not being performed properly as required by the PMI schedule. There are repeated buildings showing up on the weekly list.

See Enclosure 8.

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encl (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

ORIGINAL

AFZK-IS-OF 04 November 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 October – 31-October 2002.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 October– 31 October 2002 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of October, does not meet contract requirements. The rating for this period is (60.27%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed twenty (20) months at the contract full performance level. Management does not seem to be very efficient in reducing their spending costs.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property Operation Maintenance and Repair

Four occurrences of Contractor not performing street light maintenance as required on Ft. Gillem. Which has led to four CDR's for the same problem.

Two Customer complaints that Contractor is not performing weed eating or edging of certain areas after cutting and contractor has to be called back by tenant to complete the job.

Water leak in the 700 area of Ft. Gillem believed to have been leaking since 1430 hrs 30 Oct 02. Contractor had no plumber on post to turn off water and could not get plumber from Fort McPherson to come over. ACOR got a person from Ginn Group to shut off water. Contractor didn't start on the problem until 1600 hrs on 30 Oct.