17 Oct 02 a S/O was called in about a sewer smell in bldg 180 break area. ACOR notified QAE about the problem on 23 Oct 02 who upon research found that the Contractor's plumber tried several attempts to unstop the drain were of no success. Plumber told tenants that he would notify ACOR of the problem that he could not fix. The plumber did not notify ACOR of the problem. Days later the drain is still clogged and the carpet soiled with raw sewage. ACOR called a private contractor who fixed the problem in 30 minutes. Tenants want a new carpet to replace the soiled one.

S/O PXG 118712R entered in IFS 04 Sept to install guardrail around A/C unit. S/O was closed on the same day with no work being done.

S/O HH 122112R entered in IFS 11 Sept and first response was 12 days later. Not IAW the PWS.

S/O EF 063242R entered in IFS 09 Apr and was completed on 25 Sept. Not IAW the PWS.

S/O EO 100852R entered in IFS 17 Jul to replace exhaust hose. First response was 03 or 11 Oct depending on which record is viewed.

S/O VG 121102R entered in IFS 10 Sept to replace warped wood on bldg. Then prime and paint. Initial response was 18 Sept 02. Not IAW the PWS.

S/O 81 128962R entered in IFS 30 Sept 02 to hang projector screen in basement. Initial response was 16 Oct 02. Not IAW the PWS.

S/O NG 118962R entered in IFS 04 Sept 02 to replace burned out lights on dock of bldg 211. Initial response was 16 Sept 02. Not IAW the PWS.

S/O VG 002663R entered in IFS 08 Oct 02 for smell coming from ballast. Initial response was 15 Oct 02. Not IAW the PWS.

S/O VG 083232R entered in IFS 03 Jun 02 to hand blinds that fell in CG Office. First response was 05 Jun 02. No further work was done until 29 Aug 02 when material was ordered. Completed on 07 Oct 02.

S/O MC 122392R entered in IFS 12 Sept 02 to realign door. First response was 09 Oct 02. Not IAW the PWS.

S/O PXG 125002R entered in IFS 19 Sept 02 for post leaking from roof. S/O closed on 09 Oct noting that a contractor did work.

S/O GA 129332R entered in IFS on 30 Sept 02 to paint wall behind a desk. First response was 08 Oct 02. Not IAW the PWS.

S/O UB 128892R entered in IFS 30 Sept 02 for buzzing noise in electrical room. First response was 10 Oct 02. Not IAW the PWS.

S/O GN 122882R entered in IFS 13 Sept 02 to make signs. Material ordered on 25 Sept 02. Not IAW the PWS.

S/O MN 076362R entered in IFS 14 May 02 and not completed until 23 Sept 02. Not IAW the PWS.

S/O HH 122112R entered in IFS 11 Sept 02 and first response was 27 Sept 02. Not IAW the PWS.

S/O NU 086052R entered in IFS07 Jun 02 as priority 3 and first response was 11 Jul 02. Not IAW the PWS.

S/O VG 117522R entered in IFS 29 Aug 02 to spot repair sidewalk. First response was 23 Sept 02. S/O closed within guidelines but work was not completed and customer was unaware that S/O was closed.

S/O EF 106082R entered in IFS 30 Jul 02 to repair gas meter. S/O was completed on 21 Aug 02. Customer says that the same problem still exists.

S/O GT 128222R was entered in IFS as an electrical task when it should have been plumbing task.

S/O GT 128882R entered in IFS 30 Sept to repair garage door. S/O was completed same day with 2 hours charged. Occupant states the door worked 1 time and broke again. S/O GT 000593R entered in IFS 02 Oct 02 and a new opener was ordered. As of date the door is still broken.

S/O FC 126542R entered in IFS 24 Sept 02 to install security lighting on dock. S/O was closed 25 Sept 02 with 5 hours charged. Customer states work was never done.

S/O GL 126202R entered in IFS 23 Sept 02 to replace tile in restroom. S/O closed 25 Sept 02 with 2 hours time charged. Customer states work was not done.

Contractor personnel were seen at the Ft. Gillem Credit Union in a Govt. vehicle on personal business during duty hours.

Contractor failing to input time sheet information into system properly and on time and provide reports as requested by the business office.

| | |
|---|---|
| Grounds Maintenance | (Rating for Oct 80%) |
| Carpentry | (Rating for Oct 72%) |
| Plumbing | (Rating for Oct 94%) |
| Painting & Signs | (Rating for Oct 50%) |
| Preventive Maintenance Service | (Rating for Oct 50%) |
| Underground Utilities | (Rating for Oct 55%) |
| Fencing Services | (Rating for Oct 75%) |
| Electrical, Lighting, Maintenance, Interior & Exterior | (Rating for Oct 75%) |
| Appliances | (Rating for Oct 69%) |

Continuous effort at completing service orders is not being performed. Random sample of 34 S/O's indicated that 10 were past due for completion and 1 was 18 days past due.

| | |
|---|---|
| Service Order/Work Order Reception IFS Input | (Rating for Oct 65%) |
| Incidental tasks | (Rating for Oct 100%) |

See Enclosure 2

b. Equipment Maintenance

Contractor is not keeping equipment purchased by the Government for their use in a neat and orderly manner and are letting repair parts stay out in the weather in the back of the bucket truck that will be unserviceable when the are needed for repairs.

On several occasions the Maintenance shop, Bldg 400, has closed for the day earlier than scheduled business day.

On 09 Oct 02, Maintenance QAE went to bldg 400 and found that no one was working in the shop area or management area. This is a reoccurring

problem in the Maintenance shop. Housekeeping is not being performed as required. Several items of Haz Mat were not secured in their required areas.

Customer complaint; Wants to know when the security cameras in bldg 212 and the 600 areas will be back in operation. S/O E209556 entered in IFS 20 Feb 02 to replace existing cable with fiber optic cable. S/O states that there has been 206.5 hours charged against the S/O and work has not been completed and equipment is not operational.

Service orders pertaining to Fire Alarm equipment.
S/O EA 004563R is 6 days over due a response.
S/O EA 004253R is 10 days over due a response.
No material on order, or any documentation indicating any and customer has not been notified when to expect a start or repair date.

Second occurrence. S/O MQ 001273R is 18 days overdue a response to change out a security alarm keypad. No material on order, or any documentation indicating any and customer has not been notified when to expect a start or repair date.

S/O NZ 002193R to reroute wires from alarm panel in bldg 200. Initial response is 18 days overdue. No material on order, or any documentation indicating any and customer has not been notified when to expect a start or repair date.

Service orders to repair typewriters were several days overdue. No material on order, or any documentation indicating any and customer has not been notified when to expect a start or repair date.
S/O GA 000163R 24 days. S/O PS 000793R 23 days.
S/O FC 008003R 3 days S/O GA 000203R 24 days.
S/O NZ 007143R 7 days

S/O EO 001483R entered in IFS for Fire Alarm for bldg 59. As of 03 Oct 02 S/O shows completed. Should have been in "material on order status". QAE is holding 49 for parts on order against S/O. On 07 Oct S/O was closed with 5 hours charged.

S/O CO 129312R entered in IFS 30 Sept 02 for bugle call to low. S/O is 8 days over due a response.

Tactical (Rating for Oct 66%)

Non-Tactical (Rating for Oct 72%)

Electronics (Rating for Oct 69%)

Locksmith (Rating for Oct 80%)

Miscellaneous (Rating for Oct 71%)

See Enclosure 3

c. Environmental: (Rating for Oct 78%)

Hazardous material containers must always be kept closed during storage. Containers in B400 Ft. Gillem with sandblast media were found left open.

Contractor has been asked several times to remove the water sampling drums from the perimeter road at Ft. Gillem and have not done so.

See enclosure 4

d. Transportation (Rating for Oct 82%)

Improvements have been made in the Transportation area since last month.

Fleet Manager: (Rating for Oct 80%)

Contractor has shown improvement in obtaining lower cost vehicles for the Government.

Passenger Movement (Rating for Oct 80%)

Coordinator is using the cheaper way of communication.

Movement Coordinator (Rating for Oct 94%)

Freight (Rating for Oct 75%)

See Enclosure 5

e. Supply Services (Rating for Oct 78%)

Contractor has made improvements in this area.

Excess Management: (Rating for Oct 75%)

Ammunition Supply Point: (Rating for Oct 90%).

Property Book: (Rating for Oct 75%).

DRMO: (Rating for Oct 70%).

PR Processing & Data Entry: (Rating for Oct 80%).

See Enclosure 6

II. Technical and Business Management:

a. Budget and Cost Control (Rating for Oct 60%)

b. Staffing and Personnel: (Rating for Oct 40%)

c. Government Property: (Rating for Oct 60%)

See Enclosure 7

III. Quality Control (QC):

a. System Implementation and Maintenance: (Rating for Oct 20%)

b. Corrective Action: (Rating for Oct 20%)

Griffins expenditures continue to run $140-$150K a month over funded levels. Only $33K remains of the funding provided when the option year was exercised. The additional $815k funded at year-end to cover the shortfall will be exhausted by mid-December, well before the expiration date of 28 Feb 03. Griffin has made no progress to reduce their spending costs and achieving efficiencies.

Staffing and personnel have not seen any changes to date.

The Government Property area is still not being cared for. One incident of employee charged with taking Government Property.

The System Implementation and Maintenance has seen no new changes in this area.

Corrective Action has seen some changes in this area with personnel changes.

Preventative maintenance is being performed properly as required by the PMI schedule. There needs to be more housekeeping performed in the mechanical rooms.

See Enclosure 8.

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encl (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)

ORIGINAL

AFZK-IS-OF 04 November 2002

MEMORANDUM FOR Commander, FORSCOM, Army Atlanta Contracting Center, ATTN: AFLG-PRC (Mr. Jesse Watkins), Bldg 131, and 1301 Anderson Way, Fort McPherson, GA 30330-6000

SUBJECT: Consolidated Performance Evaluation for DAKF11-00-C-0006, Performance Period 01 November – 30-November 2002.

1. Enclosed is the supporting documentation for the performance evaluation period beginning 01 November– 30 November 2002 submitted by the Installation Service Support Center, Fort McPherson, GA.

2. Based on this summary (encl attached), the overall performance for the month of November, does not meet contract requirements. The rating for this period is (64.81%) supported by the enclosed documentation. This report is a compilation of data from personal observation, customer comments, and observations from government managers, functional experts and government Quality Assurance Evaluators.

See Enclosure 1

3. The Contractor has completed twenty-one (21) months at the contract full performance level. Management does not seem to be efficient in reducing their spending costs.

4. Evaluations for each work center are provided below:

I. Performance of Work:

a. Real Property Operation Maintenance and Repair

Contractor's employee was seen at a drive thru restaurant in a Government vehicle during lunchtime.

12 Nov 02 at 0755 hours, QAE was enroute to FT. McPherson and noticed that a Contractor employee was at a convenience store. Vehicle was parked next to building and not at gas pumps.

Contractor responded to an oil spill in bldg 200 after a generator lost a head gasket. Employee showed up with drums and dry sweep for personnel at bldg 200 to use. Employee was asked if they had a Haz Mat team and the response was that they used to and his job description states that he was only to deliver the materials for cleanup. Ginn Group had to perform the cleanup and put Haz Mat into drums.

Contractor employee went to bldg 326 to get an escort to the Milstar Station, bldg 331, to perform generator maintenance. Contractor stated to escort that there was not any need for him to perform the maintenance because they were loosing their jobs. Employee only signed the paperwork inside the generator and only visually looked at the generators.

Contractor not repairing appliances as needed, only swapping out appliances. A refrigerator that supposedly had a bad compressor in fact only had dirty coils and operated fine after cleaning by Government personnel.

S/O GA 007633R entered in IFS 21 Oct 02 for sliding glass door. First response was 23 Oct 02. Not IAW the PWS.

S/O GZ 003263R entered in IFS 09 Oct 02 for reset button in sauna tripping. First response was 23 Oct 02. Not IAW the PWS.

S/O EF 128692R entered in IFS 27 Oct 02 for loose awning. First response was same day to check scope of work and charged ½ hour. 9 days later another employee charged 3 hours to check scope of work. No other work was done until 22 and 23 Oct 02 when S/O was completed. Should have been a priority 3 instead of priority 4 due to urgency.

S/O VG 003623R entered in IFS to label service panel and install outlets. 61/2 hours have been charged and work has not been completed.

S/O VG 003563R entered in IFS to install a half door. POC stated that he stopped work and requested that another way of doing work be found that-the work was unacceptable. S/O was closed and no further work was done.

Customer complains that the Contractor does not clean up after completing projects. Contractor removed fire extinguishers and plane 2 doors in bldg 101 Ft. Gillem on 1st floor and left wood shavings and trash for the Work Tech to clean up on 04 Nov 02.

S/O GT 006103R entered in IFS 17 Oct 02 to replace commode top. Contractor incorrectly charged task codes, and hours worked to the S/O.

S/O GT 006123R entered in IFS 17 Oct 02 to repair French doors that won't close. First response was 08 Nov 02. Not IAW the PWS.

S/O GT 003863R entered in IFS 10 Oct 02 for window that won't open. First response was 04 Nov 02. Not IAW the PWS.

S/O EF 000233R entered in IFS 01 Oct 02 to straighten fence post on a priority 4. First response was 22 Oct 02 and work has not been done and S/O is closed.

S/O CI 001173R entered in IFS 03 Oct 02 to replace light. First response was 12 Nov 02. Not IAW the PWS.

S/O VG 008483R entered in IFS 23 Oct 02 to replace lights. First response was 13 Nov 02. Not IAW the PWS.

Duplicated S/O's EF 008413R and EF 008553R entered in IFS 23 Oct 02 to replace light. EF 008553R completed on 30 Oct 02 with ½ hour charged and was IAW the PWS. EF 008413R was not closed until 13 Nov 02 and 1 hour was charged. Both were for replacing lights in the same place.

Contractor failing to input time sheet information into system properly and on time and provide reports as requested by the business office. QAE inspection of worksheets finds that there is a 12.5% error in the input data process.

| | |
|---|---|
| Grounds Maintenance | (Rating for Nov 79%) |
| Carpentry | (Rating for Nov 85%) |
| Plumbing | (Rating for Nov 83%) |
| Painting & Signs | (Rating for Nov 100%) |
| Preventive Maintenance Service | (Rating for Nov 80%) |
| Underground Utilities | (Rating for Nov 58%) |
| Fencing Services | (Rating for Nov 70%) |
| Electrical, Lighting, Maintenance, Interior & Exterior | (Rating for Nov 78%) |
| Appliances | (Rating for Nov 60%) |

Continuous effort at completing service orders is not being performed. Random sample of 24 S/O's indicated that 5 were past due for completion. 1 S/O was 19 days past due and 2 were 29 days past due.

| | |
|---|---|
| Service Order/Work Order Reception IFS Input | (Rating for Nov 65%) |

Incidental tasks (Rating for Nov 100%)

See Enclosure 2

b. Equipment Maintenance

QAE checked the wash rack at bldg 400 and found various engine parts and trash left behind and the area was not washed down after use.

On 14 Oct 02, Maintenance QAE went to bldg 400 and found that no one was working in the shop area or management area. This is a reoccurring problem in the Maintenance shop. No work was being performed as required until the end of the duty day. One office tech was in the office and not answering the phone and several personnel were hanging around the South door waiting to leave. This is a second or third occurrence of this problem.

Service orders pertaining to Fire Alarm equipment called in on 28 and 29 Oct 02.
S/O EF 010273R is 8 days over due a response.
S/O EA 011033R is 7 days over due a response.
No material is on order, or any documentation indicating any and customer has not been notified when to expect a start or repair date.

Service orders to repair typewriters were several days overdue. No material is on order, or any documentation indicating any and customer has not been notified when to expect a start or repair date.
S/O EF 010023R 12 days. S/O TI 013453R 4 days.

S/O EF 014483R entered in IFS 07 Nov 02 for Fire Alarm was 6 days overdue. No material is on order, or any documentation indicating any and customer has not been notified when to expect a start or repair date. Follow up indicates that S/O is now 11 days overdue.

S/O EA 004563R is 6 days overdue and EA 004253R is 10 days overdue for Fire Alarm systems entered in IFS 11 and 15 Oct 02. No material is on order or any documentation indicating any and customer has not been notified when to expect a start or repair date. Follow up indicates that S/O's are now 36 days overdue.

Improper documentation, Contractor using wrong paperwork to charge accounts using "K" dollars instead of "L" dollars.

Tactical (Rating for Nov 68%)

Non-Tactical (Rating for Nov 79%)

Electronics (Rating for Nov 72%)

Locksmith (Rating for Nov 80%)

Miscellaneous (Rating for Nov 76%)

See Enclosure 3

c. Environmental: (Rating for Nov 78%)

Hazardous material containers must always be kept closed during storage. Containers in B400 Ft. Gillem with sandblast media were found left open.

Contractor has been asked several times to remove the water sampling drums from the perimeter road at Ft. Gillem and have not done so.

See enclosure 4

d. Transportation (Rating for Nov 82%)

Improvements have been made in the Transportation area since last month.

Fleet Manager: (Rating for Nov 80%)

Contractor has shown improvement in obtaining lower cost vehicles for the Government.

Passenger Movement (Rating for Nov 80%)

Coordinator is using the cheaper way of communication.

Movement Coordinator (Rating for Nov 94%)

Freight (Rating for Nov 75%)

See Enclosure 5

e. Supply Services (Rating for Nov 78%)

Contractor has made improvements in this area.

Excess Management: (Rating for Nov 75%)

Ammunition Supply Point: (Rating for Nov 100%).

Property Book: (Rating for Nov 75%).

DRMO: (Rating for Nov 70%).

PR Processing & Data Entry: (Rating for Nov 70%).

See Enclosure 6

II. Technical and Business Management:

a. Budget and Cost Control (Rating for Nov 60%)

b. Staffing and Personnel: (Rating for Nov 50%)

c. Government Property: (Rating for Nov 65%)

See Enclosure 7

III. Quality Control (QC):

a. System Implementation and Maintenance: (Rating for Nov 35%)

b. Corrective Action: (Rating for Nov 40%)

Griffins expenditures exceeded funded levels by $100-$120K for the month. The original amount funded when the option year was exercised has depleted, as well as $406K of the additional $815K funded at yearend 02. Griffins current spending rate will exhaust all available funds prior to 31 December, requiring approximately $1M to carry us to the option year expiration date of 28 Feb 03.

Staffing and personnel has seen some changes made in this area when Mr. Mullins took over the public works side and made some staffing changes.

The Government Property area is one of the reasons that they are failing so much. Parts and material is ordered and misplaced or lost and the Service order never gets completed.

In the System Implementation and Maintenance section, The Contractor has implemented a new action plan and there seem to be some improvement.

Corrective Action still has a problem with Quality control. Contract was bid with three people and apparently only one QC is working both posts.

**Preventative maintenance is being performed properly as required by the PMI schedule. Mr. Mullens turns in a PM schedule each week and ensures that the work was performed.**

**See Enclosure 8.**

4. For additional information concerning this report contact is Marvin E. Head, (404) 464-4451, BLDG 181, Fort McPherson, GA.

Encl (8)

MARVIN E. HEAD
Contracting Officer's Representative (COR)
PWS Contract Administration Office
Installation Support Service Center (ISSC)