**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Administrative Contracting Officer**
**Quarterly Performance Period**
**1 September 2002 - 30 November 2002**

## II. Technical and Business Management (35%)

### a. Budget and Cost Control — Non-Satisfactory 60

*"The contractor's efforts to control costs through effective cost management, production cost control, accounting and data collection systems. Also includes the budgeting procedures and programming techniques that meets these goals."*

**The Contractor's overall performance in Budget and Cost Control is considered Non-Satisfactory.**

**Discussion:** Throughout his entire performance period the contractor has failed in his ability to control cost. He continues to operate in an overrun mode and appears to have no desire or motivation to get cost under control, although the contractor has stated from the beginning and especially during various meetings with the Government that they are taking appropriate steps to cut cost. At no time has the contractor presented any plan of action or shown any attempt to get cost under control.

**Recommendation:** Due to recent decision by the Government not to exercise the upcoming option period, this office feels recommendations would be a mute issue at this time.

### b. Staffing and Personnel — Non-Satisfactory 60

*"The effectiveness of recruitment, hiring and retention of skilled and qualified personnel, turnover rate, productivity incentive programs, and employee morale and welfare programs will be evaluated. Includes the contractor's social and economic programs such as Equal Employment Opportunity."*

**The Contractor's overall performance in Staffing and Personnel is considered Non-Satisfactory.**

**Discussion:** Contractor has a very diversified work force. Turn over rate has decreased from previous periods. There have been a few terminations but the contractor has been able to retain many of his employees. Reason for the retention of employees could very well be due to current employment trends. Where the contractor continues to fail in his performance is the inability to hire skilled and qualified employees, especially in the facility maintenance and preventive maintenance areas. Disciplinary action shown by the contractor against poor employees seems to be adequate. Disciplinary action usually consists of a three-day suspension to actual termination. Morale appears to be decreasing which is more than likely accredited to the recent decision not to exercise the next option period. Incentive programs appear to be nonexistent. The only program the contractor has stated that was in effect and all employees have been informed was the sharing of the Award Fee amount. This the Government found very disturbing since the contractor has received on a very small percent of the Award Fee.

**Recommendation:** Due to recent decision by the Government not to exercise the upcoming option period, this office feels recommendations would be a mute issue at this time.

**c. Government Property** **Non-Satisfactory 60**

*"The contractor's implementation of the contractor's property control plan will be evaluated. Government property identification, control, reporting, inventory, care, maintenance and use of government property will be evaluated for compliance with the property control plan."*

**The Contractor's overall performance of government property is Satisfactory.**

**Discussion:** Reports received by this office indicates various equipment initially issued to the contractor is now missing. Equipment reported missing is primarily roads and grounds equipment, tools and supplies. Although a current inventory is under way, no official report has been received, nor has the contractor submitted any reports indicating missing equipment. Recently an investigation by the CID and MPs indicated three contractor employees were involved in the theft of various equipment, which was discovered, in a former employees' home. No official report has been received by this office. The handling and care of equipment is also a negative issue, contract employees are constantly damaging or neglecting equipment. Equipment and supplies are left in the rear of vehicles where they are exposed to the elements or unsecured in their locations. Government furnished vehicles is another area which has reported excessive damage to vehicles which also has not been reported by the contractor.

**Recommendation:** Due to recent decision by the Government not to exercise the upcoming option period, this office feels recommendations would be a mute issue at this time.

K. Jan Stowell
Contracting Officer

**Criteria Weights**
**Quarterly Performance Period**
**1 September 2002 – 30 November 2002**

**Administrative Contracting Officer**

**Technical and Business Management ..........................35%**

| Factor | Adjective | Score | Weight |
|---|---|---|---|
| Budget and Cost Control | Non-Satisfactory | 60 | 60% |
| Staffing and Personnel | Non-Satisfactory | 60 | 20% |
| Government Property | Non-Satisfactory | 60 | 20% |

1

# Installation Sup[illegible] Services Center
## Award Fee Evaluation
## 1 September 2002 - 30 November 2002

| | Major Weights | Sub Weights | Sub-Element Weights | September COR Scores | October COR Scores | November COR Scores | Sept. thru Nov. ACO Scores | Sub-Element Weighted Scores | Sub Weight Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|---|---|---|---|
| **I. Performance of Work** | **50.00%** | | | | | | | | | **37.25** |
| A. Real Property Operation Maintenance & Repair | | 50.00% | | | | | | | 36.25 | |
| Grounds Maintenance | | | 20.00% | 80.00 | 80.00 | 79.00 | N/A | 15.93 | | |
| Carpentry | | | 5.00% | 84.00 | 72.00 | 85.00 | N/A | 4.02 | | |
| Plumbing | | | 5.00% | 93.00 | 94.00 | 83.00 | N/A | 4.50 | | |
| Painting & Signs | | | 5.00% | 55.00 | 50.00 | 100.00 | N/A | 3.43 | | |
| Preventive Maintenance Services | | | 20.00% | 60.00 | 50.00 | 80.00 | N/A | 12.70 | | |
| Underground Utilities | | | 5.00% | 60.00 | 55.00 | 58.00 | N/A | 2.88 | | |
| Fencing Services | | | 5.00% | 70.00 | 75.00 | 70.00 | N/A | 3.58 | | |
| Electrical, Lighting, Maintenance, Interior & Exterior | | | 5.00% | 95.00 | 75.00 | 78.00 | N/A | 4.13 | | |
| Applicances | | | 5.00% | 70.00 | 69.00 | 60.00 | N/A | 3.31 | | |
| Service Order/Work Order Reception/IFS Input | | | 20.00% | 65.00 | 65.00 | 65.00 | N/A | 13.00 | | |
| Incidental Tasks | | | 5.00% | 100.00 | 100.00 | 100.00 | N/A | 5.00 | | |
| | | | 100.00% | | | | | 72.49 | | |
| B. Equipment Maintenance | | 20.00% | | | | | | | 14.60 | |
| Tactical | | | 20.00% | 70.00 | 66.00 | 68.00 | N/A | 13.60 | | |
| Non-Tactical | | | 20.00% | 70.00 | 72.00 | 79.00 | N/A | 14.74 | | |
| Electronics | | | 20.00% | 69.00 | 69.00 | 72.00 | N/A | 14.00 | | |
| Locksmith | | | 20.00% | 80.00 | 80.00 | 80.00 | N/A | 16.00 | | |
| Miscellaneous | | | 20.00% | 73.00 | 71.00 | 76.00 | N/A | 14.67 | | |
| | | | 100.00% | | | | | 73.02 | | |
| C. Environmental | | 10.00% | | 73.00 | 78.00 | 78.00 | N/A | | 7.64 | |
| D. Transportation | | 10.00% | | | | | | | 8.23 | |
| Fleet Manager | | | 25.00% | 80.00 | 80.00 | 80.00 | N/A | 20.00 | | |
| Passenger Movement | | | 25.00% | 80.00 | 80.00 | 80.00 | N/A | 20.00 | | |
| Movement Coordinator | | | 25.00% | 94.00 | 94.00 | 94.00 | N/A | 23.50 | | |
| Freight | | | 25.00% | 75.00 | 75.00 | 75.00 | N/A | 18.75 | | |
| | | | 100.00% | | | | | 82.25 | | |

# Installation Supp Services Center
## Award Fee Evaluation
## 1 September 2002 - 30 November 2002

| | Major Weights | Sub Weights | Sub-Element Weights | September COR Scores | October COR Scores | November COR Scores | Sept. thru Nov. ACO Scores | Sub-Element Weighted Scores | Sub Weight Point Calculation | Total Performance Points |
|---|---|---|---|---|---|---|---|---|---|---|
| E. Supply Services | | 10.00% | | | | | | | 7.80 | |
| Excess Management | | | 20.00% | 75.00 | 75.00 | 75.00 | N/A | 15.00 | | |
| Ammunition Supply Point (ASP) | | | 20.00% | 90.00 | 90.00 | 100.00 | N/A | 18.68 | | |
| Property Book | | | 20.00% | 75.00 | 75.00 | 75.00 | N/A | 15.00 | | |
| DRMO | | | 20.00% | 70.00 | 70.00 | 70.00 | N/A | 14.00 | | |
| PR Processing & Data Entry | | | 20.00% | 80.00 | 80.00 | 70.00 | N/A | 15.32 | | |
| | | | 100.00% | | | | | 78.00 | | |
| **Total Performance of Work** | | 100.00% | | | | | | | | |
| **II. Technical and Business Management** | **35.00%** | | | | | | | | | **20.54** |
| A. Budget and Cost Control | | 60.00% | | 60.00 | 60.00 | 60.00 | 60.00 | | 36.00 | |
| B. Staffing and Personnel | | 20.00% | | 40.00 | 40.00 | 50.00 | 60.00 | | 10.34 | |
| C. Government Property | | 20.00% | | 60.00 | 65.00 | 65.00 | 60.00 | | 12.34 | |
| **Total Tech. and Bus. Management** | | 100.00% | | | | | | | 58.68 | |
| **III. Quality Control** | **15.00%** | | | | | | | | | **4.26** |
| A. System Implementation and Maintenance | | 50.00% | | 20.00 | 20.00 | 35.00 | N/A | | 12.55 | |
| D. Corrective Action | | 50.00% | | 20.00 | 35.00 | 40.00 | N/A | | 15.88 | |
| **Total Quality Control** | | 100.00% | | | | | | | 28.43 | |
| **Total Performance Points** | | | | | | | | | | **62.05** |

**INSTALLATION SUPPORT SERVICES CENTER**
**Contract DAKF11-00-C-0006**
**Griffin Services, Inc.**
**Award Fee Board**

**Award Fee Pool**
**Quarterly Performance Period**
**1 September 2002 - 30 November 2002**

| Contract Amount | Annual Award Fee Amount | Amount Of Award Fee Available This Period |
|---|---|---|
| A | B | C |
| | | |
| $3,608,832.27 | $144,353.29 | $36,088.32 |

**PREVIOUS AWARD FEES EARNED:**

**16 Jan 2001 - 28 Feb 2001**
**(Accelerated Period)**

Amount Awarded: $0
Points Earned: 62.50

**1 Mar 2001 - 31 May 2001**

Amount Awarded: $0
Points Earned: 64.03

**1 Jun 2001 - 31 Aug 2001**

Amount Awarded: $0
Points Earned 67.74
Score upgraded to 70.0 by
Award Fee Board members

**1 Sep 2001 - 30 Nov 2001**

Amount Awarded: $2,088.65
Points Earned: 74.84

**1 Dec 2001 - 28 Feb 2002**

Amount Awarded: $ 417.73
Points Earned: 71.11

**1 Mar 2002 - 31 May 2002**

Amount Awarded: $0
Points Earned: 64.14

**1 Jun 2002 - 31 Aug 2002**

Amount Awarded: $0
Points Earned: 57.88

**1 Sep 2002 - 30 Nov 2002**

Amount Awarded:
Points Earned:

**Award Fee Pool**
**Quarterly Performance Period**
**1 September 2002 – 30 November 2002**

| PERFORMANCE POINTS | FEE % CONVERSION | AVAILABLE FEE | CONTRACTOR FEE EARNED |
|---|---|---|---|
| 62.05 | 62% | $144,353.29 | $ 0 |

## CRITERIA WEIGHTS

The performance criteria are weighted to express their relative importance. These weights may be waived only if, during the monthly evaluation period, a significant incident has occurred that is of a magnitude that it merits waiver of these weights. The ACO is responsible for any change in the criteria weights. The change must be supported in writing.

**CRITERIA WEIGHTS**

| | | |
|---|---|---|
| **I. Performance of Work** | | **50%** |
| **a. Real Property Operation, Maintenance & Repair** | **(50%)** | |
| **b. Equipment Maintenance** | **(20%)** | |
| **c. Environmental** | **(10%)** | |
| **d. Transportation** | **(10%)** | |
| **e. Supply Services** | **(10%)** | |

| | | |
|---|---|---|
| **II. Technical & Business Management** | | **35%** |
| **a. Budget & Cost Control** | **(60%)** | |
| **b. Staffing and Personnel** | **(20%)** | |
| **c. Government Property** | **(20%)** | |

| | | |
|---|---|---|
| **III. Quality Control** | | **15%** |
| **a. System Implementation and Maintenance** | **(50%)** | |
| **b. Corrective Action** | **(50%)** | |

## AWARD FEE CONVERSION CHART

| PERFORMANCE POINTS | % OF AVAILABLE AWARD FEE | PERFORMANCE POINTS | % OF AVAILABLE AWARD FEE |
|---|---|---|---|
| 70 | 0 | 86 | 55 |
| 71 | 1 | 87 | 61 |
| 72 | 2 | 88 | 66 |
| 73 | 3 | 89 | 71 |
| 74 | 4 | 90 | 76 |
| 75 | 5 | 91 | 81 |
| 76 | 8 | 92 | 85 |
| 77 | 12 | 93 | 89 |
| 78 | 15 | 94 | 92 |
| 79 | 19 | 95 | 95 |
| 80 | 24 | 96 | 96 |
| 81 | 29 | 97 | 97 |
| 82 | 34 | 98 | 98 |
| 83 | 39 | 99 | 99 |
| 84 | 45 | 100 | 100 |
| 85 | 50 | | |

**EVALUATION CRITERIA DEFINITIONS**

a. Performance of Work.

(1) Real Property Operation, Maintenance, Repair and Construction. Areas which will be evaluated include workmanship, responsiveness to work requests, record keeping, quality and timeliness.

(2) Equipment Maintenance. Areas which will be evaluated include organizational maintenance; DS/GS maintenance; report of non-mission capable downtime; performance of Modification Work Orders, quality and timeliness.

(3) Environmental. Areas which will be evaluated include hazardous material/waste management, environmental law compliance, quality and timeliness.

(4) Transportation. Areas which will be evaluated include unit movements coordination; freight/material movements; packing and crating, passenger and port call movements, quality and timeliness.

(5) Supply Services. Areas which will be evaluated include processing of requisitions, receipts and reports of discrepancy; location surveys; operation of Ammunition Supply Point; property book operations support, quality and timeliness.

b. Technical & Business Management.

(1) Budget and Cost Control. The contractor's efforts to control and reduce costs through effective cost accounting and data collection systems, budgeting procedures and programming techniques will be evaluated. The contractor's procedures of verifying necessary costs will be evaluated, which includes the comparison of actual costs to budgeted costs and reasons for significant variances from the budgeted figures.

(2) Staffing and Personnel. The effective recruitment procedures and training to ensure that appropriate numbers and skill levels of personnel are provided will be evaluated. Capability to adjust to changing performance conditions and requirements will be evaluated, which includes adequate staffing, personnel qualifications, work appropriate to

position, effectiveness of contractor staff, rate of turnover, cause(s) for release, time to fill vacancies. Additional areas of evaluation will include the effectiveness of the contractor's decisions and recommendations; adequacy and effectiveness of contractor's communication channels; contractor's exercise of autonomy and assumption of responsibility for decisions properly within its province; effectiveness in preventing and resolving problems; effective use of personnel, control of non-productive time; cross utilization of skills; adequacy of supervision and personnel work hours for tasks; and effectiveness of contractor work scheduling, monitoring, and status reporting. Overall safety of operations will be evaluated, including safe use of equipment and vehicles, safety awareness and fire evacuation programs, and furnishing and use of safety equipment.

(3) Government Property. The contractor's implementation of the contractor's property control plan will be evaluated. Government property identification, control, reporting, inventory, care, maintenance, and use of government property will be evaluated for compliance with the property control plan evaluated by the Government.

c. Quality Control (QC).

(1) System Implementation and Maintenance. The implementation of the Quality Control Plan (QCP) will be evaluated to determine the effectiveness of the program in regards to the service provided to the government. The effect of changes or modifications to the QCP for correction of recurring problems or deficiencies will be evaluated. The overall performance of the customer feedback and/or complaint program will be assessed.

(2) Corrective Action. The contractor's response to both internal and Government corrective actions will be evaluated. The effectiveness and efficiency of immediate problem resolution actions and long term preventive management actions will be assessed.