VT GSI

# SUMMARY OF EQUITABLE ADJUSTMENTS

Contract No. DAKF11-00-C-0006 (Fort McPherson)

| Equitable Adjustment Items | Total Increased Estimated Cost | Increased Fee | Total Increased Costs Plus Fee | Less Total Amount Billed | Net Equitable Adjustment |
|---|---|---|---|---|---|
| 1. PURCHASED MATERIALS/SUPPLIES | 1,968,515 | 118,111 | 2,086,626 | -1,968,515 | 118,111 |
| 2. BOLLARD MAINTENANCE | 98,075 | 5,007 | 103,083 | -98,075 | 5,007 |
| 3. FORT GILLEM LITTER REMOVAL | 70,195 | 4,212 | 74,407 | -70,195 | 4,212 |
| 4. POOL, WATER TREATMENT & BOILER WORK | 74,761 | 4,486 | 79,246 | -74,761 | 4,486 |
| 5. CONTINGENCY SUPPORT | 41,291 | 2,477 | 43,768 | -41,291 | 2,477 |
| 6. ROADS & GROUNDS | 301,618 | 18,097 | 319,715 | -301,618 | 18,097 |
| 7. SPECIAL EVENTS SUPPORT | 29,735 | 1,784 | 31,519 | -29,735 | 1,784 |
| 8 TOTAL CONTRACT FEE ADJUSTMENT | 0 | 280,747 | 280,747 | 0 | 280,747 |
| | 2,584,190 | 434,921 | 3,019,111 | -2,584,190 | 434,921 |



REA Claim-Master.xls
SUMMARY

Restricted Data - Public Disclosure Not Authorized