VT GRIFFIN SERVICES, INC.
Contract DAKF11-00-C-0006

PURCHASED MATERIALS ADJUSTMENT

PURCHASED SUPPLIES & MATERIALS EQUITABLE ADJUSTMENT

| | | | |
|---|---|---|---|
| **Direct Supplies/Materials:** | **698,804** | **928,640** | **1,627,444** |
| **Labor (1 FTE)(P00011)** | | **47,603** | **47,603** |
| **Subtotal Labor+Materials:** | **698,804** | **976,243** | **1,675,047** |
| Management & Support (13% Direct) | 90,845 | 126,912 | 217,756 |
| **Subtotal Labor, Materials + Mgmt/Supp:** | **789,649** | **1,103,155** | **1,892,803** |
| G&A (4%) | 31,586 | 44,126 | 75,712 |
| **Total Estimated Cost of Change:** | **821,234** | **1,147,281** | **1,968,515** |
| Fee (6%): | 49,274 | 68,837 | 118,111 |
| **Total Cost Plus Fee:** | **870,509** | **1,216,118** | **2,086,626** |
| **Less Costs Billed:** | **-821,234** | **-1,147,281** | **-1,968,515** |
| **Net Equitable Adjustment Due:** | **49,274** | **68,837** | **118,111** |



Restricted Data - Public Disclosure Not Authorized