VT GRIFFIN SERVICES, INC.
Contract DAKF11-00-C-0006

PURCHASED MATERIALS ADJUSTMENT

Pricing Detail - Labor Costs:
See Modification P00011 (1 FTE @$47,603.01)(Assumed as Estimated Direct Costs only -- P00011 did not break down Direct Costs, G&A, Base Fee and Award Fee applicable to the additional FTE for Purchasing)

Pricing Detail - Costs of Supplies/Materials Purchased:
Note: Modification P00011 included $150,000 direct cost for Materials purchases, but actual costs appear below.

| BOOKED COSTS IAW STATEMENTS OF OPERATIONS | 01 JAN 2001 - 31 DEC 2001 | 01 JAN 2002 - 31 MAR 2002 | 01 APR 2002 - 30 MAR 2003 | 31 MAR 2003 - 31 MAR 2004 | TOTAL |
|---|---|---|---|---|---|
| | 969 | 84,548 | 34 | 104,920 | |
| | 438 | 189 | 415,568 | | |
| | 5,943 | 121 | 5,893 | | |
| | 647,865 | 4,550 | 1,957 | | |
| | | 121 | 245,527 | | |
| | | 1,650 | 31,808 | | |
| | | | 75,343 | | |
| | 655,215 | 91,179 | 776,130 | 104,920 | 1,627,444 |

| BOOKED COSTS ALIGNED TO CONTRACT PERIODS | PHASE-IN + BASE PERIOD 16 JAN 2001 - 28 FEB 2002* | FIRST OPTION YEAR 01 MAR 2002 - 28 FEB 2003* | TOTAL |
|---|---|---|---|
| | 969 | 415,568 | |
| | 438 | 5,893 | |
| | 5,943 | 1,957 | |
| | 647,865 | 245,527 | |
| | 43,589 | 31,808 | |
| | | 75,343 | |
| | | 40,959 | |
| | | 189 | |
| | | 121 | |
| | | 4,550 | |
| | | 121 | |
| | | 1,650 | |
| | | 104,920 | |
| | | 34 | |

* Actual cut-off date for Base Period Booked Costs was 24 FEB 2002