VT GRIFFIN SERVICES, INC.
Contract DAKF11-00-C-0006

PURCHASED MATERIALS ADJUSTMENT

| | | | |
|---|---|---|---|
| | 698,804 | 928,640 | 1,627,444 |



Restricted Data - Public Disclosure Not Authorized

VT GRIFFIN SERVICES, INC.
Contract No. DAKF11-00-C-0006

BOLLARD MAINTENANCE

BOLLARD MAINTENANCE (Reference P00008)

| | Base Year | Option Year 1 | TOTAL |
|---|---|---|---|
| Direct Cost: | 32,656 | 50,798 | 83,454 |
| Management & Support (13% Direct) | 4,245 | 6,604 | 10,849 |
| **Subtotal Direct Cost + Mgmt/Supp:** | **36,901** | **57,402** | **94,303** |
| G&A (4%) | 1,476 | 2,296 | 3,772 |
| **Total Estimated Cost of Change:** | **38,377** | **59,698** | **98,075** |
| Fee (6%) | 1,959 | 3,048 | 5,007 |
| **Total Estimated Cost Plus Fee** | **40,337** | **62,746** | **103,083** |
| Less Billed Cost: | -38,377 | -59,698 | -98,075 |
| **Net Equitable Adjustment Due:** | **1,959** | **3,048** | **5,007** |

**Note: Original pricing estimates used for this item (reference budget analysis of February 5, 2002 transmitted to Contracting Officer and prior, related correspondence). Also, originally proposed at $36,000 for the Base Year and $56,000 for Option Year 1, but Management and Support costs had not been included in these estimates.**

VT GRIFFIN SERVICES, INC.
Contract DAKF11-00-C-0006 (Fort McPherson)

**Fort Gillem Litter Removal**

FORT GILLEM LITTER REMOVAL

| | Base Year | Option Year 1 | TOTALS |
|---|---|---|---|
| Direct Cost | 27,948 | 31,782 | 59,730 |
| Management & Support (13% Direct) | 3,633 | 4,132 | 7,765 |
| **Subtotal Direct Cost + Mgmt/Supp:** | **31,581** | **35,914** | **67,495** |
| G&A (4%) | 1,263 | 1,437 | 2,700 |
| **Total Estimated Cost of Change:** | **32,844** | **37,351** | **70,195** |
| Fee (6%) | 1,971 | 2,241 | 4,212 |
| **Total Estimated Cost Plus Fee:** | **34,815** | **39,592** | **74,407** |
| Less Billed Cost: | -32,844 | -37,351 | -70,195 |
| **Net Equitable Adjustment Due:** | **1,971** | **2,241** | **4,212** |

**Note: Original pricing estimates used for this item (reference Scott Brasfield email to LTC Abernathy of June 26, 2002 for Base Year costs, GSI summary report dated June 18, 2002 for Option Year 1 costs, and prior, related correspondence). Also, originally proposed amounts did not include Management and Support costs.**

| Description | Base Year | Option Year 1 | TOTALS |
|---|---|---|---|
| Total Direct Cost (USARC, Pool, Other): | 51,264 | 12,634 | 63,898 |
| Management & Support (13% Direct) | 6,664 | 1,642 | 8,307 |
| **Total Direct Cost + Mgmt/Supp:** | **57,928** | **14,277** | **72,205** |
| G&A (4%) | 2,051 | 505 | 2,556 |
| **Total Estimated Cost of Change:** | **59,979** | **14,782** | **74,761** |
| Fee (6%): | 3,599 | 887 | 4,486 |
| **Total Estimated Cost Plus Fee:** | **63,577** | **15,669** | **79,246** |
| Less Billed Cost: | -59,979 | -14,782 | -74,761 |
| **Net Equitable Adjustment Due:** | **3,599** | **887** | **4,486** |

VT Griffin Services, Inc. National Chemical Invoices Payments
DAKF-00-C-0006 (Fort McPherson)

| GSI Check Date | GSI Check Number | Vendor Invoice Date | Vendor Invoice Number | Vendor "Ship" Date | Description on Invoice | USARC | Pool | Materials | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/02 | 61675 | 04/13/01 | 47492 | 3/13/01 | USARC Water Treatment | 757.49 | | | | |
| | | 04/25/01 | 48269 | 3/28/01 | (Not Identified on Invoice) | | | 728.36 | | |
| | | 04/30/01 | 48664 | 3/28/01 | 2.5 CF Gravel | | | 51.11 | | |
| | | 04/30/01 | 48823 | 3/13/01 | (Not Identified on Invoice) | | | 728.36 | | |
| | | 05/14/01 | 49986 | 3/13/01 | (Not Identified on Invoice) | | | 728.36 | | |
| | | 08/29/01 | 529731 | 3/13/01 | USARC Water Treatment | 1,149.62 | | | | |
| 10/29/02 | 61679 | 08/27/01 | 529478 | 8/23/01 | AQUATRAC #SAT-PH-F-OR-RM CONT (Materials) | | | 2,447.09 | | |
| 10/29/02 | 61680 | 09/28/01 | 532189 | 3/13/01 | USARC Water Treatment | 1,149.62 | | | | |
| 11/05/02 | 62409 | 10/01/01 | 532213 | 3/16/01 | Pool Maintenance | | 2,390.37 | | | |
| 10/29/02 | 61678 | 06/14/01 | 52429 | 3/16/01 | Pool Maintenance | | 2,398.43 | | | |
| 10/29/02 | 61677 | 04/30/01 | 48824 | 3/16/01 | Pool Maintenance | | 2,398.43 | | | |
| 10/29/02 | 61676 | 04/16/01 | 47575 | 3/16/01 | Pool Maintenance | | 2,390.37 | | | |
| 09/21/01 | 36046 | 08/14/01 | 52865101 | | USARC Water Treatment | 1,149.62 | | | | |
| 07/18/01 | 32906 | 06/14/01 | 50104 | 3/16/01 | Pool Maintenance 3/15/01 - 3/31/01 | | 2,390.37 | | | |
| 07/18/01 | 32907 | 06/13/01 | 52343 | 3/13/01 | USARC Water Treatment 3/15 - 3/31/01 | 1,149.62 | | | | |
| 01/02/02 | 41367 | 08/29/01 | 531160 | 8/29/01 | Materials | | | 570.38 | | |
| | | 09/05/01 | 531929 | 9/5/01 | Materials | | | 758.86 | | |
| 11/15/01 | 38467 | 10/11/01 | 533077 | 10/11/01 | Pool Seminar | | 642.00 | | | |
| 11/01/01 | 38124 | 09/24/01 | 53163601 | | Pool Maintenance | | 7,119.01 | | | |
| 10/16/01 | 37163 | 08/23/01 | 52937501 | | Cooling Tower 200/363; Boiler water treatment insp. | | | | 7,119.01 | |
| 10/16/01 | 37162 | 09/18/01 | 53092201 | | Water Treatment - 315 | 1,149.62 | | | | |
| | | 09/18/01 | 531159 | 8/29/01 | Materials | | | 931.49 | | |
| 10/05/01 | 36853 | 08/30/01 | 52985101 | | Indoor Pool Water Treatment | | 2,390.37 | | | |
| 10/05/01 | 36854 | 09/14/01 | 53102501 | | Indoor Pool Water Treatment | | 2,390.37 | | | |
| 04/26/01 | 29218 | 03/29/01 | 70225571 | 3/29/01 | Rental-Ultra Sonic Flow Meter | | | | 877.68 | |
| 09/06/01 | 35028 | 08/03/01 | 527951 | 8/3/01 | Boilers - wet storage, analytical diagonosis | | | | 2,266.90 | |
| 08/16/01 | 34238 | 07/16/01 | 52617501 | | Indoor Pool Water Treatment | | 2,390.37 | | | |
| 07/31/01 | 33525 | 06/28/01 | 5350401 | | USARC Water Treatment 6/15 - 6/30/01 | 1,149.62 | | | | |
| 08/27/01 | 34797 | 07/23/01 | 52676601 | | Cooling Tower 200/363; Boiler water treatment insp. | | | | 6,068.82 | |
| 08/27/01 | 34798 | 07/30/01 | 52724101 | | USARC Water Treatment | 1,149.62 | | | | |
| 08/27/01 | 34799 | 07/31/01 | 52754101 | | Indoor Pool Water Treatment | | 2,390.37 | | | |
| 07/31/01 | 33522 | 06/28/01 | 51028 | 3/13/01 | USARC Water Treatment 3/1 - 3/15/01 | 1,149.62 | | | | |
| 07/31/01 | 33523 | 06/30/01 | 51147 | 3/16/01 | Pool Maintenance 3/1/01 - 3/15/01 | | 2,390.37 | | | |
| 08/16/01 | 34237 | 07/13/01 | 52607501 | | USARC Water Treatment 7/1 - 7/15/01 | 1,149.62 | | | | |
| 09/21/01 | 36047 | 08/15/01 | 52875001 | | Pool Maintenance | | 2,390.37 | | | |
| 07/31/01 | 33524 | 06/29/01 | 5370801 | | Indoor Pool Water Treatment 6/15 - 6/30/01 | | 2,390.37 | | | |
| | | | | | TOTALS: | 11,104.07 | 36,461.57 | 6,944.01 | 16,332.41 | 70,842.06 |

SUMMARY OF NATIONAL CHEMICAL INVOICES PAYMENTS

| Description on Invoice | USARC | Pool | Materials | Other | TOTALS |
|---|---|---|---|---|---|
| BILLED IN BASE PERIOD: | 8,047.34 | 26,883.97 | 2,260.73 | 16,332.41 | 53,524.45 |
| BILLED IN OPTION YEAR 1: | 3,056.73 | 9,577.60 | 4,683.28 | 0.00 | 17,317.61 |
| | | | | | |
| TOTAL BILLED, LESS MATERIALS - Base Period: | | | | | 51,263.72 |
| MATERIALS - Base Period: | | | | | 2,260.73 |
| TOTAL BILLED, Base Period | | | | | 53,524.45 |
| | | | | | |
| TOTAL BILLED, LESS MATERIALS - Option Yr 1: | | | | | 12,634.33 |
| MATERIALS - Option Yr 1: | | | | | 4,683.28 |
| TOTAL BILLED, Option Yr 1: | | | | | 17,317.61 |
| | | | | | |
| TOTAL BILLED, LESS MATERIALS: | | | | | 63,898.05 |
| TOTAL MATERIALS BILLED: | | | | | 6,944.01 |
| GRAND TOTAL: | | | | | 70,842.06 |

705

**VT GRIFFIN SERVICES, INC.** **CONTINGENCY SUPPORT**
Contract DAKF11-00-C-0006 (Fort McPherson)

CONTINGENCY SUPPORT COSTS (ADDITIONAL FORCE PROTECTION WORK)

| | Base Year | Option Year 1 | TOTALS |
|---|---|---|---|
| **Estimated Direct Cost** | **40,915** | | **40,915** |
| Less BAFO Estimate (160 Hours/Year): | -2,855 | -2,925 | -5,780 |
| Net Additional Direct Cost | 38,060 | -2,925 | 35,135 |
| Management & Support (13% Direct) | 4,948 | -380 | 4,568 |
| **Subtotal Direct Cost + Mgmt/Supp:** | **43,008** | **-3,305** | **39,703** |
| G&A (4%) | 1,720 | -132 | 1,588 |
| **Total Estimated Cost of Change:** | **44,728** | **-3,438** | **41,291** |
| Fee (6%) | 2,684 | -206 | 2,477 |
| **Total Estimated Cost Plus Fee:** | **47,412** | **-3,644** | **43,768** |
| Less Billed Cost: | -44,728 | 3,438 | -41,291 |
| **Net Equitable Adjustment Due:** | **2,684** | **-206** | **2,477** |

**Note: Original pricing estimates used for this item (reference Scott Brasfield email to LTC Abernathy of June 26, 2002 and prior, related correspondence for Base Year Costs; no estimate is provided for Option Year 1). Also, originally proposed amounts did not include Management and Support costs.**

VT GRIFFIN SERVICES, INC. ROADS / GROUNDS ADJUSTMENTS
Contract DAKF11-00-C-0006

ROADS & GROUNDS ADJUSTMENTS

| | Base Year | Option Year 1 | TOTALS |
|---|---|---|---|
| Estimated Direct Labor | 145,000 | 62,892 | 207,892 |
| Estimated Subcontract Cost | 48,760 | 0 | 48,760 |
| **Subtotal Estimated Direct Costs** | **193,760** | **62,892** | **256,652** |
| Management & Support (13% Direct) | 25,189 | 8,176 | 33,365 |
| **Subtotal Direct Cost + G&A:** | **218,949** | **71,068** | **290,017** |
| G&A (4%) | 8,758 | 2,843 | 11,601 |
| **Total Estimated Cost of Change:** | **227,707** | **73,911** | **301,618** |
| Fee (6%) | 13,662 | 4,435 | 18,097 |
| **Total Estimated Cost Plus Fee:** | **241,369** | **78,346** | **319,715** |
| Less Billed Cost: | -227,707 | -73,911 | -301,618 |
| **Net Equitable Adjustment Due:** | **13,662** | **4,435** | **18,097** |

**Note: Direct Cost pricing estimates for this item based on Scott Brasfield email to LTC Abernathy of June 26, 2002 for Base Year costs, and Summary of Roads & Grounds changes, below).**

**SUMMARY OF ROADS & GROUNDS CHANGES**

| | | | | | |
|---|---|---|---|---|---|
| **Fort McPherson (BAFO - Option Year 1)** | | | | | |
| Roads/Grounds Lead | 1.00 | 2,080.00 | 2,080.00 | 9.28 | 19,302.40 |
| Roads/Grounds Operator | 2.00 | 2,080.00 | 4,160.00 | 8.28 | 34,444.80 |
| Grounds Maintenance Laborer | 4.00 | 2,080.00 | 8,320.00 | 6.98 | 58,073.60 |
| | 7.00 | | | | **111,820.80** |
| **Fort Gillem (BAFO - Option Year 1)** | | | | | |
| Roads/Grounds Lead | 1.00 | 2,080.00 | 2,080.00 | 8.78 | 18,262.40 |
| Roads/Grounds Operator | 2.00 | 2,080.00 | 4,160.00 | 8.28 | 34,444.80 |
| Grounds Maintenance Laborer | 4.00 | 2,080.00 | 8,320.00 | 6.98 | 58,073.60 |
| | 7.00 | | | | **110,780.80** |
| **Option Year 1 BAFO Estimated Direct Costs (Both Sites):** | | | | | **222,601.60** |
| **Contract Staffing Changes - Roads & Grounds (Both Sites)** | | | | | |
| Heavy Equipment Mechanic | 2.00 | 2,080.00 | 4,160.00 | 16.33 | 67,932.80 |
| Heavy Equipment Operator | 4.00 | 2,080.00 | 8,320.00 | 15.62 | 129,958.40 |
| Grounds Maintenance Worker | 14.00 | 866.67 | 12,133.33 | 7.22 | 87,602.67 |
| **Option Year 1 Estimated Costs as Changed:** | | | | | **285,493.87** |
| **Option Year 1 Increased Estimated Direct Cost due to Changes:** | | | | | **62,892.27** |

**VT GRIFFIN SERVICES, INC.** **SPECIAL EVENTS SUPPORT**
**Contract No. DAKF11-00-C-0006 (Fort McPherson)**

SPECIAL EVENTS SUPPORT

| | Base Year | Option Year 1 | TOTALS |
|---|---|---|---|
| **Estimated Direct Cost (See Below)** | 13,774 | 11,528 | 25,302 |
| Less BAFO Estimate: | 0 | 0 | 0 |
| **Net Additional Direct Cost** | 13,774 | 11,528 | 25,302 |
| Management & Support (13% Direct) | 1,791 | 1,499 | 3,289 |
| **Subtotal Direct Cost + G&A:** | 15,564 | 13,027 | 28,591 |
| G&A (4%) | 623 | 521 | 1,144 |
| **Total Estimated Cost of Change:** | 16,187 | 13,548 | 29,735 |
| Fee (6%) | 971 | 813 | 1,784 |
| **Total Estimated Cost Plus Fee:** | 17,158 | 14,361 | 31,519 |
| Less Billed Cost: | -16,187 | -13,548 | -29,735 |
| **Net Equitable Adjustment Due:** | **971** | **813** | **1,784** |

**SPECIAL EVENTS DIRECT COST PRICING DETAIL:**

| | | | |
|---|---|---|---|
| **Contract Estimate of Special Events Hours:** | 200 | 200 | 400 |
| **Hours Priced in BAFO:** | 0 | 0 | 0 |
| **Estimated Direct Hours Worked:** | 1,300 | 1,000 | 2,300 |
| **Average Labor Rate for Hours Worked** | 10.60 | 11.53 | |
| **Estimated Direct Costs:** | 13,774 | 11,528 | 25,302 |

VT GRIFFIN SERVICES, INC.
Contract No. DAKF11-00-C-0006 (Fort McPherson)

## SPECIAL EVENTS SUPPORT

| Development of Average Hourly Estimate: Types of Personnel Involved in Special Events Support | Base Year Labor Rate per Hour | Base Year No. Personnel | Base Year Total Labor Costs / Hour | Option Year 1 Labor Rate per Hour | Option Year 1 No. Personnel | Option Year 1 Total Labor Costs / Hour |
|---|---|---|---|---|---|---|
| **Supply** | | | | | | |
| Key Entry Operator II | $10.30 | 1 | $10.30 | $11.85 | 1 | $11.85 |
| Material Coordinator | $13.70 | 1 | $13.70 | $14.58 | 1 | $14.58 |
| Warehouse Specialist | $12.76 | 1 | $12.76 | $13.07 | 1 | $13.07 |
| Supply Technician | $14.26 | 1 | $14.26 | $16.40 | 1 | $16.40 |
| Shipping Receiving Clerk | $11.78 | 1 | $11.78 | $11.78 | 1 | $11.78 |
| **Facilities** | | | | | | |
| General Maintenance Worker | $14.02 | 1 | $14.02 | $14.02 | 1 | $14.02 |
| Heavy Equipment Mechanic | $16.33 | 1 | $16.33 | $16.33 | 1 | $16.33 |
| Heavy Equipment Operator | $15.62 | 1 | $15.62 | $15.62 | 1 | $15.62 |
| Medium Truckdriver | $10.61 | 1 | $10.61 | $12.20 | 1 | $12.20 |
| Laborer, Grounds Maintenance | $7.22 | 10 | $72.20 | $8.30 | 10 | $83.00 |
| Plumber | $15.46 | 1 | $15.46 | $17.78 | 1 | $17.78 |
| Carpenter/Mason | $15.46 | 1 | $15.46 | $15.46 | 1 | $15.46 |
| | 13 | 21 | | | 21 | |
| **Weighted Average Rate/Hour:** | | | $10.60 | | | $11.53 |

(Labor rates reflect Wage Determination revision WD 020423, reflected in Contract Modification P00013)

VT GRIFFIN SERVICES, INC.

# TOTAL CONTRACT FEE ADJUSTMENT

Contract No. DAKF11-00-C-0006 (Fort McPherson)

| | Base Year | Option Year 1 | Total |
|---|---|---|---|
| Base Fee - Contract as Modified thru P00018: | 83,251 | 71,992 | 155,243 |
| Award Fee Pool - Contract as Modified thru P00018, excluding reduction made in P00017: | 166,503 | 167,228 | 333,731 |
| SUBTOTAL - CONTRACT FEES (BASE AND AWARD) THRU P00018 (w/o P00017): | 249,754 | 239,220 | 488,974 |
| Less Base Fee Billed: | -83,251 | -71,992 | -155,243 |
| TOTAL UNBILLED FEE: | 166,503 | 167,228 | 333,731 |
| Award Fee Pool Claimed as Fixed Fee for "Changes" in This Claim in Addition to Other Fee Claimed: | 141,528 | 142,144 | 283,671 |
| Less Award Fee Distributed and Billed: | -2,924 | 0 | -2,924 |
| NET ADDITIONAL FEE CLAIMED: | 138,604 | 142,144 | 280,747 |

Award Fee Pool Claimed as Fixed Fee for "Changes" amounts to 85% of the Award Fee Pool thru Modification P00018, excluding the pool reduction made in Modification P00017, translating to an overall fixed fee of approximately 5.5% (2% Base Fee and 3.5% Additional Fee from the Award Fee Pool) on contract Total Estimated Costs before recognition of other fee adjustments included in this claim. This component of our claim is based upon the nature and scope of changes effected to contract performance, the Government's failure to recognize extra work under the "Changes" clause during performance and equitably adjust the contract's pricing, delivery and other terms and conditions affected by this extra work accordingly, and the Government's failure to consider these contract changes in the Award Fee determination process.

Fundamentally, GSI believes that the overall changes made to the performance requirements for this contract constitute a cardinal change to the contract that was not recognized by the Government at any time during contract performance and not considered at any time in the Award Fee determination process. To the contrary, the Government relied on performance assessment data that frequently had either no factual basis under the contract or reflected an improper deviation from the contract's inspection and acceptance requirements.

Beyond the erroneous information upon which technical assessments in the Award Fee determination process were based, GSI was advised repeatedly that it failed to meet Cost Control objectives during contract performance. However, beginning on the next page is a reconciliation of cost growth under the contract showing clearly that, excluding factors beyond the control of GSI, this contract was completed approximately 11% *below* budget, as reflected in contract pricing thru Contract Modification P00018. Although additional funding may have been obligated after Modification P00018 to cover further increases to estimated costs not reflected above and pay GSI invoices through Invoice No. FM0125, we believe that overall, GSI performed this contract at or under budget throughout the entire period of contract performance.

We also must note that in Item 3. on the next page, "Cost Growth Beyond Contractor Control - Not Covered by Modifications," estimated increased costs for sub-items a. through d. are shown for the Base Year with/Phase-In period only. Additional estimated costs were incurred for these items during Option Year 1 as well, but they have not been calculated here because changes to the overall changes to contract requirements for Option Year 1 make precise segregation and tracking of these costs practically impossible. GSI further believes that some -- if not all -- of these estimated costs should be fee-bearing, reflecting extra work that is compensable under the contract "Changes" clause.

VT GRIFFIN SERVICES, INC. TOTAL CONTRACT FEE ADJUSTMENT

Contract No. DAKF11-00-C-0006 (Fort McPherson)

RECONCILIATION OF CONTRACT COST GROWTH - BASE YEAR (w/PHASE-IN) + OPTION YEAR 1 ESTIMATED COST BUDGETS

| | Base Year w/PI | Option Year 1 | Total |
|---|---|---|---|
| BAFO Total Estimated Cost | 4,166,290 | 4,052,330 | 8,218,620 |
| Total Estimated Costs Thru P00018 | 5,782,787 | 5,426,253 | 11,209,040 |
| **Total Cost Growth Reflected in Contract as Modified:** | **1,616,497** | **1,373,923** | **2,990,420** |

| **1. Cost Growth Adjustments Related to "Changes" and Revised Wage Determination Modifications:** | Base Year w/PI | Option Year 1 | Total |
|---|---|---|---|
| a. Accelerated Contract Start-Up (Phase-In Period) Change (P00001): | 324,319 | 0 | 324,319 |
| b. Accelerated Contract Start-Up Change (P00002): | 75,250 | 67,774 | 143,024 |
| c. Elevator Maintenance Change (P00006): | 9,968 | 22,428 | 32,396 |
| d. Bldg. 363 FTE Change (P00007): | 12,111 | 30,228 | 42,339 |
| e. FTE for Purchasing (P00011): | 0 | 47,603 | 47,603 |
| f. Purchased Materials Costs (P00011) | | 150,000 | 150,000 |
| g. P00013 Adjustments: | 0 | | |
| (i) Wage Determination Adjustment: | | 219,777 | 219,777 |
| (ii) HVAC Terminated Effort: | | -635,546 | -635,546 |
| (iii) CLIN 003AB Decrease: | | -100,000 | -100,000 |
| (iv) HVAC Deletion (P00011): | | -88,578 | -88,578 |
| (v) Ft Gillem Litter Removal: | | 30,867 | 30,867 |
| **SUBTOTAL - Cost Growth Related to "Changes" and Revised Wage Determination Modifications:** | **421,648** | **-255,448** | **166,200** |

| **2. Cost Growth Adjustments - Extra Work (This Claim):** | Base Year w/PI | Option Year 1 | Total |
|---|---|---|---|
| a. Total from SUMMARY Sheet: | 1,241,057 | 1,343,133 | **2,584,190** |
| b. Less Purchasing FTE costs already covered in P00011 (sub-items 1.e. and 1.f., above): | | -197,603 | -197,603 |
| c. Less Fort Gillem Litter Removal costs already covered in P00013 (sub-item 1.g.(v), above): | | -30,867 | -30,867 |
| **SUBTOTAL - Cost Growth Adjustments - Extra Work (This Claim):** | **1,241,057** | **1,114,663** | **2,355,720** |

| **3. Cost Growth Beyond Contractor Control - Not Coverd by Modifications:** | Base Year w/PI | Option Year 1 | Total |
|---|---|---|---|
| a. Additional PM beyond Contract Workload Estimates*: | 145,676 | * | 145,676 |
| b. Continuous EMCS Monitoring - Bldg. 200*: | 87,600 | * | 87,600 |
| c. Overtime due to Priority 1 & 2 SOs beyond TE Estimate*: | 199,676 | * | 199,676 |
| d. Equipment Maintenance for Tenant Organizations*: | 263,200 | * | 263,200 |
| e. P00013 CLIN 0003AB Decrease Not Agreed to by GSI (sub-item 1.g.(iii), above): | | 100,000 | 100,000 |
| **SUBTOTAL - Cost Growth Beyond Contractor Control:** | **696,152** | **100,000** | **796,152** |

| | |
|---|---|
| **TOTAL COST GROWTH - Extra Work, Revised Wage Determination and Factors Beyond Contractor Control:** | 3,318,072 |
| **Less Total Cost Growth Reflected in Contract as Modified (Base Year w/Phase-In + Option Year 1):** | -2,990,420 |
| **Actual Cost Variance Within Contractor Control (Base Year w/Phase-In + Option Year 1):** | 327,652 |
| | 10.96% *BELOW* Budget |

* As noted on page 1, additional costs were incurred during Option Year 1, but they are not calculated here.

711

**VT GRIFFIN SERVICES, INC.** **MANAGEMENT and SUPPORT**
**Contract No. DAKF11-00-C-0006 (Fort McPherson)**

MANAGEMENT & SUPPORT DIRECT COST APPORTIONED EFFORT
(CLINs 000xAG)

| | Base Year | Option Year 1 | Annual Average |
|---|---|---|---|
| **BAFO Pricing, without Phase-In** | | | |
| Total Estimated Cost w/o SLINs AG & AJ | 3,922,556 | 3,909,309 | 7,831,865 |
| Total Estimated Cost - SLIN AG | 547,348 | 560,741 | 1,108,089 |
| M&S Apportioned Effort Rate - BAFO: | 13.95% | 14.34% | **14%** |
| **Pricing After Completion of Option Year 1** | | | |
| Total Estimated Cost w/o SLINs AG & AJ | 4,619,728 | 5,161,911 | 4,890,820 |
| Total Estimated Cost - SLIN AG | 607,224 | 696,610 | 651,917 |
| M&S Apportioned Effort Rate - Actual: | 13.14% | 13.50% | **13%** |