# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **VT GRIFFIN SERVICES, INC.,** | |
| **Plaintiff,** | |
| **v.** | **No. 05-927C** <br> **(Chief Judge Damich)** |
| **UNITED STATES,** | |
| **Defendant.** | |

**STIPULATION OF DISMISSAL**

Pursuant to RCFC 41(a)(1)(ii), the parties stipulate and agree to dismiss this action with prejudice, each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/ Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
DEPARTMENT OF JUSTICE
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 307-0361
Telecopier: (202) 514-7965
*Attorneys for Defendant*

s/ Lars E. Anderson
LARS E. ANDERSON
VENABLE LLP
8010 Towers Crescent Drive,
Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1605
Telecopier: (703) 821-8949
*Attorney for Plaintiff*

Dated: January 6, 2006